**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01144

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Hunter A. Swain, of KING & GREISEN, LLP, hereby enters his appearance on behalf of the Plaintiff, Debra Bouricius.

DATED this 11th day of May, 2018.

    Respectfully submitted,

    KING & GREISEN, LLP

    */s/Hunter A. Swain*
    Hunter A. Swain
    1670 York Street
    Denver, Colorado 80206
    (303) 298-9878 telephone
    (303) 298-9879 facsimile
    swain@kinggreisen.com

    *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2018, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

Michael Santo
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com

                                             *s/ Laurie A. Mool*
                                             Laurie A. Mool, Paralegal