IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-CV-01144-STV

**DEBRA BOURICIUS,**

       Plaintiff,

**v.**

**MESA COUNTY by and through the other MESA COUNTY BOARD OF COUNTY COMMISSIONERS,**

       Defendant.

## ENTRY OF APPEARANCE OF MICHAEL C. SANTO

       To: The clerk of court and all parties of record.

       I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Mesa County.

       Respectfully submitted this 7th day of June 2018.

       BECHTEL SANTO & SEVERN

       *s/ Michael C. Santo*
       Michael C. Santo, #24083
       205 N. 4th Street, Suite 300
       Grand Junction, CO   81501
       Telephone:   (970) 683-5888
       Facsimile:   (970) 683-5887
       Email:   santo@bechtelsanto.com
       Attorney for Defendant Mesa County

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF MICHAEL C. SANTO** was served this 7th day of June 2018, via CM/ECF to the following:

Hunter Anthony Swain
Paula Dee Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney