IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-CV-01144-STV

**DEBRA BOURICIUS,**

　　　　　Plaintiff,

**v.**

**MESA COUNTY by and through the other MESA COUNTY BOARD OF COUNTY COMMISSIONERS,**

　　　　　Defendant.

## ENTRY OF APPEARANCE OF ALICIA W. SEVERN

　　　　　To: The clerk of court and all parties of record.

　　　　　I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Mesa County.

　　　　　Respectfully submitted this 7th day of June 2018.

　　　　　　　　　　　　　　　　　　　　BECHTEL SANTO & SEVERN

　　　　　　　　　　　　　　　　　　　　*s/ Alicia W. Severn*
　　　　　　　　　　　　　　　　　　　　Alicia W. Severn, #42432
　　　　　　　　　　　　　　　　　　　　205 N. 4th Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Grand Junction, CO   81501
　　　　　　　　　　　　　　　　　　　　Telephone:   (970) 683-5888
　　　　　　　　　　　　　　　　　　　　Facsimile:   (970) 683-5887
　　　　　　　　　　　　　　　　　　　　Email:   severn@bechtelsanto.com
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Mesa County

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF ALICIA W. SEVERN** was served this 7th day of June 2018, via CM/ECF to the following:

Hunter Anthony Swain
Paula Dee Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney