# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-STV

DEBRA BOURICIUS,

    Plaintiff

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

## ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION
_____

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges).

### CHECK ONE

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

### OR

_____x_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| | |
|---|---|
| *s/ Paula Greisen* | *s/ Alicia W. Severn* |
| Paula Greisen | Alicia W. Severn, #42432 |
| Hunter Anthony Swain | Michael C. Santo, #24083 |
| King & Greisen, LLP | Bechtel Santo & Severn |
| 1670 York Street | 205 N. 4th Street, Suite 300 |
| Denver, CO 80206 | Grand Junction, CO 81501 |

Effective December 1, 2015

Telephone: (303) 298-9878  Telephone: (970) 683-5888
Facsimile: (303) 298-9879  Facsimile: (970) 683-5887
Email: greisen@kinggreisen.com  Email: severn@bechtelsanto.com
      swain@kinggreisen.com        santo@bechtelsanto.com
Attorneys for Plaintiff Debra Bouricius  Attorneys for Defendant Mesa County

**NOTE:**   You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

Effective December 1, 2015