**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**　　　　　　　　　　　　　　　　　　　TELEPHONE:  (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE　　　　　　　TELECOPIER:  (303)335-2178

# M E M O R A N D U M

**TO:**　　　Jeffrey P. Colwell, Clerk
　　　　　　Attn: Senior Judge Team

**FROM:**　　Judge Wiley Y. Daniel

**DATE:**　　July 26, 2018

**RE:**　　　Civil Action No. **18-cv-01144-WYD**
　　　　　　**DEBRA BOURICIUS v. MESA COUNTY, by and through the Mesa County Board of County Commissioners**

　　　Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.