**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

      Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

      Defendant.

---

**UNOPPOSED MOTION FOR DEFENDANT'S COUNSEL TO ATTEND SCHEDULING CONFERENCE VIA TELEPHONE**

---

      Defendant Mesa County, by and through the Mesa County Board of County Commissioners, by and through its counsel of record, hereby requests this Honorable Court to allow one of its counsel to attend the Scheduling Conference currently set for August 6, 2018, at 9:00 a.m. telephonically. As grounds therefore, the Defendant states as follows:

      Certificate of Compliance with D.Colo.L.R. 7.1. On July 24, 2018, Defendant's counsel conferred with Plaintiff's counsel regarding the relief requested in this Motion. Plaintiff's counsel stated that Plaintiff does not oppose the relief requested in this Motion

      1.    Counsel for Defendant, Mr. Santo, works for the law firm of Bechtel Santo & Severn in Grand Junction, Colorado, which is a significant distance from the Court's location in Denver, Colorado.

      2.    Counsel for the Defendant, Ms. Severn, will be appearing in person on behalf of the Defendant at the Scheduling Conference set to be held on August 6, 2018, at 9:00 a.m. Ms.

Severn works for the law firm of Bechtel Santo & Severn from her office in Lakewood, Colorado.

3. Defendant would bear a significant expense for Mr. Santo to travel from Grand Junction to Denver to attend the Scheduling Conference. Yet, Defendant will have Ms. Severn present in person at the Scheduling Conference.

4. Thus, the Defendant respectfully requests the Court to permit Mr. Santo to participate in the Scheduling Conference by telephone.

5. No party will be prejudiced by Mr. Santo's appearance and participation in the Scheduling Conference by telephone.

WHEREFORE, Defendant respectfully requests that its counsel, Mr. Santo, be permitted to attend the Settlement Conference by telephone.

Respectfully submitted this 27th day of July, 2018.

BECHTEL SANTO & SEVERN

*s/ Alicia W. Severn*
Alicia W. Severn
Michael C. Santo
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
santo@bechtelsanto.com
severn@bechtelsanto.com
Attorneys for Defendant Mesa County

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR DEFENDANT'S COUNSEL TO ATTEND SCHEDULING CONFERENCE VIA TELEPHONE** was served this 27th day of July 2018, via CM/ECF to the following:

Hunter Swain
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff


*s/ Alicia W. Severn*
Alicia W. Severn, attorney