# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

        Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

        Defendant.

## ORDER REGARDING UNOPPOSED MOTION FOR DEFENDANT'S COUNSEL TO ATTEND SCHEDULING CONFERENCE VIA TELEPHONE

Having read the Unopposed Motion for Defendant's Counsel to Attend Scheduling Conference Via Telephone, the Court finds it well taken.

IT IS THEREFORE ORDERED that Defendant's counsel, Mr. Santo, may attend the Scheduling Conference currently scheduled for August 6, 2018, at 9:00 a.m. by telephone.

IT IS SO ORDERED this _____ day of _____, 2018.

                                                   _____
                                                   United States Magistrate Judge Scott T. Varholak