IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**PLAINTIFF'S MOTION TO CORRECT SECTION 5
OF PROPOSED SCHEDULING ORDER [DKT. #19]**

---

    Plaintiff Debra Bouricius, by and through her attorneys Paula Greisen and Hunter A. Swain of King & Greisen, LLP, respectfully moves to correct Section 5 of the Proposed Scheduling Order [Docket No. 19] submitted to the Court by the parties on July 30, 2018.

    As grounds therefore, Plaintiff states:

    **Certification pursuant to D.C.COLO.LCivR 7.1**: The undersigned certifies that he conferred in good faith with counsel for Defendant, and who indicated that the Defendant does not oppose the instant motion or the relief sought.

    1.    Plaintiff's computation of her estimated economic damages in Section 5 the Proposed Scheduling Order [Docket No. 19] contained an error, and should be corrected to read as follows:

**Plaintiff:**

*The following is a good faith estimate of Plaintiff's economic damages. Plaintiff reserves the right to update and amend her damages calculations as discovery progresses and an expert economist has opined.*

Plaintiff seeks the maximum amount of available legal and equitable relief for Defendant's violations of her rights under the ADEA. Certain categories of Plaintiff's damages are not subject to precise calculation and must be determined by a jury in its sound discretion at trial in this case. Further, Plaintiff's actual economic damages continue to accrue, cannot be determined precisely prior to discovery, and may require the assistance of an expert economist. Nevertheless, Plaintiff submits the following good faith estimate of her economic damages, with the understanding that this estimate is preliminary only and will be updated in the time and manner contemplated by the Federal Rules of Civil Procedure and this Court's orders regarding expert discovery deadlines.

Plaintiff was unemployed for approximately two months before she became re-employed in another position. However, Plaintiff was forced to relocate to Lyons, Colorado where there is a larger job market in order to find a comparable position. This has significantly increased Plaintiff's cost of living. In addition, Plaintiff was forced to remove approximately one-thousand six-hundred apple trees from her family apple orchard in Mesa County and cease operations of her apple farming business, resulting in significant loss of income. Plaintiff has been unable to afford to purchase or lease a comparable house in Boulder County. Thus, Plaintiff has suffered significant financial losses. As to her economic loss, Plaintiff seeks lost wages for her period of unemployment; the differential in her earnings from those that she would have earned by

continuing to work for Defendant, adjusted for the increased taxes and cost of living between Mesa County, Colorado, and Boulder County, Colorado; plaintiff's lost benefits; moving costs; and the lost value of Plaintiff's family farm incurred as a direct result of her unlawful termination. Ms. Bouricius also seeks compensatory, consequential, and liquidated damages and other non-economic losses, including taxation gross-ups, to the extent allowed by applicable law, in an amount to be determined at trial.

Plaintiff also requests judgment in her favor for pre-judgment and post-judgment interest as provided by law, for costs, attorney's fees, expert witness expenses, adjustment for taxing consequences, all other relief allowed by law, and for such other and further relief as the Court deems proper.

2. A revised version of the Proposed Scheduling Order in Microsoft Word format is attached hereto as Exhibit 1.

3. A revised version of the Proposed Scheduling Order in Microsoft Word format with Plaintiff's corrections in track changes is attached hereto as Exhibit 2.

WHEREFORE, the Plaintiff respectfully requests that the Court correct Section 5 of the Proposed Scheduling Order jointly filed by the parties on July 30, 2018.

Respectfully submitted this 2nd day of August 2018.

> *s/ Hunter A. Swain*
> Paula Greisen
> Hunter A. Swain
> KING & GREISEN, LLP
> 1670 York Street
> Denver, Colorado 80206
> (303) 298-9878 telephone
> greisen@kinggreisen.com
> swain@kinggreisen.com
> *Attorneys for Plaintiff*

3

4

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 2nd day of August 2018, I electronically filed the foregoing **PLAINTIFF'S MOTION TO CORRECTION SECTION 5 OF PROPOSED SCHEDULING ORDER** with the Clerk of the COURT using the CM/ECF system which will send notification of such filing to the following email address:

Alicia W. Severn
Michael C. Santo
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant*

                *s/ Laurie A. Mool*