IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom C203 |
| Date: August 6, 2018 | Byron G. Rogers United States Courthouse |

Civil Action No. 18-cv-01144-WYD-STV

*Parties*:

DEBRA BOURICIUS

 Plaintiff,

v.

MESA COUNTY

 Defendant.

*Counsel*:

Hunter Swain
Paula Greisen

Alicia Severn
Michael Santo (by phone)

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:    9:02 a.m.**
Court calls case. Appearance of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **September 20, 2018**

Discovery Cut-off: **April 1, 2019**

Dispositive Motions Deadline: **May 22, 2019**

Parties shall designate affirmative experts **on or before November 16, 2018.**

Parties shall designate rebuttal experts **on or before January 15, 2019.**

Each side shall be limited to **no more than one (1)** specially retained expert in each field of expertise, absent further leave of court.

Each side shall be limited to **ten (10)** depositions, excluding specially-retained experts, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2365, preferably as a joint conference call, and request that one be set.

Counsel and the parties must notify chambers (303-335-2365) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL**
The parties anticipate a five (5) day trial to a jury.
The Honorable Wiley Y. Daniel will set a **Final Pretrial/Trial Preparation Conference** and **Trial** at a future date.

Court advises counsel to review Judge Daniel's practice standards.

Court advises counsel to review his practice standards especially with regard to resolving discovery disputes. Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.

- Scheduling Order is signed and entered with interlineations on August 6, 2018

HEARING CONCLUDED.
**Court in recess:    9:03 a.m.**
Total In-Court Time:    00:01

To order a transcript of this proceeding, contact Patterson Transcription Company at (303) 755-4536 OR AB Court Reporting & Video, Inc. at (303) 629-8534.