# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

      Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

      Defendant.

---

## JOINT MOTION FOR PROTECTIVE ORDER

---

Plaintiff Debra Bouricius and Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County"), pursuant to Fed.R.Civ.P. 26(c) and D.C.COLO.LCivR 7.1(a), jointly move the Court to enter the Protective Order, attached hereto. As grounds for this request, the parties state:

1.     Pursuant to D.C.ColoLCivR 7.1(a), the parties have discussed the relief sought by this motion, and both parties support this motion.

2.     Pursuant to Fed.R.Civ.P. 26(c), the Court has authority to enter a protective order to protect a party or other persons from annoyance, embarrassment, oppression, or undue burden or expense by limiting or restricting the disclosure of information and documents of a confidential or sensitive nature. In this case, the parties may produce confidential and sensitive business activity documents, financial records, employment information, or other information related to employment. The disclosure of this information beyond the scope of this litigation may violate the privacy rights of

a party or other person, subject a party or other person to annoyance, oppression, or undue burden or expense, or cause Mesa County to experience a conflict with its obligations under the Colorado Open Records Act and/or other laws.

3.      The parties have agreed to the terms of the Proposed Protective Order filed with this Motion and believe it will facilitate this litigation by protecting against unnecessary disclosure of confidential and sensitive information and documents.

        WHEREFORE, the parties respectfully move for entry of the attached Protective Order.

Dated this 4th day of October, 2018.


  _s/Paula Greisen_____                  _s/Alicia W. Severn_____
  King & Greisen, LLP                          Bechtel Santo & Severn
  Paula Greisen                                Alicia W. Severn
  Hunter Swain                                 Michael C. Santo
  1670 York Street                             205 N. 4th Street, Suite 300
  Denver, CO 80206                             Grand Junction, Colorado 81501
  Telephone: (303) 298-9878                    Telephone: (970) 683-5888
  Fax: (303) 298-9879                          Fax: (970) 683-5887
  Email: swain@kinggreisen.com                 Email: severn@bechtelsanto.com
  Email: greisen@kinggreisen.com               Email: santo@bechtelsanto.com
  *Attorneys for Plaintiff*                     *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **JOINT MOTION FOR PROTECTIVE ORDER** was served this 4th day of October 2018, via CM/ECF to the following:

Paula Greisen
Hunter Swain
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff

<u>*s/ Alicia W. Severn*</u>
Alicia W. Severn, attorney

3