IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-01144-WYD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Defendant, by and through its attorneys, Bechtel Santo & Severn, and Plaintiff, by and through her attorneys, King & Greisen, hereby submit a Joint Motion to Modify the Scheduling Order in this matter.

### MOTION

1. Magistrate Judge Scott Varholek issued a Scheduling Order on August 8, 2018, that set the expert disclosure, discovery cut-off, and dispositive motions deadlines in this matter. [Doc 24]

2. The parties exchanged discovery requests and responded to each other's discovery requests from July through October 2018.

3. On October 4, 2018, the court granted the parties' Joint Motion for Protective Order. [Doc 27]

4. On November 2, 2018, the Plaintiff requested available dates to take the Defendant's deposition prior to November 19, 2018.

5. Due to previously scheduled matters, counsel for the Defendant was not available to attend a deposition prior to November 19, 2018.

6. The parties are making efforts to schedule the depositions at this time.

7. The Plaintiff seeks an extension of the deadline to designate expert witness(es) because the Plaintiff requires additional discovery for the purpose of such designation.

8. The parties seek to extend the deadline to designate expert witness(es) from November 16, 2018, until January 31, 2019.

9. Because of this extension, a corresponding extension of time for the Defendant to designate rebuttal expert witness(es) is also necessary.

10. The parties seek to extend the deadline to designate rebuttal expert witness(es) from January 15, 2019, until March 4, 2018.

11. Further, as currently set in the parties' Scheduling Order, written discovery must be propounded no later than 45 days before discovery cutoff on April 1, 2019. Forty-five days prior to April 1, 2019 is February 15, 2019.

12. If the expert witness deadlines are extended, then the deadline to submit written discovery would occur before any rebuttal expert witness(es) are designated.

13. Consequently, the parties also propose extending the discovery cutoff deadline by 2 ½ months, which is the amount of time by which the expert witness disclosures are proposed to be extended. The discovery cutoff deadline is proposed to be extended from April 1, 2019, until June 15, 2019.

14. Similarly, if the discovery cutoff date is extended until June 15, 2019, then the dispositive motion deadline, as currently set in the Scheduling Order, would occur on May 22, 2019, before discovery ends.

15. Thus, the parties also propose extending the dispositive motion deadline by 2 ½ months, until August 5, 2019.

16. As previously noted, the parties have been diligent in conducting discovery and have exchanged written discovery and are currently working to schedule the deposition of the Defendant and other depositions.

17. Accordingly, the parties request that the Scheduling Order be modified to extend the following deadlines:

    a. Designation of expert witnesses: extended from November 16, 2018 until January 31, 2019;

    b. Designation of rebuttal expert witnesses: extended from January 15, 2019 until March 4, 2019;

    c. Discovery cutoff: extended from April 1, 2019 until June 15, 2019; and

    d. Dispositive motion deadline: extended from May 22, 2019 until August 5, 2019.

18. The parties note that no trial date has been set in this matter, such that these extensions would negatively impact a scheduled trial setting.

19. Pursuant to the Scheduling Order in this case, paragraph 13, and F.R.C.P. 16(b)(4), the Scheduling Order can be modified by the judge for "good cause" shown. The court has

3

discretion "to modify the Scheduling Order." *Lehman Brothers Holdings Inc. v. Universal American Mortgage Company*, LLC, 300 F.R.D. 678, 681 (D.Colo. 2014). "Good cause" means that a deadline "cannot reasonably be met despite the diligence of the party seeking the extension." Comment to F.R.C.P. 16; *see also Brandt v. City of Westminster, Colorado*, 16-CV-1356-WJM-CBS, 2017 WL 3048694 (D.Colo., July 19, 2017).

20. As discussed herein, good cause exists to extend these deadlines because the parties have been diligent in working on discovery in this case.

21. Therefore, the court should permit the modification of the Scheduling Order as requested above.

WHEREFORE, the parties request that the Court enter an order modifying the Scheduling Order in accordance with Paragraph 17 herein.

RESPECTFULLY SUBMITTED this 12th day of November, 2018

| _s/Paula Greisen_ | _s/Alicia W. Severn_ |
|---|---|
| King & Greisen, LLP | Bechtel Santo & Severn |
| Paula Greisen | Alicia W. Severn |
| Hunter Swain | Michael C. Santo |
| 1670 York Street | 205 N. 4th Street, Suite 300 |
| Denver, CO 80206 | Grand Junction, Colorado 81501 |
| Telephone: (303) 298-9878 | Telephone: (970) 683-5888 |
| Fax: (303) 298-9879 | Fax: (970) 683-5887 |
| Email: swain@kinggreisen.com | Email: severn@bechtelsanto.com |
| Email: greisen@kinggreisen.com | Email: santo@bechtelsanto.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **JOINT MOTION TO MODIFY THE SCHEDULING ORDER** was electronically filed with the Clerk of the Court using the CM/ECF system this 12th day of November 2018, which will send notification of such filing to the following:

King & Greisen, LLP
Paula Greisen
Hunter Swain
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
Email: swain@kinggreisen.com
Email: greisen@kinggreisen.com
*Attorneys for Plaintiff*

                                                *s/ Alicia W. Severn*
                                                Alicia W. Severn, attorney