IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-01144-WYD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

## ORDER REGARDING JOINT MOTION TO MODIFY THE SCHEDULING ORDER

**THIS MATTER** having come before the Court on the parties' Joint Motion to Modify the Scheduling Order, and the Court being fully advised thereon,

**IT IS HEREBY ORDERED:**

The parties' Joint Motion to Modify the Scheduling Order is GRANTED;

and it is further ordered that the following deadlines shall be set:

    a.    Designation of expert witnesses: extended from November 16, 2018 until January 31, 2019;

    b.    Designation of rebuttal expert witnesses: extended from January 15, 2019 until March 4, 2019;

    c.    Discovery cutoff: extended from April 1, 2019 until June 15, 2019; and

    d.    Dispositive motion deadline: extended from May 22, 2019 until August 5, 2019.

Dated this _____ day of November, 2018.

BY THE COURT:

_____
U.S. District Court Judge