# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

    Julie K. Bisbee, of KING & GREISEN, LLP, hereby enters her appearance on behalf of the Plaintiff, Debra Bouricius.

    DATED this 28th day of January 2019.

    Respectfully submitted,

    KING & GREISEN, LLP

    *s/ Julie K. Bisbee*
    Julie K. Bisbee
    1670 York Street
    Denver, Colorado 80206
    (303) 298-9878 telephone
    (303) 298-9879 facsimile
    bisbee@kinggreisen.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January 2019, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal