IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## MOTION TO MODIFY THE SCHEDULING ORDER

Defendant, by and through its attorneys, Bechtel Santo & Severn, hereby submit an Unopposed Motion to Modify the Scheduling Order in this matter.

Pursuant to D.C.COLO.LCivR 7.1(a), on February 25, 2019, Defendant's counsel contacted Plaintiff's counsel regarding the relief requested in this Motion. Plaintiff's counsel responded later that same day promising to review the request and promising to provide Defendant's counsel a response in the "next day or so." Since that time, Defendant's counsel sent Plaintiff's counsel two emails requesting a response, but have yet to receive any response from Plaintiff's counsel.

**MOTION**

1.  On November 12, 2018, the parties filed a Joint Motion to Modify the Scheduling Order for purposes of extending the deadline to disclose expert witnesses; the deadline to disclose

rebuttal expert witnesses; the deadline for discovery cutoff; and the dispositive motion deadline. [Doc 29]

2. The Court granted the parties' Joint Motion on November 13, 2018. [Doc 31]

3. Pursuant to the modified Scheduling Order, Plaintiff produced an expert witness report on January 30, 2019.

4. Plaintiff will be producing additional information upon which the expert witness relied in the coming days.

5. The additional information is important for any proposed witness to review before Defendant decides whether to designate a rebuttal expert witness.

6. Consequently, Defendant requests an extension of time within which to designate its rebuttal expert witness from March 4, 2019, to two weeks after Defendant receives the additional information from Plaintiff's expert witness upon which he relied in generating his expert witness report.

7. No other deadlines will be affected.

8. Defendant notes that no trial date has been set in this matter, such that this extension of time would negatively impact a scheduled trial setting.

9. Pursuant to the Scheduling Order in this case, paragraph 13, and F.R.C.P. 16(b)(4), the scheduling order can be modified by the judge for "good cause" shown. The court has discretion "to modify the Scheduling Order." *Lehman Brothers Holdings Inc. v. Universal American Mortgage Company*, LLC, 300 F.R.D. 678, 681 (D.Colo. 2014). "Good cause" means that a deadline "cannot reasonably be met despite the diligence of the party seeking the extension."

Comment to F.R.C.P. 16; *see also Brandt v. City of Westminster, Colorado*, 16-CV-1356-WJM-CBS, 2017 WL 3048694 (D.Colo., July 19, 2017).

10. As discussed herein, good cause exists to extend the rebuttal expert witness deadline because information that Plaintiff's expert witness relied upon is forthcoming, and this information is necessary for Defendant to review prior to any potential designation of a rebuttal expert witness.

11. Therefore, the court should permit the modification of the Scheduling Order as requested above.

WHEREFORE, the parties request that the Court enter an order modifying the Scheduling Order to extend the rebuttal expert witness deadline from March 4, 2019, until two weeks after Defendant receives the forthcoming additional information from Plaintiff's expert witness.

RESPECTFULLY SUBMITTED this 1st day of March, 2019.

BECHTEL SANTO & SEVERN

*By: s/Michael C. Santo*
Michael C. Santo, #24083
Alicia W. Severn, #42432
205 N. 4th Street, Suite 300
Grand Junction, Colorado 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER was served this 1st day of March 2019, via CM/ECF, to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff

*s/ Rachel Englehart* .
Rachel Englehart

## CERTIFICATE OF SERVICE

Pursuant to the Scheduling Order, paragraph 12, the undersigned hereby certifies that a true and correct copy of the foregoing UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER was served this 1st day of March 2019, via electronic mail, to the following:

Nina Atencio
Chief Deputy County Attorney – Civil Division
544 Rood Avenue
PO Box 20,000-5004
Grand Junction, CO 81501
nina.atencio@mesacounty.us

*s/ Rachel Englehart* .
Rachel Englehart