IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLORADO

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER**

---

**THIS MATTER** having come before the Court on Defendant's Motion to Modify the Scheduling Order, and the Court being fully advised thereon,

**IT IS HEREBY ORDERED:**

Defendant's Motion to Modify the Scheduling Order is GRANTED;

and it is further ordered that the deadline for Defendant to designate a rebuttal expert witness, if any, is two weeks after Defendant receives forthcoming additional information from Plaintiff's expert witness.

Dated this \_\_\_\_ day of _____, 2019.

                      BY THE COURT:

                      _____
                      United States Magistrate Judge