**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.   18-CV-01144-WYD-STV**

**DEBRA BOURICIUS,**

        Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners**

        Defendants.

---

**UNOPPOSED MOTION FOR DEFENDANT'S COUNSEL, MICHAEL SANTO, TO LISTEN TO DISCOVERY HEARING VIA TELEPHONE**

---

Defendant Mesa County, by and through its counsel of record, hereby requests this Honorable Court to allow its counsel, Michael Santo, to call in and listen to the Discovery Hearing, currently set for April 1, 2019, at 2:30 p.m., by telephone. As grounds therefore, the Defendant states as follows:

Certificate of Compliance with D.Colo.L.R. 7.1. On March 27, 2019, Defendant's counsel conferred with Plaintiff's counsel regarding the relief requested in this Motion. Plaintiff's counsel indicated that Plaintiff did not oppose the relief requested in this Motion.

1.     The Discovery Hearing is scheduled to take place in person on April 1, 2019, in Courtroom A 402.

2.     Counsel for the Defendant, Alicia Severn, will be appearing in person on behalf of the Defendant at the Discovery Hearing on April 1, 2019, and will be handling the hearing on behalf of the Defendant at the Hearing.

3.      Counsel for the Defendant, Mr. Santo, will be in Grand Junction, Colorado, on April 1, 2019.

4.      Mr. Santo respectfully asks the Court for the opportunity to listen to the Discovery Hearing by telephone on April 1, 2019.

5.      No party will be prejudiced by Mr. Santo listening to the Scheduling Conference by telephone.

WHEREFORE, Defendant respectfully requests that its counsel, Mr. Santo, be permitted to listen to the Discovery Hearing by telephone.

Respectfully submitted this 29th day of March, 2019.

BECHTEL & SANTO

*s/ Alicia W. Severn*
Alicia W. Severn
Michael C. Santo
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
santo@bechtelsanto.com
severn@bechtelsanto.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR DEFENDANT'S COUNSEL, MICHAEL SANTO, TO LISTEN TO SCHEDULING CONFERENCE VIA TELEPHONE** was served this 29th day of March 2019, via CM/ECF to the following:

Julie Bisbee
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
Email: bisbee@kinggreisen.com
       greisen@kinggreisen.com
Attorneys for Plaintiff


*s/ Alicia W. Severn*
Alicia W. Severn, attorney