IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

        Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners**

        Defendants.

---

**ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION FOR DEFENDANT'S COUNSEL, MICHAEL SANTO, TO LISTEN TO DISCOVERY HEARING VIA TELEPHONE**

---

Upon consideration of the Defendant's Unopposed Motion for Defendant's Counsel, Michael Santo, to Listen to Discovery Hearing Via Telephone, it is this day:

ORDERED that Defendant's Motion be, and it hereby is, GRANTED; and it is further

ORDERED that Mr. Santo shall be permitted to contact the Court at 303-335-2365 prior to the start of the Discovery Hearing on April 1, 2019, at 2:30 p.m.

                                                                BY THE COURT:

                                                                _____

                                                                Magistrate Judge Scott T. Varholak