## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-WYD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

## NOTICE OF DEPOSITION

---

**PLEASE TAKE NOTICE** that Plaintiff, by and through her attorneys, Paula Greisen and Julie K. Bisbee, of the law firm KING & GREISEN, LLP, will take the deposition upon oral examination of **Frank Whidden**.  This deposition will be taken before a notary public or other person authorized to administer oaths, by stenographic means, commencing on **April 4, 2019 at 9:00 a.m.** pursuant to Rule 30 of the Federal Rules of Civil Procedure.  The above deposition will take place at the Hampton Inn Grand Junction Downtown, 205 Main Street, Grand Junction, CO  81501.

    Dated:  March 27, 2019

**EXHIBIT 1**

Respectfully submitted,

*s/ Paula Greisen*
Paula Greisen
Julie K. Bisbee
KING & GREISEN, LLP
1670 York Street
Denver, Colorado 80206
(303) 298-9878 telephone
greisen@kinggreisen.com
bisbee@kinggreisen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2019, I served the foregoing **NOTICE OF DEPOSITION** on the following e-mail addresses:

Michael Santo
Alicia W. Severn
205 N. 4th Street, Suite 300
Grand Junction, CO  81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Counsel for Defendants*

*s/ Julie K. Bisbee*

Julie K. Bisbee
King & Greisen, LLP

**EXHIBIT 1**

## Michael Santo

| | |
|---|---|
| **From:** | Laurie Mool <mool@kinggreisen.com> |
| **Sent:** | Wednesday, March 27, 2019 4:17 PM |
| **To:** | Alicia Severn; Michael Santo |
| **Cc:** | Paula Greisen; Julie Bisbee |
| **Subject:** | Bouricius v. Mesa County |
| **Attachments:** | Notice of Deposition Frank Whidden.pdf |

Alicia:

Attached please find the Notice of Deposition for Frank Whidden.

Thank you,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

**EXHIBIT 6**