IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

       Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

       Defendant.

---

**AFFIDAVIT OF ALICIA W. SEVERN IN SUPPORT OF DEFENDANT'S MOTION TO QUASH DEPOSITION NOTICE AND FOR PROTECTIVE ORDER**

---

I, ALICIA W. SEVERN, do state and affirm as follows:

1. On March 19, 2019, at approximately 10:00 a.m., I spoke by telephone with counsel for the Plaintiff, Paula Greisen and Julie Bisbee.

2. During our discussion on March 19, 2019, Ms. Greisen discussed the way in which she deposed, at the same time, one individual in his individual capacity and in his corporate representative capacity in other, prior cases she worked on.

3. Neither Ms. Greisen nor Ms. Bisbee asked me if such a plan would be agreeable to Mesa County with respect to witness Frank Whidden or indicated this was the plan they were proposing to me to consider with my client in this case.

4. During the telephone conference on March 19, 2019, I communicated the Defendant's position that it would require the 30(b)(6) deposition of Mesa County to take place on one day, and this issue was one the Defendant wished to address with the Court.

5. On March 27, 2019, I called Ms. Bisbee to discuss the parties' Joint Statement of Issues In Preparation for Discovery Hearing on April 1, 2019.

6. During this call on March 27, 2019, Ms. Bisbee indicated that the Plaintiff intended to depose Mr. Whidden in his individual capacity and as a County representative on April 4, 2019.

1

This was the first time it was clearly stated to me that the Plaintiff affirmatively sought to depose Mr. Whidden in his individual capacity on April 4.

7. I informed Ms. Bisbee that Mesa County was not agreeable to the deposition of Mr. Whidden in his individual capacity on April 4, 2019. I communicated that Mr. Whidden had not been noticed for an individual deposition. I also reiterated my previously-communicated statement that Mesa County was not agreeable to conducting the 30(b)(6) deposition on multiple days.

8. Ms. Bisbee informed me that she thought Ms. Greisen had been clear that the Plaintiff would take Mr. Whidden's deposition in multiple capacities on April 4, 2019, when the parties spoke on March 19, 2019. I disagreed with Ms. Bisbee's recollection of the conversation on March 19, 2019.

9. If called as a witness, I am competent to testify to the facts stated in this Affidavit.

The above statements are true and are made knowingly and voluntarily.

_____  3/29/2019
Alicia W. Severn           Date

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 29th DAY OF MARCH 2019.

_Erika Pullen_
Notary Public

570 S Wadsworth Blvd
Lakewood, CO 80226
Address

My commission expires: 01/18/2022

NOTARY SEAL

ERIKA PULLEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184003205
MY COMMISSION EXPIRES JANUARY 18, 2022