## Alicia Severn

| | |
|---|---|
| **From:** | Alicia Severn |
| **Sent:** | Tuesday, March 26, 2019 8:16 PM |
| **To:** | 'Julie Bisbee'; Michael Santo |
| **Cc:** | Paula Greisen |
| **Subject:** | RE: Depositions April 3&4 |

Julie and Paula,

We have not received notice of any individual deposition of Frank Whidden. F.R.C.P. 30(b)(1); D.C.COLO.LCivR 30.1. So, any attempt to depose Mr. Whidden in his individual capacity would be improper as he has not been properly noticed for any such deposition. No individual deposition of Mr. Whidden shall occur on April 4.

Further, while Comments to the 2000 Amendments contain the statement, "the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition," this statement does not appear in the text of F.R.C.P. 30. Courts are split regarding this issue. The case you cited is from the Middle District of Tennessee, Northeastern Division, at Cookeville. By contrast, the District of Minnesota has held, "Regardless of whether the deposition is of a named person or Rule 30(b)(6) representative, '[u]nless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7 hours.'" *Carlson, Inc. v. Int'l Bus. Mach. Corp.*, 10-340 (JNE/TNL), 2011 WL 13135645 (D.Minn., Nov. 7, 2011) (citing F.R.C.P. 30(d)(1)). There appear to be no cases from the District of Colorado that address this issue. Further, and more importantly, in the parties' Scheduling Order, Plaintiff identified a "[d]eposition pursuant to Fed. R. Civ. P. 30(b)(6)" will be completed in "7 hours or less." Doc 24, p. 12. There was no indication in this Scheduling Order that each identified witness would be deposed for seven hours and/or that the deposition would last more than one day. Indeed, the 30(b)(6) deposition was identified like all other identified individual depositions, which must be completed within one day of no longer than seven hours. F.R.C.P. 30(d)(1). Thus, Mesa County is not agreeable to conducting a 30(b)(6) deposition across multiple days and/or totaling more than seven hours.

With respect to 30(b)(6) Matter 25, as you are aware, Julie, I contacted you on March 11 and asked for additional information regarding Matter 25 so that we could designate a proper person. We also spoke about this Matter by telephone. I then followed up on this inquiry on March 25 because I had received no response. It was on March 25 that you finally responded to my inquiry. We will designate a proper person regarding Matter 25 in the coming days.

I am also assuming you realize that we object to designating any witness regarding 30(b)(6) Matter 6. We are addressing Matter 6 with the Court next week.

With respect to Commissioner Justman's deposition, I explained last week that I would not have information regarding whether Commissioner Justman and Mesa County's designated representative were available to attend a deposition on April 3 until the week of March 25 because last week, the week of March 18, was spring break for schools in Grand Junction and individuals were on vacation. Despite my representations, you noticed Commissioner Justman's deposition anyway, knowing there was a chance that Commissioner Justman would be unavailable on April 3. You now state that you will depose Commissioner Justman before and after his meeting or "recall him to finish at a later time." This statement does not comply with F.R.C.P. 30(d)(1), which states, "Unless otherwise stipulated or ordered by the dcourt, a deposition is limited to one day of 7 hours." Mesa County will not agree to the deposition of Commissioner Justman on multiple days. We find it disingenuous that you would unilaterally state that you may depose Commissioner Justman on multiple days when you

**EXHIBIT 4**

objected to my request to reopen Ms. Bouricius's deposition to depose her in the future regarding damages-related documents that Ms. Bouricius testified she has in her possession and failed to produce in response to Mesa County's deposition requests. *Commissioner Justman is unavailable for a full-day deposition on April 3.* You will need to choose another day on which to depose Commissioner Justman. *See also* D.C.COLO.LCivR 30.1, stating "Before sending a notice to take a deposition, counsel or the unrepresented party seeking the deposition shall make a good faith effort to schedule it in a convenient and cost effective manner." (Emphasis added.)

-Alicia


Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

*Our annual employment-law conference with WCHRA is scheduled for April 17, 2019. Look for more information in future issues of the firm's* Employer's Advisory *newsletter, or check the event page of our website at* www.bechtelsanto.com.

CONFIDENTIALITY NOTICE: This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission. Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

---

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Tuesday, March 26, 2019 4:34 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Depositions April 3&4

Alicia:  We made clear last week that we will be deposing Mr. Whidden as a fact witness and for the purposes of 30(b)(6). It is simply not the case that we are only entitled to 7 hours combined with each 30(b)(6) deponent you identify. *See* 2000 Advisory Committee Notes to Rule 30; see also *Patterson v. N. Cent. Tel. Coop. Corp.,* 2013 U.S. Dist. LEXIS 135607.

Moreover, Mesa County has identified Whidden as its sole fact witness and sole 30(b)(6) witness, to date. We do not take issue with this, and in an effort to be efficient are agreeable to questioning Mr. Whidden in both capacities in a single day. However, assuming the bulk of his deposition will relate to his factual knowledge of the case, we will not

**EXHIBIT 4**

forgo the ability to seek 30(b)(6) testimony from other witnesses, on other days.  Indeed, we have discussed the plan of deposing your separate 30(b)(6) deponents at different times on multiple occasions.

