**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

       Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

       Defendant.

---

**ORDER REGARDING DEFENDANT'S MOTION TO QUASH DEPOSITION NOTICE
AND FOR PROTECTIVE ORDER**

---

Upon consideration of the Defendant's Motion to Quash Deposition Notice and For Protective Order, it is this day:

ORDERED that Defendant's Motion be, and it hereby is, GRANTED; and it is further

ORDERED that a protective order pursuant to F.R.C.P. 26(c) shall be entered in which the Plaintiff may not depose witness Frank Whidden in his individual capacity on April 4, 2019. Further, the Plaintiff shall work with the Defendant to determine a date and time agreeable to both parties on which to hold an individual deposition of Frank Whidden.

BY THE COURT:

       _____

       Magistrate Judge Scott T. Varholak

2