IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01144-WYD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: April 1, 2019 | Courtroom Deputy: Monique Ortiz |

*Parties:*                                                                              *Counsel:*

DEBRA BOURICIUS                                                               Paula Greisen
                                                                                                   Julie Bisbee
     Plaintiff,

v.

MESA COUNTY                                                                     Alicia Severn
                                                                                                   Michael Santo (by phone)
     Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY HEARING**
**Court in Session:   2:37 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the discovery disputes as set forth in the Joint Statement submitted by the parties and the Defendant's Motion to Quash Deposition Notice and for Protective Order [Doc. No. 44, filed 3/29/2019].

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**     With respect to both issues set forth in the parties' Joint Statement, the court requires additional briefing from the parties. Defendant shall submit a memorandum in support of the discovery disputes by April 8, 2019. Plaintiff shall file a response by April 15, 2019. Defendant shall file a reply by April 22, 2019. A further Discovery hearing is set for April 25, 2019 at 10:30 a.m. Parties may appear by telephone by contacting the court at (303) 335-2365 at the scheduled date and

time.

Defendant's Motion to Quash Deposition Notice and for Protective Order [Doc. No. 44] is **DENIED**. I'm gonna allow the deposition to be both the individual and the Rule 30(b)(6) but that deposition will be limited to 8 hours total. The individual component shall be conducted first and when the Plaintiff is ready to conduct the Rule 30(b)(6) component, the record should clearly reflect such so that the record is clear. If Plaintiff's counsel chooses to depose the witness only in his individual capacity, she shall notify defense counsel and the court would be okay with the parties rescheduling the Rule 30(b)(6) component.

HEARING CONCLUDED.
**Court in recess:   3:19 p.m.**
Time In Court:       00:42
To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.