IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

        Plaintiff,

v.

**MESA COUNTY by and through the MESA COUNTY BOARD OF COUNTY COMMISSIONERS,**

        Defendant.

---

### AFFIDAVIT OF NINA ATENCIO IN SUPPORT OF DEFENDANT'S MEMORANDUM IN SUPPORT OF DISCOVERY DISPUTE

---

I, Nina Atencio, being duly sworn upon my oath, do hereby affirm:

1. I am the Chief Deputy County Attorney—Civil Division for Mesa County. I have held this position for four (4) years.

2. In my role as Chief Deputy County Attorney, I am responsible for representing Mesa County in employment-related Charges of Discrimination and litigation, as applicable.

3. Mesa County sometimes chooses to work with outside counsel and sometimes chooses to represent itself via its County Attorneys with respect to employment-related Charges of Discrimination and litigation.

4. In 2017, I was responsible for preparing Mesa County's response to Ms. Bouricius's Charge of Discrimination.

5. As part of this work, I spoke with individuals and collected information as part of Mesa County's formulation of its legal positions and response to Ms. Bouricius's Charge of Discrimination.

6. Mesa County has not, and has not intended to, waive its attorney-client privilege with respect to the work I performed in responding to Ms. Bouricius's Charge of Discrimination.

**EXHIBIT 4**

THE ABOVE STATEMENTS ARE BASED UPON MY FIRST-HAND KNOWLEDGE AND ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____     4/8/19
Nina Atencio                                              Date

STATE OF COLORADO    )
                                          ) ss.
COUNTY OF MESA          )

Subscribed and sworn to before me this __8__ day of April 2019, by Nina Atencio.

WITNESS my hand and official seal. _Deanna Gohn_____
                                                                                              Notary Public

My commission expires: 6/12/2020

DEANNA GOHN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19924001670
My Commission Expires June 12, 2020

**EXHIBIT 4**