IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-01144-WYD-STV

DEBRA BOURICIUS,

       Plaintiff,

v.

MESA COUNTY by and through the MESA COUNTY BOARD OF COUNTY COMMISSIONERS,

       Defendant.

---

### AFFIDAVIT OF FRANK WHIDDEN IN SUPPORT OF DEFENDANT'S MEMORANDUM IN SUPPORT OF DISCOVERY DISPUTE

---

I, Frank Whidden, being duly sworn upon my oath, do hereby affirm:

1.     I am the County Administrator, Information Technology Director, and Human Resources Director. I have worked in one or all of these roles for more than seven (7) years.

2.     In my roles as County Administrator, Information Technology Director, and Human Resources Director, I was responsible for selecting employees in the Information Technology Department to layoff in 2016.

3.     I selected Ms. Bouricius to layoff in 2016 as part of budgetary cuts in the Information Technology Department.

4.     In making my decision to layoff Ms. Bouricius, and other effected employees, I did not review, reference, or rely upon any "wage study."

**EXHIBIT 6**

THE ABOVE STATEMENTS ARE BASED UPON MY FIRST-HAND KNOWLEDGE
AND ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____          4/5/19
Frank Whidden                            Date

STATE OF COLORADO          )
                           ) ss.
COUNTY OF MESA             )

Subscribed and sworn to before me this ___5___ day of April 2019, by Frank
Whidden.

WITNESS my hand and official seal. _____

                                                    Notary Public

My commission expires: 6/12/2020

DEANNA GOHN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19924001670
My Commission Expires June 12, 2020

**EXHIBIT 6**