## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

_____

### JOINT MOTION FOR A TWO-DAY EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO DEFENDANT'S MEMORANDUM IN SUPPORT OF DISCOVERY DISPUTE [DOC. 47]
_____

    The Parties, by and through their respective counsel, hereby submit this Joint Motion for a Two-Day Extension of Time, and in support thereof state as follows:

    1.    On April 1, 2019, after reviewing the parties' Joint Statement, the court held a hearing on discovery disputes between the parties.  Magistrate Judge Varholak then determined the court required additional briefing from the parties.

    2.    Defendant was to file a memorandum in support of the discovery disputes by April 8, 2019, and Defendant did so at Docket 47.

    3.    Plaintiff is to file a response by today, April 15, 2019.

    4.    After the Defendant's brief was filed, the undersigned counsel was appointed as counsel in a pro bono matter to assist a *pro se* plaintiff at a settlement conference set for Monday, April 15, 2019, and counsel has been preparing for that matter, which included a meeting with the plaintiff.

5. Plaintiff's counsel requires a modest two-day extension of time, up to and including April 17, 2019, within which to file Plaintiff's Response.

6. Defendant likewise requests a corresponding extension of time, up to and including April 24, 2019, to file its Reply.

7. This is the first request for an extension by the parties.

8. No party will be prejudiced by the granting of this Motion.

WHEREFORE, Plaintiff and Defendant respectfully request this Court grant Plaintiff's Motion for Extension of Time to Respond to Defendant's Memorandum in Support of Discovery Dispute [Doc. 47], up to and including April 17, 2019; and grant Defendant's Motion for Extension of Time to Reply to Defendant's Memorandum in Support of Discovery Dispute, up to and including April 24, 2019.

Respectfully submitted this 15th day of April 2019.

| KING & GREISEN, LLP | BECHTEL SANTO & SEVERN |
|---|---|
| *s/ Paula Greisen* | *s/ Alicia Severn* |
| Paula Greisen | Michael Santo |
| Julie K. Bisbee | Alicia Severn |
| 1670 York St. | Bechtel Santo & Severn |
| Denver, Colorado 80206 | 205 N. 4th Street, Suite 300 |
| (303) 298-9878 telephone | Grand Junction, CO 81501 |
| (303) 298find9879 facsimile | santo@bechtelsanto.com |
| greisen@kinggreisen.com | severn@bechtelsanto.com |
| bisbee@kinggreisen.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |