# EXHIBIT A



**STATE OF COLORADO**

C - DORA, Courtney <courtney.longtin@state.co.us>

## FE2017481263 Bouricious v. Mesa County

Nina Atencio <nina.atencio@mesacounty.us>  
To: Courtney Longtin <courtney.longtin@state.co.us>

Wed, Dec 6, 2017 at 4:36 PM

Courtney,

Attached please find 2 documents. One document provides the names, years of service, position title and salary amount of 6 IT employees who were subject to the layoff in 2016, including Ms. Bouricious. The second is a list of current (to date) employees within the IT Department, inclusive of their years of service and salary.

You are correct that Mr. Whidden made the determination as to who would be subject to the layoff, which included the decision to lay off Ms. Bouricious. At this time, he declines to do an interview and believes his position/statements are represented within Mesa County's Response to the Request for Information. If there are specific questions or clarification of statements made within Mesa County's Response that you can submit in writing, I can submit those to Mr. Whidden.

Best Regards,

Nina  
[Quoted text hidden]

--

Nina Atencio  
Chief Deputy County Attorney - Civil Division  
544 Rood Avenue  
PO Box 20,000-5004  
Grand Junction, CO 81501  
970-244-1612  
nina.atencio@mesacounty.us

**CONFIDENTIALITY NOTICE:** The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

2 attachments

- Current IT Employee Salaries and YOS.pdf  
  65K

- IT Laid Off Employees YOS and Salary.pdf  
  26K