# EXHIBIT C

9/29/2017 — State.co.us Executive Branch Mail - FE2017481263 Bouricious v. Mesa County



**STATE OF COLORADO**

C - DORA, Courtney <courtney.longtin@state.co.us>

## FE2017481263 Bouricious v. Mesa County

**Nina Atencio** <nina.atencio@mesacounty.us>  Fri, Sep 29, 2017 at 3:56 PM
To: "L - DORA, Courtney" <courtney.longtin@state.co.us>

Courtney,

The following is Mesa County's response to your questions dated 9/15/17:

1. Regarding the 90 day extension of CCRD jurisdiction, Mesa County responded to the CCRD's request on 9/20/17. As of the date of this email, I have not received notice of the new case end date. Additionally, while Mesa County requested this extension, at the request of the CCRD, Mesa County does not agree to waive any other rights or defenses to which it may be entitled.

2. *If there are any documents or emails related to the decision to layoff...please provide it.* Aside from the general budgetary information regarding the state of Mesa County's financial deficit, which precipitated the need for layoffs in the IT Dept. (documents provided in the Response to RFI), there are no documents related to the decision to layoff Complainant.

3. *Who made the decision to layoff the Complainant?* See Response in email dated 9/20/17.

4. Regarding the performance evaluations provided via email dated 8/23/17, the performance evaluations provided encompass the entire evaluation. The format provided by this department is different from the format for evaluations in prior years. There are no numerical or quantitative standards related to these IT Dept. evaluations for 2015. If you need additional information about this, please let me know.

5. Regarding interviewing Ms. Zubek, please refer to Response in email dated 9/20/17.

Lastly, to ensure consistent information is provided in all three cases being investigated, I have attached a 2016 IT Position spreadsheet along with un-redacted 2015 performance evaluations. This information is similar to the information and spreadsheet submitted on 8/23/17. **However, please note the corrected age of Lhana J.** The previous sheet listed her as 52. She is 42. I apologize for the error and any inconvenience it may have caused.

If there is additional clarification or information needed, please let me know.

Regards,

Nina
[Quoted text hidden]

📎 **IT POSITIONS AS OF SEPT 2016 Response CCRD 9.29.17.pdf**
    696K