# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

      Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

      Defendant.

**DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS 1-2, 4-7, AND REQUESTS FOR ADMISSION PRIVILEGE LOG**

Defendant Mesa County, by and through its attorneys, hereby submits the following privilege log regarding its Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission.

| Nature of the Document | Document Number(s) | Privilege/Reason Asserted |
|---|---|---|
| Communication between counsel representing Mesa County and Mesa County regarding litigation | DEF 2022-2027 | Attorney-client privilege; attorney work product. |

Respectfully submitted this 29th day of August, 2018.

      BECHTEL SANTO & SEVERN

      By: *s/Alicia W. Severn*
        Alicia W. Severn, #42432
        Michael C. Santo, #24083
        205 N. 4th Street, Suite 300
        Grand Junction, Colorado 81501
        Telephone: (970) 683-5888
        Facsimile: (970) 683-5887
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS 1-2, 4-7, AND REQUESTS FOR ADMISSION PRIVILEGE LOG** was served this 29th day of August 2018, via email to the following:

Hunter Swain
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff


*s/ Alicia W. Severn*
Alicia W. Severn, attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

## DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION 3 PRIVILEGE LOG

Defendant Mesa County, by and through its attorneys, hereby submits the following privilege log regarding its Response to Plaintiff's Request for Production No. 3.

| Nature of the Document | Document Number(s) | Privilege/Reason Asserted |
|---|---|---|
| File location in attorney's file | DEF 2028, 2030 | Attorney-client privilege; attorney work product. |
| Communication from or to counsel | DEF 2126-2137 | Attorney-client privilege; attorney work product. |

Respectfully submitted this 5th day of September, 2018.

    BECHTEL SANTO & SEVERN

    By: *s/Alicia W. Severn*
    Alicia W. Severn, #42432
    Michael C. Santo, #24083
    205 N. 4th Street, Suite 300
    Grand Junction, Colorado 81501
    Telephone: (970) 683-5888
    Facsimile: (970) 683-5887
    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION 3 PRIVILEGE LOG** was served this 5th day of September 2018, via email to the following:

Hunter Swain
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff


*s/ Alicia W. Severn*
Alicia W. Severn, attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

## DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS 1-2, 4-7, AND REQUESTS FOR ADMISSION PRIVILEGE LOG

Defendant Mesa County, by and through its attorneys, hereby submits the following privilege log regarding its Second Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission.

| Nature of the Document | Document Number(s) | Privilege/Reason Asserted |
|---|---|---|
| Communication between counsel representing Mesa County and Mesa County regarding litigation; attorneys' work for Mesa County or on behalf of Mesa County regarding litigation matters; attorneys' communications, correspondence, and work-related documents and drafts regarding litigation matters | DEF 2022-2027, 3928-3929, 3936, 3939, 3950-3952, 3961-3962, 3983, 4003-4005, 4011, 4013, 4557, 5087-5257 | Attorney-client privilege; attorney work product. |
| Employee information | DEF 2138-2144 | Privacy, relevancy, and burden of production: non-party telephone numbers. (See, *e.g.*, *Grady v. Affiliated Cent., Inc.*, 130 F.3d 553, 561 (2nd Cir. 1997); *Alaird v.* |

