IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01144-WYD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: April 25, 2019 | Courtroom Deputy:  Monique Ortiz |

*Parties:*  *Counsel:*

DEBRA BOURICIUS          Julie Bisbee
                         Paula Greisen
    Plaintiff,

v.

MESA COUNTY              Alicia Severn
                         Michael Santo
    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   10:38 a.m.**
Court calls case. Appearance of counsel.

Currently pending before the court are two discovery disputes that remained from the last Discovery Conference held in this matter on April 1, 2019. The first issue is whether or not the Defendant has waived attorney client privilege with respect to the internal investigation that was conducted by counsel following the complaint to the EEOC.  The second issue is whether or not the Defendant should be required to produce the wage study.

The Court has reviewed the Defendant's Memorandum [Doc. No. 47], Plaintiff's Response [Doc. No. 51] and Defendant's Reply [Doc. No. 52].

For the reasons set forth on the record, it is

**ORDERED:**        With respect to the first issue of whether or not the Defendant has waived attorney client privilege with respect to the internal investigation that was conducted by counsel following the complaint to the EEOC, the court finds that the Defendant has not waived the

       privilege.

       With resepct to the second issue of whether or not the Defendant should be required to produce the wage study, the court finds that the Defendant has not satisfied it's burden of establishing the deliberative process privilege and orders production of the wage study.

HEARING CONCLUDED.
**Court in recess:**   **10:49 a.m.**
Time In Court:   00:11
To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.