IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

## MOTION TO MODIFY THE SCHEDULING ORDER

Defendant Mesa County, by and through its attorneys, Bechtel Santo & Severn, submit this Motion to Modify the Scheduling Order in this matter.

### CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Mesa County conferred with counsel for Ms. Bouricius about the relief requested in this Motion on April 30, 2019, and May 1, 2019. Mesa County notes that counsel for Ms. Bouricius discussed with Mesa County's counsel and with the Court the need for an extension of discovery deadlines during the parties' hearing with the Court on April 25, 2019. But upon conferral on May 1, 2019, Mesa County learned that Ms. Bouricius opposes the relief requested in this Motion.

### MOTION

1.    Magistrate Judge Scott Varholak issued a Scheduling Order on August 8, 2018, that set the expert disclosure, discovery cut-off, and dispositive motions deadlines in this matter. [Doc 24]

2. On November 13, 2018, this Court issued an order modifying the expert witness and rebuttal expert witness deadlines plus other deadlines thereafter. [Doc 31]

3. Now, Mesa County requests an extension of time of the discovery cutoff deadline due to discovery matters that resulted in the submission of new, but incomplete, discovery information during the week of April 29, 2019.

4. As currently set in the parties' Scheduling Order, written discovery must be propounded no later than 45 days before discovery cutoff on June 14, 2019. [Doc 31] Forty-five days prior to June 15, 2019 is May 1, 2019.

5. On March 26, 2019, Mesa County sent to Ms. Bouricius a conferral letter regarding outstanding information and documents that Ms. Bouricius had not produced prior to her deposition. Exhibit 1.

6. Julie Bisbee, counsel for Ms. Bouricius, and Alicia Severn, counsel for Mesa County, spoke by telephone regarding Mesa County's conferral letter on or around Friday, April 5, 2019. Exhibit 2. Ms. Bisbee indicated by email on April 4, 2019, that she was working with her colleagues to "get[] some of the documents you [Ms. Severn] requested." *Id*.

7. Pursuant to another discovery matter (*see* Courtroom Minutes/Minute Order [Doc 46]), the parties briefed discovery issues in those other matters and submitted briefs to the Court on April 8, April 17, and April 24, and then participated in a hearing with the Court on April 25. [Doc 47], [Doc 51], [Doc 52], [Doc 53].

8. On April 25, 2019, Ms. Severn requested that Ms. Bouricius produce information and documents responsive to Mesa County's March 26, 2019 conferral letter by the end of the day

on April 26. Exhibit 3. April 26 was 31 days after Mesa County submitted its conferral letter, which was longer than the time prescribed in the Federal Rules of Civil Procedure for responding to written discovery requests. F.R.C.P. 33(b)(2), F.R.C.P. 34(b)(2)(A), F.R.C.P. 36(a)(3).

9. Ms. Bisbee responded to Ms. Severn's April 25 communication that Ms. Bisbee would not have responsive information ready to produce by April 26, 2019, but that she "hope[d] to have [documents] to" Ms. Severn by April 29, 2019. Exhibit 3.

10. But on April 29, 2019, 34 days after Mesa County submitted its conferral letter, Ms. Bisbee indicated that she had only "just got back the info[rmation] you requested from [Ms. Bouricius]." Exhibit 4. As a result, Ms. Bisbee indicated responsive information would be produced to Mesa County "early" on April 30, 2019. *Id*.

11. While Ms. Bouricius's Amended Responses to Defendant's First Set of Combined Discovery Requests, without any documents, was sent to Mesa County at 12:05 p.m. on April 30, 2019 (Exhibit 6), Ms. Bouricius's Supplemental Responses with corresponding documents was not submitted to Mesa County until 5:46 p.m. on April 30, 2019 (Exhibit 5), one day before the deadline to submit written discovery on May 1, 2019.

12. After reviewing information submitted by Ms. Bouricius on April 30, 2019, Ms. Severn sent a further conferral communication to Ms. Bouricius's counsel on May 1, 2019 at 10:52 a.m., explaining Mesa County's position that Ms. Bouricius's April 30, 2019 disclosures were incomplete. Exhibit 7.

13. While Ms. Bisbee indicated to Mesa County's counsel that documents such as "power bills, etc." could be obtained within a week (Exhibit 9), obtaining these records, which

should have been produced months ago, after May 1, 2019 denies Mesa County the opportunity to submit written discovery regarding any information that is contained in those documents.

14. Further, Ms. Severn indicated during Ms. Bouricius's deposition on February 22, 2019, that Ms. Severn believed that Ms. Bouricius did not produce several pieces of information and documents, which may require Mesa County to reopen Ms. Bouricius's deposition. Exhibit 8.

15. Mesa County's March 26, 2019 conferral letter addressed the information and documents that Ms. Bouricius failed to produce prior to her deposition. Exhibits 1 and 8.

16. Thus, Mesa County requested that Ms. Bouricius produce undisclosed information and documents well in advance of the deadline to submit written discovery for the purposes of submitting additional discovery requests to Ms. Bouricius and for purposes of reopening Ms. Bouricius's deposition. But due to Ms. Bouricius's multiple delays, complete responsive information has not been produced as of the time of the filing of this Motion.

17. As a result, Mesa County requests the discovery cutoff deadline be extended by two months, which would extend the discovery cutoff deadline from June 15, 2019 to August 15, 2019 (and the deadline to propound written discovery to July 1, 2019), which will provide time for the parties to resolve any discovery disputes regarding Mesa County's continued conferral requests, as appropriate or necessary.

18. Similarly, if the discovery cutoff date is extended until August 15, 2019, then Mesa County requests a similar extension of the dispositive motion deadline, from August 5, 2019 until October 7, 2019, noting that October 5, 2019 is a Saturday.

19. As previously noted, Mesa County has been diligent in conducting discovery.

20. Accordingly, Mesa County requests that the Scheduling Order be modified to extend the following deadlines:

    a. Discovery cutoff: extended from June 15, 2019 until August 15, 2019, with the deadline to propound written discovery being July 1, 2019; and

    d. Dispositive motion deadline: extended from August 5, 2019 until October 7, 2019.

21. Mesa County notes that no trial date has been set in this matter, such that these extensions would negatively impact a scheduled trial setting.

22. Pursuant to the Scheduling Order in this case, paragraph 13, and F.R.C.P. 16(b)(4), the Scheduling Order can be modified by the judge for "good cause" shown. The court has discretion "to modify the Scheduling Order." *Lehman Brothers Holdings Inc. v. Universal American Mortgage Company*, LLC, 300 F.R.D. 678, 681 (D.Colo. 2014). "Good cause" means that a deadline "cannot reasonably be met despite the diligence of the party seeking the extension." Comment to F.R.C.P. 16; *see also Brandt v. City of Westminster, Colorado*, 16-CV-1356-WJM-CBS, 2017 WL 3048694 (D.Colo., July 19, 2017).

23. As discussed herein, good cause exists to extend these deadlines.

24. Therefore, the court should permit the modification of the Scheduling Order as requested above.

WHEREFORE, Mesa County requests that the Court enter an order modifying the Scheduling Order.

RESPECTFULLY SUBMITTED this 1st day of May, 2019.

                                           *s/Alicia W. Severn*
                                           Bechtel Santo & Severn
                                           Alicia W. Severn
                                           Michael C. Santo
                                           205 N. 4th Street, Suite 300
                                           Grand Junction, Colorado 81501
                                           Telephone: (970) 683-5888
                                           Fax: (970) 683-5887
                                           Email: severn@bechtelsanto.com
                                           Email: santo@bechtelsanto.com
                                           *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO MODIFY THE SCHEDULING ORDER** was electronically filed with the Clerk of the Court using the CM/ECF system this 1st day of May 2019, which will send notification of such filing to the following:

King & Greisen, LLP
Paula Greisen
Julie Bisbee
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
Email: greisen@kinggreisen.com
Email: bisbee@kinggreisen.com
*Attorneys for Plaintiff*

                                                *s/ Alicia W. Severn*
                                                Alicia W. Severn, attorney