# Alicia Severn

| | |
|---|---|
| **From:** | Alicia Severn |
| **Sent:** | Thursday, April 04, 2019 3:55 PM |
| **To:** | 'Julie Bisbee' |
| **Cc:** | Laurie Mool |
| **Subject:** | RE: hi |

No problem, Julie. We can certainly talk tomorrow. That works for me.

Thanks,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

*Our annual employment-law conference with WCHRA is scheduled for April 17, 2019. Look for more information in future issues of the firm's* Employer's Advisory *newsletter, or check the event page of our website at* [www.bechtelsanto.com](www.bechtelsanto.com).

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Thursday, April 04, 2019 2:01 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>
**Cc:** Laurie Mool <mool@kinggreisen.com>
**Subject:** hi

Alicia---I believe you left me a voicemail this morning.  Unfortunately, I had to leave the office early today and left my cell phone there.  We are working on getting some of the documents you requested and I have been looking for the signature pages that Deb executed at her deposition.  I may have misplaced them.  That said, I can get a new signature page to you in short order.  I apologize, I didn't realize I didn't send a copy with you at the end of the deposition.  I think

**EXHIBIT 2**

on Monday you said you had some stuff going this week.  If you'd like to chat tomorrow, let me know.  If today is better, let me know and I'll call you from my husband's phone.

Thanks,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**Please consider the environment before printing this email.**

**EXHIBIT 2**