**Alicia Severn**

| | |
|---|---|
| **From:** | Julie Bisbee <bisbee@kinggreisen.com> |
| **Sent:** | Monday, April 29, 2019 3:17 PM |
| **To:** | Alicia Severn; Laurie Mool |
| **Subject:** | discovery |

Hi Alicia:

We just got back the info you requested from our client. We need to incorporate it in the documents and return to her for verification. I'm not sure that we can get this done as quickly as the end of the day. However, I'm certain we can do it early tomorrow.

Does that work?

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

**Please consider the environment before printing this email.**

1

**EXHIBIT 4**