**Alicia Severn**

| | |
|---|---|
| **From:** | Laurie Mool <mool@kinggreisen.com> |
| **Sent:** | Tuesday, April 30, 2019 12:05 PM |
| **To:** | Alicia Severn; Michael Santo |
| **Cc:** | Paula Greisen; Julie Bisbee |
| **Subject:** | Bouricius v. Mesa County |
| **Attachments:** | 2019-04-30 Plaintiff's Amended Responses to Defendant's First Set of Combined Discovery Requests.pdf |

Counsel:

Attached please find Plaintiff's Amended Responses to Defendant's First Set of Combined Discovery Requests.

Thanks,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**EXHIBIT 6**