# *BOURICIUS*

# *VS.*

# *MESA COUNTY*

Deposition

# *DEBRA BOURICIUS*

*02/22/2019*

_____

## *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

**EXHIBIT 8**

1   here?
2   A   I don't know.
3   Q   Is there anything that would help you
4   know?
5   A   Hm-hm.
6   Q   No?
7   A   No.
8   Q   Did you receive any unemployment benefits
9   before you started your new job?
10  A   No.
11  Q   What about any short-term or long-term
12  disability, anything like that?
13  A   No.
14  Q   Any social security or anything like that?
15  A   No.
16  Q   Any other income you can think of?
17  A   No.
18      MS. SEVERN:  I think I am just about done.
19  If we can take a quick break just for me to
20  double-check, if you don't mind.
21      MS. BISBEE:  No, go ahead.
22      (Recess from 4:11 p.m. to 4:24 p.m.)
23      MS. SEVERN:  I just wanted to make a
24  record of what Ms. Bisbee and I were talking about
25  out in the hall, and that is that I believe that

**EXHIBIT 8**

1   there are several documents that we haven't received,
2   and I'm going to go through them just to make sure.
3   I just want to make sure all the ducks are in a row
4   so to speak.
5         So I think those are any documents
6   regarding rent for the 50153 Highway 72 address, tax
7   records regarding the orchard in Palisade, and
8   records regarding lease payments for the land in
9   Palisade.
10      Q    (By Ms. Severn) And, Ms. Bouricius, I want
11  to ask you, those are documents that you have or your
12  husband has in your possession, correct?
13      A    Well, the lease, as I said, was verbal.
14      Q    Right.  But the payments that were $1,000?
15      A    Yeah.
16      Q    That's what I was talking about.
17      A    Okay.
18      Q    Yes.  So those are documents that you
19  have, correct?
20      A    Yes.
21      Q    All right.  Just wanted to make sure that
22  they were around.
23            There were also benefits documents.  There
24  was a personnel manual for Boulder County District
25  Attorney's office, PERA documents and then HR records

**EXHIBIT 8**
DEBRA BOURICIUS 2/22/2019                                    275

1    from Boulder regarding health insurance, a health
2    savings account, vision, dental, life, disability and
3    then any EAP plan.
4              Those are things that, Ms. Bouricius, you
5    have access to.  Is that right?
6        A    Yes.
7        Q    And so none of the things that I just
8    mentioned, the rent, tax records, records of lease
9    payments, personnel manual, PERA records, HR records,
10   none of those have been produced to us to your
11   knowledge, correct?
12             MS. BISBEE:  Wait.
13             MS. SEVERN:  Sure.
14             MS. BISBEE:  I'm trying to find Exhibit 9.
15             MS. SEVERN:  Fine, yeah.  Let's all look
16   for Exhibit 9.
17             MS. BISBEE:  And I would like to show as
18   part of our record that her payroll records beginning
19   at Bouricius 458, the pay stubs do indicate the
20   withholdings for her benefits.
21             MS. SEVERN:  So noted.
22             So what we were talking about is Mesa
23   County would like to continue the deposition with the
24   remaining time that is available on the deposition
25   after we get the documents that I just listed to talk

1  with Ms. Bouricius further about damages.
2              My understanding, and certainly,
3  Ms. Bisbee, feel free to jump in, is that plaintiffs
4  oppose that, so we're making the record here to go to
5  the court in the future with the request to reopen
6  the deposition to discuss information not provided
7  beforehand.
8              Anything to add?
9              MS. BISBEE:  That is a fair assessment of
10 where we stand right now.
11             MS. SEVERN:  Let me just make sure there
12 was nothing else that I wanted to go through.
13    Q    (By Ms. Severn) Just one quick additional
14 question, Ms. Bouricius.  The calculations for the
15 damages that you're seeking, is that all provided by
16 the expert witness?
17    A    Yes.
18    Q    Okay.  I just wanted to make sure there
19 were no other calculations that I wasn't aware of.
20 And there's nothing else, correct?
21    A    Yes, that's right.
22    Q    Okay.
23             MS. SEVERN:  So Mesa County has no further
24 questions subject to the request to reopen the
25 deposition in the future.

**EXHIBIT 8**
DEBRA BOURICIUS 2/22/2019                                277

```
1       MS. BISBEE:  I have nothing.
2       (The deposition concluded at
3        4:29 p.m. on February 22, 2019.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**EXHIBIT 8**