# Alicia Severn

| | |
|---|---|
| **From:** | Julie Bisbee <bisbee@kinggreisen.com> |
| **Sent:** | Wednesday, May 01, 2019 1:23 PM |
| **To:** | Alicia Severn; Paula Greisen; Laurie Mool |
| **Cc:** | Michael Santo |
| **Subject:** | RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order |

Alicia:

We can get you Ms. Bouricius' power bills, etc. at least within the week.  That would leave you five weeks to get any motion on file to re-open her deposition.   As such, we are not inclined to join your motion.

We will be sending out the notice for Mr. Whidden this afternoon.

Thank you,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**Please consider the environment before printing this email.**

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Wednesday, May 1, 2019 1:16 PM
**To:** Julie Bisbee <bisbee@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Julie,

We disagree in the strongest terms that we do not need the documents for any purpose, as you state in your email. Further, I was clear earlier today about why we need the documents. Please see my email below dated May 1, 2019 at 11:13 a.m. Please advise on the Plaintiff's position regarding our request to modify the scheduling order.

-Alicia

1

**EXHIBIT 9**

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Wednesday, May 01, 2019 12:30 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Alicia:  I just responded to your referral in italics.  I do not believe 1) that you need these requested documents for any purpose; or 2) that we cannot get them to you shortly, well before the current discovery close.  It is not clear why this would require a six week extension.  However, we will continue to work to resolve this issue  with you.

Please confirm you are still willing to produce Mr. Whidden on June 14.  Thanks,


*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**Please consider the environment before printing this email.**

**EXHIBIT 9**

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Wednesday, May 1, 2019 11:13 AM
**To:** Julie Bisbee <bisbee@kinggreisen.com>; Paula Greisen <greisen@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Julie,

While I can't anticipate every issue that may arise in the next six weeks, as you will see in the email I sent several minutes ago, a variety of responsive information and documentation remains outstanding in this case, and we again requested their production. Any written discovery must take into account information and documentation that we still have not received despite requesting responsive information more than five weeks ago and despite working with you to provide you with time you needed to respond to our conferral letter.

If Ms. Bouricius is not willing to produce this requested information, Mesa County intends to file a Motion to Compel and/or a CORA request, as identified in the email I sent several minutes ago.

In addition, as you and I discussed during Ms. Bouricius's deposition, depending on the nature of information and documentation we receive that Ms. Bouricius did not produce prior to her deposition, we may move the court to reopen her deposition for additional testimony on that information. But again, we need to receive all responsive information before we can move forward on that issue, and that responsive information is addressed in the email I sent to you a few minutes ago.

We are mindful that the discovery issues we briefed for the court this month took time away from working on responses to our discovery conferral letter. But it remains that we worked with you to give you time to produce those responses, and as we talked about last week, additional time for discovery is needed.

Thank you,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Wednesday, May 01, 2019 10:58 AM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Paula Greisen <greisen@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

If you could give us a better idea of what you expect to achieve in the six weeks, we will be better able to respond. Please let us know. In the meantime, we will issue the notice for Mr. Whidden's deposition on June 14. Thanks,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

**Please consider the environment before printing this email.**

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Wednesday, May 1, 2019 10:40 AM
**To:** Julie Bisbee <bisbee@kinggreisen.com>; Paula Greisen <greisen@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Thanks, Julie.

As we talked about last week before the hearing began, we thought we also would need additional time for discovery, and we continue to believe that to be true. I will be sending correspondence to you soon regarding the discovery responses from Ms. Bouricius that we received yesterday. Based on that, and the request we addressed this morning, we do think additional time for discovery is necessary. With these issues in mind, would the joint motion I sent along this morning be acceptable?

Thanks,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

**EXHIBIT 9**

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Wednesday, May 01, 2019 10:30 AM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Paula Greisen <greisen@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Hi Alicia:

We can depose Mr. Whidden on June 14.  We think this will obviate the need for any extension.  What are your thoughts?

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**Please consider the environment before printing this email.**

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Tuesday, April 30, 2019 2:59 PM
**To:** Paula Greisen <greisen@kinggreisen.com>; Julie Bisbee <bisbee@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Good afternoon, Paula and Julie,

**EXHIBIT 9**

We went ahead and put together a draft of a joint motion to modify the scheduling order that we talked about last week prior to and during the hearing with Magistrate Judge Varholak. Michael and I have a couple of trials scheduled for late summer/early fall, so we were mindful of those scheduling matters when we put this together. Certainly we can adjust dates depending on your calendars as well; please just let us know. Or if the proposed dates here work for you, please let us know, and we can file it.

Thank you,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE: This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission. Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**EXHIBIT 9**