IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-cv-01144-WYD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

## ORDER REGARDING MOTION TO MODIFY THE SCHEDULING ORDER

**THIS MATTER** having come before the Court on the Defendant's Motion to Modify the Scheduling Order, and the Court being fully advised thereon,

**IT IS HEREBY ORDERED:**

The Defendant's Motion to Modify the Scheduling Order is GRANTED;

and it is further ordered that the following deadlines shall be set:

    a.    Discovery cutoff: extended from June 15, 2019 until August 15, 2019, with the deadline to propound written discovery being July 1, 2019; and

    d.    Dispositive motion deadline: extended from August 5, 2019 until October 7, 2019.

Dated this ____ day of May 2019.

                              BY THE COURT:

                              _____

                              U.S. District Court Judge