

Diane S. King
Paula Greisen
Meredith A. Munro
Jennifer Weiser Bezoza*

*Also admitted in California
and New York

KING ■ GREISEN ■ LLP

Julie K. Bisbee, Of Counsel*
Julian G.G. Wolfson**
Jonathan Freund

*Also admitted in Illinois
**Also admitted in New York

April 30, 2019

**_Via Electronic Mail_**

Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Severn@bechtelsanto.com

    Re:    *Bouricius v. Mesa County*

Dear Alicia:

    In response to your conferral letter dated March 26, 2019, we enclose Plaintiff's Third Supplemental Responses to Defendant's First Set of Combined Discovery Requests to Plaintiffs, along with Bouricius 000546-000563. Further, we sent Plaintiff's Amended Discovery Responses this morning, including the verification.

    With respect to several areas, there are no documents to be produced. However, I can represent to you the following:

- Ms. Bouricius currently participates in PERA, which is different than CCOERA that was provided through Mesa County. PERA is a pension fund. Ms. Bouricius contributes 8 percent of her salary to the fund, and the District Attorney's office contributes another 21.15% of her salary to the fund. She will not vest until she has been there five years, and unlike Mesa County, is unable to manage the money. Further, Ms. Bouricius must contribute to Social Security.

- Ms. Bouricius has participated in two different health plans since joining Boulder County. Initially, she believes it was a High Option deductible with a flex spending account; for 2018, 2019, she has participated in a Consumer Driven Health Plan with a health savings account.

- Ms. Bouricius's utility costs for both the Mesa County house and the [REDACTED] cabin averaged around $200 a month in 2015-2016. From 2017-2019 the average

**EXHIBIT 12**

**REDACTED**

heating cost had increased to $216 a month in addition to approximately 11 cords of firewood valued at $1980.

- The Bouricius's utilize Soapy Jane's Laundry in Longmont, CO. They believe they spend between $27-$33 every ten days on laundry in addition to travel costs and time.

Sincerely,

KING & GREISEN, LLP

Julie K. Bisbee

JKB/lam
Enclosure
cc: Deb Bouricius

**EXHIBIT 12**