## Alicia Severn

| | |
|---|---|
| **From:** | Julie Bisbee <bisbee@kinggreisen.com> |
| **Sent:** | Thursday, April 04, 2019 2:01 PM |
| **To:** | Alicia Severn |
| **Cc:** | Laurie Mool |
| **Subject:** | hi |

Alicia---I believe you left me a voicemail this morning.  Unfortunately, I had to leave the office early today and left my cell phone there.  We are working on getting some of the documents you requested and I have been looking for the signature pages that Deb executed at her deposition.  I may have misplaced them.  That said, I can get a new signature page to you in short order.  I apologize, I didn't realize I didn't send a copy with you at the end of the deposition.  I think on Monday you said you had some stuff going this week.  If you'd like to chat tomorrow, let me know.  If today is better, let me know and I'll call you from my husband's phone.

Thanks,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

 **Please consider the environment before printing this email.**

**EXHIBIT 13**