## Alicia Severn

| | |
|---|---|
| **From:** | Julie Bisbee <bisbee@kinggreisen.com> |
| **Sent:** | Wednesday, May 01, 2019 1:23 PM |
| **To:** | Alicia Severn; Paula Greisen; Laurie Mool |
| **Cc:** | Michael Santo |
| **Subject:** | RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order |

Alicia:

We can get you Ms. Bouricius' power bills, etc. at least within the week.  That would leave you five weeks to get any motion on file to re-open her deposition.   As such, we are not inclined to join your motion.

We will be sending out the notice for Mr. Whidden this afternoon.

Thank you,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**Please consider the environment before printing this email.**

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Wednesday, May 1, 2019 1:16 PM
**To:** Julie Bisbee <bisbee@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Julie,

We disagree in the strongest terms that we do not need the documents for any purpose, as you state in your email. Further, I was clear earlier today about why we need the documents. Please see my email below dated May 1, 2019 at 11:13 a.m. Please advise on the Plaintiff's position regarding our request to modify the scheduling order.

-Alicia

**EXHIBIT 14**