**Alicia Severn**

| | |
|---|---|
| **From:** | Julie Bisbee <bisbee@kinggreisen.com> |
| **Sent:** | Thursday, April 25, 2019 9:07 AM |
| **To:** | Alicia Severn; Paula Greisen |
| **Cc:** | Michael Santo; Laurie Mool |
| **Subject:** | RE: Follow up regarding Defendant's letter of conferral |

Alicia:

We are still gathering the documents, and hope to have them to you by Monday.  Unfortunately May 22 and 23 do not work for us for the depositions.  If there are no other consecutive days in May, can you make the witnesses available for three consecutive days in the first ten days of June.  Or, at the very least 2 consecutive days for Marak and Justman, and then an additional day for Whidden?

Thanks,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**Please consider the environment before printing this email.**

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Thursday, April 25, 2019 8:13 AM
**To:** Paula Greisen <greisen@kinggreisen.com>; Julie Bisbee <bisbee@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** Follow up regarding Defendant's letter of conferral

Paula and Julie,

Please advise whether documents and responsive information will be produced by the end of the day tomorrow (April 26) regarding our March 26 letter of conferral. We intend to seek the court's intervention if we don't receive responsive information by then.

Thank you,
Alicia

**EXHIBIT 15**

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**EXHIBIT 15**