**Alicia Severn**

| | |
|---|---|
| **From:** | Laurie Mool <mool@kinggreisen.com> |
| **Sent:** | Tuesday, April 30, 2019 12:05 PM |
| **To:** | Alicia Severn; Michael Santo |
| **Cc:** | Paula Greisen; Julie Bisbee |
| **Subject:** | Bouricius v. Mesa County |
| **Attachments:** | 2019-04-30 Plaintiff's Amended Responses to Defendant's First Set of Combined Discovery Requests.pdf |

Counsel:

Attached please find Plaintiff's Amended Responses to Defendant's First Set of Combined Discovery Requests.

Thanks,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**EXHIBIT 17**

**Alicia Severn**

| | |
|---|---|
| **From:** | Julie Bisbee <bisbee@kinggreisen.com> |
| **Sent:** | Tuesday, April 30, 2019 12:09 PM |
| **To:** | Alicia Severn |
| **Cc:** | Laurie Mool |
| **Subject:** | FW: Bouricius v. Mesa County |
| **Attachments:** | 2019-04-30 Plaintiff's Amended Responses to Defendant's First Set of Combined Discovery Requests.pdf |

Alicia:  FYI—we will have the supplements shortly, just trying to figure out how to do this so it makes the most sense.

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

 **Please consider the environment before printing this email.**

**From:** Laurie Mool <mool@kinggreisen.com>
**Sent:** Tuesday, April 30, 2019 12:05 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kinggreisen.com>; Julie Bisbee <bisbee@kinggreisen.com>
**Subject:** Bouricius v. Mesa County

Counsel:

Attached please find Plaintiff's Amended Responses to Defendant's First Set of Combined Discovery Requests.

Thanks,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

**EXHIBIT 17**

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**EXHIBIT 17**

**Alicia Severn**

| | |
|---|---|
| **From:** | Laurie Mool <mool@kinggreisen.com> |
| **Sent:** | Tuesday, April 30, 2019 5:46 PM |
| **To:** | Alicia Severn |
| **Cc:** | Paula Greisen; Julie Bisbee; Michael Santo |
| **Subject:** | FW: Bouricius v. Mesa County |
| **Attachments:** | 2019-04-30 Letter to Severn.pdf; 2019-04-30 Plaintiff's Third Supplemental Responses to Defendant's First Set of Combined Discovery Requests.pdf; Bouricius 000546-000554 - Confidential.pdf; Bouricius 000555-000560.pdf; Bouricius 000561 - Confidential.pdf; Bouricius 000562-000563 - Confidential.pdf |

Alicia:

At the request of Julie Bisbee, I am forwarding you her letter of April 30, 2019, along with the following:

- Plaintiff's Third Supplemental Responses to Defendant's First Set of Combined Discovery Requests;
- Bouricius 000546-000563

Thanks,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Tuesday, April 30, 2019 4:05 PM
**To:** Julie Bisbee <bisbee@kinggreisen.com>; Paula Greisen <greisen@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Bouricius v. Mesa County

Julie,

We need Ms. Bouricius's supplemental documents to be produced immediately. It has been five full weeks since we sent our initial conferral letter to you. After multiple delays, you indicated yesterday that you were "certain" disclosures could be made by "early" today. It is now 4 p.m. and we do not have any supplemental documents that you indicate in your email below will be sent "shortly" after noon. If records will not be forthcoming, please so advise.

-Alicia

Alicia Williams Severn

**EXHIBIT 17**

Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

---

**From:** Julie Bisbee [mailto:bisbee@kingreisen.com]
**Sent:** Tuesday, April 30, 2019 12:09 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>
**Cc:** Laurie Mool <mool@kingreisen.com>
**Subject:** FW: Bouricius v. Mesa County

Alicia:  FYI—we will have the supplements shortly, just trying to figure out how to do this so it makes the most sense.

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kingreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

 **Please consider the environment before printing this email.**

---

**From:** Laurie Mool <mool@kingreisen.com>
**Sent:** Tuesday, April 30, 2019 12:05 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kingreisen.com>; Julie Bisbee <bisbee@kingreisen.com>
**Subject:** Bouricius v. Mesa County

**EXHIBIT 17**

Counsel:

Attached please find Plaintiff's Amended Responses to Defendant's First Set of Combined Discovery Requests.

Thanks,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**EXHIBIT 17**