# Alicia Severn

| | |
|---|---|
| **From:** | Julie Bisbee <bisbee@kinggreisen.com> |
| **Sent:** | Wednesday, May 08, 2019 4:29 PM |
| **To:** | Alicia Severn; Paula Greisen; Laurie Mool |
| **Cc:** | Michael Santo |
| **Subject:** | RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order |

Hi Alicia:  We are in the process of getting everything prepared, and also finishing up the response to your second requests.  I believe we are on target to get everything out the door by Friday.

That said, given the various versions of discovery, supplements, etc. and the apparent confusion surrounding verifications, we plan on making a single verification listing out the dates of each supplement and providing everything from request 1 in a single document.  We would do the same for request 2.  Does that work for you?

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

Please consider the environment before printing this email.

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Wednesday, May 8, 2019 4:25 PM
**To:** Julie Bisbee <bisbee@kinggreisen.com>; Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Julie,

I wanted to follow up on the correspondence we had last week (see below) about producing the remaining documents that we identified in our March 26 conferral letter. As you know, we asked that documents be produced by last Friday, May 3, but based on your response below that at least some documents would be produced by today at the latest, we allowed that time. We have not received any documents between May 1 and today. Will any documents be produced today?

It has now been more than six weeks since we sent our conferral letter. If we don't receive complete, responsive documents today, we will have no choice but to file a motion to compel. Pursuant to D.C.COLO.LCivR 7.1, we

**EXHIBIT 18**

wish to confer with you about that motion. If complete, responsive documents are not produced today, does your client object to us filing such a motion?

Thanks,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Wednesday, May 01, 2019 1:23 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Bouricius v. Mesa County: draft joint motion to modify the scheduling order

Alicia:

We can get you Ms. Bouricius' power bills, etc. at least within the week.  That would leave you five weeks to get any motion on file to re-open her deposition.   As such, we are not inclined to join your motion.

We will be sending out the notice for Mr. Whidden this afternoon.

Thank you,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



**EXHIBIT 18**