# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-WYD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

## ORDER RE: DEFENDANT'S MOTION TO COMPEL

---

Upon consideration of Defendant's Motion, it is this _____ day of _____ 2019,

ORDERED that Defendant's Motion to Compel be, and it hereby is, GRANTED; and it is further

ORDERED that Plaintiff shall submit the following within ten (10) days of this Order:

    1. Verified interrogatory responses to the Plaintiff's September 19, 2018, February 20, 2019, and March 11, 2019 interrogatory responses;

    2. Information and/or documents regarding the Plaintiff's retirement account and health insurance benefits plans;

    3. Information and/or documents regarding the Plaintiff's utility bills and laundry/laundromat costs;

    4. Any text messages and/or other documents or communications between the Plaintiff and Janine Corsi that have not already been produced;

    5. Information and/or documents regarding income the Plaintiff receives or has received from her orchard in Mesa County;

    6. Information and/or documents regarding job advertisements for positions for which the Plaintiff applied for employment after her employment with Mesa County ended; and

1

       it is further ORDERED that Plaintiff shall pay for the reasonable expenses, including attorneys' fees and costs, related to the Defendant's making of this Motion.

                                                                                     _____

                                                                                       U.S. District Court Judge