## Propane Report 1/1/2016 to 5/2/2019

1/1/2016 through 5/2/2019

5/2/2019                  Page 1

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/26/2016 | | | Hygiene Pr... | 167 gal @... | Deb's Cabi... | | R | -217.00 |
| 5/6/2016 | | | Hygiene Pr... | 77 gal @ ... | Deb's Cabi... | | R | -100.10 |
| 8/12/2016 | | | Hygiene Pr... | ? | Deb's Cabi... | | R | -33.75 |
| 2/1/2017 | | | Hygiene Pr... | ? | Deb's Cabi... | | R | -289.58 |
| 3/14/2017 | | | Hygiene Pr... | 50.8 gal ... | Deb's Cabi... | | R | -83.82 |
| 8/26/2017 | | | Hygiene Pr... | 165 gal @... | Deb's Cabi... | | R | -239.25 |
| 11/20/2017 | | | Hygiene Pr... | 102 g @ $... | Deb's Cabi... | | R | -172.89 |
| 12/31/2017 | | | Hygiene Pr... | ? | Deb's Cabi... | | R | -86.19 |
| 4/26/2018 | | | Hygiene Pr... | 131.2 gal ... | Deb's Cabi... | | | -234.85 |
| 8/20/2018 | | | Hygiene Pr... | 98.1@$1.59 | Deb's Cabi... | | | -156.77 |
| 1/7/2019 | | | Hygiene Pr... | 174 gal. ... | Deb's Cabi... | | | -294.06 |
| 4/26/2019 | | | Hygiene Pr... | 125 gal. ... | Deb's Cabi... | | | -211.25 |
| **1/1/2016 - 5/2/201** | | | | | | | | **-2,119.51** |

|  |  |
|---|---|
| **TOTAL INFLOWS** | **0.00** |
| **TOTAL OUTFLOWS** | **-2,119.51** |
| **NET TOTAL** | **-2,119.51** |

**REDACTED**

**EXHIBIT 13**

**Bouricius 000825**