1      Q      Okay.  Only vacation.

2      A      M-hm.

3      Q      What other benefits do you have at Boulder
4   County?

5      A      We have a PERA.

6      Q      What's PERA?

7      A      Retirement plan.

8      Q      Okay.

9      A      Colorado PERA.

10     Q      What are the terms of PERA?  How does it
11   work?

12     A      It's different than what Mesa County had
13   in that it's almost like an annuity where you put
14   money in, and then they pay a certain amount based on
15   your years of service.

16     Q      Do you have information about that account
17   or however it is set up?

18     A      I'd have to look it up.  I mean, I have my
19   own login to the PERA account.

20     Q      How would you look it up?

21     A      On the web.

22     Q      Is it a general internet page, an intranet
23   page?  Where would you go to find it?

24     A      It's a state-run program.  It's an
25   internet.

**EXHIBIT 14**

1      Q     Is it available to the general public?

2      A     Information -- certain information is

3    available.

4      Q     And specific to your plan and your

5    accrual, would that be public?

6      A     Absolutely not.

7      Q     Okay.  I didn't think so.  I just wanted

8    to double-check.

9            So that would be something you could

10   access but nobody else could.

11     A     Yes.

12     Q     Have you given to your attorneys any

13   information about your PERA account to turn over --

14     A     Not that I can recall.

15     Q     Okay.  What other benefits do you have at

16   Boulder County?

17     A     At this time I can't think of any other

18   benefits.

19     Q     Do you have health insurance?

20     A     Oh, of course, yes.

21     Q     Okay.  Do you know how much you pay for

22   health insurance?

23     A     No, I can't.

24     Q     Where would that be found?

25     A     With personnel.

**EXHIBIT 14**

```
 1        Q     In the personnel manual?

 2        A     No.  It would be they would have that

 3   information, that department.

 4        Q     What department?

 5        A     The -- human services -- or human

 6   resources department.

 7        Q     That's information you could get from

 8   human resources?  Am I understanding?

 9        A     Yes.

10        Q     Okay.  Even how much you pay, that's

11   something that human resources would have?

12        A     Yes.

13        Q     Do you have dental insurance, for example?

14        A     Yes.

15        Q     How much do you pay for that?

16        A     I don't recall.

17        Q     Where would you look to find that

18   information?

19        A     The same place as the health insurance.

20        Q     With HR?

21        A     Yes.

22        Q     Vision insurance do you have?

23        A     Yes.

24        Q     Do you know how much you pay for that?

25        A     I don't recall.
```

**EXHIBIT 14**

1    that talks about more burdensome utilities?  How is

2    that different than higher utilities?

3         A    I'm sorry.  I kind of lost my spot here.

4         Q    No worries.  So let's go back to that.

5    It's the second-to-last bullet point.  We were

6    looking at the second and third lines, and I'm going

7    down to the fourth where it says more burdensome

8    utilities.

9         A    Well, I'm not sure.  We don't have a

10   central heating system in our house in 50152, so my

11   husband has to cut wood to keep the fireplace going.

12        Q    Is the cutting of wood, was that something

13   related to utilities that you talked about with the

14   expert witness?

15        A    I don't recall at this time.

16        Q    And what about the 20-mile commute to do

17   laundry?  What did you talk about with the expert

18   about this?

19        A    The 50152 is so small we don't have room

20   for laundry facilities, so my husband is driving down

21   to do laundry weekly.

22        Q    Your husband is the one who does laundry?

23        A    Yes.

24        Q    Do you know where the laundromat is that

25   he goes to?

**EXHIBIT 14**

*DEBRA BOURICIUS 2/22/2019*                                86

 1      A     Longmont.

 2      Q     Do you know what the address is or the

 3  name of it even?

 4      A     No.

 5      Q     Would there be anything that would state

 6  where the laundromat is, a receipt, anything like

 7  that?

 8      A     Sure.

 9      Q     Are there any laundromats that are closer

10  to your house?

11      A     No.

12      Q     Have you looked around?

13      A     Yes.

14      Q     Then let's flip the page to page 5, and

15  I'm looking at the second line from the top of the

16  page, starting about the center of that line.  It

17  says "renting a storage shed."  Do you see that?

18      A     M-hm.  Yes.

19      Q     What storage shed do you rent?

20      A     We don't.

21      Q     You don't rent a storage shed?

22      A     No.

23      Q     Did you talk about a storage shed with the

24  expert witness?

25      A     No.

**EXHIBIT 14**