## Boulder County 2019 Benefits Summary

As well as offering competitive pay and a caring work environment, Boulder County offers employees an array of benefits. For all FTE employees we provide:

- A family friendly workplace, including paid caregiver leave, a breast feeding friendly work environment, an Infants-at-Work policy, and generous paid vacation, medical leave and holidays;
- The opportunity to take charge of your well-being through a nationally-recognized wellness program;
- The opportunity to master new skills with robust learning programs and certificates, federal loan forgiveness (after 10 years of public service), and county-paid tuition reimbursement for continued education;
- Free and discounted ways to get around town with an RTD Eco Pass and B-Cycle membership.

Boulder County offers a competitive, comprehensive benefits package for full-time benefited and part-time benefited positions. Part-time employees will pay slightly higher benefit premiums than full-time employees. Benefits start on the first day of the month following date of hire or date of status change to a benefits eligible position for insurance coverage and tax-advantaged plans. You must enroll or waive coverage within 30 days of the event date.

| Plan Features | Consumer Driven Health Plan with HSA | | Low Option Copay Plan | | High Option Copay Plan | |
|---|---|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| County HSA Contribution Individual/Family | $500/$1,000 | | N/A | | N/A | |
| Annual Deductible Individual/Family | $1,750/$3,500[2] | $3,500/$7,000[2] | $1,250/$2,500[4] | $2,000/$4,000 | $750/$1,500[4] | $1,000/$2,000 |
| Out-of-Pocket Maximum Individual/Family | $5,000/$10,000[1,3] | $10,000/$20,000[1] | $6,250/$12,500[1,3] | $12,000/$24,000[1] | $3,750/$7,500[1,3] | $7,000/$14,000[1] |
| Coinsurance | Plan pays 80% after deductible | Plan pays 60% after deductible | Plan pays 80% after deductible | Plan pays 60% after deductible | Plan pays 90% after deductible | Plan pays 70% after deductible |
| Preventive Care | Plan pays 100% | Plan pays 60% after deductible | Plan pays 100% | Plan pays 60% after deductible | Plan pays 100% | Plan pays 70% after deductible |
| Primary Care Physician | Plan pays 80% after deductible | Plan pays 60% after deductible | $45 copay | Plan pays 60% after deductible | $35 copay | Plan pays 70% after deductible |
| Specialist | Plan pays 80% after deductible | Plan pays 60% after deductible | $45 copay | Plan pays 60% after deductible | $35 copay | Plan pays 70% after deductible |
| Emergency Room | Plan pays 80% after deductible | Plan pays 80% after deductible | $400 copay | $400 copay | $300 copay | $300 copay |
| Urgent Care | Plan pays 80% after deductible | Plan pays 80% after deductible | $75 copay | $75 copay | $50 copay | $50 copay |
| Telemedicine with MDLIVE | $40 until deductible is met, then 80% covered | N/A | $40 copay | N/A | $35 copay | N/A |
| **CVS/Caremark Pharmacy Benefits** | | | | | | |
| Retail Generic Preferred Non-preferred | Plan pays 80% after deductible | N/A | $10 copay $40 copay $75 copay | N/A | $10 copay $40 copay $75 copay | N/A |
| Mail Delivery (90-day supply) Generic Preferred Non-preferred | Plan pays 80% after deductible | N/A | $20 copay $80 copay $150 copay | N/A | $20 copay $80 copay $150 copay | N/A |

1. Includes deductible, coinsurance, and copays.
2. Individuals within a CDHP Family are required to meet the full Family Deductible before coinsurance begins. The Family Deductible must be met by two or more family members incurring claims, and cannot be reached by only one individual within the family.
3. Individuals within a family tier on all three plans have limited exposure on OOP. Once an individual has met their individual OOP, covered expenses for that family member will be paid at 100%.
4. After each family member meets their individual deductible, covered expenses for that family member will be paid at the coinsurance level.

Bouricius 000500
EXHIBIT 15

### Boulder County 2019 Benefits Summary

| Plan Features | In-Network | Out-of-Network |
|---|---|---|
| Eye Exam - every calendar year | $25 copay | Up to $45 |
| Materials (frames or lens fitting fee) | $25 copay | See below |
| Lenses - every calendar year<br>  Single Vision<br>  Lined Bifocal<br>  Lined Trifocal<br>  Progressive | Covered in full after copay | Up to $30<br>Up to $50<br>Up to $65<br>Up to $50 |
| Frames - every other calendar year | $150 allowance | Up to $70 |
| Contact Lenses (instead of eyeglasses) - every calendar year | $150 allowance | Up to $105 |

| DENTAL PLAN | |
|---|---|
| **Plan Features** | **In-Network** |
| Annual Deductible | Individual: $50<br>Family: $150 |
| Annual Maximum<br>(Excluding Orthodontia) | $2,000 per person |
| Preventive Services<br>Exams, Cleanings, X-rays | 100% |
| Basic Services<br>Fillings, Extractions | Plan pays 80% after deductible |
| Major Services<br>Crowns, Bridges, Dentures | Plan pays 50% after deductible |
| Orthodontia Lifetime Maximum<br>$1,500 | Plan pays 50% after deductible |

*IMPORTANT: Non-participating providers are allowed to balance bill. Employees and/or dependents are responsible for the difference between the non-participating maximum plan allowance and the full fee charged by the provider.*

## Tax Advantaged Plans

**Flexible Spending Accounts (FSAs)** allow you to set aside pre-tax dollars to pay for eligible healthcare or dependent care expenses. You have the option to enroll in either or both of the following FSAs:

• Health Care FSA: You can set aside up to $2,650 to pay for expenses such as provider and prescription copays, deductibles, and dental and vision expenses. *NOTE: The Health Care FSA is only available to employees that have enrolled in either the High or Low medical plans. Employees enrolled in the Consumer Driven Health Plan will have the option to enroll in a Health Savings Account (HSA).*

• Dependent Care FSA: You can set aside up to $5,000 ($2,500 if married and filing separate tax returns) for expenses such as daycare, preschool, or elder care. *NOTE: The Dependent Care FSA is available to all employees regardless of their participation or waiver of our three health plans.*

See IRS Publications 502 and 503 for a complete list of covered expenses. *NOTE: You cannot use money from the Health Care FSA to cover expenses eligible under the Dependent Care FSA or vice-versa. Remember to calculate your expenses conservatively, as IRS regulations require that you forfeit any money left in your account after the claims submission deadline of March 15, 2020.*

Bouricius 000501
EXHIBIT 15

## Boulder County 2019 Benefits Summary

The **Health Savings Account (HSA)** is a tax-advantaged account intended to help you pay for your out-of-pocket costs as you work towards meeting your deductible and then out-of-pocket maximum. *NOTE: The Health Savings Account is only available to employees that have enrolled the Consumer Driven Health Plan. Employees enrolled in either the High or Low plans have the option to enroll in a Flexible Spending Account (FSA).*

Here's how it works:

- Boulder County will start your account with an employer contribution of $500 for employee-only coverage or $1,000 for employee and dependent coverage.

- You can then make tax-free contributions up to the annual IRS limits of $3,500 for employee-only or $7,000 for employee and dependent coverage. Employees age 55 and older may make additional catch-up contributions up to $1,000 per year.

- You can use the money in your account to pay for eligible healthcare expenses such as deductibles, coinsurance, and prescription drugs. You can either pay out of pocket and submit a claim for reimbursement or use your HSA debit card to pay for expenses at the point of sale.

- At the end of the year, any money you haven't used rolls over to the next year allowing you to build up a savings for future medical expenses. Funds can also be invested to build savings for future medical or retirement expenses.

| Plan and Coverage Level | Full Time 30-40 hours per week | | Part-Time 20-29 hours per week | |
|---|---|---|---|---|
| | County Share | Employee Share | County Share | Employee Share |
| **High Option** | | | | |
| Employee | $835.39 | $181.91 | $297.02 | $720.28 |
| EE+ Spouse/Partner | $1,435.46 | $630.60 | $884.05 | $1,182.01 |
| EE+ Child(ren) | $1,302.20 | $556.55 | $814.28 | $1,044.47 |
| EE + Family | $1,895.58 | $1,010.79 | $1,380.60 | $1,525.77 |
| **Low Option** | | | | |
| Employee | $499.72 | $55.27 | $346.21 | $208.78 |
| EE+ Spouse/Partner | $847.96 | $259.92 | $643.11 | $464.77 |
| EE+ Child(ren) | $772.60 | $222.91 | $597.60 | $397.91 |
| EE + Family | $1,118.61 | $428.66 | $889.24 | $658.03 |
| **Consumer Driven Health Plan Option** | | | | |
| Employee | $481.83 | $36.75 | $380.72 | $137.86 |
| EE+ Spouse/Partner | $859.20 | $175.99 | $720.37 | $314.82 |
| EE+ Child(ren) | $779.07 | $151.04 | $659.98 | $270.13 |
| EE + Family | $1,154.18 | $291.39 | $997.46 | $448.11 |
| **Dental** | | | | |
| Employee | $41.12 | $3.74 | $22.91 | $21.95 |
| EE+ Spouse/Partner | $65.29 | $24.42 | $34.35 | $55.36 |
| EE+ Child(ren) | $40.18 | $40.56 | $0.31 | $80.43 |
| EE + Family | $64.37 | $61.23 | $1.96 | $123.64 |
| **Vision** | | | | |
| Employee | $3.73 | $0.93 | $1.36 | $3.30 |
| EE+ Spouse/Partner | $7.43 | $1.86 | $3.98 | $5.31 |
| EE+ Child(ren) | $7.97 | $1.99 | $4.36 | $5.60 |
| EE + Family | $12.71 | $3.18 | $7.55 | $8.34 |

**Bouricius 000502**
**EXHIBIT 15**

## Boulder County 2019 Benefits Summary

### Retirement Plans

Boulder County requires mandatory participation in both **Social Security** and **Colorado PERA Pension** and contributions begin immediately upon hire.

| | Social Security | PERA Local Government Division | PERA State Division* |
|---|---|---|---|
| **County Contribution** | 7.65% of salary | 13.7% of salary | 20.15% of salary |
| **Employee Contribution** | 7.65% of salary | 8.0% of salary | 8.0% of salary |

*Employees who work in the District Attorney's Office are part of the State Division with PERA. All other county departments and offices are part of the Local Government Division.

Boulder County also provides the voluntary option of a **Colorado PERAPlus 401(k)** and **PERAPlus 457 Plan** both with traditional pre-tax or Roth options. Those under age 50 can contribute up to $19,000 annually and those 50 or older can contribute $25,000 annually ($19,000 plus $6,000 catch-up contribution.)

### Life and Disability

Boulder County pays the full premium for Short Term and Long Term Disability. Basic Life Insurance is offered with the county paying 75% of the cost and the employee paying 25%. Supplemental Life Insurance, Critical Illness, and Accident Insurance are optional voluntary benefits paid in full by the employee.

### Vacation Time

Vacation time accrual for full-time, fully-benefited FTE positions is below. Vacation time for part-time, benefited positions is earned based on a percentage of hours worked. Total vacation accrual is not to exceed 240 hours.
- For the first 3 years – 8 hours/month
- After 3 years – 10 hours/month
- After 5 years – 12 hours/month
- After 10 years – 14 hours/month
- After 15 years and beyond – 16 hours/month

### Additional Information

For additional, specific information regarding Boulder County benefits, please contact Human Resources at 303-441-3525.

**Bouricius 000503**
**EXHIBIT 15**

# Colorado PERA Benefits
## AT A GLANCE

Colorado PERA provides benefits to you when you retire or are disabled, or to your survivors after your death. As a PERA member, you may also take advantage of a variety of voluntary PERA programs.

## CONTRIBUTIONS

» Your contributions to your PERA member account are tax-deferred, which means they reduce your federal and state income taxes.

» Your contributions are invested on your behalf. Contributions are invested in common stocks of top-rated companies, corporate bonds, U.S. Treasury and other government securities, mortgages, real estate property, and other investment vehicles. These investment earnings are used to fund the monthly retirement benefits paid by PERA.

» You also earn tax-deferred interest on your member contributions. The rate is set by the PERA Board and is subject to change annually. The current interest rate is 3 percent compounded annually. The accumulated interest will be paid to you if you decide to refund your account rather than receive a monthly retirement benefit.

## RETIREMENT BENEFITS

» When you reach retirement eligibility, you may begin receiving a lifetime monthly retirement benefit based on your age, years of service, and your Highest Average Salary (HAS). Depending on the benefit option you choose at retirement, a lifetime monthly benefit may also be provided to a cobeneficiary following your death. See the *Your PERA Benefits* booklet for more information.

» You can increase your retirement benefit by purchasing service credit based on a previously refunded account and/or employment not covered by PERA or another retirement program.

» After retirement, you may be eligible for annual increases to your monthly retirement benefit.

## ENDING PERA-COVERED EMPLOYMENT BEFORE RETIREMENT

» If you leave PERA employment, you can refund your account or leave your account at PERA and receive a lifetime monthly benefit when you are eligible for retirement (see "Retirement Benefits").

» Under the PERA benefit structure:

• If you are eligible for retirement, but elect to refund your account, you will receive a matching amount equal to 100 percent of your contributions and interest.

• If you are not eligible for retirement and have five years of earned service credit, but elect to refund your account, you will receive a matching amount equal to 50 percent of your contributions and interest.

• If you are not eligible for retirement and do not have five years of earned service credit, but elect to refund your account, you will only receive a 50 percent match on your contributions and interest made prior to January 1, 2011.

» Under the Denver Public Schools (DPS) benefit structure, if you are eligible for retirement, but elect to refund your account, you will receive a matching amount equal to 100 percent of your contributions and interest if you terminated employment on or after January 1, 2001, and you have five or more years of service credit; otherwise no match will be included.

> ● See the *Refund/Rollover Request* booklet for more information.

*(Continued on reverse)*



**COLORADO PERA.**

Colorado Public Employees' Retirement Association
1301 Pennsylvania Street • Denver, Colorado 80203 • 1-800-759-PERA (7372) • www.copera.org

July 2018

**Bouricius 000504**
**EXHIBIT 15**

# Colorado PERA Benefits
# AT A GLANCE

## DISABILITY BENEFITS

» If you have earned five or more years of service credit, you may apply for disability benefits if you cannot perform your job duties because of a physical or mental disability.

» Disability coverage is part of the PERA program with no premiums required.

## SURVIVOR BENEFITS

» If you are under the PERA benefit structure and die after earning one year of service credit, your qualified survivors may receive a monthly benefit or your named beneficiary will receive a lump-sum payment of your contributions, applicable interest, and a 100 percent match if no monthly benefits are payable.

» If you are under the DPS benefit structure and die after earning five years of continuous service and meeting specific eligibility requirements, your survivors may receive a monthly benefit. If the eligibility requirements are not met, your named beneficiary may receive a lump-sum payment of your contributions and applicable interest.

## PERAPLUS 401(K)/457 PLANS

» You may invest for your future by enrolling in the voluntary PERAPlus 401(k) Plan, and if your employer participates, the PERAPlus 457 Plan. A Roth option is also available if your employer has adopted it. The PERAPlus Plans offer a variety of investment choices.

## PERACARE HEALTH BENEFITS PROGRAM

» If you are under the PERA benefit structure, you have the option to enroll in the PERACare Health Benefits Program at retirement and may receive a subsidy toward your health care premium.

» If you are under the DPS benefit structure and have five years of service credit, you have the option to enroll in the PERACare Health Benefits Program at retirement and may receive a subsidy toward your health care premium.

## PERA LIFE INSURANCE PROGRAM

» You may enroll in the voluntary PERA Life Insurance Program, a decreasing-term life insurance product without evidence of good health when you first become a member or during the annual open enrollment period. You may enroll at other times with evidence of good health.

## KEEPING YOU INFORMED

PERA provides the following services to help keep you informed about your PERA membership:

» **PERA Website (www.copera.org)**
The website has information about PERA and its benefits and benefit calculators.

» **Online Access**
You can access your account information online with your User ID and password. If you have not yet set up your User ID and password, you will first need a PERA PIN. If you do not have a PERA PIN, request one from PERA's website or by calling PERA's Customer Service Center. Your PERA PIN will arrive by mail within seven business days. If you need access to your account before then, please call PERA's Customer Service Center.

» **PERA Information Meetings**
PERA regularly holds meetings around the state. See the "Meetings & Appointments" link on PERA's homepage at www.copera.org.

» *Member Report* **Newsletter**
All PERA members are mailed the PERA *Member Report* three times a year.

» *Annual Member Statement*
A personalized statement is mailed to you every year summarizing your PERA information.

» **Publications**
PERA publishes a variety of brochures, fact sheets, and newsletters that can be ordered or downloaded to help you understand your retirement plan.

> **PERA Resources**
> » Visit PERA's website at www.copera.org
> » Email PERA through the "Contact Us" link at www.copera.org
> » Call PERA at 1-800-759-7372

This fact sheet provides general information about PERA benefits. PERA membership rights, benefits, and obligations are governed by Title 24, Article 51 of the Colorado Revised Statutes, and the Rules of the Colorado Public Employees' Retirement Association, which take precedence over any interpretations in this fact sheet.
5/58 (REV 7-18)

**Bouricius 000505**
**EXHIBIT 15**

Revised January 2019



# YOUR PERA BENEFITS

A SUMMARY OF THE COLORADO PERA DEFINED BENEFIT PLAN



**Bouricius 000506**
**EXHIBIT 15**

# WELCOME!

The Colorado Public Employees' Retirement Association (PERA) provides retirement and other benefits to employees of the State of Colorado; all school districts; the judicial system; and numerous municipalities, special districts, and other local government entities.

# PROGRAM OVERVIEW

## CONTENTS

Benefits of Membership ............................................ 3

Access to Voluntary Programs ................................. 6

Retirement Benefits .................................................. 6

Changing PERA Employers ..................................... 14

Terminating PERA-Covered Employment........... 14

For More Information ............................................... 17

Highest Average Salary Percentages Tables ....... 18

    PERA Benefit Structure ............................. 19–26

    DPS Benefit Structure .............................. 27–30

    State Troopers/CBI Agents....................... 31–32

PERA Board of Trustees
and Executives...................................... Back Cover

PERA is a 401(a) defined benefit retirement plan, sometimes called a pension plan. For most members, PERA serves as a substitute for Social Security. PERA provides benefits to you when you retire or are disabled, or to your survivors after your death. In addition, PERA members may take advantage of voluntary PERA programs such as the PERAPlus 401(k) and 457 Plans and PERA's Life Insurance Program.

For funding purposes, members and employers are divided into five divisions—State, School (other than DPS), Local Government, Judicial, and Denver Public Schools (DPS).

As a result of the Denver Public Schools Retirement System (DPSRS) merger with PERA, you may have two Defined Benefit (DB) Plan accounts with PERA—one under the PERA benefit structure and one under the DPS benefit structure. General benefit information about both structures is included in this booklet. Many of the benefits are the same for both benefit structures; differences are noted.

This booklet explains the PERA programs that apply to most members (inserts to this booklet contain benefit information specific to Judges, State Troopers/CBI Agents, and PERA Defined Contribution [DC] Plan participants).

Si usted quiere una copia de este folleto en español, llame al 1-800-759-7372.





As a PERA member, you contribute a percentage of your monthly salary to your PERA DB Plan account. See page 2 for more information.

## ADMINISTRATION

Established in 1931, PERA operates by authority of the Colorado General Assembly and is administered under Title 24, Article 51, of the Colorado Revised Statutes. PERA is governed by a 16-member Board of Trustees; 12 members, including a non-voting representative from the DPS Division, are elected by the membership to serve four-year terms.

Three Trustees are appointed by the Governor and confirmed by the Senate. The State Treasurer serves as an ex officio Trustee. Elected Trustees serve without compensation except for necessary expenses. Trustees appointed by the Governor are compensated on a per diem basis plus necessary expenses. (See back cover for the list of Trustees.)

## INVESTMENTS

The Board has the responsibility for the investment of PERA's funds. These funds are invested in common stocks of top-rated companies, corporate bonds, U.S. Treasury and other government securities, mortgages, real estate property, and other investment vehicles. PERA's *Comprehensive Annual Financial Report* is available on PERA's website at www.copera.org.

## MEMBERSHIP AND CONTRIBUTIONS

It is your responsibility to keep PERA advised of any name, address, or beneficiary changes. You can call PERA or download a copy of the *Member Information Form—Defined Benefit Plan(s)* from our website, complete the form, and return it to PERA. (PERA must receive changes to your records directly from you; changes made with your employer will not affect your PERA records.)

Each year, PERA will mail you an *Annual Member Statement* that includes the balance of your PERA DB Plan account, accumulated service credit, and other information about your benefits.

Generally, membership in PERA is required for most employees of PERA employers. If you have any questions about your membership, call PERA at 1-800-759-PERA (7372), or email PERA by going to www.copera.org and clicking on the "Contact Us" link.

1

**Bouricius 000508**
**EXHIBIT 15**

You contribute a percentage of your salary to your DB Plan account through payroll deduction. See the table below.

## MEMBER CONTRIBUTION RATES

| | Member Contribution | State Trooper/ CBI Agent Contribution |
|---|---|---|
| Prior to July 1, 2019 | 8.00% | 10.00% |
| July 1, 2019–June 30, 2020 | 8.75% | 10.75% |
| July 1, 2020–June 30, 2021 | 9.50% | 11.50% |
| After July 1, 2021 | 10.00% | 12.00% |

Your PERA contributions are tax-deferred, which means they are not considered taxable income for federal and state income tax purposes until they are withdrawn through a refund or monthly benefit. Under the PERA benefit structure, federal taxes have been deferred since 1984 and Colorado state taxes have been deferred since 1987. Under the DPS benefit structure, federal taxes have been deferred since 1986 and Colorado state taxes have been deferred since 1987.

For individuals who became PERA members after January 1, 1996, the maximum annual salary subject to pension contributions is $280,000. This limit changes periodically. For a definition of what qualifies as PERA-includable salary, see page 12.

You also earn tax-deferred interest on your member contributions and your completed service credit purchases. The interest rate is set by the PERA Board and is subject to change annually. The current interest rate is 3 percent compounded annually.

Your employer contributes a percentage of its total payroll to PERA according to state law (see chart at right). In 2004 and 2006, legislation was enacted to require additional contributions called the Amortization Equalization Disbursement (AED) and the Supplemental Amortization Equalization Disbursement (SAED). The SAED, as permitted by law, is funded by moneys otherwise available for employee wage increases.

A portion of the employer contribution also goes to the Health Care Trust Fund to pay health care premium subsidies for benefit recipients. The remaining amount is deposited in a pension trust fund established for each division to pay benefits.

## STATUTORY EMPLOYER CONTRIBUTION RATES EFFECTIVE JANUARY 1, 2019

| | Employer Contribution | AED | SAED | Total PERA Employer Contribution |
|---|---|---|---|---|
| State Division | 10.15% | 5.00% | 5.00% | 20.15% |
| School Division | 10.15% | 4.50% | 5.50% | 20.15% |
| State Troopers | 12.85% | 5.00% | 5.00% | 22.85% |
| Judicial Division | 13.66% | 3.40% | 3.40% | 20.46% |
| Local Government Division | 10.00% | 2.20% | 1.50% | 13.70% |
| DPS Division* | 10.15% | 4.50% | 5.50% | 20.15% |

*Actual DPS employer contributions into the DPS Division vary based upon DPS payments toward its pension obligation bonds.*

## STATUTORY EMPLOYER CONTRIBUTION RATES EFFECTIVE JULY 1, 2019

| | Employer Contribution | AED | SAED | Total PERA Employer Contribution |
|---|---|---|---|---|
| State Division | 10.40% | 5.00% | 5.00% | 20.40% |
| School Division | 10.40% | 4.50% | 5.50% | 20.40% |
| State Troopers | 13.10% | 5.00% | 5.00% | 23.10% |
| Judicial Division | 13.91% | 3.40% | 3.40% | 20.71% |
| Local Government Division | 10.00% | 2.20% | 1.50% | 13.70% |
| DPS Division* | 10.40% | 4.50% | 5.50% | 20.40% |

*Actual DPS employer contributions into the DPS Division vary based upon DPS payments toward its pension obligation bonds.*

AED and SAED amounts will remain the same, except for the Judicial Division, where AED and SAED will both increase by 0.40 percent effective January 1, 2020.

State law specifies that member and employer contributions may adjust beginning July 1, 2020, to ensure that PERA is able to pay off its unfunded liability within 30 years. Both member and employer contribution rates can each increase (or decrease) by up to 0.5 percent per year.

PERA cannot disclose any information about your PERA DB Plan account to anyone other than you without an authorization release on file. PERA's *Authorization to Release Information* form allows PERA to release information about your PERA DB Plan account to specific individuals/entities. This release may be printed from PERA's website or requested by calling the Customer Service Center.

Bouricius 000509
EXHIBIT 15

  

## SERVICE CREDIT

The amount of service credit you accrue is used to determine eligibility for the amount of benefits paid by PERA. In most cases, you receive a month of service credit for each month of employment your earned salary is greater than or equal to 80 times the federal minimum wage hourly rate in effect at the time of service. Currently, the minimum wage rate is $7.25 per hour. Any member whose salary is at least $580 ($7.25 × 80) during the month would generally receive one month of service credit. For salary that is less than this amount, service credit will be prorated.

If your normal pay pattern is at least eight months but less than 12 months (such as employees on academic year contracts), you will generally receive 12 months of service credit for that period provided the minimum monthly salary requirements are met. You cannot earn more than 12 months of service credit in one year.

## PURCHASING SERVICE CREDIT

You may increase your service credit by purchasing service credit based on a refunded/rolled over DB Plan account or by purchasing service credit for any employment not covered by PERA or another retirement program.

There are different requirements to be eligible to purchase, which include the following:

» The date you were first covered under PERA membership.
» The PERA employer for which you work.
» The noncovered employment forming the basis of your purchase.
» The limits on the amount of time you can buy.
» The documentation required to purchase.

 See the *Purchasing Service Credit* booklet for more information.

# BENEFITS OF MEMBERSHIP

## SURVIVOR BENEFITS—PERA BENEFIT STRUCTURE

If you die before retirement, PERA may provide monthly survivor benefits to your qualified survivors or a lump-sum payment to your named beneficiary(ies). The order in which your qualified survivors receive monthly survivor benefits depends on whether or not you are eligible for retirement at the time of your death. (Colorado state law determines who receives your PERA DB Plan account in the event of your death.)

If you die with less than one year of service credit, your named beneficiary will receive a lump-sum payment; if your death is job-related, the service credit minimum is waived.

If you are an active member with at least one year of earned service credit and you are not eligible for retirement when you die, your qualified survivors are listed in order of eligibility:

» Dependent children
» Spouse
» Disabled adult children
» Dependent parents
» Named beneficiary

If you are an active PERA member and eligible for retirement when you die, your qualified survivors are listed in order of eligibility:

» Cobeneficiary
» Spouse
» Dependent children
» Disabled adult children
» Dependent parents
» Named beneficiary

3

Bouricius 000510
EXHIBIT 15

## ACCESSING YOUR PERA ACCOUNT

You can access your personal PERA information by logging into your account through www.copera.org.

» You need a User ID and password to access your account. If you have not yet set up your User ID and password, you will first need a PERA Personal Identification Number (PIN).

   ◦ You can request a PIN by clicking on the "PIN Request" link from the "Members" or "Retirees" menus on PERA's website. Your new PIN will arrive by mail within seven business days. If you need to access your account before then, please call the PERA Customer Service Center.

   ◦ PERAPlus 401(k), 457, and PERA DC Plan participants are mailed PINs shortly after making the first contribution to the Plan(s). If you have forgotten or misplaced your PIN, you may request a new one by following the steps above.

» You will then log in with your Social Security number (SSN) and PERA PIN.

   ◦ After logging in with your SSN and PIN, you will be prompted to create a user security profile with a User ID and password.

» Once your user security profile is complete, you will no longer use your SSN and PIN to access your account. You will use your User ID and password combination instead.

   ◦ You will need to retain your PIN when speaking to a Voya Financial Participant Services Representative to obtain PERAPlus 401(k), 457, and PERA DC Plan information.

If you have any questions about accessing your account, please call the PERA Customer Service Center at 1-800-759-7372.

Named beneficiary(ies) are designated on the *Member Information Form—Defined Benefit Plan(s)*. You may change your named beneficiary at any time by completing a *Member Information Form—Defined Benefit Plan(s)*. When you are eligible for retirement, you may designate a cobeneficiary by completing a *PERA Benefit Structure Option 3 Declaration Form*.

## SURVIVOR BENEFITS—DPS BENEFIT STRUCTURE

Your qualified survivors are eligible for survivor benefits at the time of your death as long as the named beneficiary(ies) waives his or her right to receive a refund of your contributions and:

» Immediately prior to your death, you are an active DPS benefit structure member and have completed at least five continuous years of service credit under the DPS benefit structure; or

» You qualified for disability retirement after July 1, 1962, and have yet to meet the age requirement for recalculation of your disability retirement benefits.

If your named beneficiary(ies) waives his or her right to receive a refund, then the following are your survivors in order of eligibility:

» Dependent and/or disabled adult children
» Spouse
» Dependent parents
» Named beneficiary

*Note:* Multiple individuals may be eligible to receive benefits at the same time.



See the *Survivor Benefits* brochure for more information.

## PERA DISABILITY PROGRAM

PERA provides eligible members with a two-tier disability program consisting of short-term disability (STD) insurance and a disability retirement benefit. Members under the DPS benefit structure who apply for disability on and after January 1, 2010, are covered under the PERA disability program and all benefits associated with your disability will be administered under the PERA disability program rules.

Bouricius 000511
EXHIBIT 15

## ELIGIBILITY REQUIREMENTS

To be eligible to apply for the disability program, you must meet all of the following requirements:

» You must have five or more years of earned service credit, with at least six months of this credit earned in your most recent membership period;

  · *For Judicial Division members:* You are eligible to apply regardless of the amount of earned service credit.

  · *For State Troopers and CBI Agents:* You are eligible to apply regardless of the amount of earned service credit if your disability is caused by an on-the-job injury.

» You are not eligible for service retirement;

» You have not withdrawn your PERA DB Plan account; and

» Your application is received by PERA no later than 90 days after your termination date (including the final date of a certified leave of absence).

> ✪ **PERA must receive your** *Disability Program Application* **within 90 days of your termination of employment.**

## SHORT-TERM DISABILITY (STD)

The goal of STD insurance is to help you return to work as soon as practical.

If you are approved for STD, the disability program administrator will provide reasonable income replacement, rehabilitation, retraining, or a combination thereof, after you have been disabled for 60 days. The maximum payment period is 22 months, and the maximum income replacement is 60 percent of your predisability, PERA-includable earnings. Payments end sooner if your STD ends. The amount paid under the STD plan may be reduced by some deductible income.

While receiving STD payments, your PERA membership will continue, including survivor benefit coverage, provided you have not terminated PERA-covered employment. Member contributions are not made on STD payments; however, they will be made on any PERA-covered paid leave or earnings if you temporarily return to PERA work. Your PERA membership terminates if you retire, refund your DB Plan account, or die. Consequently, your STD payments would also terminate under these circumstances.

## DISABILITY RETIREMENT

The goal of disability retirement is to provide you with income if you are not able to work and are not expected to recover, be rehabilitated, or be retrained. If approved for disability retirement, PERA pays a benefit based on your Highest Average Salary (HAS) and service credit. This monthly benefit continues as long as you remain unable to engage in regular and substantial gainful employment because of your medical condition.

If you no longer qualify for disability retirement benefits, you may continue to receive benefits for up to three calendar months immediately following the month in which the determination is made that you no longer qualify. At that point, you have several options available to you:

» Return to PERA employment.

» Refund your PERA DB Plan account.

» Apply for a reduced or service retirement when you qualify.

» Be eligible for short-term disability payments.

 See the *PERA Disability Program* booklet for more information.

**Bouricius 000512**
**EXHIBIT 15**

# ACCESS TO VOLUNTARY PROGRAMS

## LIFE INSURANCE PROGRAM

Through PERA, you may purchase group, decreasing-term life insurance. You may purchase this insurance without evidence of good health when you first become a PERA member or during the annual open enrollment period, or at other times with evidence of good health. However, you may not begin coverage after you retire. Coverage for your spouse and dependent children is included with your coverage.

» If you leave PERA employment and leave your DB Plan account(s) with PERA, you may continue participation in the life insurance program.

» If you retire, your life insurance coverage will automatically continue unless you cancel it in writing. Premiums will be deducted from your monthly benefit.

Information about the life insurance program is sent to all new members and is available on www.copera.org.

## PERACARE HEALTH BENEFITS PROGRAM

If you retire under PERA, you are eligible to enroll in PERACare, PERA's Health Benefits Program for retirees. You will receive information about this program as part of your retirement process, and there is an annual open enrollment each fall. PERACare includes health care premium subsidies based on your years of service credit.



## PERAPLUS 401(K)/457 PLANS

PERA encourages you to save toward your retirement needs through other methods in addition to your PERA DB Plan account. The PERAPlus 401(k) and 457 Plans allow you to save additional retirement income. *Note:* You are eligible to participate in the PERAPlus 457 Plan only if you work for a PERA employer who is affiliated with the PERAPlus 457 Plan.

Both plans offer a variety of investment choices— from conservative, lower risk/lower return funds to more aggressive, higher risk/higher return funds. You may enroll, discontinue contributions, or make changes in your contributions or investment funds at any time. A Roth option is also available if your employer has adopted it.

The PERAPlus 401(k) and 457 Plans have loan and hardship/unforeseeable emergency withdrawal provisions. The IRS permits rollovers of money into both the PERAPlus 401(k) and 457 Plans from certain other qualified plans. Pre-tax funds from the PERAPlus 401(k) and 457 Plans may also be used to purchase PERA service credit under certain conditions.

For more information about the PERAPlus 401(k) or 457 Plans, log on to PERA's website at www.copera.org and click on the "PERAPlus 401(k)/ 457 and DC Plan Information" link under the "Programs" menu.



# RETIREMENT BENEFITS

PERA monthly retirement benefits are payable for your lifetime and that of your cobeneficiary if you choose PERA Option 2 or 3 or DPS Option P2 or P3. *Note:* A cobeneficiary is different than a named beneficiary, see page 9 (PERA benefit structure) or page 12 (DPS benefit structure) for definitions.

Benefit provisions differ between the PERA and DPS benefit structures. If you have both a PERA and DPS benefit structure DB Plan account, you may be eligible to retire from both benefit structures. See eligibility information for the PERA benefit structure on page 7 and for the DPS benefit structure on page 10. Your benefit option and cobeneficiary in the PERA benefit structure can be different from your benefit option and cobeneficiary in the DPS benefit structure. You may also select a monthly retirement benefit under one benefit structure and refund under the other benefit structure.

Bouricius 000513
EXHIBIT 15

# RETIREMENT—PERA BENEFIT STRUCTURE

## BENEFIT ELIGIBILITY

You are eligible to receive a monthly retirement benefit when you reach age 65 or meet the age and service requirements listed below. (Eligibility requirements for State Troopers and CBI Agents, are different; see page 9.)

If you began PERA membership on or before June 30, 2005, and you had five years of service credit on January 1, 2011, the following age and service requirements apply:

### PERA SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| 50 | 30 years |
| 60 | 20 years |
| 65 | Any years |

If you began PERA membership between July 1, 2005, and December 31, 2006, and you had five years of service credit on January 1, 2011, the following age and service requirements apply:

### PERA SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| Any age | 35 years |
| 55 | 30 years |
| 60 | 20 years |
| 65 | Any years |

If you began PERA membership on or before December 31, 2006, and you had less than five years of service credit on January 1, 2011, or if you began membership between January 1, 2007, and December 31, 2010, the following age and service requirements apply:

### PERA SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| Any age | 35 years |
| 55 | 30 years |
| 60 | 25 years |
| 65 | Any years |

If you began PERA membership between January 1, 2011, and December 31, 2016, the following age and service requirements apply:

### PERA SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| Any age | 35 years |
| 58 | 30 years |
| 65 | Any years |

If you began PERA membership on or after January 1, 2017, the following age and service requirements apply:

### PERA SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| Any age | 35 years |
| 60 | 30 years |
| 65 | Any years |

If you began PERA membership on or after January 1, 2017, and the most recent 10 years of service credit before retirement were earned in the School or DPS Division, the following age and service requirements apply:

### PERA SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| Any age | 35 years |
| 58 | 30 years |
| 65 | Any years |

Regardless of when you began PERA membership, the following age and service requirements apply for a reduced benefit:

### PERA REDUCED RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| 50 | 25 years |
| 55 | 20 years |
| 60 | 5 years |

Bouricius 000514
EXHIBIT 15

## BENEFIT CALCULATION

If you have at least five years of service credit, your retirement benefit will be determined by the higher of a money purchase benefit calculation or a defined benefit calculation as explained below. If you are retirement eligible with less than five years of service credit, your benefit will be calculated using the money purchase benefit calculation.

## MONEY PURCHASE BENEFIT CALCULATION

The money purchase calculation is determined by your life expectancy and the value of your DB Plan account at the time you apply for retirement, plus a matching amount equal to 100 percent of your contributions and interest.

## DEFINED BENEFIT CALCULATION

The defined benefit calculation is based upon your years of service, age, and HAS. If you meet the eligibility requirements for a service retirement, your defined benefit will be 2.5 percent of your HAS for each year of service credit up to 100 percent. The HAS percentages for reduced service retirement for various years of service credit and ages are shown in the shaded areas of the PERA Benefit Structure Highest Average Salary Percentages Tables, see pages 19–26. On the PERA 2, PERA 4, PERA 6, PERA 7, and PERA 8 tables the shaded areas ensure that, as of your effective date of retirement, your reduced service retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

## HIGHEST AVERAGE SALARY (HAS)

HAS is an average monthly salary figure, calculated by averaging several years of your highest salaries. Each year used in the calculation is a period of 12 consecutive months of service credit during which PERA contributions were paid. The number of years used in the calculation changes depending on when you became a member. If you have five years of service credit as of January 1, 2020, three years of your highest salaries will be used. If you did not have five years of service credit as of January 1, 2020, or if you begin PERA membership on or after that date, five years of your highest salaries will be used. HAS is different for Judges, see the *Your PERA Benefits— Judges* insert.

In calculating your HAS, PERA applies a limit on salary increases. PERA determines the highest annual salaries associated with four or six periods of 12 consecutive months. The 12-month periods do not have to be consecutive or your last years of employment. The lowest of the 12-month periods becomes the base year used as a starting point for the annual limit on salary increases. The remaining 12-month periods are placed in chronological order from oldest to newest.

The annual limit will apply regardless of when the annual salaries used in the HAS occurred. The percentage applied is based on when you are eligible to retire:

» If you began membership on or before December 31, 2006, and you were eligible to retire on January 1, 2011, your annual limit is 15 percent.

» If you began membership on or before December 31, 2006, and you were not eligible to retire on January 1, 2011, your annual limit is 8 percent.

» If you began membership on or after January 1, 2007, your annual limit is 8 percent.

The following examples illustrate how HAS is calculated. See the *Highest Average Salary Calculation* fact sheet on the PERA website for more information and examples, including examples showing the annual salary increase limit.

### PERA 3-YEAR HAS CALCULATION EXAMPLE

| Dates | Year | Actual Salary | Salary Used in HAS |
|---|---|---|---|
| April 2012–March 2013 | Base Year | $22,013 | N/A |
| June 2014–May 2015 | Year 1 | $23,050 | $23,050 |
| June 2016–May 2017 | Year 2 | $24,100 | $24,100 |
| June 2017–May 2018 | Year 3 | $25,600 | $25,600 |
| | | Total Salary = | $72,750 |
| | 3-Year HAS ($72,750 ÷ 36 months) = | | $2,021 |

### PERA 5-YEAR HAS CALCULATION EXAMPLE

| Dates | Year | Actual Salary | Salary Used in HAS |
|---|---|---|---|
| April 2016–March 2017 | Base Year | $22,013 | N/A |
| June 2018–May 2019 | Year 1 | $23,050 | $23,050 |
| June 2020–May 2021 | Year 2 | $24,100 | $24,100 |
| June 2021–May 2022 | Year 3 | $25,600 | $25,600 |
| June 2022–May 2023 | Year 4 | $25,600 | $25,600 |
| June 2023–May 2024 | Year 5 | $26,368 | $26,368 |
| | | Total Salary = | $124,718 |
| | 5-Year HAS ($124,718 ÷ 60 months) = | | $2,079 |

8

**Bouricius 000515**
**EXHIBIT 15**

## BENEFIT OPTIONS

When you apply for a monthly retirement benefit, you will choose Option 1, 2, or 3 for payment of your benefit. If you do not choose an option, your benefit will be paid as an Option 1 benefit. If you choose Option 2 or 3, you will select one cobeneficiary who will receive a continuing monthly benefit after you die.

**Cobeneficiary:** The person you designate under PERA benefit structure Options 2 and 3 to receive a continuing monthly benefit after your death. You may name only one cobeneficiary and your selection is irrevocable unless certain conditions apply. See the *Changing Your Cobeneficiary or Benefit Option* brochure for more information.

If you have a disabled child, you may designate a Supplemental Needs Trust for the benefit of the disabled child as your cobeneficiary. You may not designate any other trust as your cobeneficiary.

**Named Beneficiary:** The person(s) or entity you designate to receive a lump-sum payment of any remaining moneys credited after all monthly benefits have been paid to you and your cobeneficiary (if a cobeneficiary has been named).

**Option 1:** This option provides you with a lifetime monthly benefit. Following your death, a single payment of any remaining balance in your DB Plan account, plus a 100 percent match on the balance, will be made to your named beneficiary, or your estate if no named beneficiary exists. No further monthly benefits are payable.

**Option 2:** This option provides you with a lifetime monthly benefit. Following your death, your cobeneficiary will receive a lifetime monthly benefit equal to one-half of your benefit at the time of your death. If there is a DB Plan account balance remaining after the death of your cobeneficiary, a single payment of any remaining balance in your DB Plan account, plus a 100 percent match on the balance, will be made to your named beneficiary, or your cobeneficiary's estate if no named beneficiary exists. No further monthly benefits are payable.

**Option 3:** This option provides a lifetime monthly benefit. Following your death, your cobeneficiary will receive a lifetime monthly benefit equal to the monthly benefit you were receiving at the time of your death. If there is a DB Plan account balance remaining after the death of your cobeneficiary, a single payment of any remaining balance in your DB Plan account, plus a 100 percent match on the balance, will be made to your named beneficiary, or your cobeneficiary's estate if no named beneficiary exists. No further monthly benefits are payable.

Option 1 benefits are calculated as described on page 8. Benefits under Options 2 and 3 are calculated the same as Option 1, then reduced to pay for continuing monthly benefits to your cobeneficiary. The factors used to calculate Option 2 or 3 benefits may change whenever actuarial assumptions are changed. If you select Option 2 or 3 and your cobeneficiary dies before you, your benefit will be changed to the Option 1 amount.

## STATE TROOPER AND CBI AGENT PROVISIONS

### BENEFIT ELIGIBILITY

As a State Trooper or CBI Agent, your eligibility requirements are based on when you reach age 65 or meet the age and service requirements as listed on page 10.

The HAS percentages for reduced service retirement for various years of service credit and ages are shown in the shaded areas of the State Troopers/CBI Agents Highest Average Salary Percentages Tables on pages 31 and 32. On the State Troopers/CBI Agents 2 table, the shaded areas ensure that, as of your effective date of retirement, your reduced service retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

Bouricius 000516
EXHIBIT 15




## STATE TROOPERS AND CBI AGENTS SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| Any age | 30 years |
| 50 | 25 years |
| 55 | 20 years |
| 65 | Any years |

## STATE TROOPERS AND CBI AGENTS REDUCED RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| 50 | 20 years |
| 60 | 5 years |

## RETIREMENT—DPS BENEFIT STRUCTURE

### BENEFIT ELIGIBILITY

You are eligible to receive a monthly retirement benefit when you meet the age and service requirements listed below. If you have less than five years of service credit under the DPS benefit structure, you do not have the option to apply for a monthly benefit and you are only eligible to do a rollover/refund of your DB Plan account.

If you had five years of service credit on January 1, 2011, the following age and service requirements apply:

### DPS SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| 50 | 30 years |
| 55 | 25 years* |
| 65 | 5 years |

*15 years must be earned service credit*

### DPS REDUCED RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| Any age | 25 years |
| 55 | 15 years |

If you did not have five years of service credit on January 1, 2011, the following age and service requirements apply:

### DPS SERVICE RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| Any age | 35 years |
| 55 | 30 years* |
| 60 | 25 years |
| 65 | 5 years |

*20 years must be earned service credit*

### DPS REDUCED RETIREMENT BENEFIT

| Minimum Age | Minimum Service Credit |
|---|---|
| 50 | 25 years |
| 55 | 20 years |
| 60 | 5 years |

**Bouricius 000517**
**EXHIBIT 15**

## IMPORTANT INFORMATION FOR INACTIVE MEMBERS OF THE DPS BENEFIT STRUCTURE

If you become an inactive member (either because your DPS benefit structure DB Plan account is frozen through exercising portability, or because you terminated your employment with all PERA employers) and you are eligible to receive a reduced or full service retirement benefit, you may apply for a retirement benefit at the time you become an inactive member or any time in the future. If you are not eligible to receive a retirement benefit when you become an inactive member, you are only eligible to receive a monthly benefit when you reach full service retirement eligibility as described in the tables on page 10.

### BENEFIT CALCULATION

Your retirement benefit is determined by the higher of a minimum benefit calculation or a defined benefit calculation.

### MINIMUM BENEFIT CALCULATION

Retiring members are entitled to a minimum benefit of $15 per month for each of the first 10 years of service and $20 per month for each additional year of service plus the money purchase benefit calculation based on the value of your DB Plan account and your age at the time you apply for retirement. If you are an inactive vested member, not retirement eligible at the time of termination, and you terminated employment on or after January 1, 2001, your money purchase benefit calculation will also include a matching amount equal to 100 percent of your contributions and interest.

### DEFINED BENEFIT CALCULATION

The defined benefit calculation is based upon your years of service, age, and HAS. If you meet the eligibility requirements for a service retirement, your benefit will be 2.5 percent of your HAS for each year of service credit. The HAS percentages for reduced service retirement for various years of service credit and ages are shown in the shaded areas of the DPS Benefit Structure Highest Average Salary Percentages Tables, see pages 27–30. On the DPS 3 and DPS 4 tables, the shaded areas ensure that, as of your effective date of retirement, your reduced service retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

### HIGHEST AVERAGE SALARY (HAS)

For members who were eligible to retire under the DPS benefit structure on January 1, 2011, HAS is the average monthly salary of the 36 months of earned service having the highest salaries.

If you were not eligible to retire on January 1, 2011, HAS is calculated by averaging several years of your highest salaries. Each year used in the calculation is a period of 12 consecutive months of service credit during which PERA contributions were paid. The number of years used in the calculation changes depending on when you became a member. If you have five years of service credit as of January 1, 2020, three years of your highest salaries will be used. If you did not have five years of service credit as of January 1, 2020, or if you begin PERA membership on or after that date, five years of your highest salaries will be used.

In calculating your HAS, PERA applies a limit on salary increases. PERA determines the highest annual salaries associated with four or six periods of 12 consecutive months. The 12-month periods do not have to be consecutive or your last years of employment. The lowest of the 12-month periods becomes the base year used as a starting point for the annual limit on salary increases. The remaining 12-month periods are placed in chronological order from oldest to newest. Your annual salary increase limit is 8 percent. See the PERA HAS example on page 8.

*Note:* Under the DPS benefit structure, salaries on or before December 31, 2009, as defined by DPSRS, will not be changed to the PERA definition of salary.

### DPS HAS CALCULATION EXAMPLE | For members eligible to retire on January 1, 2011

| Dates | Months | Salary |
|---|---|---|
| August 2011–November 2011 | 4 months | $10,000 |
| January 2012–December 2012 | 12 months | $32,000 |
| January 2013–December 2013 | 12 months | $34,000 |
| January 2014–August 2014 | 8 months | $24,000 |
| Total | 36 months | $100,000 |
| HAS ($100,000 ÷ 36 months) = | | $2,778 |

Bouricius 000518
EXHIBIT 15

## DEFINITION OF SALARY

As defined in Section 24-51-101(42) of the Colorado Revised Statutes, "salary" means compensation for services rendered to an employer and includes: Regular salary or pay; any pay for administrative, sabbatical, annual, sick, vacation, or personal leave; compensation for unused leave converted to cash payments; pay for compensatory time or holidays; payments by an employer from grants; amounts deducted from pay pursuant to tax-sheltered savings or retirement programs; amounts deducted from pay for a health savings account as defined in 26 U.S.C. Sec. 223, as amended, or any other type of retirement health savings account program; performance or merit payments, if approved by the Board; special pay for work-related injuries paid by the employer prior to termination of membership; and retroactive salary payments pursuant to court orders, arbitration awards, or litigation and grievance settlements.

"Salary" does not include: Commissions; compensation for unused sick, annual, vacation, administrative, or other accumulated paid leave contributed to a health savings account as defined in 26 U.S.C. Sec. 223, as amended, or a retirement health savings program; housing allowances; uniform allowances; automobile usage; insurance premiums; dependent care assistance; reimbursement for expenses incurred; tuition or any other fringe benefits, regardless of federal taxation; bonuses for services not actually rendered, including, but not limited to, early retirement inducements, Christmas bonuses, cash awards, honorariums and severance pay, damages, except for retroactive salary payments paid pursuant to court orders or arbitration awards or litigation and grievance settlements, or payments beyond the date of a member's death.

## DPS BENEFIT STRUCTURE BENEFIT OPTIONS

When you apply for a monthly retirement benefit, you will choose an Option A, B, P2, or P3 for payment of your benefit. If you do not choose an option, your benefit will be paid as an Option A. If you choose Option P2 or P3, you will select one cobeneficiary who will receive a continuing monthly benefit after you die.

**Cobeneficiary (Co-annuitant):** The person you designate under DPS benefit structure Options P2 and P3 to receive a continuing monthly benefit after your death. You may name only one cobeneficiary and your selection is irrevocable unless certain conditions apply. See the *Changing Your Cobeneficiary or Benefit Option* brochure for more information.

If you have a disabled child, you may designate a Supplemental Needs Trust for the benefit of the disabled child as your cobeneficiary. You may not designate any other trust as your cobeneficiary.

**Named Beneficiary:** The person(s) or entity you designate to receive a lump-sum payment of any remaining moneys credited after all monthly benefits have been paid to you and your cobeneficiary (if a cobeneficiary has been named) if you choose an Option A, P2, or P3.

**Option B Beneficiary(ies):** The person(s) designated under Option B to receive the remainder of monthly benefits should you die before the end of the guaranteed period of payments.

**Option A:** This option provides you with a lifetime monthly benefit. Following your death, a single payment of any remaining balance in your DB Plan account, without a match, will be made to your named beneficiary, or your estate if no named beneficiary exists. No further monthly benefits are payable.

**Option B:** This option provides you with a lifetime monthly benefit. As part of the retirement calculation, your DB Plan account is annuitized to determine the guarantee payment period. If you die before the end of the guarantee period, your Option B beneficiary(ies) will receive your remaining monthly payments through the end of the guarantee period. If your Option B beneficiary(ies) receives a benefit after your death and dies before the end of the guarantee period, a single payment will be paid to the estate of the deceased beneficiary. If your Option B beneficiary(ies) predeceases you, you do not name any additional Option B beneficiary(ies), and you die before the end of the guarantee period, a single payment will be made to your estate. No further monthly benefits are payable.

Bouricius 000519
EXHIBIT 15

**Option P2:** This option provides you with a lifetime monthly benefit. Following your death, your cobeneficiary will receive a lifetime monthly benefit equal to one-half of your benefit at the time of your death. If there is a DB Plan account balance remaining after the death of your cobeneficiary, a single payment of any remaining balance in your DB Plan account, without a match, will be made to your named beneficiary, or your cobeneficiary's estate if no named beneficiary exists. No further monthly benefits are payable.

**Option P3:** This option provides you with a lifetime monthly benefit. Following your death, your cobeneficiary will receive a lifetime monthly benefit equal to the monthly benefit you were receiving at the time of your death. If there is a DB Plan account balance remaining after the death of your cobeneficiary, a single payment of any remaining balance in your DB Plan account, without a match, will be made to your named beneficiary, or your cobeneficiary's estate if no named beneficiary exists.

No further monthly benefits are payable. If you name someone other than your spouse (through marriage) who is more than 10 years younger than you as your cobeneficiary, the amount that continues to your cobeneficiary at your death could be limited in accordance with percentages required by the Internal Revenue Code (IRC) regulations. For information about the percentages, please call PERA's Customer Service Center.

Option A benefits are calculated as described on page 11. Benefits under Options P2 and P3 are calculated the same as Option A, then reduced to pay for continuing monthly benefits to your cobeneficiary. The factors used to calculate Option B, P2, or P3 benefits may change whenever actuarial assumptions are changed. If you select an Option P2 or P3 and your cobeneficiary dies before you, your benefit will be changed to the Option A amount.

## FACTORS THAT MAY AFFECT YOUR BENEFIT AMOUNT

### LEAVE TIME

If you receive unused annual leave, vacation time, sick, or personal leave converted to a cash payment at termination of PERA employment, it will be included as PERA salary with member and employer contributions reported on it. Such a payment will be projected forward at your regular rate of pay and may increase your service credit and HAS.

### SECTION 125 PLANS

If you joined PERA membership on or before June 30, 2019, any money you place in a Section 125 flexible spending account (not including a health savings account [HSA]) reduces your PERA salary. So, if you use a 125 plan to reduce your salary during one or more of the periods used in your HAS calculation, your HAS also will be reduced. Subsequently, the amount of your PERA benefit will be lower.



See the *PERA and Section 125 Plans* fact sheet for more information.

### FURLOUGH DAYS

Some PERA employers have required their employees to take furlough days (days off without pay). The reduction in your salary for these furlough days may lower the HAS used to calculate your retirement benefit.

If you had furlough days from July 1, 2002, to June 30, 2004, you may opt to make contributions on the amount that your salary was reduced. If you make up these optional contributions, in some cases, it may increase your HAS. See the *Colorado PERA and Furlough Days from July 1, 2002, through June 30, 2004,* fact sheet for more information.

If you are within 90 days of your effective date of retirement and have filed a *Retirement Application* with PERA, you will receive information from PERA about the cost of these optional member contributions and the possible effects on benefits. Upon receipt of this information, you have 30 days to make these contributions or you will lose the right to pay them.

Currently, state law does not allow any other make-up contributions for furlough days. For information about furlough days after June 30, 2004, see the *Colorado PERA and Furlough Days After June 30, 2004,* fact sheet.

> Participation in tax-deferred or Roth savings programs, such as 401(k), 403(b), and 457 plans, do not lower your HAS.

13

**Bouricius 000520**
**EXHIBIT 15**

## FEDERAL LIMITS ON BENEFITS

An Option 1 benefit under the PERA benefit structure or an Option A benefit under the DPS benefit structure can never exceed 100 percent of HAS.

Benefits paid under both the PERA and DPS benefit structures are subject to a federal annual limit on the amount of retirement benefits that PERA retirees may receive under IRC Section 415.

IRC Section 415 benefit limits are designed to prevent individuals from accruing excessive pension benefits on a tax-deferred basis. PERA cannot pay any benefit amount in excess of these federally imposed limits.

Because the determination of these limits is complex, you should request a benefit estimate from PERA within one year of your anticipated retirement date. See the *Internal Revenue Code 415(b) Limits* fact sheet for more information.

## PERA FUNDS AND LEGAL PROCESS

PERA retirement benefits can only be subject to legal process for federal and Colorado state tax liens, assignments for child support purposes, garnishments for child support arrearages or child support debt, and valid domestic relations orders. PERA retirement benefits are also subject to attachment for restitution for theft, embezzlement, misappropriation, or wrongful conversion of public property. Attachment is also allowed in the event of a judgment for a willful and intentional violation of fiduciary duties where the offender or a related party received direct financial gain. PERA benefits are not otherwise subject to execution, levy, attachment, garnishment, or bankruptcy proceedings and cannot be assigned voluntarily or involuntarily.

## DIVORCE AND YOUR PERA DB PLAN ACCOUNT(S)

If you are considering divorce proceedings, please contact PERA's Legal Department at 303-832-9550 ext. 6271 for information on your PERA DB Plan account(s) prior to completing a *Domestic Relations Order (DRO)*. For information and forms regarding PERA DRO procedures for the division of your PERA DB Plan account(s), please see the *PERA Benefits and Divorce* booklet. This information is also available on PERA's website at www.copera.org.



# CHANGING PERA EMPLOYERS

## TRANSFERS AND LEAVES OF ABSENCE

Your PERA membership continues if you transfer from one PERA employer to another. Also, if you leave work temporarily, but are still retained as an employee, you are considered to be on leave and your membership rights continue.

If you are going to be off your employer's payroll for more than one month, your employer should complete a *Certification of Leave of Absence* form. This will verify that your employment will continue even though you are absent, and protects your rights under PERA, your ability to purchase service credit, your ability to apply for the PERA disability program, and eligibility for survivor benefits. See the *Colorado PERA Leaves and Sabbaticals* fact sheet for more information.

## PORTABILITY FOR MEMBERS UNDER THE DPS BENEFIT STRUCTURE

If you are working for a DPS Division employer, contributing to a DPS benefit structure DB Plan account, and you are then hired by a PERA employer, you will be allowed to continue to accrue a benefit under the DPS benefit structure or choose to accrue a benefit under the PERA benefit structure. PERA will notify you if you become eligible for portability and will provide you with the necessary information to make a portability decision.



# TERMINATING PERA-COVERED EMPLOYMENT

## TERMINATION OF EMPLOYMENT

If you terminate PERA employment, you have two options regarding your DB Plan account(s): (1) roll over or refund your DB Plan account(s) or (2) leave your DB Plan account(s) with PERA for a future refund/rollover of your account(s) or a monthly benefit (if applicable). Your date of termination is the last day you receive salary on which PERA contributions are withheld, or the last day of an employer-certified leave, whichever is later. You must completely sever the employer-employee relationship in order for there to be a termination of employment.

Bouricius 000521
EXHIBIT 15



### LEAVING YOUR DB PLAN ACCOUNT(S) WITH PERA

You may want to leave your DB Plan account(s) with PERA, especially if you anticipate returning to PERA employment or if you are a vested member. You are a vested member when you have at least five years of service credit. This five-year vesting period accrues separately under the PERA and DPS benefit structures, if applicable.

> On January 1, 2010, DPSRS merged into PERA. As a result, you may have two DB Plan accounts with PERA; one under the PERA benefit structure and one under the DPS benefit structure.

If you leave your DB Plan account(s) with PERA, it will remain tax-deferred and continue to accrue interest. You may roll over or refund your DB Plan account(s) at any time. *Note:* If you choose to roll over or refund, you must roll over or refund both DB Plan accounts, if applicable, unless you are eligible to retire from one or both benefit structures and choose to take a monthly benefit.

If you leave your DB Plan account(s) with PERA until you reach the age and service credit requirements for retirement outlined on pages 7 (PERA benefit structure) and page 10 (DPS benefit structure), you may apply for a lifetime monthly benefit. *Note:* If you have less than five years of service credit under the DPS benefit structure, you do not have the option to apply for a monthly benefit and you are only eligible for a refund of your DB Plan account.

If you are under the PERA benefit structure, have 25 or more years of service credit, and you do not retire at the time you terminate PERA employment, you may be eligible for a monthly benefit that is indexed (increased) based on the annual increase provisions of your plan. If you meet the following qualifications, you should contact PERA's Customer Service Center for additional information:

» You began membership on or before December 31, 2006, and;

» You were eligible to retire on January 1, 2011, and;

» You have 25 or more years of service credit.

*Note:* Indexing does not apply to DB Plan accounts under the DPS benefit structure.

### REFUNDING OR ROLLING OVER YOUR PERA DB PLAN ACCOUNT(S)

You may roll over or refund your DB Plan account(s) at any time after you terminate employment. Once you roll over or refund, you no longer have the right to any PERA benefits. Also, if you return to work for a PERA employer in a position subject to membership, you must contribute to PERA again.

If you have both a PERA and DPS benefit structure DB Plan account and decide to roll over or refund you must roll over or refund both DB Plan accounts unless you are eligible to retire from one or both benefit structures and choose to take a benefit. Your DB Plan account(s) can be rolled over to another plan, paid to you as a refund, or as a combination of the two.

Bouricius 000522
EXHIBIT 15

### RETURNING TO PERA EMPLOYMENT AFTER A ROLLOVER OR REFUND

If you return to PERA employment in the future and purchase service credit based on a refunded or rolled over DB Plan account, you will not receive membership rights associated with the previous service.

If you roll over or refund a DPS benefit structure DB Plan account on or after January 1, 2010, return to PERA employment, and then purchase service credit based on the refunded/rolled over DB Plan account, the purchase will be treated as a purchase based on employment not covered by PERA.

### SOCIAL SECURITY AND A ROLLOVER/REFUND OF YOUR PERA DB PLAN ACCOUNT(S)

According to the Social Security Administration, any refund that includes an employer match subjects the withdrawing member's Social Security benefits to reductions under the Windfall Elimination Provision (WEP) and the Government Pension Offset (GPO). If you do not receive a match with your refund (see refunding information in the next two sections), you will not be subject to the WEP or GPO reductions. For more information, contact the Social Security Administration at 1-800-772-1213.

## REFUNDING OR ROLLING OVER YOUR DB PLAN ACCOUNT UNDER THE PERA BENEFIT STRUCTURE

If you roll over or refund your DB Plan account under the PERA benefit structure and:

» You are eligible for retirement, you will receive your contributions, any payments made to purchase service credit, interest earned, and a matching amount equal to 100 percent of your contributions and interest.

» You are not eligible for retirement, you will receive your contributions, any payments made to purchase service credit, interest earned, and a matching amount equal to 50 percent of your contributions and interest if you have five years of earned service credit. If you do not have five years of earned service credit:

- You will receive a 50 percent match on contributions and interest received on or before December 31, 2010.
- You will not receive a match on contributions and interest received on or after January 1, 2011.

 See the *Refund/Rollover Request* booklet for more information.

## REFUNDING OR ROLLING OVER YOUR DB PLAN ACCOUNT UNDER THE DPS BENEFIT STRUCTURE

If you roll over or refund your DB Plan account under the DPS benefit structure and:

» You are eligible for retirement, are an inactive member who terminated employment on or after January 1, 2001, and you have five years of service credit, you will receive your contributions and interest, any payments made to purchase service credit, interest earned, and a 100 percent match equal to your contributions and interest.

» You are not eligible for retirement, you will receive your contributions, any payments made to purchase service credit, and interest earned. No match will be included.

&#9758; Amounts paid to purchase service credit are not matched.

Bouricius 000523
EXHIBIT 15

# FOR MORE INFORMATION

### INFORMATION MEETINGS
Plan to periodically attend PERA Benefit Information Meetings (held regularly around the state) or a PERA information session sponsored by your employer. Meetings are listed on PERA's website by clicking on "Meetings & Appointments."

### BENEFIT COUNSELING
Generally, if you read this booklet, attend PERA meetings, and request a benefit estimate, you may not need a counseling session. However, benefit counseling is available at the PERA offices at various times.

Counseling schedules are listed on PERA's website using the "Meetings & Appointments" link. Appointments fill up fast so we recommend scheduling at least six weeks in advance. You may also call PERA's Customer Service Center to schedule an appointment.

### POST-RETIREMENT INFORMATION
For more information about taxes on PERA benefits, PERACare for retirees, annual benefit increases, and other items related to PERA retirement benefits, refer to the *PERA Retirement Process* booklet.

### ACCESS TO YOUR ACCOUNT ONLINE
As a PERA member, you may access information about your account online and complete PERA online forms using your User ID and password.

When you log onto your account, you can:

» View information on your account such as: contribution, salary, service credit, life insurance, beneficiary(ies), and your current *Annual Member Statement.*
» Update your contact and profile information, complete online forms, request electronic delivery of PERA newsletters, and use the "Meetings & Appointments" link to schedule meetings and appointments with PERA.
» Access PERAPlus 401(k) and 457 Plan information and PERA's financial planning tools.
» Use the Secure Correspondence system for secure email between you and PERA.



17

Bouricius 000524
EXHIBIT 15



# HIGHEST AVERAGE SALARY PERCENTAGES TABLES

Please refer to the chart below to determine which table applies to you. Note: The shaded areas on the tables indicate reduced retirement percentages. The percentages in the shaded areas on the PERA 2, PERA 4, PERA 6, PERA 7, PERA 8, DPS 3, DPS 4, and State Troopers/CBI Agents 2 tables ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

| Benefit Structure | Membership Date | Five Years of Service Credit as of January 1, 2011 | Retirement Eligibility | Table |
|---|---|---|---|---|
| PERA | On or before June 30, 2005 | Yes | Eligible January 1, 2011 | PERA 1 |
| PERA | On or before June 30, 2005 | Yes | Not eligible January 1, 2011 | PERA 2 |
| PERA | Between July 1, 2005, and December 31, 2006 | Yes | Eligible January 1, 2011 | PERA 3 |
| PERA | Between July 1, 2005, and December 31, 2006 | Yes | Not eligible January 1, 2011 | PERA 4 |
| PERA | Between January 1, 2007, and December 31, 2010 | N/A | Eligible January 1, 2011 | PERA 5 |
| PERA | Between January 1, 2007, and December 31, 2010 | N/A | Not eligible January 1, 2011 | PERA 6 |
| PERA | On or before December 31, 2006 | No | N/A | PERA 6 |
| PERA | Between January 1, 2011, and December 31, 2016 | N/A | N/A | PERA 7 |
| PERA | On or after January 1, 2017, and the most recent 10 years of service are in the School or DPS Division | N/A | N/A | PERA 7 |
| PERA | On or after January 1, 2017 | N/A | N/A | PERA 8 |
| DPS | On or before June 30, 2005 | Yes | Eligible January 1, 2011 | DPS 1 |
| DPS | Between July 1, 2005, and December 31, 2009 | Yes | Eligible January 1, 2011 | DPS 2 |
| DPS | On or before December 31, 2009 | Yes | Not eligible January 1, 2011 | DPS 3 |
| DPS | On or before December 31, 2009 | No | N/A | DPS 4 |
| State Troopers/CBI Agents | N/A | N/A | Eligible January 1, 2011 | State Troopers/ CBI Agents 1 |
| State Troopers/CBI Agents | N/A | N/A | Not eligible January 1, 2011 | State Troopers/ CBI Agents 2 |

**Bouricius 000525**
**EXHIBIT 15**

# PERA 1

## PERA Benefit Structure
## Highest Average Salary Percentages
## for Retirement Benefit Option 1

Use this table if you began PERA membership on or before June 30, 2005, had five years of service credit on January 1, 2011, and were eligible to receive a benefit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 10.0 | 10.5 | 11.0 | 11.5 | 12.0 | 12.5 |
| 6 | | | | | | | | | | | 12.0 | 12.6 | 13.2 | 13.8 | 14.4 | 15.0 |
| 7 | | | | | | | | | | | 14.0 | 14.7 | 15.4 | 16.1 | 16.8 | 17.5 |
| 8 | | | | | | | | | | | 16.0 | 16.8 | 17.6 | 18.4 | 19.2 | 20.0 |
| 9 | | | | | | | | | | | 18.0 | 18.9 | 19.8 | 20.7 | 21.6 | 22.5 |
| 10 | | | | | | | | | | | 20.0 | 21.0 | 22.0 | 23.0 | 24.0 | 25.0 |
| 11 | | | | | | | | | | | 22.6 | 23.1 | 24.2 | 25.3 | 26.4 | 27.5 |
| 12 | | | | | No retirement | | | | | | 25.2 | 25.8 | 26.4 | 27.6 | 28.8 | 30.0 |
| 13 | | | | | benefits payable. | | | | | | 28.0 | 28.6 | 29.3 | 29.9 | 31.2 | 32.5 |
| 14 | | | | | | | | | | | 30.8 | 31.5 | 32.2 | 32.9 | 33.6 | 35.0 |
| 15 | | | | | | | | | | | 33.8 | 34.5 | 35.3 | 36.0 | 36.8 | 37.5 |
| 16 | | | | | | | | | | | 36.8 | 37.6 | 38.4 | 39.2 | 40.0 | 40.0 |
| 17 | | | | | | | | | | | 40.0 | 40.8 | 41.7 | 42.5 | 42.5 | 42.5 |
| 18 | | | | | | | | | | | 43.2 | 44.1 | 45.0 | 45.0 | 45.0 | 45.0 |
| 19 | | | | | | | | | | | 46.6 | 47.5 | 47.5 | 47.5 | 47.5 | 47.5 |
| 20 | | | | | | 48.3 | 47.0 | 47.8 | 48.5 | 49.3 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| 21 | | | | | | 49.4 | 50.1 | 50.9 | 51.7 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 |
| 22 | | | | | | 52.5 | 53.4 | 54.2 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 |
| 23 | | | | | | 55.8 | 56.6 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | | | | | | 59.1 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | 43.8 | 47.5 | 51.3 | 55.0 | 58.8 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 49.4 | 49.4 | 53.3 | 57.2 | 61.1 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 55.4 | 55.4 | 55.4 | 59.4 | 63.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 61.6 | 61.6 | 61.6 | 61.8 | 65.8 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 68.2 | 68.2 | 68.2 | 68.2 | 68.2 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective January 1, 2011

19

Bouricius 000526
EXHIBIT 15

# PERA 2

## PERA Benefit Structure
### Highest Average Salary Percentages
### for Retirement Benefit Option 1

Use this table if you began PERA membership on or before June 30, 2005, had five years of service credit on January 1, 2011, and were not eligible to receive a benefit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 7.9 | 8.6 | 9.4 | 10.4 | 11.4 | 12.5 |
| 6 | | | | | | | | | | | 9.5 | 10.4 | 11.3 | 12.4 | 13.6 | 15.0 |
| 7 | | | | | | | | | | | 11.0 | 12.1 | 13.2 | 14.5 | 15.9 | 17.5 |
| 8 | | | | | | | | | | | 12.6 | 13.8 | 15.1 | 16.6 | 18.2 | 20.0 |
| 9 | | | | | | | | | | | 14.2 | 15.5 | 17.0 | 18.6 | 20.5 | 22.5 |
| 10 | | | | | | | | | | | 15.8 | 17.3 | 18.9 | 20.7 | 22.7 | 25.0 |
| 11 | | | | | No retirement | | | | | | 18.2 | 19.0 | 20.8 | 22.8 | 25.0 | 27.5 |
| 12 | | | | | benefits payable. | | | | | | 20.8 | 21.7 | 22.7 | 24.9 | 27.3 | 30.0 |
| 13 | | | | | | | | | | | 23.7 | 24.7 | 25.8 | 26.9 | 29.6 | 32.5 |
| 14 | | | | | | | | | | | 26.7 | 27.9 | 29.1 | 30.4 | 31.8 | 35.0 |
| 15 | | | | | | | | | | | 29.9 | 31.2 | 32.7 | 34.2 | 35.8 | 37.5 |
| 16 | | | | | | | | | | | 33.4 | 34.9 | 36.5 | 38.2 | 40.0 | 40.0 |
| 17 | | | | | | | | | | | 37.2 | 38.8 | 40.6 | 42.5 | 42.5 | 42.5 |
| 18 | | | | | | | | | | | 41.1 | 43.0 | 45.0 | 45.0 | 45.0 | 45.0 |
| 19 | | | | | | | | | | | 45.5 | 47.5 | 47.5 | 47.5 | 47.5 | 47.5 |
| 20 | | | | | | 40.4 | 42.1 | 43.9 | 45.8 | 47.9 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| 21 | | | | | | 44.3 | 46.2 | 48.2 | 50.3 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 |
| 22 | | | | | | 48.5 | 50.5 | 52.7 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 |
| 23 | | | | | | 52.8 | 55.1 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | | | | | | 57.6 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | 42.4 | 45.4 | 48.7 | 52.9 | 57.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 47.4 | 47.3 | 50.7 | 55.0 | 59.8 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 52.8 | 52.7 | 52.6 | 57.1 | 62.1 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 59.5 | 59.4 | 59.3 | 59.2 | 64.4 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 66.9 | 66.8 | 66.8 | 66.7 | 66.7 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective June 4, 2018

**Bouricius 000527**
**EXHIBIT 15**

# PERA 3

## PERA Benefit Structure
## Highest Average Salary Percentages
## for Retirement Benefit Option 1

Use this table if you began PERA membership between July 1, 2005, and December 31, 2006, had five years of service credit on January 1, 2011, and were eligible to receive a benefit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 10.0 | 10.5 | 11.0 | 11.5 | 12.0 | 12.5 |
| 6 | | | | | | | | | | | 12.0 | 12.6 | 13.2 | 13.8 | 14.4 | 15.0 |
| 7 | | | | | | | | | | | 14.0 | 14.7 | 15.4 | 16.1 | 16.8 | 17.5 |
| 8 | | | | | | | | | | | 16.0 | 16.8 | 17.6 | 18.4 | 19.2 | 20.0 |
| 9 | | | | | | | | | | | 18.0 | 18.9 | 19.8 | 20.7 | 21.6 | 22.5 |
| 10 | | | | | | | | | | | 20.0 | 21.0 | 22.0 | 23.0 | 24.0 | 25.0 |
| 11 | | | | | | No retirement benefits payable. | | | | | 22.6 | 23.1 | 24.2 | 25.3 | 26.4 | 27.5 |
| 12 | | | | | | | | | | | 25.2 | 25.8 | 26.4 | 27.6 | 28.8 | 30.0 |
| 13 | | | | | | | | | | | 28.0 | 28.6 | 29.3 | 29.9 | 31.2 | 32.5 |
| 14 | | | | | | | | | | | 30.8 | 31.5 | 32.2 | 32.9 | 33.6 | 35.0 |
| 15 | | | | | | | | | | | 33.8 | 34.5 | 35.3 | 36.0 | 36.8 | 37.5 |
| 16 | | | | | | | | | | | 36.8 | 37.6 | 38.4 | 39.2 | 40.0 | 40.0 |
| 17 | | | | | | | | | | | 40.0 | 40.8 | 41.7 | 42.5 | 42.5 | 42.5 |
| 18 | | | | | | | | | | | 43.2 | 44.1 | 45.0 | 45.0 | 45.0 | 45.0 |
| 19 | | | | | | | | | | | 46.6 | 47.5 | 47.5 | 47.5 | 47.5 | 47.5 |
| 20 | | | | | | 46.3 | 47.0 | 47.8 | 48.5 | 49.3 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| 21 | | | | | | 49.4 | 50.1 | 50.9 | 51.7 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 |
| 22 | | | | | | 52.5 | 53.4 | 54.2 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 |
| 23 | | | | | | 55.8 | 56.6 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | | | | | | 59.1 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | 43.8 | 47.5 | 51.3 | 55.0 | 58.8 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 45.5 | 49.4 | 53.3 | 57.2 | 61.1 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 47.3 | 51.3 | 55.4 | 59.4 | 63.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 49.0 | 53.2 | 57.4 | 61.6 | 65.8 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 50.8 | 55.1 | 59.5 | 63.8 | 68.2 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 52.5 | 57.0 | 61.5 | 66.0 | 70.5 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 58.9 | 58.9 | 63.6 | 68.2 | 72.9 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 65.6 | 65.6 | 65.6 | 70.4 | 75.2 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 72.6 | 72.6 | 72.6 | 72.6 | 77.6 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 79.9 | 79.9 | 79.9 | 79.9 | 79.9 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective January 1, 2011

21

Bouricius 000528
EXHIBIT 15

# PERA 4

## PERA Benefit Structure
## Highest Average Salary Percentages
## for Retirement Benefit Option 1

Use this table if you began PERA membership between July 1, 2005, and December 31, 2006, had five years of service credit on January 1, 2011, and were not eligible to receive a benefit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 7.9 | 8.6 | 9.4 | 10.4 | 11.4 | 12.5 |
| 6 | | | | | | | | | | | 9.5 | 10.4 | 11.3 | 12.4 | 13.6 | 15.0 |
| 7 | | | | | | | | | | | 11.0 | 12.1 | 13.2 | 14.5 | 15.9 | 17.5 |
| 8 | | | | | | | | | | | 12.6 | 13.8 | 15.1 | 16.6 | 18.2 | 20.0 |
| 9 | | | | | | | | | | | 14.2 | 15.5 | 17.0 | 18.6 | 20.5 | 22.5 |
| 10 | | | | | | | | | | | 15.8 | 17.3 | 18.9 | 20.7 | 22.7 | 25.0 |
| 11 | | | | | No retirement benefits payable. | | | | | | 18.2 | 19.0 | 20.8 | 22.8 | 25.0 | 27.5 |
| 12 | | | | | | | | | | | 20.8 | 21.7 | 22.7 | 24.9 | 27.3 | 30.0 |
| 13 | | | | | | | | | | | 23.7 | 24.7 | 25.8 | 26.9 | 29.6 | 32.5 |
| 14 | | | | | | | | | | | 26.7 | 27.9 | 29.1 | 30.4 | 31.8 | 35.0 |
| 15 | | | | | | | | | | | 29.9 | 31.2 | 32.7 | 34.2 | 35.8 | 37.5 |
| 16 | | | | | | | | | | | 33.4 | 34.9 | 36.5 | 38.2 | 40.0 | 40.0 |
| 17 | | | | | | | | | | | 37.2 | 38.8 | 40.6 | 42.5 | 42.5 | 42.5 |
| 18 | | | | | | | | | | | 41.1 | 43.0 | 45.0 | 45.0 | 45.0 | 45.0 |
| 19 | | | | | | | | | | | 45.5 | 47.5 | 47.5 | 47.5 | 47.5 | 47.5 |
| 20 | | | | | | 40.4 | 42.1 | 43.9 | 45.8 | 47.9 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| 21 | | | | | | 44.3 | 46.2 | 48.2 | 50.3 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 |
| 22 | | | | | | 48.5 | 50.5 | 52.7 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 |
| 23 | | | | | | 52.8 | 55.1 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | | | | | | 57.6 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | 42.4 | 45.4 | 48.7 | 52.9 | 57.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 44.1 | 47.3 | 50.7 | 55.0 | 59.8 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 45.8 | 49.1 | 52.6 | 57.1 | 62.1 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 47.5 | 50.9 | 54.6 | 59.2 | 64.4 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 49.2 | 52.7 | 56.5 | 61.4 | 66.7 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 50.8 | 54.5 | 58.5 | 63.5 | 69.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 56.5 | 56.3 | 60.4 | 65.6 | 71.3 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 62.6 | 62.5 | 62.3 | 67.7 | 73.6 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 70.1 | 70.0 | 69.9 | 69.8 | 75.9 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 78.4 | 78.3 | 78.3 | 78.2 | 78.2 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective June 4, 2018

Bouricius 000529
EXHIBIT 15

## PERA 5

### PERA Benefit Structure
### Highest Average Salary Percentages
### for Retirement Benefit Option 1

Use this table if you began PERA membership between January 1, 2007, and December 31, 2010, and were eligible to receive a benefit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 10.0 | 10.5 | 11.0 | 11.5 | 12.0 | 12.5 |
| 6 | | | | | | | | | | | 12.0 | 12.6 | 13.2 | 13.8 | 14.4 | 15.0 |
| 7 | | | | | | | | | | | 14.0 | 14.7 | 15.4 | 16.1 | 16.8 | 17.5 |
| 8 | | | | | | | | | | | 16.0 | 16.8 | 17.6 | 18.4 | 19.2 | 20.0 |
| 9 | | | | | | | | | | | 18.0 | 18.9 | 19.8 | 20.7 | 21.6 | 22.5 |
| 10 | | | | | | | | | | | 20.0 | 21.0 | 22.0 | 23.0 | 24.0 | 25.0 |
| 11 | | | | | | | | | | | 22.0 | 23.1 | 24.2 | 25.3 | 26.4 | 27.5 |
| 12 | | | | | | | | | | | 24.0 | 25.2 | 26.4 | 27.6 | 28.8 | 30.0 |
| 13 | | | | No retirement benefits payable. | | | | | | | 26.0 | 27.3 | 28.6 | 29.9 | 31.2 | 32.5 |
| 14 | | | | | | | | | | | 28.0 | 29.4 | 30.8 | 32.2 | 33.6 | 35.0 |
| 15 | | | | | | | | | | | 30.0 | 31.5 | 33.0 | 34.5 | 36.0 | 37.5 |
| 16 | | | | | | | | | | | 32.8 | 33.6 | 35.2 | 36.8 | 38.4 | 40.0 |
| 17 | | | | | | | | | | | 35.7 | 36.6 | 37.4 | 39.1 | 40.8 | 42.5 |
| 18 | | | | | | | | | | | 38.7 | 39.6 | 40.5 | 41.4 | 43.2 | 45.0 |
| 19 | | | | | | | | | | | 41.8 | 42.8 | 43.7 | 44.7 | 45.6 | 47.5 |
| 20 | | | | | 42.5 | 43.0 | 43.5 | 44.0 | 44.5 | 45.0 | 46.0 | 47.0 | 48.0 | 48.0 | 49.0 | 50.0 |
| 21 | | | | | 45.4 | 46.2 | 46.7 | 47.3 | 47.8 | 48.3 | 49.4 | 50.4 | 51.5 | 52.5 | 52.5 | 52.5 |
| 22 | | | | | 48.4 | 49.2 | 50.1 | 50.6 | 51.2 | 51.7 | 52.8 | 53.9 | 55.0 | 55.0 | 55.0 | 55.0 |
| 23 | | | | | 51.5 | 52.3 | 53.2 | 54.1 | 54.6 | 55.2 | 56.4 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | | | | | 54.6 | 55.5 | 56.4 | 57.3 | 58.2 | 58.8 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | 43.8 | 46.6 | 49.4 | 52.2 | 55.0 | 57.8 | 58.8 | 59.7 | 60.6 | 61.6 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 45.5 | 49.4 | 52.3 | 55.3 | 58.2 | 61.1 | 62.1 | 63.1 | 64.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 47.3 | 51.3 | 55.4 | 58.4 | 61.4 | 64.5 | 65.5 | 66.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 49.0 | 53.2 | 57.4 | 61.6 | 64.8 | 67.9 | 69.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 50.8 | 55.1 | 59.5 | 63.8 | 68.2 | 71.4 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 52.5 | 57.0 | 61.5 | 66.0 | 70.5 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 58.9 | 58.9 | 63.6 | 68.2 | 72.9 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 65.6 | 65.6 | 65.6 | 70.4 | 75.2 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 72.6 | 72.6 | 72.6 | 72.6 | 77.6 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 79.9 | 79.9 | 79.9 | 79.9 | 79.9 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective January 1, 2011

Bouricius 000530
EXHIBIT 15

# PERA 6

## PERA Benefit Structure
## Highest Average Salary Percentages
## for Retirement Benefit Option 1

Use this table if you began PERA membership between January 1, 2007, and December 31, 2010, and were not eligible to receive a benefit on January 1, 2011.
Also, this table applies to you if you began membership on or before December 31, 2006, and had less than five years of service credit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 7.9 | 8.6 | 9.4 | 10.4 | 11.4 | 12.5 |
| 6 | | | | | | | | | | | 9.5 | 10.4 | 11.3 | 12.4 | 13.6 | 15.0 |
| 7 | | | | | | | | | | | 11.0 | 12.1 | 13.2 | 14.5 | 15.9 | 17.5 |
| 8 | | | | | | | | | | | 12.6 | 13.8 | 15.1 | 16.6 | 18.2 | 20.0 |
| 9 | | | | | | | | | | | 14.2 | 15.5 | 17.0 | 18.6 | 20.5 | 22.5 |
| 10 | | | | | | | | | | | 15.8 | 17.3 | 18.9 | 20.7 | 22.7 | 25.0 |
| 11 | | | | | | | | | | | 17.4 | 19.0 | 20.8 | 22.8 | 25.0 | 27.5 |
| 12 | | | | | No retirement | | | | | | 18.9 | 20.7 | 22.7 | 24.9 | 27.3 | 30.0 |
| 13 | | | | | benefits payable. | | | | | | 20.5 | 22.4 | 24.6 | 26.9 | 29.6 | 32.5 |
| 14 | | | | | | | | | | | 22.1 | 24.2 | 26.4 | 29.0 | 31.8 | 35.0 |
| 15 | | | | | | | | | | | 23.7 | 25.9 | 28.3 | 31.1 | 34.1 | 37.5 |
| 16 | | | | | | | | | | | 26.5 | 27.6 | 30.2 | 33.1 | 36.4 | 40.0 |
| 17 | | | | | | | | | | | 29.5 | 30.8 | 32.1 | 35.2 | 38.7 | 42.5 |
| 18 | | | | | | | | | | | 32.8 | 34.1 | 35.7 | 37.3 | 40.9 | 45.0 |
| 19 | | | | | | | | | | | 36.2 | 37.8 | 39.5 | 41.3 | 43.2 | 47.5 |
| 20 | | | | | | 33.2 | 34.2 | 35.2 | 36.7 | 38.2 | 39.9 | 41.7 | 43.6 | 45.5 | 47.7 | 50.0 |
| 21 | | | | | | 36.3 | 37.5 | 38.7 | 40.3 | 42.0 | 43.8 | 45.8 | 47.9 | 50.2 | 52.5 | 52.5 |
| 22 | | | | | | 39.5 | 40.9 | 42.3 | 44.2 | 46.0 | 48.1 | 50.2 | 52.6 | 55.0 | 55.0 | 55.0 |
| 23 | | | | | | 42.9 | 44.4 | 46.3 | 48.2 | 50.4 | 52.6 | 55.0 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | | | | | | 46.4 | 48.4 | 50.4 | 52.7 | 54.9 | 57.4 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | 42.4 | 43.8 | 45.3 | 46.9 | 48.5 | 50.5 | 52.6 | 54.9 | 57.3 | 59.9 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 44.1 | 47.3 | 48.9 | 50.5 | 52.7 | 54.8 | 57.2 | 59.6 | 62.3 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 45.8 | 49.1 | 52.6 | 54.8 | 57.0 | 59.5 | 62.0 | 64.7 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 47.5 | 50.9 | 54.6 | 59.2 | 61.8 | 64.3 | 67.1 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 49.2 | 52.7 | 56.5 | 61.4 | 66.7 | 69.6 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 50.8 | 54.5 | 58.5 | 63.5 | 69.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 56.5 | 56.3 | 60.4 | 65.6 | 71.3 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 62.6 | 62.5 | 62.3 | 67.7 | 73.6 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 70.1 | 70.0 | 69.9 | 69.8 | 75.9 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 78.4 | 78.3 | 78.3 | 78.2 | 78.2 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective June 4, 2018

24

Bouricius 000531
EXHIBIT 15

## PERA 7

### PERA Benefit Structure
### Highest Average Salary Percentages
### for Retirement Benefit Option 1

Use this table if you began PERA membership between January 1, 2011, and December 31, 2016, or you began membership on or after January 1, 2017, and your most recent 10 years of service were in the School or DPS Division.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 7.9 | 8.6 | 9.4 | 10.4 | 11.4 | 12.5 |
| 6 | | | | | | | | | | | 9.5 | 10.4 | 11.3 | 12.4 | 13.6 | 15.0 |
| 7 | | | | | | | | | | | 11.0 | 12.1 | 13.2 | 14.5 | 15.9 | 17.5 |
| 8 | | | | | | | | | | | 12.6 | 13.8 | 15.1 | 16.6 | 18.2 | 20.0 |
| 9 | | | | | | | | | | | 14.2 | 15.5 | 17.0 | 18.6 | 20.5 | 22.5 |
| 10 | | | | | | | | | | | 15.8 | 17.3 | 18.9 | 20.7 | 22.7 | 25.0 |
| 11 | | | | | No retirement benefits payable. | | | | | | 17.4 | 19.0 | 20.8 | 22.8 | 25.0 | 27.5 |
| 12 | | | | | | | | | | | 18.9 | 20.7 | 22.7 | 24.9 | 27.3 | 30.0 |
| 13 | | | | | | | | | | | 20.5 | 22.4 | 24.6 | 26.9 | 29.6 | 32.5 |
| 14 | | | | | | | | | | | 22.1 | 24.2 | 26.4 | 29.0 | 31.8 | 35.0 |
| 15 | | | | | | | | | | | 23.7 | 25.9 | 28.3 | 31.1 | 34.1 | 37.5 |
| 16 | | | | | | | | | | | 25.2 | 27.6 | 30.2 | 33.1 | 36.4 | 40.0 |
| 17 | | | | | | | | | | | 26.8 | 29.3 | 32.1 | 35.2 | 38.7 | 42.5 |
| 18 | | | | | | | | | | | 28.4 | 31.1 | 34.0 | 37.3 | 40.9 | 45.0 |
| 19 | | | | | | | | | | | 31.5 | 32.8 | 35.9 | 39.4 | 43.2 | 47.5 |
| 20 | | | | | | 29.1 | 29.9 | 30.7 | 32.0 | 33.3 | 34.7 | 36.2 | 37.8 | 41.4 | 45.5 | 50.0 |
| 21 | | | | | | 31.9 | 32.8 | 33.7 | 35.2 | 36.6 | 38.2 | 39.8 | 41.6 | 43.5 | 47.7 | 52.5 |
| 22 | | | | | | 35.0 | 36.0 | 37.0 | 38.5 | 40.2 | 41.9 | 43.8 | 45.7 | 47.8 | 50.0 | 55.0 |
| 23 | | | | | | 38.2 | 39.4 | 40.5 | 42.2 | 44.0 | 45.9 | 47.9 | 50.1 | 52.4 | 54.9 | 57.5 |
| 24 | | | | | | 41.5 | 42.9 | 44.2 | 46.0 | 48.0 | 50.1 | 52.4 | 54.7 | 57.3 | 60.0 | 60.0 |
| 25 | 33.8 | 36.3 | 39.0 | 41.9 | 43.4 | 44.9 | 46.5 | 48.1 | 50.2 | 52.3 | 54.7 | 57.1 | 59.8 | 62.5 | 62.5 | 62.5 |
| 26 | 35.1 | 37.7 | 40.5 | 43.6 | 46.8 | 48.5 | 50.2 | 52.3 | 54.5 | 57.0 | 59.4 | 62.2 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 36.5 | 39.2 | 42.1 | 45.2 | 48.6 | 52.2 | 54.5 | 56.7 | 59.2 | 61.8 | 64.6 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 40.9 | 40.6 | 43.7 | 46.9 | 50.4 | 54.2 | 58.9 | 61.5 | 64.1 | 67.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 45.8 | 45.4 | 45.2 | 48.6 | 52.2 | 56.1 | 61.1 | 66.5 | 69.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 50.8 | 50.7 | 50.5 | 50.3 | 54.0 | 58.0 | 63.2 | 68.8 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 56.5 | 56.3 | 56.2 | 56.0 | 55.8 | 60.0 | 65.3 | 71.1 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 62.6 | 62.5 | 62.3 | 62.2 | 62.1 | 61.9 | 67.4 | 73.4 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 70.1 | 70.0 | 69.9 | 69.8 | 69.7 | 69.6 | 69.5 | 75.7 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 78.4 | 78.3 | 78.3 | 78.2 | 78.2 | 78.1 | 78.0 | 78.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective June 4, 2018

Bouricius 000532
EXHIBIT 15

## PERA 8

### PERA Benefit Structure
### Highest Average Salary Percentages
### for Retirement Benefit Option 1

Use this table if you began PERA membership on or after January 1, 2017,
and your most recent 10 years of service are not in the School or DPS Division.

| Years of Service | Age at Retirement 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | | | | | | | | | | 7.9 | 8.6 | 9.4 | 10.4 | 11.4 | 12.5 |
| 6 | | | | | | | | | | | 9.5 | 10.4 | 11.3 | 12.4 | 13.6 | 15.0 |
| 7 | | | | | | | | | | | 11.0 | 12.1 | 13.2 | 14.5 | 15.9 | 17.5 |
| 8 | | | | | | | | | | | 12.6 | 13.8 | 15.1 | 16.6 | 18.2 | 20.0 |
| 9 | | | | | | | | | | | 14.2 | 15.5 | 17.0 | 18.6 | 20.5 | 22.5 |
| 10 | | | | | | | | | | | 15.8 | 17.3 | 18.9 | 20.7 | 22.7 | 25.0 |
| 11 | | | | | No retirement benefits payable. | | | | | | 17.4 | 19.0 | 20.8 | 22.8 | 25.0 | 27.5 |
| 12 | | | | | | | | | | | 18.9 | 20.7 | 22.7 | 24.9 | 27.3 | 30.0 |
| 13 | | | | | | | | | | | 20.5 | 22.4 | 24.6 | 26.9 | 29.6 | 32.5 |
| 14 | | | | | | | | | | | 22.1 | 24.2 | 26.4 | 29.0 | 31.8 | 35.0 |
| 15 | | | | | | | | | | | 23.7 | 25.9 | 28.3 | 31.1 | 34.1 | 37.5 |
| 16 | | | | | | | | | | | 25.2 | 27.6 | 30.2 | 33.1 | 36.4 | 40.0 |
| 17 | | | | | | | | | | | 26.8 | 29.3 | 32.1 | 35.2 | 38.7 | 42.5 |
| 18 | | | | | | | | | | | 28.4 | 31.1 | 34.0 | 37.3 | 40.9 | 45.0 |
| 19 | | | | | | | | | | | 30.0 | 32.8 | 35.9 | 39.4 | 43.2 | 47.5 |
| 20 | | | | | | 26.5 | 27.2 | 28.0 | 29.1 | 30.3 | 31.6 | 34.5 | 37.8 | 41.4 | 45.5 | 50.0 |
| 21 | | | | | | 29.1 | 30.0 | 30.8 | 32.1 | 33.3 | 34.8 | 36.2 | 39.7 | 43.5 | 47.7 | 52.5 |
| 22 | | | | | | 32.0 | 32.8 | 33.8 | 35.1 | 36.6 | 38.2 | 39.8 | 41.6 | 45.6 | 50.0 | 55.0 |
| 23 | | | | | | 34.9 | 36.0 | 37.0 | 38.5 | 40.1 | 41.9 | 43.6 | 45.6 | 47.6 | 52.3 | 57.5 |
| 24 | | | | | | 38.2 | 39.2 | 40.4 | 42.0 | 43.9 | 45.7 | 47.8 | 49.9 | 52.2 | 54.6 | 60.0 |
| 25 | 28.8 | 31.0 | 33.3 | 35.9 | 38.6 | 41.5 | 42.8 | 44.0 | 45.9 | 47.8 | 49.9 | 52.1 | 54.5 | 56.9 | 59.7 | 62.5 |
| 26 | 32.4 | 32.2 | 34.7 | 37.3 | 40.1 | 43.2 | 46.5 | 47.9 | 49.9 | 52.1 | 54.3 | 56.8 | 59.3 | 62.1 | 65.0 | 65.0 |
| 27 | 36.5 | 36.2 | 36.0 | 38.7 | 41.7 | 44.8 | 48.3 | 51.9 | 54.2 | 56.5 | 59.0 | 61.6 | 64.5 | 67.5 | 67.5 | 67.5 |
| 28 | 40.9 | 40.6 | 40.4 | 40.2 | 43.2 | 46.5 | 50.0 | 53.9 | 58.7 | 61.3 | 64.0 | 67.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 45.6 | 45.4 | 45.2 | 45.0 | 44.8 | 48.2 | 51.8 | 55.8 | 60.8 | 66.4 | 69.4 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 50.8 | 50.7 | 50.5 | 50.3 | 50.1 | 49.8 | 53.6 | 57.7 | 62.9 | 68.7 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 56.5 | 56.3 | 56.2 | 56.0 | 55.8 | 55.6 | 55.4 | 59.6 | 65.0 | 70.9 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 62.6 | 62.5 | 62.3 | 62.2 | 62.1 | 61.9 | 61.7 | 61.6 | 67.1 | 73.2 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 70.1 | 70.0 | 69.9 | 69.8 | 69.7 | 69.6 | 69.5 | 69.3 | 69.2 | 75.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 78.4 | 78.3 | 78.3 | 78.2 | 78.2 | 78.1 | 78.0 | 78.0 | 77.9 | 77.8 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective June 4, 2018

Bouricius 000533
EXHIBIT 15

# DPS 1

## DPS Benefit Structure
## Highest Average Salary Percentages
## for Retirement Benefit Option A

Use this table if you began membership under the DPS benefit structure on or before June 30, 2005, had five years of service credit on January 1, 2011, and were eligible to receive a benefit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | | | | | | | | | | | 12.5 |
| 6 | | | | | | | | | | | | | | | | | | | | | 15.0 |
| 7 | | | | | | | | | | | | | | | | | | | | | 17.5 |
| 8 | | | | | | | | | | | | | | | | | | | | | 20.0 |
| 9 | | | | | | | | | | | | | | | | | | | | | 22.5 |
| 10 | | | | | | | | | | | | | | | | | | | | | 25.0 |
| 11 | | | | | | | | | | | | | | | | | | | | | 27.5 |
| 12 | | | | | | | | | | | | | | | | | | | | | 30.0 |
| 13 | | | | | | | | | | | | | | | | | | | | | 32.5 |
| 14 | | | | | | | | | | | | | | | | | | | | | 35.0 |
| 15 | | | | | | | | | | | 22.5 | 24.0 | 25.5 | 27.0 | 28.5 | 30.0 | 31.5 | 33.0 | 34.5 | 36.0 | 37.5 |
| 16 | | | | | | | | | | | 25.6 | 25.6 | 27.2 | 28.8 | 30.4 | 32.0 | 33.6 | 35.2 | 36.8 | 38.4 | 40.0 |
| 17 | | | | | | | | | | | 28.9 | 28.9 | 28.9 | 30.6 | 32.3 | 34.0 | 35.7 | 37.4 | 39.1 | 40.8 | 42.5 |
| 18 | | | | | | | | | | | 32.4 | 32.4 | 32.4 | 32.4 | 34.2 | 36.0 | 37.8 | 39.6 | 41.4 | 43.2 | 45.0 |
| 19 | | | | | | | | | | | 36.1 | 36.1 | 36.1 | 36.1 | 36.1 | 38.0 | 39.9 | 41.8 | 43.7 | 45.6 | 47.5 |
| 20 | | | | | | | | | | | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 40.0 | 42.0 | 44.0 | 46.0 | 48.0 | 50.0 |
| 21 | | | | | | | | | | | 44.1 | 44.1 | 44.1 | 44.1 | 44.1 | 44.1 | 44.1 | 46.2 | 48.3 | 50.4 | 52.5 |
| 22 | | | | | | | | | | | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 50.6 | 52.8 | 55.0 |
| 23 | | | | | | | | | | | 52.9 | 52.9 | 52.9 | 52.9 | 52.9 | 52.9 | 52.9 | 52.9 | 52.9 | 55.2 | 57.5 |
| 24 | | | | | | | | | | | 57.6 | 57.6 | 57.6 | 57.6 | 57.6 | 57.6 | 57.6 | 57.6 | 57.6 | 57.6 | 60.0 |
| 25 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 52.5 | 55.0 | 57.5 | 60.0 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 52.0 | 54.6 | 54.6 | 54.6 | 54.6 | 54.6 | 54.6 | 57.2 | 59.8 | 62.4 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 54.0 | 56.7 | 59.4 | 59.4 | 59.4 | 59.4 | 59.4 | 59.4 | 62.1 | 64.8 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 56.0 | 58.8 | 61.6 | 64.4 | 64.4 | 64.4 | 64.4 | 64.4 | 64.4 | 67.2 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | | 60.9 | 63.8 | 66.7 | 69.6 | 69.6 | 69.6 | 69.6 | 69.6 | 69.6 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | | | 66.0 | 69.0 | 72.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | | | | 71.3 | 74.4 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | | | | | 76.8 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | | | | | | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | | | | | | | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | | | | | | | | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |
| 36 | | | | | | | | | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 |
| 37 | | | | | | | | | | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 |
| 38 | | | | | | | | | | | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 |
| 39 | | | | | | | | | | | | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 |
| 40+ | | | | | | | | | | | | | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

No retirement benefits payable.

Assumed minimum age of employee as 17 years when first employed.

The shaded areas indicate reduced retirement percentages.

Note: If you are an inactive member with five or more years of earned service credit and you were not eligible for retirement at the time you terminated employment (inactive vested deferred), you are only eligible to retire when you reach full service retirement eligibility (unshaded percentages in the table above).

Effective January 1, 2011

Bouricius 000534
EXHIBIT 15

# DPS 2

## DPS Benefit Structure
## Highest Average Salary Percentages
## for Retirement Benefit Option A

Use this table if you began membership under the DPS benefit structure between July 1, 2005, and December 31, 2009, had five years of service credit on January 1, 2011, and were eligible to receive a benefit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | | | | | | | | | | | 12.50 |
| 6 | | | | | | | | | | | | | | | | | | | | | 15.00 |
| 7 | | | | | | | | | | | | | | | | | | | | | 17.50 |
| 8 | | | | | | | | | | | | | | | | | | | | | 20.00 |
| 9 | | | | | | | | | | | | | | | | | | | | | 22.50 |
| 10 | | | | | | | | | | | | | | | | | | | | | 25.00 |
| 11 | | | | | | | | | | | | | | | | | | | | | 27.50 |
| 12 | | | | | | | | | | | | | | | | | | | | | 30.00 |
| 13 | | | | | | | | | | | | | | | | | | | | | 32.50 |
| 14 | | | | | | | | | | | | | | | | | | | | | 35.00 |
| 15 | | | | | | | | | | | 15.00 | 17.25 | 19.50 | 21.75 | 24.00 | 26.25 | 28.50 | 30.75 | 33.00 | 35.25 | 37.50 |
| 16 | | | | | | | | | | | 18.40 | 18.40 | 20.80 | 23.20 | 25.60 | 28.00 | 30.40 | 32.80 | 35.20 | 37.60 | 40.00 |
| 17 | | | | | | | | | | | 22.10 | 22.10 | 22.10 | 24.65 | 27.20 | 29.75 | 32.30 | 34.85 | 37.40 | 39.95 | 42.50 |
| 18 | | | | | | | | | | | 26.10 | 26.10 | 26.10 | 26.10 | 28.80 | 31.50 | 34.20 | 36.90 | 39.60 | 42.30 | 45.00 |
| 19 | | | | | | | | | | | 30.40 | 30.40 | 30.40 | 30.40 | 30.40 | 33.25 | 36.10 | 38.95 | 41.80 | 44.65 | 47.50 |
| 20 | | | | | | | | | | | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 38.00 | 41.00 | 44.00 | 47.00 | 50.00 |
| 21 | | | | | | | | | | | 39.90 | 39.90 | 39.90 | 39.90 | 39.90 | 39.90 | 39.90 | 43.05 | 46.20 | 49.35 | 52.50 |
| 22 | | | | | | | | | | | 45.10 | 45.10 | 45.10 | 45.10 | 45.10 | 45.10 | 45.10 | 45.10 | 48.40 | 51.70 | 55.00 |
| 23 | | | | | | | | | | | 50.60 | 50.60 | 50.60 | 50.60 | 50.60 | 50.60 | 50.60 | 50.60 | 50.60 | 54.05 | 57.50 |
| 24 | | | | | | | | | | | 56.40 | 56.40 | 56.40 | 56.40 | 56.40 | 56.40 | 56.40 | 56.40 | 56.40 | 56.40 | 60.00 |
| 25 | 43.75 | 43.75 | 43.75 | 43.75 | 43.75 | 43.75 | 47.50 | 51.25 | 55.00 | 58.75 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 |
| 26 | 45.50 | 49.40 | 49.40 | 49.40 | 49.40 | 49.40 | 49.40 | 53.30 | 57.20 | 61.10 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 |
| 27 | 47.25 | 51.30 | 55.35 | 55.35 | 55.35 | 55.35 | 55.35 | 55.35 | 59.40 | 63.45 | 67.50 | 67.50 | 67.50 | 67.50 | 67.50 | 67.50 | 67.50 | 67.50 | 67.50 | 67.50 | 67.50 |
| 28 | 49.00 | 53.20 | 57.40 | 61.60 | 61.60 | 61.60 | 61.60 | 61.60 | 61.60 | 65.80 | 70.00 | 70.00 | 70.00 | 70.00 | 70.00 | 70.00 | 70.00 | 70.00 | 70.00 | 70.00 | 70.00 |
| 29 | | 55.10 | 59.45 | 63.80 | 68.15 | 68.15 | 68.15 | 68.15 | 68.15 | 68.15 | 72.50 | 72.50 | 72.50 | 72.50 | 72.50 | 72.50 | 72.50 | 72.50 | 72.50 | 72.50 | 72.50 |
| 30 | | | 61.50 | 66.00 | 70.50 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
| 31 | | | | 68.20 | 72.65 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 | 77.50 |
| 32 | | | | | 75.20 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 |
| 33 | | | | | | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 | 82.50 |
| 34 | | | | | | | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 | 85.00 |
| 35 | | | | | | | | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 | 87.50 |
| 36 | | | | | | | | | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 | 90.00 |
| 37 | | | | | | | | | | 92.50 | 92.50 | 92.50 | 92.50 | 92.50 | 92.50 | 92.50 | 92.50 | 92.50 | 92.50 | 92.50 | 92.50 |
| 38 | | | | | | | | | | | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 |
| 39 | | | | | | | | | | | | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 |
| 40+ | | | | | | | | | | | | | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

No retirement benefits payable.

Assumed minimum age of employee as 17 years when first employed

The shaded areas indicate reduced retirement percentages.

Note: If you are an inactive member with five or more years of earned service credit and you were not eligible for retirement at the time you terminated employment (inactive vested deferred), you are only eligible to retire when you reach full service retirement eligibility (unshaded percentages in the table above).

Effective January 1, 2011

28

Bouricius 000535
EXHIBIT 15

## DPS 3

### DPS Benefit Structure
### Highest Average Salary Percentages
### for Retirement Benefit Option A

Use this table if you began membership under the DPS benefit structure on or before December 31, 2009, had five years of service credit on January 1, 2011, and were not eligible to receive a benefit on January 1, 2011.

Note within table (rows 5–14): **No retirement benefits payable.**

Note within table (rows 36–37, left): **Assumed minimum age of employee as 17 years when first employed.**

| Years of Service | Age at Retirement |||||||||||||||||||||||||| |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 12.5 |
| 6 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 15.0 |
| 7 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 17.5 |
| 8 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 20.0 |
| 9 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 22.5 |
| 10 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 25.0 |
| 11 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 27.5 |
| 12 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 30.0 |
| 13 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 32.5 |
| 14 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 35.0 |
| 15 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 15.7 | 16.9 | 18.2 | 19.9 | 21.7 | 23.7 | 25.9 | 28.3 | 31.1 | 34.1 | 37.5 |
| 16 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 18.4 | 18.0 | 19.4 | 21.2 | 23.1 | 25.2 | 27.6 | 30.2 | 33.1 | 36.4 | 40.0 |
| 17 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 21.5 | 21.1 | 20.6 | 22.5 | 24.6 | 26.8 | 29.3 | 32.1 | 35.2 | 38.7 | 42.5 |
| 18 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 25.0 | 24.5 | 24.0 | 23.8 | 26.0 | 28.4 | 31.1 | 34.0 | 37.3 | 40.9 | 45.0 |
| 19 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 28.9 | 28.4 | 27.8 | 27.7 | 27.4 | 30.0 | 32.8 | 35.9 | 39.4 | 43.2 | 47.5 |
| 20 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 33.2 | 32.7 | 32.1 | 32.0 | 31.8 | 31.6 | 34.5 | 37.8 | 41.4 | 45.5 | 50.0 |
| 21 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 37.7 | 37.5 | 36.9 | 36.8 | 36.6 | 36.4 | 36.2 | 39.7 | 43.5 | 47.7 | 52.5 |
| 22 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 42.6 | 42.4 | 42.3 | 42.2 | 42.0 | 41.9 | 41.7 | 41.6 | 45.6 | 50.0 | 55.0 |
| 23 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 48.5 | 48.4 | 48.3 | 48.2 | 48.1 | 48.0 | 47.9 | 47.8 | 47.6 | 52.3 | 57.5 |
| 24 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 55.1 | 55.1 | 55.0 | 55.0 | 54.9 | 54.9 | 54.8 | 54.7 | 54.7 | 54.6 | 60.0 |
| 25 | 30.7 | 32.9 | 35.2 | 37.6 | 40.3 | 43.0 | 42.9 | 42.8 | 42.7 | 42.5 | 42.4 | 45.4 | 48.7 | 52.9 | 57.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 32.0 | 34.2 | 36.6 | 39.1 | 41.9 | 44.8 | 47.9 | 47.7 | 47.6 | 47.5 | 47.4 | 47.3 | 50.7 | 55.0 | 59.8 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 33.2 | 35.5 | 38.0 | 40.7 | 43.5 | 46.5 | 49.7 | 53.1 | 53.0 | 52.9 | 52.8 | 52.7 | 52.6 | 57.1 | 62.1 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 34.4 | 36.8 | 39.4 | 42.2 | 45.1 | 48.2 | 51.5 | 55.1 | 59.6 | 59.6 | 59.5 | 59.4 | 59.3 | 59.2 | 64.4 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 |  |  |  |  |  |  |  | 53.4 | 57.1 | 61.8 | 66.9 | 66.9 | 66.8 | 66.8 | 66.7 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 |  |  |  |  |  |  |  |  |  |  |  |  | 59.0 | 63.9 | 69.2 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 |  |  |  |  |  |  |  |  |  |  |  |  |  | 66.0 | 71.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 73.8 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 |  |  |  |  |  |  |  |  |  |  |  |  |  | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 |  |  |  |  |  |  |  |  |  |  |  |  |  | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 |  |  |  |  |  |  |  |  |  |  |  |  |  | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |
| 36 |  |  |  |  |  |  |  |  |  |  |  |  |  | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 | 90.0 |
| 37 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 | 92.5 |
| 38 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 |
| 39 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 | 97.5 |
| 40+ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

Final calculations are made to the exact amount of service you earn, not necessarily even years.

Note: If you are an inactive member with five or more years of earned service credit and you were not eligible for retirement at the time you terminated employment (inactive vested deferred), you are only eligible to retire when you reach full service retirement eligibility (unshaded percentages in the table above).

Effective June 4, 2018

Bouricius 000536
EXHIBIT 15

# DPS 4

## DPS Benefit Structure
## Highest Average Salary Percentages
## for Retirement Benefit Option A

Use this table if you began membership under the DPS benefit structure on or before December 31, 2009, and had less than five years of service credit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 7.9 | 8.6 | 9.4 | 10.4 | 11.4 | 12.5 |
| 6 | | | | | | | | | | | 9.5 | 10.4 | 11.3 | 12.4 | 13.6 | 15.0 |
| 7 | | | | | | | | | | | 11.0 | 12.1 | 13.2 | 14.5 | 15.9 | 17.5 |
| 8 | | | | | | | | | | | 12.6 | 13.8 | 15.1 | 16.6 | 18.2 | 20.0 |
| 9 | | | | | | | | | | | 14.2 | 15.5 | 17.0 | 18.6 | 20.5 | 22.5 |
| 10 | | | | | No retirement | | | | | | 15.8 | 17.3 | 18.9 | 20.7 | 22.7 | 25.0 |
| 11 | | | | | benefits payable. | | | | | | 17.4 | 19.0 | 20.8 | 22.8 | 25.0 | 27.5 |
| 12 | | | | | | | | | | | 18.9 | 20.7 | 22.7 | 24.9 | 27.3 | 30.0 |
| 13 | | | | | | | | | | | 20.5 | 22.4 | 24.6 | 26.9 | 29.6 | 32.5 |
| 14 | | | | | | | | | | | 22.1 | 24.2 | 26.4 | 29.0 | 31.8 | 35.0 |
| 15 | | | | | | | | | | | 23.7 | 25.9 | 28.3 | 31.1 | 34.1 | 37.5 |
| 16 | | | | | | | | | | | 26.5 | 27.6 | 30.2 | 33.1 | 36.4 | 40.0 |
| 17 | | | | | | | | | | | 29.5 | 30.8 | 32.1 | 35.2 | 38.7 | 42.5 |
| 18 | | | | | | | | | | | 32.8 | 34.1 | 35.7 | 37.3 | 40.9 | 45.0 |
| 19 | | | | | | | | | | | 36.2 | 37.8 | 39.5 | 41.3 | 43.2 | 47.5 |
| 20 | | | | | | 33.2 | 34.2 | 35.2 | 36.7 | 38.2 | 39.9 | 41.7 | 43.6 | 45.5 | 47.7 | 50.0 |
| 21 | | | | | | 36.3 | 37.5 | 38.7 | 40.3 | 42.0 | 43.8 | 45.8 | 47.9 | 50.2 | 52.5 | 52.5 |
| 22 | | | | | | 39.5 | 40.9 | 42.3 | 44.2 | 46.0 | 48.1 | 50.2 | 52.6 | 55.0 | 55.0 | 55.0 |
| 23 | | | | | | 42.9 | 44.4 | 46.3 | 48.2 | 50.4 | 52.6 | 55.0 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | | | | | | 46.4 | 48.4 | 50.4 | 52.7 | 54.9 | 57.4 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | 42.4 | 43.8 | 45.3 | 46.9 | 48.5 | 50.5 | 52.6 | 54.9 | 57.3 | 59.9 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 44.1 | 47.3 | 48.9 | 50.5 | 52.7 | 54.8 | 57.2 | 59.6 | 62.3 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 45.8 | 49.1 | 52.6 | 54.8 | 57.0 | 59.5 | 62.0 | 64.7 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 47.5 | 50.9 | 54.6 | 59.2 | 61.8 | 64.3 | 67.1 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 49.2 | 52.7 | 56.5 | 61.4 | 66.7 | 69.6 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 50.8 | 54.5 | 58.5 | 63.5 | 69.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 58.5 | 56.3 | 60.4 | 65.6 | 71.3 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 62.6 | 62.5 | 62.3 | 67.7 | 73.6 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 70.1 | 70.0 | 69.9 | 69.8 | 75.9 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 78.4 | 78.3 | 78.3 | 78.2 | 78.2 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Note: If you are an inactive member with five or more years of earned service credit and you were not eligible for retirement at the time you terminated employment (inactive vested deferred), you are only eligible to retire when you reach full service retirement eligibility (unshaded percentages in the table above).

Effective June 4, 2018

Bouricius 000537
EXHIBIT 15

# STATE TROOPERS/CBI AGENTS 1

### State Troopers/CBI Agents
### Highest Average Salary Percentages
### for Retirement Benefit Option 1
Use this table if you were eligible to receive a benefit on January 1, 2011.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 10.0 | 10.5 | 11.0 | 11.5 | 12.0 | 12.5 |
| 6 | | | | | | | | | | | 12.0 | 12.6 | 13.2 | 13.8 | 14.4 | 15.0 |
| 7 | | | | | | | | | | | 14.0 | 14.7 | 15.4 | 16.1 | 16.8 | 17.5 |
| 8 | | | | | | | | | | | 16.0 | 16.8 | 17.6 | 18.4 | 19.2 | 20.0 |
| 9 | | | | | | | | | | | 18.0 | 18.9 | 19.8 | 20.7 | 21.6 | 22.5 |
| 10 | | | | | | | | | | | 20.0 | 21.0 | 22.0 | 23.0 | 24.0 | 25.0 |
| 11 | | | | No retirement benefits payable. | | | | | | | 22.6 | 23.1 | 24.2 | 25.3 | 26.4 | 27.5 |
| 12 | | | | | | | | | | | 25.2 | 25.8 | 26.4 | 27.6 | 28.8 | 30.0 |
| 13 | | | | | | | | | | | 28.0 | 28.6 | 29.3 | 29.9 | 31.2 | 32.5 |
| 14 | | | | | | | | | | | 30.8 | 31.5 | 32.2 | 32.9 | 33.6 | 35.0 |
| 15 | | | | | | | | | | | 33.8 | 34.5 | 35.3 | 36.0 | 36.8 | 37.5 |
| 16 | | | | | | | | | | | 36.8 | 37.6 | 38.4 | 39.2 | 40.0 | 40.0 |
| 17 | | | | | | | | | | | 40.0 | 40.8 | 41.7 | 42.5 | 42.5 | 42.5 |
| 18 | | | | | | | | | | | 43.2 | 44.1 | 45.0 | 45.0 | 45.0 | 45.0 |
| 19 | | | | | | | | | | | 46.6 | 47.5 | 47.5 | 47.5 | 47.5 | 47.5 |
| 20 | 42.5 | 44.0 | 45.5 | 47.0 | 48.5 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| 21 | 46.2 | 46.2 | 47.8 | 49.4 | 50.9 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 |
| 22 | 50.1 | 50.1 | 50.1 | 51.7 | 53.4 | 55.5 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 |
| 23 | 54.1 | 54.1 | 54.1 | 54.1 | 55.8 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | 58.2 | 58.2 | 58.2 | 58.2 | 58.2 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |

The shaded areas indicate reduced retirement percentages.

For 30+ years, add 2.5 percent to 75.0 for each year over 30 up to 100 percent.

The retirement eligibility and HAS percentages of this table assume all of your PERA service credit was credited to your account during your employment as a State Trooper or CBI Agent. If you have PERA service credit from membership in a position other than a State Trooper or CBI Agent, including any time spent in the academy as a cadet, please contact PERA for additional information.

Effective January 1, 2011

31

Bouricius 000538
EXHIBIT 15

# STATE TROOPERS/CBI AGENTS 2

### State Troopers/CBI Agents
### Highest Average Salary Percentages
### for Retirement Benefit Option 1

**Use this table if you were not eligible to receive a benefit on January 1, 2011.**

| Years of Service | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | | | | | | | | | | | | | | | 7.9 | 8.6 | 9.4 | 10.4 | 11.4 | 12.5 |
| 6 | | | | | | | | | | | | | | | | 9.5 | 10.4 | 11.3 | 12.4 | 13.6 | 15.0 |
| 7 | | | | | | | | | | | | | | | | 11.0 | 12.1 | 13.2 | 14.5 | 15.9 | 17.5 |
| 8 | | | | | | | | | | | | | | | | 12.6 | 13.8 | 15.1 | 16.6 | 18.2 | 20.0 |
| 9 | | | | | | | | | | | | | | | | 14.2 | 15.5 | 17.0 | 18.6 | 20.5 | 22.5 |
| 10 | | | | | | | No retirement benefits payable. | | | | | | | | | 15.8 | 17.3 | 18.9 | 20.7 | 22.7 | 25.0 |
| 11 | | | | | | | | | | | | | | | | 18.2 | 19.0 | 20.8 | 22.8 | 25.0 | 27.5 |
| 12 | | | | | | | | | | | | | | | | 20.8 | 21.7 | 22.7 | 24.9 | 27.3 | 30.0 |
| 13 | | | | | | | | | | | | | | | | 23.7 | 24.7 | 25.8 | 26.9 | 29.8 | 32.5 |
| 14 | | | | | | | | | | | | | | | | 26.7 | 27.9 | 29.1 | 30.4 | 31.8 | 35.0 |
| 15 | | | | | | | | | | | | | | | | 29.9 | 31.2 | 32.7 | 34.2 | 35.8 | 37.5 |
| 16 | | | | | | | | | | | | | | | | 33.4 | 34.9 | 36.5 | 38.2 | 40.0 | 40.0 |
| 17 | | | | | | | | | | | | | | | | 37.2 | 38.8 | 40.6 | 42.5 | 42.5 | 42.5 |
| 18 | | | | | | | | | | | | | | | | 41.1 | 43.0 | 45.0 | 45.0 | 45.0 | 45.0 |
| 19 | | | | | | | | | | | | | | | | 45.5 | 47.5 | 47.5 | 47.5 | 47.5 | 47.5 |
| 20 | | | | | | 33.9 | 36.3 | 39.0 | 42.3 | 46.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| 21 | | | | | | 38.3 | 38.2 | 40.9 | 44.4 | 48.3 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 | 52.5 |
| 22 | | | | | | 43.0 | 43.0 | 42.9 | 46.5 | 50.6 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 | 55.0 |
| 23 | | | | | | 48.9 | 48.8 | 48.7 | 48.7 | 52.9 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 | 57.5 |
| 24 | | | | | | 55.3 | 55.3 | 55.3 | 55.2 | 55.2 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| 25 | | | | | | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 | 62.5 |
| 26 | | | | | | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 | 65.0 |
| 27 | | | | | | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 | 67.5 |
| 28 | | | | | | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | | | | | | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

The retirement eligibility and HAS percentages of this table assume all of your PERA service credit was credited to your account during your employment as a State Trooper or CBI Agent. If you have PERA service credit from membership in a position other than a State Trooper or CBI Agent, including any time spent in the academy as a cadet, please contact PERA for additional information

Effective June 4, 2018

Bouricius 000539
EXHIBIT 15

## PERA BOARD OF TRUSTEES

(as of January 2019)

**Timothy M. O'Brien, Chairman**
*Retiree, Office of the State Auditor*

**Marcus Pennell, Vice Chairman**
*Jefferson County School District R-1*

**Ramon Alvarado**
*Metropolitian State University of Denver*

**Hon. Will Bain**
*4th Judicial District*

**Thomas J. Barrett**
*Governor Appointee*

**Guillermo Barriga**
*Aurora Public Schools*

**Julie Friedemann**
*Retiree, Jefferson School District R-1*

**Amy Grant**
*Denver Public Schools*

**David Hall**
*Colorado State Patrol*

**Roger P. Johnson**
*Governor Appointee*

**Suzanne E. Kubec**
*Colorado Department of Personnel and Administration*

**Robert D. Lamb**
*Boulder County*

**Tina Mueh**
*Boulder Valley School District*

**Susan G. Murphy**
*Governor Appointee*

**William N. Parker**
*Brighton School District 27J*

**Hon. Dave Young**
*State Treasurer*

## PLAN ADMINISTRATOR

**Ron Baker**
Executive Director
Colorado Public Employees' Retirement Association
1301 Pennsylvania Street
Denver, Colorado 80203-5011

## CHIEF ADMINISTRATIVE OFFICER
Kevin Carpenter

## CHIEF COMMUNICATIONS OFFICER
Tara May

## CHIEF INVESTMENT OFFICER
Amy C. McGarrity

## GENERAL COUNSEL
Adam Franklin

This booklet provides general information about PERA membership benefits. Some of the information does not apply to State Troopers, certain agents of the Colorado Bureau of Investigation, members of the Judicial Division (judges), and members of the PERA Defined Contribution Plan. Special inserts for these members are available. Your rights, benefits, and obligations as a PERA member are governed by Title 24, Article 51, of the Colorado Revised Statutes, and the Rules of the Colorado Public Employees' Retirement Association, which take precedence over any interpretations in this booklet.

5/5 (REV 1-19) 15M

Printed on recycled paper

## Contact PERA



*Visit PERA's website at www.copera.org.*



*Call PERA's Customer Service Center at 1-800-759-7372.*



*Visit the PERA offices in Denver, Lone Tree, and Westminster.*



*Send mail to PERA at PO Box 5800 Denver, CO 80217-5800*



*Forms and publications can be found on PERA's website. Copies can also be requested by calling PERA's Customer Service Center.*

**Bouricius 000540**
**EXHIBIT 15**

# Colorado PERA Benefits
## AT A GLANCE

Colorado PERA provides benefits to you when you retire or are disabled, or to your survivors after your death. As a PERA member, you may also take advantage of a variety of voluntary PERA programs.

## CONTRIBUTIONS

» Your contributions to your PERA member account are tax-deferred, which means they reduce your federal and state income taxes.

» Your contributions are invested on your behalf. Contributions are invested in common stocks of top-rated companies, corporate bonds, U.S. Treasury and other government securities, mortgages, real estate property, and other investment vehicles. These investment earnings are used to fund the monthly retirement benefits paid by PERA.

» You also earn tax-deferred interest on your member contributions. The rate is set by the PERA Board and is subject to change annually. The current interest rate is 3 percent compounded annually. The accumulated interest will be paid to you if you decide to refund your account rather than receive a monthly retirement benefit.

## RETIREMENT BENEFITS

» When you reach retirement eligibility, you may begin receiving a lifetime monthly retirement benefit based on your age, years of service, and your Highest Average Salary (HAS). Depending on the benefit option you choose at retirement, a lifetime monthly benefit may also be provided to a cobeneficiary following your death. See the *Your PERA Benefits* booklet for more information.

» You can increase your retirement benefit by purchasing service credit based on a previously refunded account and/or employment not covered by PERA or another retirement program.

» After retirement, you may be eligible for annual increases to your monthly retirement benefit.

## ENDING PERA-COVERED EMPLOYMENT BEFORE RETIREMENT

» If you leave PERA employment, you can refund your account or leave your account at PERA and receive a lifetime monthly benefit when you are eligible for retirement (see "Retirement Benefits").

» Under the PERA benefit structure:

- If you are eligible for retirement, but elect to refund your account, you will receive a matching amount equal to 100 percent of your contributions and interest.
- If you are not eligible for retirement and have five years of earned service credit, but elect to refund your account, you will receive a matching amount equal to 50 percent of your contributions and interest.
- If you are not eligible for retirement and do not have five years of earned service credit, but elect to refund your account, you will only receive a 50 percent match on your contributions and interest made prior to January 1, 2011.

» Under the Denver Public Schools (DPS) benefit structure, if you are eligible for retirement, but elect to refund your account, you will receive a matching amount equal to 100 percent of your contributions and interest if you terminated employment on or after January 1, 2001, and you have five or more years of service credit; otherwise no match will be included.

> ● See the *Refund/Rollover Request* booklet for more information.

*(Continued on reverse)*



COLORADO PERA®

Colorado Public Employees' Retirement Association
1301 Pennsylvania Street • Denver, Colorado 80203 • 1-800-759-PERA (7372) • www.copera.org

July 2018

**Bouricius 000541**
**EXHIBIT 15**

# Colorado PERA Benefits
# AT A GLANCE

## DISABILITY BENEFITS

» If you have earned five or more years of service credit, you may apply for disability benefits if you cannot perform your job duties because of a physical or mental disability.

» Disability coverage is part of the PERA program with no premiums required.

## SURVIVOR BENEFITS

» If you are under the PERA benefit structure and die after earning one year of service credit, your qualified survivors may receive a monthly benefit or your named beneficiary will receive a lump-sum payment of your contributions, applicable interest, and a 100 percent match if no monthly benefits are payable.

» If you are under the DPS benefit structure and die after earning five years of continuous service and meeting specific eligibility requirements, your survivors may receive a monthly benefit. If the eligibility requirements are not met, your named beneficiary may receive a lump-sum payment of your contributions and applicable interest.

## PERAPLUS 401(K)/457 PLANS

» You may invest for your future by enrolling in the voluntary PERAPlus 401(k) Plan, and if your employer participates, the PERAPlus 457 Plan. A Roth option is also available if your employer has adopted it. The PERAPlus Plans offer a variety of investment choices.

## PERACARE HEALTH BENEFITS PROGRAM

» If you are under the PERA benefit structure, you have the option to enroll in the PERACare Health Benefits Program at retirement and may receive a subsidy toward your health care premium.

» If you are under the DPS benefit structure and have five years of service credit, you have the option to enroll in the PERACare Health Benefits Program at retirement and may receive a subsidy toward your health care premium.

## PERA LIFE INSURANCE PROGRAM

» You may enroll in the voluntary PERA Life Insurance Program, a decreasing-term life insurance product without evidence of good health when you first become a member or during the annual open enrollment period. You may enroll at other times with evidence of good health.

## KEEPING YOU INFORMED

PERA provides the following services to help keep you informed about your PERA membership:

» **PERA Website (www.copera.org)**
The website has information about PERA and its benefits and benefit calculators.

» **Online Access**
You can access your account information online with your User ID and password. If you have not yet set up your User ID and password, you will first need a PERA PIN. If you do not have a PERA PIN, request one from PERA's website or by calling PERA's Customer Service Center. Your PERA PIN will arrive by mail within seven business days. If you need access to your account before then, please call PERA's Customer Service Center.

» **PERA Information Meetings**
PERA regularly holds meetings around the state. See the "Meetings & Appointments" link on PERA's homepage at www.copera.org.

» *Member Report* Newsletter
All PERA members are mailed the PERA *Member Report* three times a year.

» *Annual Member Statement*
A personalized statement is mailed to you every year summarizing your PERA information.

» **Publications**
PERA publishes a variety of brochures, fact sheets, and newsletters that can be ordered or downloaded to help you understand your retirement plan.

> **PERA Resources**
> » Visit PERA's website at www.copera.org
> » Email PERA through the "Contact Us" link at www.copera.org
> » Call PERA at 1-800-759-7372

This fact sheet provides general information about PERA benefits. PERA membership rights, benefits, and obligations are governed by Title 24, Article 51 of the Colorado Revised Statutes, and the Rules of the Colorado Public Employees' Retirement Association, which take precedence over any interpretations in this fact sheet

5/58 (REV 7-18)

**Bouricius 000542**
**EXHIBIT 15**

**From:** Cooper, Emily I.
**Sent:** Thursday, May 9, 2019 11:20 AM
**To:** Bouricius, Debra <dbouricius@bouldercounty.org>
**Subject:** Requested Items

Hi Deb,

Per your request, here are the PERA documents that are given to all of the county's new hires. Starting on January 1, 2019 new members to PERA have a choice of electing the defined benefit (historic option and what all existing employees have) or the defined contribution plan. They are automatically enrolled in the defined benefit and must go online to www.copera.org to make the change to the defined contribution plan, this is not managed by the county. You are under the defined benefit plan based on your start date with the county. For everything else PERA related, we point people to the PERA website.

Thanks,
Emily I. Cooper, CCWS, CHRS
Benefits Manager
Boulder County Human Resources
P.O. Box 471 Boulder, CO 80306
Tel: 303-441-3860    Fax: 303-441-3494
Pronouns: She/her/hers





Repeat H100 Winner four consecutive years since 2015

*We are a solutions-focused team of dedicated human resources professionals who serve Boulder County's most valuable asset, our employees, by providing services to attract, develop, motivate and retain a diverse workforce.*

**Bouricius 000750**

# Member Information Form—
## DEFINED BENEFIT PLAN(S)

**To New Colorado PERA Members:**

Welcome to membership in the Colorado Public Employees' Retirement Association (PERA).

As an employee of a PERA employer, you may or may not pay Social Security tax depending on whether your employer contributes to both PERA and Social Security. PERA is a qualified retirement plan that can substitute for Social Security, as required by law.

Upon receipt of the form, PERA will establish a Defined Benefit (DB) Plan account for you and mail you a membership packet that explains your PERA benefits:

» You will contribute a percentage of your salary to your DB Plan account through payroll deduction. See the table below.

### Member Contribution Rates

|  | Member Contribution | State Trooper/ CBI Agent Contribution |
|---|---|---|
| Prior to July 1, 2019 | 8.00% | 10.00% |
| July 1, 2019–June 30, 2020 | 8.75% | 10.75% |
| July 1, 2020–June 30, 2021 | 9.50% | 11.50% |
| July 1, 2021 | 10.00% | 12.00% |

» PERA will pay interest on your DB Plan account. The interest rate is set by the PERA Board of Trustees and is subject to change annually. The current interest rate is 3 percent compounded annually.

» Your PERA contributions are tax-deferred and not subject to federal or state income tax until you refund your DB Plan account or receive a monthly benefit at retirement. Your contributions and interest will always be returned to you, either in the form of a rollover/refund or a monthly benefit.

» State law specifies that member and employer contributions will adjust to ensure that PERA is able to pay off its unfunded liability within 30 years. Both member and employer contribution rates can each increase (or decrease) by up to 0.5 percent per year.

While our mission is to provide members with retirement benefits, we also provide the following other benefits:

» Monthly benefits to your qualified survivors should you die prior to retiring from PERA. See the *Survivor Benefits* booklet for eligibility information.

» Disability coverage if you leave PERA-covered employment because of a disability. See the *Colorado PERA Disability Program* booklet for more information.

» A voluntary life insurance program in which you may participate immediately.

» Voluntary retirement savings plans such as the PERAPlus 401(k) Plan and the PERAPlus 457 Plan (if your employer participates). A Roth option may also be available. For more information, see PERA's website or call PERA's Customer Service Center at 1-800-759-7372.

» The option to purchase service credit based on a refunded/rolled over DB Plan account or for employment not covered by PERA or another retirement program. See the *Purchasing Service Credit* booklet for more information.

When you end PERA employment, you may leave your DB Plan account with PERA and draw a benefit when you are retirement eligible. Your account will continue to earn interest. If you return to PERA employment at a later date, your DB Plan account will be ready to accept additional contributions and you will build additional service credit. If you leave your DB Plan account at PERA, be sure to keep us informed of your address to prevent your DB Plan account from being transferred to the State's Unclaimed Property Fund.

Again, welcome to PERA! We will strive to inform you about your PERA benefits by sending you the PERA *Member Report* newsletter, a statement of your DB Plan account annually after your first year of membership, and other information.

> ● For up-to-date information about your retirement plan, the most recent version of the *Your PERA Benefits* booklet is available on the "About" page of PERA's website at www.copera.org. You can read it online or request a hard copy be mailed to you.



Colorado Public Employees' Retirement Association
1301 Pennsylvania Street • Denver, Colorado 80203 • 1-800-759-PERA (7372) • www.copera.org

June 2018

17

Bouricius 000751

### Member Information Form—Defined Benefit Plan(s) Instructions

Please read all of the following information before completing the form beginning on page 3:

*Note:* If you are a retiree who is currently receiving a monthly benefit, do not complete this form. PERA will not update your account based on this form for beneficiary changes, please complete a *Retiree Named Beneficiary Change Form* and return it to PERA. In addition, if you are returning to work for a PERA employer, please complete and return the *Retiree Working for a PERA Employer* form, which can be found in the *Working After Retirement* booklet.

» Type or print in black ink and sign the form. Please do not send photocopies of the form or staple, tape, or glue items to it.

» If you are a new member, give the form to your personnel office to send to PERA.

» If you are changing information already on file with PERA, send the form to PERA and provide your employer with a copy. Changes made on this form take effect upon receipt of the completed form at PERA.

» As a result of the merger between PERA and the Denver Public Schools Retirement System (DPSRS), you may have two DB Plan accounts with PERA—one under the PERA benefit structure and one under the DPS benefit structure. If you have two DB Plan accounts, changes under the Member Information section will be made to both DB Plan accounts (if applicable).

» If you have changed your name, changed employers, or want to change your address or beneficiary(ies), complete the form and send it to PERA. PERA requires a new copy of your signed Social Security card only if you have changed your name since sending in your initial copy.

» If you need to list additional named beneficiaries, complete the "Additional Named Beneficiaries" section on page 4. Be sure to also sign page 4 or your beneficiaries will not be added/changed. If you need to add more beneficiaries than space allows on page 4, please attach a separate sheet with the type of beneficiary (primary or contingent), name(s), relationships, Social Security numbers, birthdates, addresses, and your signature. This page must be signed or your beneficiaries will not be added/changed.

If you complete any beneficiary information on the form and submit the form to PERA, you are canceling and replacing all of your previously named beneficiaries. If you want to continue any previous designations, you must fully name all named beneficiaries on the form or on a separate list submitted with the form.

» If you would like to change your address only, go to PERA's website at www.copera.org and log into your account using your User ID and password. You may change your address by clicking on "Is Your Information Current?" You may also call PERA's Customer Service Center at 1-800-759-7372.

» If you need to change information on your PERA-sponsored life insurance, PERAPlus 401(k) or 457 Plan, or PERA DC Plan, see the information at right.

### Named Beneficiary Information

If you have a DB Plan account in both the PERA and DPS benefit structures, use the check boxes on the form to indicate if your requested beneficiary changes apply to one or both of your DB Plan accounts. If you do not check a box, the beneficiary changes will be made to both DB Plan accounts (if applicable). No law will apply to automatically revoke a spouse's designation as a named beneficiary upon your divorce, annulment, or any dissolution or declaration of invalidity of your marriage.

### Beneficiary definitions:

» Primary Beneficiary—beneficiary to receive payment. If you have more than one primary beneficiary, payment will be divided equally among all primary beneficiaries.

» Contingent Beneficiary—person to receive payment if your primary beneficiary(ies) is deceased. If you list more than one contingent beneficiary, payment will be divided equally among them.

### Survivor Benefit Information

If you have more than one year of service under the PERA benefit structure or more than five years under the DPS benefit structure, state law specifies who receives monthly benefits after you die. Survivor benefits are different under the PERA and DPS benefit structure DB Plan accounts; see the *Survivor Benefits* booklet for detailed information.

### Changing PERA Life Insurance, PERAPlus 401(k) and 457 Plans, or PERA DC Plan Information

» If you are enrolled in PERA-sponsored life insurance and have changed employers, notify your new employer to deduct your life insurance premium. If you want to change your life insurance beneficiary(ies), call Unum toll-free at 1-866-277-1649 or go to PERA's website at www.copera.org and log into your account using your User ID and password and select "Life Insurance" under the "Benefit Programs" menu.

» If you have a PERAPlus 401(k)/457 Plan, or PERA DC Plan account, and need to change your name, address, or phone number, complete the *PERA Account(s) Address Change Form*. If you need to make beneficiary changes to your PERAPlus 401(k)/457 Plan, or PERA DC Plan, complete the respective *401(k), 457,* or *PERA DC Plan Beneficiary Designation Form*. You can obtain the forms online at www.copera.org or by calling 1-800-759-7372 and selecting the PERAPlus/DC Plan option. You can also make beneficiary changes by logging into your account using your User ID and password and choosing the appropriate plan under the "Benefit Programs" drop-down menu. Once you are in your account, select "Add/Edit Beneficiary" from "Beneficiary Information" under the "Personal Info" drop-down menu.

» If you have a PERAPlus 401(k) Plan account and are transferring from or are currently employed by another PERA employer and actively contributing, notify your new employer's payroll office so that contributions may continue through your new employer. If you have a PERAPlus 457 Plan and need to add or change employers, log into your PERA account and select "457 Account Access" under "Benefit Programs."

18

**Bouricius 000752**

 **COLORADO PERA**

**Member Information Form—Defined Benefit Plan(s)**
Colorado Public Employees' Retirement Association
PO Box 5800, Denver, Colorado 80217-5800
1-800-759-PERA (7372) • Fax: 303-863-3727 • www.copera.org



**Member SSN**  ☐ ☐ ☐  ☐ ☐  ☐ ☐ ☐ ☐

Read the instructions on page 2 before completing this form. Be sure to sign and date this form as well as any enclosures. If you are a retiree who is currently receiving a monthly benefit and would like to change your beneficiary, do not complete this form. Please complete the *Retiree Named Beneficiary Change Form* and return it to PERA.

**Member Information**

I am:  ☐ A New Member   ☐ Changing PERA Information (Complete any information you are changing and sign.)

Name _____
  Last                    First                    MI                    Former Name

Birthdate _____ / _____ / _____        Sex: ☐ Female   ☐ Male
  Month/Day/Year

Home Telephone (_____) _____        Work Telephone (_____) _____

Mailing Address _____
  Street, Route, or Box Number, and Apt. Number        City        State        ZIP Code

Email Address _____

Sign up for electronic delivery of PERA information?      ☐ Yes   ☐ No

Spouse's Name _____
  Last                    First                    MI

Spouse's Birthdate _____ / _____ / _____   Spouse through: ☐ Marriage   ☐ Civil Union
  Month/Day/Year

**Named Beneficiary**

*Complete this section to list the primary and contingent named beneficiary(ies) of your PERA DB Plan account(s).*

If you have additional named beneficiaries, complete the "Additional Named Beneficiaries" section on page 4.

Beneficiary for:    ☐ PERA Benefit Structure DB Plan Account       ☐ DPS Benefit Structure DB Plan Account
                    ☐ Apply to Both DB Plan Accounts

Note: If you do not check a box, the beneficiary designation will be made to both DB Plan accounts, if applicable.

**Primary Beneficiary:**

_____ / _____ / _____

| Name | Relationship | SSN | Birthdate |
|------|-------------|-----|-----------|
| Street, Route, or Box Number, and Apt. Number | City | State | ZIP Code |

**Contingent Beneficiary:**

_____ / _____ / _____

| Name | Relationship | SSN | Birthdate |
|------|-------------|-----|-----------|
| Street, Route, or Box Number, and Apt. Number | City | State | ZIP Code |

***Sign Here →*** **Member Signature** _____   **Date** _____

**To Be Completed by Employer**

*For new employees only*

Employer No. _____   Employer Name _____

Date _____   Starting Salary _____

Job Title _____   Date Employed _____

8/324-mbrinfo (REV 6-18)

19

**Bouricius 000753**



**Member Information Form—Defined Benefit Plan(s) (continued)**
Colorado Public Employees' Retirement Association
PO Box 5800, Denver, Colorado 80217-5800
1-800-759-PERA (7372) • Fax: 303-863-3727 • www.copera.org

Your Name _____     Your SSN _____

| Additional Named Beneficiaries | | | | |
|---|---|---|---|---|

**Primary Beneficiary(ies):**

*Complete this section only if you have additional primary and contingent named beneficiaries.*

*See page 2 for primary and contingent named beneficiary definitions*

| Name | Relationship | SSN | Birthdate / / |
|---|---|---|---|
| Street, Route, or Box Number, and Apt. Number | City | State | ZIP Code |
| Name | Relationship | SSN | Birthdate / / |
| Street, Route, or Box Number, and Apt. Number | City | State | ZIP Code |
| Name | Relationship | SSN | Birthdate / / |
| Street, Route, or Box Number, and Apt. Number | City | State | ZIP Code |

**Contingent Beneficiary(ies):**

| Name | Relationship | SSN | Birthdate / / |
|---|---|---|---|
| Street, Route, or Box Number, and Apt. Number | City | State | ZIP Code |
| Name | Relationship | SSN | Birthdate / / |
| Street, Route, or Box Number, and Apt. Number | City | State | ZIP Code |
| Name | Relationship | SSN | Birthdate / / |
| Street, Route, or Box Number, and Apt. Number | City | State | ZIP Code |

***Sign Here*** ➔     Member Signature_____     Date _____

*(If including additional named beneficiaries above)*

20

**Bouricius 000754**



# PERA and SECTION 125 PLANS

Under an Internal Revenue Code (IRC) Section 125 program, an employer can establish a "flexible spending account" or "cafeteria plan," which allows you to direct a portion of your salary to purchase benefits such as health and dental care, life insurance, or child care. Some employers also provide a reduction in salary for commuter and parking expenses in accordance with the Transportation Equity Act (TEA) under IRC Section 132. This fact sheet contains information on how participation in such plans will impact your Colorado PERA retirement benefit.

If you are nearing retirement, take time to evaluate whether or not you should participate in a Section 125 or a TEA plan during the years that salary will be included in the Highest Average Salary (HAS) calculation. For more information, contact PERA's Customer Service Center.

## HOW PARTICIPATION MAY AFFECT YOUR PERA ACCOUNT

Participating in a Section 125 or a TEA plan may reduce the salary on which you pay federal and state income tax. Likewise, the money for these plans is not included in the salary on which your PERA contributions are calculated. Therefore, this lowering of your salary reduces the amount of the contributions you make to your PERA member contribution account.

*Note:* Tax-deferred contributions to PERAPlus 401(k)/457 Plans, 403(b) tax-sheltered annuities/ 403(b)(7) custodial accounts, or other 457 governmental deferred compensation plans do not reduce your salary or your HAS.

⊙ If you were employed by Denver Public Schools (DPS) prior to January 1, 2010, and you participated in a Section 125 or TEA plan, your deductions were included in your salary for purposes of calculating your HAS. As of January 1, 2010, your deductions will not be included in your salary and therefore will lower the salary used to calculate benefits.

If your monthly salary is very low, participating in a Section 125 plan or TEA plan could affect the amount of service credit you earn in a month. You receive a month of service credit for each month of employment if your earned salary is greater than or equal to 80 times the federal minimum wage hourly rate in effect at the time of service. Since the minimum wage currently is $7.25, a monthly salary of $580 (80 × $7.25) on which you make contributions, is necessary to earn one month of service credit. If you are in a Section 125 or a TEA plan and, as a result, your monthly salary falls below $580, then you would not earn full service credit. This may affect how soon you would be able to retire and the amount of any retirement benefit.

*(continued on reverse)*

February 2015



COLORADO PERA®

Colorado Public Employees' Retirement Association
1301 Pennsylvania Street • Denver, Colorado 80203 • 1-800-759-PERA (7372) • www.copera.org

**Bouricius 000755**

# PERA and
# SECTION 125 PLANS

## HOW PARTICIPATION MAY AFFECT YOUR PERA BENEFIT

Most benefits you or your survivors receive will be calculated using your HAS.

### PERA Benefit Structure HAS

Under the PERA benefit structure, HAS is one-twelfth of the average of the highest salaries on which PERA contributions were paid that are associated with three periods of 12 consecutive months of service credit. The three 12-month periods do not have to be consecutive or your last three years of employment.

### DPS Benefit Structure HAS

» If you were eligible to retire under the DPS benefit structure on January 1, 2011, HAS is the average monthly salary of the 36 months of earned service having the highest salaries.

» If you were not eligible to retire under the DPS benefit structure on January 1, 2011, HAS is one-twelfth of the average of the highest annual salaries on which PERA contributions were paid that are associated with three periods of 12 consecutive months of service credit. The three 12-month periods do not have to be consecutive or your last three years of employment.

### Participation in a Section 125 or TEA Plan

» If you participate in a Section 125 or TEA plan and have an unexpected event, such as your death or disability, the benefit paid will be reduced. You may want to weigh the impact this reduction would have on you or your survivors against the value of the reduction in taxes and contributions that results from participation.

---

» Your retirement benefit amount will be lower if the salaries used to calculate your HAS are from months when you were participating in a Section 125 or TEA plan.

In the example below, the member plans to retire at age 60 with 25 years of service credit and contributed $150 per month to a Section 125 plan during the months used to calculate the HAS.

### PERA Option 1/DPS Option A Benefit

|  | No Participation in a Section 125 Plan | Participation in a Section 125 Plan |
|---|---|---|
| HAS | $2,200 | $2,050 |
| Option 1/A | $1,375 | $1,281 |
| HAS Difference | N/A | $150 |
| Option 1/A Difference | N/A | $94 |

» If you stop participation, your salary could increase more than the HAS annual salary increase limitation of 8 or 15 percent, whichever is applicable to you. If you were eligible to retire under the DPS benefit structure on January 1, 2011, there is no annual salary increase limit applied to your HAS.

» If your HAS was lowered due to participation, any benefit increases granted after retirement will be less because they are based on your initial benefit amount when you retire.

### If You Participate in a High Deductible Health Plan (HDHP)

If you participate in an HDHP with an associated Health Savings Account (HSA), your employer may offer the option to contribute to the HSA through a Section 125 plan. Your HAS/benefit would not be lowered because the amounts deducted from pay for an HSA are always included in the salary on which your PERA contributions are calculated.

---

> **For More Information**
> » Visit PERA's website at www.copera.org.
> » Call PERA at 1-800-759-PERA (7372).
> » Email PERA through the PERA website.

---

This fact sheet provides brief information for PERA members about the effect of Section 125 flexible spending plans on benefits. Your rights, benefits, and obligations as a PERA member are governed by Title 24, Article 51 of the Colorado Revised Statutes, and the Rules of the Colorado Public Employees' Retirement Association, which take precedence over any interpretations in this fact sheet.

5/46 (REV 2-15)

Bouricius 000756

## PERA 8

PERA Benefit Structure

### Highest Average Salary Percentage for Retirement Benefit Option 1

Use this table if you began PERA membership on or after January 1, 2017, and your most recent 10 years of service are not in the School or DPS Division.

| Years of Service | Age at Retirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65+ |
| 5 | | | | | | | | | | | 7.8 | 8.6 | 9.4 | 10.3 | 11.4 | 12.5 |
| 6 | | | | | | | | | | | 9.? | 10.3 | 11.3 | 12.4 | 13.6 | 15.0 |
| 7 | | | | | | | | | | | 11.0 | 12.0 | 13.2 | 14.5 | 15.9 | 17.5 |
| 8 | | | | | | | | | | | 12.5 | 13.7 | 15.1 | 16.5 | 18.2 | 20.0 |
| 9 | | | | | | | | | | | 14.1 | 15.5 | 16.9 | 18.6 | 20.4 | 22.5 |
| 10 | | | | | | | | | | | 15.7 | 17.2 | 18.6 | 20.7 | 22.7 | 25.0 |
| 11 | | | | | No retirement benefits payable. | | | | | | 17.2 | 18.9 | 20.7 | 22.7 | 25.0 | 27.5 |
| 12 | | | | | | | | | | | 18.8 | 20.6 | 22.6 | 24.8 | 27.3 | 30.0 |
| 13 | | | | | | | | | | | 20.4 | 22.3 | 24.5 | 26.9 | 29.5 | 32.5 |
| 14 | | | | | | | | | | | 22.0 | 24.0 | 26.3 | 28.9 | 31.8 | 35.0 |
| 15 | | | | | | | | | | | 23.5 | 25.8 | 28.2 | 31.0 | 34.1 | 37.5 |
| 16 | | | | | | | | | | | 25.1 | 27.5 | 30.1 | 33.1 | 36.3 | 40.0 |
| 17 | | | | | | | | | | | 26.7 | 29.2 | 32.0 | 35.1 | 38.6 | 42.5 |
| 18 | | | | | | | | | | | 28.2 | 30.9 | 33.9 | 37.2 | 40.9 | 45.0 |
| 19 | | | | | | | | | | | 29.8 | 32.6 | 35.8 | 39.? | 43.1 | 47.5 |
| 20 | | | | | | 27.9 | 28.5 | 29.3 | 29.9 | 30.7 | 31.4 | 34.3 | 37.6 | 41.? | 45.4 | 50.0 |
| 21 | | | | | | 30.8 | 31.4 | 32.2 | 33.0 | 33.8 | 34.6 | 36.1 | 39.? | 43.? | 47.7 | 52.? |
| 22 | | | | | | 33.6 | 34.5 | 35.4 | 36.2 | 37.1 | 38.0 | 39.? | 41.4 | 43.? | 50.0 | 55.0 |
| 23 | | | | | | 36.8 | 37.8 | 38.7 | 39.? | 40.6 | 41.7 | 43.? | 45.5 | 47.? | 52.2 | 57.5 |
| 24 | | | | | | 40.2 | 41.2 | 42.3 | 43.4 | 44.5 | 45.? | 47.6 | 49.7 | 52.1 | 54.5 | 60.0 |
| 25 | 30.5 | 32.8 | 35.3 | 37.9 | 40.7 | 43.7 | 45.0 | 46.1 | 47.3 | 48.5 | 49.5 | 51.9 | 5?.? | 56.9 | 59.6 | 62.5 |
| 26 | 34.4 | 34.1 | 36.7 | 39.4 | 42.3 | 45.? | 46.9 | 50.2 | 51.5 | 52.9 | 54.2 | 56.7 | 59.2 | 62.1 | 65.0 | 65.0 |
| 27 | 38.6 | 38.4 | 38.1 | 40.9 | 44.0 | 47.2 | 50.7 | 54.5 | 56.0 | 57.4 | 58.9 | 61.6 | 64.5 | 67.5 | 67.5 | 67.5 |
| 28 | 43.2 | 43.0 | 42.7 | 42.4 | 45.6 | 49.0 | 52.6 | 56.5 | 60.7 | 62.4 | 63.9 | 66.9 | 70.0 | 70.0 | 70.0 | 70.0 |
| 29 | 48.2 | 48.0 | 47.8 | 47.5 | 47.2 | 50.7 | 54.? | 58.5 | 62.9 | 67.5 | 69.4 | 72.5 | 72.5 | 72.5 | 72.5 | 72.5 |
| 30 | 53.6 | 5?.? | 53.2 | 53.0 | 52.7 | 52.5 | 56.4 | 60.6 | 65.1 | 69.9 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 | 75.0 |
| 31 | 5?.? | 59.3 | 5?.? | 58.9 | 58.7 | 58.5 | 58.3 | 62.6 | 67.2 | 72.2 | 7?.? | 77.5 | 77.5 | 77.5 | 77.5 | 77.5 |
| 32 | 65.8 | 65.6 | 65.5 | 65.3 | 65.2 | 65.0 | 64.8 | 64.6 | 69.4 | 7?.? | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| 33 | 72.5 | 72.4 | 72.3 | 72.2 | 72.1 | 72.0 | 71.8 | 71.7 | 71.8 | 76.8 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 | 82.5 |
| 34 | 79.8 | 79.7 | 7?.? | 79.6 | 7?.? | 79.5 | 7?.? | 79.3 | 7?.? | 79.2 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| 35 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |

The shaded areas indicate reduced retirement percentages. These percentages ensure that, as of your effective date of retirement, your reduced retirement benefit is the actuarial equivalent of your full service retirement benefit. These percentages are subject to change based on actuarial experience.

For 35+ years, add 2.5 percent to 87.5 for each year over 35 up to 100 percent. Final calculations are made to the exact amount of service you earn, not necessarily even years.

Effective January 1, 2017

Bouricius 000757

| Plan Features | Consumer Driven Health Plan with HSA | | Low Option Copay Plan | | High Option Copay Plan | |
|---|---|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| County HSA Contribution Individual/Family | $500/$1,000 | | N/A | | N/A | |
| Annual Deductible Individual/Family | $1,750/$3,500² | $3,500/$7,000² | $1,250/$2,500² | $2,000/$4,000 | $750/$1,500⁴ | $1,000/$2,000 |
| Out-of-Pocket Maximum Individual/Family | $5,000/ $10,000¹,³ | $10,000/ $20,000¹ | $6,250/ $12,500¹,³ | $12,000/ $24,000¹ | $3,750/ $7,500¹,³ | $7,000/ $14,000¹ |
| Coinsurance | Plan pays 80% after deductible | Plan pays 60% after deductible | Plan pays 80% after deductible | Plan pays 60% after deductible | Plan pays 90% after deductible | Plan pays 70% after deductible |
| Preventive Care | Plan pays 100% | Plan pays 60% after deductible | Plan pays 100% | Plan pays 60% after deductible | Plan pays 100% | Plan pays 70% after deductible |
| Primary Care Physician | Plan pays 80% after deductible | Plan pays 60% after deductible | $45 copay | Plan pays 60% after deductible | $35 copay | Plan pays 70% after deductible |
| Specialist | Plan pays 80% after deductible | Plan pays 60% after deductible | $45 copay | Plan pays 60% after deductible | $35 copay | Plan pays 70% after deductible |
| Emergency Room | Plan pays 80% after deductible | Plan pays 80% after deductible | $400 copay | $400 copay | $300 copay | $300 copay |
| Urgent Care | Plan pays 80% after deductible | Plan pays 80% after deductible | $75 copay | $75 copay | $50 copay | $50 copay |
| Telemedicine with MDLIVE | $40 until deductible is met, then 80% covered | N/A | $40 copay | N/A | $35 copay | N/A |
| **CVS/Caremark Pharmacy Benefits** | | | | | | |
| Retail | | | | | | |
| Generic Preferred Non-preferred | Plan pays 80% after deductible | N/A | $10 copay $40 copay $75 copay | N/A | $10 copay $40 copay $75 copay | N/A |
| Mail Delivery (90-day supply) | | | | | | |
| Generic Preferred Non-preferred | Plan pays 80% after deductible | N/A | $20 copay $80 copay $150 copay | N/A | $20 copay $80 copay $150 copay | N/A |

1. Includes deductible, coinsurance, and copays.
2. Individuals within a CDHP Family are required to meet the full Family Deductible before coinsurance begins. The Family Deductible must be met by two or more family members incurring claims, and cannot be reached by only one individual within the family.
3. Individuals within a family tier on all three plans have limited exposure on OOP. Once an individual has met their individual OOP, covered expenses for that family member will be paid at 100%.
4. After each family member meets their individual deductible, covered expenses for that family member will be paid at the coinsurance level.

## Vision Insurance- VSP



Vision

### Vision Insurance

**VSP Vision Insurance**

Boulder County provides vision insurance through VSP. Enrollment begins when you are first eligible for benefits. Benefits will become effective on the first of the month following your date of hire or on January 1 after open enrollment in the fall. Starting in 2019, vision premiums are no longer bundled with medical premiums as they are now a stand-alone benefit.

There are also several enhancements to the vision plan for 2019:

- KidsCare- Provides two covered exams and one pair of covered glasses per year for children up to age 18.
- SunCare- Allows use of frame and lens benefit towards non-prescription sunglasses in lieu of glasses.
- Contact Lens Fitting Copay will decrease from $60 to $25.
- Frames/Contacts Allowance will increase from $130 to $150.

| Plan Features | In-Network | Out-of-Network |
|---|---|---|
| Eye Exam - every calendar year | $25 copay | Up to $45 |
| Materials (frames or lens fitting fee) | $25 copay | See below |
| Lenses - every calendar year Single Vision Lined Bifocal Lined Trifocal Progressive | Covered in full after copay | Up to $30 Up to $50 Up to $65 Up to $50 |
| Frames - every other calendar year | $150 allowance | Up to $70 |
| Contact Lenses (instead of eyeglasses) - every calendar year | $150 allowance | Up to $105 |

# Dental Insurance

**Bouricius 000758**

# Delta Dental

Boulder County offers dental coverage through Delta Dental. Enrollment begins when you are first eligible for benefits. Benefits will become effective on the first of the month following your date of hire or on January 1 after open enrollment in the fall. Delta Dental does not issue physical insurance cards. You can print one off by visiting deltadentalco.com or you can have your dentist look it up on the Delta Dental website.

There is an exciting enhancement to the dental plan for 2019:

- Dental Right Start 4 Kids Program- Provides dental coverage for children up to age 13 covered at 100% for diagnostic, preventive, basic, and major services (excluding orthodontia), with no deductible when an in-network provider is used.

| DENTAL PLAN | |
|---|---|
| **Plan Features** | **In-Network** |
| Annual Deductible | Individual: $50 <br> Family: $150 |
| Annual Maximum (Excluding Orthodontia) | $2,000 per person |
| Preventive Services Exams, Cleanings, X-rays | 100% |
| Basic Services Fillings, Extractions | Plan pays 80% after deductible |
| Major Services Crowns, Bridges, Dentures | Plan pays 50% after deductible |
| Orthodontia Lifetime Maximum $1,500 | Plan pays 50% after deductible |

*IMPORTANT: Non-participating providers are allowed to balance bill. Employees and/or dependents are responsible for the difference between the non-participating maximum plan allowance and the full fee charged by the provider.*

# Life and Disability Insurance

## Basic Life AD&D and Supplemental Life Insurances through The Hartford

Boulder County offers Basic Term Life and Accidental Death and Dismemberment (AD&D) coverage. The county pays 75% of the premium and the employee pays 25%.

**Basic Term Life:** The benefit is equal to 1.5 times your annual salary to a maximum of $300,000. Coverage rates are rounded up to the nearest $1,000. Employee premiums are $.02/$1,000 of coverage.

Example: Salary $53,000 x 1.5= $79,500 which is rounded up to $80,000. Then 80 x .02= $1.60/month.

**Accidental Death and Dismemberment:** If you are seriously injured or lose your life in an accident, you or your beneficiary will be eligible for a benefit equal to your Basic Term Life coverage.

Guaranteed Issue is provided if you enroll when you first become eligible.

**Supplemental Life Insurance:** You also have the option to purchase Supplemental Term Life Insurance for yourself and your dependents as noted in the chart below. Premiums will be provided at the time of enrollment and are based on your age, tobacco use, and the amount of coverage you elect.

**Bouricius 000760**

| | Employee | Spouse/Partner | Child(ren) |
|---|---|---|---|
| Minimum | $10,000 | $10,000 | $2,000 |
| Maximum | $300,000 | $300,000 | $10,000 |
| Guaranteed Issue | $300,000 | $50,000 | $10,000 |

Guaranteed Issue is provided if you enroll when you first become eligible. Employees may purchase up to $300,000 of Supplemental Life Insurance in $10,000 increments with no health questions asked. Spouses/partners may elect coverage up to $50,000 with no health questions asked. You do not have to elect employee coverage in order to elect spouse coverage, but you must elect employee coverage if electing child(ren) coverage.

For coverage amounts above the guaranteed issue limits, you will be sent a health application that needs to be approved by The Hartford before coverage starts. **If you initially turned down either Basic or Supplemental Life Insurance and would now like to add it, please contact the Benefits team at !AskBenefits.**

## Disability Insurances through The Hartford

Boulder County offers both Short Term Disability (STD) and Long Term Disability (LTD) insurance. The premiums are 100% paid by the county.

**Short Term Disability:**

**Eligible Classes for Coverage**- All Active Employees who are benefit eligible and who are citizens or legal residents of the United States, its territories and protectorates; excluding commissioners, elected officials, temporary, leased or seasonal employees.

Class 1: Working 30-40 hours weekly

**Bouricius 000761**

Class 2: Working 20-29 hours weekly

**Eligibility Waiting Periods**- First of the month following Date of Hire. The time period(s) referenced below are continuous. The Eligibility Waiting Period for Coverage will be reduced by the period of time you were a Full-time or Part-time Active Employee with the Employer under the Prior Plan.

**Weekly Benefit:**

1. 60% of employee's pre-disability earnings; or

2. $2,500; reduced by Other Income Benefits

**Maximum Duration of Benefits Payable:**

Class 1: Working 30-40 hours weekly

1. 25 weeks if caused by Injury; or

2. 25 weeks if caused by Sickness

Class 2: Working 20-29 hours weekly

1. 7 weeks if caused by Injury; or

2. 7 weeks if caused by Sickness

**Long Term Disability:**

**Eligible Classes for Coverage**- All Active Employees who are benefit eligible (including commissioners and elected officials who are salaried employees) and who are citizens or legal residents of the United States, its territories and protectorates; excluding temporary, leased or seasonal employees.

Class 1: Working at least 40 hours weekly

Class 2: Working at least 30 hours weekly

**Eligibility Waiting Periods**- First of the month following Date of Hire.

**Bouricius 000762**

**Monthly Benefit:** 50% of monthly income.

Minimum:

1. $100 or;

2. 10% of the benefit based on Monthly Income Loss before the deduction of Other Income Benefits

Maximum: $10,000

**Initial Benefit Period:** The first 30 months of Disability.

**Maximum Duration of Benefits Payable:**

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 63 | To Normal Retirement Age or 42 Months, if greater |
| Age 63 | To Normal Retirement Age or 36 Months, if greater |
| Age 64 | 30 Months |
| Age 65 | 24 Months |
| Age 66 | 21 Months |
| Age 67 | 18 Months |
| Age 68 | 15 Months |
| Age 69 and over | 12 Months |

**Bouricius 000763**

# Pharmacy Benefits

## CVS/Caremark Pharmacy

Boulder County's pharmacy benefits are administered through CVS/Caremark. The county also participates in Aon Hewitt's Rx Coalition for increased savings for both the county and our employees. Enrollment begins when you are first eligible for benefits. Benefits will become effective on the first of the month following your date of hire or on January 1 after open enrollment in the fall.

The Consumer Driven Health Plan (CDHP) covers many preventive medications at 100%. Please see links below for specifics. All other medications under the CDHP will be covered at 80% after the plan deductible has been met. Both the Low and High Plans cover some preventive medications at 100%, and all other medications are covered by copays. Members on the Low and High Plans electing to receive their medications through the convenient CVS Mail Order Pharmacy will receive 90-day supplies for a highly discounted price (see chart below). *If you need information in Spanish, please contact the customer care team at 877-906-3802 to speak with a Spanish speaking representative.*

| Plan Features | Consumer Driven Health Plan with HSA | | Low Option Copay Plan | | High Option Copay Plan | |
|---|---|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Retail | | | | | | |
| Generic<br>Preferred<br>Non-preferred | Plan pays 80% after deductible | N/A | $10 copay<br>$40 copay<br>$75 copay | N/A | $10 copay<br>$40 copay<br>$75 copay | N/A |
| Mail Delivery (90-day supply) | | | | | | |
| Generic<br>Preferred<br>Non-preferred | Plan pays 80% after deductible | N/A | $20 copay<br>$80 copay<br>$150 copay | N/A | $20 copay<br>$80 copay<br>$150 copay | N/A |

# Employee Assistance Program

## Counseling Sessions Provided by SupportLinc

Just when you think you have life figured out, along comes a challenge. But whether those challenges are big or small, your Employee Assistance Program is available to help you and your family find a solution and restore your peace of mind.

For 2019, Boulder County has switched EAP providers from Cigna to SupportLinc. This change includes a greatly expanded provider network and concierge scheduling services. **EAP services are now available for all employees regardless of their hours or benefit eligibility status!**

SupportLinc EAP is just a phone call away whenever you need them. An advocate is ready to help assess your needs and develop a solution to help resolve your concerns. They can also direct you to an array of resources in your community and online tools, including an article library.

You have up to 8 face-to-face sessions for you and your household members per issue. You can call SupportLinc EAP to be paired with a counselor that meets your specific needs.

It's as easy as 1-2-3 to get support from your EAP program:

1. Call **888-881-5462**- Counselors are available around-the-clock, 365 days a year.
2. Visit www.supportlinc.com for video counseling, as well as access to thousands of searchable articles, search engines, legal forms, and financial calculators.
3. Download the SupportLinc eConnect mobile app for access to the EAP while you're on the go.

**Bouricius 000765**

## 2019 Monthly Premiums
### Before $10 or $30 Monthly Wellness Medical Premium Reduction

| Plan and Coverage Level | Full Time 30-40 hours per week | | Part-Time 20-29 hours per week | |
|---|---|---|---|---|
| | County Share | Employee Share | County Share | Employee Share |
| **High Option** | | | | |
| **Employee** | $835.39 | $181.91 | $297.02 | $720.28 |
| **EE+ Spouse/Partner** | $1,435.46 | $630.60 | $884.05 | $1,182.01 |
| **EE+ Child(ren)** | $1,302.20 | $556.55 | $814.28 | $1,044.47 |
| **EE + Family** | $1,895.58 | $1,010.79 | $1,380.60 | $1,525.77 |
| **Low Option** | | | | |
| **Employee** | $499.72 | $55.27 | $346.21 | $208.78 |
| **EE+ Spouse/Partner** | $847.96 | $259.92 | $643.11 | $464.77 |
| **EE+ Child(ren)** | $772.60 | $222.91 | $597.60 | $397.91 |
| **EE + Family** | $1,118.61 | $428.66 | $889.24 | $658.03 |
| **Consumer Driven Health Plan Option** | | | | |
| **Employee** | $481.83 | $36.75 | $380.72 | $137.86 |
| **EE+ Spouse/Partner** | $859.20 | $175.99 | $720.37 | $314.82 |
| **EE+ Child(ren)** | $779.07 | $151.04 | $659.98 | $270.13 |
| **EE + Family** | $1,154.18 | $291.39 | $997.46 | $448.11 |
| **Dental** | | | | |
| **Employee** | $41.12 | $3.74 | $22.91 | $21.95 |
| **EE+ Spouse/Partner** | $65.29 | $24.42 | $34.35 | $55.36 |
| **EE+ Child(ren)** | $40.18 | $40.56 | $0.31 | $80.43 |
| **EE + Family** | $64.37 | $61.23 | $1.96 | $123.64 |
| **Vision** | | | | |
| **Employee** | $3.73 | $0.93 | $1.36 | $3.30 |
| **EE+ Spouse/Partner** | $7.43 | $1.86 | $3.98 | $5.31 |
| **EE+ Child(ren)** | $7.97 | $1.99 | $4.36 | $5.60 |
| **EE + Family** | $12.71 | $3.18 | $7.55 | $8.34 |

Voluntary insurance rates are on the next page.

**Bouricius 000766**

# PREMIUM WORKSHEET



**THE HARTFORD**

Rates and/or benefits can change.  Rates are based on the employee's age and increase as you enter each new age category.
You are considered a tobacco user if you have smoked cigarettes, cigars or a pipe, or used chewing tobacco, nicotine chewing gum or snuff during the 12 months before submitting an application for insurance.

## VOLUNTARY CRITICAL ILLNESS INSURANCE - Monthly Premium Amount (Cost per Pay Period – 12/Year)

### NON-TOBACCO USER

| Benefit Amount | Coverage Tier | Under 25 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50-54 | 55-59 | 60-64 | 65-69 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $10,000 | Employee Only | $3.43 | $4.49 | $6.18 | $9.01 | $13.81 | $20.14 | $28.28 | $39.67 | $55.61 | $73.97 |
| | Employee & Spouse/Partner | $5.73 | $7.32 | $9.88 | $14.18 | $21.56 | $31.34 | $43.93 | $61.55 | $86.02 | $114.03 |
| | Employee & Child(ren) | $6.41 | $7.51 | $9.23 | $12.07 | $16.86 | $23.16 | $31.27 | $42.62 | $58.50 | $76.79 |
| | Employee & Family | $9.44 | $11.08 | $13.68 | $17.99 | $25.34 | $35.08 | $47.64 | $65.21 | $89.60 | $117.53 |
| $20,000 | Employee Only | $5.58 | $7.62 | $10.95 | $16.54 | $26.03 | $38.60 | $54.82 | $77.54 | $109.35 | $146.02 |
| | Employee & Spouse/Partner | $8.94 | $12.00 | $17.01 | $25.44 | $39.97 | $59.34 | $84.41 | $119.54 | $168.34 | $224.26 |
| | Employee & Child(ren) | $8.99 | $11.22 | $14.64 | $20.25 | $29.64 | $42.08 | $58.17 | $80.72 | $112.29 | $148.75 |
| | Employee & Family | $13.23 | $16.52 | $21.64 | $30.10 | $44.48 | $63.67 | $88.57 | $123.48 | $171.98 | $227.63 |
| $30,000 | Employee Only | $7.73 | $10.76 | $15.72 | $24.06 | $38.25 | $57.06 | $81.36 | $115.41 | $163.09 | $218.07 |
| | Employee & Spouse/Partner | $12.16 | $16.68 | $24.14 | $36.71 | $58.38 | $87.34 | $124.90 | $177.53 | $250.65 | $334.48 |
| | Employee & Child(ren) | $11.57 | $14.93 | $20.05 | $28.43 | $42.43 | $61.00 | $85.07 | $118.81 | $166.08 | $220.71 |
| | Employee & Family | $17.02 | $21.96 | $29.61 | $42.22 | $63.62 | $92.26 | $129.51 | $181.75 | $254.36 | $337.74 |

## VOLUNTARY CRITICAL ILLNESS INSURANCE - Monthly Premium Amount (Cost per Pay Period – 12/Year)

### TOBACCO USER

| Benefit Amount | Coverage Tier | Under 25 | 25-29 | 30-34 | 35-39 | 40-44 | 45-49 | 50-54 | 55-59 | 60-64 | 65-69 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $10,000 | Employee Only | $3.84 | $5.41 | $8.13 | $13.03 | $22.10 | $35.07 | $52.64 | $77.47 | $112.62 | $151.83 |
| | Employee & Spouse/Partner | $6.36 | $8.75 | $12.92 | $20.47 | $34.53 | $54.65 | $81.80 | $120.19 | $174.34 | $234.69 |
| | Employee & Child(ren) | $6.89 | $8.53 | $11.29 | $16.21 | $25.24 | $38.16 | $55.67 | $80.45 | $115.52 | $154.63 |
| | Employee & Family | $10.17 | $12.16 | $16.86 | $24.41 | $38.42 | $58.48 | $85.57 | $123.88 | $177.92 | $238.16 |
| $20,000 | Employee Only | $6.40 | $9.46 | $14.84 | $24.56 | $42.55 | $68.34 | $103.32 | $152.81 | $222.91 | $301.18 |
| | Employee & Spouse/Partner | $10.21 | $14.86 | $23.07 | $37.97 | $65.79 | $105.73 | $159.74 | $236.18 | $344.07 | $464.47 |
| | Employee & Child(ren) | $10.08 | $13.42 | $18.91 | $28.63 | $46.44 | $72.02 | $106.81 | $156.06 | $225.86 | $303.83 |
| | Employee & Family | $14.86 | $19.84 | $28.18 | $43.07 | $70.65 | $110.30 | $164.07 | $240.22 | $347.73 | $467.76 |
| $30,000 | Employee Only | $8.95 | $13.51 | $21.54 | $36.08 | $62.99 | $101.60 | $154.01 | $228.15 | $333.20 | $450.52 |
| | Employee & Spouse/Partner | $14.05 | $20.96 | $33.21 | $55.47 | $97.05 | $156.80 | $237.68 | $352.18 | $513.81 | $694.25 |
| | Employee & Child(ren) | $13.27 | $18.30 | $26.53 | $41.06 | $67.65 | $105.88 | $157.94 | $231.68 | $336.21 | $453.04 |
| | Employee & Family | $19.56 | $27.05 | $39.51 | $61.73 | $102.87 | $162.13 | $242.57 | $356.55 | $517.53 | $697.36 |

5962f NS 08/16 © 2016.The Hartford Financial Services Group, Inc. All rights reserved.  Critical Illness Form Series includes GBD-1700, GBD-1701, or state equivalent.

## VOLUNTARY ACCIDENT INSURANCE
### Monthly Premium Amount (Cost per Pay Period – 12/Year)

| COVERAGE TIER | Premium Amount |
|---|---|
| Employee Only | $8.72 ($0.29 per day) |
| Employee & Spouse/Partner | $13.68 ($0.45 per day) |
| Employee & Child(ren) | $14.02 ($0.46 per day) |
| Employee & Family | $22.79 ($0.75 per day) |

5962g NS 08/16 © 2016.The Hartford Financial Services Group, Inc. All rights reserved. Accident Form Series includes GBD-2000, GBD-2300, or state equivalent.

## VOLUNTARY HOSPITAL INDEMNITY INSURANCE
### Monthly Premium Amount (Cost per Pay Period – 12/Year)

| COVERAGE TIER | Premium Amount |
|---|---|
| Employee Only | $21.44 ($0.70 per day) |
| Employee & Spouse/Partner | $44.40 ($1.46 per day) |
| Employee & Child(ren) | $40.74 ($1.34 per day) |
| Employee & Family | $66.60 ($2.19 per day) |

5962h NS 08/16 © 2016.The Hartford Financial Services Group, Inc. All rights reserved. Hospital Income Plan Form Series includes GBD-2800, GBD-2900, or state equivalent.

CREATION DATE: 10/11/2018

BOULDER COUNTY/395250

**Bouricius 000767**

**Summary of Benefits and Coverage:** What this Plan Covers & What You Pay For Covered Services    **Coverage Period: 01/01/2019 - 12/31/2019**

**County of Boulder, State of Colorado: Choice Fund Open Access Plus HSA**    **Coverage for:** Individual/Individual + Family | **Plan Type:** OAP

⚠️ The Summary of Benefits and Coverage (SBC) document will help you choose a health **plan**. The SBC shows you how you and the **plan** would share the cost for covered health care services. NOTE: Information about the cost of this **plan** (called the **premium**) will be provided separately. This is only a summary. For more information about your coverage, or to get a copy of the complete terms of coverage, go online at www.cigna.com/sp. For general definitions of common terms, such as allowed amount, balance billing, coinsurance, copayment, deductible, provider, or other underlined terms see the Glossary. You can view the Glossary at https://www.healthcare.gov/sbc-glossary or call 1-800-Cigna24 to request a copy.

| Important Questions | Answers | Why This Matters: |
|---|---|---|
| **What is the overall deductible?** | For in-network providers: **$1,750**/individual or **$3,500**/family<br>For out-of-network providers: **$3,500**/individual or **$7,000**/family<br>Combined medical/behavioral and pharmacy deductible<br>Deductible per individual applies when the employee is the only individual covered under the plan.<br>Amount your employer contributes to your account: Up to **$500**/individual or **$1,000**/family. | Generally, you must pay all of the costs from providers up to the deductible amount before this plan begins to pay. If you have other family members on the policy, the overall family deductible must be met before the plan begins to pay. |
| **Are there services covered before you meet your deductible?** | Yes. In-network preventive care & immunizations. | This plan covers some items and services even if you haven't yet met the deductible amount. But a copayment or coinsurance may apply. For example, this plan covers certain preventive services without cost-sharing and before you meet your deductible. See a list of covered preventive services at https://www.healthcare.gov/coverage/preventive-care-benefits/. |
| **Are there other deductibles for specific services?** | No. | You don't have to meet deductibles for specific services. |
| **What is the out-of-pocket limit for this plan?** | For in-network providers **$5,000**/individual or **$10,000**/family (no more than **$5,000** per individual in the family);<br>For out-of-network providers **$10,000**/individual or **$20,000**/family (no more than **$10,000** per individual in the family)<br>Combined medical/behavioral and pharmacy out-of-pocket limit. | The out-of-pocket limit is the most you could pay in a year for covered services.If you have other family members in this plan, they have to meet their own out-of-pocket limits until the overall family out-of-pocket limit has been met. |
| **What is not included in the out-of-pocket limit?** | Penalties for failure to obtain pre-authorization for services, premiums, balance-billing charges, and health care this plan doesn't cover. | Even though you pay these expenses, they don't count toward the out-of-pocket limit. |

1 of 8

**Bouricius 000768**

| Important Questions | Answers | Why This Matters: |
|---|---|---|
| **Will you pay less if you use a network provider?** | Yes. See **www.myCigna.com or call 1-800-Cigna24** for a list of network providers. | This plan uses a provider network. You will pay less if you use a provider in the plan's network. You will pay the most if you use an out-of-network provider, and you might receive a bill from a provider for the difference between the provider's charge and what your plan pays (balance billing). Be aware your network provider might use an out-of-network provider for some services (such as lab work). Check with your provider before you get services. |
| **Do you need a referral to see a specialist?** | No. | You can see the specialist you choose without a referral. |

 All copayment and coinsurance costs shown in this chart are after your deductible has been met, if a deductible applies.

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | **In-Network Provider (You will pay the least)** | **Out-of-Network Provider (You will pay the most)** | |
| **If you visit a health care provider's office or clinic** | Primary care visit to treat an injury or illness | 20% coinsurance/visit | 40% coinsurance | None |
| | Specialist visit | 20% coinsurance/visit | 40% coinsurance | None |
| | Preventive care / screening / immunization | No charge/visit** No charge/screening** No charge/immunizations** **Deductible does not apply | 40% coinsurance/visit 40% coinsurance/screening 40% coinsurance/ immunizations | None None None You may have to pay for services that aren't preventive. Ask your provider if the services you need are preventive. Then check what your plan will pay for. |
| **If you have a test** | Diagnostic test (x-ray, blood work) | 20% coinsurance/x-ray 20% coinsurance/blood work 20% coinsurance/independent lab | 40% coinsurance | None |
| | Imaging (CT/PET scans, MRIs) | 20% coinsurance | 40% coinsurance | 50% penalty for no precertification. |

Bouricius 000769

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | In-Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| **If you need drugs to treat your illness or condition**<br><br>More information about [prescription drug coverage](#) is available at www.caremark.com.<br>CVS Caremark Customer Care: 1-877-906-3802; TDD 1-800-863-5488<br>Specialty Pharmacy Customer Care 1-800-237-2767 | Generic drugs (Tier 1) | 20% [coinsurance](#)/prescription (retail)<br>20% [coinsurance](#)/prescription (home delivery) | Not covered | Coverage is limited up to a 30-day supply (retail) and up to a 90-day supply (home delivery) |
| | Preferred brand drugs (Tier 2) | 20% [coinsurance](#)/prescription (retail)<br>20% [coinsurance](#)/prescription (home delivery) | Not covered | Coverage is limited up to a 30-day supply (retail) and up to a 90-day supply (home delivery) |
| | Non-preferred brand drugs (Tier 3) | 20% [coinsurance](#)/prescription (retail)<br>20% [coinsurance](#)/prescription (home delivery) | Not covered | Coverage is limited up to a 30-day supply (retail) and up to a 90-day supply (home delivery) |
| | Preventive drugs | Generic: $0 [copay](#)/prescription (retail)/<br>$0 [copay](#)/prescription (home delivery)<br>Preferred brand: $0 [copay](#)/prescription (retail)/<br>$0 [copay](#)/prescription (home delivery)<br>Non-preferred brand: $0 [copay](#)/prescription (retail)/<br>$0 [copay](#)/prescription (home delivery) | Not covered | Coverage is limited up to a 30-day supply (retail) and up to a 90-day supply (home delivery) |
| **If you have outpatient surgery** | Facility fee (e.g., ambulatory surgery center) | 20% [coinsurance](#) | 40% [coinsurance](#) | 50% penalty for no precertification. |
| | Physician/surgeon fees | 20% [coinsurance](#) | 40% [coinsurance](#) | 50% penalty for no precertification. |
| **If you need immediate medical attention** | [Emergency room care](#) | 20% [coinsurance](#) | 20% [coinsurance](#) | None |
| | [Emergency medical transportation](#) | 20% [coinsurance](#) | 20% [coinsurance](#) | None |
| | [Urgent care](#) | 20% [coinsurance](#) | 20% [coinsurance](#) | None |

**Bouricius 000770**

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | In-Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| If you have a hospital stay | Facility fee (e.g., hospital room) | 20% coinsurance | 40% coinsurance | 50% penalty for no precertification. |
| | Physician/surgeon fees | 20% coinsurance | 40% coinsurance | 50% penalty for no precertification. |
| If you need mental health, behavioral health, or substance abuse services | Outpatient services | 20% coinsurance/office visit 20% coinsurance/all other services | 40% coinsurance/office visit 40% coinsurance/all other services | 50% penalty if no precert of non-routine services (i.e., partial hospitalization, IOP, etc.). |
| | Inpatient services | 20% coinsurance | 40% coinsurance | 50% penalty for no precertification. |
| If you are pregnant | Office visits | 20% coinsurance | 40% coinsurance | Primary Care or Specialist benefit levels apply for initial visit to confirm pregnancy. Depending on the type of services, a copayment, coinsurance or deductible may apply. Maternity care may include tests and services described elsewhere in the SBC (i.e. ultrasound). |
| | Childbirth/delivery professional services | 20% coinsurance | 40% coinsurance | |
| | Childbirth/delivery facility services | 20% coinsurance | 40% coinsurance | |

4 of 8

Bouricius 000771

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | In-Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| If you need help recovering or have other special health needs | Home health care | 20% coinsurance | 40% coinsurance | 50% penalty for no precertification. Coverage is limited to 60 days annual max. 16 hour maximum per day (The limit is not applicable to mental health and substance use disorder conditions.) |
| | Rehabilitation services | 20% coinsurance/visit | 40% coinsurance/visit | 50% penalty for failure to precertify speech therapy services. Coverage is limited to annual max of:  60 days for Rehabilitation services;  36 days for Cardiac rehab

Limits are not applicable to mental health conditions for Physical, Speech and Occupational therapies. |
| | Habilitation services | Not covered | Not covered | None |
| | Skilled nursing care | 20% coinsurance | 40% coinsurance | 50% penalty for no precertification. Coverage is limited to 60 days annual max. |
| | Durable medical equipment | 20% coinsurance | 40% coinsurance | 50% penalty for no precertification. |
| | Hospice services | 20% coinsurance/inpatient; 20% coinsurance/outpatient services | 40% coinsurance/inpatient; 40% coinsurance/outpatient services | 50% penalty for failure to precertify inpatient hospice services. |
| If your child needs dental or eye care | Children's eye exam | Not covered | Not covered | None |
| | Children's glasses | Not covered | Not covered | None |
| | Children's dental check-up | Not covered | Not covered | None |

Bouricius 000772

## Excluded Services & Other Covered Services:

| Services Your **Plan** Generally Does NOT Cover (Check your policy or **plan** document for more information and a list of any other **excluded services**.) | | |
|---|---|---|
| • Cosmetic surgery<br>• Dental care (Adult)<br>• Dental care (Children)<br>• Eye care (Children)<br>• Habilitation services | • Long-term care<br>• Non-emergency care when traveling outside the U.S.<br>• Private-duty nursing | • Routine eye care (Adult)<br>• Routine foot care<br>• Weight loss programs |

| Other Covered Services (Limitations may apply to these services. This isn't a complete list. Please see your **plan** document.) | | |
|---|---|---|
| • Acupuncture ($1500 maximum per Calendar Year)<br>• Bariatric Surgery (if you qualify for coverage) | • Chiropractic care<br>• Hearing aids | • Infertility treatment (Lifetime max $10,000) |

6 of 8

Bouricius 000773

**Your Rights to Continue Coverage:**
There are agencies that can help if you want to continue your coverage after it ends. The contact information for those agencies is: Department of Health and Human Services, Center for Consumer Information and Insurance Oversight, at 1-877-267-2323 x61565 or www.cciio.cms.gov. Other coverage options may be available to you too, including buying individual insurance coverage through the Health Insurance Marketplace. For more information about the Marketplace, visit www.HealthCare.gov or call 1-800-318-2596.

**Your Grievance and Appeals Rights:**
There are agencies that can help if you have a complaint against your plan for a denial of a claim. This complaint is called a grievance or appeal. For more information about your rights, look at the explanation of benefits you will receive for that medical claim. Your plan documents also provide complete information to submit a claim, appeal, or a grievance for any reason to your plan. For questions about your rights, this notice, or assistance, you can contact Cigna Customer service at 1-800-Cigna24. You may also contact the Department of Labor's Employee Benefits Security Administration at 1-866-444-EBSA (3272) or www.dol.gov/ebsa/healthreform.

**Does this plan provide Minimum Essential Coverage? Yes**
If you don't have Minimum Essential Coverage for a month, you'll have to make a payment when you file your tax return unless you qualify for an exemption from the requirement that you have health coverage for that month.

**Does this plan meet the Minimum Value Standards? Yes**
If your plan doesn't meet the Minimum Value Standards, you may be eligible for a premium tax credit to help you pay for a plan through the Marketplace.

**Language Access Services:**
Spanish (Español): Para obtener asistencia en Español, llame al 1-800-244-6224.
Tagalog (Tagalog): Kung kailangan ninyo ang tulong sa Tagalog tumawag sa 1-800-244-6224.
Chinese (中文): 如果需要中文的帮助，请拨打这个号码 1-800-244-6224.
Navajo (Dine): Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' 1-800-244-6224.

*----------------------To see examples of how this plan might cover costs for a sample medical situation, see the next section.-----------*

Bouricius 000774

**About these Coverage Examples:**



**This is not a cost estimator.** Treatments shown are just examples of how this plan might cover medical care. Your actual costs will be different depending on the actual care you receive, the prices your providers charge, and many other factors. Focus on the cost sharing amounts (deductibles, copayments and coinsurance) and excluded services under the plan. Use this information to compare the portion of costs you might pay under different health plans. Please note these coverage examples are based on self-only coverage.

| Peg is Having a Baby | Managing Joe's type 2 Diabetes | Mia's Simple Fracture |
|---|---|---|
| (9 months of in-network pre-natal care and a hospital delivery) | (a year of routine in-network care of a well-controlled condition) | (in-network emergency room visit and follow up care) |

**Peg is Having a Baby**

- The plan's overall deductible — $1,750
- Specialist copayment — $0
- Hospital (facility) coinsurance — 20%
- Other coinsurance — 20%

This EXAMPLE event includes services like:
Specialist office visits *(prenatal care)*
Childbirth/Delivery Professional Services
Childbirth/Delivery Facility Services
Diagnostic tests *(ultrasounds and blood work)*
Specialist visit *(anesthesia)*

| Total Example Cost | $12,800 |
|---|---|

In this example, Peg would pay:

| Cost Sharing | |
|---|---|
| Deductibles | $1,750 |
| Copayments | $0 |
| Coinsurance | $2,200 |
| *What isn't covered* | |
| Limits or exclusions | $10 |
| **The total Peg would pay is** | **$3,960** |

**Managing Joe's type 2 Diabetes**

- The plan's overall deductible — $1,750
- Specialist copayment — $0
- Hospital (facility) coinsurance — 20%
- Other coinsurance — 20%

This EXAMPLE event includes services like:
Primary care physician office visits *(including disease education)*
Diagnostic tests *(blood work)*
Prescription drugs
Durable medical equipment *(glucose meter)*

| Total Example Cost | $7,400 |
|---|---|

In this example, Joe would pay:

| Cost Sharing | |
|---|---|
| Deductibles | $1,750 |
| Copayments | $0 |
| Coinsurance | $1,000 |
| *What isn't covered* | |
| Limits or exclusions | $200 |
| **The total Joe would pay is** | **$2,950** |

**Mia's Simple Fracture**

- The plan's overall deductible — $1,750
- Specialist copayment — $0
- Hospital (facility) coinsurance — 20%
- Other coinsurance — 20%

This EXAMPLE event includes services like:
Emergency room care *(including medical supplies)*
Diagnostic test *(x-ray)*
Durable medical equipment *(crutches)*
Rehabilitation services *(physical therapy)*

| Total Example Cost | $1,900 |
|---|---|

In this example, Mia would pay:

| Cost Sharing | |
|---|---|
| Deductibles | $1,750 |
| Copayments | $0 |
| Coinsurance | $40 |
| *What isn't covered* | |
| Limits or exclusions | $0 |
| **The total Mia would pay is** | **$1,790** |

The plan would be responsible for the other costs of these EXAMPLE covered services.

**Plan Name:** HSA Plan Enhanced 2018 **Ben Ver:** 10 **Plan ID:** 6905790 KitTrak: SBM33157

**Bouricius 000775**

PAGE INTENTIONALLY BLANK

Bouricius 000776

# DISCRIMINATION IS AGAINST THE LAW

## Medical coverage

Cigna complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. Cigna does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

Cigna:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

If you need these services, contact customer service at the toll-free number shown on your ID card, and ask a Customer Service Associate for assistance.

If you believe that Cigna has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by sending an email to ACAGrievance@Cigna.com or by writing to the following address:

Cigna
Nondiscrimination Complaint Coordinator
PO Box 188016
Chattanooga, TN  37422

If you need assistance filing a written grievance, please call the number on the back of your ID card or send an email to ACAGrievance@Cigna.com. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201
1.800.368.1019, 800.537.7697 (TDD)
Complaint forms are available at
http://www.hhs.gov/ocr/office/file/index.html.



All Cigna products and services are provided exclusively by or through operating subsidiaries of Cigna Corporation, including Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. The Cigna name, logos, and other Cigna marks are owned by Cigna Intellectual Property, Inc. ATTENTION: If you speak languages other than English, language assistance services, free of charge are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711). ATENCIÓN: Si usted habla un idioma que no sea inglés, tiene a su disposición servicios gratuitos de asistencia lingüística. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

896375a  05/17     © 2017 Cigna.

**Bouricius 000777**

## Proficiency of Language Assistance Services

**English** – ATTENTION: Language assistance services, free of charge, are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711).

**Spanish** – ATENCIÓN: Hay servicios de asistencia de idiomas, sin cargo, a su disposición. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

**Chinese** – 注意：我們可為您免費提供語言協助服務。對於 Cigna 的現有客戶，請致電您的 ID 卡背面的號碼。其他客戶請致電 1.800.244.6224 （聽障專線：請撥 711）。

**Vietnamese** – XIN LƯU Ý: Quý vị được cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Dành cho khách hàng hiện tại của Cigna, vui lòng gọi số ở mặt sau thẻ Hội viên. Các trường hợp khác xin gọi số 1.800.244.6224 (TTY: Quay số 711).

**Korean** – 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 현재 Cigna 가입자님께서는 ID 카드 뒷면에 있는 전화번호로 연락해주십시오. 기타 다른 경우에는 1.800.244.6224 (TTY: 다이얼 711)번으로 전화해주십시오.

**Tagalog** – PAUNAWA: Makakakuha ka ng mga serbisyo sa tulong sa wika nang libre. Para sa mga kasalukuyang customer ng Cigna, tawagan ang numero sa likuran ng iyong ID card. O kaya, tumawag sa 1.800.244.6224 (TTY: I-dial ang 711).

**Russian** – ВНИМАНИЕ: вам могут предоставить бесплатные услуги перевода. Если вы уже участвуете в плане Cigna, позвоните по номеру, указанному на обратной стороне вашей идентификационной карточки участника плана. Если вы не являетесь участником одного из наших планов, позвоните по номеру 1.800.244.6224 (TTY: 711).

**Arabic** – برجاء الانتباه خدمات الترجمة المجانية متاحة لكم. لعملاء Cigna الحاليين برجاء الاتصال بالرقم المدون علي ظهر بطاقتكم الشخصية. او اتصل ب 1.800.244.6224 (TTY: اتصل ب 711).

**French Creole** – ATANSYON: Gen sèvis èd nan lang ki disponib gratis pou ou. Pou kliyan Cigna yo, rele nimewo ki dèyè kat ID ou. Sinon, rele nimewo 1.800.244.6224 (TTY: Rele 711).

**French** – ATTENTION: Des services d'aide linguistique vous sont proposés gratuitement. Si vous êtes un client actuel de Cigna, veuillez appeler le numéro indiqué au verso de votre carte d'identité. Sinon, veuillez appeler le numéro 1.800.244.6224 (ATS : composez le numéro 711).

**Portuguese** – ATENÇÃO: Tem ao seu dispor serviços de assistência linguística, totalmente gratuitos. Para clientes Cigna atuais, ligue para o número que se encontra no verso do seu cartão de identificação. Caso contrário, ligue para 1.800.244.6224 (Dispositivos TTY: marque 711).

**Polish** – UWAGA: w celu skorzystania z dostępnej, bezpłatnej pomocy językowej, obecni klienci firmy Cigna mogą dzwonić pod numer podany na odwrocie karty identyfikacyjnej. Wszystkie inne osoby prosimy o skorzystanie z numeru 1 800 244 6224 (TTY: wybierz 711).

**Japanese** – 注意事項:日本語を話される場合、無料の言語支援サービスをご利用いただけます。現在のCignaのお客様は、IDカード裏面の電話番号まで、お電話にてご連絡ください。その他の方は、1.800.244.6224（TTY: 711）まで、お電話にてご連絡ください。

**Italian** – ATTENZIONE: Sono disponibili servizi di assistenza linguistica gratuiti. Per i clienti Cigna attuali, chiamare il numero sul retro della tessera di identificazione. In caso contrario, chiamare il numero 1.800.244.6224 (utenti TTY: chiamare il numero 711).

**German** – ACHTUNG: Die Leistungen der Sprachunterstützung stehen Ihnen kostenlos zur Verfügung. Wenn Sie gegenwärtiger Cigna-Kunde sind, rufen Sie bitte die Nummer auf der Rückseite Ihrer Krankenversicherungskarte an. Andernfalls rufen Sie 1.800.244.6224 an (TTY: Wählen Sie 711).

**Persian (Farsi)** – توجه: خدمات کمک زبانی، به صورت رایگان به شما ارائه می‌شود. برای مشتریان فعلی Cigna، لطفاً با شماره‌ای که در پشت کارت شناسایی شماست تماس بگیرید. در غیر اینصورت با شماره 1.800.244.6224 تماس بگیرید (شماره تلفن ویژه ناشنوایان: شماره 711 را شماره‌گیری کنید).

**Bouricius 000778**

**△ DELTA DENTAL**

## Delta Dental PPO plus Premier
### BOULDER COUNTY – GROUP #12109          effective 1/1/19

| **MAXIMUM BENEFIT**<br>Calendar Year Maximum | $2,000 per individual, per calendar year |
|---|---|
| **CALENDAR YEAR DEDUCTIBLE**<br>Applies to Basic and Major | Individual Deductible - $ 50.00<br>Family Deductible -     $150.00 |
| **RIGHT START 4 KIDS**<br>PPO and Premier Networks Only | Covers children up to their 13th birthday at 100% with no deductible (for the same services outlined in the plan, up to the annual maximum, and subject to limitations and exclusions). The child must see a Delta Dental PPO or Premier provider to receive the 100% coinsurance. If an out-of-network provider is seen, the adult coinsurance levels will apply. Orthodontics, if selected as part of the group's plan, is not covered at 100% but at the plan's listed coinsurance. |

| PPO<br>Dentist | PREMIER<br>Dentist | OON<br>Dentist | COVERED SERVICES | BENEFIT INFORMATION |
|---|---|---|---|---|
| **DIAGNOSTIC AND PREVENTIVE SERVICES** | | | | |
| 100% | 100% | 100% | Oral Exams and Cleanings | Limited to two per calendar year |
| | | | Sealants | Posterior teeth – children under age 16 |
| | | | Bitewing X-Rays | Limited to two sets per calendar year |
| | | | Full Mouth X-Rays | Limited to one per two calendar years |
| | | | Fluoride | Two per calendar year |
| | | | Periodontal Maintenance | Limited to 4 cleanings, any combination perio and regular cleanings |
| | | | Space Maintainers | A fixed unilateral space maintainer is covered for children to maintain space left by prematurely lost baby back teeth. The space maintainer is only covered if it is not related to orthodontic treatment. All other space maintainers are not a covered benefit. |
| **BASIC SERVICES - Deductible Applies** | | | | |
| 80% | 80% | 80% | Fillings-Composite and Amalgam | |
| | | | Simple Extraction | |
| | | | Oral Surgery/Anesthesia | General anesthesia only covered with complex oral surgery – call customer service for coverage details. |
| | | | Endodontics/Periodontics | |
| **MAJOR SERVICES - Deductible Applies** | | | | |
| 50% | 50% | 50% | Crowns | Covered once in 60 months for ages 12 and older |
| | | | Implants, Dentures/Bridges | Covered once in 60 months for age 16 and older |
| | | | Occlusal Guard | Covered once in 60 months |
| **ORTHODONTICS - $1,500 LIFETIME MAXIMUM** | | | | |
| 50% | 50% | 50% | Children and adults; $1,500 lifetime maximum | |

You are enrolled in a Delta Dental PPO plus Premier plan. You and your family members may visit any licensed dentist, but will enjoy the greatest out-of-pocket savings if you see a Delta Dental PPO dentist. There are three levels of dentists to choose from.

**PPO Dentist** - Payment is based on the PPO dentist's allowable fee, or the actual fee charged, whichever is less.
**Premier Dentist** - Payment is based on the Premier Maximum Plan Allowance (MPA), or the fee actually charged, whichever is less.
**Out-of-Network Dentist** – Payment is based on the out-of-network Maximum Plan Allowance (MPA). Members are responsible for the difference between the out-of-network MPA and the full fee charged by the dentist. You will receive the best benefit by choosing a PPO dentist.

Open Enrollment applies. Members may add coverage once per year or with a special enrollment event.

This is a brief description of services covered under your dental plan. Please refer to the Employee Benefit Booklet for full plan details. If differences exist between this summary and the Employee Benefit Booklet, the Employee Benefit Booklet will govern.

**Bouricius 000779**



**Delta Dental PPO<sup>SM</sup> plus Premier**

With the Delta Dental PPO plus Premier plan, you and your family members may visit any licensed dentist. **You will receive the greatest out-of-pocket savings if you see a Delta Dental PPO provider.** PPO and Premier providers file claims directly with Delta Dental and accept Delta Dental's reimbursement in full. You are responsible only for your deductible and coinsurance (as determined by your plan), as well as any charges for non-covered services. If you choose to see an out-of-network provider, you will incur additional out-of-pocket expenses, and you will be billed the total amount the provider charges beyond what Delta Dental pays (called balance-billing). When you see a Delta Dental PPO or Premier® provider, you are protected from balance-billing for covered services.

## Advantages of the Delta Dental PPO plus Premier plan:

▶ **SAVINGS:** Delta Dental PPO providers offer our members the greatest savings.

▶ **CHOICE:** If you choose to visit a Premier provider, you will still save money because Premier providers also accept discounted fees (however, discounts are not as great as if you see a PPO provider).

▶ **NETWORK:** Delta Dental's dual network has nearly 102,000 PPO providers and an additional 50,000 Premier providers, for a total of 152,000 participating providers nationwide.

To find a participating provider or to see if your current provider is in the network, visit our website at **deltadentalco.com** and click on the **Find a Dentist** search tool. Or use our free mobile app for iPhone and Android. You may even be able to schedule an appointment online or on the app if your provider has Brighter Schedule.

You can also contact our customer relations department, Monday–Friday 8 a.m. to 6 p.m. Mountain Time, at 1-800-610-0201 (toll-free) or **customer_service@ddpco.com**.

| Looking for a dentist? Concerned about costs? PPO providers offer you the greatest savings. | | | |
|---|---|---|---|
| **Service: Porcelain Crown** (*Benefit illustration only*. Example assumes deductible has been met.) | | | |
| | Greatest Savings | | Least Savings |
| | Protected from balance-billing (for covered services) | | Not protected from balance-billing |
| Network | **Delta Dental PPO Provider** | **Delta Dental Premier Provider** | **Out-of-Network Provider** |
| Procedure Cost | $1,000 | $1,000 | $1,000 |
| Maximum Provider Can Charge Patient | $700 | $850 | $1,000+* |
| Benefit Percentage | 50% | 50% | 50%** |
| Delta Dental Pays | $350 | $425 | $500 |
| **You Pay** | **$350** | **$425** | **$500+** |

\* Please note that an out-of-network provider is not bound by Delta Dental's in-network contractual obligations and may bill patients for the remaining balance, called balance-billing. The practice of balance-billing refers to a provider's ability to bill patients for outstanding balances after the insurance company pays the required portion of the bill (coinsurance percentage).

\*\* Check your specific plan to see what the coinsurance rate is as they differ from plan to plan.

deltadentalco.com

**Bouricius 000780**



# Get access to the best in eye care and eyewear with COUNTY OF BOULDER, STATE OF COLORADO and VSP® Vision Care.



Why enroll in VSP? As a member, you'll receive access to care from great eye doctors, quality eyewear, and the affordability you deserve, all at low out-of-pocket costs.

## You'll like what you see with VSP.

- **Value and Savings.** You'll enjoy more value and low out-of-pocket costs.
- **High Quality Vision Care.** You'll get great care from a VSP network doctor, including a WellVision Exam®—a comprehensive exam designed to detect eye and health conditions.
- **Choice of Providers.** The decision is yours to make—with the largest national network of private-practice doctors, plus participating retail chains, it's easy to find the in-network doctor who's right for you.
- **Great Eyewear.** It's easy to find the perfect frame at a price that fits your budget.

## Using your VSP benefit is easy.

- **Create an account at vsp.com.** Once your plan is effective, review your benefit information.
- **Find an eye doctor who's right for you.** Visit **vsp.com** or call **800.877.7195.**
- **At your appointment, tell them you have VSP.** There's no ID card necessary. If you'd like a card as a reference, you can print one on **vsp.com.**

**That's it! We'll handle the rest—**there are no claim forms to complete when you see a VSP provider.

## Choice in Eyewear

From classic styles to the latest designer frames, you'll find hundreds of options. Choose from featured frame brands like bebe, CALVIN KLEIN, Cole Haan, Flexon®, Lacoste, Nike, Nine West, and more.[1] Visit **vsp.com** to find a Premier Program location that carries these brands. Plus, save up to 40% on popular lens enhancements.[2] Prefer to shop online? Check out all of the brands at **eyeconic.com®,** VSP's preferred online eyewear store.

Enroll in VSP today.
You'll be glad you did.
Contact us. **800.877.7195**
**vsp.com**

**Bouricius 000781**

# Your VSP Vision Benefits Summary



COUNTY OF BOULDER, STATE OF COLORADO and VSP provide you with an affordable eyecare plan.

**VSP Coverage Effective Date:** 01/01/2019                    **VSP Provider Network:** VSP Choice

| Benefit | Description | Copay | Frequency |
|---------|-------------|-------|-----------|
| *Your Coverage with a VSP Provider* | | | |
| WellVision Exam | • Focuses on your eyes and overall wellness<br>• KidsCare: Children have two, fully covered WellVision exams, if needed. | $25 | Every calendar year |
| Prescription Glasses | | $25 | See frame and lenses |
| Frame | • $150 allowance for a wide selection of frames<br>• $170 allowance for featured frame brands<br>• 20% savings on the amount over your allowance<br>• $80 Costco® frame allowance<br>• KidsCare: Frames for children are covered every calendar year. | Included in Prescription Glasses | Every other calendar year |
| Lenses | • Single vision, lined bifocal, and lined trifocal lenses<br>• Polycarbonate lenses for dependent children<br>• KidsCare: Additional lenses for children are fully covered when needed. Minimum prescription change required. | Included in Prescription Glasses | Every calendar year |
| Lens Enhancements | • Standard progressive lenses<br>• Premium progressive lenses<br>• Custom progressive lenses<br>• Average savings of 20-25% on other lens enhancements | $0<br>$95 - $105<br>$150 - $175 | Every calendar year |
| Contacts (instead of glasses) | • $150 allowance for contacts; copay does not apply<br>• Contact lens exam (fitting and evaluation) | $25 | Every calendar year |
| Diabetic Eyecare Plus Program | • Services related to diabetic eye disease, glaucoma and age-related macular degeneration (AMD). Retinal screening for eligible members with diabetes. Limitations and coordination with medical coverage may apply. Ask your VSP doctor for details. | $20 | As needed |
| Suncare | • $150 allowance for ready-made non-prescription sunglasses instead of prescription glasses or contacts | $25 | Every other calendar year |
| Extra Savings | **Glasses and Sunglasses**<br>• Extra $20 to spend on featured frame brands. Go to vsp.com/specialoffers for details.<br>• 20% savings on additional glasses and sunglasses, including lens enhancements, from any VSP provider within 12 months of your last WellVision Exam.<br>**Retinal Screening**<br>• No more than a $39 copay on routine retinal screening as an enhancement to a WellVision Exam<br>**Laser Vision Correction**<br>• Average 15% off the regular price or 5% off the promotional price; discounts only available from contracted facilities | | |

**Your Coverage with Out-of-Network Providers**

Get the most out of your benefits and greater savings with a VSP network doctor. Call Member Services for out-of-network plan details.

| | | |
|---|---|---|
| Exam ............................................ up to $45 | Lined Bifocal Lenses .................... up to $50 | Progressive Lenses ........................ up to $50 |
| Frame ........................................... up to $70 | Lined Trifocal Lenses ................... up to $65 | Contacts ........................................ up to $105 |
| Single Vision Lenses .................. up to $30 | | |

Coverage with a participating retail chain may be different. Once your benefit is effective, visit vsp.com for details. Coverage information is subject to change. In the event of a conflict between this information and your organization's contract with VSP, the terms of the contract will prevail. Based on applicable laws, benefits may vary by location. In the state of Washington, VSP Vision Care, Inc., is the legal name of the corporation through which VSP does business.

Contact us. **800.877.7195 | vsp.com**

**1.** Brands/Promotion subject to change.
**2.** Savings based on network doctor's retail price and vary by plan and purchase selection; average savings determined after benefits are applied. Available only through VSP network doctors to VSP members with applicable plan benefits. Ask your VSP network doctor for details.

©2018 Vision Service Plan. All rights reserved.
VSP, VSP Vision care for life, eyeconic.com, and WellVision Exam are registered trademarks, and "Life is better in focus." is a trademark of Vision Service Plan. Flexon is a registered trademark of Marchon Eyewear, Inc. All other company names and brands are trademarks or registered trademarks of their respective owners.

Bouricius 000782