**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.   18-CV-01144-WYD-STV**

**DEBRA BOURICIUS,**

       Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

       Defendant.

---

**DEFENDANT'S SECOND SET OF COMBINED DISCOVERY REQUESTS TO PLAINTIFF**

---

       Defendant, by and through its attorneys, and pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, propound the following Second Set of Combined Discovery Requests to Plaintiff (collectively "Discovery Requests") to Plaintiff Debra Bouricius. The Interrogatories are to be answered and/or supplied by Plaintiff separately and fully, in writing, and under oath, and served on Defendant's undersigned attorneys thirty (30) days from the date of service. Documents and tangible things responsive to Defendant's Discovery Requests to Plaintiffs should be made available for copying and inspection at the offices of Defendant's undersigned counsel thirty (30) days from the date of service. Alternatively, Plaintiff may produce copies of such documents at the offices of Defendant's undersigned counsel at or before 5:00 p.m. thirty (30) days from the date of service.

## **DEFINITIONS**

    1.    "Document" or "documents" means any written, typed, or printed material of any kind, including, but not limited to, papers, agreements, contracts, notes, memoranda, correspondence, letters, telegrams, telexes, statements, books, reports, studies, minutes, records, accounting books, maps, plans, drawings, diagrams, photographs, analysis, surveys, transcriptions, diaries, journals, calendars, logs, bulletins, circulars, manuals, business records, tape recordings and video recordings, in your possession or under your control or in the possession of your agents, representatives, attorneys, or other persons acting on your behalf. It includes originals and all drafts and copies of the document. It includes originals and all drafts and copies of the document. The

**EXHIBIT 16**

terms "document" and "documents" shall also include any electronically stored information, emails, embedded data, metadata, deleted information, back-up and archival data stored on your home or work computers that is in your possession or under your control or in the possession of your agents, representatives, attorneys, or other persons acting on your behalf.

2. "Communication" or "communications" means any transmission of thoughts, opinions, or information by speech, writing, or signs.

3. "Identify," identity" or "identity of" when used with regard to a person or entity means to state the name, type of entity, last known address, last known telephone number, job title, and job description. When used in reference to a document, "identify," "identity," or "identity of" means to state the date of the document, the location of the document, and the identity of the person who is in possession or control of the document. When applied to a communication, "identify," "identity," or "identity of" means to state the date and place of the communication, the identity of each person present, the type of communication, and the subject matter of the communication.

4. The term "you" or "your" as used herein shall mean the party and/or entity to whom these discovery requests are directed. Specifically, these discovery requests are directed to Debra Bouricius.

5. As used herein, "relate" or "relating to" when used with respect to a document, agreement, subject, or fact means reflecting, showing, embodying, containing, evidencing, concerning, pertaining to, regarding, reciting, recording, supporting, refuting, or referring to such matter.

6. The term "person" includes natural persons, partnerships, limited partnerships, associations, leagues, corporations, governments (including all instrumentalities, offices, agents, and/or subdivisions thereof), trusts, funds, and all other business, legal, or artificial entities.

7. In responding to any requests for production of documents, you shall provide complete and legible copies of all requested documents and/or provide a description and access for inspection and copying or photographing of any item for which a copy is not produced. For any request to which the response involves a large number or volume of documents, please identify the types and classes of documents which are responsive to the request and make the same available at the offices of Bechtel Santo & Severn, 205 N. 4th Street, Suite 300, Grand Junction, CO 81501.

8. Whenever any interrogatory or document request calls for the identity of a document or communication to which you claim privilege, include a privilege log setting forth (1) the identification of such document or communication; (2) the date(s) of the communication or

**EXHIBIT 16**

document; (3) the identity of the persons who were parties to the communication(s) or document(s); and (4) the fact that you claim privilege and the basis asserted for such claim.

9. In answering these interrogatories and requests for the production of documents, you are requested to furnish all information which is available to you, including that which has been obtained by and that which is now in the possession of your attorneys, employees, agents, and/or other representatives, and not merely the information known by the individuals preparing the response(s). If you are unable to answer any of these interrogatories or requests fully and completely, after exercising due diligence to secure the information necessary to make such full and complete answers, so state, and in addition, answer each such interrogatory or request to the fullest extent possible, specifying your knowledge, and the reason for your inability to answer the remainder, and state whatever information or knowledge you may have concerning the answered portions thereof.

10. Each of the following interrogatories and requests is a continuing one. If you later obtain, or become aware of, any further information pertaining to these interrogatories or requests, you are requested to serve upon Defendant amended answers setting forth such information.

11. If any document referred to or requested in your answers to these interrogatories and requests was, but no longer is, in your possession, custody, or control, or the control of your agents or representatives, state whether it (1) is missing or lost; (2) has been destroyed; (3) has been transferred to others, identifying the recipient; and, describe (4) the circumstances surrounding any disposition of the document.

## INTERROGATORIES

**INTERROGATORY NO. 13:** In your deposition, you testified that your first day of employment at the Boulder County District Attorney's Office was January 3, 2017. Bouricius Dep., 53:11-12, 56:8-10. In Dr. William Kaempfer's Preliminary Evaluation of Economic Loss Due to Age Discrimination, it is reported, "Ms. Bouricius was re-employed by the Office of the District Attorney in Boulder County in December [2016]…" Please identify the date of the start of your employment with the Boulder County District Attorney's Office.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 14:** Please identify and produce all documents, correspondence, letters, notes, and/or any and all other form(s) of communications you have had with, provided to, and/or received from William H. Kaempfer, Ph.D., as such documents, correspondence, letters, notes, and/or any and all other form(s) of communications relate to Dr. Kaempfer's rendition of services as part of this litigation. This Request includes, but is not limited to, all documents uploaded into a Dropbox area or folder. If you allege that any documents,

**EXHIBIT 16**

correspondence, letters, notes, and/or any and all other form(s) of communications are privileged, please provide a privilege log as required by the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 15:** Please identify and produce all documents, records correspondence, letters, notes, and/or any and all other form(s) of communications underlying, substantiating, or supporting the statement made by counsel at the parties' discovery hearing on April 1, 2019, at 3:05 p.m., that the County Administrator stated to the effect that "he has already made cuts in his department and he didn't submit a proposed budget. The following day, the other stakeholders in the County moved forward with their…budget proposals."

Respectfully submitted this 1st day of May 2019.

> BECHTEL SANTO & SEVERN
>
> By: *s/Alicia W. Severn*
> Alicia W. Severn, #42432
> Michael C. Santo, #24083
> 205 N. 4th Street, Suite 300
> Grand Junction, Colorado 81501
> Telephone: (970) 683-5888
> Facsimile: (970) 683-5887
> Attorneys for Defendant

**EXHIBIT 16**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S SECOND SET OF COMBINED DISCOVERY REQUESTS TO PLAINTIFF** was served this 1st day of May 2019, via electronic mail, to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

**EXHIBIT 16**