5/9/2019    Gmail - Ages of IT Staff - Request for access

 Gmail    Deb Bouricius <bouricii@gmail.com>

## Ages of IT Staff - Request for access
1 message

**Rick Corsi (via Google Sheets)** <rrccrrccrrccrrcc@gmail.com>    Mon, Mar 6, 2017 at 8:37 PM
Reply-To: Rick Corsi <rrccrrccrrccrrcc@gmail.com>
To: bouricii@gmail.com

rrccrrccrrccrrcc@gmail.com is **requesting access** to the following spreadsheet:

Ages of IT Staff

Open sharing settings

Google Sheets: Create and edit spreadsheets online.
Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because someone shared a spreadsheet with you from Google Sheets.

Google

**EXHIBIT 18**
**Bouricius 000583**

### Mesa County Information Technology Department

| | Est. Age for Google | Est Years of Service | Salary | EMail | Phone Number |
|---|---|---|---|---|---|
| **BUSINESS SYSTEMS ANALYST** | | | | | |
| [REDACTED] | 52 | 15 | $72,904 | | |
| [REDACTED] | 33 | 4 | $59,883 | | |
| [REDACTED] | 51 | 3 | $62,483 | | |
| [REDACTED] | 57 | 23 | $72,904 | | |
| [REDACTED] | 57 | 26 | $72,904 | [REDACTED] | [REDACTED] |
| [REDACTED] | 47 | 12 | $61,547 | | |
| **NETWORK ADMINISTRATORS** | | | | | |
| [REDACTED] | 41 | 5 | $64,563 | | |
| [REDACTED] | 59 | 23 | $72,904 | [REDACTED] | [REDACTED] |
| [REDACTED] | 49 | 21 | $72,904 | | |
| **SR. NETWORK ADMINISTRATOR** | | | | | |
| [REDACTED] | 41 | 9 | $64,563 | | |
| **IT MANAGERS** | | | | | |
| [REDACTED] | 46 | 12 | $83,969 | | |
| [REDACTED] | 32 | 10 | $64,043 | | |
| [REDACTED] | 59 | 21 | $91,291 | | |
| **HELP DESK** | | | | | |
| [REDACTED] | 59 | 6 | $42,161 | | |
| [REDACTED] | 59 | 4 | $33,940 | [REDACTED] | [REDACTED] |
| **PC SUPPORT** | | | | | |
| [REDACTED] | 34 | 2 | $46,446 | | |
| [REDACTED] | 37 | 15 | $51,875 | | |
| [REDACTED] | 59 | 5 | $53,560 | | |

REDACTED

EXHIBIT 18
Bouricius 000584

| | | | | |
|---|---|---|---|---|
| ▓ | 37 | 4 | $48,547 | |
| | 31 | 2 | $46,446 | |

**WEB ADMINISTRATION**

| | | | | |
|---|---|---|---|---|
| ▓ | 48 | 12 | $70,948 | |
| | 51 | 22 | $72,904 | |

**GIS**

| | | | | |
|---|---|---|---|---|
| ▓ | 51 | 17 | $72,904 | |
| | 39 | 4 | $62,483 | |

Training

| | | | | |
|---|---|---|---|---|
| ▓ | | | $60,000 | Laid off 11 mos earlier |

Laidoff 10/07/2016

**County Administrator/IT Director**

| | | | | |
|---|---|---|---|---|
| ▓ | 55 | 5 | $131,000 | |

**Commissioners**

| | | | | |
|---|---|---|---|---|
| ▓ | 38 | | $72,500 | $87300 in 2017 |
| | 63 | | $72,500 | |
| | 75 | | $72,500 | $87300 in 2017 |

REDACTED

EXHIBIT 18
Bouricius 000585

5/9/2019                                   Gmail - Spreadsheet

 Gmail                                    Deb Bouricius <bouricii@gmail.com>

## Spreadsheet
1 message

**Deb Bouricius** <bouricii@gmail.com>                              Wed, Mar 8, 2017 at 6:59 AM
To: rrccrrccrrccrrcc@gmail.com

Just checking to see if you are able to update the spreadsheet.  Let me know if you have problems.

**EXHIBIT 18**
**Bouricius 000586**