## Alicia Severn

| | |
|---|---|
| **From:** | Julie Bisbee <bisbee@kinggreisen.com> |
| **Sent:** | Thursday, May 09, 2019 11:51 AM |
| **To:** | Alicia Severn; Laurie Mool; Paula Greisen |
| **Cc:** | Michael Santo |
| **Subject:** | RE: Question regarding flash drive |

Alicia:

We are prepared to hand your office the thumb drive tomorrow. I believed that based on Mr. Corsi's representation that he had inadvertently disclosed his private ▮▮▮▮▮▮▮▮ information, you would be comfortable with agreeing not to look at it. As I recall, you had asked us to get confirmation from him that he did not intend to produce it. We have copied you on all of the correspondence with him in this regard.

I will have the thumb drive tomorrow. It seems that an agreement to not review a single document that was inadvertently produced is a reasonable solution to a purely technical problem.

If you would like to wait longer for the documents so we can ask Mr. Corsi to reproduce them, without the problematic, private document, please let me know.

Thanks,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



KING ■ GREISEN ■ LLP
1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

Please consider the environment before printing this email.

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Thursday, May 9, 2019 11:32 AM
**To:** Julie Bisbee <bisbee@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Question regarding flash drive

Julie,

**EXHIBIT 19**

**REDACTED**

I must insist that you stop attempting to speak for me. I have not seen any files from Mr. Corsi, I don't have an understanding of the files or structures or other issue discussed in this email chain, so I cannot possibly agree to enter into any agreement about information I don't have all the facts about. Let me be clear: You do not have authority to speak for me on my behalf. I cannot agree to enter into any agreement until such time as I have all necessary information and speak to any individuals with whom I decide I need to speak. That said, if Mr. Corsi inadvertently sent information, perhaps the best way to handle it is to PDF the information that was not inadvertently sent and produce that information.

-Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

---

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Thursday, May 09, 2019 10:46 AM
**To:** Rick Corsi <rrccrrccrrccrrcc@gmail.com>; Laurie Mool <mool@kinggreisen.com>
**Cc:** Alicia Severn <Severn@bechtelsanto.com>
**Subject:** RE: Question regarding flash drive

Rick:  We will try the deletion.  On the chance that it does not work, I'm sure Ms. Severn would be willing to enter into such and agreement.

Thanks,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



**EXHIBIT 19**

1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

Please consider the environment before printing this email.

**From:** Rick Corsi <rrccrrccrrccrrcc@gmail.com>
**Sent:** Thursday, May 9, 2019 9:54 AM
**To:** Laurie Mool <mool@kinggreisen.com>
**Cc:** Julie Bisbee <bisbee@kinggreisen.com>; Alicia Severn <Severn@bechtelsanto.com>
**Subject:** Re: Question regarding flash drive

Laurie,

I just tried a test from the mbox viewer, the individual email can be deleted.

If this doesn't work can a statement and agreement be included that this particular email was mistakenly put in the folder and is confidential and should be deleted without viewing it by anyone who has access to it?

Let me know if you can delete it through the viewer and if not will a statement and agreement suffice?


Thanks
Rick



On Thu, May 9, 2019, 7:51 AM Laurie Mool <mool@kinggreisen.com> wrote:

Rick:


We will certain delete the pdf document in the folder, however, it is also contained as an attachment in the MBOX file "All mail including Spam and Trash." Is there a way to delete it from there?


Thanks,


*Laurie Mool*

Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206

**EXHIBIT 19**

Telephone: (303) 298-9878
Facsimile: (303) 298-9879

mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Rick Corsi <rrccrrccrrccrrcc@gmail.com>
**Sent:** Thursday, May 9, 2019 7:44 AM
**To:** Julie Bisbee <bisbee@kinggreisen.com>
**Cc:** Alicia Severn <Severn@bechtelsanto.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** Re: Question regarding flash drive

This is to confirm that I did not intend to include any document from ██████████ on the USB drive that I provided.  This file/document can be deleted as it would have no relevance to the documents requested in the subpoena.

Thank you for catching this.  Sorry for my error.

Rick

On Wed, May 8, 2019, 4:11 PM Julie Bisbee <bisbee@kinggreisen.com> wrote:

Mr. Corsi:

We are in the process of producing the subpoenaed materials to opposing counsel.  As we were considering how to best do this it appears you may have inadvertently provided us a document from ██████████ that we believe is not responsive to the subpoena.  Can you please confirm to us and Ms. Severn that you did not intend to provide us this information.  We will then delete the file before producing the rest of the responsive documents.

**REDACTED**

**EXHIBIT 19**

Thank you,

*Julie K. Bisbee*

*Attorney*

*Pronouns: she, her, hers*

1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f

www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

Please consider the environment before printing this email.

**EXHIBIT 19**

## Alicia Severn

| | |
|---|---|
| **From:** | Laurie Mool <mool@kinggreisen.com> |
| **Sent:** | Thursday, May 09, 2019 11:40 AM |
| **To:** | Julie Bisbee; Rick Corsi |
| **Cc:** | Alicia Severn |
| **Subject:** | RE: Question regarding flash drive |

Rick and Alicia:

We have deleted the pdf, but were not able to delete the email itself that contains the pdf attachment. For reference, the email is dated ▮▮▮▮ 2016 at ▮▮▮▮ from Rick Corsi to ▮▮▮▮▮▮▮▮▮▮ We are prepared to produce the thumb drive but are still waiting to hear from Alicia Severn on Mesa County's agreement not to open the document.

Thanks,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

---

**From:** Julie Bisbee <bisbee@kinggreisen.com>
**Sent:** Thursday, May 9, 2019 10:46 AM
**To:** Rick Corsi <rrccrrccrrccrrcc@gmail.com>; Laurie Mool <mool@kinggreisen.com>
**Cc:** Alicia Severn <Severn@bechtelsanto.com>
**Subject:** RE: Question regarding flash drive

Rick: We will try the deletion. On the chance that it does not work, I'm sure Ms. Severn would be willing to enter into such and agreement.

Thanks,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

**EXHIBIT 19**

**REDACTED**

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

Please consider the environment before printing this email.

**From:** Rick Corsi <rrccrrccrrccrrcc@gmail.com>
**Sent:** Thursday, May 9, 2019 9:54 AM
**To:** Laurie Mool <mool@kinggreisen.com>
**Cc:** Julie Bisbee <bisbee@kinggreisen.com>; Alicia Severn <Severn@bechtelsanto.com>
**Subject:** Re: Question regarding flash drive

Laurie,

I just tried a test from the mbox viewer, the individual email can be deleted.

If this doesn't work can a statement and agreement be included that this particular email was mistakenly put in the folder and is confidential and should be deleted without viewing it by anyone who has access to it?

Let me know if you can delete it through the viewer and if not will a statement and agreement suffice?


Thanks
Rick



On Thu, May 9, 2019, 7:51 AM Laurie Mool <mool@kinggreisen.com> wrote:

Rick:


We will certain delete the pdf document in the folder, however, it is also contained as an attachment in the MBOX file "All mail including Spam and Trash."  Is there a way to delete it from there?



Thanks,


*Laurie Mool*

Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879

**EXHIBIT 19**

mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

**From:** Rick Corsi <rrccrrccrrccrrcc@gmail.com>
**Sent:** Thursday, May 9, 2019 7:44 AM
**To:** Julie Bisbee <bisbee@kinggreisen.com>
**Cc:** Alicia Severn <Severn@bechtelsanto.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** Re: Question regarding flash drive

This is to confirm that I did not intend to include any document from ▮▮▮▮▮▮▮ on the USB drive that I provided. This file/document can be deleted as it would have no relevance to the documents requested in the subpoena.

Thank you for catching this. Sorry for my error.

Rick

On Wed, May 8, 2019, 4:11 PM Julie Bisbee <bisbee@kinggreisen.com> wrote:

Mr. Corsi:

We are in the process of producing the subpoenaed materials to opposing counsel. As we were considering how to best do this it appears you may have inadvertently provided us a document from ▮▮▮▮▮▮▮ that we believe is not responsive to the subpoena. Can you please confirm to us and Ms. Severn that you did not intend to provide us this information. We will then delete the file before producing the rest of the responsive documents.

Thank you,

**REDACTED**

**EXHIBIT 19**

*Julie K. Bisbee*

*Attorney*

*Pronouns: she, her, hers*

1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f

www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

Please consider the environment before printing this email.

**EXHIBIT 19**