IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01144-DDD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: May 30, 2019 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                                                  *Counsel:*


DEBRA BOURICIUS                         Julie Bisbee

      Plaintiff,

v.


MESA COUNTY                              Alicia Severn

      Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**MOTION  HEARING**
**Court in Session:   1:32 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding Defendant's Motion to Modify the Scheduling Order [Doc. No. 54, filed 5/1/2019].

For the reasons set forth on the record, it is

**ORDERED:**          Defendant's Motion to Modify the Scheduling Order [Doc. No. 54] is **GRANTED IN PART and DENIED IN PART.**   The Motion is GRANTED to the extent it seeks an extension of the discovery deadline.  The Motion is DENIED to the extent it seeks an extension of the dispositive motions deadline.  Discovery deadline is extended to July 12, 2019.  Written discovery should be propounded by June 7, 2019.

To the extent that Defendant continues to believe that the Plaintiff needs to be deposed and Plaintiff continues to oppose the deposition,

the parties shall follow this court's practice standards for resolving discovery disputes.

HEARING CONCLUDED.
**Court in recess:     1:44 p.m.**
Time In Court:          00:12
To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Court Reporting & Video, Inc. at (303)629-8534.