IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01144-DDD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: June 25, 2019 | Courtroom Deputy: Monique Ortiz |

*Parties:*  *Counsel:*

DEBRA BOURICIUS                    Paula Greisen
                                   Julie Bisbee
    Plaintiff,

v.

MESA COUNTY                        Alicia Severn

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   9:04 a.m.**
Court calls case. Appearance of counsel.
This matter is before the Court regarding a discovery dispute concerning whether or not the Court's previous extension of the discovery deadline applied to both sides and if it did not, then whether or not Plaintiff should be granted an extension of time regarding discovery.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**    Plaintiff is allowed to propound the limited discovery to the experts since the experts were disclosed fairly recently.

                  The Dispositive Motions deadline is extended to August 30, 2019.

                  The Court will not set a Final Pretrial Conference at this time as Judge Domenico has not yet decided if he'd like to conduct the Final Pretrial

Conferences or if he'd like the Magistrate Judge to do so.

HEARING CONCLUDED.
**Court in recess:   9:14 a.m.**
Time In Court:      00:10

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.