**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

     Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

     Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Jennifer W. Bezoza, of KING & GREISEN, LLP, hereby enters her appearance on behalf of the Plaintiff, Debra Bouricius.

DATED this 23rd day of July 2019.

          Respectfully submitted,

          KING & GREISEN, LLP

          *s/ Jennifer W. Bezoza*
          Jennifer W. Bezoza
          1670 York Street
          Denver, Colorado 80206
          (303) 298-9878 telephone
          (303) 298-9879 facsimile
          bezoza@kinggreisen.com

          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2019, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal
