IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

_____

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
_____

    Julie K. Bisbee, as co-counsel for Plaintiff, pursuant to D.C.COLO.LAttyR 5(b), hereby moves this Court for an Order allowing her to withdraw as counsel of record.  As good cause therefore, counsel states as follows:

    1.    Julie K. Bisbee will be leaving the firm of KING & GREISEN, LLP as of the close of business on July 26, 2019.

    2.    Notice has been given to the client prior to the filing of this motion.

    3.    Plaintiff will continue to be represented by Paula Greisen and Jennifer W. Bezoza, who will continue to be responsible for assisting the Plaintiff in complying with all court orders, time limitations, and any pending obligations under the Federal Rules of Civil Procedure and all local rules of the United States District Court, District of Colorado.

WHEREFORE, Julie K. Bisbee respectfully requests that this Court grant her Motion to Withdraw as Counsel of Record.

Dated this 23rd day of July 2019.

    Respectfully submitted,

    KING & GREISEN, LLP

    s/ Julie K. Bisbee

    Julie K. Bisbee
    Paula Greisen
    Jennifer W. Bezoza
    1670 York St.
    Denver, Colorado 80206
    (303) 298-9878 telephone
    (303) 298find9879 facsimile
    bisbee@kinggreisen.com
    greisen@kinggreisen.com
    bezoza@kinggreisen.com

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2019, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** with the Clerk of the Court using the CM/ECF system, and have sent a copy to the following e-mail addresses:

Alicia W. Severn
Michael C. Santo
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant*

    s/ Laurie A. Mool

2