IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

_____

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO EXCLUDE EXPERT TESTIMONY**
_____

    Plaintiff, Debra Bouricius, by and through counsel, Paula Greisen and Jennifer Weiser Bezoza of KING & GREISEN, LLP, respectfully submits her Motion for Extension of Time to Exclude Expert Testimony pursuant to D.C.COLO.LCivR 6.1(b), and in support thereof states as follows:

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)**

    Plaintiff's counsel certifies that they have conferred by email with Defendant's counsel regarding this Motion. Defendant opposes the Motion.

    1.    This case was formerly assigned to Judge Wiley Daniel and was transferred to Judge Daniel Domenico on May 20, 2019.

2. When the case was assigned to Judge Daniel, there was no deadline for submission of motions to exclude expert testimony pursuant to Federal Rule of Evidence 702 ("Daubert motions").

3. The scheduling order does not contain such a deadline nor did Judge Daniel's practice standards. *See* 8/8/19 Scheduling Order [Doc. 24].

4. Judge Domenico's Practice Standards for Civil Cases ("Practice Standards") state, "[i]f a deadline for filing Daubert motions is not set at the scheduling conference, such motions shall be filed 30 days after the deadline for disclosure of rebuttal expert witnesses." Practice Standards at 9.

5. The deadline for disclosure of rebuttal expert witnesses was April 5, 2019. *See* 3/1/19 Order Extending Rebuttal Expert Witness Deadline [Doc. 38].

6. Pursuant to Judge Domenico's Practice Standards, Plaintiff's Daubert motion would have been due before the case was re-assigned and long before the Practice Standards setting forth such deadline were published.

7. Plaintiff was unable to comply with this deadline because she was unaware of its existence.

8. In addition, the expert witness at issue – Frank Whidden – did not issue an expert report because he is a non-retained expert. As a result, Plaintiff did not learn of a basis for a Daubert motion until Mr. Whidden's deposition in July 2019.

9. For these reasons, counsel respectfully requests that a new deadline for a Daubert motion be set for thirty (30) days after the instant motion is decided.

10. Pursuant to D.C.COLO.LCivR 6.1(b), Plaintiff states that this is the first extension she has sought regarding a motion to exclude expert testimony.

11. Plaintiff requests this extension in good faith. No party will be prejudiced by extension of the deadline for submission of a motion to exclude expert testimony as the trial in this matter has not yet been scheduled.

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court find there is good cause to extend the deadline for submission of a motion to exclude expert testimony and set a new deadline of thirty days after this motion is decided.

DATED this 5th day of August 2019.

Respectfully submitted,

KING & GREISEN, LLP

*s/ Jennifer W. Bezoza*
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, Colorado 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 5th day of August 2019, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EXCLUDE EXPERT TESTIMONY** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

 I hereby further certify that on this 5th day of August 2019, I mailed a copy of the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EXCLUDE EXPERT TESTIMONY** to the following:

Debra Bouricius
50152 Highway 72
Lyons, CO  80540

             *s/ Laurie A. Mool*
             Laurie A. Mool, Paralegal