IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01144-DDD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: August 21, 2019 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                                                                  *Counsel:*

DEBRA BOURICIUS                                              Paula Greisen
                                                                              Jennifer Bezoza
 Plaintiff,

v.

MESA COUNTY                                                     Alicia Severn

 Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY HEARING**
**Court in Session:   1:03 p.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the discovery disputes concerning two different categories of documents marked confidential.  The first category is Mr. Corsi's deposition containing testimony relating to performance evaluations.  The second category is several depositions in which being discussed are gender/sex discrimination and sexual harassment investigations.

Arguments by counsel.

Court in recess:     1:13 p.m.
Court in session:    1:16 p.m.

For the reasons set forth on the record, it is

**ORDERED:**           With respect to the first category of Mr. Corsi's deposition containing testimony relating to performance evaluations, the material should be

>de-designated confidential with the exception of that one individual who is mentioned because the Court does not want that individual to be associated with some sort of improper performance.
>
>With respect to the second category of depositions which discuss gender/sex discrimination and sexual harassment investigations, the testimony by the Corsis' should be de-designated confidential. With respect to the third individual discussed, that testimony should remain confidential.
>
>The Court amends the Protective Order [Doc. No. 28, filed 10/4/2018] as stated on the record.

HEARING CONCLUDED.
**Court in recess:     2:02 p.m.**
Time In Court:        00:56

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Court Reporting & Video, Inc. at (303)629-8534.