$500,000 savings for the Respondent. The Respondent provided copies of several newspaper articles highlighting the budget concerns. It is undisputed that the Respondent was facing budget deficits. The Respondent explained that Frank Whidden ("Whidden")(Over age 40), Mesa County Administrator, evaluated departments within his control "to find greater efficiencies to address these restrictive budgetary times."

The Complainant argues that the layoffs were based on age discrimination because "the 2016 layoff . . . . exclusively targeted the Information Technology Department ("IT Department") workers over age forty. Not a single one of those laid off was younger than forty, despite the fact that this group of younger workers comprised almost 30 percent of the department." The Complainant acknowledges that "there is no doubt that [the Respondent] was facing budget deficits and that it was entitled to lay off workers to free up funds . . . ."

The Respondent provided a copy of its Human Resources Policies and Procedures Manual ("Manual"). Section 8.03 of the Manual details the Respondent's layoff policy as follows:

> If it becomes necessary to lay off employees due to lack of funds, reorganization, reduction in quantity of programs, or for any other reason, directors will first conduct or have conducted an analysis of personnel needs. From the analysis, each director will recommend quantity and types of proposed reductions. The County Administrator will review and comment on the proposals, recommending any changes felt necessary to the Board of County Commissioners, who will make the final decisions (Health Department addendum and Human Services Department addendum).

> In determining the individual employees to be laid off, the following will apply:

> Among regular employees, the director will have the option to lay off employees as deemed necessary and appropriate. The following items must be considered, in light of the needs of the department. These factors shall be taken into account in the order indicated:

> A. Performance of the employee;
> B. Special abilities the employee may possess

> In the event that the selection cannot be made on the above basis, the determining factor will be time employed by the County in a given position and the demand for that position within the proposed division reorganization.

3

**DEF 3**

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

| Full name | Home department | Years of service | Position Title | Annual Salary |
|---|---|---|---|---|
| JORDAN, LHANA M. | IT-IT | 15.9 | CUSTOMER SERVICE MANAGER | $80,000.04 |
| LINDERWOOD, DAVID E. | IT-IT | 16.2 | SUPPORT SPECIALIST | $51,874.20 |
| FLICK, TROY L | IT-IT | 17.4 | IT MANAGER | $83,965.44 |
| MARAK, LORI A | IT-IT | 17.4 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| LEVALLEN, KELLY T | IT-IT | 24.4 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| KADEL, CHRIS A | IT-IT | 18.1 | GIS ADMINISTRATOR-SR. | $72,894.96 |
| BOYLES, LEILANI A. | IT-IT | 23.7 | WEB ADMINISTRATOR | $72,894.96 |
| KEENE, JOSEPH S. | IT-IT | 14 | WEB ADMINISTRATOR | $70,945.44 |
| MCDOWELL, ELIZABETH K | IT-IT | 5.5 | BUSINESS SYSTEMS ANALYST/G IS A | $59,878.20 |
| MITTS, PAUL JOSEPH | IT-IT | 7.4 | TECHNICAL SUPPORT SPEC II | $42,160.79 |
| FARSLOW, ERIC L | IT-IT | 6.7 | SR SUPPORT SPECIALIST | $53,558.97 |
| TARLTON, WILLIAM | IT-IT | 6.3 | SR NETWORK ADMINISTRATOR | $72,894.96 |
| HOTARY, TERRIE J | IT-IT | 4.8 | SR BUSINESS SYSTEMS ANALYST | $62,481.60 |

EXHIBIT 1
18-CV-01144-DDD-STV

DEF 61

## MESA COUNTY IT DEPARTMENT EMPLOYEES AS OF OCTOBER 2016

| Employee | Position | Race | Sex | Current Age | Marriage to a Co-Worker * | Subject to Lay Off? | 2015 Performance Evaluation |
|---|---|---|---|---|---|---|---|
| David B. | Business Systems Analyst (BSA) | White | Male | 48 | Yes in another dept. | Yes | 1 |
| Debra Bouricius | Sr. BSA | White | Female | 58 | No | Yes | 2 |
| Leilani B. | Web Administrator | White | Female | 51 | No | No | 3 |
| Derek C. | Support Specialist | White | Male | 37 | Yes in another dept. | No | None |
| Janine Corsi | Network Administrator | White | Female | 60 | Yes | Yes | None |
| Rick Corsi | IT Manager | White | Male | 59 | Yes | Yes | 4 |
| Joshua D. | Support Specialist | White | Male | 31 | No | No | 5 |
| Ryan D. | GIS Administrator -- Sr. | White | Male | 40 | No | No | 6 |
| Eric F. | Sr. Support Specialist | White | Male | 60 | No | No | None |
| Troy F. | IT Manager | White | Male | 47 | No | No | 7 |
| Terrie H. | Sr. BSA | White | Female | 52 | No | No | 8 |
| Crislynn H. | Technical Support Specialist | White | Female | 58 | No | Yes | None |
| Lhana J. | Customer Service Manager | White | Female | 42 | No | No | 9 |
| Chris K. | GIS Administrator - SR | White | Male | 51 | No | No | None |
| Joseph K. | Web Administrator | White | Male | 48 | No | No | 10 |
| Kelly L. | Sr. BSA | White | Male | 58 | No | No | 11 |
| Lori M. | Sr. BSA | White | Female | 53 | No | No | 12 |
| Elizabeth M. | BSA/GIS Administrator | White | Female | 34 | No | No | 13 |
| Paul M. | Technical Support Specialist II | White | Male | 57 | No | No | 14 |
| Ronald S. | Network Administrator | White | Male | 42 | No | No | None |
| Carey S. | Network Administrator | White | Male | 50 | Yes in another dept. | Yes | None |

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 67**

## MESA COUNTY IT DEPARTMENT EMPLOYEES AS OF OCTOBER 2016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| William T. | Network Administrator | White | Male | 41 | No | No | None |
| David U. | Support Specialist | White | Male | 37 | No | No | None |
| Andrew W. | Support Specialist | White | Male | 30 | No | No | 15 |

* Co-Worker for this worksheet is defined as marriage to another Mesa County employee within the same department, unless otherwise noted.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 68**

PRESSURE TO FUND PUBLIC SAFETY | GJSentinel

THE DAILY
**SENTINEL**
GJSentinel.com

This copy is for your personal, noncommercial use only

# PRESSURE TO FUND PUBLIC SAFETY
### Sheriff will ask commissioners to fund dozens of new deputies



A Mesa County Sheriff's Office deputy, right, blocks the entry to the Alpine Bank drive-through in Clifton while another deputy stands guard at the exit after a robbery attempt in this Sept. 23 photo.



Matt Lewis

By Gary Harmon
Sunday, October 2, 2016

It's time for Mesa County to start rebuilding the Sheriff's Office that was decimated six years ago, Sheriff Matt Lewis will tell the Mesa County Commission later this month.

Commissioners, meanwhile, are coming to grips with the idea that they will have to dig deep into their reserves to keep the county in much the same condition as it is now — without increases in the staff of the Sheriff's Office and in the Mesa County District Attorney's Office.

Just holding steady would likely reduce the 2017 fund balance — the margin of cash left over at the end of each year — by an estimated $3 million. Counties and other local governments rely on fund balances to keep them from deficit spending, which is prohibited by the state Constitution.

The Sheriff's Office lost 11.3 percent of its staff in 2010, when the county slashed spending, "and we've not yet recovered from that," Lewis said in an interview with The Daily Sentinel.

Lewis hopes to persuade the commission to at least begin a process of restoring those lost positions, and more, to meet the demands of a still-growing county with violent crime rivaling the worst of comparable Colorado jurisdictions and well in excess of the crime rates of Delta, Eagle, Garfield and Montrose counties combined.

The Sheriff's Office territory includes some of the most densely, and the most sparsely, populated areas in the 3,300 square miles of the county. It includes populous Clifton and Fruitvale, as well as the ranchlands outside the Grand Valley.

Violent crime in unincorporated Mesa County, with 203 incidents, exceeded that of the unincorporated county areas of Boulder, 54 incidents; Larimer, 109 incidents; Pueblo, 51 incidents; and Weld, 154 incidents; according to the Uniform Crime Report in 2014, the most recent available compilation of comparable crime statistics.

Mesa County's property-crime incidents, 1,083, meanwhile, was second only to that of unincorporated Pueblo County, with 1,231 incidents, according to the same report. Boulder, Weld and Larimer counties all had fewer than 850 property-crime reports.

Mesa County's 203 violent crimes by far outstripped the 109 recorded collectively among the Western Slope counties of Delta, Eagle, Garfield and Montrose.

3

DEF 114

EXHIBIT 1
18-CV-01144-DDD-STV



PRESSURE TO FUND PUBLIC SAFETY | GJSentinel



Mesa County, according to statistics compiled by the Sheriff's Office, lags behind the staffing levels of similar jurisdictions and would pull even with one of them if the commission funded the agency's full request.

Lewis is asking the commission to increase by 32 the number of current operations deputies, to 75.

Not all those deputies would be on the county's roads, Lewis said. Operational deputies include captains, investigators, the narcotics unit and others, but doesn't include the deputies who work in the jail.

An operational staff of 107 would give the Sheriff's Office a ratio of 1.5 deputies per 1,000 residents of unincorporated Mesa County. The current ratio is 1.06 deputies per 1,000.

"We need to be at 1.5," Lewis said. "We need that to be effective and we're asking for what we think we need."

Even at 1.5 deputies per 1,000 residents, Mesa County would be half the level of Larimer County, which has three deputies per 1,000 residents. Boulder County has 1.5 deputies per 1,000 residents and Weld County is just below that threshold.

"We are going from 911 call to 911 call, which doesn't allow officers to proactively identify problems" and take appropriate action, Lewis said.

In 2015, it took deputies on average eight minutes after being dispatched to arrive at a Priority 1 call, slightly less time than it took in 2007. Priority 1 calls are those that require the quickest response.



Chief Deputy District Attorney Trish Mahre presents the state's case during a recent sentencing hearing for Isaac Ortiz, convicted of child abuse resulting in death. Caseloads for prosecutors in the district attorney's office are growing, prompting District Attorney Dan Rubinstein to seek funding for new attorneys and support staff from county commissioners.

Lesser-priority calls, however, can take substantially longer.

"If it's a priority 5, 6 or 7, we may tell you that it will be tomorrow" before a deputy can respond to a report, Lewis said

In all, Lewis is seeking $3.4 million a year to pay for the 32 new operations deputies and 22 new detention deputies. Operations deputies cost $64,711 per year, including benefits, and detention deputies cost $60,370.

That amount of money isn't available immediately and the Sheriff's Office couldn't immediately accommodate all those new spots, Lewis said.

He's hoping that the commission will commit to increasing the sheriff's staff in phases, perhaps over three years, Lewis said.

Commissioners, meanwhile, are contemplating how to continue with current services in the face of a projected 2.6 percent drop in 2017 revenues.

Scenarios already are being drafted to illustrate how many jobs elsewhere in the county might have to be reduced to accommodate increases in the sheriff's and district attorney's office and the possibility of furloughs — unpaid time for employees — four-day work weeks, and other measures have been raised.

"It's an emergency situation in our sheriff's staffing and with the DA," Commissioner Scott McInnis said in a budget meeting last week, suggesting that increases might be staggered, possibly a new deputy every month or so.

Eating deeply into the fund balance isn't something he's eager to do, said Commissioner John Justman.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 115**

PRESSURE TO FUND PUBLIC SAFETY | GJSentinel

"I can't go along with that," Justman said.

"I'm trying to save employees' jobs," commission Chairwoman Rose Pugliese said, noting that she also considers the county's contributions to Colorado Mesa University and economic development to be off the table.

The Sheriff's Office, however, has been stretched too thin for too long, Lewis said.

He's aware of the budget issues the county faces, but, "I can't in good conscience say it'll be OK, we'll be fine and submit a flat budget."

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 116**

County cuts loom large | GJSentinel com

THE DAILY
SENTINEL
GJSentinel.com

This copy is for your personal, noncommercial use only.

# County cuts loom large
## Departments to spend only 95% of their budgets



The line at the Mesa County Department of Motor Vehicles stretches out of the office to the front door of the Central Services building on Monday. Lines have lengthened since the DMV closed its satellite offices in Clifton and Fruita because of budget cuts.

By Gary Harmon
Monday, February 27, 2017

Mesa County is asking its department heads to take a steak knife to their budgets now so the commission won't have to swing a meat ax later.

County Administrator Frank Whidden sent out an email to county department heads telling them to hold spending to 95 percent of their approved budget amounts.

To do so could require layoffs or other cost-cutting measures and the longer officials take to reduce costs, the deeper those cuts will be, commission Chairman Scott McInnis said

The move is an effort to deal with an array of indicators showing tax revenues are unlikely to sustain the $57.4 million budget the county approved in December.

"The dynamics of what's going on are really negative," McInnis said.

Sales-tax revenues in January from sluggish December sales were off 1.4 percent from the same time last year and 2016 sales taxes were down 3.1 percent overall.

Use taxes in 2016 dropped 16.2 percent from the previous year, and severance taxes continued their deep dive, according to the county's finance office

Officials expected that the spending plan would eat into reserves, but have become alarmed as 2017 has opened.

Reducing spending by 5 percent with 10 months of the year remaining could save about $1.5 million, Whidden said.

All county departments will be subject to the reduction, with the exceptions of the sheriff's and district attorney's offices.

The 2017 budget was crafted with the intent of providing $1.4 million in new spending for the sheriff and $400,000 for the DA. Those increases went only part of the way to returning staffing to levels they were before 2010, when the commission slashed budgets in the face of falling revenues.

Residents already have felt the sting of reduction at the clerk's office, where waits to meet with motor-vehicle officials can run for more than an hour.

Clerk Sheila Reiner made an 8 percent, or $165,000, reduction and laid off four employees in November while closing satellite offices in Fruita and Clifton, leaving only the downtown Grand Junction office or the internet as places where motorists can get new license tags, new plates or to conduct other business.

Reiner said she was reluctant to make more cuts, especially because her budget already reflects the highest priorities of her office, which she noted was the only one managed by an elected official that took steps to reduce spending before the

4

1/2

EXHIBIT 1
18-CV-01144-DDD-STV

DEF 117

3/14/2017                          County cuts loom large | GJSentinel.com

budget was approved.

"If required to reduce our workforce again we would likely need to reduce service hours to the public, which may include appointment-only interactions for transactions that couldn't be accomplished through the mail or online," Reiner said

Time is an issue, McInnis said, urging officials to make cuts soon

What might be a 5 percent cut today could grow to be 7 percent cut, or more, in a few months, McInnis said.

Though there has been discussion among officials of a November ballot measure aimed at boosting revenues for deputies and prosecutors, none has emerged.

County officials "have hopes that a ballot measure will be passed in November that will alleviate some of the pressure in the public safety area," Whidden said in a memo to department heads, "but if that measure fails deeper cuts should be anticipated."

The county has, over the years, held down costs to 2 or 3 percent below budget, but that might not be enough.

"In general, we are seeking additional efficiencies everywhere, looking into revenue-enhancement ideas, and reviewing services to be reduced or eliminated," said Scott Stewart, chief financial officer for the county.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 118**



## MESA COUNTY
### JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | Sr. Business Systems Analyst |
| **Department:** | Information Technology |
| **Reports To:** | IT Manager |
| **FLSA Status:** | Exempt |
| | |
| **Driving Classification:** | Essential |
| **Management:** | Non-Supervisory Responsibility |

### JOB SUMMARY:

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment  Provides support for office applications, analyses, and evaluation for business processes.

### ESSENTIAL JOB FUNCTIONS:
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time  All responsibilities may not be performed by all incumbents )*

Performs project management duties, including; work scheduling, contract management, cost estimates, budget planning, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Provides custom reports, report writing; application software interface, export and import programming for assigned vertical applications

Coordinate WEB and output interfaces between vertical applications and delivery output.

Manage and implement new technological projects; develop system design, functional specifications, planning, scheduling, training, and testing of system; set priorities and objectives related to projects; write bid specifications, coordinate work schedules to ensure projects are completed efficiently; work with vendors and staff for implementing new systems.

Ensures adherence to security policies and procedures are met for business processes, applications, conversions and implementations.

Provide after hour and on call support for assigned applications.

Coordinate with multiple internal customer groups supporting multiple existing business applications and processes and analyzes the degree to which they meet customer needs, explores opportunities to leverage existing applications to expand their efficiency and effectiveness.

5

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 119**

Examines existing business models and data flows, identifies information opportunities and practical solutions, and discusses findings and designs appropriate solutions through use of existing and/or new business systems technology individually or in a team setting.

Participates in and oversees implementation of new systems and enhancements to existing systems, monitoring appropriate schedules and budgets. Develop user manuals and documentation as necessary. Oversee user, IT staff, and supervisory training as necessary to implement technical solutions. Provides ongoing customer support and training as needed.

Coordinates feasibility analysis, planning, development, and implementation of business systems to align information technology solutions with business initiatives

Develop and manage project startup and implementation plans  Develop business process maps and data flow diagrams as needed. Develop proposed interfaces to existing county data systems as needed.

Work with internal personnel and external vendors in the development of solutions; work with other county departments in analyses of supporting documents and functions, such as contracts and procurement.

Develop testing and implementation schedules, being sensitive to customer needs and other I.T. projects. Communicates with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

Provide hardware and peripheral installation and support   Provide "second tier" application support as needed, receiving help requests via the Helpdesk tracking system. Coordinates with the Help Desk concerning these requests.

Documents operations, security and procedures for IT application usage and maintenance. Develop application and process standards and procedures

Document application specific backup and recovery procedures to assure a timely recovery in the case of a failure or disaster recovery.

Prepares Requests for Proposals for recommended business applications and evaluates applications and business process for outsourcing opportunities.

Provides user training via training classes, seminars, over the shoulder and one-on-one training.

Work with vendors and internal personnel in the maintenance and operation of applications. Maintain user manuals and documentation as necessary

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

*MINIMUM QUALIFICATIONS REQUIRED:*

**Education and Experience:**

Bachelor's degree computer science or a related field and four (4) or more years of responsible related experience in an information systems environment, including computer programming and systems analysis, design, integration, and implementation desired

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 120**

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment. Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

| Name | Home department | Orig hire date | Ethnic Code | Sex | Termination date | Age | Position Title |
|---|---|---|---|---|---|---|---|
| | CLERK-CLER | 2/19/2013 | w | F | 11/1/2016 | 37 | LAND RECORDS TECHNICIAN |
| | CLERK-CLER | 1/9/2013 | h | F | 11/1/2016 | 38 | CUSTOMER SERVICE SPECIALIST TITLE & REG |
| | CLERK-CLER | 10/10/2013 | w | F | 11/1/2016 | 48 | ELECTIONS TECHNICIAN |
| | CLERK-CLER | 6/4/2014 | w | F | 11/1/2016 | 53 | CUSTOMER SERVICE SPECIALIST TITLE & REG |
| | PW-ENG | 6/1/1992 | w | F | 12/9/2016 | 57 | ENV HEALTH SPECIALIST II |
| | CODE-CODE | 3/15/2004 | w | M | Reduced by .5 FTE | 65 | SR CODE ENFORCEMENT OFFICER |
| | CODE-CODE | 4/7/2010 | w | M | Reduced by .5 FTE | 64 | SR CODE ENFORCEMENT OFFICER |

6

EXHIBIT 1
18-CV-01144-DDD-STV

DEF 122

| Full name | Home department | Ethnic Code | Sex | Age | Position Title |
|---|---|---|---|---|---|
|  | IT-IT | white | F | 52 | SR BUSINESS SYSTEMS ANALYST |
|  | IT-IT | white | M | 57 | SR BUSINESS SYSTEMS ANALYST |
|  | IT-IT | white | F | 52 | SR BUSINESS SYSTEMS ANALYST |
| BARNETT, DAVID | IT-IT | white | M | 47 | SR BUSINESS SYSTEMS ANALYST |
| BOURICIUS, DEBRA | IT-IT | white | F | 57 | SR BUSINESS SYSTEMS ANALYST |

*Avg. Age   53

EXHIBIT 1
18-CV-01144-DDD-STV

DEF 123

MESA COUNTY
NEW HIRE EMPLOYMENT INFORMATION

In order to complete the W-2, Payroll records, and Personnel reporting records,
the following information is needed from each employee.  PLEASE PRINT.

Name (as desired on paycheck)

Debra _____ Ann _____ Bouricius _____
First          Middle (initial or full)      Last

Mailing Address  3410  C  Road _____  Palisade _____  81526
                  Street or Box              City        Zip

Home Phone 434·5918   Social Security No. ███-██-████  Birth Date 4/22/59

Race/National Origin _white_____ (needed for EEO reporting)  Sex _Female_

Married/Single _Single__  No. of dependent children __0__  Blood Type _____
                                                            (optional)

(For positions requiring driving a vehicle):

Driver's License No. _H147063_____  Class __C__  Expiration Date 4/22/92

Date of Employment  4-2-90  Salary $13.2921/hour  ($2,304 /month)

Department  IRMA _____  PT ___  FT _X_  Regular _X_  Temp ___  Relief ____

Job Classification APPLICATIONS ANALYST _____  Grade 28  Step _—_

In case of emergency, notify _Steven M. Bouricius_____  303/747-2367
                              Name                         Phone

**NOTE:**  As a condition of employment, I understand all eligible employees are
**required** to join the retirement plan after one year of employment.  Both em-
ployer and employee make equal contributions of 4% of employee's salary on a
monthly basis.

                        _D. A. Bouricius_
                        Employee's Signature

Retirement eligibility date  4-1-91  DB
Health/Dental/Life insurance
            eligibility date  7-1-90  DB
6-month new-hire review date  10-2-90  DB
Merit review month  APRIL  DB

Vacation accrual hours/month  6.6467  DB max accrual ____
Sick leave accrual hrs/month  10  DB max accrual ____

---

Fund 100  Cost Center 11002  Object 5XXX  Project _€_

EEO Job Category  02        Employee Status  01
EEO Job Function  01        Position Control  0552
Workers' Comp.  8810     EXEMPT  X     ENTERED APR 1 8 1990
                                               Revised 11/88

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 222**


**MESA
COUNTY**

October 7, 2016

Dear Debra Bouricius,

Due to the economic environment facing Mesa County and the opportunities to
streamline, consolidate functions, and find efficiencies, your position as Sr. Business
Systems Analyst, has been eliminated   Budget constraints and new business
practices have led to this decision.  It is not reflective of your performance.

This letter is notification that today, October 7, 2016, will be your last working day
with the department.  You will be paid an additional month's pay (173.33 hours) and
your accrued vacation and sick leave (per policy) on your final check.  Any current
Health, Dental, and Vision benefits you are enrolled in will end October 31, 2016
(per policy).

We appreciate your dedication and service during your employment with Mesa
County and wish you the best of luck in your future endeavors.

Please contact Human Resources at 970-244-1856, with any questions regarding
separation information.

Respectfully,

Frank Whidden
County Administrator

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 234**



# MESA COUNTY

## 2016 Proposed General Fund Budget   6

2017 Projected Beginning Fund Balance:   $13,167,779

| 2017 Base Budget Revenues: | $55,528,926 | | |
|---|---|---|---|
| Projected Revenue (Tax) Decreases: | ($1,776,780) | Property Tax Decrease: | ($553,813) |
| Projected Revenue Increases: | $874,563 | Sales Tax Decrease: | ($279,679) |
| One-Time Transfer from Health Fund: | $750,000 | Specific Ownership Tax Decrease: | ($108,879) |
| | | Use Tax Decrease: | ($573,375) |
| | $55,376,709 | Severance Tax Decrease: | ($261,034) |
| | | | ($1,776,780) |

| Expenditures | | PILT Increase: | $69,473 |
|---|---|---|---|
| Base Budget: | $57,024,388 | Other Revenue Increase: | $555,090 |
| Sheriff's Office Increase: | $500,000 | Building Use Tax: | $250,000 |
| District Attorney Increase: | $200,000 | | $874,563 |
| Other Expenditure Decreases: | ($839,352) | | |
| Health Department Decrease: | ($719,793) | | |
| Turnover Savings Decrease: | $300,000 | | |
| Total 2017 Expenditure Request: | $56,465,243 | | |

2017 Projected Budget Request Ending Fund Balance:   $12,079,245

Fund Balance Decrease:   ($1,088,534)

Estimated Unrestricted 2017 Ending Fund Balance:   18.3%
(Percentage of Fund Balance to Appropriations)

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 576**

| Full name | Home department | Ethnic Code | Sex | Age | Position Title |
|---|---|---|---|---|---|
| | IT-IT | white | F | 52 | SR BUSINESS SYSTEMS ANALYST |
| | IT-IT | white | M | 57 | SR BUSINESS SYSTEMS ANALYST |
| | IT-IT | white | F | 52 | SR BUSINESS SYSTEMS ANALYST |
| BARNETT, DAVID | IT-IT | white | M | 47 | SR BUSINESS SYSTEMS ANALYST |
| BOURICIUS, DEBRA | IT-IT | white | F | 57 | SR BUSINESS SYSTEMS ANALYST |

*Avg. Age    53

EXHIBIT 1
18-CV-01144-DDD-STV

DEF 588

RECEIVED JAN 2 0 2011

**Improvement Action Plan**

Employee Name:  Deb Bouricius                                      Date: January 14, 2011
Position: Business System Analyst

<u>Nature of Problem:</u>
Security Breach of S.O. Data

<u>Specifics of Problem:</u>
IT was notified by the Sheriff's Office Tuesday, November 23rd, 2010 of a breach of highly
sensitive/confidential data.

During the process of working with data for conversion from our current law enforcement system
record management system to our future system a County database administrator placed a significant
amount of highly sensitive data into a directory on a County unsecured FTP site.  During the course of
this operation you were involved in conversations and actions leading up to the exposure of the data
and concerns were not brought to management.  The data was placed on the site in April 2010 and went
un-detected until November 2010.  During a period in October the data was accessed and down loaded
by multiple parties.

As project manager for this project you were directly involved in discussions with the data base
administrator about data being transferred for conversion and clean-up.


<u>Outcome:</u>
As project manager for this project you have the responsibility to work with and oversee the other  IT
staff involved in this project including the security of data, data storage and data transfers as it relates to
this or any project you are involved with.  At some point investigations have shown you either requested
some of the data for processing and had knowledge of its location.  As project manager you are
accountable for all parts of the project and have the oversight and daily management of this project,
which include ensuring appropriate protocols are in place and followed so the project isn't negatively
impacted.


<u>Improvement Action Plan</u>
The following items should be adhered to and immediately implemented in order to avoid future similar
issues:
1. Familiarize yourself with all data involved in data conversions and transfers.  Work directly with
Database Administrators and other Business Systems Analysis prior to any data transfers or conversions.
2. Develop a plan for future data transfers including multi personnel checking and approval of S.O.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**                                                        **DEF 735**

management prior to data transfers.

3. Develop knowledge of file transfer protocols and County files systems.

4. Schedule regular meeting with all IT parties involved on this project or any major system implementation to discuss any issues or question that may come up concerning security of data.

5. Document all data requests and transfers.

6. Immediately report any concerns to IT Manager.

Further performance and/or behavior issues will result in separation of employment.


<u>Employee Comments:</u>

_____

_____

_____

_____

_____

_____


_____          _____
Employee Signature                                       Date

_____          _____
Manager Signature                                         Date

**EXHIBIT 1**
**18-CV-01144-DDD-STV**                                         **DEF 736**



## MESA COUNTY PERFORMANCE APPRAISAL

Name  Deb Bouricius _____     Department IT _____

Performance Period:  From 4-2007 ____  To 4-2008 _____     Position: Business System Analyst ____

DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW:  _____

Evaluator: _____     Dept. Head/Elected Official:  _____

☐    New Hire Review          ☐      Promotional/Lateral Review     ☐X    Annual Review

DATE OF EVALUATION CONFERENCE:    4-11-2008 _____

Evaluator: Rick Corsi _____     Dept. Head/Elected Official: Stefani Conley _____

### PERFORMANCE LEVELS

**UNACCEPTABLE STANDARDS:**  Overall employee performance is unacceptable.

**BELOW STANDARDS:**  Employee is below standards in more than one performance area.

**MEETS STANDARDS:**  Employee meets standards in most or all performance areas but may have unacceptable or below standards ratings in at least one performance area

**ABOVE STANDARDS:**  Employee meets or is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained performance in job duties.

**OUTSTANDING PERFOMANCE:**  Employee is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained outstanding performance in job duties.

**EMPLOYEE SIGNATURE(S):**

*Performance Standards Development Review*

I have reviewed with my supervisor and understand the key duties and responsibilities and expectations of my job as established herein.

_D. G. Bouricius_____     _4-14-08_____
Signature                                  Date

*Evaluation Conference*

I have reviewed with my supervisor the appraisal herein of my performance regarding the established expectations of my job.  My signature does not necessarily reflect agreement with this appraisal. (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

_D. G. Bouricius_____     _4-14-08_____
Signature                                  Date

**EXHIBIT 1**
18-CV-01144-DDD-STV

**DEF 753**

# MESA COUNTY
# PERFORMANCE EVALUATION

EMPLOYEE: Deb Bouricius                           SUPERVISOR: Rick Corsi

PERFORMANCE PERIOD:   FROM 4-2007      TO 4-2008          POSITION: BSA

| RATING SCALE | | | | | PERFORMANCE LEVEL STANDARDS |
|---|---|---|---|---|---|
| UNACCEPT-ABLE | BELOW | MEETS | ABOVE | OUT-STANDING | Evaluate and Document Each Expected Standard of Performance |
| 1 | 2 | 3 | (4) | 5 | System/Technical knowledge |
| 1 | 2 | 3 | 4 | (5) | Department Process Knowledge |
| 1 | 2 | (3) | 4 | 5 | Hardware/Peripheral Support |
| 1 | 2 | (3) | 4 | 5 | Overall Communication  (Customer, vendor and IT) |
| 1 | 2 | 3 | (4) | 5 | Coordinate System Applications |
| 1 | 2 | 3 | 4 | (5) | Oversees Project Implementations |
| 1 | 2 | 3 | (4) | 5 | Trains users |
| 1 | 2 | 3 | 4 | (5) | Documentation |

**EXHIBIT 1**                                      **DEF 754**
18-CV-01144-DDD-STV

Teresa Devlin, Compliance Investigator
Debra Bouricius v. Mesa County
May 22, 2017
Page 2 of 10

Respondent's explanation for its decision to fire Ms. Bouricius is based entirely on the vague, unsupported assertion that she was fired because her "skills were not as strong" as other employees. Ms. Bouricius's most recent performance reviews show that the opposite was true. Her performance was remarkably strong according to all objective performance metrics, and she had overall performance ratings between "Exceeds" and "Far Exceeds." Meanwhile, Mesa County has not provided any information about the performance reviews of IT Department employees who were not laid off, and has not provided the ages of any employees in other departments impacted by the layoffs. As a result, Mesa County has deprived the CCRD of the ability to evaluate the truth or falsity of its claims.

While there is no doubt that Mesa County was facing budget deficits and that it was entitled to lay off workers to free up funds, employers are never allowed to fire only older workers because of their ages. The discriminatory termination of Ms. Bouricius is part of a pattern of picking older workers to be laid off and justifying it later with vague, inconsistent, and false claims about their performance. We are aware of at least two other employees fired in the same layoff who have also filed CCRD charges of age discrimination: Janine Corsi (age 59 at the time of the layoff), and Rick Corsi (age 59 at the time of the layoff).

The CCRD must put an end to this pattern of age discrimination.

## FACTUAL BACKGROUND

Ms. Bouricius began working for Mesa County on April 2, 1990 as an Applications Analyst. Because of her consistently strong performance over her almost twenty-seven years of employment, Ms. Bouricius earned successive raises over her career at Mesa County. At the time of her unlawful termination on October 7, 2016, Ms. Bouricius held the job title of Senior Business Systems Analyst ("Sr. BSA").

There is ample evidence that Ms. Bouricius was a remarkably high performing employee. In 2014, she received a strong performance evaluation which gave her an overall rating of between "Exceeds" and "Far Exceeds." *See* Attachment 9 to Respondent's Position Statement. On that evaluation, Ms. Bouricius received .95 out of 1.0 for Customer Service, 1.0 out of 1.0 for Inner Department Relations, 1.0 out of 1.0 for Professionalism and Availability, and 1.75 out of 2.0 for Technical Knowledge. The "overall" comment about her job performance in 2014 reads:

Deb has shown the ability to meet all the technical requirements of the job. Seems to feel most comfortable managing projects. An area to continue to develop would be technical and systems knowledge.

Deb has managed several different start-up projects throughout the year and as always continues to do an excellent job managing, coordination and organizing staff and vendors.

Has handles (sic) all assignments well.

1670 York Street • Denver, Colorado 80206 • p.303.298.9878 • f.303.298.9879 • www.KingGreisen.com • greisen@kinggreisen.com • swain@kinggreisen.com

**EXHIBIT 1**
**18-CV-01144-DDD-STV**                                      **DEF 929**



# MESA COUNTY

## JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | **Network Administrator** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Manager** |
| **FLSA Status:** | **Exempt** |
| | |
| **Driving Classification:** | **Essential** |
| **Management:** | **Non-Supervisory Responsibility** |

### JOB SUMMARY:

Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

### ESSENTIAL JOB FUNCTIONS:
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

#### Infrastructure and Security

Coordinate, install, configure and maintain network communication devices and internal wiring infrastructure.  Develop and update network documentation.

Configure, update and monitor network and data security including physical and logical network access for users.  Maintain Internet point of presence, IP address management services, vpn and firewall.  Create and maintain user access and security on multiple platforms including virus protection.  Manage and maintain physical computer room environment.

Monitor and troubleshoot network traffic, performance and availability. Evaluate and assess potential new software.

Assess, monitor and resolve internal and external security vulnerabilities.

#### Application Services

Install, configure and maintain all County application servers.  Responsible for applications licensing contract administration.

Provide secure file sharing.  Provide secure email access for internal and external county users. Manage secure, shared printing services including automatic printer driver  installation and configuration.  Install, configure and maintain desktop management suite for pushing down applications, remote control of desktops, and inventory.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

DEF 1661

### Database Services

Installs, configures, maintains database management system (dbms) servers.  Administer access to county databases by county personnel and applications.  Create database tables and collections as needed for county and third party application use.  Maintain existing database tables and collections.

### Storage Management

Maintain and configure site redundant  storage area network.

Manage all storage presented to servers through direct attached, network attached, or storage area network systems.

Provide backup and disaster recovery.

### General

Install, configure and maintain highly available, redundant servers and make specific recommendations concerning hardware redundancy and software delivery.

Provide 24/7 support for network services and applications.

Communicate with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

### MINIMUM QUALIFICATIONS REQUIRED:

**Education and Experience:**

Bachelor's degree in computer science or related field and four (4) or more years of related experience.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

### PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1662**

**EXHIBIT 1**
**18-CV-01144-DDD-STV**



## JOB DESCRIPTION

---

**Job Title:**             **Technical Support Specialist**
**Department:**            **Information Technology**
**Reports To:**            **IT Manager**
**FLSA Status:**           **Non-Exempt**

**Driving Classification:**    **Marginal**
**Management:**           **Non-Supervisory Responsibility**

---

### *JOB SUMMARY:*

Provides technical or functional application problem solving advice and follow up to system users via the Mesa County I.T. Helpdesk phone line, giving Mesa County computer users a focal point for inquiry and incident support, help with using county computer based business systems, and management reporting on I.T. service quality. Assists I.T. Desktop Support personnel in providing front line user support with desktop computer and application issues.

### *ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Provides reports and information to I.T. Management concerning I.T. service levels, response times, and quality to assist I.T. Management in resource allocation and service capacity planning

**Help Desk Activities:**

Provides county computer users with a central point of contact to receive assistance and report computer issues to I.T. Manage requests for assistance using tools provided, provide assistance at the time of contact as possible and time permitting

Provides non-emergent assistance and advice to county computer users via FAQs, phone and e-mail. Maintains and assists with maintenance of online information base, including FAQs and Knowledgebase

Routes help desk requests to appropriate I.T. support personnel based on personal computer knowledge and experience, and familiarity with I.T. organizational structure to assure timely and appropriate delivery of I.T. support to county computer users

**Desktop Support:**

Provides county computer users with support in the daily operations of computer desktop and laptop computers, including setup and configuration, daily activities, desktop application operations, and maintenance and diagnostic support.

**Application Support:**

Provides support to users for business application software.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 1666**

**Training and Documentation:**

Develops or secures written guidelines for handling computer related problems or tasks

Develops policies and procedures related to information systems operation, maintenance and security

Oral and written communications must be clear and effective.

Performs other related duties as assigned

*MINIMUM QUALIFICATIONS REQUIRED:*

**Education and Experience:**

Associates degree or two (2) years of college or technical training in computer science, electronics engineering, telecommunications or a related field and two (2) years of progressively responsible related experience.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

*PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:*

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.



# MESA COUNTY

## JOB DESCRIPTION

**Job Title:**          **Information & Communications Manager**
**Department:**        **Sheriff's Office**
**Reports To:**         **Undersheriff**
**FLSA Status:**        **Exempt**

**Driving Classification:**    **Essential**
**Management:**        **Non-Supervisory Responsibility**

*JOB SUMMARY:*

Performs complex work coordinating, establishing and maintaining communication between the agency and its various customers; manages information internally and externally for and about the Mesa County Sheriff's Office; reviews departmental reports, records and data in order to provide information to command staff, members of the public, the media and other department personnel. Provides statistical analyses for all facets of on-going agency functions and activities. Coordinates and participates in programs to promote department services, and provides public education.

*ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Serves as department Public Information Officer which requires writing press releases, fielding and/or answering questions concerning specific situations, conducting media tours, or meeting with the press. Coordinates media press conferences and arranges interviews regarding agency issues and activities.

Attends Command Staff meetings with department executive staff, participates in planning, controlling, and directing department activities, functions and obligations.

Responds to requests for information from members of the public, all media sources, other agencies and department personnel, both on the phone and in person. Writes and distributes authorized press releases, public service announcements and other publications.

Responds to requests for research projects by media sources. Conceptualizes scope of and conducts research. Creates presentations of the research results for the media.

Participates in discussions about information to be released on sensitive cases or ongoing criminal or internal investigations.

At crime scenes and critical incident command situations, serves as Public Information Officer (PIO) with duties to include fielding and/or answering media questions, conducting media tours of scene, handling media requests and managing media access to scene, writing and issuing media releases, assisting incident commander(s) with management of information, and documenting scene for historical archival purposes.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 1670**

At crime scenes and critical incident command situations, may serve as Planning or Logistical support, as identified in the Incident Command System.  Planning duties include assisting incident commander(s) in development of action plan for incident, collecting and evaluating information concerning incident, maintaining resource status, and documenting incident events.  Logistical duties include providing and/or arranging for resources, services or other types of support to meet incident needs.

Serves as member of Command Staff and serves as advisor to the Sheriff in the development of programs and special projects.  Participates in strategic planning and organizational development.

Provides statistical analyses for agency activities.  Statistics may be drawn from all aspects of agency activity, including progress analyses, crime analyses, tactical analyses, division progress analyses, and personnel analyses.

Receives requests for statistical information from Command Staff and the public.  Must conceptualize the method for gathering information, interview employees as to their participation in the gathering, collect information, create databases of spreadsheets to hold information, analyze information for relevance, and create presentations of information (often using computer-generated graphics).  This information is used in-house or is released to the public.

Responds to requests for assistance from citizens concerning administrative or public service matters.  Refers citizen requests to appropriate employees within the Department or to appropriate sources outside the Department.

Performs tours of the agency and specific public appearances including public speaking engagements.

Develops and monitors agency's public relations communication plan.

Serves as agency representative on a variety of internal and external committees as assigned.

Oversees development of agency Internet web sites.

Provides support to the agency in the development and implementation of agency promotional assessment processes.  Assists in external recruitment and hiring activities as requested.

Uses existing software to develop and utilizes databases and/or spreadsheets to analyze and prepare reports.

Serves as data support for Command Staff, particularly during press conferences and interviews.  Assists Command Staff in preparing for lectures and presentations.

Assists Command Staff in budget development; assists Command Staff to conceptualize and create budget presentations to County officials.  Performs research for statistics used in these presentations.

Confers with representatives of other law enforcement agencies for comparative statistical research.

Performs research at outside facilities for historical/archival information having relevance to statistical research being conducted within the Department.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

***MINIMUM QUALIFICATIONS REQUIRED:***

**Education and Experience:**

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 1671**

Bachelor's degree in public relations, data analysis, journalism, communications, statistics or related field and two (2) years of related experience

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 10 pounds.

Work is generally confined to a standard office environment.

**EXHIBIT 1**
**18-CV-01144-DDD-STV**

**DEF 1672**