# Transcript of the Testimony of

## RICK CORSI
### April 22, 2019

**Debra Bouricius**
v
**Mesa County, et al.**

## Linda L. Frizzell, RPR

*Linda L. Frizzell, RPR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



CELEBRATING 20 YEARS
*Of Court Reporting In Colorado*
Hansen & Company, Inc.
*Serving Colorado's Legal Community*

**EXHIBIT 2**
**18-CV-01144-DDD-STV**

Debra Bouricius                                                RICK CORSI
Mesa County, et al.                                        April 22, 2019

Page 11

```
 1   it --
 2        A.   Yes.
 3        Q.   Okay.  So from GIS coordinator, do you recall
 4   what your first promotion was?  Did you get a new title?
 5        A.   Oh, they probably called it something like --
 6   what was it?  It was like -- I'm trying to think what
 7   the -- what the actual title was.  It was like a digital
 8   government manager or something like that.  I don't
 9   remember the exact title.
10        Q.   Okay.  How about let's work backwards.
11        A.   Okay.
12        Q.   What was your last title?
13        A.   IT manager.
14        Q.   All right.  Do you recall when you got that
15   title?
16        A.   Not really.  It would have been somewhere in the
17   mid-2000s.
18        Q.   Okay.  Okay.  And was that a promotion as well?
19        A.   Yes.
20        Q.   All right.  Now, from the time you became IT
21   manager to the time you left Mesa County, did you have
22   the same group of workers under you?
23        A.   No.
24        Q.   Okay.  How did that change?
25        A.   I started out with the GIS group, and there
```

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 14

```
 1      A.   Yes.
 2      Q.   Were you and Lhana and -- and Flick on the same
 3   level?
 4      A.   We all reported to Frank Whidden.
 5      Q.   Okay.  But do you know, was Lhana's position
 6   somehow lesser than you and Troy?
 7           MS. SEVERN:  Object to form.
 8      A.   She was -- her pay scale was at a lower level --
 9      Q.   (BY MS. BISBEE) Okay.
10      A.   -- than mine.
11      Q.   And her experience, do you know what her
12   background was?
13           MS. SEVERN:  Object to the form.
14      A.   Her experience was she -- when we hired her, she
15   was working for Department of Human Services.  She had
16   some computer experience.  We hired her as a help desk
17   technician, and then she later moved up into a desktop
18   support position.  And then -- then was promoted into
19   supervising the desktop and help --
20      Q.   (BY MS. BISBEE) Okay.
21      A.   -- desk.
22      Q.   Did you have anything to do with her being
23   promoted?
24      A.   Yes.
25      Q.   Okay.
```

Debra Bouricius                                              RICK CORSI
Mesa County, et al.                                      April 22, 2019

Page 62

1      Q.  Okay.  Was there something different about 2016,
2  or did you guys have the same budget processes you had
3  the prior years?
4      A.  Overall, I think it was the same budget process.
5  We -- we were asked to look at reductions in budget.
6      Q.  But did it start in the summer?
7      A.  I believe so.  And, I mean, it was -- yeah, I
8  believe it was the summer when it started or --
9      Q.  So would you have created some documents and
10  then sent them to finance for an initial review?
11      A.  Or they -- yes, yes.  There was a budget process
12  that -- budgets were -- proposals were -- department
13  proposals were put in, and they went to the finance or
14  budget department.
15      Q.  Do you recall doing that in 2016?
16      A.  Yes.
17      Q.  Do you know what time that was?
18      A.  I don't.  It would have been summer to fall.  It
19  would have had to have been before --
20      Q.  Do -- did you get any -- were you part of any
21  discussions where that budget was sent back, and you were
22  asked to do something else?
23      A.  We were continually asked that last year to try
24  to make adjustments with the budget, and we were --
25      Q.  So every time it came back to you, you were able

Debra Bouricius                                              RICK CORSI
Mesa County, et al.                                     April 22, 2019

Page 85

 1  to, and we got there and there was a HR representative,
 2  Brenda, I -- again, last name, not -- I don't remember
 3  right now.  It will come to me in a couple minutes like
 4  it usually does.  And another gentleman that was -- no
 5  one had ever seen before.  And then Frank came in, and
 6  said, The County has got -- I can't remember what it was
 7  a 2 million deficit -- or the need for $2 million or
 8  something like that, budget issue, and 500,000 of that
 9  has got to come from IT, and your positions have been
10  eliminated.
11       **Q.   (BY MS. BISBEE) Did he say anything else?**
12       A.   He was asked a couple of questions, but he got
13  out of there fairly quickly, and said that Brenda has
14  paperwork for us.  And the guy sitting at the table was
15  from EAP or some place like that, and if we needed
16  assistance, talk to him.
17           This guy -- after Frank almost -- very quickly
18  left the room, this guy said, I've never seen anything
19  like this before in all his years of experience.
20       **Q.   So how long was the meeting in total?**
21       A.   Probably less than 15 minutes.  They asked us to
22  sign some -- I can't remember what it was, to sign a
23  paper basically.  I don't remember what the paper was,
24  but -- probably a forwarding address or something, I
25  don't know.

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

**EXHIBIT 2**
**18-CV-01144-DDD-STV**

Debra Bouricius                                          RICK CORSI
Mesa County, et al.                                April 22, 2019

Page 119

```
 1        Q.   (BY MS. SEVERN)  When you were employed with
 2   Mesa County, let's just talk about towards the end of
 3   your employment, did you ever hear about any budgetary
 4   concerns going on with the County?
 5        A.   Yes.
 6        Q.   What did you hear?
 7        A.   That there were shortfalls in taxes and budget
 8   reductions needed to be made across the County.
 9        Q.   When did you hear of this?  Do you remember?
10        A.   It would have been probably throughout --
11   probably starting in 2015 throughout 2016, and that's
12   when we were putting together budget plans that would
13   have reduced the budget without reducing staff because
14   there were also studies from outside consultants that
15   still said that the IT department at Mesa County was
16   understaffed for the workload that we had.
17        Q.   Who did you hear from regarding the budget
18   shortfalls and the reductions needed to be done?  Who
19   told you about that?
20        A.   It would have come from Frank.
21        Q.   Okay.  Did you ever see any mention in a
22   newspaper or a -- a public article or anything like that?
23   Does that sound familiar?
24        A.   Yes.
25        Q.   Okay.  You -- you remember seeing information
```