# Transcript of the Testimony of

## JANINE CORSI
### April 22, 2019

**Debra Bouricius**
**v**
**Mesa County, et al.**

## Linda L. Frizzell, RPR

*Linda L. Frizzell, RPR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



**EXHIBIT 5**
**18-CV-01144-DDD-STV**

Debra Bouricius                                           JANINE CORSI
Mesa County, et al.                                    April 22, 2019

```
                                                             Page 16
 1         Q.   And I think you said the IT department had 24
 2    employees; is that correct?
 3         A.   I believe so.
 4         Q.   Can you explain to me how it was structured?
 5         A.   When we were laid off, there were two IT
 6    managers.
 7         Q.   So was Lhana Jordan an IT manager at that time?
 8         A.   Her position was a different title.
 9         Q.   Okay.
10         A.   I think she was something help desk.
11         Q.   Okay.
12         A.   Maybe help desk -- I don't know what her exact
13    title was actually.
14         Q.   So the IT managers were your husband, Rick
15    Corsi, and Troy Flick?
16         A.   Right.  And I'm not sure if Lhana was directly
17    under Frank, but Rick probably remembers all that better
18    than I do.
19         Q.   And how many -- did you report directly to Troy
20    Flick?
21         A.   Yes.
22         Q.   And how many other folks reported to Flick?
23         A.   There was Bill Tarlton, he was the network
24    administrator; Carey Stieb, network administrator;
25    myself, network administrator; and then there was --
```

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

**EXHIBIT 5**
**18-CV-01144-DDD-STV**

Debra Bouricius  JANINE CORSI
Mesa County, et al.  April 22, 2019

Page 17

1   actually, I think Lhana worked for Troy, and then there
2   was some PC support people:  Derek Conlon, two other guys
3   that were PC support, and then there was Paul Mitts and
4   Chrislynn Howerton were the -- basically the phone help
5   desk.  They would answer the calls and create tickets and
6   that kind of thing.
7           And then my husband had web group, which was
8   Leilani Boyles and Joe Keene; the GS group:  Chris Kadel,
9   and Ryan, I can't remember his last name; and then the
10  BSA group, which was Lori Marak, Deb Bouricius, Terrie --
11  she was -- I can't remember her last name, Kelly
12  Leuallen, and David Barnett.  They were all business
13  systems analysts.
14          Basically, he had web, database, and GIS and
15  business systems analyst.  And Troy had network
16  administration and help desk.  And Frank was directly
17  above Rick and Troy.
18     **Q.  So when Frank Whidden was the IT director, was**
19  **his office in your space?**
20      A.  No.  He was in the third floor of the
21  courthouse, which is kind of a -- it's an older building,
22  so it's kind of in, like, the spiral staircase.  So there
23  wasn't a lot of direct contact with Frank.  He would come
24  down occasionally.
25     **Q.  How often?**