5/1/2019　　　　　　　　　　　　　　Gmail - Re: Support Specialist

 Gmail　　　　　　　　　　　　　　　　　Deb Bouricius <bouricii@gmail.com>

## Re: Support Specialist
1 message

**Deb Bouricius** <bouricii@gmail.com>　　　　　　　　　　　Mon, May 29, 2017 at 5:30 PM
To: Janine Corsi <thecorsis@yahoo.com>

> http://www.gjsentinel.com/news/articles/mcinnis-sales-tax-increase-necessary
>
> Carol got laid off.
>
>> On May 29, 2017 4:56 PM, "Janine Corsi" <thecorsis@yahoo.com> wrote:
>> I would have picked Dave over Andrew for sure, not that I knew Andrew at all, Dave doesn't have a degree so maybe that was part of it. Or maybe he didn't want to be on-call.
>>
>> 200 people, sounds like a sinking ship. What's going on the ballot?
>>
>> Did Carol leave the county. I feel like I should know this.
>>
>> Sent from Yahoo Mail for iPhone
>>
>>> On Monday, May 29, 2017, 1:01 PM, Deb Bouricius <bouricii@gmail.com> wrote:
>>>
>>> Eric never seemed to want to do anything but pc support....just would have liked more $$.  I'm surprised Dave didn't want the promotion.
>>>
>>> Carol McGinnis said to say hi. She's working at the Dress Barn.
>>>
>>> Lhana said if the vote doesn't pass this November, they will layoff 200 people.
>>>
>>>> On May 29, 2017 12:00 PM, "Janine Corsi" <thecorsis@yahoo.com> wrote:
>>>> I wonder if they offered it to Eric first? I guess they want to keep the young uns happy.
>>>>
>>>> Sent from Yahoo Mail for iPhone
>>>>
>>>>> On Monday, May 29, 2017, 11:47 AM, Deb Bouricius <bouricii@gmail.com> wrote:
>>>>>
>>>>> So the deal is Ron got a job in Oregon and they are promoting Andrew and Josh to Jr. Network Administrators.

EXHIBIT 6
18-CV-01144-DDD-STV

Bouricius 000602