## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

     Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

     Defendant.

---

### PLAINTIFF'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)

---

     Plaintiff, pursuant to Fed. R. Civ. P. 26(a)(2), hereby submits the following Expert Disclosure:

### Retained Experts

    1.  William H. Kaempfer, Ph.D., 86 Redwood Drive, Safety Harbor, FL  34695, (303) 717-5063.  Dr. Kaempfer may be called to provide expert testimony consistent with his expert report.  Dr. Kaempfer may be called to provide expert testimony in the field of economics and to testify as to the Plaintiff's economic damages.  A summary of his expert testimony is as follows:

- **Opinions and Bases Therefor:** This information is set forth in the narrative report appended hereto as Exhibit 1.   In addition, Dr. Kaempfer may be called to rebut the opinions of Defendant's expert(s).

**EXHIBIT 8**
**18-CV-01144-DDD-STV**

# EXHIBIT 1

**EXHIBIT 8**
**18-CV-01144-DDD-STV**

# PRELIMINARY EVALUATION OF ECONOMIC LOSS DUE TO AGE DISCRIMINATION

# *Ms. Debra Bouricius*

Prepared for:

Paula Greisen
King and Greisen, LLP
1670 York St.
Denver CO 80206

January 25, 2019

Prepared by:

William H. Kaempfer, Ph.D. /s/
Consulting Economist
86 Redwood Drive
Safety Harbor, FL 34695
(303) 717-5063

**EXHIBIT 8**
**18-CV-01144-DDD-STV**

- I assume that benefits, except for vesting provisions to her retirement and vacation accrual, are similar.  In order to be vested in the Boulder County retirement plan, Ms. Bouricius must work several more years.  Vacation time accrued in Boulder is much lower than in Mesa County because of her short tenure.  Over nine years of expected employment, she will be penalized by about 45 days of vacation.

- Although her paychecks are higher in Boulder County than in Mesa County, Ms. Bouricius is forced to absorb significantly higher commuting costs and reside in a much inferior home in her post-termination circumstances.  This leads to a significant loss in net earnings.

- Ms. Bouricius now has a commute of at least 47 miles per day longer that when employed by Mesa County.  At current IRS mileage rates of $0.58 per mile, this creates and additional employment expense of $6,815 per year.

- In addition, Ms. Bouricius spends at least one hour per day more in commuting to work in Boulder County relative to her commute in Mesa County.  Valuing this time at her hourly-pay equivalent in Mesa County, the commute costs Ms. Bouricius $9,569 per year.

- Taxes in Boulder County are higher than in Mesa County, including a higher sales tax rate of about 0.8 percent.

- Living in rural mountain conditions about 30 miles west of Boulder imposes significant additional living costs on the Bouricius household including the need for a higher clearance, more winter ready vehicle, higher utilities, a 20 mile commute to do laundry, and more burdensome utilities.  In addition, they lack storage space in their current home which has no garage.  I assume that these factors add $8,184 per year above the normal costs they faced in Mesa County.

- The Bouricius household currently resides in a primitive dwelling on property they own in the community of Peaceful Valley, Colorado.  In addition to the costs enumerated in the bullet above, they are sacrificing a great deal relative to the home they had in the Grand Junction area.  In order to rent a property close to Boulder and of roughly similar size (but not with anything close to the same aesthetic values) as the Grand Junction home they had to vacate, they would face a rental cost in Boulder ranging from at least $3,000 to $4,000 per month, or more.  By renting a more comparable home in Boulder,

**EXHIBIT 8**
**18-CV-01144-DDD-STV**

Ms. Bouricius would avoid some of the costs she currently bears by living in Peaceful Valley, such as the cost of her commute, renting a storage shed, having to drive to do laundry, and so forth.  However, the higher tax rates of Boulder County would still be present as a cost of living difference between Boulder and Grand Junction.

**Economic Losses**

Past and future economic losses are described in three scenarios.  The first assumes that the Bouricius household continues to live in their current, sub-standard cabin in Peaceful Valley, Boulder County, and Ms. Bouricius continues in the long commute to her mitigating employment in Boulder at considerable expense. In this scenario, the loss suffered by Ms. Bouricius is calculated as $110,240 of which $44,202 is past loss and $66,038 is future loss.

The second scenario is based on the assumption that in order to mitigate her income loss, Ms. Bouricius moved to Boulder and rented a home at $3,000 per month inclusive of utilities.  By doing so, she would no longer bear the expenses of commuting and making up for smaller living spaces.  In this scenario, the loss suffered by Ms. Bouricius is calculated as $216,880 of which $68,490 is past loss and $148,390 is future loss.

The third scenario is also based on the assumption that in order to mitigate her income loss, Ms. Bouricius moved to Boulder and rented a home but at a $4,000 per month cost inclusive of utilities in order to better approximate what the household sacrificed by moving from Grand Junction.  In this scenario, the loss suffered by Ms. Bouricius is calculated as $322,255 of which $92,490 is past loss and $229,765 is future loss.

IV.  <u>**Summary**</u>

Based on this analysis and reasonable economic probabilities, an aggregate fund of between $110,240 and $322,255 will serve as a substitute for probable past and future losses suffered by Ms. Bouricius stemming from her termination by Mesa County in October 2016.

In calculating losses probable growth in wages and price inflation has been incorporated so that the compensation in future years does not fall below the real economic loss.  The probable

**EXHIBIT 8**
**18-CV-01144-DDD-STV**