**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

**PLAINTIFF'S REVISED INITIAL DISCLOSURES PURSUANT TO FED.
R. CIV. P. 26(a)(1)**

    Plaintiff Debra Bouricius, by and through her attorneys, Paula Greisen and Hunter A. Swain of KING & GREISEN, LLP, hereby submit the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1). These disclosures are based upon information reasonably available to Plaintiff at this early stage of litigation, and Plaintiff reserves the right to supplement these disclosures as further information becomes available through discovery or otherwise.

    Notwithstanding the following disclosure of witnesses and documents, Plaintiff reserves the right to object to the actual production of documents, the introduction of documents into evidence, and the testimony of any and all disclosed witnesses to the extent the production of such documents, or the testimony of such witnesses, is not discoverable, is not relevant, or is immaterial, privileged, protected in any way, or is objectionable for any other reason. Plaintiff reserves the right to raise any applicable objection or to seek a protective order regarding the

**EXHIBIT 9
18-CV-01144-DDD-STV**

8. Mesa County's Position Statement and Response to Request for Information dated March 29, 2017 (with attachments), Bates Nos. Bouricius 000039-000384 and 000010-000011;

9. Settlement Agreement and Release between Mesa County and Janine Corsi, Bates Nos. 000385-000391;

10. Settlement Agreement and Release between Mesa County and Rick Corsi, Bates Nos. 000392-000398; and

11. Mesa County Conciliation Agreement, Bates Nos. 000399-000405.

C. COMPUTATION OF DAMAGES

Plaintiff seeks the maximum amount of available legal and equitable relief for Defendant's violations of her rights under the ADEA. Certain categories of Plaintiff's damages are not subject to precise calculation and must be determined by a jury in its sound discretion at trial in this case. Further, Plaintiff's actual economic damages continue to accrue, cannot be determined precisely prior to discovery, and may require the assistance of an expert economist. Nevertheless, Plaintiff submits the following good faith estimate of her economic damages, with the understanding that this estimate is preliminary only and will be updated in the time and manner contemplated by the Federal Rules of Civil Procedure and this Court's orders regarding expert discovery deadlines.

Plaintiff was unemployed for approximately two months before she became re-employed. However, Plaintiff was forced to relocate to a larger job market in order to find new employment, which has a significantly higher cost of living. In addition, Plaintiff was forced to remove approximately one-thousand six-hundred apple trees from her family apple orchard in Mesa County and cease operations of her apple farming business, resulting in significant loss of

**EXHIBIT 9**
**18-CV-01144-DDD-STV**

income. Plaintiff has been unable to afford to purchase or lease a comparable house in Boulder County.  Thus, Plaintiff has suffered significant financial losses. As to her economic loss, Plaintiff seeks lost wages for her period of unemployment; the differential in her earnings from those that she would have earned by continuing to work for Defendant, adjusted for the increased taxes and cost of living between Mesa County, Colorado, and Boulder County, Colorado; plaintiff's lost benefits; moving costs; and the lost value of Plaintiff's family farm incurred as a direct result of her unlawful termination. Ms. Bouricius also seeks compensatory and consequential damages and other non-economic losses to the extent allowed by applicable law, in an amount to be determined at trial.

Plaintiff also requests judgment in her favor for pre-judgment and post-judgment interest as provided by law, for costs, attorney's fees, expert witness expenses, adjustment for taxing consequences, all other relief allowed by law, and for such other and further relief as the Court deems proper.

D. **INSURANCE**

Not applicable as to Plaintiff.

DATED this 2nd day of August 2018.

                KING & GREISEN, LLP

                *s/ Paula Greisen*
                _____
                Paula Greisen
                Hunter A. Swain
                King & Greisen, LLP
                1670 York Street
                Denver, Colorado 80206
                (303) 298-9878 telephone
                (303) 298-9879 facsimile
                greisen@kinggreisen.com

**EXHIBIT 9**
**18-CV-01144-DDD-STV**