# EXHIBIT 3

**Laurie Mool**

| | |
|---|---|
| **From:** | Alicia Severn <Severn@bechtelsanto.com> |
| **Sent:** | Friday, January 18, 2019 2:33 PM |
| **To:** | Julie Bisbee; Michael Santo |
| **Cc:** | Paula Greisen; Laurie Mool |
| **Subject:** | RE: 11/11 phone call |

Thanks for following up, Julie. I'm providing here the information we have to date.

Mesa County designates Frank Whiddon to testify regarding 30(b)(6) deposition matters 1-5, 8-11, 15-20, 24, and 27-28. Mr. Whiddon is currently on vacation, so I will send you available dates for the 30(b)(6) deposition on these matters in late January/very early February when he is back in the office.

With respect to Ms. Bouricius's deposition, February 21 does not work. I will let you know as soon as I can as to whether February 22 will work.

Thank you,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

*Our annual employment-law conference with WCHRA is scheduled for April 17, 2019.  Look for more information in future issues of the firm's* Employer's Advisory *newsletter, or check the event page of our website at* [www.bechtelsanto.com](www.bechtelsanto.com).

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.