# EXHIBIT 6

# MESA COUNTY

# HUMAN RESOURCES POLICIES
# AND
# PROCEDURES MANUAL

Revised and Adopted
October 10, 2016

DEF 1303

# CHAPTER 8

## SEPARATION FROM COUNTY SERVICE

### 8.01 GENERAL EXPLANATION

This chapter addresses the departure of an employee from County service, except as stated in Chapter 7 concerning dismissals for disciplinary reasons.

### 8.02 RESIGNATIONS

Mesa County and each employee have the right to terminate the employment relationship at any time without liability and regardless of the satisfactory or unsatisfactory performance by the other party. Even so, Mesa County asks, but does not require, that regular employees give two (2) weeks written notice of their intent to resign in order that the County can maintain orderly staffing patterns, uninterrupted service, and timely recruitment and appointment of replacement employees. Employees will not be paid holiday pay for any holiday occurring on the effective date of their resignation.   (See also Section 8.07)

The effective date of resignation is the last actual day worked.

### 8.03 LAYOFF

If it becomes necessary to lay off employees due to lack of funds, reorganization, reduction in quantity of programs, or for any other reason, directors will first conduct or have conducted an analysis of personnel needs.   From the analysis, each director will recommend quantity and types of proposed reductions.   The County Administrator will review and comment on the proposals, recommending any changes felt necessary to the Board of County Commissioners, who will make the final decision (Health Department addendum and Human Services Department addendum).

In determining the individual employees to be laid off, the following will apply:

Among regular employees, the director will have the option to lay off employees as deemed necessary and appropriate.   The following items must be considered, in light of the needs of the department.   These factors shall be taken into account in the order indicated:

A.  Performance of the employee;

B.  Special abilities the employee may possess

In the event that the selection cannot be made on the above basis, the determining factor will be time employed by the County in a given position and the demand for that position within the proposed division reorganization.

A layoff is not considered to be a dismissal and not grounds for initiation of the problem solving process (See Section 7.11).

Regular employees being laid off will receive notice of layoff at least thirty (30) days prior to the effective date of the layoff, unless the layoff is temporary in nature and not expected to exceed ten (10) working days.

DEF 1351

If reinstated in County service following a layoff within one (1) year, regular employees will retain any unused sick leave hours. If an employee was previously eligible for insurance    benefits, waiting periods will not apply. Unless reinstatement is within thirty (30) days of the layoff, the employee's anniversary date will be adjusted one (1) month for each month laid off. (See Sections 4.03.J.2 and 4.07)

8. 04 DEATH OF AN EMPLOYEE

Upon the death of an employee, the employee's final check, including any accumulated annual leave and applicable sick leave (Section 5.04.J), will be made payable to the deceased.

8. 05 SEPARATION PROCESS

When an employee separates from County service, the following paperwork must be submitted to the employee's director and forwarded to Human Resources:

A.  Mesa County "Separation Form"

B.  Signed and dated letter of resignation, dismissal or termination (if applicable)

C.  "Request for Distribution" form releasing employee's retirement funds (if applicable), And

D.  "Continuation of Insurance Form" (if applicable)

Human Resources may conduct an exit interview with a terminating employee prior to the employee's last day of County service.

8. 06 RETURN OF COUNTY PROPERTY

Directors must ensure that a terminating employee returns all County property, such as identification cards, keys, badges, tools, and similar property.

8. 07 ANNUAL AND SICK LEAVE ACCUMULATION UPON SEPARATION

An employee who separates from County service does not accumulate leave after the employee's last day of work, even though the employee may receive pay for accumulated annual leave.

8. 08 INSURANCE BENEFITS UPON SEPARATION

Benefits will continue through the last day of the calendar month in which an employee terminates. To determine eligibility for continuation of insurance coverage, please contact Human Resources.

DEF 1352