# EXHIBIT 7

Transcript of the Testimony of

**JANINE CORSI**
April 22, 2019

<u>Debra Bouricius</u>
v
<u>Mesa County, et al.</u>

Linda L. Frizzell, RPR

*Linda L. Frizzell, RPR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



Debra Bouricius                                              JANINE CORSI
Mesa County, et al.                                          April 22, 2019

Page 14

1    A.  Because she was kind of disturbed by he called
2    her "sweetheart," and she thought it was inappropriate.
3    So she brought that to the attention of HR, I think.
4    **Q.  Okay.**
5    A.  And to my husband.
6    **Q.  Was your husband her supervisor then?**
7    A.  Um. No, I don't think she ever worked for him
8    directly.
9    **Q.  Okay.  Do you recall who was head of HR that she**
10   **complained to -- or I'm sorry.  Did you say the head of**
11   **HR or just HR?**
12   A.  She brought it up to Rick, and then he could
13   probably tell you more.  I can't really remember who they
14   talked to about it.  They just thought it was odd.  She
15   thought it was odd the way he was calling her
16   "sweetheart" and "honey" kind of thing, and then they
17   thought maybe because he was from the South.  I don't
18   know.  This is all just things I heard.
19   **Q.  Okay.  Do you know if anything ever came of it?**
20   **Their complaint?**
21   A.  I don't think anything ever came of it.  He --
22   Frank ended up getting hired at a lower level than he is
23   now.
24   **Q.  Okay.**
25   A.  The commissioners moved him up into county

Debra Bouricius  JANINE CORSI
Mesa County, et al.  April 22, 2019

Page 88

1             REPORTER'S CERTIFICATE

2

  STATE OF COLORADO    )
3                      )  ss.
  COUNTY OF DENVER     )
4

5             I, LINDA L. FRIZZELL, Registered Professional

6   Reporter and Notary Public, State of Colorado, do hereby

7   certify that previous to the commencement of the

8   examination, the said JANINE CORSI was duly sworn by me

9   to testify to the truth in relation to the matters in

10  controversy between the parties hereto; that the said

11  deposition was taken in machine shorthand by me at the

12  time and place aforesaid and was thereafter reduced to

13  typewritten form, consisting of 88 pages herein; that the

14  foregoing is a true transcript of the questions asked,

15  testimony given, and proceedings had.  I further certify

16  that I am not employed by, related to, nor of counsel for

17  any of the parties herein, nor otherwise interested in

18  the outcome of this litigation.

19            IN WITNESS WHEREOF, I have affixed my signature

20  and seal this 28th day of April, 2019.

21            My commission expires July 27, 2019.

22
              _____
23            Linda L. Frizzell
              Registered Professional Reporter
24            Commission No. 19914008994

25

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444