# EXHIBIT 8

https://www.gjsentinel.com/news/western_colorado/mesa-county-hired-outside-investigator-for-allegation/article_c2f6336a-cc7d-11e9-9f82-20677ce85d90.html

Sep 1, 2019 Sep 1, 2019

# Mesa County hired outside investigator for allegation

By CHARLES ASHBY



FRANK WHIDDEN Former county administrator

Mesa County has hired an outside investigator to look into allegations of possible sexual harassment by former County Administrator Frank Whidden, The Daily Sentinel has learned.

A longtime former county employee, whose identity is being withheld by the Sentinel to protect her privacy, said she resigned her position with the county after Whidden made unwanted sexual advances to her in 2015. She was interviewed in July by Glenwood Springs attorney Anna Itenberg in relation to a separate complaint that Itenberg told her had been filed against Whidden by another county employee, whose identity is unknown.

The woman said she didn't file her own complaint against Whidden because she didn't believe anything would come of it because of Whidden's position as county administrator. She had filed a harassment complaint a year earlier against a different county worker, and she felt nothing was done in response.

Whidden abruptly resigned his position Aug. 2 after being on paid administrative leave for two months. In a one-sentence resignation letter, Whidden said he was pursing "other opportunities."

County officials said the law bars them from commenting on why he was placed on paid leave or why he resigned, saying only that it was a "personnel matter."

The woman approached the Sentinel after it published numerous stories on Whidden and the newspaper's efforts to discover why he still was earning his $180,000 annual salary until he resigned.

The Mesa County Attorney's Office confirmed that it had hired the Glenwood Springs law firm of Karp Neu Hanlon "to investigate a confidential personnel matter." Itenberg is an attorney with that firm, specializing in employment law.

In that interview, the woman said Whidden made inappropriate comments and an unwanted sexual advance toward her when the two were discussing county business at an area bar, a venue that she said he suggested.

"(The woman) recalled that Mr. Whidden wanted to have a meeting to discuss some project at a bar across from the building she worked in," Itenberg wrote in an interview summary as part of her investigation, a copy of which the woman gave to the Sentinel.

In that summary, Itenberg wrote that she was hired "to investigate a complaint that was made regarding Frank Whidden."

"(The woman) stated that Mr. Whidden started talking about how beautiful she is and that she should look at herself in the mirror, naked, and see herself as beautiful and gorgeous as he sees her," Itenberg wrote in the summary. "(The woman) said she hugged Mr. Whidden goodbye, and during the hug Mr. Whidden put his hand behind her neck and moaned in a sexual way."

In the interview, the woman said Whidden was "creepy and freaked her out," saying she never gave him any indication she was interested in him, and that she thought the two were merely work friends. She said she regretted hugging him.

The woman told the Sentinel it was not uncommon for Whidden to make lewd comments at work, allegedly telling some female employees that he "didn't need to take Viagra." She said that if Whidden liked an employee, they would thrive, but if he didn't, he would find ways to get rid of them.

Whidden and the county are subjects of an unrelated age discrimination lawsuit filed in federal court in Denver, which alleged that Whidden laid off six older workers in the county's Office of Information Technology while retaining younger ones. The county reached a monetary settlement with two of the six laid off workers, paying them $62,500 each.

The woman who spoke to the Sentinel said that after her first encounter with Whidden at the bar, he kept sending her text messages asking how she was doing, and whether she wanted to go out for drinks again.

She said she told her husband about the incident and subsequent text messages, adding that he made several attempts to contact Whidden, but Whidden didn't return the husband's calls. Whidden only did so after the husband threatened to come to his office to confront him, she said. Whidden then called back to say there had been a misunderstanding.

The Sentinel has filed numerous requests through the Colorado Open Records Act for documents or correspondence related to Whidden, including his cellphone text messages. The county said it can't comply with the text message requests because its information technology department can't access the cellphone without Whidden's pin number and fingerprint. It claims it needs both, even though cellphone experts tell the newspaper that most smartphones require only one or the other.

The woman suspected the investigator contacted her because she told Mesa County Commissioner John Justman about the incident with Whidden in June.

In separate interviews with the newspaper and Itenberg, the woman said she told Justman that "Frank is a creepy dude. He does not represent you well. You should get rid of him."

Justman told the newspaper, however, that no one has contacted him about any sexual harassment matter with any county employee, and said he had no recollection of talking to any current or former employee in June about Whidden or any other county employee.

He said county workers already know they can file complaints, and said he doesn't understand why someone wouldn't if they were facing legitimate issues. "If they don't come and tell me or one of us (commissioners), how are we supposed to know?" Justman said. "If one of the lady employees thinks she's been … talked to inappropriately, if she never says a word, I don't go out on a snoop mission daily saying, 'Have you been mistreated today?' It puts me in an impossible spot unless I go do a weekly survey, and I don't know that serves any purpose. I guess it would if they're afraid to tell us, but I guess I wasn't aware that they were afraid to complain."

Commissioner Rose Pugliese said she is very concerned about making sure county workers, men or women, are comfortable in coming forward, and plans to discuss the matter with Justman and Commissioner Scott McInnis.

Pugliese said part of those discussions are to include the idea of making the county's human resources director a stand-alone position, one that reports directly to the commission. Not only did Whidden hold the top county job, but he also oversaw the IT department and served as human resources director, which fields harassment complaints. Newly named County Administrator Pete Baier also is to oversee that office, but only until he can make appropriate changes.

Pugliese said that in this era of #MeToo and an increasing number of allegations of sexual harassment being made around the nation, the county needs to make sure its policies are strong, and that its workers feel confident their complaints will be taken seriously.

"If any allegations of sexual harassment are ever made at the county, we take these allegations very seriously, and we have and have always had a no-tolerance policy for this behavior," Pugliese said. "We need to do more with the county attorney's office and human resources on county policy, and we need to review that policy to make sure it's strong enough. I'm saddened to hear that there potentially could be somebody who left employment at the county because they did not feel that their complaints were or would be taken seriously."

In response to a fourth CORA request filed with the county, the attorney's office said "no settlement agreement or other documents exist" in relation to any Whidden investigation. The office could not say how much the outside investigator was costing the county because no fees have yet been paid.