**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

     Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

     Defendant.

---

**RESTRICTED EXHIBIT ATTACHED TO PLAINTIFF'S MOTION PURSUANT TO
FED. R. EVID. 702 TO STRIKE FRANK WHIDDEN'S EXPERT DESIGNATION AND
EXPERT WITNESS OPINIONS**

---