IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## PLAINTIFF'S NOTICE OF RESTRICTED FILING

    Plaintiff Debra Bouricius, by and through her counsel, Paula Greisen and Jennifer Weiser Bezoza of KING & GREISEN, LLP, hereby gives notice of filing under Level 1 Restriction, pursuant to D.C.COLO.LCivR 7.2, of Plaintiff's Exhibit 5a to her Motion Pursuant to Fed. R. Evid. 702 to Strike Frank Whidden's Expert Designation and Expert Witness Opinions at Doc. 76-1.

    Exhibit 5a contains excerpts from the deposition of Frank Whidden which have been designated by Defendant Mesa County as Confidential pursuant to a Protective Order [Doc. 28]. The undersigned hereby gives notice of this restricted filing.

    Dated this 4th day of September 2019.

                                                    KING & GREISEN, LLP

                                                    *s/ Jennifer W. Bezoza*
                                                    Paula Greisen
                                                    Jennifer Weiser Bezoza

>King & Greisen, LLP
>1670 York Street
>Denver, CO 80206
>(303) 298-9878 (voice)
>(303) 298-9879 (fax)
>greisen@kinggreisen.com
>bezoza@kinggreisen.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2019, the foregoing **PLAINTIFF'S NOTICE OF RESTRICTED FILING** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

>*s/ Laurie A. Mool*
>Laurie A. Mool, Paralegal