IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**MOTION TO RESTRICT PUBLIC ACCESS TO MESA COUNTY'S NOTICE OF INTENT TO REDACT PORTIONS OF THE TRANSCRIPT OF THE DISCOVERY HEARING HELD ON AUGUST 21, 2019**

---

Defendant, by and through its counsel, Bechtel Santo & Severn, respectfully moves the Court to restrict access to Mesa County's Notice of Intent to Redact Portions of the Transcript of the Discovery Hearing Held on August 21, 2019, pursuant to D.C.COLO.LCivR 7.2, and filed this same day. In support of its motion, Mesa County states as follows.

1.    Pursuant to D.C.COLO.LCivR 7.1, on September 9, 2019, Mesa County's counsel conferred with Bouricius's counsel regarding the relief requested herein. Bouricius's counsel indicated that Bouricius opposes the relief requested in this Motion.

2.    Mesa County requests to restrict public access to its Notice of Intent to Redact Portions of the Transcript of the Discovery Hearing Held on August 21, 2019 ("Notice").

3. The Notice seeks to redact three types, or categories, of references in the August 21, 2019, discovery hearing transcript, which types or categories refer to individuals who are not parties to this action, via their initials.

    a. With respect to two of the sets of initials, the Court held during the August 21, 2019, discovery hearing that the names and initials of third-party individuals should be designated as confidential in the deposition transcripts at issue, which were addressed during the discovery hearing. *See* Notice, pp. 1-3. This ruling was made to protect the privacy of individuals who are not parties to this action. *Id*.

    b. With respect to the third individual, the Court held during the August 21, 2019, discovery hearing that matters protected from disclosure under the Colorado Open Records Act and privacy interests of an individual who was not a party to this action were at issue and, thus, these considerations required certain parts of the deposition transcripts at issue during the discovery hearing to be maintained as confidential and private. *See* Notice, pp. 3-7.

4. If these names and references should be redacted, and their confidentiality and privacy maintained, in the deposition transcripts addressed during the August 21, 2019, discovery hearing, then references to these same names, even via initials (a topic which was addressed during the discovery hearing) should not be made public via Mesa County's Notice designating these same names and identifiers as confidential and private. Thus, the public does not, and should not, have access to this information due to privacy and CORA concerns, as stated herein, in Mesa County's Notice, and during the August 21, 2019 discovery hearing.

5. Without maintaining the privacy and confidentiality of these references, the public would be able to learn the identity of and personal information about individuals who are not parties to this action. These disclosures would infringe on the individuals' privacy and confidentiality rights. In addition, information protected from disclosure under CORA also would be made public, thereby violating an individual's privacy and confidentiality rights and negatively affecting Mesa County's obligation to maintain the privacy and confidentiality of the information. C.R.S. § 24-72-200.1, *et seq.*

6. No alternative to access restriction is possible because there is overlap between the information that must be identified as confidential and private in the parties' deposition transcripts and in the information discussed during the August 21, 2019, discovery hearing about those deposition transcripts. Aside from restricting access to this information in the August 21, 2019, discovery hearing transcript, there is no other way for Mesa County to ensure the privacy and confidentiality of information designated as such in the deposition transcripts at issue.

7. Through this Motion, Mesa County seek a Restriction Level 1, access limited to case participants and the court, with respect to its Notice.

Respectfully submitted this 9th day of September 2019.

BECHTEL SANTO & SEVERN

*s/ Alicia W. Severn*
Alicia W. Severn, #42432
Michael C. Santo, #24083
205 N. 4th Street, Suite 300
Grand Junction, CO   81501
Telephone:   (970) 683-5888
Facsimile:   (970) 683-5887

            severn@bechtelsanto.com
            santo@bechtelsanto.com
            Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO RESTRICT PUBLIC ACCESS TO MESA COUNTY'S NOTICE OF INTENT TO REDACT PORTIONS OF THE TRANSCRIPT OF THE DISCOVERY HEARING HELD ON AUGUST 21, 2019** was served this 9th day of September 2019, via CM/ECF electronic filing, to the following:

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
Attorneys for Plaintiff

            *s/ Alicia W. Severn*
            Alicia W. Severn, attorney