IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

       Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

       Defendant.

**ORDER REGARDING MOTION TO RESTRICT PUBLIC ACCESS TO MESA COUNTY'S NOTICE OF INTENT TO REDACT PORTIONS OF THE TRANSCRIPT OF THE DISCOVERY HEARING HELD ON AUGUST 21, 2019**

       Upon consideration of the Defendant's Motion to Restrict Public Access to Mesa County's Notice of Intent to Redact Portions of the Transcript of the Discovery Hearing Held on August 21, 2019, it is this _____ day of _____, 2019,

       ORDERED that Defendant's Motion be, and it hereby is, GRANTED; and it is further

       ORDERED that Defendant's Motion to Restrict Public Access to Mesa County's Notice of Intent to Redact Portions of the Transcript of the Discovery Hearing Held on August 21, 2019 be restricted from public access, pursuant to Restriction Level 1.

 

                                                                                                                                _____

                                                                                                                                United States Magistrate Judge