IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
AND ADDITIONAL WORDS TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

    Plaintiff Debra Bouricius, by and through her counsel Paula Greisen and Jennifer Weiser Bezoza of KING & GREISEN, LLP, respectfully submit Plaintiff's Unopposed Motion for Extension of Time and Additional Words to Respond to Defendant's Motion for Summary Judgment, and in support thereof state as follows:

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)**

    Plaintiff's counsel certify that they have conferred with Defendant's counsel regarding this Motion, and Defendant agrees to Plaintiff's requests for an extension of time and additional words.

    1.    On August 30, 2019, Defendant Mesa County filed a Motion for Summary Judgment ("SJ Motion") [Doc. 73].

    2.    Plaintiff's response to the SJ Motion is currently due on Friday, September 20, 2019.

3. Plaintiff respectfully requests until Friday, October 4, 2019, to respond to Defendant's SJ Motion.

4. Undersigned counsel began working on this case on or around July 23, 2019 [Doc. 66] because Plaintiff's former counsel, Julie K. Bisbee, left the law firm of King & Greisen, LLP [Doc. 67].

5. Since undersigned counsel did not participate in discovery in this case, which closed on July 12, 2019 [Doc. 63], she requires additional time to become familiar with the record and to respond to Defendant's SJ Motion.

6. A ten-business day extension is necessary because undersigned counsel will be observing a religious holiday on September 30, 2019 and October 1, 2019.

7. This is Plaintiff's first request for an extension of time for her response to the SJ Motion.

8. No party will be prejudiced by the extension of time as the trial in this matter has not yet been scheduled.

9. Plaintiff also requests an additional 1500 words (from 5,500 to 7000 words) to respond to Defendant's SJ Motion.

10. Defendant's Motion contains fifty-two paragraphs of "undisputed" facts. Plaintiff disputes most of those facts and contends that there are many additional disputed questions of fact that are not addressed by Defendant that are material to establishing pretext. Thus, Plaintiff needs additional words to set forth the reasons and record support for her denial of Defendant's facts and to present the additional disputed facts material to Plaintiff's claim.

WHEREFORE, Plaintiff respectfully request that the Court grant Plaintiff's Unopposed Motion for Extension of Time, to and including October 4, 2019, and Additional Words to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted this 16th day of September 2019.

KING & GREISEN, LLP

s/ Jennifer Weiser Bezoza
Paula Greisen
Jennifer Weiser Bezoza
1670 York St.
Denver, Colorado 80206
(303) 298-9878 telephone
(303) 298find9879 facsimile
greisen@kinggreisen.com
bisbee@kinggreisen.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2019, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND ADDITIONAL WORDS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

      I hereby further certify that on this 16th day of September 2019, I mailed a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND ADDITIONAL WORDS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to the following:

Debra Bouricius
50152 Highway 72
Lyons, CO  80540

                                              *s/ Laurie A. Mool*
                                              Laurie A. Mool, Paralegal