IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

      Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

      Defendant.

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO MESA COUNTY'S NOTICE OF INTENT TO REDACT PORTIONS OF THE TRANSCRIPT OF THE DISCOVERY HEARING HELD ON AUGUST 21, 2019**

---

      Plaintiff, by and through her counsel, Paula Greisen and Jennifer Weiser Bezoza of KING & GREISEN, LLP, hereby responds to Defendant's Motion to Restrict Public Access to Mesa County's Notice of Intent to Redact Portions of the Transcript of the Discovery Hearing on August 21, 2019 [Doc. 79], as follows:

      1.     In its Motion to Restrict Public Access to Mesa County's Notice of Intent to Redact Portions of the Transcript of the Discovery Hearing Held on August 21, 2019 [Doc. No. 79] ("Motion to Restrict"), Defendant's counsel incorrectly stated Plaintiff's position regarding Defendant's Motion to Restrict.

      2.     Plaintiff does not object to the restriction of public access to Mesa County's Notice of Intent to Redact Portions of the Transcript of the Discovery Hearing Held on August 21, 2019 [Doc. No. 78] ("Notice").

1

3. Plaintiff likewise does not object to the limited redactions proposed in the Notice – namely, the redaction of two individuals' initials and reference to a third individual by the first letter of his/her name.

4. Indeed, Plaintiff's counsel has repeatedly stated in emails to Defendant's counsel and during the discovery hearing, that the use of initials and/or identity markers is acceptable to Plaintiff because her interest lies in ensuring that the facts or *content* of complaints of inappropriate or illegal content is not shielded from the public; she has no interest in exposing the *identity* of the individuals who made the complaint. *See* Transcript of 8/21/19 Discovery Hearing at 13:3-6, 21:18-22:1.

5. While Plaintiff's counsel believes that the use of initials and/or identity markers is sufficient to protect the identity of the individuals involved, Plaintiff does not object to the proposed redactions set forth in Defendant's Notice or the Motion to restrict public access to the Notice.

Respectfully submitted this 20th day of September 2019.

KING & GREISEN, LLP

*s/ Paula Greisen*
Paula Greisen
Jennifer Weiser Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
(303) 298-9878 (voice)
(303) 298-9879 (fax)
greisen@kinggreisen.com
bezoza@kinggreisen.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2019, I electronically filed the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO MESA COUNTY'S NOTICE OF INTENT TO REDACT PORTIONS OF THE TRANSCRIPT OF THE DISCOVERY HEARING HELD ON AUGUST 21, 2019** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

                                                *s/ Laurie A. Mool*
                                                Laurie A. Mool, Paralegal