# *BOURICIUS*

# *VS.*

# *MESA COUNTY*

Deposition

# *DEBRA BOURICIUS*

*02/22/2019*

_____

# *AB Court Reporting & Video*

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

**EXHIBIT A**
**18-CV-01144-DDD-STV**

1      A    Yes.

2      Q    When did you become a senior business

3  systems analyst?

4      A    I can't recall the exact date.

5      Q    By the time 2016 rolled around, had you

6  been in that position for a number of years?

7      A    It was a recent -- not really a promotion.

8  It was just a rename of my position.

9      Q    Not a promotion you said?

10     A    No.

11     Q    Okay.

12     A    Not unless you consider a dollar a

13  promotion in salary.

14     Q    I'm sorry, say it again?

15     A    Not unless you consider a dollar promotion

16  in salary. I was doing the same job that I was

17  before.

18     Q    What was your title before you were a

19  senior business systems analyst?

20     A    Business systems analyst.

21     Q    And the change in job title happened

22  somewhere close in time to 2016?

23     A    I can't give you a specific date.

24     Q    Sure, that's fine.

25          With the change you said there was a