```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
Civil Action No. 18-cv-01144-WYD-STV
_____
VIDEOTAPED DEPOSITION OF FRANK WHIDDEN

                                  July 11, 2019
_____
DEBRA BOURICIUS,

     Plaintiff,

vs.

MESA COUNTY, by and through the Mesa County Board
of County Commissioners,

     Defendant.

_____



          Pursuant to Notice and the Federal Rules
of Civil Procedure, the videotaped deposition of
FRANK WHIDDEN, called by Plaintiff, was taken on
Thursday, July 11, 2019, commencing at 9:07 a.m.,
at 205 North 4th Street, Grand Junction, Colorado,
before Candice F. Flowers, Certified Shorthand
Reporter and Notary Public within and for the State
of Colorado.
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1   County Administrator, Tom Fisher, decided to wipe

 2   out a layer of directors, and that included HR, IT,

 3   finance, facilities.  And it was regional services

 4   grouped together like facilities, parks and rec,

 5   and things like that.

 6           He decided to wipe all of that out and

 7   make me responsible for all of those, and that's

 8   the responsibility I had there in '14.  And then he

 9   left and the commissioners made me County

10   Administrator, so I had all of that responsibility

11   plus the County Administrator.

12           Since that time, I managed to hire --

13   well, I hired a chief financial officer, Scott

14   Stewart, who was with us for a year or two and then

15   he left, and I promoted from within a director of

16   finance.  I also -- in that time after I became

17   County Administrator, I created a facilities

18   director, so I have that now, and I combined parks

19   and all of that and the fairgrounds under the

20   director of facilities.

21      Q    Okay.  We're going to -- I'm going to ask

22   you some more specific questions about that, but

23   just so I understand.

24           When the previous County Administrator

25   left, you were doing the County Administrator's job
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

 1    applied?

 2         A    Rose Pugliese told me.

 3         Q    Did she tell you that after you had

 4    already been appointed the position or before?

 5         A    Long after.

 6         Q    Did you talk to any of the other County

 7    Commissioners?

 8         A    No.

 9         Q    I should restate that just so the record

10    is clear.

11              Did you talk to any of the other County

12    Commissioners about who applied for your position

13    as County Administrator?

14         A    No, ma'am.

15         Q    So give me an overview of what your job

16    duties are as the County Administrator.

17         A    Well, the bottom line is that my job is

18    to implement the policies that the board has given

19    me.  It's to oversee the day-to-day affairs of the

20    County.  The way the County is organized, there are

21    three direct reports to the board:  Myself, the

22    County Attorney, the executive director of DHS,

23    Tracy Garchar.  I do not oversee them or their

24    operations.  I also don't oversee directly the

25    seven elected departments or offices.  So that's my

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

66

```
 1   County.  That wasn't an HR thing.  Finance -- the
 2   former director of finance had the lead on that,
 3   and then I inherited -- because she didn't finish
 4   it, I inherited that when she left.
 5       Q    Okay.  So with respect to IT during this
 6   eight-month period that you were the Deputy
 7   Administrator, did you -- tell me what your
 8   specific duties were related to the IT department
 9   at that time.
10       A    I was responsible for the overall
11   function of IT and I would talk to the managers and
12   sometimes the staff that were down there about
13   various projects, what was happening, certainly
14   anything that touches the budget.
15            We -- the IT, as a lot of the
16   departments, has two budgets:  We had the general
17   fund and we had the capital fund.  Most of our big
18   projects that are for other agencies in the County,
19   things like that, come out of the capital fund.  I
20   have always been the one who had that
21   responsibility about the projects and things like
22   that, where who -- you know, who was going to be
23   involved in them, where is that going, where -- you
24   know, are we meeting the deadliness, are we meeting
25   the milestones, those kinds of things.
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

114

1      Q    So why was it fair to give somebody who's
2   been with Mesa County 26 years the same relative
3   severance as somebody who had been there only a
4   couple years?
5      A    I did not try to distinguish between the
6   number of years of service.  Like I said, Rick had
7   been a longstanding manager, and I felt like that
8   should be taken into consideration.
9      Q    Had anybody else been there longer than
10  Rick?
11     A    I don't think so, but I also did not look
12  up and see who has the most years of seniority.
13  That was not a basis of my decision.
14     Q    Well, then I'm just a little confused.
15          How is it that you took seniority into
16  account because -- are you saying you did not take
17  seniority into account or you did?
18     A    I did not.  I looked at performance and
19  other -- I didn't look at, Okay, somebody's been
20  here 20 years and they should stay and somebody
21  else has been here 10 years and they should go.  I
22  did not use that as a basis of evaluation.
23     Q    Except for Rick.
24     A    Except for Rick as a longstanding
25  manager, it did occur to me that he had been there

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden  July 11, 2019**

1    Q    Right.

2    A    So...

3    Q    Okay.  As an expert opining on the fact

4  that the terminations at issue in this case did not

5  violate the law, did you review any of the Mesa

6  County policies and procedures in effect at the

7  time of the layoff to determine if those policies

8  and procedures were followed?

9             MR. SANTO:  I would object to the

10  designation of Mr. Whidden as providing did not

11  violate the law.  I don't believe the designation

12  references that.  If you could point me to that,

13  I'd appreciate it.

14             MS. GREISEN:  I'm referencing his

15  testimony from about two minutes ago.

16             MR. SANTO:  I don't believe the

17  designation goes to that, so --

18             MS. GREISEN:  Well, he just said --

19             MR. SANTO:  -- that's my objection.

20             MS. GREISEN:  -- he was testifying

21  or that one of his expert opinions was that he

22  correctly terminated the people involved in the

23  October 2016 layoff --

24             MR. SANTO:  I think we would --

25             MS. GREISEN:  -- right?

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

159

1      MR. SANTO:  -- agree there's a

2  difference between correctly terminating and

3  complying with the law.

4      MS. GREISEN:  Okay.  Thank you for

5  your coaching.  I'm asking --

6      MR. SANTO:  I'm not coaching.  I'm

7  simply --

8      MS. GREISEN:  -- Mr. Whidden --

9      MR. SANTO:  -- providing my

10  objection.

11      MS. GREISEN:  Okay.  Well, your

12  objection should be to form, not narrative.

13      Q   (By Ms. Greisen) Mr. Whidden --

14      MR. SANTO:  Normally it would be,

15  but this is an expert designation and I need to

16  make sure -- can you get -- make sure that noise

17  got on the record?

18      MS. GREISEN:  I think it's being

19  video-recorded, so I think it will be on the

20  record.

21      MR. SANTO:  I was simply making my

22  objection with respect to the expert designation,

23  which I don't think it covers the law.

24      Q   (By Ms. Greisen) So, Mr. Whidden, can you

25  answer the question or do we need to read it back?

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1        A    I think we're going to need to read it
 2   back.
 3        Q    I think so, too.  Oh, I can read it if
 4   it's quicker.
 5             As an expert opining on the fact that the
 6   terminations did not violate the law, did you
 7   review any of the Mesa County policies and
 8   procedures at the time of the layoff --
 9                  MR. SANTO:  I would object --
10        Q    (By Ms. Greisen) -- to determine if those
11   policies and procedures were followed?
12                  MS. GREISEN:  Your objection is
13   noted for the record.
14                  MR. SANTO:  I have to make one after
15   every question, though, so that's why --
16                  MS. GREISEN:  I just said it's noted
17   for the record.
18        Q    (By Ms. Greisen) Go ahead, Mr. Whidden.
19                  MR. SANTO:  I'm going to make
20   another objection, which I'm permitted to do even
21   under the rules after each question.
22        Q    (By Ms. Greisen) Go ahead, Mr. Whidden.
23                  MR. SANTO:  So my objection is that
24   you are now asking the witness something that is
25   outside his expert designation.
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1               MS. GREISEN:  Okay.
 2       Q    (By Ms. Greisen) Go ahead, Mr. Whidden.
 3               MR. SANTO:  So he's no longer
 4   testifying as an expert.
 5       Q    (By Ms. Greisen) Go ahead, Mr. Whidden.
 6       A    I discussed that matter with counsel.
 7       Q    Okay.  Did you look to see whether or not
 8   the Mesa County policies and procedures were
 9   followed?
10       A    I asked counsel if we were following the
11   policies correctly.
12       Q    Okay.  So let me go back.
13               At the time that the layoffs occurred,
14   did you look to see whether or not the policies and
15   procedures were followed?
16       A    No.  I asked counsel and HR to vet what
17   was being done to make sure that we were complying
18   with all the policies and procedures and that sort
19   of thing.
20       Q    When did you do that?
21       A    Prior to the layoff.  I don't remember
22   exactly the date, but it was within that time frame
23   when we were looking to do it to make sure that we
24   were complying.
25       Q    So is that the same counsel that's
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

186

```
 1    I'll rephrase the question.
 2         Q    (By Ms. Greisen) As an expert, do you
 3    believe it would be important to the forming of
 4    your expert opinion that the State of Colorado had
 5    found discrimination in this case?
 6                   MR. SANTO:  I object on the basis
 7    that this is outside the witness' expert
 8    designation.
 9         Q    (By Ms. Greisen) Go ahead, Mr. Whidden.
10                   MR. SANTO:  If you can answer.
11         A    I -- the -- age had no part in my
12    decision.
13         Q    (By Ms. Greisen) That's not quite my
14    question.
15         A    I understand, but let me finish.
16                   MR. SANTO:  Let him answer.
17                   MS. GREISEN:  Well, I want him to
18    answer my question.
19                   THE DEPONENT:  I'm going to try.
20         Q    (By Ms. Greisen) Okay.
21         A    So age had nothing to do with it, so the
22    part that I dealt with as an expert is, again, all
23    the functions and pieces and parts of IT.  I have
24    to be aware of the fact that I can't violate the
25    law.  But as far as how -- is that part of my
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1   expert opinion, no.  Because for that piece to be
 2   an expert, I relied on counsel.
 3        Q    Okay.  What I'm asking is:  Looking back
 4   now, knowing that the State of Colorado found that
 5   there was probable cause to believe that age
 6   discrimination did occur in the layoff, does that
 7   inform your expert opinion in this case?
 8               MR. SANTO:  Object to the form.
 9   It's outside the scope.
10        A    I disagree with their opinion.
11        Q    (By Ms. Greisen) I'm just asking you yes
12   or no.
13        A    I guess the answer is no.
14        Q    Okay.  And the answer -- is it fair to
15   say that the answer is no because you have full
16   confidence in your decision as to who to terminate
17   in the 2016 layoffs?
18        A    Yes.
19        Q    Okay.  As an expert in this matter, did
20   you discuss the CCRD's determination with anyone?
21               MR. SANTO:  Object to the extent
22   it's outside the scope of the disclosure, the
23   identification.
24        A    I think the answer again is no.  As far
25   as my area of expertise, that had no bearing on my
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden  July 11, 2019**

```
 1        A    I don't know if I physically handed it to
 2   them or not.  Brenda was there and I only spoke for
 3   a couple of minutes, and I don't think I -- she --
 4   usually what happens in terminations is that HR has
 5   a packet of material to give to the people who are
 6   being terminated.  And so we gave -- I don't think
 7   I gave them anything.  I didn't hand them anything.
 8        Q    Okay.
 9        A    But this letter, I believe, was in their
10   packet.
11        Q    Well, that's the letter you signed,
12   right, to --
13        A    Correct.
14        Q    -- give to them?
15        A    Yes.
16        Q    Right?
17        A    Yes.
18        Q    So I want to go through the people that
19   you decided to terminate.  Let's start with Ms.
20   Bouricius.
21             Can you tell me each and every reason you
22   decided to terminate Ms. Bouricius' employment.
23        A    Because I did not feel that she was as
24   strong a player on the remaining team, if you will,
25   as compare -- a comparative business systems
```

**Frank Whidden   July 11, 2019**

1   analyst, which was her position, I believe, and

2   those who would remain; but, in particular, the

3   other senior BSA who would remain.

4        Q    Who was that?

5        A    Kelly Leuallen.

6        Q    Okay.  What was that knowledge based on?

7        A    I believe that Kelly is more

8   knowledgeable about more systems.  I believed that

9   he stays up to date better on the changes and

10  things that are made.  I believe that he does a

11  better job as far as customers are concerned.  I

12  felt like he did a much better job as far as

13  documentation was concerned, and I felt like that,

14  therefore, he was the stronger player.  That was a

15  hole in the boat that we couldn't afford at that

16  time.

17       Q    And can you give me an example of how you

18  thought Kelly was more knowledgeable about systems

19  than Ms. Bouricius.

20       A    Whenever I -- questions came up and the

21  more complex they were, the more involved Kelly

22  was.  As far as the systems that we supported, he

23  appeared, to me, to be more well-rounded and more

24  knowledgeable about the whole stack.  We have some

25  100 to 200 software systems in our stack, and I

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden  July 11, 2019**

```
 1   felt that Kelly, I still feel, that Kelly was

 2   stronger.

 3        Q    Can you give me any more examples of how

 4   Kelly's knowledge about systems was better?

 5        A    I think that was sufficient.  No.

 6        Q    Okay.  And can you give me any examples

 7   of how Kelly was better with customers than Ms.

 8   Bouricius?

 9        A    Yes.  Kelly is thorough, very painstaking

10   as far as explaining how a system works or doesn't

11   work or helping a client deal with whatever issues

12   they may have in front of them.  I got reports of

13   that from clients, from management, that he was --

14   he was more thorough, more detailed, and more

15   helpful to the clients.

16        Q    Can you give me any specific clients?

17        A    As far as being thorough, I know that

18   Kristen Cole in my office upstairs has been -- is

19   an example of someone who says that Kelly is

20   extremely thorough.  Lhana has said that.  I have

21   seen it as evidenced in his documentation, the

22   e-mails that he sends out about how to do things,

23   how to -- like if we're making an upgrade, here are

24   the changes, here's what the user can see with

25   screenshots and examples and, you know, ad
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden  July 11, 2019**

218

1  infinitum there.  He -- I have seen that myself

2  come across.

3          So that's -- and that's something that

4  generally IT people don't do and we have to work on

5  them, is do that kind of documentation at that

6  level so a normal person can understand what is

7  expected and what they need to do.

8      Q   Can you give me some examples of when Ms.

9  Bouricius was not thorough with her documentation.

10     A   I don't recall seeing her write out

11  anything like that that compared to the work that

12  Kelly's done.  I don't recall seeing her send

13  something out that had that level of detail in it.

14     Q   Okay.  So with Ms. Bouricius, you said

15  you decided to terminate her because -- you talked

16  about Kelly Leuallen, but Kelly Leuallen wasn't the

17  only BSA, right?

18     A   But he was -- they were the two that were

19  most senior.

20     Q   Okay.  Did you compare her to anyone

21  else?

22     A   As far as the remaining stack that was

23  there and the systems they covered, I felt that the

24  coverage that we needed on the various systems was

25  better represented by the people who remained.

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1   said early, management by walking around and I
 2   don't record the conversations when I'm doing that.
 3       Q    Okay.  Can you tell me all the reasons --
 4   each and every reason you decided to terminate Rick
 5   Corsi, if there's anything more than what you have
 6   already testified to.
 7       A    The main -- the main reason was we were
 8   eliminating the position.  We could not afford to
 9   keep a manager in that position.  We had to
10   eliminate the position.
11       Q    Right.  But you chose Mr. Corsi.  So you
12   have given us a little bit of testimony about why
13   Mr. Corsi.  I'm just giving you the opportunity to
14   tell me.
15           Are there any reasons that you chose
16   Mr. Corsi over Mr. Flick?
17       A    Rick couldn't do Troy's job.
18       Q    And what part of Troy's job could he not
19   do?
20       A    Pretty much all of it.  Troy is an expert
21   on the network and the servers and all those kinds
22   of things.  Rick, as I stated earlier, is not
23   technical.  His background is GIS.  And we did
24   not -- I couldn't say, well, I'll remove Troy and
25   put Rick in that position.  It simply wouldn't
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

1   work.

2       Q     And prior to Mr. Flick being hired by

3   Mesa County in 2000, who were the IT managers at

4   that point?

5       A     That's before my time and I don't know.

6       Q     Well, was there a time where Mr. Corsi

7   was responsible for all the things that Mr.

8   Flick --

9       A     I don't know.

10      Q     Let me -- let me just --

11      A     Sorry.

12      Q     That's okay.

13            Was there a time that Mr. Corsi was

14  responsible for the areas that Mr. Flick operated

15  in?

16      A     Not during my tenure.

17      Q     Do you know what areas Mr. Corsi was

18  responsible for prior to Mr. Flick's hiring?

19      A     No, I don't know.

20      Q     At some point I believe your testimony is

21  that there became like a bifurcation in IT manager

22  positions or job responsibilities.

23      A     Let me restate what I just said.  Rick,

24  as I understand it before I got there, going way

25  back, was over GIS, the government information

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1    system, the mapping.  Rick was over that.  And
 2    there was a time when GIS was not attached to IT.
 3    So at some point GIS was added to IT and through
 4    the years -- that's how we wound up with a husband
 5    and wife in the same department -- Rick got
 6    promoted to a manager position there, but all of
 7    that happened before my time there.
 8         Q    Do they have the same job description,
 9    Rick and Troy Flick?
10         A    I really don't know.  I wouldn't think
11    so.
12         Q    Have you ever looked to see?
13         A    Have I compared the two to see are they
14    the same?  No, ma'am --
15         Q    Yeah.
16         A    -- I have not looked at that to see.
17         Q    Okay.  So my understanding of your
18    testimony of Rick Corsi is that Rick couldn't do
19    Troy's job.  Primarily, Rick was focused on just
20    the GIS stuff and doesn't have the overall
21    knowledge to do all the other network
22    administration that Troy does; is that accurate?
23         A    Most of that is accurate.  Rick does not
24    have the skills, credentials, and qualifications to
25    do Troy's job.  His background was GIS and that was
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

227

```
 1   where he came from.  Subsequently, he was put over

 2   the business systems analysts -- think of it as the

 3   software side of the house, if you will -- and the

 4   Web, and that's what Rick oversaw.

 5        Q    I understand you said that he doesn't

 6   have the same skills and qualifications to do

 7   Troy's job.

 8        A    Correct.

 9        Q    I'm trying to figure out what skills and

10   qualifications does he not have that he would need

11   to do Rick's -- Troy's job.

12        A    Network administration, the servers, the

13   routers, the switches, the protocol -- TCP/IP and

14   the protocols that go with running a network.  The

15   security protocols would be necessary.  Windows 10,

16   all the various versions of the -- of the network

17   operating systems that we use.  And I can go on.

18   He is -- he's not technical.

19        Q    Anything else?

20        A    I'd say that pretty well covers it.

21        Q    Okay.  And with respect to Janine Corsi,

22   can you tell me every reason why you decided to

23   include her in the terminations.

24        A    Again, budgetary.  With the money that

25   was there, a primary consideration was that she was
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1   on the network side of the house.  She mainly

 2   worked with the e-mail systems.  Her expertise had

 3   been with the old Novell system that we had

 4   replaced.  I thought she struggled with Novell and

 5   I certainly thought she struggled with Google.

 6           But I could not, as an IT professional,

 7   dismiss her husband from employ and leave her as a

 8   network administrator.  It was too high of a

 9   security risk.  If either one of those were let go,

10   you had to let go of the other one because of the

11   security risk to Mesa County.

12      Q    Okay.  Let me ask you a question -- a

13   couple questions about that.

14           You said she struggled with New World?

15      A    Novell.

16      Q    Novell.  And Google?

17      A    Google is the e-mail -- the new e-mail

18   system that we are on now.

19      Q    And what evidence do you have that she

20   struggled with those systems?

21      A    When I first came to work at Mesa County,

22   we were having significant outages in the -- in the

23   GroupWise system.  That's the name of the software,

24   and then -- so that was that.  We had to deal with

25   that.  We couldn't have outages.  And that was one
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

1  thing that was moving us toward -- we had to

2  replace the system, we had to do something

3  differently.

4      With Google there would be -- I worked

5  with her a good little bit with the new system, how

6  do we do this, how do we do that, and she struggled

7  with that, trying to figure out how to handle the

8  Google system and those kinds of things.

9      Q    Was this in 2011?

10     A    '12.

11     Q    '12.  Okay.

12     A    We -- we went live in Dec -- on Google in

13  December of 2012.

14     Q    Okay.

15     A    So from -- I -- I came in August of 2011

16  and dealing with all of those issues, you know, led

17  us to understand we had to figure out -- an e-mail

18  system is not something you replace lightly.  So

19  there was a lot of assessments, a lot of figuring

20  out what should we go to, a lot of struggle with --

21  Google is a cloud-based system.  Totally different.

22  The other one was client-server based.

23     Q    I get it, but we're talking about four

24  years later.  We're talking about 2016, what skill

25  sets she had.

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

230

```
 1              Are you still saying that because the

 2   Google system was new in 2011, 2012, she was still

 3   struggling with that?

 4       A    As we -- I'm saying that what formed my

 5   impression of her lack of skill sets was what I saw

 6   happening with Novell, and then as we came on to

 7   Google, I saw weakness there and she wasn't coming

 8   up to speed as I thought she should.

 9       Q    Can you give me an example.

10       A    Of which?

11       Q    Let's start with Google.  She wasn't

12   coming up to speed.

13       A    I would ask her a question on a -- you

14   know, why is it doing this, how can we do this

15   particular function?  I don't remember a given

16   function.  But I would ask her about that.  Go look

17   and research and find out.  And it usually turned

18   out that it would be another person on the network

19   team who had to answer the question.  She couldn't

20   do it.

21       Q    So can you give me any specifics about

22   like when or details about what example you're

23   giving?

24       A    A lot of that happened early on and

25   subsequent to the installation.  You find out --
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

 1    find out where -- who -- who came up with this, who

 2    resolved this.

 3         Q    And the Novell system, can you articulate

 4    any specific examples about her struggles with

 5    Novell?

 6         A    We had outages.  The system would simply

 7    go down, and then there would be various pieces and

 8    parts of what we have to do to get it back up, and

 9    she was supposed to be senior on running that

10    system.  She was supposed to be the knowledgeable

11    party of how that system ran.

12         Q    Did you document any performance problems

13    with her regarding the Novell system?

14         A    No.  I expected Troy, as her direct

15    manager, to take care of documenting anything like

16    that.

17         Q    Do you know if Troy ever documented any

18    disciplinary actions with her concerning her

19    knowledge of the Novell system?

20         A    Not that I recall.

21         Q    Did you or anyone else, to your

22    knowledge, sit down and tell her that her

23    performance was not adequate on those systems?

24         A    I did not.  I don't know if Troy did or

25    not.

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

1    Q    So can you tell me what skills Ms.

2  Bouricius did have at the time of her layoff?

3    A    She had a great deal of institutional

4  knowledge about Eden and how it had been installed

5  and why decisions were made about the installation,

6  why we use procedures the way we did or didn't.  So

7  that was particularly a skill set, I think, that

8  she had/has.

9    Q    What other skills did she have that you

10  were aware of at the time of her layoff?

11    A    That's the major thing that I know about

12  about.  Rick had a great deal of confidence as far

13  as project management and things like that.  I

14  personally didn't see that.  I didn't see a great

15  deal of skill as far as project management was

16  concerned, carry through, getting things done,

17  hitting milestones.  I didn't -- I didn't see

18  evidence of that.

19    Q    What projects did you supervise or

20  oversee her on?

21    A    Ultimately all of them.

22    Q    I understand that, but what projects were

23  you directly involved in or constantly supervising?

24  In other words, I know there are lots of projects

25  that go on every single day.

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

236

```
 1   question, which is:  You're aware Ms. Bouricius was

 2   there for 26 years -- over 26 years, right?

 3        A    I did not know how long she had been

 4   there.

 5        Q    Okay.  Does that sound about right to

 6   you?

 7        A    I know it was a long time, yes.

 8        Q    Okay.  So sitting -- can you tell me,

 9   other than the skills that she was using and the

10   project she was working on at the time of her

11   termination, what her skill set was throughout her

12   tenure at Mesa County?

13        A    No.  I did not read the -- any old files

14   or what had happened before.  I did not read any of

15   that.

16        Q    So how did you know what experience Ms.

17   Bouricius had in different areas?  Was it just

18   based on your personal observation?

19        A    My personal observation, the feedback

20   that I got from other managers, and then -- and

21   clients.

22        Q    Okay.  So tell me, were there -- did her

23   manager or clients complain about her?

24        A    Rick did not.

25        Q    Did any other manager?
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1      A    Lhana did have -- she said that she had
 2   had complaints from customer -- about customers and
 3   customer service.
 4      Q    Okay.  But none documented that you're
 5   aware of?
 6      A    I don't know if there was anything in the
 7   work orders or not that stated, Okay, I don't like
 8   how this ended up or I'm not happy with the
 9   resolution.  I don't know.  I'm not saying that
10   there isn't.
11      Q    What year were these complaints made?
12      A    I don't know.
13      Q    Well, was it close in time to her
14   termin -- to Ms. Bouricius' termination or was it
15   many years prior?
16      A    It was, I would say, yeah, close enough
17   to her termination that I remembered it, was aware
18   of it, and felt that it was an issue.
19      Q    And what was it that the complaint was
20   based on?  What kind of complaint was it?
21      A    As I --
22      Q    What did they complain about?
23      A    As I stated earlier, they felt that she
24   was not as helpful as she should be, that she
25   would -- that a question would arise and instead of
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

238

1   helping the client resolve it, she would basically

2   give them -- tell them to call outside help to get

3   help with the problem.

4        Q    Anything else other than that?

5        A    And then my personal interaction when I

6   asked for help with Eden.

7        Q    Okay.  So have you now told me all the

8   skills that you're aware Ms. Bouricius had at the

9   time of her layoff?

10        A    I believe so, yes.

11        Q    And all of the areas that she worked in,

12   to the best of your knowledge, during her time at

13   the IT department at Mesa County?

14        A    Yes.

15        Q    Did you -- can you tell me what skill

16   sets Terrie Hotary had that Ms. Bouricius did not

17   have in October 2016?

18        A    I felt that, first of all, the salary was

19   less; and, secondly, Terrie was more approachable,

20   more customer service oriented, and seemed more

21   eager to learn, more eager to be a team player,

22   more motivated to be involved and to be engaged.

23   That's what I saw.

24        Q    Is -- are there any documents or any --

25   any specific evidence that you can point to to show

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1    you chose to terminate Ms. Bouricius rather than
 2    Terrie Hotary?
 3         A    Yes.
 4         Q    Eager, engaged.
 5              Can you tell me what you mean by being
 6    more engaged.  You said that Terrie Hotary was more
 7    engaged than Ms. Bouricius, what that means.
 8         A    It means being willing to interact with
 9    the teams, with clients, being more willing to
10    learn about new systems, being -- initiative, to
11    me, is a part of that.
12         Q    And on all those facets, you thought Ms.
13    Hotary was more -- satisfied that skill set more
14    than Ms. Bouricius?
15         A    Yes.
16         Q    And, again, that's just based on your
17    personal observations?
18         A    And -- and feedback from clients.
19         Q    And, again, I'm going to ask you if you
20    have any specifics, which clients, who gave you
21    that feedback.  Can you share them with us?
22         A    I do not.
23         Q    So was Ms. Bouricius as proficient in
24    customer support as was Ms. Hotary?
25         A    I would say no.
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

242

1      Q     Why is that?

2      A     For the reasons that I have already

3   given, what I've already covered.  It seems to me

4   that's the same thing, the same thing --

5      Q     Okay.

6      A     -- I think.

7      Q     So what skill sets did Kelly Leuallen

8   have that Ms. Bouricius did not have?

9      A     I believe we have asked and answered

10   that.  I said -- I went through the whole thing:

11   His documentation, all those things that I said

12   before.

13      Q     So documentation.  What else?

14      A     Customer service, knowledge of more

15   systems, more willing to learn, more motivated,

16   more interested in customer service.  Those are the

17   kinds of things that Kelly excels at and I believe

18   is a stronger player.

19      Q     And Lori Marak, what skill sets did Lori

20   Marak have that Ms. Bouricius did not have in

21   October of 2016?

22      A     The -- her strength in New World was the

23   biggest piece, her knowledge of law enforcement,

24   the whole public safety community, having been

25   involved with that project -- this was before my

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1    time, but understanding her involvement with the

 2    project from its inception.  She also knew the old

 3    system which was Spillman.

 4         Q    I'm sorry.  Let me -- let me slow you

 5    down a minute --

 6         A    I'm sorry.

 7         Q    -- so Candice doesn't throw something at

 8    us.

 9              You said her knowledge of law

10    enforcement.  What specifically are you talking

11    about?

12         A    Her husband's a cop.  She's been involved

13    with law enforcement.  She knows the people over

14    there.  She understands -- they have their own

15    language, just like IT does.  She speaks their

16    language.  They trust her because of her deep

17    involvement with them and all the things that they

18    do.

19         Q    So what knowledge, skill set in IT does

20    Lori Marak -- that she had in October of 2016 that

21    Ms. Bouricius didn't have?

22         A    Her knowledge of New World, specifically.

23         Q    Anything else?

24         A    I think that was the -- that was the most

25    critical thing, in my mind, was the New World
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

244

```
 1    system and her involvement with that.
 2         Q    Did you ever talk to Lori Marak about
 3    whether or not she thought she was more
 4    knowledgeable about New World than anyone else at
 5    the IT department?
 6         A    We -- yes.  We had a discussion at one
 7    point because -- and I can't tell you exactly when
 8    it was.  We had a discussion about whether she
 9    wanted to stay in support of New World, and there
10    was a point there fairly early on after I got there
11    of whether she wanted to stay in that or do
12    something different.  And I told her she could pick
13    either path but, in my opinion, that she was a
14    critical piece of the support for the New World
15    system and that I felt like it was a good career
16    decision to stay involved with that.
17              When I first came to Mesa County, they
18    had not fully implemented the system.  They were
19    still trying to get it off the ground.  And there
20    was even dissention within the sheriff's office
21    about whether they would keep the old system or
22    move to the new one.  I was asked to do a write-up
23    when I first got there about the pros and cons of
24    what are we going to do, and Lori had been through
25    all of that.  She knew all of those factors and how
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

245

```
 1    they fit in.
 2            So it wasn't so much to specifically try
 3    to answer your question, you're better than
 4    somebody else at doing this, although to me she was
 5    head and shoulders above everybody else in the
 6    department.
 7        Q    Were there skills that Ms. Bouricius had
 8    that Lori did not have?
 9        A    I don't think Lori is as strong on the
10    Eden system as Deb was or is.
11        Q    What about Terrie Hotary, are there
12    skills that Ms. Bouricius had that Ms. Hotary did
13    not have?
14        A    She was much more senior and I thought,
15    yes, she probably had stronger skills in, for
16    instance, SQL, Sequel, and Eden itself.
17        Q    SQL?
18        A    Structured Query Language.
19        Q    So SQL and -- and Eden.
20            Are there any other skill sets that Ms.
21    Bouricius had that were stronger than Ms. Hotary's?
22        A    I think those were the main ones.
23                MR. SANTO:  We're going to need a
24    break.  I'm not feeling quite as well.
25                MS. GREISEN:  It is not my fault.
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1                    MR. SANTO:  Okay.  I'll take your
 2   word for it.
 3                    MS. GREISEN:  We can take a break if
 4   you want.
 5                    MR. SANTO:  I apologize.  Thank you
 6   for that.
 7                    MS. GREISEN:  That's fine.
 8                    THE VIDEOGRAPHER:  The time is 3:14.
 9   We're off the record.
10                    (Recess taken.)
11                    THE VIDEOGRAPHER:  The time is 3:27.
12   We're back on the record.
13        Q    (By Ms. Greisen) Mr. Whidden, do you know
14   who trained Kelly Leuallen when he first came on to
15   the IT department?
16        A    I do not.
17        Q    What skill sets did Elizabeth McDowell
18   have that Ms. Bouricius did not have?
19        A    She was actually part-time GIS as well as
20   IT, so she had a whole GIS skill set that, as far
21   as I know, Deb didn't have, and she was also part
22   of the New World team.  So she -- Lori had been
23   training her on New World.  In fact, they had an
24   office in IT and over at the sheriff's office, and
25   they generally spent most their time at the SO and
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

247

 1    that's where Liz was based until she left us.

 2         Q     Do you know who the project manager was

 3    on New World when it was implemented?

 4         A     No, that was before my -- the start of

 5    the implementation was before my time.

 6         Q     At any point in time, do you know who the

 7    project manager was?

 8         A     I thought Lori was.

 9         Q     What makes you think that?

10         A     Because, as I said, she was the one that

11    was involved and knew what was going on and had

12    been there forever, was so involved with law

13    enforcement, and seemed to be the go-to person.

14    When a question would come up on the system or what

15    are we going to do or things like that, as far as I

16    could tell, Lori always took the lead.

17         Q     Do you know if Ms. Bouricius had any role

18    in the New World project?

19         A     I never observed her having a role after

20    I was there, but before that, I clearly don't know.

21         Q     What about -- okay.  You said the GIS.

22               What percentage of her time -- Ms.

23    McDowell's time was spent on the GIS versus the

24    other business system analyst work?

25         A     I don't know.  There was a percentage,

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1   and I can't remember if it was 25 percent or 50

 2   percent, but there was -- there was a percentage

 3   that was assigned and I can't tell you the exact

 4   percentage.

 5        Q    Assigned by whom?

 6        A    We -- that was assigned when -- well,

 7   before we hired her, so it was in the job

 8   description, I think, and because Rick wanted a

 9   mix.  He wanted a mix of skills.  And it had to do

10   with how we had the -- the FTEs, the full-time

11   equivalents, how they were set up in the budget.

12        Q    So I got the impression you were saying

13   that somewhere it's actually written down that

14   she's supposed to spend 25 percent of her time or

15   50 percent of her time on GIS; is that correct?

16        A    Yes, I believe that that was in her job

17   description.  I think it was.

18        Q    That's a job description for the business

19   system analyst?

20        A    For her position.  It was because she had

21   a hybrid position.  She was -- she -- it was BSA

22   plus GIS.

23        Q    And is it your testimony that she had her

24   own job description?

25        A    I believe hers was different because of
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

 1   the GIS piece, yes.

 2        Q    And who would be most knowledgeable about

 3   the division of Ms. McDowell's time between

 4   business system analyst and GIS?

 5        A    Lhana was her last supervisor before she

 6   left, so Lhana would have been and then Rick before

 7   that.

 8        Q    When did she leave?

 9        A    It's -- I would say a year or so back.  I

10   don't remember the exact time, but it's been a

11   while that she left.  I was -- as far as

12   knowledgeable about her position, one of the

13   important projects that she worked on in GIS had to

14   do with how tax revenue is distributed along the

15   various entities in the County:  School districts,

16   municipalities, all that.  And I was aware of that

17   project because of its relationship to the outside

18   entities.  And that was one of the real concerns

19   that I had, especially when she left, was who was

20   going to take that over and how we're going to deal

21   with that.

22        Q    All right.  But that's -- you're talking

23   about 2018 now, right?

24        A    That was -- it's -- well, no.  I knew

25   about it when we first had her doing it.

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden  July 11, 2019**

250

1     Q    Uh-huh.

2     A    That goes back before Rick left.  Not

3    long, I think, after she first came on that --

4    there's a certain report that they do about how

5    to -- how to distribute that revenue and that was

6    before her being let go.  So the reason I bring

7    that up is that's part of me saying why I thought

8    she needed to stay.

9     Q    Who took over those jobs?

10    A    I think Chris Kadel is the prob -- Chris

11   Kadel is the main person dealing with that, and I

12   think Ryan also has been involved with that.

13    Q    Are you talking about Ryan Davison?

14    A    Yes.

15    Q    And Chris Kadel?

16    A    Kadel is how I say it --

17    Q    Kadel.

18    A    -- but that doesn't make it right.

19    Q    So they absorbed her GIS duties, Ms.

20   McDowell's GIS duties?

21    A    Yes.  We did not refill that position

22   when she left, the GIS piece anyway.

23    Q    Did you refill the business system

24   analyst piece?

25    A    Let me think.  I don't think we have.  I

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

1   think -- I think that position is still open since

2   Liz left.  We -- because there's nobody else new

3   down there.  I don't believe we've refilled that

4   position.

5        Q     What skill sets did David Underwood have

6   that Ms. Bouricius did not have in October of 2016?

7        A     David is a hardware person, so he works

8   on the internals of computers and those kinds of

9   things and, to my knowledge, Deb doesn't have that

10  skill set.  She was on the software side of the

11  house.  Dave is hardware.  So all the things that

12  would be dealt with -- end-user contact, how to use

13  things like Microsoft Word, the common

14  OfficeSuite -- that's what -- he's a tech and

15  that's what the techs do.

16       Q     Is that true for both the tech

17  positions -- or all four of them?

18       A     Yes, yes.

19       Q     So can you be any more specific other

20  than he worked on hardware?

21       A     The other things that I said.  The other

22  expertise as far as helping on the OfficeSuite and

23  those kinds of things, Google, those things that

24  are there where the end-users interact.  But

25  hardware is the main piece because that's mainly

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

252

1   what they do.  Working on printers, troubleshooting

2   those -- the hardware piece of all of that.  That's

3   their particular skill set.

4        Q    So do you know whether or not Ms.

5   Bouricius had any of that skill set at the time she

6   was terminated?

7        A    If she did, I certainly had never seen

8   any evidence of it.

9        Q    Did you ask anyone?

10       A    No, because it's a pretty safe bet in the

11   IT world that if somebody's on the software side of

12   the house and they are into coding and database

13   administration and those kinds of things, that they

14   are not a hardware person.  It's like a separation

15   of duties.

16       Q    And what skills did Andrew Wetzel have

17   that Ms. Bouricius did not have?  Is it essentially

18   the same answer?

19       A    Yes.  He -- at the time that the

20   terminations were made, he was a tech.  He's now

21   moved over to the network team, but -- so he had --

22   as well as the end-user hardware, he also had

23   networking skills along the lines of like what Troy

24   and Ron and those -- Bill Tarlton, what they can

25   do.  As far as I know, again, she doesn't have that

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1   easily and we don't want to lose them.
 2        Q    Okay.  Well, let me go back to my -- my
 3   question was -- we were looking -- in fact, it's so
 4   far gone I don't even remember.
 5             The network administrators, there were
 6   four of them in 2016, right?
 7        A    That sounds right.
 8        Q    Janine Corsi, Carey Stieb, William
 9   Tarlton, and Ronald Sage, right?
10        A    Yes.
11        Q    So William Tarlton and Ronald Sage had
12   the lowest level of seniority, right?
13        A    William -- Bill, yeah, I think that's
14   right.
15        Q    And they were -- a pretty significant
16   difference, right?  Ronald Sage had 8.5 years of
17   seniority and William Tarlton had 5.3, right?
18        A    Yes.
19        Q    Okay.  So I'd like you to explain -- let
20   me go back to this -- what skills William Tarlton
21   had that Janine Corsi did not have.
22        A    He was much stronger as a network
23   administrator.
24        Q    And can you give me any specific examples
25   of that?
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

260

1      A    Yes.  As far as, again, TCP/IP, the

2    Windows stack, the security protocols, how to

3    maintain identity within a network system.  He had

4    a broader knowledge of, I believe, IT security.  He

5    had taken lead on that.  He had a much stronger

6    background as far as writing scripts and shells and

7    handling the log-in scripts and those kinds of

8    things.  Bill had a lot of experience in all of the

9    above that, to my knowledge, Janine really didn't

10   have.

11      Q    And is that just based on your personal

12   experience or is that based on documented evidence?

13      A    That was based on my personal experience.

14      Q    And did you ever see any documentation

15   showing that Janine did not have those

16   knowledges -- that knowledge?

17      A    I never saw her produce any work product

18   along those lines that could tell me that she could

19   do it, and I saw her failings as far as Novell and

20   Google was concerned.

21      Q    Did any of those four network

22   administrators have a higher degree in education in

23   computer science?

24      A    I honestly don't know what their degree

25   levels were.  I was going based on their

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden  July 11, 2019**

261

```
 1    performance and the work product that I saw.

 2        Q    Okay.  Again, it was based on the

 3    performance that you personally observed.

 4        A    Yes.

 5        Q    Did you have any discussions with anybody

 6    about Janine Corsi's shortcomings or performance

 7    issues --

 8        A    I did.

 9        Q    -- prior to --

10        A    Yes.  With Troy.

11        Q    With Troy.  When was that?

12        A    I don't remember the timing.  I just know

13    that we discussed it.  I know -- I know that it had

14    become evident to me by the time we were getting

15    rid of the Novell system and coming up on Google,

16    and I didn't like the fact that she was going to

17    take the Google lead but she did, and I thought

18    that was going to be problematic.

19        Q    Well, what did Troy -- did Troy

20    discipline her for something?

21        A    I -- not to my knowledge.

22        Q    So I thought you said Troy talked with

23    you about performance issued related to Janine.

24        A    Yes.

25        Q    Okay.  So what performance issues did
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

262

```
 1    Troy tell you Janine had?

 2         A     What we just discussed.   The problems

 3    that we had with the Novell e-mail system and

 4    having -- having issues with that, and that's why

 5    it was crashing and having problems.

 6         Q     And he attributed those to Janine?

 7         A     Yes.

 8         Q     And when was this?

 9         A     Before we went live on Google, I believe,

10    was when we had that discussion or shortly

11    thereafter.

12         Q     Give me a year.

13         A     We went live in 2012.

14         Q     Somewhere around the 2012, 2013 time

15    frame.

16         A     I would say somewhere in there.

17         Q     Since that time, have you had any

18    discussions with anybody about performance problems

19    with Janine?

20         A     No, not -- I'm not sure I understand it.

21    Not since she's been gone, for sure, but -- well,

22    I'm sorry.  I'm trying to understand and answer

23    your question completely.

24         Q     Well, you talked about a -- the fact that

25    Troy Flick mentioned to you somewhat in the 2012,
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

264

```
 1        A     Uh-huh.
 2        Q     Were there any other guys -- you just
 3   need to give a verbal yes or no.
 4        A     Sorry.
 5        Q     Was that a yes?
 6        A     I was waiting on you to finish your
 7   question.
 8        Q     Sorry.  So all the guys in the network
 9   team would get together and play cards, but Janine
10   wasn't present; is that correct?
11        A     Correct.
12        Q     Were there any other guys or anybody else
13   that participated in that?
14        A     I don't remember seeing anybody else play
15   prior to the layoff.
16        Q     And you yourself didn't participate?
17        A     No, I did not.
18        Q     Did those card games ever go beyond the
19   lunch hour?
20        A     Not to my knowledge.  The times that I
21   remember seeing that they were in there was during
22   the lunch hour.
23        Q     So what skill sets did Ron Sage have that
24   Ms. Corsi did not have?
25        A     He was stronger as far as, again, SQL,
```

EXHIBIT B
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

265

1   the Structured Query Language.  He -- because he

2   previously had been a DBA, database administrator.

3   He was previously on Rick's team, and then he came

4   over to the network team after that.  So he had, if

5   you will, the database administration skill set in

6   addition to the network administration and the

7   kinds of things I described that Bill can do, those

8   same kinds of things to be able to handle security

9   protocols, TCP/IP, the network stack, network

10  operating systems, those kind -- servers, routers,

11  switches.  Ron could do all of that.

12       Q    Is it your testimony that Ms. Corsi could

13  not do that?

14       A    I don't believe she had much talent in

15  routers and switches and those kinds of things.

16       Q    Well, you listed off about ten --

17       A    Ten things.

18       Q    -- ten things there.

19       A    Right.

20       Q    Is there -- are there any of those ten

21  things that Ms. Corsi could do?

22       A    I don't know about could do.  Could she

23  do them better than Ron or Bill, no.

24       Q    And what's that based on?  Your personal

25  observation?

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

266

```
 1          A     Personal observation.
 2          Q     Sorry.  I didn't mean to talk over you.
 3                Just so the record's clear, is that based
 4     on your personal observation?
 5          A     Yes.
 6          Q     So the document that's in front of you,
 7     Exhibit 52, Ms. Corsi, Janine Corsi, if you look on
 8     that document, she had at the time of termination
 9     23 and a half years of service.
10          A     Okay.
11          Q     Well, you tell me.  Is that right?
12          A     I'm trying to find her.
13          Q     It's on the last page.
14          A     That's what it says, yes.
15          Q     Well, do you have any reason to disagree
16     with it?
17          A     No.
18          Q     Okay.  I mean, this is a document that
19     was produced by Mesa County with Ms. Atencio's
20     e-mail on the cover attaching these.  So if you
21     have any reason to disbelieve what's in here,
22     please tell me.
23          A     I will.
24          Q     Okay.  So Ms. Corsi is 23 years of
25     service.  Carey Stieb is also somebody who was
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1   terminated, right?

 2        A     Yes.

 3        Q     And Carey had 19 and a half years of

 4   service, right?

 5        A     Yes.

 6        Q     And let's see.  I want to make sure

 7   I'm -- I'm comparing apples to apples.

 8              Mr. Tarlton, if I'm saying his name...

 9        A     We usually say Tarlton.  It doesn't

10   matter.

11        Q     Tarlton.  He had 5.3 years of experience,

12   right, at the time of the layoffs?

13        A     With Mesa County, yes.

14        Q     And Ronald Sage had 8.5 years of

15   experience?

16        A     Yes.

17        Q     So have you now told me all the reasons

18   that you thought Lhana Jordan has more special

19   skills than did Mr. Corsi?

20        A     Yes.  Well, let me answer that some more.

21   Lhana has -- Lhana is technical and she does have

22   the hardware background and knowledge.  She was --

23   she was a technician before she got promoted into

24   management and still does a lot of that.  She had a

25   great deal and does -- has a great deal of
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

268

```
1    technical knowledge that Corsi did not have.
2         Q    Can you give me an example?
3         A    How to replace a motherboard, how to
4    replace memory in a computer.  Do you want me to
5    name all the parts of the computer that she can do
6    because it's every one of them, and he can't.
7         Q    And how do you know he can't?
8         A    He's not technical, doesn't have the
9    background, doesn't have the credentials or the
10   experience, to the best of my knowledge.
11        Q    Is it just based on your personal
12   observations that you believe he's got -- he
13   doesn't have as strong of skills as Ms. Jordan?
14        A    Correct.  And as well as, I've said, my
15   knowledge of the fact that -- I don't know if you
16   call this personal observation or not -- that his
17   background is GIS, which I believe is where he's
18   gone to again, is back into the GIS field.
19        Q    Is Lhana Jordan still the customer
20   service manager or has she gotten a promotion?
21        A    She was promoted to take over the
22   business systems analysts, so she got that in
23   addition to what she had before.
24        Q    When was she promoted to the BSA
25   position?
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1   resources to accomplish the objectives that I'm
 2   given, and I had to try to keep the best that I
 3   could with the resources that I knew I was going to
 4   have and I had to fit it under that cap.
 5        Q    Well, I appreciate that, but you also are
 6   aware that usually the longest time -- the longest
 7   term employees are usually the highest paid, right?
 8        A    Yes.
 9        Q    And they tend to be the older employees,
10   too, right?
11        A    Not necessarily in the IT world.  I mean,
12   I -- you -- it depends on the function.
13        Q    It may be that there's exceptions, but
14   generally would you agree that the longest-serving
15   employees are typically the oldest?
16        A    Yes.
17        Q    So did you know whether Rick Corsi ever
18   worked in support -- as a support specialist?
19        A    No, I don't.  But to the best of my
20   knowledge, if he did, I did not know that.
21        Q    What about comparing Lhana's skills --
22   Lhana Jordan's skills to Ms. Bouricius.  What
23   skills did Lhana have that Ms. Bouricius did not
24   have?
25        A    It's the same comparison, almost direct,
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

 1   except Deb's got the software side of things that

 2   Rick didn't have.  Deb -- wait.  You're comparing

 3   Rick to Lhana.

 4        Q    No.  I'm comparing Deb to Lhana.

 5        A    Oh.  As far as I knew, again, the

 6   hardware skill -- hardware skills of a technician,

 7   all of the things associated with desktop user

 8   support, and then stronger customer service skills.

 9        Q    When you say "desktop user support," how

10   was Lhana more skilled at desktop user support than

11   was Ms. Bouricius?

12        A    I see her do that all day, every day.  I

13   never observed or was told or had any information

14   that Deb had any skills in that area.

15        Q    Okay.  Do you have any other evidence of

16   desktop user -- of Lhana being stronger in desktop

17   user support than Ms. Bouricius other than what

18   you've just testified?

19        A    No.

20        Q    And you said hardware skills.  You

21   believe Lhana has better hardware skills than Ms.

22   Bouricius?

23        A    Yes.

24        Q    And what's that based on?

25        A    Personal observation.

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

```
 1        Q    And you said -- oh, you said also that
 2   Lhana had better software skills.
 3        A    No.  Better customer service skills.
 4        Q    Better customer service.
 5             Again, is that just based on your
 6   personal observation?
 7        A    Yes.  And also, as I said earlier, about
 8   information I had been given about customer
 9   complaints.
10        Q    From Lhana.
11        A    From Lhana.  I've had -- I've had
12   customers tell me that they didn't like the service
13   that they received.
14        Q    What customers?
15        A    Kristen Cole would be one.  I don't
16   remember exactly who said that to me over the
17   years.
18        Q    So Kristen Cole.  What -- what -- what --
19        A    She's administrative assistant and -- and
20   I think Kristen was there before Deb left.
21        Q    So what year was this complaint made?
22        A    I don't remember.
23        Q    Was there anything in writing about it?
24        A    Not unless there was something in work
25   orders that covered it.  I didn't read anything
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

275

```
 1   that I can recall.  It was verbal.

 2        Q    So why do you need these skills to be a

 3   manager?

 4        A    I think that in order to manage,

 5   especially frontline technicians, you've got to

 6   have a knowledge of the work that they are doing.

 7   That's what I think.

 8        Q    And you think Lhana had better knowledge

 9   of that than Ms. Bouricius?

10        A    Yes.

11        Q    Again, is that just based on your

12   personal observations?

13        A    Yes.  And I've also heard the flip side

14   of customers rave about Lhana and the work that she

15   does and the relationship to the users.

16        Q    Okay.  And I think I cut you off before

17   and I apologize.

18             We were talking about this chart.  You

19   called it a compensation table.

20        A    Uh-huh.  Yes.

21        Q    Thank you.

22             What -- what, if any, role -- I take that

23   back.

24             Where -- did you say HR keeps a copy of

25   that?
```

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**Frank Whidden   July 11, 2019**

347

1    under Layoffs on Page 48 of the policy manual?

2        A    I see 8.03, Layoff, yes.

3        Q    Do you see in there where it says that

4    County Administrator can make recommendations, but

5    the Board of County Commissioners has the final or

6    must make the final vote on who is deter -- who is

7    laid off?

8        A    I see it says this:  The County

9    Administrator will review and comment on the

10   proposals recommend -- this is from other

11   directors, I take it.  If you want me to read the

12   whole thing, I can.  Any change felt necessary to

13   the Board of County Commissioners, who will make

14   the final decision.

15       Q    Right.  The Board of County Commissioners

16   makes the final decision with respect to layoffs,

17   right?

18       A    That's what that says.

19       Q    Okay.

20       A    My understanding was that when they told

21   me that -- and I let them know that I was going to

22   make layoffs, that they commissioned me to move

23   forward, and that was my understanding of I had

24   their approval to move forward.

25       Q    Would you agree that that's not in

**EXHIBIT B**
**18-CV-01144-DDD-STV**

**CORRECTION SHEET**

Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners.

      Case Number: 18-CV-01144-DDD-STV
      Deposition of: Frank Whidden
      Date of Deposition: July 11, 2019

I, FRANK WHIDDEN, wish to make the following changes or corrections to my deposition:

| Page | Line | Should Read | Reason |
|------|------|-------------|--------|
| 19 | 12-13 | Add "I did not frequently discuss federal lawsuits with the commissioners." | The question was stated in the negative, making my response unclear. This statement is meant to clarify my answer. |
| 39 | 18 | Change "Try River" to "Tri-River." | This change is made to correct a misspelling. |
| 250 | 6 | Change "her" to "Elizabeth McDowell." | It was unclear to whom the word "her" referred in this sentence. For clarification purposes, the word "her" refers to Ms. McDowell. |

_Frank Whidden_ _____

**Frank Whidden**

_8/15/19_ _____

**Date**

STATE OF COLORADO         )
                          )ss.
COUNTY OF MESA            )

Subscribed and sworn before me this ___15th___ day of August 2019 by Frank Whidden.

_____
Notary Public

My Commission Expires: ___Nov 15, 2021___

RACHEL ENGLEHART
Notary Public – State of Colorado
Notary ID 20174047333
My Commission Expires Nov 15, 2021