IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**DEFENDANT'S AMENDED REBUTTAL EXPERT WITNESS DISCLOSURE**

---

    Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County" or "Defendant"), by and through its attorneys, submits the following Amended Rebuttal Expert Witness Disclosure pursuant to F.R.C.P. 26(a)(2)(B) and (C). Amended information is identified in bold, italic text.

**1.      Retained Expert.**

Steven D. Hovland, CPA, Certified Forensic Accountant, ***2536 Rimrock Ave., Suite 400-139, Grand Junction, CO 81505***. Telephone: ***(970) 210-4503***. Fax: ***(970) 210-4503***. Mr. Hovland may be called to provide an expert opinion in rebuttal to the opinion provided by the Plaintiff's Retained Expert, Dr. William H. Kaempfer, Ph.D.

- F.R.C.P. 26(a)(2)(B)(i): A complete statement of Mr. Hovland's opinions that he may or will express and the bases and reasons therefore are contained in Mr. Hovland's report, attached hereto as Exhibit 1, as well as Mr. Hovland's education, training, and experience.

- F.R.C.P. 26(a)(2)(B)(ii): The facts or data considered by Mr. Hovland in forming his opinions are addressed in Mr. Hovland's report, attached hereto as Exhibit 1.

1

**EXHIBIT D
18-CV-01144-DDD-STV**

- F.R.C.P. 26(a)(2)(B)(iii): Any exhibits that will be used to summarize or support Mr. Hovland's opinions are identified in Mr. Hovland's report, attached hereto as Exhibit 1.

- F.R.C.P. 26(a)(2)(B)(iv): Mr. Hovland's qualifications, including a list of all publications authored in the previous 10 years is attached hereto as Exhibit 2.

- F.R.C.P. 26(a)(2)(B)(v): A list of all other cases in which, during the previous 4 years, Mr. Hovland testified as an expert at trial or by deposition is attached hereto as Exhibit 2.

- F.R.C.P. 26(a)(2)(B)(vi): A statement of the compensation to be paid for Mr. Hovland's study and testimony in this case is attached hereto as Exhibit 3.

Defendant and Mr. Hovland reserve the right to supplement Mr. Hovland's disclosure made herein pursuant to F.R.C.P. 26(a)(2)(E) and F.R.C.P. 26(e).

**2.     Non-Retained Expert.**

Frank Whidden, County Administrator, Information Technology Director, and Human Resources Director, Mesa County, 544 Rood Avenue, P.O. Box 20,000-5004, Grand Junction, CO 81501, 970-255-5058.

- Subject matter on which Mr. Whidden is expected to present evidence under F.R.E. 702, 703, and/or 705 and a summary of the facts and opinions, and scope of testimony, to which Mr. Whidden is expected to testify: Mr. Whidden has a Bachelor of Business Administration degree in in Management from Kennesaw State College; a Master of Science degree in Computer Information Systems from the University of Phoenix; and a Ph.D. in Applied Management in Decision Sciences from Walden University. Starting in 1991, Mr. Whidden has worked as a network service technician, where he designed and implemented networks; serviced, worked with, and repaired laptop computers, desktop computers, and printers, sometimes working with up to 2,000 desktop and laptop computers; worked with business computer networking and business software applications; worked with computer hardware;

2

managed databases, servers, VOIP phone systems and software, LANs, WAN, user training and support, software, hardware (including specifications, purchasing, installation, and training), website, computer exchanges, network administration and design operations, and department budgeting. Mr. Whidden also operated his own businesses, which involved computer network design, service, and support for Fortune 500 companies and for small businesses as well as implementing the first Internet Service Provider in West Alabama. Mr. Whidden has worked as a supervisor in an information-technology-related position for more than 26 years.

Mr. Whidden thus has more than 27 years of experience, education, and training related to working in information technology departments and more than 26 years of experience in managing, overseeing, and operating information technology departments in multiple industries, including private and public organizations.

Mr. Whidden is expected to testify regarding his experience and expertise, based on his knowledge gained over years of experience, education, and training, regarding managing information technology departments, including Mesa County's information technology department; the positions in information technology departments, including Mesa County's information technology department; the skill sets needed in information technology departments, including Mesa County's information technology department; and Mesa County's needs in its information technology department.

Defendant and Mr. Whidden reserve the right to supplement this disclosure made herein pursuant to F.R.C.P. 26(a)(2)(E) and F.R.C.P. 26(e).

Respectfully submitted this 8th day of July 2019.

BECHTEL SANTO & SEVERN

By: *s/Alicia W. Severn*
　　Alicia W. Severn, #42432

3

>Michael C. Santo, #24083
>205 N. 4th Street, Suite 300
>Grand Junction, Colorado 81501
>Telephone: (970) 683-5888
>Facsimile: (970) 683-5887
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S AMENDED REBUTTAL EXPERT WITNESS DISCLOSURE**, including exhibits, was served this 8th day of July 2019, via electronic mail, to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff

>*s/ Alicia W. Severn*
>Alicia W. Severn, attorney