IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION PURSUANT TO FED. R. EVID. 702 TO STRIKE FRANK WHIDDEN'S EXPERT DESIGNATION AND EXPERT WITNESS OPINIONS**

---

Plaintiff Debra Bouricius, by and through her counsel Paula Greisen and Jennifer Weiser Bezoza of KING & GREISEN, LLP, respectfully submit Plaintiff's Unopposed Motion for Extension of Time to File Reply in Support of Motion Pursuant to Fed. R. Evid. 702 to Strike Frank Whidden's Expert Designation and Expert Witness Opinions, and in support thereof state as follows:

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)**

Plaintiff's counsel certify that they have conferred with Defendant's counsel regarding this Motion, and Defendant does not oppose.

1.    On September 4, 2019, Plaintiff filed her Motion Pursuant to Fed. R. Evid. 702 to Strike Frank Whidden's Expert Designation and Expert Witness Opinions ("Daubert Motion")

[Doc. 75]. Defendant Mesa County filed its Response to Plaintiff's Motion on September 25, 2019 [Doc. 88].

2. Plaintiff's reply in support of the Daubert Motion is currently due Wednesday, October 9, 2019.

3. Undersigned counsel is currently working on Plaintiff's response to Defendant's Motion for Summary Judgment [Doc. 73], which is due on Friday, October 4, 2019.

4. A short, three-business day extension is necessary because undersigned counsel will be observing a religious holiday on the day that Plaintiff's reply is due.

5. Plaintiff hereby requests an extension until Monday, October 14, 2019.

6. This is Plaintiff's first request for an extension of time for her reply in support of the Daubert Motion.

7. No party will be prejudiced by the extension of time as the trial in this matter has not yet been scheduled.

WHEREFORE, Plaintiff respectfully request that the Court grant Plaintiff's Unopposed Motion for Extension of Time, to and including October 14, 2019 to file a reply in support of the Daubert Motion.

Respectfully submitted this 4th day of October 2019.

                KING & GREISEN, LLP

                *s/ Jennifer Weiser Bezoza*
                Paula Greisen
                Jennifer Weiser Bezoza
                1670 York St.
                Denver, Colorado 80206
                (303) 298-9878 telephone
                (303) 298find9879 facsimile

greisen@kinggreisen.com  
bisbee@kinggreisen.com  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2019, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION PURSUANT TO FED. R. EVID. 702 TO STRIKE FRANK WHIDDEN'S EXPERT DESIGNATION AND EXPERT WITNESS OPINIONS** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

Michael Santo  
Alicia Severn  
Bechtel Santo & Severn  
205 N. 4th Street, Suite 300  
Grand Junction, CO 81501  
santo@bechtelsanto.com  
severn@bechtelsanto.com  

*Attorneys for Defendant Mesa County*

 I hereby further certify that on this 4th day of October 2019, I mailed a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION PURSUANT TO FED. R. EVID. 702 TO STRIKE FRANK WHIDDEN'S EXPERT DESIGNATION AND EXPERT WITNESS OPINIONS** to the following:

Debra Bouricius  
50152 Highway 72  
Lyons, CO  80540  

*s/ Laurie A. Mool*  
Laurie A. Mool, Paralegal