# EXHIBIT C



### MESA COUNTY PERFORMANCE APPRAISAL

Name  Deb Bouriclus _____   Department IT _____

Performance Period: From 4-2007 ___   To 4-2008 _____   Position: Business System Analyst____

DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW: _____

Evaluator: _____   Dept. Head/Elected Official: _____

☐   New Hire Review     ☐   Promotional/Lateral Review   ☐X   Annual Review

DATE OF EVALUATION CONFERENCE:   4-11-2008 _____

Evaluator: Rick Corsi _____   Dept. Head/Elected Official: Stefani Conley_____

### PERFORMANCE LEVELS

**UNACCEPTABLE STANDARDS:** Overall employee performance is unacceptable.

**BELOW STANDARDS:** Employee is below standards in more than one performance area.

**MEETS STANDARDS:** Employee meets standards in most or all performance areas but may have unacceptable or below standards ratings in at least one performance area

**ABOVE STANDARDS:** Employee meets or is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained performance in job duties.

**OUTSTANDING PERFOMANCE:** Employee is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained outstanding performance in job duties.

### EMPLOYEE SIGNATURE(S):

*Performance Standards Development Review*

I have reviewed with my supervisor and understand the key duties and responsibilities and expectations of my job as established herein.

_____     _____
Signature                              Date   4-14-08

*Evaluation Conference*

I have reviewed with my supervisor the appraisal herein of my performance regarding the established expectations of my job.  My signature does not necessarily reflect agreement with this appraisal. (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

_____     _____
Signature                              Date   4-14-08

DEF 287

## MESA COUNTY
## PERFORMANCE EVALUATION

EMPLOYEE: Deb Bouriclus                              SUPERVISOR: Rick Corsi

PERFORMANCE PERIOD:  FROM 4-2007     TO 4-2008        POSITION: BSA

| RATING SCALE | | | | | PERFORMANCE LEVEL STANDARDS |
|---|---|---|---|---|---|
| UNACCEPT-ABLE | BELOW | MEETS | ABOVE | OUT-STANDING | Evaluate and Document Each Expected Standard of Performance |
| 1 | 2 | 3 | ④ | 5 | System/Technical knowledge |
| 1 | 2 | 3 | 4 | ⑤ | Department Process Knowledge |
| 1 | 2 | ③ | 4 | 5 | Hardware/Peripheral Support |
| 1 | 2 | ③ | 4 | 5 | Overall Communication (Customer, vendor and IT) |
| 1 | 2 | 3 | ④ | 5 | Coordinate System Applications |
| 1 | 2 | 3 | 4 | ⑤ | Oversees Project Implementations |
| 1 | 2 | 3 | ④ | 5 | Trains users |
| 1 | 2 | 3 | 4 | ⑤ | Documentation |

Revised 11/2007
Page 2

DEF 288

## PERFORMANCE EVALUATION
### (CONTINUED)

Employee Strengths: _____

_____

_____

Recommended Improvement Areas: _____

_____

_____

Training Recommendations: _____

_____

_____

| Performance Level | Merit Increase | Merit Pay | Recommended Increase |
|---|---|---|---|
| **UNACCEPTABLE STANDARDS:** Overall employee's performance is unacceptable. | 0% | 0% | |
| **BELOW STANDARDS:** Employee is below standards in more than one performance area. | 0% - 1% | 0% | |
| **MEETS STANDARDS:** Employee meets standards in most or all performance areas but may have unacceptable or below standards ratings in at least one performance area. (must have all meets to receive merit pay) | 0% - 4.0% | 0-.5% | |
| **ABOVE STANDARDS:** Employee meets or is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained performance in job duties. | 4.0% - 5.5% | .5% - 1.5% | 1.5% |
| **OUTSTANDING PERFORMANCE:** Employee is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained outstanding performance in job duties. | 5.5% - 6.5% | 1.5% – 2% | |

### EMPLOYEES WHO HAVE REACHED THE MAXIMUM WITHIN THEIR PAY RANGE

Merit pay is also available for those employees who attain the top of the pay scale applicable to their classification who have demonstrated increased effectiveness in performing the duties of the position. The award, a percentage of the annual salary, will be paid as a lump sum.

**DEF 289**

## PERFORMANCE STANDARD DEVELOPMENT

| KEY DUTIES AND RESPONSIBILITIES | EXPECTED STANDARDS OF PERFORMANCE<br>Standard Must Be Listed In Order of Importance |
|---|---|
| Eden System Support | Provides administrative and system support for the Eden system including software updates.<br><br>Assists in the development and maintenance of crystal reports from the Eden system including but not limited to:<br>Position Control Report of Authorized and Open Positions for Karen<br>HMO Participants and Dependent report for Cindy<br>Salary increases for Sheryl.<br><br>Provides user training in Eden system operations and use including but not limited to:<br>Web Timesheet Entry – Finance<br>Support Plus training for Finance/HR<br><br>Bi-Monthly review meeting of outstanding issue with Eden.<br><br>Attend Finance Steering Committee Meetings<br><br>Participated in Credit Card implementation for Health Dept.<br><br>Complete Helpdesk requests<br><br>Assisted with developing EBO timeline and implementation schedule.<br>Assisted with EBO – Eden Import. |
| GBA System Support | Provides administrative and system support.<br>Participated in interview calls to other organizations that are using GBA.<br>Scheduled a Webex of the new Web interface to GBA. Worked with vendor to include an in-house developed crystal status report in the dashboard presentation. |
| Telecommunications Support | Provides administrative support for Mesa County Tadiran and Coral telecommunications system users<br>Provides administrative support for Mesa County Tadiran Voicemail system users |
| IVR | Primary system support for IVR system<br>Regular updates of Elections data to IVR<br>Respond to Helpdesk requests<br>Assist with developing a new contract for an upgrade.<br>Participate in Kick-off Conference Call. |
| SQL DBA | Administration support for SQL servers<br>Installed SQL for instance for CJSD and GIS<br>Developed Backup schedules<br>Participated in 2000 to 2005 migration discussions<br>Assisted with migration of GIS, Insight, GoldTest to 2005 server. |
| CRW | Participated in Kick-off, Business Process Review Meetings<br>Attended training for initial system configuration and setup |
| Eagle | Participated in Kick-off meetings and vendor negotiations. |
| CMMS | Participated in system requirements definition meetings and developed RFP. |
| RiskMaster | Provides support for the Risk Management System<br>Developed new import to work with Eden's market study/position title changes.<br>Implemented Upgrades |

**DEF 290**

| | |
|---|---|
| Building Dept. Contractor Database | Provides support for the Building Department end-of-year needs |
| HelpDesk Backup | Provides backup telephone support to the I.T. Helpdesk staff |
| Faster | Respond to HelpDesk Requests |
| Other | Attend MCEA Employee of the Month Meetings, |

DEF 291

Routing (Initial & Date):   3. Dept. Head
1. Supervisor   _Sale_   4. Pers. Dir.
2. Div. Head  DD 4/14   5. Co. Adm.

MESA COUNTY PERFORMANCE APPRAISAL

APR 14 1992

Name _Debbie Bourtelle_                          Department _IRHA_

Performance Period from _April 1991_   to _April 1992_   Position _Application Analyst II Prof-04_

DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW

Signature of:                                    Elected Official
Evaluator _____                         or Dept. Head _____

New Hire Review
Promotional/Lateral Review
DATE OF EVALUATION CONFERENCE _4/12/92_          Annual Review  X
APRIL

Signature of:                                    Elected Official
Evaluator _Tommi Sale_                           or Dept. Head _Dina A. Kaliszewski-Hanley_

PERFORMANCE LEVELS

_Above Standards_   Employee's performance consistently goes beyond the established expected standard. The performance level regularly surpasses the stated job requirement and significant results have been achieved.

_Meets Standards_   Employees whose level of contribution and performance consistently meets standards. Performance fully meets the requirement of the duty and responsibility of the position as expected.

_Below Standards_   Performance does not meet the established standard. May achieve some portion of the objective but is lacking in performing all aspects of the performance standard. Requires close supervision and reassignment and/or correction of work. An employee failing in this category should be counseled about performance standards and should progress from this level within a reasonable period of time. If an employee is consistently rated 'below standards' in the majority of expected standards, demotion or termination should be considered.

Outstanding level of performance is for Exceptionally Meritorious Service as outlined in the Personnel Manual, Section 9.03D. This category is reserved for the consistently outstanding performer. This rating should be used in exceptional cases and only through extremely careful consideration of a performer who achieves exceptional results over a sustained period of time. The employee has initiated ideas and gone beyond the parameters of the job.

If the supervisor feels the employee meets this level of performance on any of the standards set for an established key duty or responsibility, please write, in lieu of marking one of the performance level columns, "outstanding" in the Performance Level Documentation column adjacent to the appropriate duty and standard, and give detailed justification.

EMPLOYEE SIGNATURE:
_Performance Standards_
_Development Review_         I have reviewed with my supervisor and understand the key duties and responsibilities and
                            expectations of my job as established herein.

_Evaluation Conference_     I have reviewed with my supervisor the appraisal herein of my performance regarding the
                            established expectations of my job. My signature does not necessarily reflect agreement
                            with this appraisal. (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

                            _D. A. Bourisiue_

-1-

**DEF 400**

Name of Employee: Debbie Bouricius
PERFORMANCE STANDARDS DEVELOPMENT:

| KEY DUTIES AND RESPONSIBILITIES | EXPECTED STANDARDS OF PERFORMANCE Standards Must Be Listed In Order of Importance |
|---|---|
| **A. APPLICATION ANALYST**      50%<br>May be assigned to develop projects involving analysis, design, programming and/or technical advisory support. Also must work with and back-up other IRMA staff. | 1.) PAW all projects and assigned tasks are completed within established or agreed upon time-lines. Changes to schedules must be approved in advance by the IRMA Application Analyst Supervisor. Any changes to schedules or project or problem status will be communicated to the affected user(s) within one working day. |

2.) PAW you arrive promptly for all scheduled meetings and appointments.

3.) PAW the purchase and installation of a new Payroll/Personnel software system with a G/L Interface module is completed.  Including:
a) an RFP is developed and distributed by May 15, 1992.
b) vendor selection by July 31, 1992.
c) award contract by August 31, 1992.
d) successful installation, testing and conversion to the new system by December 15, 1992.
e) successful testing and implementation of the G/L Interface by February 15, 1993.

4.) PAW modifications to the DBS Fixed Asset system are completed and the new Fixed Assets System is available by October 1, 1991.  Cooperatively with the Finance department, convert the micro data to the mini by June 12, 1992.

5.) PAW evaluation of the current word processing standard and a recommendation for a new standard is submitted to the Automation Steering Committee by October 1, 1991.

6.) PAW a "pilot" Public Access system is developed to query Assessor records by outside users on a previously purchased NCR mini computer by October 2, 1992.

7.) PAW the purchase, installation and transition to a new Word Perfect word processing standard is completed.  Including:
a) first phase installations by October 1, 1991. (trainers and IRMA staff)
b) second phase (1st round of user installation and training) by April 1, 1992.
c) third phase (2nd and final round of user installation and training) by December 31, 1992.

8.) PAW a feasibility study and alternatives analysis is done by November 1, 1992 for the integration of the Road & Bridge CHRIS system with the County's financial system (FIN).

9.) PAW a preliminary feasibility study ("high-level" task list and time estimate) is developed by March 16, 1992 for the following 1993 projects:
a) WP installation and training strategy.
b) (CIP-A1) Public Access system for Assessor records, etc. on the NCR.

(Continue on a separate sheet if needed)

-2-

**DEF 401**

Name of Employee: Debbie Bouricius

PERFORMANCE STANDARDS DEVELOPMENT

| KEY DUTIES AND RESPONSIBILITIES | EXPECTED STANDARDS OF PERFORMANCE Standards Must Be Listed In Order of Importance |
|---|---|
| | 10.) PAW primary responsibilities for areas and systems will include the following actions:<br>• User is given a proposed action and timeframe for the proposed action within two working days of reported problem or written request.<br>• The action proposed and taken is technically correct based on information provided.<br>• The proposed timeframe, procedure change (if any) and the proposed action is accepted by the user.<br>Your primary responsibilities for this evaluation period are:<br>a) HELP Center and user support.<br>b) DBS Financial systems. (G/L, P/R, Pers, P/O, Req, A/P)<br>c) DBS Fixed Assets system.<br>d) In-house training development and coordination for standard software products.<br><br>11.) PAW secondary responsibilities for areas and systems will include the following actions:<br>• User is given a proposed action and timeframe for the proposed action within two working days of reported problem or written request.<br>• The action proposed and taken is technically correct based on information provided.<br>• The proposed timeframe, procedure change (if any) and the proposed action is accepted by the user.<br>Your secondary responsibilities for this evaluation period are:<br>a) Micro computer support.<br>b) DBS Treasurer A/R system.<br>c) LAN research and recommendations.<br>d) (CIP-23) Further automation of the tax collection process and interface to the G/L. |
| B. USER SUPPORT          45%<br>IRMA is a support service organization within the County. As a member of the IRMA team, you must be responsive to user needs and also must coordinate your activities with the rest of the team: | 1.) PAW all significant events, changes, and problems are logged within one working day of occurrence. All new user requests are entered into the log within one working day of receipt.<br><br>2.) PAW no more than two unresolved complaints about your performance from users and/or colleagues in the evaluation period. |
| C. TRAINING/SELF IMPROVEMENT    5% | 1.) PAW you attend at least one specialized seminar or training session that pertains specifically to an area of support or need. |

(Continue on a separate sheet if needed)
-3-

DEF 402

Name of Employee: Debbie Bouricius

PERFORMANCE EVALUATION

PERFORMANCE LEVEL DOCUMENTATION
Evaluate and Document Each Expected Standard of Performance

| ABOVE | MEETS | BELOW | |
|---|---|---|---|
| | | | **A. Application Analysis.** |
| | XX | | 1. Debbie has always made a priority of letting both me and the affected user(s) know about any necessary schedule changes. |
| XX | | | 2. Always arrives on time for appointments. |
| | | | 3. Although this project does not have critical milestones in this evaluation period, the project is still on schedule with no apparent problems. |
| | XX | | 4. The Fixed Assets system has been modified and now we are waiting for more resources from Finance before proceeding. |
| XX | | | 5. A recommendation for a new word processing standard (WordPerfect) was submitted to the ASC in memo form dated 07/18/91. The ASC adopted the new standard at the 08/20/91 meeting. |
| | | | 6. This project is not in this evaluation period. |
| XX | | | 7. Phase one was completed on schedule, phase two is also proceeding on schedule and phase three is anticipated to be completed by year's end. Debbie has put together some very useful training material and supervised the training and scheduling of students. At least one student has commented on the high quality of the class. Debbie has put alot of effort into this project and the results have been very positive. |
| | | | 8. This project is not in this evaluation period. |
| | XX | | 9. The task lists were complete and submitted on time. |
| XX | | | 10. Debbie's effort in being the primary support person has proven itself in how efficient the Help Center has been running. Her concentrated effort on the in-house training has been commendable. |
| | XX | | 11. Although Debbie has a very busy schedule, she has still been able to lend some secondary support to the various areas and systems assigned. |
| | | | **B. USER SUPPORT.** |
| | XX | | 1. Requests are entered and updated on time. |
| XX | | | 2. I have never received any complaints about Debbie's performance. One end-user (Rich/Fleet) referred to her "expert and timely assistance". |
| | | | **C. TRAINING/SELF IMPROVEMENT.** |
| XX | | | 1. Debbie has been very willing to attend seminars and conferences to further her knowledge. In the last year she has attended eight different training seminars including personal improvement, technical and project specific courses. We have seen the results of some of these courses already and anticipate seeing some of the others applied in the new P/R Personnel system selection. |

-4-

DEF 403

PERFORMANCE EVALUATION (CONT.) Name of Employee: Debbie Bouricius

Employee Strengths (Within Current PAWS): Debbie has a dedication and committment to see a job through to completion. When she does run into an obstacle on a job, she is dogged in finding the solution before asking for help.

Recommended Improvement Areas (Must be Completed): Debbie is continuing to attend training for the P/R Personnel system. She should also look for more training in technical areas and inter personal skills.

Training Recommendations (Type of Training and Order in which it's to be Provided): see above

---

THE RATING SYSTEM BELOW APPLIES TO THOSE EMPLOYEES WHO HAVE COMPLETED AT LEAST
ONE YEAR OF EMPLOYMENT AND HAVE NOT REACHED THE MAXIMUM PAY WITHIN THEIR GRADE.

Annual Pay-for-Performance Salary Increase Recommendation (check one):
(A Personnel Transaction must accompany all salary recommendations. Increments must be in 1/2%, scale starting at 1%).

Performance level falls in "Meets Standards" and/or in "Below Standards"............................................0% /__/
(Use this category if there are one or more "below" ratings and majority are "meets". Will also be used when all standards fall in "meets" ranking.)

Performance level falls in "Meets Standards" and "Above Standards" ..................................................1% - 2% /__/
(Use this category if "meets" are the majority and "above" are found in one or more standards of lesser importance. May have "below" ratings in standards of lesser importance.)

Performance level falls in "Meets Standards" with the majority in "Above Standards"...............( 3% )...........2.5% - 4% /XX/

(This category will have no "below" ratings.)

Outstanding level of performance is for the employee who achieves exceptional results over a sustained period of time. This rating should be used in exceptional cases and through extremely careful consideration of a performer who achieves exceptional results and has initiated ideas and gone beyond the parameters of the job. If the employee meets this level of performance on standards set for an established key duty or responsibility, write "outstanding" in the Performance Level Documentation column adjacent to the appropriate duty and standard, giving detailed justification.

The superior feels the employee meets this level of performance on standards which comprise the major duties of the job. (This category will have no "below" ratings.)...........................................................4.5% - 6.5% /__/

(2/90)                                          -5-

DEF 404

# M E M O R A N D U M

TO:      Don Dumont

FROM:    Marcia Arnhold

DATE:    August 24, 1992

RE:      SuperCalc Documentation

I felt it necessary to express to you my newly acquired appreciation for Debbie Bouricius's skill in developing documentation for training. Recently Debbie and I worked together to complete the Introduction to SuperCalc documentation. I worked on only a small section of that documentation and discovered how difficult that process can be.

As a trainer for HelpDesk I have used documentation developed by Debbie for other classes and have always been impressed with her attention to detail and accuracy. The training material she develops make it easy to train. She is definitely a "pro".

DEF 432

DocuSign Envelope ID: EDF319B1-A81C-4DDD-A2A3-887A21ED468C



**MESA COUNTY**

December 24, 2015

Evaluation: Deb Bouricius
Period reviewed: January 1, 2015 through December 31, 2015
Position: Senior BSA –IT Department

**Overall Appraisal**

Throughout the year Deb has lead and been involved in a wide variety of projects including electronic signature, Traffic, Recording, Assessor, Treasurer, Administration, HR and Finance applications and has shown development in expanded support and overall technical support. She has supported countywide and core department specific applications for many years and has an extensive knowledge of their business processes and needs. Deb strives to meet customer expectations in a very challenging environment at times.

**2016 Goals**

Continue to: learn about ever changing business processes and requirements; develop technical and organizational skills; develop positive working relationships with co-workers and customers; strive to be a leader in the organization; and cross train and seek cross training in all areas working toward providing the strongest and seamless support possible from our IT team.

I look forward to working together to successfully implement 2016 and beyond, projects along with continually supporting existing applications and numerous other projects as a team.

Signature of Employee

*Deb Bouricius*

7447F82DE310432...

12/28/2015 | 10:50 MT

Signature of Department Manager

*Rick Corsi*

4213FC921629475...

12/28/2015 | 11:32 MT

**DEF 714**

**Mesa County, Resource Management, Information Technology**
**Evaluation Criteria Form**

*Deb Bouricius*

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.4 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] *Successfully meets essential job function* | | | |
| Technical Knowledge | | 0-2 | 1.75 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] *Excellent overall technical knowledge of all applications she supports. Could use a bit more development on in depth technical and system knowledge.* | | | |
| Project Management | | 0-1.5 | 1.4 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] *Excellent project management knowledge and skills. Very good individual time management skills. Continues to develop group and team organization and mentoring skills.* | | | |
| Effective Communicator | | 0-1 | .9 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] *Excellent written communication skills and very good comprehension of needs from the customer.* | | | |
| Customer Service | | 0-1 | .95 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] *Works well with all customers. Strives to meet customer needs.* | | | |
| Inner Departmental Relations | | 0-1 | 1.0 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] *Works well with all coworkers.* | | | |
| Professionalism and Availability | | 0-1 | 1.0 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] *Meets requirements.* | | | |

**DEF 716**

DocuSign Envelope ID: 8D12E8CF-4931-4BF8-A0C6-4349AEA9BD87

**Mesa County, Resource Management, Information Technology**

**Evaluation Criteria Form**

*Deb Bouricius*

Overall Comments: *[Comments] Deb has shown the ability to meet all the technical requirements of the job. Seems to feel most comfortable managing projects. An area to continue to develop in would be technical and system knowledge.*

*Deb has managed several different start-up projects throughout the year and as always continues to do an excellent job managing, coordination and organizing staff and vendors.*

*Has handles all assignments well.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ▨ | ▨ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi*          Date: 12/5/2014 | 16:53 PT

Director Signature: *Frank Whidden*          Date: 12/5/2014 | 12:21 PT

Employee Signature: *D. A. Bouricius*          Date: 12/7/2014 | 15:08 PT

**DEF 717**



**MESA COUNTY**

### Performance Evaluation (Sr. BSA)

| | | |
|---|---|---|
| | | Self Evaluation ☐ |
| Name: Deb Bouricius | Date: 10-15-2013 | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: October, 2012 | To: October,2013 | |
| Department: IT | Position: Sr. BSA | |

**Key Duties, Tasks, and Responsibilities (from job description)**

Position supports department and county-wide vertical applications.  Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors and vendors.  Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment.  Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.**

| (Consider how well the professional performs all aspects of the job.  Consider all factors below.) See Section 4 | | | |
|---|---|---|---|
| **Job Performance** | Below (2) ☒ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2 | | | |
|---|---|---|---|
| **Job Knowledge** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| (For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2 | | | |
|---|---|---|---|
| **Project Management** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2 | | | |
|---|---|---|---|
| **Meets Deadlines** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2 | | | |
|---|---|---|---|
| **Judgment & Problem Solving** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| (Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3 | | | |
|---|---|---|---|
| **Communication Skills** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |

| (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3 | | | |
|---|---|---|---|
| **Organizational Skills** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (demonstrates enthusiasm and interest) | | | |
|---|---|---|---|
| **Service Passion** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |

| (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3 | | | |
|---|---|---|---|
| **Ability to Deal with Customers and Co-workers** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3 | | | |
|---|---|---|---|
| **Innovation & Initiative** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| | |
|---|---|
| **Total Points: 40** | **Overall Rating: Above** |

DEF 718

| | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ | |
|---|---|---|---|---|

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

### Knowledge and abilities needed to accomplish technical or computer-related duties:

*Excellent knowledge of County systems and processes.*
*Understands the needs of customers.*
*Able to look at needs and come up will options then follow through with vendors and/or applications to meet the needs.*
*Good organizational and project management skills.*
*Good ability to evaluate needs and details on projects.*

## Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

### Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:

*Works well with customers and co- workers.*
*Interested in developing applications to meet the needs of the customers.*
*Communicates well, but at time could be more outgoing to get points across.*

## Section 4 (Overall Job Performance)

### Summary of all job performance criteria:

*Is able to meet all aspects of the job.*
*Areas that can be worked on are seeking and completing training and taking the lead on additional projects.*

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

Continue to manage projects and assist departments with process improvement.

*Accomplishment of Goals Established in Previous Review (if applicable)*

Develop better understanding of hardware/infrastructure and how it relates to applications. - Participated in hardware/application and db upgrades for supported applications.

Develop PM Skills – Continue to manage projects for the county and  studied ITIL best practices.

Develop understanding and put into practice change management practices.  Developed a Service on Service desk based on procedures developed by IT's Change Management Committee to help track change management incidents.

DEF 719



**MESA COUNTY**

**Performance Evaluation (Sr. BSA)**

| Name: Deb Bouricius | Date: 9-13-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: SR. BSA |

**Key Duties, Tasks, and Responsibilities** (from job description)

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
Deb has an excellent historic knowledge of projects and applications she has worked with throughout her career.
She takes the lead on many projects implementations and support for applications such as the Financial system.
Deb has a good understanding of overall working and processes throughout the County. For this reason she has been ask to and participates in the PDSA program.
Good organizational skills.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Excellent working knowledge of County systems.
Deb is very strong in understanding the customer's needs and developing solutions for their processes.
She is very good at listening to users and helping them understand why things work they way they do.
She looks at the entire process to make improvements, not just the software/application side.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
Very organized and detailed when implementing and tracking projects.
Provides good documentation and tracking communication to users and vendors when working on projects.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
Meets all deadlines that are within her control.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
Excellent judgment when looking at problems and resolutions. Evaluates the effect of change for the whole process, not just a nearly focused solution.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
Very go written communication and documentation skills.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
Deb is very organized on project s, record keeping and documentation.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Willing to help on all projects she has knowledge of.
At time gets frustrated with ever changing and unclear direction from Management and administration.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Listens to and handles customers professionally.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
Deb understands current systems and looks at new products and releases of applications to determine if it is useful to make a change or is it just a change for change sake.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

| **Total Points: 37** | **Overall Rating: Above** |

| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 – 50 ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Very good at evaluation application changes and new product/module evaluation to balance the benefits vs. risks.
Excellent understanding of County processes.
Very good at organization and documentation.

At time should take a stronger leadership role in project management for new projects.

**Employee Career Goals / Objectives** (to be completed by employee)

Continue to develop knowledge and receive training in Project Management, SQL, SQL Reporting Services, Application related training, PDSA and Balanced Scorecard. Lead and Manage new projects.

**Accomplishment of Goals Established in Previous Review** (if applicable)

Meet all goals that were under her control.

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)
Develop better understanding of hardware/infrastructure and how it relates to applications.
Develop PM skills.
Develop understanding and put into practice change management practices.
Continue to keep monitor data security on applications and projects.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: | Date: 12/6/12 |
| Supervisor Signature: | Date: 12/6/12 |
| Department Head Signature: | Date: 12/11/12 |

**DEF 722**



## MESA COUNTY

## SELF EVAL. Performance Evaluation (Sr. BSA)

| Name: Deb Bouricius | Date: 9/4/2012 |
|---|---|
| Annual Evaluation Period From: April 9, 2011 – September 4 2012 | To: Rick Corsi |
| Department: IT | Position: Sr. Business Application Analyst |

**Key Duties, Tasks, and Responsibilities** (from job description)

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
I have given excellent service to the departments I support. In addition to my assigned departments, I have also been backup support to the SO. I have successfully complete several projects including New World implementation, Eden Cashiering and Sire Active Review. I have complete several additional small projects including research on telephone time entry and online credit card use. I have successfully upgraded my assigned systems to the latest version of software, maintained users and security on the systems and created ad-hoc reports as requested. I am also participating on the PDSA Committee and I am currently working with several departments to develop PDSA projects.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Given the lack of budget for BSA Training, I'm left with taking advantage of the free on-line Webinars offered by various vendors including Eden, HelpDesk and Tyler Eagle/Treasurer. I have completed the required Security Training as well as Project Management training as time allowed. I continue share my experience and knowledge with fellow employees including RFP development and SO applications support.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
I have successfully completed several projects including New World, Eden Cashiering and Sire Active Review. In the case of Eden cashiering there were several inadequacies and bugs in the software. I documented and stayed on top of the issues with the vendor to insure the best possible solution for Mesa County.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
I have not been given any specific deadline perhaps because I always meet my implied deadline.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
I have responded to helpdesk tickets in a timely manner. In addition to solve ourselves in a situation where we have a problem that needs to be fixed but there are also Department deadlines to be considered. That was the situation last fall when the Tyler/Eagle was taking several hours to generate the snapshot the Assessor used to create reports and at the same time Assessor needed to complete their Certification. Kelly and I were able to work with both the Vendor and Assessor's Department to determine a game plan to resolve the issue and still meet the Assessor's requirements. The many successfully completed projects and excellent support are all evidence of my outstanding judgment and problem solving skills.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
I keep users well informed about the status of issues without over burdening with too many emails. My communications are always professional.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
I have excellent organization skills. I come prepared for meetings. In addition to the large projects I administer over sixteen different applications and provide user support across all County Departments. I have to have exceptional organizational skill to not become overwhelmed.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
I'm more than willing to help and work on tasks to promote the success of a project. In both Eden Cashiering and Sire Active review I spent many hours with the users to test and document system functionality and issues. I'm often frustrated when IT is asked to spend time doing research, submits the results but gets no acknowledgement from the upper management that requested the research. Or we are asked to spend the time putting together an RFP, completing a vendor selection including demonstrations when we there is no money appropriated to purchase a product. Yet, I try to put my frustration aside and still produce a quality product for the County.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Over the last two years, Kelly and I as a team have improved the support relations with the Tyler Eagle/Treasure application users. I'm always taking a proactive stance to improve the responsiveness and functionality of the systems I support. I continue to look for opportunities offered by the vendor to demonstrate enhancements to our current system.

DEF 723

| Unacceptable (1)  ☐ | Below (2)  ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) |

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
I always take the initiative to manage my work load, develop project plans and complete the necessary system administration on the products I support and as a result, I need little to no supervision. To improve employee morale, I suggested we have a quarterly birthday pot-luck of which I am now co-chair of the organization committee.

| Unacceptable (1)  ☐ | Below (2)  ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

| **Total Points:** | | **Overall Rating:** | | |
|---|---|---|---|---|
| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 40☒ | Outstanding 45 – 50 ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

**Employee Career Goals / Objectives** (to be completed by employee)
Continue to develop knowledge and receive training in Project Management, SQL, SQL Reporting Services, Application related training, PDSA and Balanced Scorecard. Lead and Manage new projects.

**Accomplishment of Goals Established in Previous Review** (if applicable)
Continue to work toward a successful implementation as the County's P.M. on New World (completed to the point of reassignment in October 2011).
Continue to keep monitor data security on NW and other projects.  Completed
Develop PM skills. (Participated in online training for PM while it was available).  Deb would like to receive more training in the area.
Continue to develop knowledge of overall systems including focus on security.  Deb completed online security training.  Created form for data/information requests.
Additional Goals Completed

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)

**Employee**: Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: | Date: |
|---|---|
| Supervisor Signature: | Date: |
| Department Head Signature: | Date: |

**DEF 724**



**MESA COUNTY**

### Performance Evaluation ( WEB Admin.., BSA )

| | |
|---|---|
| Name:  Deb Bouricius | Date: 04-08-2011 |
| Annual Evaluation Period From: 4-2010 | To: 4-2011 |
| Department: IT | Position: BSA |

Key Duties, Tasks, and Responsibilities (from job description)

Position supports department and county-wide applications.  Functions as liaison between various user departments, Information Technology (IT) staff and management, contractors, and vendors.  Investigates, analyzes, evaluates, and manages business processes, user requirements, and prospective solutions (including hardware, software, training and maintenance) for work efforts or IT projects.  Provides support for office applications, analyses, and evaluation for assigned aspects of most business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Any rating of Unacceptable, Below, Above or Outstanding requires a supporting statement in the box following the appraisal factor.**

**Job Performance** (Consider how well the professional performs all aspects of the job)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) With the data breach we had midyear this is an area where more direct involvement with others working on the project is an area that we need to focus on.  Project management training is needed as we move forward.

| Unacceptable (1) ☐ | Below (2) ☒ | Acceptable (3) ☐ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) Keeping focused is an area that you have shown strength with your organizational skills.

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See above.

| Unacceptable (1) ☐ | Below (2) ☒ | Acceptable (3) ☐ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) As Project Manager additional communications with other is an area to work on as described in the data breach documentation.

| Unacceptable (1) ☐ | Below (2) ☒ | Acceptable (3) ☐ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) *Always organized and prepared for meetings and ongoing projects, as has been proven in NW and Eden meeting as well as working with the vendors on application enhancements.*

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customer** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) You have been able to stay focused, keep other focused when dealing with staff while setting up trainings and managing tasked related to the implementation of projects such as NW..

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

| **Total Points: 30** | **Overall Rating:** Acceptable |
|---|---|

DEF 729

| Unacceptable 10 - 14 | Below 15 - 24 | Acceptable 25 - 34 | Above 35 - 44 | Outstanding 45 – 50 |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Security is an area to be focused on.
Training is an area that we need to prioritize. (ie PM, SQL, Crystal)

Employee Career Goals / Objectives (to be completed by employee)

See attached

Accomplishment of Goals Established in Previous Review (if applicable)

See attached.

Goals Not Accomplished from Previous Review (if applicable)

- Develop stronger working relationship with City project manager.  This is an area that still needs work

Goals to be Obtained (to be completed by Supervisor and Employee)
Continue to work toward a successful implementation as the County's P.M. on New World.
Continue to keep monitor data security on NW and other projects.
Develop PM skills.
Continue to develop knowledge of overall systems including focus on security.

**Employee**: Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: | Date: 4/12/11 |
|---|---|
| Supervisor Signature: | Date: 4/12/11 |
| Department Head Signature: | Date: |

DEF 730



**MESA COUNTY**

## Employee Information

Employee Name: **Debra Bouricius**  Employee ID: **001407**
Job Title: **Business Systems Analyst**  Date: **3/15/2011**
Department: **IT**
Manager: **Rick Corsi**
Review Period: **April 2010 to April 2011**

## Goals

**Describe instances where you have set out to accomplish the <u>job function</u> for your position for this time period:**

- Project Manager for New World implementation:
  - Participating in weekly project management meeting with the City and NW to define project implementation schedule and to assure functional and integration requirements are aligned with the contract agreement.
  - Participating in weekly meetings with Core Implementation Team to discuss functional requirements, data mapping requirements, system setup requirements and, workflow/business process and policy changes.
  - Coordinating data conversion requirement.
  - Scheduling room facilities for upcoming training and meetings over the next year.
  - Attending Build Sessions, Train the Trainer and User Training Classes.
  - Coordinating software installations.
  - Supporting Mobile application
- Participating in meetings with Planning Department to define work flow and requirements for Active Review.
- Developed and maintained SQL Scripts and Crystal Reports for the supported products.
- Participated in process analysis and requirements definition for the Eden Cashiering.
- Provided One on One Training primarily through helpdesk calls.
- Coordinated Eden Support Plus Training and WebEx session for AR, Cashiering..
- Managed upgrades and system administration support for the following systems: Eden, Trakit, IVR, Primavera, RiskMaster, Tyler/Eagle, Oncore.
- Scheduled assistance from DBA's and Web Administrators as necessary for system upgrades.
- Documented application support requirements as needed.

**Of the goals set for this review time period, which goals did you accomplish?**

- Project Management  for New World System Implementation
- Provide support to applications assigned
- Trained new BSA on supported applications

DEF 731



**Which goals did you not accomplish and why not?**
Accomplished all goals and defined on my previous review

**Which other objectives did you meet, beyond your stated goals?**
> The goals stated in last year's review are very general in nature (e.g. NW Project Management). Many of my accomplishments could be considered either simply part of the job or beyond the stated goals.

**Which achievements are you most proud of?**
Project Management of New World Systems

## Risks and Expectations

What kind of risks did you take during the time span of this evaluation?
> Assumed a co-worker knew what he was doing when he put the SO files on the ftp site.

Were the risks worthwhile? Please explain why or why not.
> No.  I should never make assumptions with confidential data.

What are your expectations for the next evaluation time span?
> Continue to work on New World Project and Planning Active Review implementation.    I would like to receive technical training as outlined in s:\BSA\BSA Training Options.

What can your manager do to help you achieve your future goals?
> Provide opportunities for training on the supported applications, Project Management, SQL Programming and Report Writing.
> Assist with setting specific goals for the future.
> Define expectations for various levels of performance (e.g. acceptable vs. above vs. outstanding).
> Define Mesa County IT's role will be in supporting New World once the system goes live.

What are your goals for the next evaluation? Please be clear and concise?
> Successful Implementation of the New World System including:

- Coordination, delegation and completion of tasks.
- Coordinate and measure the ongoing project activities
- Participate in Project Management, CORE Team meetings and New World System Training.
- Participate in implementation tasks including but not limited to participating in build sessions, validation set mapping and master files setup, verification of data accuracy, system administration and setup, system testing, error/problem documentation and correction, user training and support.

> Provide ongoing application support and maintenance including support of end users, correction of errors and software updates.



## Comments

**Additional Comments:**

DEF 733



**MESA COUNTY**

### Performance Evaluation ( WEB Admin.., BSA )

| Name: Deb Bouricius | Date: 04-19-2010 |
|---|---|
| Annual Evaluation Period From: 4-2009 | To: 4-2010 |
| Department: IT | Position: BSA |

Key Duties, Tasks, and Responsibilities (from job description)

Position supports department and county-wide applications. Functions as liaison between various user departments, Information Technology (IT) staff and management, contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes, user requirements, and prospective solutions (including hardware, software, training and maintenance) for work efforts or IT projects. Provides support for office applications, analyses, and evaluation for assigned aspects of most business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below. Any rating of Unacceptable, Below, Above or Outstanding requires a supporting statement in the box following the appraisal factor.**

**Job Performance** (Consider how well the professional performs all aspects of the job) *Your have been tasked with many large projects and are able to coordinate and them and manage your time and involvement well. (Ex. New world, CRW, Eden, Eagle)*

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) *You have an excellent knowledge of project you have been involved with over time and are putting in the time and effort to get up to speed on newly assigned projects such as New World.*

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See above.

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) *As always you have an excellent understanding of what needs to be done and have great insight on how to deal with problems the pop up. (Ex. Working with Eden /Eagle interface.)*

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) *Always organized and prepared for meeting and ongoing projects, as has been proven in NW and Eden meetings.*

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) *Even with the heavy workload that is assigned to you have kept a positive attitude and willingness to work with other groups in the organization.*

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customer** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

| **Total Points: 35** | **Overall Rating:** Above |
|---|---|

*Reviewed & Rory*

| Unacceptable 10 - 14 | Below 15 - 24 | Acceptable 25 - 34 | Above 35 - 44 | Outstanding 45 – 50 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Areas to work on:
- Develop stronger working relationship with City project manager.

Employee Career Goals / Objectives (to be completed by employee)

*See Attached*

Accomplishment of Goals Established in Previous Review (if applicable)

Goals Not Accomplished from Previous Review (if applicable)

Goals to be Obtained (to be completed by Supervisor and Employee)
Assist in mentoring and working with new or less experienced staff.
P.M. New World

**Employee**: Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: *J. P. Bourici* | Date: 4/21/10 |
|---|---|
| Supervisor Signature: *Rick Ca* | Date: 4/20/10 |
| Department Head Signature: *Stefani A. Conley* | Date: 4-30-10 |

DEF 738



**MESA COUNTY**

## Employee Information

Employee Name:   **Debra Bouricius**                              Employee ID:      **001407**

Job Title:    **Business Systems Analyst**                         Date:    **3/29/2010**

Department:    IT

Manager:   **Rick Corsi**

Review Period:    **April 2009 to April 2010**

## Goals

Describe instances where you have set out to accomplish the <u>job function</u> for your position for this time period:

> Performs Project Administration Duties including; work schedule, contract management, cost estimates, budget planning, delegation of task, coordination of work, review of work approval...

- Project Administration for New World implementation:
    - Currently participating in weekly project management meeting with the City and NW to define project implementation schedule and to assure functional and integration requirements are aligned with the contract agreement.
    - Currently participating in weekly meetings with Core Implementation Team to discuss functional requirements, data mapping requirements, system setup requirements and, workflow/ business process and policy changes.
    - Coordinating data conversion requirement with John Sullivan.
    - Coordinating GIS data conversion requirements with Matt Heller.
    - Worked with Aaron at the City and Ron, Lori and Davin in IT to configure and implement client software.
    - Scheduled room facilities for upcoming training and meetings over the next year.
    - Worked with Joe and Leilani to develop New World web site and provide training for Project Team to maintain website.   This site along the City's Teaming site will provide an avenue to communicate work schedules, meetings, issues, questions & answers and project progress.
- Implemented the new version of CRW's Enterprise .net software.  This project required the defining timelines and milestones with two vendors (CRW and Selectron for the IVR) and three departments (Building, Planning and Code Enforcement).   This project also required coordination with internal IT staff including DBA, Web, GIS, PC Support and Network.

> Examines existing business modules and data flows, identifies information opportunities and practical solution...

- Currently working with Planning Department to review requirements for a new Electronic Plan Review System.
- The Trakit upgrade and training has also prompted a review of the existing business process and a desire to make better use of the Trakit system.  I am currently working with Planning and Building to implement more of their ideas.   A few examples include:

- Planning is now using module in Trakit called AEC Trak to enter Planning Reviewers. I worked with Planning to develop a sql script to easily generate mailing labels.

- With the old SOL system, there was no way to track Mobile homes and the Building Dept. had created generic parcel to attach all permits. With the new Tyler/Eagle system and the CRW-Eagle interface, we are now able to track Mobile homes as separate parcels. This will result in more accurate information.

- The Building Department was using an access database to grab inspection for the day from Trakit. With the new .net, they are able to generate the list of inspections on Trakit and make the assignments for the day.

**Coordinate multiple internal customer group support multiple existing business applications...**
- Worked with Lynn Zubek in Payroll to push out web time keeping and Manager web time entry approvals to several County departments.
- Coordinated meetings for the Oncore/Tyler Integration.
- Modified CRW's Etrakit to allow the Assessor's Office access to permit information. Worked with the vendor to add additional fields required for the Assessor including job value and finaled date.
- Modified CRW's Etrakit to allow City of Grand Junction and Fruita access to import inspection results. Worked with individuals from both entities to get them setup and using the system.

**Explore opportunities to leverage existing application to expand their efficiency...**
- Coordinated the implementation of Accounts Payable Web access for vendors. Developed a report for Judy to manage web access and registration.
- Developed a method to track mileage in Trakit for Building Inspectors on the time entry screens and created a custom report for Mike Mossberg.
- Interviewed Facilities staff to determine Micromain's suitability for HelpDesk Software. Developing crystal reports to better utilize the existing HelpDesk software.

**Participated in and oversees implementation of new Systems and enhancements to existing systems...**
- Coordinated the implementation of the Eden Electronic Benefits Module including working with the Vendor to define timelines and milestones.
- Coordinated the requirements definition and implementation of the FLSA changes for Eden Payroll.
- Assisted with the Project Management for Tyler/Eagle implementation.
- Developed and maintained SQL Scripts and Crystal Reports for the supported products.

**Develop proposed interfaces to existing county data systems as needed. Work with internal personnel and external vendors in the development of solutions...**
- Implemented IVR interface to Tyler/Eagle.
- Implemented CRW & Tyler/Eagle interface that involved working with Planning/Building and Assessor staff and both vendors.
- Participated in process analysis and requirements definition for the Eden – Eagle/Treasurer Interface.

**Develop testing and implementation schedules, being sensitive to customer needs and other I.T. Projects...**
Several of the Projects mentioned above included a Testing Phase in the project including; the IVR-Tyler implementation, Trakit .net upgrade (including the IVR interface),

*Provided by HR.com*
*State legislation should be consulted to ensure compliance*

and the Trakit-Assessor interface.   The IVR is particularly difficult to schedule for testing because the system supports three applications ( Elections, Assessor and Building) and all three can be affected by system restarts.  In addition because the IVR interfaces with other systems it usually requires working with more than one vendor.   All Departments were notified of upcoming testing phases and possible system down time.

**Provide hardware and peripheral installation and support.  Provide "second tier" application support as needed, receiving help request via the Helpdesk tracking system...**

- Installed new Cash drawer at SO.
- Provided backup to Helpdesk and answered calls.
- Assist with application installs when needed.

**Documents operations and procedures for IT Applications usage and maintenance...**

Much of the system upgrade documentation is provided by the Vendor.  Any specific import operations or client install information has been documented for the systems I support.

**Provides user Training Via Training Classes seminars, One-on One...**

- Provided One on One Eden Training primarily through helpdesk calls.
- Provided One on One Trakit Training  primarily through helpdesk calls.
- Coordinated Eden Support Plus Training and WebEx session for Utility Billing, FLSA, and Web/Payroll Security setup.
- Coordinated Trakit upgrade training.
- Provided Group Training and assistance to Lynn Zubek for Payroll web Implementation for DHS.

**Work with vendors and internal personnel in maintenance and operation of applications...**

- Managed upgrades and system administration support for the following systems: Eden, Trakit, IVR, Primavera, RiskMaster, Helpdesk, Tyler/Eagle, Oncore.
- Scheduled assistance from DBA's and Web Administrators as necessary for system upgrades.


**Of the goals set for this review time period, which goals did you accomplish?**

- Provide superior support to applications assigned  – Accomplished
- Successfully implement Eden Electronic Benefits – Accomplished
- Successfully upgrade Trakit to .net. –Accomplished
- Implemented Tyler/IVR – Accomplished
- Implemented Assessor-CRW Interface - Accomplished

**Which goals did you not accomplish and why not?**

Backup Project Management for Tyler/Eagle Implementation presented many challenges.  It was difficult for me to participate in the project because I was often excluded from communication/correspondence, meeting, task assignments and training.  The same is true for supporting the system now.  I have had little time to work with Dan on support but I have also had no training on the system and feel very inept in providing support for the system.

Several projects schedules were dependent on the Tyler Implementation.  Because Tyler implementation was delayed, it had a negative impacted on the implementation these other projects. For example, the IVR interface and the CRW-Assessors interface were both affected. As a result, by the time Tyler was live, it was difficult for me to schedule vendor resources to complete these projects.

I had hoped to have Environmental Health on Trakit. However due to limited IT resources and staff reassignments, I was unable to accomplish this goal.

**Which other objectives did you meet, beyond your stated goals?**
Many of the goals are very general in nature (e.g. providing support to applications, Project Management). Many of my accomplishments could be considered either part of the job or beyond the stated goals.

Several new projects were added to my list including HelpDesk support and New World Project Management. None were removed.

**Which achievements are you most proud of?**
Implementation of Eden Electronic Benefits
Completion of the Trakit.Net upgrade
Completion of the Assessor IVR implementation.

## Risks and Expectations

What kind of risks did you take during the time span of this evaluation?
Implementation of Eden's Electronic Benefits was very risky. We were unsure if the product would meet or needs or for that matter, would work. We had to make a decision to go with Eden or not and once we made the decision there was no fall back solution. We were successful because Eden and Mesa County developed a work agreement with timelines and milestones. Both parties worked very hard to meet the deadlines, no matter what issues arose. Successful implementation is due in large part to Sheryl and Karen with Mesa County and John Dawson and Jeremy Naz with Eden for their efforts and dedication to the project.

Any time a new system is implemented there is risk. It is particularly risky when you have to work with more than one vendor, more than one department and rely on more than one internal resource.

Were the risks worthwhile? Please explain why or why not.
Yes, the projects were successful.

What are your expectations for the next evaluation time span?
I'm enjoying working on the New World Project. I would also like to be involved in the Planning Electronic Plan Review system implementation.

What can your manager do to help you achieve your future goals?
Provide opportunities for training on the supported systems and Project Management.
Assist with setting goals for the future.
Define expectations for various levels of performance (e.g. acceptable vs. above vs. outstanding).

What are your goals for the next evaluation? Please be clear and concise?
Successful Implementation of the New World System including:

- Coordination, delegation and completion of tasks.

- Coordinate and measure the ongoing project activities (where we are).

- Monitor project variables, (effort, resources, and scope) against the project plan (where we should be).

- Identify corrective actions to address issues and risks (how can we get on track).

- Participate in Project Management, CORE Team meetings and New World System Training.

- Participate in implementation tasks including but not limited to workflow and business process review, data and system analysis, validation set mapping and master files setup, verification of data accuracy, system administration and setup, system testing, error/problem documentation and correction, user training and support.

Successful Implementation of the Planning Electronic Project Review Software:

- Define project scope, requirements and risks.

- Determent work scheduling, timelines, milestones.

- Develop project plan definition with Vendor and assure contract agreements are met.

- Coordination, delegation and completion of tasks.

- Coordinate and measure the ongoing project activities.

- Monitor project variables, (effort, resources, and scope) against the project plan.

- Identify corrective actions to address issues and risk.

Provide ongoing application support and maintenance including support of end users, correction of errors and software updates.

## Comments

Additional Comments:

TRANSCRIPT OF.. BOURICIUS,DEBRA ANN
REQUESTED BY... BOURICIUS,DEBRA ANN

**Colorado State University**
Office of Admissions and Records
Ft. Collins, Colorado 80523

BIRTHDATE... 04/22/1959
STUDENT ID..

(303-491-7148)
03/02/90  17:38  M

## OFFICIAL TRANSCRIPT
When Printed on Green Background

See back for details on
grading and validation

-------- CONTINUED FROM PAGE 1 --------

------ SPRING SEMESTER 1981  (SENIOR) ------
| | | | | |
|---|---|---|---|---|
| AN330 | PRINCPLS-ANIMAL BREEDING | 3.0 | A | UC |
| AN350EV | ANIMAL+PROD JUDG-HORSES | 2.0 | A | UC |
| AN376 | DAIRY FARM OPERATIONS | 3.0 | A | UC |
| PH232 | PHYSICS-BIOMEDICL SCI II | 5.0 | C | UC |
| VS330 | ANIMAL ANATOMY+PHYSIOLGY | 5.0 | B | UC |
| TERM..... | GPA CR- 18.0   QUAL PTS- 57.0 | | | |
| | GPA-   3.16  PASSED CR- 18.0 | | | |

------ FALL SEMESTER 1981  (SENIOR) ------
| | | | | |
|---|---|---|---|---|
| AN250 | LIVE ANIMAL+CARCASS EVAL | 3.0 | A | UC |
| AN320 | PRINCIPLES-ANIMAL NUTRTN | 4.0 | A | UC |
| AN492 | PROFESS ORIENTATN SEMINR | 2.0 | S | US |
| BA211 | PRINC OF ACCOUNTING I | 3.0 | B | UC |
| BD140 | COMPUTERS IN BUSINESS | 3.0 | B | UC |
| TERM..... | GPA CR- 13.0   QUAL PTS- 46.0 | | | |
| | GPA-   3.53  PASSED CR- 15.0 | | | |

------ SPRING SEMESTER 1982  (SENIOR) ------
| | | | | |
|---|---|---|---|---|
| AN360 | PRINCIPLES-MEAT SCIENCE | 3.0 | A | UC |
| AN440 | LIGHT HORSE PRODUCTION | 3.0 | A | UC |
| BA212 | PRINC OF ACCOUNTING II | 3.0 | C | UC |
| BD240 | BUS COMPUTER PROGRAMMING | 3.0 | C | UC |
| BT300 | BUS COMMUN+REPORT WRITNG | 3.0 | C | UC |
| TERM.... | GPA CR- 15.0   QUAL PTS- 42.0 | | | |
| | GPA-   2.80  PASSED CR- 15.0 | | | |

------ FALL SEMESTER 1982  (SENIOR) ------
| | | | | |
|---|---|---|---|---|
| BA311 | INTERMED ACCOUNTING I | 4.0 | C | UC |
| BD360 | MANAGEMENT INFO SYSTEMS | 3.0 | B | UC |
| BD496EV | INFO SYS PERFORM MEASURE | 1.0 | A | UC |
| BN310 | HUMAN RELATN-ORGANIZATNS | 3.0 | A | UC |
| TERM..... | GPA CR- 11.0   QUAL PTS- 33.0 | | | |
| | GPA-   3.00  PASSED CR- 11.0 | | | |

------ SPRING SEMESTER 1983  (SENIOR) ------
| | | | | |
|---|---|---|---|---|
| BD445 | BUSINESS DATABASE SYSTMS | 3.0 | B | UC |
| BF300 | PRINCPLES-FINANCIAL MGMT | 3.0 | B | UC |
| BK300 | MARKETING | 3.0 | C | UC |
| BL300 | PRODUCTION FUNDAMENTALS | 3.0 | A | UC |
| BQ270 | BASIC BUS STATISTICS | 3.0 | B | UC |
| TERM..... | GPA CR- 15.0   QUAL PTS- 45.0 | | | |
| | GPA-   3.00  PASSED CR- 15.0 | | | |

------ FALL SEMESTER 1983  (SENIOR) ------
| | | | | |
|---|---|---|---|---|
| BD340 | ADV BUS PROGRAMMING APP | 3.0 | C | UC |
| BD345 | JOB CONTROL SYSTEMS | 3.0 | C | UC |
| BQ375 | MODELS+APPL IN MGMT SCI | 3.0 | D | UC |
| EC100 | PRINC OF MACROECONOMICS | 3.0 | C | UC |
| EC102 | PRINC OF MICROECONOMICS | 3.0 | B | UC |
| M 122 | MATRICES+LINEAR EQUATION | 1.0 | U | NX |
| TERM..... | GPA CR- 15.0   QUAL PTS- 30.0 | | | |
| | GPA-   2.00  PASSED CR- 15.0 | | | |
------------ END OF COLUMN ------------

------ SPRING SEMESTER 1984  (SENIOR) ------
| | | | | |
|---|---|---|---|---|
| BD460 | SYSTEMS ANALYSIS+DESIGN | 3.0 | B | UC |
| BF475 | INTERNATIONL BUS FINANCE | 3.0 | C | UC |
| BG479 | BUSINESS POLICY+ADMIN | 3.0 | B | UC |
| EC300 | MANAGERIAL ECONOMICS | 3.0 | A | UC |
| M 122 | MATRICES+LINEAR EQUATION | 1.0 | B | UC |
| PY228 | HUMAN SEXUALITY | 3.0 | A | UC |
| TERM..... | GPA CR- 16.0   QUAL PTS- 51.0 | | | |
| | GPA-   3.18  PASSED CR- 16.0 | | | |

--------------- SUMMARY ---------------
UNDERGRAD... GPA CR-218.0    QUAL PTS- 589.0
           GPA-   2.70  PASSED CR-220.0
------------ END OF TRANSCRIPT ------------

RECEIVED

MAD - 9 1990

RAISED SEAL NOT REQUIRED
This official transcript is printed on secured paper
and does not require a raised seal. The word COPY
will appear when photocopied. The name of the
University appears in small green type.

*James E. Thomas*
University Registrar
March 02, 1990

CREDITS FOR GPA CALCULATION: GC=GRADUATE,PC=PROFESSIONAL,UC=UNDERGRAD; SATISFACTORY CREDIT
(NOT FOR GPA): GS=GRADUATE,PS=PROFESSIONAL,US=UNDERGRAD; NX=EXCLUDED FROM GPA CALCULATION

DEF 905

```
TRANSCRIPT OF.. BOURICIUS, DEBRA ANN          Colorado State University
REQUESTED BY... BOURICIUS, DEBRA ANN           Office of Admissions and Records
                                                  Ft. Collins, Colorado 80523
BIRTHDATE...    04/22/1959                          (303-491-7148)
STUDENT ID..                               03/02/90   17:38  M
```

## OFFICIAL TRANSCRIPT
### When Printed on Green Background

See back for details on grading and validation

```
HIGH SCHOOL GRADUATED....    BROOMFIELD HIGH SCHOOL, BROOMFIELD  CO 80020
            TOTAL TRANSFER CREDITS ACCEPTED-    3.0
CSU DEGREE AWARDED.... BACHELOR OF SCIENCE
                SPRING SEMESTER 1984 (05/19/84)
        MAJOR........... BUSINESS ADMINISTRATION
        CONCENTRATION.. INFORMATION SYSTEMS
        SECOND MAJOR... ANIMAL SCIENCE
        SECOND CONCEN.. SCIENCE
```

```
----- FALL SEMESTER 1977 (FRESHMAN) ------
BY110   PRIN OF ANIMAL BIOLOGY      4.0 C  UC
C 111   GENERAL CHEMISTRY I         4.0 C  UC
M 120   FUNDAMENTAL ALGEBRA         1.0 A  UC
M 121   ALGEBRAIC MANIPULATION      1.0 A  UC
M 124   LOGARTHMC+EXPONENTL FUNC    1.0 A  UC
PE102H  FIELD HOCKEY                1.0 B  UC
S 100   GENERAL SOCIOLOGY           3.0 C  UC
   TERM..... GPA CR- 15.0   QUAL PTS- 37.0
        GPA-    2.46  PASSED CR- 15.0

----- SPRING SEMESTER 1978 (FRESHMAN) -----
BY120   PRIN OF PLANT BIOLOGY       4.0 C  UC
C 113   GENERAL CHEMISTRY II        3.0 WP NX
C 114   GENERAL CHEMISTRY LAB I     1.0 B  UC
CO102   INTRODUCTION TO WRITING     2.0 B  UC
M 155   CALCULUS-BIO SCIENTIST I    5.0 C  UC
PE140   1ST AID+PERSONAL SAFETY     2.0 A  UC
   TERM..... GPA CR- 14.0   QUAL PTS- 35.0
        GPA-    2.50  PASSED CR- 14.0

----- FALL SEMESTER 1978 (FRESHMAN) -----
AG330   PRINCIPLES OF GENETICS      3.0 C  UC
AN100   INTRODUCTORY ANIMAL SCI     3.0 B  UC
BY210   CELL BIOLOGY                4.0 B  UC
C 113   GENERAL CHEMISTRY II        3.0 A  UC
C 116   GENERAL CHEMISTRY LAB II    1.0 B  UC
M 125   NUMERICAL TRIGONOMETRY      1.0 A  UC
   TERM..... GPA CR- 15.0   QUAL PTS- 46.0
        GPA-    3.06  PASSED CR- 15.0

---- SPRING SEMESTER 1979 (SOPHOMORE) ----
BY211   DEVELOPMENTAL BIOLOGY       4.0 C  UC
C 341   ORGANIC CHEMISTRY I         3.0 C  UC
CO202   INTERMEDIATE WRITING        2.0 B  UC
HY260   COLORADO                    3.0 B  UC
MB250   GENERAL MICROBIOLOGY        4.0 B  UC
PE100I  BEGINNING BALLROOM DANCE    1.0 A  UC
   TERM..... GPA CR- 17.0   QUAL PTS- 45.0
        GPA-    2.64  PASSED CR- 17.0
-------------- END OF COLUMN -------------
```

```
----- FALL SEMESTER 1979 (JUNIOR) -------
AN240   LIGHT HORSE MANAGEMENT      2.0 B  UC
C 343   ORGANIC CHEMISTRY II        3.0 C  UC
C 344   ORGANIC CHEMISTRY LAB       2.0 B  UC
L 100F  FIRST YR LANG I-FRENCH      5.0 C  UC
PH231   PHYSICS-BIOMEDICL SCI I     5.0 D  UC
   TERM..... GPA CR- 17.0   QUAL PTS- 33.0
        GPA-    1.94  PASSED CR- 17.0

----- SPRING SEMESTER 1980 (JUNIOR) ------
BC451   FUNDAMENTLS-BIOCHEMISTRY    5.0 C  UC
EA102   AGRICULTURAL ECONOMICS      3.0 C  UC
L 101F  FIRST YR LANG II-FRENCH     5.0 C  UC
PH232   PHYSICS-BIOMEDICL SCI II    5.0 F  UC
   TERM..... GPA CR- 18.0   QUAL PTS- 26.0
        GPA-    1.44  PASSED CR- 13.0

------- SUMMER TERM 1980 (SENIOR) -------
AN487 V INTERNSHIP                  5.0 S  US
SP103   PUBLIC SPEAKING+DISCUSSN    3.0 B  UC
   TERM..... GPA CR-  3.0   QUAL PTS-  9.0
        GPA-    3.00  PASSED CR-  8.0

------- FALL SEMESTER 1980 (SENIOR) ------
AN101   POULTRY SCIENCE+PRACTICE    3.0 A  UC
AN310   ANIMAL REPRODUCTION         4.0 A  UC
AN422   ANIMAL METABOLISM           3.0 B  UC
ST201   GENERAL STATISTICS          3.0 C  UC
VS530B  ARTIFICIAL INSEM-CATTLE     2.0 A  UC
VS530C  AI-HORSE,SWINE,SHEEP,DOG    1.0 B  UC
   TERM..... GPA CR- 16.0   QUAL PTS- 54.0
        GPA-    3.37  PASSED CR- 16.0
```

----------- CONTINUED ON PAGE 2 -----------

```
RAISED SEAL NOT REQUIRED
This official transcript is printed on secured paper
and does not require a raised seal. The word COPY
will appear when photocopied. The name of the
University appears in small green type.
```

University Registrar
March 02, 1990

```
CREDITS FOR GPA CALCULATION: GC-GRADUATE,PC-PROFESSIONAL,UC-UNDERGRAD; SATISFACTORY CREDIT
(NOT FOR GPA): GS-GRADUATE, PS-PROFESSIONAL,US-UNDERGRAD; NX-EXCLUDED FROM GPA CALCULATION
```

DEF 906



**MESA COUNTY**

## Performance Evaluation (Sr. BSA)

| Name: Deb Bouricius | Date: 10-15-2013 | Self Evaluation ☐ |
|---|---|---|
| | | Supervisor Evaluation ☒ |

| Annual Evaluation Period From: October, 2012 | To: October,2013 |
|---|---|

| Department: IT | Position: Sr. BSA |
|---|---|

**Key Duties, Tasks, and Responsibilities (from job description)**

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

| (Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4 | | | |
|---|---|---|---|
| **Job Performance** | Below (2) ☒ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| Job Knowledge (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2 | | | |
|---|---|---|---|
| **Job Knowledge** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| (For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2 | | | |
|---|---|---|---|
| **Project Management** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2 | | | |
|---|---|---|---|
| **Meets Deadlines** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2 | | | |
|---|---|---|---|
| **Judgment & Problem Solving** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| (Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3 | | | |
|---|---|---|---|
| **Communication Skills** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |

| (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3 | | | |
|---|---|---|---|
| **Organizational Skills** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (demonstrates enthusiasm and interest) | | | |
|---|---|---|---|
| **Service Passion** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |

| (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3 | | | |
|---|---|---|---|
| **Ability to Deal with Customers and Co-workers** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3 | | | |
|---|---|---|---|
| **Innovation & Initiative** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| **Total Points: 40** | **Overall Rating: Above** |
|---|---|

DEF 983

| | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ | |
|---|---|---|---|---|

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

### Knowledge and abilities needed to accomplish technical or computer-related duties:

*Excellent knowledge of County systems and processes.*
*Understands the needs of customers.*
*Able to look at needs and come up will options then follow through with vendors and/or applications to meet the needs.*
*Good organizational and project management skills.*
*Good ability to evaluate needs and details on projects.*

## Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

### Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:

*Works well with customers and co- workers.*
*Interested in developing applications to meet the needs of the customers.*
*Communicates well, but at time could be more outgoing to get points across.*

## Section 4 (Overall Job Performance)

### Summary of all job performance criteria:

*Is able to meet all aspects of the job.*
*Areas that can be worked on are seeking and completing training and taking the lead on additional projects.*

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

Continue to manage projects and assist departments with process improvement.

*Accomplishment of Goals Established in Previous Review (if applicable)*

Develop better understanding of hardware/infrastructure and how it relates to applications. - Participated in hardware/application and db upgrades for supported applications.

Develop PM Skills – Continue to manage projects for the county and  studied ITIL best practices.

Develop understanding and put into practice change management practices.  Developed a Service on Service desk based on procedures developed by IT's Change Management Committee to help track change management incidents.

DEF 984

Continue to keep monitor data security on applications and projects.

Accomplishment of Goals Established in Previous Review (if applicable)

Goals Not Accomplished from Previous Review (if applicable)

Goals to be Obtained

Plan for Upcoming Year

*Seek and attend outside training.*

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: | *D. G. Bourn* | Date: | 11/15/2013 |
|---|---|---|---|
| Supervisor Signature: | | Date: | 11/15/13 |
| Department Head Signature: | | Date: | 11/19/13 |

**DEF 985**



**MESA COUNTY**

**Performance Evaluation (Sr. BSA)**

| Name: Deb Bouricius | Date: 9-13-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: SR. BSA |

**Key Duties, Tasks, and Responsibilities** (from job description)

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
Deb has an excellent historic knowledge of projects and applications she has worked with throughout her career.
She takes the lead on many projects implementations and support for applications such as the Financial system.
Deb has a good understanding of overall working and processes throughout the County. For this reason she has been ask to and participates in the PDSA program.
Good organizational skills.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Excellent working knowledge of County systems.
Deb is very strong in understanding the customer's needs and developing solutions for their processes.
She is very good at listening to users and helping them understand why things work they way they do.
She looks at the entire process to make improvements, not just the software/application side.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
Very organized and detailed when implementing and tracking projects.
Provides good documentation and tracking communication to users and vendors when working on projects.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
Meets all deadlines that are within her control.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
Excellent judgment when looking at problems and resolutions. Evaluates the effect of change for the whole process, not just a nearly focused solution.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
Very go written communication and documentation skills.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
Deb is very organized on project s, record keeping and documentation.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Willing to help on all projects she has knowledge of.
At time gets frustrated with ever changing and unclear direction from Management and administration.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

DEF 986

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Listens to and handles customers professionally.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
Deb understands current systems and looks at new products and releases of applications to determine if it is useful to make a change or is it just a change for change sake.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

| **Total Points: 37** | **Overall Rating: Above** |
|---|---|

| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 – 50 ☐ |
|---|---|---|---|---|

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Very good at evaluation application changes and new product/module evaluation to balance the benefits vs. risks.
Excellent understanding of County processes.
Very good at organization and documentation.

At time should take a stronger leadership role in project management for new projects.

**Employee Career Goals / Objectives** (to be completed by employee)

Continue to develop knowledge and receive training in Project Management, SQL, SQL Reporting Services, Application related training, PDSA and Balanced Scorecard. Lead and Manage new projects.

**Accomplishment of Goals Established in Previous Review** (if applicable)

Meet all goals that were under her control.

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)
Develop better understanding of hardware/infrastructure and how it relates to applications.
Develop PM skills.
Develop understanding and put into practice change management practices.
Continue to keep monitor data security on applications and projects.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: _R. a. Bauriner_ | Date: _12/6/12_ |
|---|---|
| Supervisor Signature: _Rod Con_ | Date: _12/6/13_ |
| Department Head Signature: _Franky Fridel_ | Date: _12/11/12_ |

**DEF 987**



**MESA COUNTY**

## Employee Information

Employee Name: **Debra Bouricius**          Employee ID:     **001407**

Job Title:   **Business Systems Analyst**        Date:     **3/29/2010**

Department:   IT

Manager:   **Rick Corsi**

Review Period:   **April 2009 to April 2010**

## Goals

Describe instances where you have set out to accomplish the <u>job function</u> for your position for this time period:

> Performs Project Administration Duties including; work schedule, contract management, cost estimates, budget planning, delegation of task, coordination of work, review of work approval...

- Project Administration for New World implementation:
    - Currently participating in weekly project management meeting with the City and NW to define project implementation schedule and to assure functional and integration requirements are aligned with the contract agreement.
    - Currently participating in weekly meetings with Core Implementation Team to discuss functional requirements, data mapping requirements, system setup requirements and, workflow/ business process and policy changes.
    - Coordinating data conversion requirement with John Sullivan.
    - Coordinating GIS data conversion requirements with Matt Heller.
    - Worked with Aaron at the City and Ron, Lori and Davin in IT to configure and implement client software.
    - Scheduled room facilities for upcoming training and meetings over the next year.
    - Worked with Joe and Leilani to develop New World web site and provide training for Project Team to maintain website.   This site along the City's Teaming site will provide an avenue to communicate work schedules, meetings, issues, questions & answers and project progress.
- Implemented the new version of CRW's Enterprise .net software.  This project required the defining timelines and milestones with two vendors (CRW and Selectron for the IVR) and three departments (Building, Planning and Code Enforcement).   This project also required coordination with internal IT staff including DBA, Web, GIS, PC Support and Network.

Examines existing business modules and data flows, identifies information opportunities and practical solution...

- Currently working with Planning Department to review requirements for a new Electronic Plan Review System.
- The Trakit upgrade and training has also prompted a review of the existing business process and a desire to make better use of the Trakit system.  I am currently working with Planning and Building to implement more of their ideas.   A few examples include:

- Planning is now using module in Trakit called AEC Trak to enter Planning Reviewers. I worked with Planning to develop a sql script to easily generate mailing labels.

- With the old SOL system, there was no way to track Mobile homes and the Building Dept. had created generic parcel to attach all permits. With the new Tyler/Eagle system and the CRW-Eagle interface, we are now able to track Mobile homes as separate parcels. This will result in more accurate information.

- The Building Department was using an access database to grab inspection for the day from Trakit. With the new .net, they are able to generate the list of inspections on Trakit and make the assignments for the day.

**Coordinate multiple internal customer group support multiple existing business applications...**
- Worked with Lynn Zubek in Payroll to push out web time keeping and Manager web time entry approvals to several County departments.
- Coordinated meetings for the Oncore/Tyler Integration.
- Modified CRW's Etrakit to allow the Assessor's Office access to permit information. Worked with the vendor to add additional fields required for the Assessor including job value and finaled date.
- Modified CRW's Etrakit to allow City of Grand Junction and Fruita access to import inspection results. Worked with individuals from both entities to get them setup and using the system.

**Explore opportunities to leverage existing application to expand their efficiency...**
- Coordinated the implementation of Accounts Payable Web access for vendors. Developed a report for Judy to manage web access and registration.
- Developed a method to track mileage in Trakit for Building Inspectors on the time entry screens and created a custom report for Mike Mossberg.
- Interviewed Facilities staff to determine Micromain's suitability for HelpDesk Software. Developing crystal reports to better utilize the existing HelpDesk software.

**Participated in and oversees implementation of new Systems and enhancements to existing systems...**
- Coordinated the implementation of the Eden Electronic Benefits Module including working with the Vendor to define timelines and milestones.
- Coordinated the requirements definition and implementation of the FLSA changes for Eden Payroll.
- Assisted with the Project Management for Tyler/Eagle implementation.
- Developed and maintained SQL Scripts and Crystal Reports for the supported products.

**Develop proposed interfaces to existing county data systems as needed. Work with internal personnel and external vendors in the development of solutions...**
- Implemented IVR interface to Tyler/Eagle.
- Implemented CRW & Tyler/Eagle interface that involved working with Planning/Building and Assessor staff and both vendors.
- Participated in process analysis and requirements definition for the Eden – Eagle/Treasurer Interface.

**Develop testing and implementation schedules, being sensitive to customer needs and other I.T. Projects...**
- Several of the Projects mentioned above included a Testing Phase in the project including; the IVR-Tyler implementation, Trakit .net upgrade (including the IVR interface),

and the Trakit-Assessor interface.   The IVR is particularly difficult to schedule for testing because the system supports three applications ( Elections, Assessor and Building) and all three can be affected by system restarts.  In addition because the IVR interfaces with other systems it usually requires working with more than one vendor.   All Departments were notified of upcoming testing phases and possible system down time.

**Provide hardware and peripheral installation and support.  Provide "second tier" application support as needed, receiving help request via the Helpdesk tracking system...**

- Installed new Cash drawer at SO.
- Provided backup to Helpdesk and answered calls.
- Assist with application installs when needed.

**Documents operations and procedures for IT Applications usage and maintenance...**

Much of the system upgrade documentation is provided by the Vendor.  Any specific import operations or client install information has been documented for the systems I support.

**Provides user Training Via Training Classes seminars, One-on One...**

- Provided One on One Eden Training primarily through helpdesk calls.
- Provided One on One Trakit Training  primarily through helpdesk calls.
- Coordinated Eden Support Plus Training and WebEx session for Utility Billing, FLSA, and Web/Payroll Security setup.
- Coordinated Trakit upgrade training.
- Provided Group Training and assistance to Lynn Zubek for Payroll web Implementation for DHS.

**Work with vendors and internal personnel in maintenance and operation of applications...**

- Managed upgrades and system administration support for the following systems: Eden, Trakit, IVR, Primavera, RiskMaster, Helpdesk, Tyler/Eagle, Oncore.
- Scheduled assistance from DBA's and Web Administrators as necessary for system upgrades.


**Of the goals set for this review time period, which goals did you accomplish?**

- Provide superior support to applications assigned  – Accomplished
- Successfully implement Eden Electronic Benefits – Accomplished
- Successfully upgrade Trakit to .net. –Accomplished
- Implemented Tyler/IVR – Accomplished
- Implemented Assessor-CRW Interface - Accomplished

**Which goals did you not accomplish and why not?**

Backup Project Management for Tyler/Eagle Implementation presented many challenges.  It was difficult for me to participate in the project because I was often excluded from communication/correspondence, meeting,  task assignments and training.  The same is true for supporting the system now. I have had little time to work with Dan on support but I have also had no training on the system and feel very inept in providing support for the system.

Several projects schedules were dependent on the Tyler Implementation.  Because Tyler implementation was delayed, it had a negative impacted on the implementation these other projects.  For example, the IVR interface and the CRW-Assessors interface were both affected.  As a result, by the time Tyler was live, it was difficult for me to schedule vendor resources to complete these projects.

I had hoped to have Environmental Health on Trakit. However due to limited IT resources and staff reassignments, I was unable to accomplish this goal.

**Which other objectives did you meet, beyond your stated goals?**

Many of the goals are very general in nature (e.g. providing support to applications, Project Management). Many of my accomplishments could be considered either part of the job or beyond the stated goals.

Several new projects were added to my list including HelpDesk support and New World Project Management. None were removed.

**Which achievements are you most proud of?**

Implementation of Eden Electronic Benefits
Completion of the Trakit.Net upgrade
Completion of the Assessor IVR implementation.

## Risks and Expectations

What kind of risks did you take during the time span of this evaluation?

Implementation of Eden's Electronic Benefits was very risky. We were unsure if the product would meet or needs or for that matter, would work. We had to make a decision to go with Eden or not and once we made the decision there was no fall back solution. We were successful because Eden and Mesa County developed a work agreement with timelines and milestones. Both parties worked very hard to meet the deadlines, no matter what issues arose. Successful implementation is due in large part to Sheryl and Karen with Mesa County and John Dawson and Jeremy Naz with Eden for their efforts and dedication to the project.

Any time a new system is implemented there is risk. It is particularly risky when you have to work with more than one vendor, more than one department and rely on more than one internal resource.

Were the risks worthwhile? Please explain why or why not.

Yes, the projects were successful.

What are your expectations for the next evaluation time span?

I'm enjoying working on the New World Project. I would also like to be involved in the Planning Electronic Plan Review system implementation.

What can your manager do to help you achieve your future goals?

Provide opportunities for training on the supported systems and Project Management.
Assist with setting goals for the future.
Define expectations for various levels of performance (e.g. acceptable vs. above vs. outstanding).

What are your goals for the next evaluation? Please be clear and concise?

Successful Implementation of the New World System including:

- Coordination, delegation and completion of tasks.

- Coordinate and measure the ongoing project activities (where we are).

- Monitor project variables, (effort, resources, and scope) against the project plan (where we should be).

- Identify corrective actions to address issues and risks (how can we get on track).

- Participate in Project Management, CORE Team meetings and New World System Training.

- Participate in implementation tasks including but not limited to workflow and business process review, data and system analysis, validation set mapping and master files setup, verification of data accuracy, system administration and setup, system testing, error/problem documentation and correction, user training and support.

Successful Implementation of the Planning Electronic Project Review Software:

- Define project scope, requirements and risks.

- Determent work scheduling, timelines, milestones.

- Develop project plan definition with Vendor and assure contract agreements are met.

- Coordination, delegation and completion of tasks.

- Coordinate and measure the ongoing project activities.

- Monitor project variables, (effort, resources, and scope) against the project plan.

- Identify corrective actions to address issues and risk.

Provide ongoing application support and maintenance including support of end users, correction of errors and software updates.

## Comments

Additional Comments:



RECEIVED APR 1 4 2009

## MESA COUNTY PERFORMANCE APPRAISAL

Name:  Deb Bouricius                    Department:  IT

Performance Period:  From:  4-2008       To:  4-2009       Position: BSA

### *DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW:*

Evaluator:                               Dept. Head/Elected Official:

☐   New Hire Review      ☐   Promotional/Lateral Review      X      Annual Review

### *DATE OF EVALUATION CONFERENCE:*

Evaluator:  Rick Corsi                   Dept. Head/Elected Official:

## PERFORMANCE LEVELS

**UNACCEPTABLE:**  Overall employee performance is unacceptable.

**BELOW:**  Employee is below standards in one or more performance areas.

**ACCEPTABLE:**  Employee is acceptable in all areas however MUST have above or outstanding in at one or more performance areas to receive a merit increase.

**ABOVE:**  Employee is above in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained performance in job duties.

**OUTSTANDING:**  Employee is outstanding in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained outstanding performance in job duties.

**EMPLOYEE SIGNATURE(S):**

*Performance Standards Development Review*

I have reviewed with my supervisor and understand the key duties and responsibilities and expectations of my job as established herein.

_____        _____
Signature                               Date

*Evaluation Conference*

I have reviewed with my supervisor the appraisal herein of my performance regarding the established expectations of my job.  My signature does not necessarily reflect agreement with this appraisal. (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

*D.A. Bouricius*                         *4-14-09*
_____        _____
Signature                               Date

**DEF 1010**

# MESA COUNTY
## PERFORMANCE EVALUATION

EMPLOYEE:                          SUPERVISOR:

PERFORMANCE PERIOD:   FROM:          TO:              POSITION:

| RATING SCALE | | | | | PERFORMANCE LEVEL STANDARDS |
|---|---|---|---|---|---|
| UNACCEPT-ABLE | BELOW | MEETS | ABOVE | OUT-STANDING | Evaluate and Document Each Expected Standard of Performance |
| 1 | 2 | 3 | 4 | ⑤ | System/Technical knowledge |
| 1 | 2 | 3 | 4 | ⑤ | Department Process Knowledge |
| 1 | 2 | 3 | ④ | 5 | Hardware/Peripheral Support |
| 1 | 2 | 3 | ④ | 5 | Overall Communication  (Customer, vendor and IT) |
| 1 | 2 | 3 | ④ | 5 | Coordinate System Applications |
| 1 | 2 | 3 | ④ | 5 | Oversees Project Implementations |
| 1 | 2 | ③ | 4 | 5 | Trains users |
| 1 | 2 | ③ | 4 | 5 | Documentation |

DEF 1011

## PERFORMANCE EVALUATION
## (CONTINUED)

Employee Strengths:

Recommended Improvement Areas:

Training Recommendations:

| Performance Level | Merit Increase | Merit Pay | Recommended Increase |
|---|---|---|---|
| **UNACCEPTABLE:** Overall employee's performance is unacceptable. | 0% | 0% | |
| **BELOW:** Employee is below in one or more performance areas. | 0% | 0% | |
| **ACCEPTABLE:** Employee is acceptable in all areas, however MUST have above or outstanding in one or more performance areas to receive a merit increase. | 0% - 2.0% | 0% | 0.0% |
| **ABOVE:** Employee is above in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained performance in job duties. | 0% - 3% | 0% - .5% | |
| **OUTSTANDING:** Employee is outstanding in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained outstanding performance in job duties. | 0% - 4% | 0% - 1% | |

### EMPLOYEES WHO HAVE REACHED THE MAXIMUM WITHIN THEIR PAY RANGE

Merit pay is also available for those employees who attain the top of the pay scale applicable to their classification who have demonstrated increased effectiveness in performing the duties of the position. The award, a percentage of the annual salary, will be paid as a lump sum.

DEF 1012

Deb Bouricius - Annual Review 4-10-2009

Deb has had a busy year as Business System Analyst working on several new projects and assisting with implementations of several others. Her historic knowledge of County systems and processes is outstanding and very beneficial to the organization.

Some of the recent projects Deb has been involved in include the taking the lead role on the CRW project and helping with the implementation of the Assessor/Treasurers system. Other projects include the continued support and training for the Eden System, the upgrade and interface of the IVR and the installation, development and implementation of the new Planning, Building, Assessor and Treasurer Systems. Deb has also continued working with BSA's learning systems that she has not been involved in the past.

Areas for improvement are to continue to work on communications between other IT groups and continue to work on taking the lead on evaluation of processes and systems.

Strengths are knowledge of County systems, sensibleness of assessment and facilitation processes and consistency in handling projects.

Recommended training: Group communications.

Overall Performance Rating                              Above

DEF 1013

## PERFORMANCE STANDARD DEVELOPMENT

| KEY DUTIES AND RESPONSIBILITIES | EXPECTED STANDARDS OF PERFORMANCE<br>Standard Must Be Listed In Order of Importance |
|---|---|
| Eden System Support | Provided administrative and system support for the Eden system including software updates. |
| | Developed and maintained crystal reports for the Eden System. |
| | Coordinated Eden Support Plus Training in Eden for multiple internal customer groups and topics including:<br>Fixed Assets<br>Project Management<br>GASB<br>Accounts Receivable<br>Web Accounts Payable<br>Web Payroll Security |
| | Managed development, submittal and completion of requests for service for Eden customizations. |
| | Attended Finance Steering Committee Meetings. |
| | Completed Helpdesk requests. |
| | Participated in developing EBO timeline and conversion scheduling. |
| IVR | Successfully completed implementation of IVR-Elections and IVR-CRW. |
| | Performed Project Administration duties for three IVR applications including IVR-Elections, IVR-CRW and IVR-Eagle. |
| | Performed primary system support for IVR system. |
| | Performed regular updates to Elections data to IVR. |
| | Completed Helpdesk requests. |
| | Document operations and procedures for IT application usage and maintenance. |
| Eagle / Tyler | Participated in implementation of Tyler-Eagle including planning, data conversion and training. |
| CRW | Participated in successful implementation of CRW-Trakit system. Including Code-Trak, Permit-Trak and Planning-Trak. |
| | Provided administrative and system support for the CRW system including software updates. |
| | Developed and maintained sql scripts and crystal reports for the Trakit System. |
| | Provided administrative support and one-on-one training for Tori and Loren. |
| | Developed the system interface for Trakit Cash Receipts and Eden. |
| | Developed a solution for tracking inspection hours, number of inspectors and mileage in Trakit rather than Excel. |
| | Attended Trakit System Administration and Report Writing Training. |
| | Attended CRW User Conference. |

DEF 1014



## MESA COUNTY PERFORMANCE APPRAISAL

Name  Deb Bouricius _____    Department IT _____

Performance Period:  From 4-2007 _____   To 4-2008 _____    Position: Business System Analyst _____

DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW:  _____

Evaluator: _____    Dept. Head/Elected Official:  _____

☐   New Hire Review        ☐   Promotional/Lateral Review    ☐X   Annual Review

DATE OF EVALUATION CONFERENCE:   4-11-2008 _____

Evaluator: Rick Corsi _____    Dept. Head/Elected Official: Stefani Conley _____

### PERFORMANCE LEVELS

**UNACCEPTABLE STANDARDS:**  Overall employee performance is unacceptable.

**BELOW STANDARDS:**  Employee is below standards in more than one performance area.

**MEETS STANDARDS:**  Employee meets standards in most or all performance areas but may have unacceptable or below standards ratings in at least one performance area

**ABOVE STANDARDS:**  Employee meets or is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained performance in job duties.

**OUTSTANDING PERFOMANCE:**  Employee is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained outstanding performance in job duties.

**EMPLOYEE SIGNATURE(S):**

*Performance Standards Development Review*

I have reviewed with my supervisor and understand the key duties and responsibilities and expectations of my job as established herein.

_N. A. Bouricius_ _____    _4-14-08_ _____
Signature                                    Date

*Evaluation Conference*

I have reviewed with my supervisor the appraisal herein of my performance regarding the established expectations of my job.  My signature does not necessarily reflect agreement with this appraisal. (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

_N. A. Bouricius_ _____    _4-14-08_ _____
Signature                                    Date

**DEF 1018**

# MESA COUNTY
# PERFORMANCE EVALUATION

EMPLOYEE: Deb Bouricius                    SUPERVISOR: Rick Corsi

PERFORMANCE PERIOD:   FROM 4-2007      TO 4-2008          POSITION: BSA

| RATING SCALE | | | | | PERFORMANCE LEVEL STANDARDS |
|---|---|---|---|---|---|
| UNACCEPT-ABLE | BELOW | MEETS | ABOVE | OUT-STANDING | Evaluate and Document Each Expected Standard of Performance |
| 1 | 2 | 3 | ④ | 5 | System/Technical knowledge |
| 1 | 2 | 3 | 4 | ⑤ | Department Process Knowledge |
| 1 | 2 | ③ | 4 | 5 | Hardware/Peripheral Support |
| 1 | 2 | ③ | 4 | 5 | Overall Communication  (Customer, vendor and IT) |
| 1 | 2 | 3 | ④ | 5 | Coordinate System Applications |
| 1 | 2 | 3 | 4 | ⑤ | Oversees Project Implementations |
| 1 | 2 | 3 | ④ | 5 | Trains users |
| 1 | 2 | 3 | 4 | ⑤ | Documentation |

**DEF 1019**

## PERFORMANCE EVALUATION
### (CONTINUED)

Employee Strengths: _____

_____

_____

Recommended Improvement Areas:_____

_____

_____

Training Recommendations: _____

_____

_____

| Performance Level | Merit Increase | Merit Pay | Recommended Increase |
|---|---|---|---|
| **UNACCEPTABLE STANDARDS:** Overall employee's performance is unacceptable. | 0% | 0% | |
| **BELOW STANDARDS:** Employee is below standards in more than one performance area. | 0% - 1% | 0% | |
| **MEETS STANDARDS:** Employee meets standards in most or all performance areas but may have unacceptable or below standards ratings in at least one performance area. (must have all meets to receive merit pay) | 0% - 4.0% | 0-.5% | |
| **ABOVE STANDARDS:** Employee meets or is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained performance in job duties. | 4.0% - 5.5% | .5% - 1.5% | 1.5% |
| **OUTSTANDING PERFORMANCE:** Employee is above standards in all performance areas AND has immediate supervisor's recommendation and evaluation of the employee's sustained outstanding performance in job duties. | 5.5% - 6.5% | 1.5% – 2% | |

### EMPLOYEES WHO HAVE REACHED THE MAXIMUM WITHIN THEIR PAY RANGE

Merit pay is also available for those employees who attain the top of the pay scale applicable to their classification who have demonstrated increased effectiveness in performing the duties of the position. The award, a percentage of the annual salary, will be paid as a lump sum.

DEF 1020

## PERFORMANCE STANDARD DEVELOPMENT

| KEY DUTIES AND RESPONSIBILITIES | EXPECTED STANDARDS OF PERFORMANCE<br>Standard Must Be Listed In Order of Importance |
|---|---|
| Eden System Support | Provides administrative and system support for the Eden system including software updates.<br><br>Assists in the development and maintenance of crystal reports from the Eden system including but not limited to:<br>Position Control Report of Authorized and Open Positions for Karen<br>HMO Participants and Dependent report for Cindy<br>Salary increases for Sheryl.<br><br>Provides user training in Eden system operations and use including but not limited to:<br>Web Timesheet Entry – Finance<br>Support Plus training for Finance/HR<br><br>Bi-Monthly review meeting of outstanding issue with Eden.<br><br>Attend Finance Steering Committee Meetings<br><br>Participated in Credit Card implementation for Health Dept.<br><br>Complete Helpdesk requests<br><br>Assisted with developing EBO timeline and implementation schedule.<br>Assisted with EBO – Eden Import. |
| GBA System Support | Provides administrative and system support.<br>Participated in interview calls to other organizations that are using GBA.<br>Scheduled a Webex of the new Web interface to GBA.  Worked with vendor to include an in-house developed crystal status report in the dashboard presentation. |
| Out Telecommunications Support | Provides administrative support for Mesa County Tadiran and Coral telecommunications system users<br>Provides administrative support for Mesa County Tadiran Voicemail system users |
| IVR | Primary system support for IVR system<br>Regular updates of Elections data to IVR<br>Respond to Helpdesk requests<br>Assist with developing a new contract for an upgrade.<br>Participate in Kick-off Conference Call. |
| Out SQL DBA | Administration support for SQL servers.<br>Installed SQL for instance for CJSD and GIS<br>Developed Backup schedules<br>Participated in 2000 to 2005 migration discussions<br>Assisted with migration of GIS, Insight, GoldTest to 2005 server. |
| CRW | Participated in Kick-off, Business Process Review Meetings<br>Attended  training for initial system configuration and setup |
| Eagle | Participated in Kick-off meetings and vendor negotiations. |
| CMMS | Participated in system requirements definition meetings and developed RFP. |
| RiskMaster | Provides support for the Risk Management System<br>Developed new import to work with Eden's market study/position title changes.<br>Implemented Upgrades |

DEF 1021

| | |
|---|---|
| Building Dept. Contractor Database | Provides support for the Building Department end-of-year needs |
| HelpDesk Backup | Provides backup telephone support to the I.T. Helpdesk staff |
| Faster | Respond to HelpDesk Requests |
| Other | Attend MCEA Employee of the Month Meetings. |

DEF 1022

| | |
|---|---|
| Building Dept. Contractor Database | Provides support for the Building Department end-of-year needs |
| HelpDesk Backup | Provides backup telephone support to the I.T. Helpdesk staff |
| Faster | Respond to HelpDesk Requests |
| Other | Attend MCEA Employee of the Month Meetings. |

Oct

DEF 1023

Routing (Initial & Date):
Supervisor: _____ Pers. Dir. _____
Dept. Head _____

# MESA COUNTY PERFORMANCE APPRAISAL

Name:   Debra Bouricius _____   Department:   I.T. _____

Performance Period from   4/2006   to   4/2007   Position:   Applications Analyst _____

DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW

Signatures of                                    Elected
Evaluator                                         Official
_____                                           or Dept. Head _____

New Hire Review _____
Promotional/Lateral Review _____
DATE OF EVALUATION CONFERENCE: 4/12/07                     Annual Review _____

Signatures of                                    Elected
Evaluator _____                                Official
                                                  or Dept. Head _____

PERFORMANCE LEVELS - Also see Chapter 9 of Personnel Manual

Far Above Standards       Performance is far above standards in all (100%) performance areas.

Above Standards Plus ✗    Performance is above standards in more than 75% of performance areas with no below ratings.

Above Standards           Performance is above standards in more than 50% of performance areas with no below ratings.

Meets Standards           Performance meets standards in at least 75% of performance areas.  May be below standards and/or above
                          in areas of lesser importance.

Below Standards           Performance is below standards in more than 25% of performance areas.

EMPLOYEE SIGNATURE:

Performance Standards     I have reviewed with my supervisor and understand the key duties and responsibilities and expectations of
Development Review        my job as established herein.

_____

Evaluation Conference     I have reviewed with my supervisor the appraisal herein of my performance regarding the established
                          expectations of my job.  My signature does not necessarily reflect agreement with this appraisal

                          D. A. Bouricius

**DEF 1026**

## PERFORMANCE STANDARD DEVELOPMENT

| KEY DUTIES AND RESPONSIBILITIES | EXPECTED STANDARDS OF PERFORMANCE<br>Standard Must Be Listed In Order of Importance |
|---|---|
| Finance System Maintenance | Provides administrative and system support for the Eden system<br><br>Assists in the development and maintenance of user reports from the Eden system<br><br>Provides user training in Eden system operations and use<br><br>Provides assistance to users via Helpdesk requests |
| Telecommunications Support | Provides administrative support for Mesa County Tadiran and Coral telecommunications system users |
| Other I.T. Specialized Support | Provides administrative support for Mesa County Tadiran Voicemail system users<br>Provides support for the IVR system used by the Elections, Assessor and Building department<br><br>Maintains the county's laptop checkout pool for county users other than DHS and Health<br><br>Provides support for the Risk Management System<br><br>Provides support for the Building Department end-of-year needs<br><br>Provides backup telephone support to the I.T. Helpdesk staff |

DEF 1027

## PERFORMANCE EVALUATION

| ABOVE | MEETS | BELOW | PERFORMANCE LEVEL DOCUMENTATION<br>Evaluate and Document Each Expected Standard of Performance |
|---|---|---|---|
| X | | | Finance System Maintenance: Deb provides ongoing administration and support services for Eden system users, including ongoing user security maintenance (adding new users, maintaining existing users, removing old users), addressing user requests and concerns (Help Desk calls, etc.), developing and assisting in the development of new reports (using Crystal Reports), and providing end-user training to Mesa County users. Deb attends bi-monthly review meeting of outstanding issue with Eden and attends the Finance Steering Committee Meetings. She is also assisting with the implementation, training and support of the GBA modules used by Facilities; and developed new imports to work with Eden.<br>The following reports are examples of those developed over the last year:<br>    ▪ Project List – Millie Fowler/Connie Hahn<br>    ▪ Project Account Report – Carol Oglesby<br>    ▪ Bi-Annual Wage Report for Feb and August – Pam Noonan<br>    ▪ Benefit Value Statement – Cindy Enos-Martinez<br>    ▪ Worker Comp Report – Jean Boothe<br>    ▪ Time sheet Signoff – Web Activity Entry<br>Deb has facilitated or provided the following training opportunities:<br>    ▪ Webx on Web Bid & Quote<br>    ▪ Webx  How to use FLSA<br>    ▪ Project Accounting Training<br>    ▪ Contract Management Training<br>    ▪ Hands-on one-on-one training |
| | X | | Telecommunications Support: Deb provides telecommunication administration support for the Tadiran phone systems and Coral Message Center and Voice Mail. In this capacity she fields questions from users concerning phone usage and issues, and provides solution support and advice for telecommunications issues and problems. Deb provides support with the IVR system for Elections, Assessor, and Building departments. During this last year, Deb also assisted with the upgrade of the Coral Messaging Center (CMC) software used by all Mesa County telephone users (with the exception of CSB users). |
| X | | | DBA: During this last year the DBA functions were inherited by this team. Deb has stepped up to help provide DB Administration support for the Mesa County SQL servers. This has included attending training classes in the implementation and maintenance of the Microsoft SQL Server 2005 and working with other I.T. personnel to learn and maintain the Mesa County SQL Servers. |
| X | | | Other I.T. Specialized Support: Deb provides support with the IVR system for Elections, Assessor, and Building departments. She maintained the county laptop checkout pool (for all departments other than DHS and Health), supports the Risk Management system, and provides the Building Department with their year-end contractor database maintenance. (The county laptop checkout responsibilities were moved to the Helpdesk in March of 2007.) Deb assists with Help Desk duties (answering the Help Desk phone, entering tickets, etc.) as her time permits. She also attended the vendor demos for the new Assessorr/Treasurer & Planning/Building applications. |
| X | | | Other Items: Deb is a member of the MCEA Employee of the Month committee and attends MCEA Employee of the Month meetings. |

DEF 1028

## PERFORMANCE EVALUATION (CONT.)

**Employee Strengths (Within Current PAWS):**
Deb is a pleasure to work with. She is self motivated and demonstrably able to complete tasks and duties with little **need** for direction from the supervisor. She is also willing to seek out advice and assistance as needed, both from her teammates and other I.T. personnel, but her supervisor and I.T. management. I have received numerous compliments concerning Deb and her abilities and efforts from other Mesa County personnel. Her efforts and dedication to her job reflect well on her. She is an important member of Mesa County I.T. and an asset to Mesa County.

**Recommended Improvement Areas:**

**Training Recommendations:**
Deb should pursue training opportunities and situations that will further increase and enhance her effectiveness in providing computer support to Mesa County network users and Mesa County I.T.

### THE RATING SYSTEM BELOW APPLIES TO THOSE EMPLOYEES WHO HAVE NOT REACHED THE MAXIMUM PAY WITHIN THEIR PAY RANGE.

BELOW STANDARDS
Employee is below standards in more than 25% of performance areas ............ 0% ☐

MEETS STANDARDS
Employee meets standards in at least 75% of performance areas. May be below and/or above standards in areas of lesser importance ............ 1% - 2% ☐

ABOVE STANDARDS
Employee is above standards in more than 50% of performance areas with no below ratings ............ 2.5% - 4% ☐

ABOVE STANDARDS+
Employee is above standards in more than 75% of performance areas with no below ratings ............ 4.5% - 5.5% ☒

FAR ABOVE STANDARDS
Employee is far above standards in all (100%) performance areas ............ 6% - 6.5% ☐

### EMPLOYEES WHO HAVE REACHED THE MAXIMUM WITHIN THEIR PAY RANGE

Merit Bonus is available for those employees who attain the top of the pay scale applicable to their classification who have demonstrated increased effectiveness in performing the duties of the position. A merit bonus will be awarded *only* to those employees who consistently perform in an above standards manner in more than 75% of their performance areas with no below ratings at an increase of 1% - 2.5% OR an employee who far exceeds and performs in an outstanding manner in all (100%) performance areas at an increase of 3% - 4%. Merit bonuses will not exceed 4%. The award, a percentage of the annual salary, will be paid as a lump sum bonus.

**DEF 1029**

Routing ____ itial & Date):   3. Group Head_____
1. Supe...or_____   4. Pers. Dir. _____
2. Dept. Head _TLR-4-14_   5. Co. Adm. _____

## MESA COUNTY PERFORMANCE APPRAISAL

Name _Debbie Bouricius_          Department _IMD_          APR 1 4 1998

Performance Period from _4-97_ to _3-98_          Position _Applications Analyst_

### DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW _____

Signatures of:
Evaluator _____          Elected Official
                                               or Dept.Head _____

New Hire Review ____
Promotional/Lateral Review ____
DATE OF EVALUATION CONFERENCE _4-14-98_          Annual Review  X

Signatures of:
Evaluator _[signature]_          Elected Official
                                  or Dept. Head _[signature]_

### PERFORMANCE LEVELS

**Above Standards**   Employee's performance consistently goes beyond the established expected standard.  The performance level regularly surpasses the stated job requirement and significant results have been achieved.

**Meets Standards**   Employees whose level of contribution and performance consistently meets standards.  Performance fully meets the requirement of the duty and responsibility of the position as expected.

**Below Standards**   Performance does not meet the established standard.  May achieve some portion of the objective but is lacking in performing all aspects of the performance standard.  Requires close supervision and reassignment and/or correction of work.  An employee falling in this category should be counseled about performance standards and should progress from this level within a reasonable period of time. If an employee is consistently rated "below standards" in the majority of expected standards, demotion or termination should be considered.

Outstanding level of performance is for Exceptionally Meritorious Service as outlined in the Personnel Manual, Section 9.03D. This category is reserved for the consistently outstanding performer.  This rating should be used in exceptional cases and only through extremely careful consideration of a performer who achieves exceptional results over a sustained period of time. The employee has initiated ideas and gone beyond the parameters of the job.

If the supervisor feels the employee meets this level of performance on any of the standards set for an established key duty or responsibility, please write, in lieu of marking one of the performance level columns, "outstanding" in the Performance Level Documentation column adjacent to the appropriate duty and standard, and give detailed justification.

EMPLOYEE SIGNATURE:
**Performance Standards Development Review**          I have reviewed with my supervisor and understand the key duties and responsibilities and expectations of my job as established herein.

_D. A. Bouric_____

**Evaluation Conference**          I have reviewed with my supervisor the appraisal herein of my performance regarding the established expectations of my job.  My signature does not necessarily reflect agreement with this appraisal.  (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

-1-

DEF 1074

# ANNUAL REVIEW FOR DEBBIE BOURICIUS, 4/97-3/98

**TELECOMMUNICATIONS SUPPORT, 35% of Job Duties;** Our telecommunications system continues to operate efficiently and effectively. This is a direct result of Debbie's efforts. We continue to take advantage of new technologies such as caller ID. There is continual maintenance of moving phones and setting up various temporary offices to meet the demands of the departments Deb does a good job coordinating this work.

**ABOVE STANDARD**

**INTRANET/INTERNET DEVELOPMENT, 35% of Job Duties;** Deb's work in the Internet field has produced an extremely well formatted home page for Mesa County. Our home pages are clear and very functional. Meeting with all of the departments and developing a standard that everyone could agree upon and work with was an outstanding effort.

**OUTSTANDING**

**PC SUPPORT AND INSTALLATION, 20% of Job Duties;** Deb continues to show and unselfish attitude when it comes to this blue collar aspect of our operation. It is a laborious process to inventory all of the new PC's and get them into operation. Deb does a great job coordinating and changing out PC's. When she is finished the employee is up and running again with all of the tools they need to perform their duties.

**ABOVE STANDARD**

**IMD TEAMWORK 10% of Job Duties;** Deb continues to grind away with no limelight. Her dedication to others and the success of the team shows daily.

**MEETS**

**EMPLOYEES STRENGTHS;** Deb's steady commitment to excellence is a strength we need. Deb's knowledge of her specific duties and attention to details saves us continual backtracking.

**TRAINING RECOMMENDATIONS;** Continued training in the Internet and related software applications.

DEF 1075

Employee Strengths (Within Current PAWS):_____

_____   _____

_____   _____

_____

_____

_____

_____

Recommended Improvement Areas (Must be Completed):_____

_____

_____

_____

_____

_____

Training Recommendations (Type of Training and Order in which it's to be Provided):_____

_____

_____

_____

_____

_____

----------------------------------------------------------------------------

**THE RATING SYSTEM BELOW APPLIES TO THOSE EMPLOYEES WHO HAVE COMPLETED AT LEAST
ONE YEAR OF EMPLOYMENT AND HAVE NOT REACHED THE MAXIMUM PAY WITHIN THEIR GRADE.**

Annual Pay-for-Performance Salary Increase Recommendation (check one):
  (A Personnel Transaction must accompany all salary recommendations.  Increments must be in 1/2%, scale starting at 1%).

  Performance level falls in "Meets Standards" and/or in "Below Standards"...........................................0% /__/
  (Use this category if there are one or more "below" ratings and majority are "meets".  Will also be used when
  all standards fall in "meets" ranking.)

  Performance level falls in "Meets Standards" and "Above Standards" ............................................. 1% - 2% /__/
  (Use this category if "meets" are the majority and "above" are found in one or more standards of lesser importance.
  May have "below" ratings in standards of lesser importance.)

  Performance level falls in "Meets Standards" with the majority in "Above Standards"..............................2.5% - 4% /__/
  (This category will have no "below" ratings.)

Outstanding level of performance  is for the employee who achieves exceptional results  over a sustained period of time.  This
rating should be used in exceptional cases and through extremely careful consideration of a performer who achieves exceptional
results and has initiated ideas and gone beyond the parameters of the job. If the employee meets this level of  performance on
standards set for an established key duty or responsibility, write "outstanding" in the Performance Level Documentation column
adjacent to the appropriate duty and standard, giving detailed justification.

The supervisor feels the employee meets this level of performance on standards which comprise the major duties of the job.
(This category will have no "below" ratings.)    4.5% - 6.5% /__/

(2/90)                                    -4-

DEF 1076

Routi   Initial & Date):  3. Group Head_____
1. Su___isor_____   4. Pers. Dir.___
2. Dept. Head___ 4/11  5. Co. Adm._____

## MESA COUNTY PERFORMANCE APPRAISAL

Name  Deb Bouricius                    Department  IMD

Performance Period from  4/96  to  3/97  Position  Application Analyst

DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW_____

APR 11 1997

Signatures of:
Evaluator_____   Elected Official
                                   or Dept.Head_____

New Hire Review _____
Promotional/Lateral Review _____
DATE OF EVALUATION CONFERENCE  4-11-97      Annual Review  X

Signatures of:
Evaluator_____   Elected Official
                                   or Dept. Head_____

### PERFORMANCE LEVELS

**Above Standards**    Employee's performance consistently goes beyond the established expected standard. The performance level regularly surpasses the stated job requirement and significant results have been achieved.

**Meets Standards**    Employees whose level of contribution and performance consistently meets standards. Performance fully meets the requirement of the duty and responsibility of the position as expected.

**Below Standards**    Performance does not meet the established standard. May achieve some portion of the objective but is lacking in performing all aspects of the performance standard. Requires close supervision and reassignment and/or correction of work. An employee falling in this category should be counseled about performance standards and should progress from this level within a reasonable period of time. If an employee is consistently rated "below standards" in the majority of expected standards, demotion or termination should be considered.

Outstanding level of performance is for Exceptionally Meritorious Service as outlined in the Personnel Manual, Section 9.03D. This category is reserved for the consistently outstanding performer. This rating should be used in exceptional cases and only through extremely careful consideration of a performer who achieves exceptional results over a sustained period of time. The employee has initiated ideas and gone beyond the parameters of the job.

If the supervisor feels the employee meets this level of performance on any of the standards set for an established key duty or responsibility, please write, in lieu of marking one of the performance level columns, "outstanding" in the Performance Level Documentation column adjacent to the appropriate duty and standard, and give detailed justification.

**EMPLOYEE SIGNATURE:**

**Performance Standards Development Review**    I have reviewed with my supervisor and understand the key duties and responsibilities and expectations of my job as established herein.

D. A. Bourcius

**Evaluation Conference**    I have reviewed with my supervisor the appraisal herein of my performance regarding the established expectations of my job. My signature does not necessarily reflect agreement with this appraisal. (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

D. A. Bour_____

-1-

**DEF 1080**

# ANNUAL REVIEW FOR DEBBIE BOURICIUS, 4/96-3/97

**TELECOMMUNICATIONS SUPPORT, 50% of Job Duties;** Deb has advanced in her capabilities in telecom support since taking on this challenge. Deb has been extremely dedicated to this duty. Her coordination of the switch upgrades was key to the success we had in that endeavor. Getting IVMP onto the County wide system and the implementation of the Building Departments Interactive Voice Response system were great accomplishments.

**OUTSTANDING**

**PC SUPPORT AND INSTALLATION, 20% of Job Duties;** This is an area where Deb saw a need we have and she stepped right in and has helped in this never ending task. Without Deb's getting involved we would be falling even further behind. This is a high visibility project and Deb's help has enabled us to make great automation advancements.

**OUTSTANDING**

**CJSD INMATE TRACKING SYSTEM, 10% of Job Duties;** The scope of this project is fully in the hands of the vendor. However Deb has been persistent in requiring quality work and used payment schedules to motivate the vendor.

**MEETS**

**IMD TEAMWORK 10% of Job Duties;** Deb's willingness to get involved with PC installation is an indication of her commitment to IMD's success. Deb has made more changes in here specific job duties than any other IMD member. Her unselfish attitude strengthens our team!

**ABOVE STANDARD**

**SURVEYOR'S OFFICE AUTOMATION PLAN 10% of Job Duties;** Deb was a catalyst in this process her professionalism in reporting and interviewing exposed deficiencies in the development process that most were unaware of.

**ABOVE STANDARD**

**EMPLOYEES STRENGTHS;** Deb's willingness to jump in and help out wherever needed has been an amazing strength this year. Deb has also expanded her knowledge in many areas by doing this. This has been a great help also.

**RECOMMENDED AREA OF IMPROVEMENT;** Deb needs to be more vociferous when being overloaded with responsibilities.

**TRAINING RECOMMENDATIONS;** Deb needs to keep abreast of changes in the telecommunications environment. Deb's continued effort in learning new software and technologies is also appreciated.

Employee Strengths (Within Current PAWS): _____

_____
_____
_____
_____
_____

Recommended Improvement Areas (Must be Completed): _____

_____
_____
_____
_____
_____

Training Recommendations (Type of Training and Order in which it's to be Provided): _____

_____
_____
_____
_____
_____

---

**THE RATING SYSTEM BELOW APPLIES TO THOSE EMPLOYERS WHO HAVE COMPLETED AT LEAST ONE YEAR OF EMPLOYMENT AND HAVE NOT REACHED THE MAXIMUM PAY WITHIN THEIR GRADE.**

Annual Pay-for-Performance Salary Increase Recommendation (check one):
  (A Personnel Transaction must accompany all salary recommendations. Increments must be in 1/2%, scale starting at 1%).

Performance level falls in "Meets Standards" and/or in "Below Standards".....................................................0% /__/
(Use this category if there are one or more "below" ratings and majority are "meets". Will also be used when
all standards fall in "meets" ranking.)

Performance level falls in "Meets Standards" and "Above Standards" ..................................... 1% - 2%  /__/
(Use this category if "meets" are the majority and "above" are found in one or more standards of lesser importance.
May have "below" ratings in standards of lesser importance.)

Performance level falls in "Meets Standards" with the majority in "Above Standards"................................2.5% - 4%  /__/
(This category will have no "below" ratings.)

Outstanding level of performance is for the employee who achieves exceptional results over a sustained period of time. This
rating should be used in exceptional cases and through extremely careful consideration of a performer who achieves exceptional
results and has initiated ideas and gone beyond the parameters of the job. If the employee meets this level of performance on
standards set for an established key duty or responsibility, write "outstanding" in the Performance Level Documentation column
adjacent to the appropriate duty and standard, giving detailed justification.

The supervisor feels the employee meets this level of performance on standards which comprise the major duties of the job.
(This category will have no "below" ratings.)                                                                        4.5% - 6.5%  ⊠

(2/90)                                                    -4-                                          6%

DEF 1082

1       IG (INIAL&DATE)
1 l       IMENT HEAD       _AOR-4-11_
2 PERSONNEL DIRECTOR    ___
3 COUNTY ADMIN.       ___

# MESA COUNTY PERFORMANCE APPRAISAL

NAME _Deb Bouricius_        DEPARTMENT _IMD_

PERFORMANCE PERIOD _4/94 - 4/95_        POSITION _Application Analyst II_

DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW_____

SIGNATURE OF
EVALUATOR _____        ELECTED OFFICIAL
OR DEPT HEAD _____

DATE OF EVALUATION CONFERENCE _4-11-95_

SIGNATURE OF EVALUATOR _____        ANNUAL REVIEW **XX**

## PERFORMANCE LEVELS

**ABOVE STANDARDS**  Employees performance consistently goes beyond the established expected standard. The performance level regularly surpasses the stated job requirement and significant results have been achieved.

**MEETS STANDARDS**  Employees whose level of contribution and performance consistently meets standards. Performance fully meets the Requirement of the duty and responsibility of the position as expected.

**BELOW STANDARDS**  Performance does not meet the established standard. May achieve some portion of the objective but is lacking in performing all aspects of the performance standard. Requires close supervision and reassignment and /or correction of work. An employee falling in this category should be counseled about performance standards and should progress From this level in a reasonable amount of time. If an employee is consistently rated "below standards" in the majority of expected standards, demotion or termination should be considered.

Outstanding level of performance is for Exceptional Meritorious Service as outlined in the Personnel Manual, Section 9.03D. This category is reserved for the consistently outstanding performer. This category should be used in exceptional cases only through extremely careful consideration of performance who achieves exceptional results over a sustained period of time. The employee has initiated ideas and gone beyond the parameters of the job.

If the supervisor feels the employee meets this level of performance on any of the standards set for an established key duty or responsibility, please write, in lieu of marking one of the performance level columns, "outstanding" in the Performance Level Documentation column adjacent to the appropriate duty and standard, and give detailed justification.

EMPLOYEE SIGNATURE:

Evaluation Conference   I have reviewed with my supervisor the appraisal herein of my performance regarding the established expectations Of my job. My signature does not necessarily reflect agreement with this appraisal. (Employees comments submitted on a separate sheet.)

_P. A. Bouri_

**DEF 1090**

I have always looked at annual reviews as a chance for development and not deterioration. Unfortunately for Debbie's sake I have only been in this position for a short time and am pressed to evaluate on a year from total hearsay from other participants. Therefore, it is palpable that this review is handicapped. Nonetheless, I am confident that the experience will be a usable tool in documenting progress and providing future direction. In an effort to streamline the IMD annual review process I, as the acting director, will solicit needed input and justify the review from that point. Unlike previous reviews it will not be an all inclusive divisional process. The nine team member evaluation standards will be used for objective criteria along with individual milestones.

A 1-5 scale will be utilized.

### *STRENGTHS WITHIN CURRENT PAWS:*

**COMMUNICATES WITH TEAM ;** Deb is a very effective communicator, written and person to person. Deb will tackle difficult issues and communicate them unemotionally and unbiasedly. Her candidness is a very good attribute when dealing with the overall team.          **4.25**

**SHARES INFORMATION;** Debbie is a catalyst in our small group support teams. She shares information on all of the projects she is involved with. She did a very good job coordinating our NetWare training, this took communication outside of our department to bring other divisions together.          **3.8**

**IS FLEXIBLE;** Deb is always willing to jump in and work around schedules to accomplish the goals set before us. She has often volunteered to help set up PC's and other short term projects.          **3.5**

**ACCEPTS RESPONSIBILITY;** Deb always understands what she is getting in to and holds up her and of the bargain. She performed very dutifully throughout the Criminal Justice LAN implementation. She has most recently accepted responsibility in the phone support areata.          **4.1**

**WILLING TO COOPERATE;** Deb has always been very cooperative in handling business. Deb works very well with all departments when given adequate time. There was one unfortunate incident this spring where cooperation on all fronts were strained. The political pressure applied to the situation caused enormous stress. Deb was also embroiled in a very demanding workload at the time. I assess the process went as well as it could have when all of the extenuating circumstances are figured in the equation. The situation has seemed to resolved itself and Deb worked through a few lunch hours to help the process through.          **4**

**EASY TO WORK WITH;** Deb plans a head and this enables her to be very conciliatory in her work habits. We often take advantage of her technical writing abilities when creating RFP's and other documents.          **3.9**

**MEETS TIME LINE EXPECTATIONS;** Deb is organized and punctual in all job

**DEF 1091**

applications. When circumstances beyond her control do not enter into the process I can count on Deb delivering the project when desired.                    **4.2**

**SHOWS LEADERSHIP;** When in charge of a project Deb is very prepared, methodical and communicates well. These are all great leadership skills. Deb has the ability to step in and help take control of a situation when necessary.                    **3.75**

**EFFECTIVE FACILITATOR;** Deb can be counted on to be organized and available when called upon. She handles meetings well and allows everyone an opportunity to participate.
                                                                          **4**

                                        **TOTAL 35.5   AVERAGE     3.95**
-----------------------------------------------------------------------------------------------------

**EMPLOYEE STRENGTHS;** Deb is willing to utilize her skills, abilities, and knowledge at any task. She often recognizes when we have a need and will jump in and volunteer. Deb has a niche at developing RFP's and other technical documents.

**RECOMMENDED IMPROVEMENT AREAS;** Deb has noticed a need in out telecommunications area. If she is willing she needs to pursue this. Deb needs to assess situations from an objective perspective and not let the subjective, political criteria we often deal with distract her.

**CONTINUED TRAINING;** Deb needs to continue in Network training and telecommunications if she would like to.

**DEF 1092**

```
Routing (Initi    Date);  3. Group Head ____ 4/5/91
1. Supervisor ____ 4/4/91  4. Pers. Dir. ____ 4-18
2. Dept. Head DD 4/9/91    5. Co. Adm. MSE 4/23/91
```

## MESA COUNTY PERFORMANCE APPRAISAL

APR - 8 1991

Name Debra Ann Bouricius                    Department IRMA

Performance Period from April 90      to April 91      Position Application Analyst II

### DATE OF PERFORMANCE STANDARDS DEVELOPMENT REVIEW _____

Signatures of:                              Elected Official
Evaluator _____                        or Dept. Head _____

New Hire Review ____
Promotional/Lateral Review ____
DATE OF EVALUATION CONFERENCE  4/4/91       Annual Review  X
                                                            April
Signatures of:                              Elected Official
Evaluator  Tonne Sale                       or Dept. Head  Don Dumont

### PERFORMANCE LEVELS

__Above Standards__     Employee's performance consistently goes beyond the established expected standard.  The performance
                        level regularly surpasses the stated job requirement and significant results have been achieved.

__Meets Standards__     Employees whose level of contribution and performance consistently meets standards.  Performance
                        fully meets the requirement of the duty and responsibility of the position as expected.

__Below Standards__     Performance does not meet the established standard.  May achieve some portion of the objective but
                        is lacking in performing all aspects of the performance standard.  Requires close supervision and
                        reassignment and/or correction of work.  An employee falling in this category should be counseled
                        about performance standards and should progress from this level within a reasonable period of time.
                        If an employee is consistently rated "below standards" in the majority of expected standards,
                        demotion or termination should be considered.

Outstanding level of performance is for Exceptionally Meritorious Service as outlined in the Personnel Manual, Section 9.03D.
This category is reserved for the consistently outstanding performer.  This rating should be used in exceptional cases and
only through extremely careful consideration of a performer who achieves exceptional results over a sustained period of time.
The employee has initiated ideas and gone beyond the parameters of the job.

If the supervisor feels the employee meets this level of performance on any of the standards set for an established key duty or
responsibility, please write, in lieu of marking one of the performance level columns, "outstanding" in the Performance Level
Documentation column adjacent to the appropriate duty and standard, and give detailed justification.

EMPLOYEE SIGNATURE:
__Performance Standards__     I have reviewed with my supervisor and understand the key duties and responsibilities and
__Development Review__        expectations of my job as established herein.

                                            D. A. Bouricius

__Evaluation Conference__     I have reviewed with my supervisor the appraisal herein of my performance regarding the
                              established expectations of my job.  My signature does not necessarily reflect agreement
                              with this appraisal.  (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

                                            D. A. Bouricius

-1-

DEF 1153

Name of Employee: Debra Ann Bouricius

## PERFORMANCE STANDARDS DEVELOPMENT

| KEY DUTIES AND RESPONSIBILITIES | EXPECTED STANDARDS OF PERFORMANCE Standards Must Be Listed In Order of Importance |
|---|---|
| **A. APPLICATION ANALYSIS          40%** May be assigned to develop projects involving analysis, design, programming, and/or technical advisory support. Also must work with and back-up other IRMA staff. | 1.) PAW the UQUEUE spooler package is installed and operational by September 1, 1990. 2.) PAW the PCS Flashback package is installed and operational by September 1, 1990. 3.) PAW a Help Desk System is designed, implemented, manned and operational by March 1, 1991. 4.) PAW a Tax Certificate print program is installed and implemented for the Treasurer's DBS system by October 1, 1990. 5.) PAW primary responsibility is kept at a "satisfactory" status for the following areas/systems: a) DBS Financial system. b) General user support including training and documentation. 6.) PAW secondary responsibility is kept at a "satisfactory" status for the following areas/systems: a) Micro support. b) DBS Document Indexing system. c) DBS Treasurer system. d) DBS Elections system. e) Current Sheriff system backup. f) OFIS system implementation. |
| **B. USER SUPPORT          60%** IRMA is a support service organization within the County. As a member of the IRMA team, you must be responsive to user needs and also must coordinate your activities with the rest of the team. | 1.) PAW all significant events, changes, and problems are logged within one working day of occurrence. All new user requests are entered into the log within one working day of receipt. 2.) PAW all projects and assigned tasks are completed within established or agreed upon time-lines. Changes to schedules must be approved in advance by the IRMA Director. Any changes to schedules or project or problem status will be communicated to the affected user(s) within one working day. 3.) PAW you arrive promptly for all scheduled meetings and appointments. 4.) PAW no more than two unresolved substantive complaints about your performance from users in the evaluation period. |

(Continue on a separate sheet if needed)

-2-

**DEF 1154**

Name of Employee: _Debra Ann Bo___ius_____

PERFORMANCE EVALUATION

| | | | PERFORMANCE LEVEL DOCUMENTATION |
|---|---|---|---|
| **ABOVE** | **MEETS** | **BELOW** | Evaluate and Document Each Expected Standard of Performance |

**A. APPLICATION ANALYSIS**

| | X | | 1.) Completed satisfactorily and on time. |

X  2.) Completed with great success and on time. Based on Debbie's demonstrated use of the backup system, a second unit was purchased for the 5000/95 minicomputer.

**OUTSTANDING**  3.) The Help Desk database system was ready for IRMA staff use in February of 1991. The Help Desk Analysts were interviewed, trained and ready to work before March 1, 1991. In the one short month the Help Center has been in service, the success has been obvious to the IRMA staff. Some of the benefits of the Help Center have been:
   a) Fewer calls to individual IRMA members.
   b) A raised level of awareness by the Help Center Analysts.
   c) Enthusiasm and willingness to learn new (to them) products by the Help Center Analysts.
   All of these benefits were realized because of Debbie's dogged determination to make the Help Desk a success.

X  4.) Debbie is the primary contact with Database Systems Corp on this project, she developed the needs requirements and certificate layout design and relayed all information from and to DBS and the Treasurer's office in a professional manner. Debbie was an instrumental player in making this product work to the Treasurer's specifications and satisfaction. NOTE: Gena Harrison wrote a very complimentary memo about Debbie's performance.

X  5.) Debbie has concentrated her efforts toward supporting the current Personnel system and organizing micro user training. She has developed several reports for Personnel in the recent past and continues to satisfy their needs. She also has managed the micro user training schedule to assure the County of optimum use and performance of the program.

X  6.) Again Debbie has concentrated her efforts toward secondary support in three different areas. OFIS system implementation, Micro support and the DHS Treasurer system. She has been willing to learn everything necessary to be a responsible backup to the primary support person in each of these areas.

**B. USER SUPPORT**

X  1.) All requests are entered and updated on time.

X  2.) Manages time very well to meet completion dates.

X  3.) Always arrives on time for appointments.

X  4.) We have never received any complaints of Debbie's performance, in fact on at least one project (Treas. Tax Certificate print) she has received compliments on her ability and how easy she is to work with.

-3-

DEF 1155

PERFORMANCE EVALUATION (CONT.)   Name of Employee: Debra Ann Bouricius

Employee Strengths (Within Current PAWS):_____

Debbie has an ability to complete a job with thoroughness once the job is defined.
When given a new assignment, Debbie takes it upon herself to get the background information necessary to do the job right.


Recommended Improvement Areas (Must be Completed):_____   _cad_

Because of the newly assigned projects, Debbie will need to get some more training in Project Management and Project Analysis
and Design.  She also will need some additional training in INFORMIX 4GL/SQL.


Training Recommendations (Type of Training and Order in which it's to be Provided):_____

Besides the areas of training listed above, Debbie is also going to get some additional training in Personnel system
development._____


-----------------------------------------------------------------------------------------------

THE RATING SYSTEM BELOW APPLIES TO THOSE EMPLOYEES WHO HAVE COMPLETED AT LEAST
ONE YEAR OF EMPLOYMENT AND HAVE NOT REACHED THE MAXIMUM PAY WITHIN THEIR GRADE.

Annual Pay-for-Performance Salary Increase Recommendation (check one):
 (A Personnel Transaction must accompany all salary recommendations.  Increments must be in 1/2%, scale starting at 1%).

 Performance level falls in "Meets Standards" and/or in "Below Standards"......................................................0% /__/
 (Use this category if there are one or more "below" ratings and majority are "meets".  Will also be used when
 all standards fall in "meets" ranking.)

 Performance level falls in "Meets Standards" and "Above Standards" ...............................................  1% - 2% /__/
 (Use this category if "meets" are the majority and "above" are found in one or more standards of lesser importance.
 May have "below" ratings in standards of lesser importance.)

 Performance level falls in "Meets Standards" with the majority in "Above Standards"..............................2.5% - 4% /__/
 (This category will have no "below" ratings.)

Outstanding level of performance  is for the employee who achieves exceptional results  over a sustained period of time.  This
rating should be used in exceptional cases and through extremely careful consideration of a performer who achieves exceptional
results and has initiated ideas and gone beyond the parameters of the job. If the employee meets this level of  performance on
standards set for an established key duty or responsibility, write "outstanding" in the Performance Level Documentation column
adjacent to the appropriate duty and standard, giving detailed justification.

The supervisor feels the employee meets this level of performance on standards which comprise the major duties of the job.
(This category will have no "below" ratings.)                                                         4.5% - 6.5%  /XX/
I recommend a merit increase of the maximum (6.5%) to be given to Debbie Bouricius.

(2/90)                                               -4-

**DEF 1156**