# EXHIBIT E

**Lori Marak   May 10, 2019**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

---------------------------------------------------

DEPOSITION OF LORI MARAK

May 10, 2019

---------------------------------------------------

DEBRA BOURICIUS,

    Plaintiff,

vs.

MESA COUNTY, by and through the Mesa County Board

of County Commissioners,

    Defendant.

---------------------------------------------------


        Pursuant to Notice and the Federal Rules
of Civil Procedure, the deposition of LORI MARAK,
called by Plaintiff, was taken on Friday, May 10,
2019, commencing at 9:13 a.m., at 205 North 4th
Street, Grand Junction, Colorado, before Candice F.
Flowers, Certified Shorthand Reporter and Notary
Public within and for the State of Colorado.

**Lori Marak   May 10, 2019**

1   you sit down and talk about what everyone's doing

2   and who is going to work with whom on what?  How

3   does that work?

4        A    So work is assigned according to what

5   type of project needs to be done.  So if it's an

6   application, then the group that -- the analyst

7   group that me and Deb are in -- were in is done

8   according to whose expertise.  So if it was like a

9   courthouse app, that would be Deb and Kelly.  If it

10  was public safety, it would be me and Liz.  We

11  run -- I'm sorry.  We run the project and pull in

12  whether we need web, GIS, networks.

13       Q    Okay.  So the BSAs kind of serve as the

14  project manager; is that right?

15       A    Yes.

16       Q    And then you're free to pull in kind of

17  the more technical people.  Is that kind of what

18  I'm understanding?

19       A    Yes.  It depends.  Sometimes we act as

20  technical lead for somebody else's project, but

21  generally if there's a more specific need that's

22  outside of the data realm, if it's networking, then

23  we pull in networking.  If it's something to do

24  with web, we would pull in web.

25       Q    So let's step back a minute.  I didn't

**Lori Marak   May 10, 2019**

```
 1        A    So technically, no.  Work ethic and
 2   ability to work with people, yes.
 3        Q    You like her as a person, right?
 4        A    Absolutely.
 5        Q    Does Frank Whidden ever come around and
 6   interact with you as a senior business systems
 7   analyst?
 8        A    No.
 9        Q    Does he assign you any work?
10        A    No.
11        Q    Does he know what you do?
12             MR. SANTO:  Object to form.  You can
13   answer.
14        A    I would assume that he does, but I don't
15   know for sure.
16        Q    (By Ms. Bisbee) Has he ever sat you down
17   and talked to you about one of your projects?
18        A    No.  We have talked, in passing, about
19   this criminal justice services project and how it's
20   going, timeline for implementation, and final
21   completion.
22        Q    Okay.  So what's the criminal justice
23   services project?
24        A    That's the TriTrak project and it's been
25   ongoing since about 2013 or 2014.
```

**Lori Marak   May 10, 2019**

22

```
 1        Q    Has he ever said anything to you that
 2   would make you think...
 3        A    I just don't know.  I can't remember.
 4        Q    Okay.  Is Frank Whidden's office in the
 5   IT office?
 6        A    No.
 7        Q    He's currently director of IT, correct?
 8        A    Yes.
 9        Q    Among other things.
10        A    That's correct.
11        Q    How often do you see him in and around
12   the IT office?
13        A    Maybe once a month, but I'm not in IT
14   every day either.
15        Q    Fair enough.
16             Does he ever come by where you are in the
17   sheriff's office?
18        A    No.
19        Q    Was there ever a time when Frank
20   Whidden's office was in the IT office?
21        A    Yes.  That would have been before he
22   moved upstairs as assistant.  I'm not sure if he
23   went to assistant county manager or straight to
24   county manager.  I can't recall.
25        Q    Do you know what all of his other jobs
```

Lori Marak   May 10, 2019

```
 1          A     Yes, I would say that's true.

 2          Q     He never came to you and asked whether

 3     Deb Bouricius was good at her job, did he?

 4          A     No.

 5          Q     Was Frank Whidden ever involved -- since

 6     he became county administrator, has he been

 7     involved in any of the -- any group IT meetings?

 8          A     Since we're so small, we don't have a lot

 9     of regular entire staff meetings.  He's been

10     present at pretty much every important meeting.

11          Q     What kind of meetings are important?

12          A     Like to let us know that people had

13     gotten laid off, things like that.  He shows up

14     sometimes for, you know, parties, like a going-away

15     party for somebody or an IT function where we're

16     doing a get-together, a potluck, things like that,

17     the fellowship sort of -- lunch meetings.

18          Q     But in the last couple of years, do you

19     remember him ever assigning you work?

20          A     No.

21          Q     Putting together teams?

22          A     No.  Pretty much everything from Frank

23     would be communicated down through Lhana.

24          Q     Okay.  Frank wouldn't ever discuss the

25     budget with you?  You specifically, not in a
```

**Lori Marak   May 10, 2019**

28

```
 1        Q     Do you know what her problem was with the
 2   2016 layoff?
 3        A     I can only speculate that it was just a
 4   feeling of uncomfortableness.
 5        Q     Did she ever say anything to you?
 6        A     Yes, she did.
 7        Q     What did she say?
 8        A     She wasn't sure she wanted to work for a
 9   place like this.
10        Q     Was there something in particular about
11   the layoffs that bothered her that you know of?
12        A     I think it was just that you just came in
13   one day and then six people were let go.
14        Q     Have you ever heard of an age spreadsheet
15   at Mesa County?
16        A     Yes, many times.
17        Q     What is your understanding of what, if
18   any, age spreadsheet you have heard of?
19        A     That there was basically a spreadsheet
20   extracting data out of the payroll system of all
21   employees over 50.
22        Q     How did you learn about this?
23        A     I heard about it from many different
24   people, and I can't recall who.
25        Q     Okay.
```

**Lori Marak   May 10, 2019**

```
 1          A      It was many years ago.
 2          Q      Okay.  So how did everyone come to know
 3     about the age spreadsheet?  Did something happen?
 4          A      Well, I think the person doing the
 5     extraction couldn't technically do it, so there was
 6     help garnered from somebody to do it and that's how
 7     information got out.
 8          Q      Okay.  So I just want to make sure I'm
 9     understanding.
10          Payroll would be in HR, right?  Is that
11     where payroll lives?
12          A      Right, but...
13          Q      Did someone in HR need help from someone
14     in IT to do what they were trying to do with the
15     system?
16          A      Like I said before, I don't remember who
17     it was that did it or how I heard, but -- so I
18     don't know the originator of the extraction and I
19     don't know who helped.
20          Q      Okay.  Are you aware if the County used
21     this age spreadsheet in any -- for any purpose?
22          A      I do know at the same time that that came
23     out, there was a big push because of our aging
24     employee population and the cost of benefits and
25     the other costs as far as sick time involved with
```

**Lori Marak   May 10, 2019**

```
 1    an aging employee and the extra pay since they had
 2    been there forever.  It was an overall issue.
 3         Q    So I'm trying to understand what you're
 4    telling me.
 5              Is it your understanding Mesa County was
 6    looking at the aging workforce as some sort of
 7    problem?
 8         A    That was my assumption and other people's
 9    that knew about the budget and the rumors going
10    around of what they were trying to do and basically
11    what challenges they were up against.  I have no
12    idea whether it was used or not.
13         Q    Okay.  Do you know if Mesa County still
14    keeps on eye on its aging workforce in any way?
15         A    No, I have no idea.
16         Q    Are you aware if, after the age
17    spreadsheet came out, anyone over, let's say, the
18    age of 40 was laid off?
19         A    That was so long ago, I don't recall.
20         Q    Okay.  Let's talk about Debbie Bouricius
21    a little bit.
22              Did you have any problems with Debbie's
23    skills?
24         A    No.
25         Q    Can you generally name some of her
```

Lori Marak   May 10, 2019

1  attributes?

2      A    She was a go-getter, very meticulous,

3  organized, good with getting things done and

4  running a project.

5      Q    Can you give me any examples?

6      A    She was the project manager for the New

7  World Public Safety implementation, which was for

8  all the law enforcement, fire agencies in Mesa

9  County, and then I was her technical lead as a

10  systems analyst.  She was great to work with,

11  pulled in people that she knew what their skills

12  and things like that were and always stayed on top

13  of the project.

14      Q    It sounds like a pretty big project

15  county-wide.

16      A    It was a big project county-wide.  She

17  was the project manager for the County side, and

18  then we had a project manager overseeing everything

19  on the City side as well since it's a shared

20  system.

21      Q    Okay.  But that's for every jurisdiction

22  in the county?

23      A    Yes.

24      Q    How many is that?

25      A    We have at least six law agencies in the

**Lori Marak   May 10, 2019**

```
 1   Worked with interfacing or not interfacing with
 2   existing systems at the time.  And then later we
 3   worked on the law enforcement system.
 4        Q    So...
 5        A    Which was like a records management
 6   system for dispatch, law reports.
 7        Q    So when was that?
 8        A    That was 2007 to about 2010.
 9        Q    So she did do some work on the law
10   enforcement side?
11        A    Absolutely.
12        Q    Do you know -- I don't know -- maybe
13   before the law enforcement IT side became more
14   fully staffed, do you know how much historical work
15   Debbie had done with law enforcement IT or public
16   safety IT?  I'm sorry.
17        A    Well, up to 2003, it was not an IT
18   function.  We pretty much just kept their file
19   servers going, but they had somebody in-house that
20   ran their system.
21        Q    Okay.
22        A    Once the new sheriff came in in 2003,
23   then I went over there, and several people in my
24   department got trained on that system.  That would
25   be the old legacy system.  Up to that point, she
```

**Lori Marak   May 10, 2019**

34

```
 1   did help with all the systems that the SO used that
 2   tied in with things at the courthouse, like
 3   financial, risk.  Pretty much any of the databases
 4   that we used system-wide -- or county-wide she ran
 5   or knew or used them.
 6        Q    So would that be Eden?
 7        A    Yes, and even pre-Eden, which would have
 8   been our finance Unix system.
 9        Q    Now, she stayed with the Eden -- running
10   the Eden system until she left, right?
11        A    Throughout, yes.
12        Q    So did Eden -- is that how -- does that
13   touch any part of the sheriff's finances currently?
14        A    Yes.  They all use Eden.  Everybody at
15   the County uses Eden.
16        Q    Okay.  So if I'm an inmate bonding out,
17   does that go through Eden?
18        A    No.  That's on the sheriff's office
19   system.
20        Q    Okay.  So what in the sheriff's office
21   uses Eden?
22        A    They use it to pay their bills, to do
23   their invoices.  If payments come in for anything,
24   it does eventually go through Eden because that's
25   all the monies in and out.  But inmates coming in,
```

**Lori Marak   May 10, 2019**

```
 1    they book their money in for commissary.  It does
 2    eventually go through Eden, but it stays that
 3    person's money.  And then it's paid through to the
 4    commissary fund from the general fund, which is a
 5    check originating from Eden.  So basically Eden
 6    touches everything in one way or another.
 7         Q    Okay.  What about court costs?  I get a
 8    speeding ticket and get a 50-dollar fine in county
 9    court.  Does that go through Eden?
10         A    Yes, as far as I know.  I'm sorry.
11         Q    That's okay.
12         A    If they take money in at the sheriff's
13    office, it goes through Eden.
14         Q    Okay.  If they take money in anywhere at
15    the county, does it go through Eden?
16         A    I'm not that well versed on Eden.  That
17    is not my area of expertise, but I'm going to
18    assume yes.
19         Q    How were Debbie's communication skills?
20         A    I thought her communication skills,
21    especially written, were always excellent.  I don't
22    know of anything bad to say about her communication
23    skills.
24         Q    Did she have problems with anyone in the
25    office?
```

**Lori Marak   May 10, 2019**

```
 1        A     Not that I'm aware of.
 2        Q     Do you know what her history was with the
 3   County?
 4        A     I know she had been there 30 years and
 5   pretty much had worked on everything.  In that 30
 6   years we went from very minimal networked computers
 7   and a big mainframe for financial all the way to
 8   what we are today with inner networks and hundreds
 9   of servers and applications.  So she's seen a lot
10   of change and new things come in.
11        Q     So are you familiar with Sire Agenda?
12        A     A little bit.
13        Q     Do you know what Debbie's skills were
14   with respect to Sire Agenda?
15        A     No, I don't know of her skills, but I
16   know she assisted in keeping that system running,
17   so I'm going to assume the skill set was there.
18        Q     Ever hear any problems about her managing
19   Sire Agenda or working with it?
20        A     No, I didn't.
21        Q     Do you know if anyone did Sire Agenda
22   work better than Debbie did?
23        A     I don't know how she compares with the
24   others.  I never heard one way or the other on
25   that.
```

**Lori Marak   May 10, 2019**

```
 1  environment.  I don't know anything else.
 2       Q     Okay.  Let's assume that all things being
 3  equal between two employees -- actually, strike
 4  that.
 5            Do you think that Deb Bouricius had
 6  better skills than any of the senior BSAs that were
 7  left in the IT department?
 8       A     Yes.
 9       Q     More than one person?  Did she have
10  better skills than more than one person that was
11  left?
12       A     Yes.
13       Q     Can you tell me who Debbie had better
14  skills than that remained in the department?
15       A     She had better skills than Terrie Hotary
16  Smith or Terrie Smith Hotary.
17       Q     I'm not...
18       A     She was Terrie Hotary then; now she's
19  Terrie Smith.
20       Q     Okay.  Terrie Hotary.
21            So would you say that had Terrie Hotary
22  been laid off instead of Deb, Deb would have been
23  able to step in and take over Ms. Hotary's job?
24  Could she have done the work that Terrie Hotary
25  does?
```

**Lori Marak   May 10, 2019**

57

```
 1          A     Terrie, Elizabeth, and me.
 2          Q     And you all three stayed doing criminal
 3     justice stuff after the layoff.
 4          A     Yes, although we had to cover other areas
 5     as well, and we do still cover other areas.
 6          Q     Did you have to cover some of the work
 7     that Debbie had done?
 8          A     Yes.
 9          Q     So you -- all of you had to pick up some
10     of Debbie's work?
11          A     Yes.  Like I knew Crystal reports, so I
12     had to help out with a lot of Crystal reports that
13     Deb was really more the resident expert doing.
14          Q     Did Terrie pick up any of Debbie's work?
15          A     Yes.
16          Q     What was that?
17          A     Just helping out and getting to learn the
18     new applications that -- or not the new
19     applications but the applications that needed
20     coverage since Deb was let go and since David
21     Barnett was let go.  So there was Sire, there was
22     Eden, a lot of DHS applications that David Barnett
23     took care of.  So we all had to kind of just step
24     up and start working on other things, so we became
25     less just concentrated in one area.
```

**Lori Marak   May 10, 2019**

```
 1        Q    Okay.  So I guess going back to my
 2   original question a couple minutes ago, would --
 3   this is how I think we started this.
 4             If Terrie had been let go, would Deb have
 5   been able to absorb her work in the way you guys
 6   absorbed Deb's work?
 7        A    Yes.
 8        Q    Do you think she would have had any
 9   problems doing that?
10        A    No.  It would have been a learning curve
11   like any of us had with learning Deb's stuff that
12   we hadn't seen before and have to work on.
13        Q    Okay.  Are there any skills that Terrie
14   Hotary had that Debbie didn't have?
15        A    No.
16        Q    Do you think Debbie was more proficient
17   as a senior BSA than Terrie Hotary?
18        A    I do not know that for sure, but I would
19   guess since her years of experience and knowledge
20   far outweigh Terrie's, yes.
21        Q    Because Debbie had been there for almost
22   30 years?
23        A    I think she had gotten her 30-year pin
24   just the summer before.
25        Q    And Debbie had set up a lot of IT systems
```

**Lori Marak   May 10, 2019**

1   that were running.

2        A     Yes.

3        Q     She had seen the County go from

4   rinky-dink couple of computers to a whole

5   operation, right?

6        A     Yes.

7        Q     And Terrie wasn't part of that?

8        A     No.

9        Q     And Terrie didn't grow the IT department

10  in any way, right?

11       A     No.

12       Q     How long had she been there at the time

13  of the layoff?

14       A     Maybe two years.

15       Q     Was she younger than Debbie?

16       A     Yes.

17       Q     Substantially?

18       A     She's my age, so she's 55 now or going to

19  be 55 this year.

20       Q     What about Elizabeth McDowell, how old is

21  she?

22       A     She's younger.  She's in her 30s.

23       Q     Okay.  Does Terrie get along with others

24  in the workplace?

25       A     Some people she does.

**Lori Marak   May 10, 2019**

```
 1        Q     Are you aware of interpersonal problems
 2   she's had with any of her coworkers?
 3        A     I've had problems with her.
 4        Q     Can you explain generally the nature of
 5   the problems.
 6        A     I find her methods of communication kind
 7   of offensive and not the best, and I've had
 8   problems when she first started working at the
 9   sheriff's office with work ethic.  I would say a
10   lot of those have been corrected or I just ignore,
11   but she gets along with a lot of people really
12   well, other people not so much.
13        Q     She gets along with the important people?
14        A     Wow.  Yes.
15        Q     I have been working for a couple of
16   decades and get how it works.
17              So even if she has had some improvement
18   with getting along with coworkers the last couple
19   of years, at the time of the layoff, was she having
20   some interpersonal difficulty?
21        A     Yes, I would say between her group.
22        Q     Your group?  You and --
23        A     The BSAs, yeah.
24        Q     Do you think that's something that should
25   have been taken into consideration if you are
```

62

```
 1              MR. SANTO:  Just identify which one
 2   you are answering.
 3              THE DEPONENT:  So now that we're --
 4   I'm going to answer the first question.  Yes,
 5   Terrie's still doing public safety BSA work, not
 6   entirely.  She has transitioned a lot into filling
 7   Deb's area more since there's only four of us.  She
 8   has moved more to the courthouse applications doing
 9   the Sire replacement, working on Eden, and filling
10   in there.  The new person was put in public
11   safety -- the person that replaced Elizabeth is
12   putting more into public safety to assist me.
13       Q    (By Ms. Bisbee) Okay.  So currently it's
14   you, the new person, and a little bit Terrie
15   Hotary.
16       A    Yes.  Since there was so much to learn,
17   the new person's still learning, and we still want
18   our lines blurred a little bit more to where it's
19   not just two people on one application.  It's
20   more -- so Terrie is still helping out as needed.
21   It's really hard covering a schedule with 24/7
22   applications when there's only four people.
23       Q    Okay.  So even though they left three
24   public safety BSAs in place, it seems that they
25   really needed a BSA to cover some of the courthouse
```

**Lori Marak   May 10, 2019**

1    stuff and more of the stuff Deb was doing, because

2    now they are moving Terrie into that position?

3         A    Yes.  To cover Deb's vacancy and David

4    Barnett's vacancy, which was all DHS and the

5    courthouse, they have had to have other people help

6    out.

7         Q    So, in retrospect, perhaps, when they did

8    the layoff, they could have left two BSAs in public

9    safety and two in -- on the other side of things

10   and they would end up where they are today?

11        A    Yes, that would have been one way of

12   accomplishing things.

13        Q    Did you ever hear of any coworkers

14   complain about Debbie's performance?

15        A    No.  And I didn't hear anything bad until

16   after she was laid off.  And I don't know -- it's

17   like she wasn't doing any work, but I just took

18   that as a rumor and I can't even remember who said

19   that.  It kind of shocked me.

20        Q    Because that's not something you had

21   observed.

22        A    No.

23        Q    Are you aware of any discipline Debbie

24   ever got?

25        A    I'm aware of during the data breach, I

**Lori Marak   May 10, 2019**

1   not really sure.

2        Q     But you didn't have any issues with Deb's

3   performance, right?

4        A     No.

5        Q     And, in fact, you think her performance

6   was better than some of the BSAs that remained,

7   correct?

8        A     Yes, at least one.

9        Q     At least Terrie Hotary?

10       A     At least one.

11       Q     Have you ever had to reach out to Debbie

12   or any of the folks that were laid off to ask them

13   for help on projects that they left behind?

14       A     No, not that I recall.

15       Q     Okay.  Have you ever had any

16   conversations with Frank Whidden about the layoff

17   since it happened?

18       A     I can't specifically remember any

19   conversations with Frank.  I haven't really had

20   much since then as far as conversations with Frank.

21       Q     Did you provide testimony to the CCRD in

22   Debbie's charge of discrimination?

23       A     What is the CCRD?

24       Q     The Colorado Civil Rights Division.

25       A     No, I don't believe so.  I think I did

| 79 | 9 | Change "Kerry" to "Carey." | This reference is to Carey Stieb, who spells his name C-a-r-e-y. |
|----|---|----------------------------|------------------------------------------------------------------|

Lori Marak

**Lori Marak**

6-13-2019

**Date**

STATE OF COLORADO )
                   )ss.
COUNTY OF MESA    )

Subscribed and sworn before me this *13* day of June 2019 by Lori Marak.

Deanna Gohn

Notary Public

My Commission Expires: *6/12/2020*

DEANNA GOHN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19924001670
My Commission Expires June 12, 2020

Lori Marak   May 10, 2019

93

```
 1   STATE OF COLORADO)
 2                    )ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF MESA   )
 4        I, Candice F. Flowers, do hereby certify that
 5   I am a Certified Shorthand Reporter and Notary
 6   Public within the State of Colorado; that previous
 7   to the commencement of the examination, the
 8   deponent was duly sworn to testify to the truth.
 9        I further certify that this deposition was
10   taken in shorthand by me at the time and place
11   herein set forth, that it was thereafter reduced to
12   typewritten form, and that the foregoing
13   constitutes a true and correct transcript.
14        I further certify that I am not related to,
15   employed by, nor counsel for any of the parties or
16   attorneys herein, nor otherwise interested in the
17   result of the within action.
18        In witness whereof, I have affixed my
19   signature this 17th day of May, 2019.
20        My commission expires February 14, 2020.
21
22
23                      _____
                         Candice F. Flowers, CSR
24                       671 Alexia Court
                         Grand Junction, CO 81505
25
```