# EXHIBIT G

# *BOURICIUS*

# *VS.*

# *MESA COUNTY*

### Deposition

# *DEBRA BOURICIUS*

*02/22/2019*

---

# *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

*AB Court Reporting & Video*

1    Q    Now, you said that he supported your area

2    on the PC level.

3    A    M-hm.

4    Q    What were you doing?

5    A    Well, sometimes we would need to replace

6    PC's, sometimes something would go wrong with a PC,

7    and so he was basically our support to support the

8    users.

9    Q    And PC, I assume you mean personal

10   computer?

11   A    Personal computer, yeah.

12   Q    So am I understanding correctly that you

13   were kind of working on replacing the actual

14   products --

15   A    Yes.

16   Q    -- and he was working on like programs and

17   applications?

18   A    No.  He supported the computer on your

19   desktop.

20   Q    Okay.

21   A    So -- and that was -- sometimes we'd have

22   to upgrade the PCs if we were implementing a new

23   system because they needed more recent technology, or

24   sometimes there were software applications, software

25   applications, that needed to be installed, so he

*AB Court Reporting & Video*

1          MS. BISBEE:  It is here.

2          MS. SEVERN:  Okay.  Let's do that.

3     Q     (By Ms. Severn) Just one more then.  The

4     next one down is Troy Flick.  Do you know Mr. Flick?

5     A     Yes.

6     Q     Who is Mr. Flick?

7     A     He was the supervisor of the network and

8     database administrators in county IT at Mesa County.

9     Q     Did he ever supervise you?

10    A     No.

11    Q     When did you meet Mr. Flick?

12    A     I can't recall the exact date.

13    Q     Did he come to Mesa County after you?

14    A     Yes.

15    Q     And what was your relationship like?

16    A     It was okay.  I didn't necessarily

17    interface with him directly that much.  It was mostly

18    his staff.

19    Q     Did you ever work with him directly?

20    A     Yes.

21    Q     What would you work with him directly on?

22    A     Well, at one point I was given the

23    responsibilities of being a database administrator

24    for the SQL servers, and he was in network, so at

25    that time I -- it was co-worker.

*AB Court Reporting & Video*

1    him.  Is my understanding correct?

2         A      Yes, that's correct.

3         Q      But you did work with the sheriff's office

4    along with Ms. Hotary?

5         A      Yes.

6         Q      What's the difference there between what

7    you did and what Mr. Dallman did?

8         A      I supported the large systems, and he was

9    a PC support person.

10        Q      What are large systems?

11        A      Well, in the sheriff's office it would be

12   their New World law enforcement package.

13        Q      So you're talking about programs?

14        A      M-hm.

15        Q      Yes?

16        A      Yes.

17        Q      Okay.

18        A      They have large systems with large

19   databases that hold all of the information, and then

20   they have the desktop PCs, so there's a big

21   difference between the two.

22        Q      Okay.  And speaking of Ms. Hotary, did you

23   have any disagreements or arguments with her?

24        A      No.

25        Q      What information does Ms. Hotary have

*AB Court Reporting & Video*

1    the 2016 layoffs?

2         A      I wouldn't know.

3         Q      Do you have a belief as to Mr. Wetzel's

4    credibility?

5         A      I have no opinion.

6         Q      Do you have a belief as to Mr. Wetzel's

7    honesty?

8         A      I have no been.

9         Q      Have you talked with Mr. Wetzel since your

10   employment with Mesa County ended?

11        A      No.

12        Q      And we have here witness Frank Whidden.

13   Do you know Mr. Whidden?

14        A      Yes.

15        Q      Who is he?

16        A      He was originally the IT department

17   director, and then he became the county

18   administrator.

19        Q      Do you have a sense of when that

20   switchover or that change happened?

21        A      I'm not sure.

22        Q      Was Mr. Whidden hired after you were

23   already working for Mesa County?

24        A      Yes.

25        Q      What was your relationship like with

*AB Court Reporting & Video*

1    Mr. Whidden?

2         A     I didn't work with him that much directly.

3         Q     Did you get along?

4         A     Yes.

5         Q     What information does Mr. Whidden have

6    about the allegations in your Complaint?

7         A     I can't say.

8         Q     What information does he have about the

9    causes of action in your Complaint?

10        A     I can't say.

11        Q     What information does Mr. Whidden have

12   about the statements and defenses in Mesa County's

13   Answer?

14        A     I have no idea.

15        Q     What information does he have regarding

16   how Mesa County treated you?

17        A     I would be speculating.

18        Q     Does that mean you don't know?

19        A     I don't know.

20        Q     What information does Mr. Whidden have

21   about your employment?

22        A     I don't know.

23        Q     What information does he have about your

24   termination?

25        A     I don't know.

1    dollar --

2         A     I believe it was a dollar.

3         Q     Okay.  Were you paid by the hour, or were

4    you paid salary?

5         A     Salary.

6         Q     Was the dollar $1 more a month, $1 more a

7    year?

8         A     I think it was just $1 more a year.

9         Q     Okay.  Were you paid by the hour?

10        A     No.  No, I was salary.

11        Q     What were your primary duties when you

12   were a senior business systems analyst?

13        A     My job was to support the larger systems

14   in the county, and that included going in and talking

15   to the users, find out their needs and requirements.

16   Often they were either changing a process and they

17   wanted our help in the workflow of that process, help

18   them become more efficient, and -- or we would be

19   looking at purchasing a new system and implementing a

20   new system, so we would document their requirements

21   and publish it in a request for proposals.

22             We would get the proposals in and

23   facilitate demos with the vendor and evaluation.  So

24   we'd facilitate those meetings in evaluating the

25   product, help them determine who they would like to

*AB Court Reporting & Video*

1    work with.

2            And then we would negotiate a contract

3    with the vendor and start the actual implementation

4    of the project.  And that would involve setting up

5    new servers, working with PCs if they needed

6    upgrading, working with the web people, scheduling

7    training.  Data conversion was usually a big part of

8    it where they moved the data from one system to

9    another.

10           We would coordinate all of that, and that

11   system would be implemented, and it would be a matter

12   of making sure -- doing a lot of testing on the

13   system, making sure the data moved over correctly,

14   working with the users to see if they had any issues.

15   Sometimes it was a bug, sometimes it was just

16   training -- user training -- needed some additional

17   user training.

18           Then once the system was fully

19   implemented, we would go into support mode, where we

20   might upgrade the system.  If there's new

21   functionality, there might be additional training

22   that needed to be scheduled with the users.  That

23   kind of thing.

24           On a daily basis we would take help desk

25   calls related to the larger systems.  We also may be

*AB Court Reporting & Video*

1   writing reports so that they could get information

2   out of the systems.

3           So that was the majority of what we did.

4       Q    When you say "we," are you talking about

5   all of the senior business systems analysts?

6       A    Really all of the analysts did that.  The

7   people that weren't senior typically didn't manage

8   projects.  It was typically senior business analysts

9   that managed the -- were project managers.

10      Q    Was it part of your job duty to write up

11  the request for proposal that you were talking about?

12      A    Yes, m-hm.

13      Q    Did you also negotiate the contracts with

14  the vendors?

15      A    We used to do that earlier in my career,

16  but it became more that Rick was doing most of the

17  negotiations with the vendor.

18      Q    Okay.  When you're upgrading PCs --

19      A    M-hm.

20      Q    -- is that when you would talk with some

21  of the PC support folks --

22      A    M-hm.

23      Q    -- that we talked about?

24      A    M-hm.

25      Q    Is that yes?

*AB Court Reporting & Video*

1       A       Yes.

2       Q       So you'd kind of get them on board.

3       A       Yes.

4       Q       I see what you're saying.  Okay.

5               Would you be conducting the trainings?

6       A       Sometimes.  Sometimes they did Train the

7       Trainer, and we happened to be the trainer.  So,

8       yeah, sometimes we'd be doing it, or other times

9       they'd be working with the subject matter experts

10      within the department and selecting them as the

11      trainer.

12      Q       What were the trainings that you

13      personally gave folks?

14      A       Numerous over the years.  I mean, how to

15      use credit cards.  I can't think of them all.  But

16      pretty much every system I implemented I was training

17      it.  The finance system, I mean, it was anything from

18      how to enter a requisition, to paying an invoice or,

19      you know, anything like that.

20      Q       Were you doing trainings like every week?

21      A       No, it was not a huge part of my job.  It

22      was more of a requirement for implementing the

23      projects, and then, you know, if I felt there was an

24      issue with understanding certain functionality within

25      the application, I might have special training.

*AB Court Reporting & Video*

1    Q    Did you see your job as a senior business

2    systems analyst as more of a project manager or more

3    of a hands-on doer kind of position?

4         Does that make sense?

5    A    It was more of a project management

6    position.

7    Q    Okay.

8    A    Although we did a lot of programming,

9    writing scripts and that kind of thing, so -- writing

10   reports, that kind of thing.

11   Q    Were all of the senior business systems

12   analysts in the project manager role that we're

13   talking about here?

14   A    Yes.

15   Q    And I know when we were talking about

16   Mr. Whidden just a while ago, you mentioned at one

17   point that he was, you said, the IT department

18   director but then county administrator?  Is that

19   right?

20   A    Well, he didn't take off his IT hat.

21   Q    I see.  Okay.

22   A    And he was also director of HR, and I

23   believe he was director of facilities management.

24   Q    Was it Mr. Whidden then who oversaw the IT

25   department?

*AB Court Reporting & Video*

1        A      Yes.

2        Q      Let's go back to Exhibit 12, the

3    Complaint, and look at paragraph 6 on page 2.

4               Okay.  So the last line in paragraph 6

5    there, do you see where it talks about

6    Ms. Bouricius's loyalty and hard work?

7        A      M-hm.

8        Q      Do you see that?

9        A      Yes.

10       Q      What is it that makes you believe that you

11   were loyal and a hard worker?

12       A      I had been there for 26 years, and my

13   performance evaluations were excellent, so I have no

14   reason to believe otherwise.

15       Q      Did Mr. Whidden ever talk with you about

16   your performance?

17       A      No.

18       Q      Did he ever say you were a good performer,

19   a bad performer, indifferent performer?

20       A      I don't think he knew what my performance

21   was other than to sign the performance that Rick gave

22   him in write-up.

23       Q      Why don't you think he knew?

24       A      What?

25       Q      Why don't you think he knew?  Mr. Whidden,

*AB Court Reporting & Video*

1    why don't you think he knew?

2        A      Because he took, to me, a hands-off

3    approach with his people.

4        Q      Do you know if he knew what employees were

5    doing?

6        A      Probably if they did something really bad

7    he would know but --

8        Q      Why do you say that?

9        A      Because usually they know about things

10   when -- but if they're performing really well, I

11   don't think he knew.

12       Q      Did he ever tell you he didn't know?

13       A      No.

14       Q      Is it your speculation that he didn't

15   know?

16       A      Based on the fact that he fired me, I

17   would say it's a pretty good indication that he

18   didn't know.

19       Q      May there have been other reasons that you

20   were part of the layoff?

21              MS. BISBEE:  Objection.

22       A      I can't think of any.

23       Q      (By Ms. Severn) Did you ever have any

24   corrective or disciplinary action during your

25   employment?

*AB Court Reporting & Video*

1      Q      All right.  Would they step in and do

2  business systems analyst type jobs --

3      A      No.

4      Q      -- when you needed it?

5      A      No.

6      Q      What jobs would you do in PC support?

7      A      Oh, anything from replacing a system or a

8  monitor or keyboard, installing software.  I mean,

9  just about anything you could do with a PC, I can do.

10     Q      Is that something you were actively doing

11  throughout your whole time there up until the point

12  that you were let go?

13     A      Well, I didn't do it on a regular basis

14  because I had more important things to do in my job,

15  so no.

16     Q      Did you answer help desk calls?

17     A      Yes.

18     Q      Was that something that everybody had to

19  do if they were available?

20     A      No.  It went through progressions.  When I

21  started, I actually started the first help desk, and

22  what I did was use people throughout the department

23  to be on the help desk, so it was a big training

24  process for me to train everybody to answer the help

25  desk and know how to answer things.

*AB Court Reporting & Video*

1           And then pretty soon later we in the

2    business systems analyst positions would be answering

3    the help desk on a regular basis, and then they

4    actually hired two people to start doing that.

5           Q    So they kind of took over --

6           A    Yeah.

7           Q    -- that role?

8                What would you do with the database

9    administrator position?

10          A    It would typically be setting up new

11   servers, doing backups, that kind of thing.

12          Q    Is that something that you did?

13          A    At one point, yes.

14          Q    Were you doing it when you were a senior

15   business systems analyst or prior to that?

16          A    Prior to that.

17          Q    Prior, okay.

18               Did you work in GIS ever?

19          A    No.

20          Q    What about web administration?

21          A    At one point I was the web administrator.

22          Q    Do you remember about when that was?

23          A    No, I don't recall.

24          Q    Was it before you were a senior business

25   systems analyst?

1        A        M-hm.

2        Q        Did I read that correctly?

3        A        Yes.

4        Q        And on what information do you base that

5    statement?

6        A        There were no younger people in the room

7    when everyone was laid off.  They were all over 40.

8        Q        And why is it that you believe Mesa County

9    fired you because of your age?

10        A        I was an excellent performer.  I had all

11    of the abilities and more abilities than anybody

12    there as far as supporting all the departments, and

13    so -- and I had been there for 27 years.  I was the

14    longest-employed person in IT.  And the personnel

15    manual says that they -- when there is a layoff, they

16    should first look at the employee performance, any

17    special abilities they might have, and if they can't

18    make a decision by then, they should look at the

19    length of service.

20        Q        When you say you had more abilities than

21    other employees, on what information do you believe

22    that?

23        A        Because I had worked for 27 years, I had

24    supported at one time almost all of the applications

25    throughout the county and all of the departments, so

1    I had institutional knowledge that other people

2    didn't have; I had knowledge about more applications

3    than most of the analysts did.

4         Q     Were you ever a supervisor?

5         A     No.

6         Q     Did you ever review or have a chance to

7    review other employees' skills and abilities?

8         A     Not as a senior business analyst, no.

9         Q     Is it then your conjecture that you had

10   more abilities than others?

11        A     No, I knew what systems they worked on and

12   what systems I had worked on, and my -- across the

13   board all the applications that I've supported, I had

14   supported the most of anybody.

15        Q     Were there any employees who were better

16   at some systems than you were on anything?

17        A     It varied.  I mean, nobody really stood

18   out.  And certainly the skills that come with

19   supporting one application can be transferred to any

20   other.

21        Q     When you say it varied, is it possible

22   that other employees were more skilled with certain

23   processes than you were?

24        A     Of course it's possible they had more

25   skills, but on the whole I wouldn't say that.

*AB Court Reporting & Video*

1    evaluation in front of me.

2         Q     Okay.  Let's look at paragraph 26, and

3    this is on page 5.  Are you there?

4         A     On page what?

5         Q     Page 5.

6         A     5, yes.

7         Q     Paragraph 26.

8         A     Yes.

9         Q     And it says:  In 2016 Mesa County faced a

10   budget deficit of almost 1.7 million dollars for the

11   coming year.

12             Do you see that?

13        A     Yes.

14        Q     And then goes on to say:  In response to

15   the expected budget shortfall, the Mesa County Board

16   of County Commissioners decided to lay off employees.

17             Do you see that?

18        A     Yes.

19        Q     When did you learn about the budget

20   deficit?

21        A     Actually, Mesa County's been in a deficit

22   since John Peacock was commissioner.

23        Q     When was John Peacock commissioner?

24        A     Oh, I can't recall, but it's probably been

25   nine years.

*AB Court Reporting & Video*

1      Q      Do you remember how you learned about the

2   budget deficit?

3      A      It was public information.

4      Q      Was it --

5      A      So it was in the newspapers.  They told us

6   that they weren't hiring new employees; if you lost

7   an employee, you couldn't fill that position.

8      Q      Did you think the budget deficit was a

9   legitimate concern for Mesa County?

10     A      Yes.

11     Q      Was there ever anything that happened at

12  Mesa County to try to relieve the burden of the

13  budget deficit?  Anything that you saw in your job in

14  IT?  Like "we're doing this for budgetary reasons."

15  Anything like that ever happen?

16     A      I can't think of anything other than not

17  filling a position that had opened up.

18     Q      Did you ever sit in on any meetings

19  regarding layoffs, or were there any department

20  meetings about layoffs?

21     A      I can't recall.

22     Q      Let me ask a hypothetical question here.

23  If you had been in charge of layoffs in 2016 because

24  of the budget deficit, what would you have done?

25     A      If I -- could you repeat the question,

1    to be laid off?

2         A      I was a high performer and he laid me off.

3         Q      Where did you -- let me start that again.

4                How did you come to the conclusion that

5    you were a high performer?

6         A      Based on my performance evaluations.

7         Q      Did Frank Whidden ever tell you you were a

8    high performer?

9         A      No.

10        Q      Do you know what information Whidden

11   considered as part of the layoff?

12        A      No.

13        Q      Let's look at paragraph 38.  Go ahead and

14   read that paragraph to yourself.

15        A      Okay.

16        Q      All right.  And what information do you

17   have to support the statement that "Ms. Bouricius was

18   one of the most skilled and knowledgeable employees

19   in the IT department"?

20        A      Because I had been there the longest, and

21   I trained new people coming on and -- so that's how I

22   feel that.

23        Q      Who did you train?

24        A      I trained Kelly, Terrie, Elizabeth, Ron

25   Sage.  I don't know.  I can't recall others.

1        A       No.

2        Q       May they have done projects that you

3    didn't know about?

4        A       No.

5        Q       Why not?  How is that not possible?

6        A       Because we talked about what everybody was

7    working on.

8        Q       Did you have group meetings?

9        A       Sometimes.

10       Q       Okay.

11       A       We had spreadsheets of what everybody was

12   working on.

13       Q       Did you keep track of what everybody was

14   doing?

15       A       No.  It wasn't my job.

16       Q       All right.  How can you be sure then that

17   other employees weren't working with other

18   departments that you didn't know about?

19       A       I'm talking about the whole of Mesa County

20   I know I've worked on more applications than anybody

21   else.

22       Q       And is that over the 26-year period of

23   time?

24       A       Of course, yes.

25       Q       May there be something that you hadn't

- AMENDMENT SHEET -

Deposition of DEBRA BOURICIUS
February 22, 2019
Bouricius v. Mesa County
Civil Action No. 18-cv-01144-WYD-STV

The deponent wishes to make the following changes
in the testimony as originally given:

| Page | Line | Should Read | Reason |
|------|------|-------------|--------|
| 54 | 15 | Catherine Olguin | Spelling |
| 54 | 15 | Katharina Booth | Spelling |
| 54 | 16 | Catrina Weigel | Spelling |
| 55 | 4 | Catherine Olguin | Spelling |
| 55 | 12 | Catherine | Spelling |
| 232 | 21 | Catherine | Spelling |
| 232 | 25 | Catherine | Spelling |
| 214 | 22 | Since John Peacock was County Administrator. | "Peacock was not Commissoner" |
| 214 | 23 | When was Jon Peacock County Administrator commissioner | |

Signature of Deponent: _Debra Bou___

Acknowledged before me this _29th_ day of
_March_ 2019.

Notary's signature _Aslinn Kisor_

My commission expires _08/10/2019_.

ASLINN KISOR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20114050069
MY COMMISSION EXPIRES 08/10/2019

```
1    STATE OF COLORADO      )
                            )ss.   REPORTER'S CERTIFICATE
2    COUNTY OF DENVER       )

3              I, Patricia M. Wrede, do hereby certify

4    that I am a Registered Professional Reporter and

5    Notary Public within the State of Colorado; that

6    previous to the commencement of the examination, the

7    deponent was duly sworn to testify to the truth.

8              I further certify that this deposition was

9    taken in shorthand by me at the time and place herein

10   set forth, that it was thereafter reduced to

11   typewritten form, and that the foregoing constitutes

12   a true and correct transcript.

13             I further certify that I am not related

14   to, employed by, nor counsel for any of the parties

15   or attorneys herein, nor otherwise interested in the

16   result of the within action.

17             In witness whereof, I have affixed my

18   signature this 5th day of March, 2019.

19             My commission expires March 21, 2021.

20

21

22          _____
            Patricia M. Wrede, RPR
23          216 - 16th Street, Suite 600
            Denver, Colorado 80202
24

25
```