# EXHIBIT I

6/24/2019     Frank Whidden PhD | LinkedIn



Top-Ranked Jack Welch MBA - Most MBA programs study great leaders. Ours is led by one.



**Frank Whidden PhD** · 3rd
County Administrator at Mesa County, CO
Grand Junction, Colorado · 462 connections · Contact info

Mesa County, CO
Walden University

Message   More...

 How Much Do Top Expert Witnesses Charge? Click for 2016 Survey Data Free!

 **Shared Office for Lawyers**
Office solution for solo lawyers and small firms. Act now for 30% off!

 **Need a New Broker/Dealer?**
Let us help you find the right broker/dealer for you and your practice.

 **Buy One Get One Free -**
Locate Hidden Assets- Hurry! Offer Expires June 20th, 2019

**People Also Viewed**

 **Brad Boyken** · 3rd
HRIS Administrator at Snoqualmie Casino

 **Mark Francis** · 3rd
Pres/CEO at Family Health West

 **Patrick Yount, CHCIO, CISSP**
IT Manager at Pagosa Springs M Center

 **Amy Gallagher** · 3rd
Vice President- Whole Health, LL Mind Springs Health & West Spr Hospital

**Greg Hanus** · 3rd
Consultant at SWC Technology P

 **Becky Porter** · 3rd
Owner at Parker Aesthetics, LLC

 **Doug Simons** · 3rd
President, Enstrom Candies, Inc.

**Kelsey Lauridsen** · 3rd
 Safety Officer &amp; EVS Supervisor at Colorado West Hea System, dba Community Hospita

**Tom Siegrist** · 3rd
Operations Manager at Osmosis Care

 **Tosha Dixon**
Regional Operations Manager at Kannah Creek Brewing Company/Edgewater Brewery

**Learn the skills Frank has**

**SharePoint for Project Management**



## Highlights

Reach out to Frank for...
Joining a nonprofit board

[ Message Frank ]

## About

My leadership style is both collaborative and inclusive. I work very hard to build and maintain great relationships in a 360 degree orientation. That is I understand both formal and informal networks and how to utilize these networks to accomplish Mesa County's strategic direction. My background in government, private business, non-prof ... see more

## Activity
460 followers

 Our world is definitely being run by mobile these days.
Frank commented

I definitely agree. The latest shiny new toy may not be productive or reliable...
Frank commented

 Successful implementations have way more to do with helping the people...
Frank commented

 Interesting take on the big cloud providers. #hybridcloud...
Frank shared this

See all

## Experience

**Mesa County, CO**
7 yrs 11 mos

**County Administrator**
Jan 2015 – Present · 4 yrs 6 mos
Grand Junction, Colorado Area

I am responsible for oversight of the Mesa County Administration,

Bouricius 001122

 Q Search 

**IT Director**
Aug 2011 – Apr 2014 · 2 yrs 9 mos
Grand Junction, Colorado

Responsible for all facets of IT at Mesa County including telecommunications.

**Chief Information Officer**
SunGard Higher Education
2009 – 2011 · 2 yrs

Lead both startup and transition activities at institutions of higher learning. Supervised and coordinated corporate resources both onsite and remote. Also supervised third-party contractual relationships. Lead development of strategic planning, standard practices and methodologies, and business continuity planning.


**Chief Information Officer**
CampusWorks
2007 – 2009 · 2 yrs

Responsible for all facets of IT at institutions of higher learning.


**IT Director**
The University of West Alabama
2004 – 2007 · 3 yrs
Livingston, AL

Responsible for all facets of IT at this institution of higher learning.


**Chief Information Officer**
Council on Foundations
2000 – 2003 · 3 yrs
Washington, DC

Responsible for all facets of IT at this large philanthropic association which was then located in the heart of Washington D.C. but has since relocated to Alexandria, VA. I was hired to create the office of the CIO, which I did, and I served as the first CIO at the Council.

**Group Manager - IT**
Boeing
1997 – 2000 · 3 yrs
Naval Air Station, Meridian, MS

Responsible for all computer systems, networks, flight simulators, and IT personnel supporting the T45 Goshawk. Total staff was approximately 60 including unionized labor and third party contracted staff.

**President and Chief Executive Officer**
Computers Mean Business
1992 – 2000 · 8 yrs
Meridian, MS

Started this full service IT services company in 1992 serving local businesses and individuals as well as Fortune 500 companies (Chemical Waste Management in Emelle, AL). Also started the first Internet Service Provider in Clarke County, AL.

**Network Engineer**
Computerland
1991 – 1992 · 1 yr
Meridian, MS

Began my IT career working at Computerland as a network engineer serving local businesses. Obtained numerous vendor and industry credentials prior to opening my own business in the area.



Bouricius 001123

**Walden University**
Ph.D., Computer Information Systems
2005 - 2008

**University of Phoenix**
M.S., Computer Information Systems
1999 - 2002

**Kennesaw State University**
B.B.A., Management
1986 - 1989

## Licenses & Certifications

**Microsoft Certified Systems Engineer**
Microsoft

## Skills & Endorsements

**Strategic Planning**  27

Endorsed by Cathy Larsen, who is highly skilled at this

Endorsed by 4 of Frank's colleagues at Mesa County, CO

**Program Management**  23

Endorsed by 5 of Frank's colleagues at Mesa County, CO

**Change Management**  19

Traci Gunderson Wakefield and 18 connections have given endorsements for this skill

Show more ⌄

Bouricius 001124

City, Zip or Name

Home  >   CO  >   Grand Junction

# Frank Whidden
Marriage & Family Therapist, MA

Verified by Psychology Today



(844) 216-3778

Email Me

Relationship-Dr
3154 Lakeside Drive
103
Grand Junction, Colorado 81506

(844) 216-3778

My focus is relationships. I am especially interested in helping people achieve their fullest potential. Sometimes that means there's work to do on self as well as on the dynamics of the clients' relationships to signficant others, children, extended family, friends and/or professional relationships. Relationships are often complicated by many factors in oneself or in combination with others: health, financial stressors, job concerns, addiction, personal identity or any of a number of other issues in our complex world. I believe my unique blend of experience and



### Frank Whidden
Marriage & Family Therapist, MA

Email Me                           (844) 216-3778

Bouricius 001125

City, Zip or Name

you.

Call or Email Frank Whidden for a **free consultation** now - **(844) 216-3778**

## Qualifications

**Years in Practice:** 2 Years
**School:** North Central University
**Year Graduated:** 2018
**License No. and State:** MFTC.0013824 Colorado

## Finances

**Avg Cost (per session):** $50 - $100
**Accepted Payment Methods:** Cash, Check, Mastercard, Paypal, Visa

**Specialties**

- **Divorce**
- **Family Conflict**
- **Depression**

**Issues**

- ADHD
- Addiction
- Alcohol Abuse
- Anger Management
- Anxiety
- Career Counseling



### Frank Whidden
Marriage & Family Therapist, MA

| Email Me | (844) 216-3778 |

- Men's Issues

Bouricius 001126

City, Zip or Name

- Pregnancy, Prenatal, Postpartum
- Racial Identity
- Relationship Issues
- School Issues
- Self Esteem
- Self-Harming
- Spirituality
- Stress
- Trauma and PTSD

**Mental Health**

- Mood Disorders

---

## Client Focus

**Religious Orientation:** Christian

### Age

- Preteens / Tweens (11 to 13)
- Adolescents / Teenagers (14 to 19)
- Adults

### Categories

- Aviation Professionals
- Heterosexual Clients
- Lesbian Clients
- Veterans

---

## Treatment Approach

### Types of Therapy

- Coaching



### Frank Whidden
Marriage & Family Therapist, MA

[ Email Me ]    [ (844) 216-3778 ]

- Narrative
- Person-Centered

Bouricius 001127

City, Zip or Name

Modality

- Individuals
- Couples
- Family

**Video/Skype**

- Video Counseling

---

**Links**

My Website

---

**Nearby Areas**

This location is easily accessible from:

**Cities:**
- Fruita, CO
- Grand Junction, CO

**Counties:**
- Mesa

**Zips:**
- 81521
- 81501
- 81506

**Last Modified:** 09 Nov 2018



**Frank Whidden**
Marriage & Family Therapist, MA

| Email Me | (844) 216-3778 |

Bouricius 001128

1/15/2019 Frank Whidden, Marriage & Family Therapist, Grand Junction, CO, 81506 | Psychology Today

City, Zip or Name

About    Careers    Privacy    Terms

United States

© 2019 Sussex Directories Inc.

Psychology Today is © 2019 Sussex Publishers, LLC

**Bouricius 001129**



# INVOICE

Date: 3/7/2016     Invoice #: ITUF511230

Bill to:
Frank Whidden
PO Box 1371
Grand Junction CO 81502

Description: MFT6105 /MFT6105
**Couples and Sex Therapy**
Units per Course: 3
Cost per Unit: $762.00

Amount Due: $2,286.00


Sam Bartosky
Student Finance Advisor
480-458-2394
sbartosky@ncu.edu

100.10703.62303
Vendor #075566
BOCC approved Nov. 2015
Continuing education/training – Master's Degree level coursework required for further career development and credentials associated with County Human Resource Management.

10000 E. University Drive, Prescott Valley, Arizona 86314 USA
www.ncu.edu · p: 928-541-7777 · f: 928-541-7817

**DEF 5711**

| apInHsIN | | **Invoice History Listing** | | Page: | 2 |
|---|---|---|---|---|---|
| 11/07/2016 | 3:22:00PM | **Mesa County Government** | | | |

### Invoice Document

| **Document #:** 690931 | **Group:** cbarnett | **Origin:** si | |
|---|---|---|---|
| **Invoice #:** ITUF527939 | **Take Disc:** A | **Disc Tax:** N | **Disc Frght:** Y |
| **Date:** 6/15/2016 | **Tran Date:** 6/15/2016 | **Year:** 2016 | |
| **Description:** CONTINUING EDUCATION/TRAINING  BOCC | | | |
| **Vendor:** 075566   WHIDDEN, FRANK | | | |
| **Pay To:** | | | |
| **Terms:** por   Pay on Receipt | | **Contract #:** | |
| **Pay Type:** E | **Check/Trnfr #:** 255615 | **Date:** 6/17/2016 | |
| **Check Type:** ap | **Check Group:** fin | | |
| **Total Paid:** 2,286.00 | | | |

| Type | Item Code | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|---|
| 1 ) ( s    ) | | | | | ( 2,286.00 ) |
| **Tax code:** | **Comm code:** | **1099 Box:** | | | |
| CONTINUING EDUCATION/TRAINING  BOCC APPROVED | | | | | |
| E   100.10701.62303 | | | | 100.00% | 2,286.00 |
| | | | | **Total** | **2,286.00** |

### Invoice Document

| **Document #:** 680816 | **Group:** lfrasier | **Origin:** si | |
|---|---|---|---|
| **Invoice #:** ITUFS11230 | **Take Disc:** A | **Disc Tax:** N | **Disc Frght:** Y |
| **Date:** 3/15/2016 | **Tran Date:** 3/15/2016 | **Year:** 2016 | |
| **Description:** NCU TRAINING | | | |
| **Vendor:** 075566   WHIDDEN, FRANK | | | |
| **Pay To:** | | | |
| **Terms:** n30   A/P Net 30 Days | | **Contract #:** | |
| **Pay Type:** E | **Check/Trnfr #:** 252654 | **Date:** 3/25/2016 | |
| **Check Type:** ap | **Check Group:** fin | | |
| **Total Paid:** 2,286.00 | | | |

| Type | Item Code | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|---|
| 1 ) ( s    ) | | | | | ( 2,286.00 ) |
| **Tax code:** | **Comm code:** | **1099 Box:** | | | |
| NCU Training | | | | | |
| E   100.10703.62303 | | | | 100.00% | 2,286.00 |
| | | | | **Total** | **2,286.00** |

**Corsi 000367**

| apInHsIN | | Invoice History Listing | | Page: | 3 |
|---|---|---|---|---|---|
| 11/07/2016 | 3:22:00PM | Mesa County Government | | | |

### Invoice Document

| **Document #:** 669851 | **Group:** cbarnett | **Origin:** si |
|---|---|---|
| **Invoice #:** MFT6103 | **Take Disc:** A | **Disc Tax:** N   **Disc Frght:** Y |
| **Date:** 12/4/2015 | **Tran Date:** 12/4/2015 | **Year:** 2015 |
| **Description:** NORTH CENTRAL UNIVERSITY COURSE- | | |
| **Vendor:** 075566   WHIDDEN, FRANK | | |
| **Pay To:** | | |
| **Terms:** por   Pay on Receipt | | **Contract #:** |
| **Pay Type:** E | **Check/Trnfr #:** 249294 | **Date:** 12/11/2015 |
| **Check Type:** ap | **Check Group:** fin | |
| **Total Paid:** 2,286.00 | | |

| Type | Item Code | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|---|
| 1 ) ( s   ) | | | | | ( 2,286.00 ) |
| **Tax code:** | **Comm code:** | | **1099 Box:** | | |

NORTH CENTRAL UNIVERSITY COURSE-
CULTURAL DIVERSITY, GENDER, AND FAMILY
DEVELOPMENT

  E   100.10703.62303                                                                                   100.00%         2,286.00

                                                                                                          Total         **2,286.00**

### Invoice Document

| **Document #:** 699730 | **Group:** cbarnett | **Origin:** si |
|---|---|---|
| **Invoice #:** MFT6106 | **Take Disc:** A | **Disc Tax:** N   **Disc Frght:** Y |
| **Date:** 9/2/2016 | **Tran Date:** 9/2/2016 | **Year:** 2016 |
| **Description:** NCU TRAINING | | |
| **Vendor:** 075566   WHIDDEN, FRANK | | |
| **Pay To:** | | |
| **Terms:** por   Pay on Receipt | | **Contract #:** |
| **Pay Type:** E | **Check/Trnfr #:** 258774 | **Date:** 9/9/2016 |
| **Check Type:** ap | **Check Group:** fin | |
| **Total Paid:** 2,286.00 | | |

| Type | Item Code | Quantity | Unit | Unit Cost | Extension |
|---|---|---|---|---|---|
| 1 ) ( s   ) | | | | | ( 2,286.00 ) |
| **Tax code:** | **Comm code:** | | **1099 Box:** | | |

NCU TRAINING

  E   100.10701.62303                                                                                   100.00%         2,286.00

                                                                                                          Total         **2,286.00**

**Corsi 000368**

12/9/2015  Mesa County Mail - Fwd: Tuition reimbursements



Judy Barnett <judy.barnett@mesacounty.us>

## Fwd: Tuition reimbursements
2 messages

**Pam Noonan** <pam.noonan@mesacounty.us>  Wed, Dec 9, 2015 at 12:04 PM
To: Scott Stewart <scott.stewart@mesacounty.us>, Frank Whidden <frank.whidden@mesacounty.us>, Judy Oney <judy.barnett@mesacounty.us>, Lynn Zubek <lynn.zubek@mesacounty.us>, Jean Davis <jean.davis@mesacounty.us>

Frank,
It appears I was being overly cautious. Thank-you for your patience while we waited for clarification.

Judy,
Please process the payment to Frank as initially entered.

Thank-you,
Pam

**Pam,**

The information that I sent you on employer provided education programs and how it is taxed deals mostly about situations where an employer is paying for an employee to go to college and earn a degree. Where the payment of tuition is really more for the benefit of the employee and not for the benefit of the employer.

What you are outlining is more along the lines of continuing education/training which is not taxable to the employee when the employer requires it and/or approves it in order to better the employee's job skills. In other words it is for the benefit of the employer to have well trained staff and so continuing education/training paid for by the employer is not considered taxable wages to the employee.

I think the situation you outlined below where the county is paying for a college class in lieu of a conference could still be considered continuing education/training and would not be taxable to the employee.

Kathy

Kathy M. White, CPA
Chadwick, Steinkirchner, Davis & CO., P.C.
Treasurer
Click here to upload files securely.
kathyw@csdcpa.com
225 North 5th St., Suite 401
Grand Junction, CO 81501-2645
Office Phone: (970) 245-3000
Office Fax: (970) 242-4716

**Corsi 000384**

Toll Free: 877-245-8080

Disclaimer: Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, we would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Pam Noonan [mailto:pam.noonan@mesacounty.us]
**Sent:** Wednesday, December 09, 2015 10:46 AM
**To:** Kathy White
**Subject:** Re: Tuition reimbursements

Kathy,

I am attaching a flyer we are considering for use to train staff members for the certified public managers program. While similar to the situation I e-mailed you about yesterday we would like to send staff to the program and consider it registrations not tuition. What should we consider when utilizing a program like this?

Thank-you,

Pam

On 8 December 2015 at 15:07, Pam Noonan <pam.noonan@mesacounty.us> wrote:

Kathy,

Another question please. We have a situation that maybe you could give me your professional opinion on…one of our staff members have been given permission to be reimbursed the tuition cost of a college class in lieu of a attending a conference. The amount is under the $5,250 limits, however I suggested we run this through payroll as we no longer had a tuition program available for all employees, this staff member could be considered highly compensated and in the few instances we pay Western Colorado Community College for classes for other staff members it has typically been for a one day workshop.

Thank-you,

Pam

On 4 December 2015 at 16:21, Pam Noonan <pam.noonan@mesacounty.us> wrote:

Kathy,

Thank-you. We will see where the program goes from here.

Pam

**Corsi 000385**

On 4 December 2015 at 13:56, Kathy White <kathyw@csdcpa.com> wrote:

Pam,

Here is some information on educational assistance plans.

Kathy

Kathy M. White, CPA
Chadwick, Steinkirchner, Davis & CO., P.C.
Treasurer
Click here to upload files securely.
kathyw@csdcpa.com
225 North 5th St., Suite 401
Grand Junction, CO 81501-2645
Office Phone: (970) 245-3000
Office Fax: (970) 242-4716
Toll Free: 877-245-8080

Disclaimer: Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, we would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

---

**From:** Pam Noonan [mailto:pam.noonan@mesacounty.us]
**Sent:** Friday, December 04, 2015 10:22 AM
**To:** Kathy M. White
**Subject:** Tuition reimbursements

Kathy,

Mesa County dissolved our tuition reimbursement program a number of years ago and now may be resurrecting the program. Does the IRS consider all reimbursements as taxable wages to the employee or only in certain cases, such as graduate work?

Thank-you,

Pam

**Corsi 000386**

12/9/2015                  Mesa County Mail - Fwd: Tuition reimbursements

**Frank Whidden** <frank.whidden@mesacounty.us>           Wed, Dec 9, 2015 at 12:45 PM
To: Pam Noonan <pam.noonan@mesacounty.us>, Scott Stewart <scott.stewart@mesacounty.us>, Judy Oney <judy.barnett@mesacounty.us>, Lynn Zubek <lynn.zubek@mesacounty.us>, Jean Davis <jean.davis@mesacounty.us>

Thanks. I appreciate everyone in Finance being careful and professional.

Sincerely,
Frank Whidden, PhD
County Administrator
Mesa County
970.255.5058
frank.whidden@mesacounty.us

[Quoted text hidden]

**Corsi 000387**