# EXHIBIT K

# MESA COUNTY

# HUMAN RESOURCES POLICIES
# AND
# PROCEDURES MANUAL

Revised and Adopted
October 10, 2016

DEF 1303

TABLE OF CONTENTS

CHAPTER 1    INTRODUCTION

1.01   Statement of Purpose ....................................................................................................... 5
1.02   Necessity for Employee Understanding........................................................................... 5
1.03   Application....................................................................................................................... 5
1.04   Amendment Procedures ................................................................................................... 6
1.05   Prior Policies and Procedures .......................................................................................... 6
1.06   Supplemental Departmental Policies ............................................................................... 6
1.07   Employee Acknowledgment ............................................................................................ 7
1.08   General Policy (not a contract) ........................................................................................ 7
1.09   Disclaimer ........................................................................................................................ 7

CHAPTER 2    DEFINITIONS

2.01   Definitions........................................................................................................................ 8

CHAPTER 3    ADMINISTRATION

3.01   Human Resources  ......................................................................................................... 11
3.02   County Administrator .................................................................................................... 11
3.03   Board of County Commissioners................................................................................... 11
3.04   Elected Officials and Administrative Boards ................................................................ 11
3.05   Vacancy or Absence of Position Directed to Act .......................................................... 11

CHAPTER 4    JOB PLACEMENT POLICIES AND PROCEDURES

4.01   General Employment Principles .................................................................................... 12
4.02   Internal Recruitment Procedure ..................................................................................... 12
4.03   External Recruitment and Appointment ........................................................................ 12
4.04   Temporary Employees and On-Call Employees........................................................... 14
4.05   Appointment to Acting Capacity ................................................................................... 15
4.06   Continuous Service - Reinstatement  ............................................................................ 15
4.07   Transfer of Benefits ....................................................................................................... 15

CHAPTER 5    AUTHORIZED LEAVES AND ABSENCES

5.01   General Policy................................................................................................................ 16
5.02   Vacations (Annual Leave)  ............................................................................................ 16
5.03   Holidays ......................................................................................................................... 17
5.04   Sick Leave...................................................................................................................... 18
5.05   Emergency Leave and Funeral Leave   ......................................................................... 21
5.06   Long Term Medical and Family Leave (FMLA)........................................................... 21
5.07   Job Related Injury or Illness  ......................................................................................... 26
5.08   Non-Medical Leave of Absence Without Pay  .............................................................. 29
5.09   Military Leave  .............................................................................................................. 29
5.10   Jury Duty........................................................................................................................ 30
5.11   Court Appearances - Not Work Related ....................................................................... 30
5.12   Unapproved Absence  ................................................................................................... 30
5.13   Administrative Leave  ................................................................................................... 31

**DEF 1304**

## CHAPTER 6    CONDITIONS OF EMPLOYMENT--GENERAL

6.01    Incorporation of Conditions and Policies ............................................................................. 32
6.02    General Policy........................................................................................................................ 32
6.03    Hours of Work  ...................................................................................................................... 32
6.04    Rest Periods  .......................................................................................................................... 32
6.05    Safety  .................................................................................................................................... 32
6.06    Tools and Equipment  ............................................................................................................ 32
6.07    Uniforms ................................................................................................................................ 33
6.08    No Smoking Policy ................................................................................................................ 33
6.09    Outside Employment  ............................................................................................................. 33
6.10    Political Activity  ................................................................................................................... 33
6.11    Conflicts of Interest and Prohibited Transactions.................................................................. 33
6.12    Prohibited Interests ................................................................................................................ 34
6.13    Personnel Files  ...................................................................................................................... 34
6.14    Employment Applications  .................................................................................................... 35
6.15    Fund-Raising Activities  ........................................................................................................ 35
6.16    Solicitation ............................................................................................................................. 35
6.17    Inclement Weather or Public Emergency  ............................................................................. 35
6.18    Change of Address or Name  ................................................................................................. 35
6.19    Change of Dependents  .......................................................................................................... 35
6.20    Use of County Property  ........................................................................................................ 35
6.21    Inspections and Searches ....................................................................................................... 35
6.22    Injury and Property Damage Accidents - Work Related ....................................................... 36
6.23    Telephones and Computers.................................................................................................... 36
6.24    Advance Issuance of Paychecks  ........................................................................................... 36
6.25    Nepotism - Employment of Related Persons  ....................................................................... 36
6.26    Grooming and Attire  ............................................................................................................. 37
6.27    Harassment Based on a Protected Class  ............................................................................... 37
6.28    Residency Requirements  ...................................................................................................... 39
6.29    Threats and Violence Policy .................................................................................................. 39
6.30    Confidentiality of Personal Health Information ................................................................... 40

## CHAPTER 7    DISCIPLINE AND PERFORMANCE

7.01    General Explanation............................................................................................................... 41
7.02    Grounds for Disciplinary Action ........................................................................................... 41
7.03    Disciplinary Action................................................................................................................ 42
7.04    Oral Warnings........................................................................................................................ 42
7.05    Written Reprimands ............................................................................................................... 43
7.06    Suspension with Pay, Partial Pay, or Without Pay  .............................................................. 43
7.07    Dismissal  .............................................................................................................................. 43
7.08    Appealable Disciplinary Actions ........................................................................................... 44
7.09    Appeal Procedure  ................................................................................................................. 44
7.10    Organization of the Personnel Appeals Advisory Board....................................................... 46
7.11    Problem-Solving Process  ..................................................................................................... 46
7.12    Prohibition of Intimidation .................................................................................................... 47

DEF 1305

### CHAPTER 8    SEPARATION FROM COUNTY SERVICE

| | | |
|---|---|---|
| 8.01 | General Explanation............................................................................................................. | 48 |
| 8.02 | Resignations ........................................................................................................................ | 48 |
| 8.03 | Layoff................................................................................................................................... | 48 |
| 8.04 | Death of an Employee......................................................................................................... | 49 |
| 8.05 | Separation Process .............................................................................................................. | 49 |
| 8.06 | Return of County Property.................................................................................................. | 49 |
| 8.07 | Annual and Sick Leave Accumulation Upon Separation ................................................... | 49 |
| 8.08 | Insurance Benefits Upon Separation................................................................................... | 49 |

### CHAPTER 9    COMPENSATION POLICY AND PROCEDURES

| | | |
|---|---|---|
| 9.01 | General Salary and Wage Policy ........................................................................................ | 50 |
| 9.02 | Classification and Pay Plan ................................................................................................ | 51 |
| 9.03 | Pay for Performance General Policy .................................................................................. | 51 |
| 9.04 | Performance Appraisal ....................................................................................................... | 52 |
| 9.05 | Incentive Awards ................................................................................................................ | 53 |
| 9.06 | Promotional/Transfer Pay Adjustments ............................................................................. | 53 |
| 9.07 | Other Pay Adjustments ....................................................................................................... | 54 |
| 9.08 | Authorized Deductions from Pay ....................................................................................... | 54 |
| 9.09 | Overtime Policy .................................................................................................................. | 54 |
| 9.10 | Call-Back Pay ..................................................................................................................... | 55 |
| 9.11 | Pager Duty .......................................................................................................................... | 55 |
| 9.12 | Effective Dates for Determining Eligibility....................................................................... | 55 |

### CHAPTER 10    OTHER BENEFITS

| | | |
|---|---|---|
| 10.01 | General Policy..................................................................................................................... | 56 |
| 10.02 | Retirement Plan .................................................................................................................. | 56 |
| 10.03 | Flex Plan ............................................................................................................................. | 56 |
| 10.04 | Insurance ............................................................................................................................. | 56 |
| 10.05 | Social Security .................................................................................................................... | 56 |
| 10.06 | Unemployment Compensation Insurance .......................................................................... | 57 |
| 10.08 | Employee Assistance Program ........................................................................................... | 57 |
| 10.09 | Credit Union........................................................................................................................ | 57 |
| 10.10 | Blood Bank ......................................................................................................................... | 57 |
| 10.11 | Sick Bank ............................................................................................................................ | 58 |
| 10.12 | Employer Assistance Elder Care Program ......................................................................... | 58 |

### CHAPTER 11    CLASSIFICATION PLAN

| | | |
|---|---|---|
| 11.01 | Classification Plan - General ............................................................................................. | 59 |
| 11.02 | Job Descriptions ................................................................................................................. | 59 |
| 11.03 | Official Copy of Job Descriptions ..................................................................................... | 59 |
| 11.04 | Titles of Positions ............................................................................................................... | 59 |
| 11.05 | Minimum Qualifications .................................................................................................... | 59 |
| 11.06 | Procedures for the Classification of New Positions........................................................... | 59 |
| 11.07 | Procedures for the Reclassification of Positions................................................................ | 60 |
| 11.08 | Elimination of Positions ..................................................................................................... | 60 |
| 11.09 | Maintenance of the Classification Plan ............................................................................. | 60 |

DEF 1306

### CHAPTER 12    TRAVEL, MEALS AND VEHICLE USE POLICY

12.01   Meals ............................................................................................................................. 62
12.02   Lodging – Out-of-County ............................................................................................. 62
12.03   Transportation .............................................................................................................. 63
12.04   Other ............................................................................................................................. 63
12.05   Vehicle Use .................................................................................................................. 64

### CHAPTER 13    REASONABLE ACCOMODATION AND WORK-RELATED INJURIES

13.01   Non-Discrimination Statement ..................................................................................... 68
13.02   Reasonable Accommodation ........................................................................................ 68

### CHAPTER 14    SUBSTANCE ABUSE POLICY

14.01   Statement of Policy ...................................................................................................... 71
14.02   Prohibited Conduct ...................................................................................................... 71
14.03   Testing .......................................................................................................................... 72
14.04   Discipline and Rehabilitation ....................................................................................... 74
14.05   Appeal of Discipline .................................................................................................... 76
14.06   Disclosure ..................................................................................................................... 76
14.07   Definitions .................................................................................................................... 76

### CHAPTER 15    COMPLIANCE WITH THE FAIR LABOR STANDARDS ACT (FLSA)

15.01   Basic Overtime Requirements ..................................................................................... 78
15.02   Compensation for Overtime Work ............................................................................... 78
15.03   Hours Worked and Hours Not Worked ....................................................................... 79

### CHAPTER 16    TRAINING AND EDUCATIONAL ASSISTANCE

16.01   Employee Training ....................................................................................................... 83
16.02   Tuition Reimbursement ................................................................................................ 83

APPENDIX I       UNCLASSIFIED POSITIONS ............................................................... 86

APPENDIX II      HOLIDAYS OBSERVED ....................................................................... 87

APPENDIX III     SHERIFF'S OFFICE AND CRIMINAL JUSTICE POSITIONS
                 GUARANTEED WEEKLY PAY RATE ............................................. 88

DEF 1307

CHAPTER 8

SEPARATION FROM COUNTY SERVICE

8. 01 GENERAL EXPLANATION

This chapter addresses the departure of an employee from County service, except as stated in Chapter 7 concerning dismissals for disciplinary reasons.

8. 02 RESIGNATIONS

Mesa County and each employee have the right to terminate the employment relationship at any time without liability and regardless of the satisfactory or unsatisfactory performance by the other party. Even so, Mesa County asks, but does not require, that regular employees give two (2) weeks written notice of their intent to resign in order that the County can maintain orderly staffing patterns, uninterrupted service, and timely recruitment and appointment of replacement employees. Employees will not be paid holiday pay for any holiday occurring on the effective date of their resignation.   (See also Section 8.07)

The effective date of resignation is the last actual day worked.

8. 03 LAYOFF

If it becomes necessary to lay off employees due to lack of funds, reorganization, reduction in quantity of programs, or for any other reason, directors will first conduct or have conducted an analysis of personnel needs.   From the analysis, each director will recommend quantity and types of proposed reductions.   The County Administrator will review and comment on the proposals, recommending any changes felt necessary to the Board of County Commissioners, who will make the final decision (Health Department addendum and Human Services Department addendum).

In determining the individual employees to be laid off, the following will apply:

Among regular employees, the director will have the option to lay off employees as deemed necessary and appropriate.   The following items must be considered, in light of the needs of the department.   These factors shall be taken into account in the order indicated:

A.  Performance of the employee;

B.  Special abilities the employee may possess

In the event that the selection cannot be made on the above basis, the determining factor will be time employed by the County in a given position and the demand for that position within the proposed division reorganization.

A layoff is not considered to be a dismissal and not grounds for initiation of the problem solving process (See Section 7.11).

Regular employees being laid off will receive notice of layoff at least thirty (30) days prior to the effective date of the layoff, unless the layoff is temporary in nature and not expected to exceed ten (10) working days.

**DEF 1351**

If reinstated in County service following a layoff within one (1) year, regular employees will retain any unused sick leave hours. If an employee was previously eligible for insurance benefits, waiting periods will not apply. Unless reinstatement is within thirty (30) days of the layoff, the employee's anniversary date will be adjusted one (1) month for each month laid off. (See Sections 4.03.J.2 and 4.07)

8. 04 DEATH OF AN EMPLOYEE

Upon the death of an employee, the employee's final check, including any accumulated annual leave and applicable sick leave (Section 5.04.J), will be made payable to the deceased.

8. 05 SEPARATION PROCESS

When an employee separates from County service, the following paperwork must be submitted to the employee's director and forwarded to Human Resources:

A. Mesa County "Separation Form"

B. Signed and dated letter of resignation, dismissal or termination (if applicable)

C. "Request for Distribution" form releasing employee's retirement funds (if applicable), And

D. "Continuation of Insurance Form" (if applicable)

Human Resources may conduct an exit interview with a terminating employee prior to the employee's last day of County service.

8. 06 RETURN OF COUNTY PROPERTY

Directors must ensure that a terminating employee returns all County property, such as identification cards, keys, badges, tools, and similar property.

8. 07 ANNUAL AND SICK LEAVE ACCUMULATION UPON SEPARATION

An employee who separates from County service does not accumulate leave after the employee's last day of work, even though the employee may receive pay for accumulated annual leave.

8. 08 INSURANCE BENEFITS UPON SEPARATION

Benefits will continue through the last day of the calendar month in which an employee terminates. To determine eligibility for continuation of insurance coverage, please contact Human Resources.

DEF 1352

G. If, in a given year, a merit increase will place an employee at the top of the pay scale applicable to their classification, Section E above may apply.

H. Temporary employees are not eligible to receive merit pay increase or bonus.

I. To enact a merit reward, the Performance Appraisal will be submitted to Human Resources accompanied by a completed HR Transaction form.

9. 04 PERFORMANCE APPRAISAL

A. Except for temporary employees, all newly hired employees will receive a performance appraisal at the completion of their first six months in a position (see exception, Section 9.04.H.1 and Sheriff's Office addendum)

B. The primary purposes of the performance appraisal are:

1. To establish an understanding of what is expected of an employee performing in the job and a measurement of the employee's performance of those expectations, indicating strengths and problem areas, thus providing a basis for improvement in job performance;

2. To determine whether new-hired, promoted or transferred employees should continue in their current position; and

3. To provide documentation for a recommended merit pay increase or bonus.

C. Within thirty (30) days following an employee's starting date in a position, a meeting will be held with the employee, by the supervisory personnel who will be most familiar with the employee's performance, to establish and discuss the key job duties and performance standards of the position. These standards will be used as the basis for the employee's annual performance evaluation.

D. Employee's supervisor should regularly discuss with the employee positive and/or negative significant occurrences, or performance, as compared to the established expected standards, and these discussions may be documented on the Significant Occurrence form. This form provides reference for completing the performance appraisal at the conclusion of the evaluation period. Significant Occurrence documentation are not subject to the problem solving process (See Section 7.11.B).

E. Human Resources will forward to the employee's director a reminder to conduct an evaluation conference and complete a performance appraisal form within six months of the hiring date or within six months in a new position. The evaluator will complete the form and review it with the employee. The employee is asked to sign the form, indicating the employee has read and reviewed it with the evaluator. The employee's signature acknowledges, but does not necessarily indicate agreement with, the contents.

F. The performance appraisal, executed, dated, and signed by the evaluator and signed by the employee, is to be forwarded to the director, who will accept, reject, or amend it and sign the final evaluation. The evaluation will be submitted to Human Resources for processing and filing in the employee's personnel file. Employees may meet with their director to discuss any objections they may have to the contents of the performance appraisal.

52

G. The director's decision as to the evaluation is final and is not subject to the problem-solving process. Employees may, however, forward a written statement disagreeing with their performance appraisal to their director and to the Human Resources Division for inclusion in their personnel file. (See Section 7.11.B).

H. Completion of performance appraisals is expected on the following occasions:

1. At the completion of a new employee's first six (6) months of employment, or if transferred during this period, at the completion of the first six months in the new position (See C, above).

2. At the time of the county-wide annual review period in December.

When an employee transfers to a new supervisor, the prior supervisor may conduct a performance evaluation prior to the transfer.

9. 05 INCENTIVE AWARDS

The County maintains a cash bonus program for regular, full-time and part-time employees administered by Human Resources.

A. Department Heads or Elected Officials may award an employee a cash bonus in recognition of an outstanding job on a specific project. The project must be outside an employee's usual assigned duties OR far exceed the defined expectations for an assigned project. Written documentation by the supervisor will be submitted through a Personnel Transaction form and will be subject to approval through that process.

B. The maximum amount for a cash bonus award will be determined annually according to the budget allocation. More than one cash bonus may be awarded to any one individual throughout the year but the total amount of these bonuses cannot exceed the annual maximum. All cash bonuses recommended are subject to approval by the Human Resources Director and County Administrator.

C. Wildland Fire Team – Participants of the Wildland Fire Team who are Mesa County employees will be paid a flat rate of $25.00/hour for hours worked outside of their normal work schedule or responsibility for their participation at major fire event or assignments related to fire fighting tasks as certified by the Sheriff.

D. Total dollar amount of cash bonuses awarded will be reported quarterly to the County Administrator and Board of County Commissioners.

9. 06 PROMOTIONAL/TRANSFER PAY ADJUSTMENTS

A. Employees promoted to a position in a higher pay range may receive up to a 5% increase over their prior pay not to exceed the top of the new salary range. In no case will an employee receive less than the beginning rate in the new range. Requests for an increase above 5% will require the approval of the HR Director and the County Administrator.

B. Employees transferred to a position in the same pay range will receive their same

DEF 1356

abolishment as provided in the County budget.

C. The County Administrator shall review and approve or disapprove recommendations of the Human Resources Director regarding all other proposed position creations, allocations, reallocations and abolishment.

11. 07  PROCEDURES FOR THE RECLASSIFICATION OF POSITIONS

The Human Resources Director shall recommend changing the classification of existing positions when it is determined that the position is incorrectly classified.   Such action is called reclassification and must be reviewed and approved by the County Administrator.   If an employee has facts which indicate to them that their position is improperly classified, the employee may request the Human Resources Director to review the classification of the position, with the knowledge of their director.   Such request shall be submitted in writing and shall contain a statement of justification.   For this or any other type of request for reclassification from any source, the Human Resources Director shall thereupon investigate actual or suggested duties of the position and reclassify the position to its appropriate range if warranted.   Reclassification may occur as the result of the conditions described below.   If the position is occupied, the review date of incumbent is not changed by reclassification.

A. The position was incorrectly classified and there has been no substantial change in duties from those in effect when the position was originally categorized.

   1. If the position is occupied at the time of reclassification, the employee shall be entitled to serve therein and retain the corresponding status after the position is reclassified.

B. There has been a substantial change in the duties and responsibilities associated with a position since it was classified to a particular pay range.

   1. If the position is occupied at the time of a reclassification, the incumbent may be reclassified without examination, but does have to meet the minimum qualifications of the new position if they are changed.

C. In all cases of reclassification, if the position is vacant, it shall be filled in the prescribed manner.

11. 08  ELIMINATION OF POSITIONS

Whenever there is justification for eliminating a position such as lack of work, reorganization, lack of funds or other reason, the director shall make such recommendation to the Human Resources Director.   The County Administrator shall review and present such recommendations to the County Commissioners who must then approve or disapprove the recommendation (Human Services Department addendum).   In no case will a position be eliminated as a means of terminating an employee.

11. 09  MAINTENANCE OF THE CLASSIFICATION PLAN

A. Each time an office or department is substantially reorganized, the director will submit new Position Description Questionnaires for all affected positions to the Human Resources Director.