# EXHIBIT L

11/3/2016     Google Apps Vault - Fwd: Hiring freeze - effective immediately

# Fwd: Hiring freeze - effective immediately

email: "tracey.garchar@mesacounty.us Tracey Garchar"    Wednesday, August 17, 2016 at 9:19:45 AM Mountain Daylight Time
To: email: "Tracey.Garchar@mesacounty.us Tracey Garchar"
Bcc: email: "dhs-all-users@mesacounty.us DHS-All-Users"

  To all staff:

Team,
Many of you have already heard this, either through your supervisor or on the news last night, and some of you have began asking questions regarding the impact to DHS.

Here is where we are at:  We began working to understand this issue and impact as soon as we received Frank's email yesterday, and continued that work early this morning.

Because the Board recognizes the critical nature of our work, and the reality of Mesa County's economic situation, they are approving all of our current open positions - details below - to go forward.  We greatly appreciate that support, and I have committed that all future vacancies will be scrutinized in regards to critical need before we request permission to fill.  Given Mesa County's overall financial realities, I think that is fair and responsible.

There is no doubt that we need to continue to be as fiscally responsible as possible given the challenges Mesa County's economy continues to present.  Our work is driven by demand and is completed by the hard work and dedication of staff.  If we continue to embrace our wildly important goals, we will continue to achieve our goals and see the progress and innovation all of you have demonstrated over the past year.  That does several very important things:  It allows us to operate as effectively and efficiently as possible, which allows us to provide the highest quality services to the most people, in the most fiscally responsible way.

Thank you for staying on track and focusing on your goals and commitments.  If you have questions or concerns, please get them on the table with your supervisor, director, or Scott or myself so we can work through them.


Thank you,
Tracey



 ---------- Forwarded message ----------
From: **Tracey Garchar** <tracey.garchar@mesacounty.us>
Date: Tue, Aug 16, 2016 at 4:11 PM
Subject: Fwd: Hiring freeze - effective immediately
To: DHS-Leadership-Team <dhs-leadership-team@mesacounty.us>, DHS-Senior-Leadership <dhs-senior-leadership@mesacounty.us>

Team,

**Corsi 000890**

We are sharing this information with you as quickly as we can.  It is apparent that the County is concerned regarding its financial position, and this is one of the remedies for ensuring as strong of an ending position for 2016 as possible.

Our position:  We have already submitted a request to the Board to allow the current open recruitments to continue.

That total is 11 and we feel they are critical in meeting service level demands.  As soon as we hear from the Board, we will pass that along to all of you.

Going forward, we will work with you to understand the nature of the position being requested and will continue to request those critical positions be filled.

As you or staff have questions or concerns, please send them to Scott or myself.  This will likely hit the news, so feel free to share this forward.

We will keep you informed.


Tracey


---------- Forwarded message ----------
From: **Frank Whidden** <frank.whidden@mesacounty.us>
Date: Tue, Aug 16, 2016 at 2:52 PM
Subject: Hiring freeze - effective immediately
To: Deptheads-Electoff <deptheads-electoff@mesacounty.us>



Colleagues,




I'm sorry to say this is not a happy email.  I wish the message were brighter but the news
is simply bad and we must all face our financial circumstances.




Finance and myself met with the Commissioners this morning
to brief them on the financial picture in the county.  Included in that briefing, as we all know,
are the facts that Finance is projecting a 99% spend of appropriations as well
as a $400,000 shortfall in the county wide vacancy savings budget.  Given that we are only one quarter away from
the end of the year the Board felt compelled to immediately initiate a hiring
freeze.  Only positions that have a
critical or emergency need will be filled until the end of this year.  The Board will determine the positions to be
filled on a case by case basis.

Corsi 000891

11/3/2016 Google Apps Vault - Fwd: Hiring freeze - effective immediately

As I mentioned at the last staff budget meeting given the
facts we all know, we should all be making contingency plans and being as
frugal as possible. That recommendation
is even more acute at this point.

We
need to continue to motivate staff to find savings and efficiency in every
possible way.

The latest financial statements are attached.

Sincerely,

Frank Whidden, Ph.D.

County Administrator

Mesa County

Phone: (970) 255-5058
frank.whidden@mesacounty.us


--
Tracey Garchar
*Executive Director, Mesa County Department of Human Services*
970-248-2810 office
970-250-8044 cell
510 29 1/2 Road
Grand Junction, CO  81502-5001
Tracey.Garchar@mesacounty.us

*We Value: Humanity, Balance, Honesty, Inclusion, Teamwork!*


Please consider the environment before printing this e-mail
This email and any attachments from the Mesa County Department of Human
Services are confidential and intended solely for the use of the individual
or entity to which it is addressed.  The information contained herein may
include protected or otherwise privileged information.  Unauthorized

**Corsi 000892**

review, forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful.  If you have received this message in error, please notify the sender by reply to this message and delete the email without further disclosure.

--
Tracey Garchar
*Executive Director, Mesa County Department of Human Services*
970-248-2810 office
970-250-8044 cell
510 29 1/2 Road
Grand Junction, CO  81502-5001
Tracey.Garchar@mesacounty.us

*We Value: Humanity, Balance, Honesty, Inclusion, Teamwork!*

Please consider the environment before printing this e-mail
This email and any attachments from the Mesa County Department of Human Services are confidential and intended solely for the use of the individual or entity to which it is addressed.  The information contained herein may include protected or otherwise privileged information.  Unauthorized review, forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful.  If you have received this message in error, please notify the sender by reply to this message and delete the email without further disclosure.

**Attachments:**
**Financial Summary July 2016.pdf** 166k
**07-2016 Turnover Savings.pdf** 33k
**2017 Budget Projections 08-16-16.pdf** 17k

Corsi 000893