# EXHIBIT N



October 7, 2016

Dear Debra Bouricius,

Due to the economic environment facing Mesa County and the opportunities to streamline, consolidate functions, and find efficiencies, your position as Sr. Business Systems Analyst, has been eliminated   Budget constraints and new business practices have led to this decision. It is not reflective of your performance.

This letter is notification that today, October 7, 2016, will be your last working day with the department. You will be paid an additional month's pay (173.33 hours) and your accrued vacation and sick leave (per policy) on your final check. Any current Health, Dental, and Vision benefits you are enrolled in will end October 31, 2016 (per policy).

We appreciate your dedication and service during your employment with Mesa County and wish you the best of luck in your future endeavors.

Please contact Human Resources at 970-244-1856, with any questions regarding separation information.

Respectfully,

*[signature]*

Frank Whidden
County Administrator

**DEF 234**