Further, despite the fact that we issued this notice months ago, Mesa County has still failed to identify any witnesses for Matter 6 or Matter 25.  Assuming you are now seeking to impose time limits on the 30(b)(6) deponents,  it is impossible for us to judge the time we will require  with these unidentified witnesses.

At this point, it seems more apparent that  Mesa County is engaging in impermissible stall tactics.

Nonetheless, because we have booked travel to attend Mr. Justman's deposition, we will begin at 8 or 9.  If he must leave at 12 we can reconvene after his meeting, or recall him to finish at a later time.

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

Please consider the environment before printing this email.

From: Alicia Severn <Severn@bechtelsanto.com>
Sent: Tuesday, March 26, 2019 3:05 PM
To: Julie Bisbee <bisbee@kinggreisen.com>; Michael Santo <santo@bechtelsanto.com>
Cc: Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
Subject: RE: Depositions April 3&4

Sorry for the confusion, Julie. It is Commissioner Justman who has a meeting at noon on April 3.

At this point in time, Mesa County is not agreeable to conducting the 30(b)(6) deposition on multiple days because, as you know, the general rule requires depositions to be conducted on one day of no more than 7 hours. F.R.C.P. 30(d)(1). Because designating a deponent for Matter 25 would mean the 30(b)(6) deposition would be conducted over multiple days, it is not agreeable for us to take that approach.

-Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501

**EXHIBIT 4**

Telephone: 970.683.5888
Facsimile: 970.683.5887

*Our annual employment-law conference with WCHRA is scheduled for April 17, 2019. Look for more information in future issues of the firm's* Employer's Advisory *newsletter, or check the event page of our website at www.bechtelsanto.com.*

CONFIDENTIALITY NOTICE: This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission. Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

---

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Tuesday, March 26, 2019 2:31 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Depositions April 3&4

I'm confused, is this meeting for Justman, or you? Is there a different deponent you can offer, one for topic 25, perhaps?

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

Please consider the environment before printing this email.

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Tuesday, March 26, 2019 2:17 PM
**To:** Julie Bisbee <bisbee@kinggreisen.com>; Michael Santo <santo@bechtelsanto.com>

**EXHIBIT 4**

**Cc:** Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Depositions April 3&4

I appreciate that offer, Julie. Unfortunately, the meeting is scheduled to start at noon. So, if you're anticipating a full day deposition, I don't think an earlier start time will help us in this particular situation.

-Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

*Our annual employment-law conference with WCHRA is scheduled for April 17, 2019. Look for more information in future issues of the firm's* Employer's Advisory *newsletter, or check the event page of our website at* www.bechtelsanto.com.

CONFIDENTIALITY NOTICE: This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission. Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

---

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Tuesday, March 26, 2019 1:46 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Depositions April 3&4

Alicia:

Would you prefer if we started the deposition at 8?

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



**EXHIBIT 4**

1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

Please consider the environment before printing this email.

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Tuesday, March 26, 2019 11:54 AM
**To:** Julie Bisbee <bisbee@kinggreisen.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kinggreisen.com>
**Subject:** RE: Depositions April 3&4

Thanks, Julie. Since the meeting at issue is in the early afternoon, for a full-day deposition, Commissioner Justman is not available on April 3. Are there other dates when you are available?

Thanks,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

*Our annual employment-law conference with WCHRA is scheduled for April 17, 2019. Look for more information in future issues of the firm's* Employer's Advisory *newsletter, or check the event page of our website at* www.bechtelsanto.com.

CONFIDENTIALITY NOTICE: This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission. Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Monday, March 25, 2019 4:32 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>

**EXHIBIT 4**

**Cc:** Paula Greisen <greisen@kinggreisen.com>
**Subject:** RE: Depositions April 3&4

At this time we are planning on the day.  I cannot give you an estimate.  But, if we limit the breaks, that will likely give you time in the afternoon.

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**Please consider the environment before printing this email.**

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Monday, March 25, 2019 4:29 PM
**To:** Julie Bisbee <bisbee@kinggreisen.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kinggreisen.com>
**Subject:** RE: Depositions April 3&4

Julie,

Would the morning on April 3 work for Commissioner Justman's deposition? We are trying to schedule around a later meeting scheduled for that day and wanted to see if you anticipated being able to complete the deposition in a morning.

Thank you,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

*Our annual employment-law conference with WCHRA is scheduled for April 17, 2019.  Look for more information in future issues of the firm's* Employer's Advisory *newsletter, or check the event page of our website at www.bechtelsanto.com.*

**EXHIBIT 4**

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

---

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Monday, March 18, 2019 5:20 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** Depositions April 3&4

Alicia:

We would like to schedule Commissioner Justman for April 3.  Thanks,


*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

Please consider the environment before printing this email.

**EXHIBIT 4**