| | | |
|---|---|---|
| | | *MacLean Power*, LLC, 2015 WL 4162577 (D.Colo., July 10, 2015)). |
| Resume | DEF 2452-2455, 3108-3111 | Privacy, relevancy, and burden of production: non-party social security number (*See, e.g., Guan Ming Lin v. Benihana Nat. Corp.*, 755 F.Supp.2d 504, 515 (S.D.N.Y. 2010)); *Alaird v. MacLean Power*, LLC, 2015 WL 4162577 (D.Colo., July 10, 2015)). |
| Employment application | DEF 2456 | Privacy, relevancy, and burden of production: non-party social security number (*See, e.g., Guan Ming Lin v. Benihana Nat. Corp.*, 755 F.Supp.2d 504, 515 (S.D.N.Y. 2010)); *Alaird v. MacLean Power*, LLC, 2015 WL 4162577 (D.Colo., July 10, 2015)). |
| Personnel record | DEF 2666, 2672, 2678, 2681, 2685-2686, 2691, 2693, 2700, 2706, 2710, 2721, 2735, 2744, 2745-2746, 2759-2760, 2798, 2968, 2974, 2981-2983, 2990, 2993, 2997-2998, 3003, 3005, 3012, 3018, 3022, 3033, 3047, 3089, 3091-3092, 3112, 3114, 3116-3117, 3380-3381, 3418, 3419, 3426, 3428, 3431, 3433-3434, 3436, 3438, 3445, 3450, 3478, 3726-3727, 3846-3847, 3874-3876, 3878-3879 | Privacy, relevancy, and burden of production: non-party social security number (*See, e.g., Guan Ming Lin v. Benihana Nat. Corp.*, 755 F.Supp.2d 504, 515 (S.D.N.Y. 2010)); *Alaird v. MacLean Power*, LLC, 2015 WL 4162577 (D.Colo., July 10, 2015)). |
| Employment evaluations | DEF 4130, 4459, 4466, 4472, 4477 | Privacy, relevancy, and burden of production: non-party social security number (*See, e.g., Guan Ming Lin v. Benihana Nat. Corp.*, 755 F.Supp.2d 504, 515 (S.D.N.Y. 2010)); *Alaird v. MacLean Power*, LLC, 2015 WL 4162577 (D.Colo., July 10, 2015)). |

Respectfully submitted this 19th day of October, 2018.

        BECHTEL SANTO & SEVERN

        By: *s/Alicia W. Severn*
         Alicia W. Severn, #42432
         Michael C. Santo, #24083
         205 N. 4th Street, Suite 300
         Grand Junction, Colorado 81501
         Telephone: (970) 683-5888
         Facsimile: (970) 683-5887
         Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS 1-2, 4-7, AND REQUESTS FOR ADMISSION PRIVILEGE LOG** was served this 19th day of October 2018, via email to the following:

Hunter Swain
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff


*s/ Alicia W. Severn*
Alicia W. Severn, attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

## DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS PRIVILEGE LOG

Defendant Mesa County, by and through its attorneys, hereby submits the following privilege log regarding its Responses to Plaintiff's Second Request for the Production of Documents.

| **Nature of the Document** | **Document Number(s)** | **Privilege/Reason Asserted** |
|---|---|---|
| Spreadsheets related to unfinished wage study. | DEF 5733-5879 | Irrelevant, overbroad, and not proportional to the needs of the case pursuant to F.R.C.P. 26(b)(1). This issue has been waived and the Plaintiff is estopped from raising it. Governmental/deliberative process privilege. C.R.S. § 24-72-204(3)(a)(XIII). |
| Emails related to unfinished wage study. | DEF 5880-5968 | Irrelevant, overbroad, and not proportional to the needs of the case pursuant to F.R.C.P. 26(b)(1). This issue has been waived and the Plaintiff is estopped from raising it. |

|  |  | Governmental/deliberative process privilege. C.R.S. § 24-72-204(3)(a)(XIII). |
| --- | --- | --- |
| Communications involving and related to advice from an accountant. | DEF 5969-5972 | Accountant-client privilege. |

Respectfully submitted this 12th day of March 2019.

                              BECHTEL SANTO & SEVERN

                     By: *s/Alicia W. Severn*
                       Alicia W. Severn, #42432
                       Michael C. Santo, #24083
                       205 N. 4th Street, Suite 300
                       Grand Junction, Colorado 81501
                       Telephone: (970) 683-5888
                       Facsimile: (970) 683-5887
                       Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS PRIVILEGE LOG** was served this 12th day of March 2019, via email to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney