# EXHIBIT R

11/9/2018                          Analysis of county pay shows huge hikes for some | Western Colorado | gjsentinel.com






https://www.gjsentinel.com/news/western_colorado/analysis-of-county-pay-shows-huge-hikes-for-some/article_cc3e6eec-dfed-11e8-825b-10604b9f1ff4.html

Nov 3, 2018

# Analysis of county pay shows huge hikes for some

By CHARLES ASHBY



FRANK WHIDDEN "There's a lot of good news out there right now."

Mesa County's top administrators received hefty pay raises this year while rank-and-file workers have seen only slight increases, if any, over the past several years.

An analysis of county salaries over nearly five years, some of which came through a Colorado Open Records Act request by The Daily Sentinel, also found that county officials intentionally kept discussions about employee pay away from the public and press.

According to a computer database analysis of salaries for all county workers, from commissioners on down, the county's top three officials saw double-digit pay raises this year. The biggest one went to County Administrator Frank Whidden, whose annual salary soared from $131,000 a year to $180,000 in 2018, a 37 percent hike.

Following him were County Attorney Pat Coleman and Public Works Director Pete Baier, both of whom received double-digit percentage increases. Coleman went from an annual salary of $140,000 a year to $159,996, a 14 percent jump, while Baier was making $125,321 and now earns $145,332 a year, a nearly 16 percent hike.

An analysis of all other county workers turned up some increases over the past several years, but they were relatively low, averaging $1 to $2 extra an hour. About 22 percent of them have not seen a pay hike since 2015, though some did receive one-time bonuses during that time.

Data supplied by the county was somewhat convoluted because it compared paychecks for more than 800 employees from June 2017 with June 2018. As a result, some of the data is skewed because it includes one-time pay, such as bonuses, overtime or, in cases of employees who left county service that month, unused vacation and sick time.

Still, a comparison of those two months showed that at least 30 percent, and possibly more, saw no increase in pay during that year.

Whidden, however, said there have been plenty of pay raises in recent years, most of which have come in the form of merit increases or bonus pay.

"There was a countywide bonus paid in December of 2017 and only five employees did not receive a bonus at that time," he wrote in an email. "During the recession, the board authorized bonuses in some years and one countywide raise that mostly affected lower-wage staff in 2015 ... an effort at the time to raise the bottom of the salary structure."

Another database supplied by the county showed only total pay for all workers combined, separating base pay with other one-time payments and comparing salaries from a single monthly pay period ending in early January 2015 with one monthly period last month. That database did not break down compensation by individual workers. Consequently, it was impossible to see just how much individual workers were making, or who received raises and who didn't.

PAY RAISES

Though the county-supplied data doesn't verify it, county officials claim that since 2015, 80 percent of all workers have seen a pay raise of some sort.

Whidden said workers have at least not seen a reduction in pay from increased health insurance costs in recent years, something the county is planning to absorb again next year.

He said if the county had not absorbed those increases since 2012, a single employee would have seen net pay decrease by $2,217 a year. Employees who have their entire families on their plans would have seen a net decrease of about $6,000 a year, according to a chart supplied by Whidden.

Whidden said the added benefit to county workers being compensated that way is that, had the county just given pay raises to match that increase in premiums, workers would have paid more in taxes.

That reasoning, though, applies only to those employees who are on the county's health plan.

"In 2019, the increase in health insurance premiums will be over $1 million, or about a 12 percent increase," Whidden wrote in an email. "Not absorbing the increases would have definitely lowered participating staff's pay each year. Keep in mind that under current tax law this is a nontaxable benefit which stretches the dollars a little further.

"The (commissioners) feel strongly that the health insurance is a critical component of the overall pay package for staff."

Whidden also said the commissioners have allowed department heads and elected officials to award merit raises at their discretion. But County Clerk Sheila Reiner said that's not accurate.

CORA DOCUMENTS

Documents from Reiner's office regarding pay increases revealed that the commissioners denied her request last year to increase pay in 2018 for the 33 workers in her office, something those documents indicate the commissioners didn't have the authority to do, according to records obtained through a Sentinel request.

Last year, for example, Reiner attempted to increase the pay for all her employees but was blocked by the commissioners, two of whom — Commissioners John Justman and Rose Pugliese — had received a 20 percent pay hike themselves when they were re-elected the year before.

Those commissioner raises were approved by the Colorado Legislature three years ago, which the commissioners initially planned to turn down but ultimately didn't. Under that law, commissioners who were re-elected in 2016 saw their pay go from $72,500 to $87,300. Commissioner Scott McInnis will be given that pay increase when he is re-elected this week (he's running unopposed).

Similar pay increases for all other elected county officials also will go into effect after this year's elections.

Bette Meininger, who retired from Reiner's office last summer as the office accountant, said she did so because she was tired of not being fairly compensated. Over the course of her 11 years working there, she received only a total $2-an-hour increase. She made slightly more than $38,000 a year when she left.

"I've seen seven people from my department leave since May of this year because of no wage increases," Meininger said. "In most cases, the current commissioners have left it to individual departments to give what they could and, in other cases, wage increase requests have been flat denied regardless of budget availability. I decided to retire in August after being denied yet again."

In a memo from Reiner to Whidden last month, the clerk said she expects to see 30 percent in turnover by the end of this year.

In a written statement to the Sentinel, Reiner said she's tried to find efficiencies in her department, in part, so she could provide equitable compensation for her workers.

"I have continued to find efficiencies, reduce the number of management positions with a goal of reducing my overall budget and find funds to take steps in the right direction for compensation," Reiner said. "Those requests have been denied more often than approved even when I had the budget to cover them."

PAY AUTHORITY

Documents from the county show Reiner hired an outside attorney last year to examine the legality of the commissioners denying her right as an elected official to determine pay for workers in her department.

The attorney sent a letter to County Attorney Coleman contending the commissioners were breaking the law.

"Based on our analysis and the legal authority cited below, Mesa County and/or the Mesa County Board of County Commissioners are improperly exercising control over the (clerk's) budget by improperly prohibiting the clerk and recorder from managing and controlling the (clerk's) budget as she deems appropriate," wrote David Dodero, an attorney with the Grand Junction law firm of Hoskin Farina & Kampf.

A voice message left for Reiner on Aug. 8, 2015, from Linda Frasier, the commissioners' administrative assistant, revealed that the commissioners intentionally removed discussions about pay raises scheduled for that day in an open commissioners' meeting to keep the issue away from the media.

"Rose (Pugliese) just asked me to let you know that the commissioners want to remove the briefing this afternoon on compensation," Frasier said in the voicemail. "They do not want it to be a public meeting at this time. We usually have the Sentinel person there. She said if you want to brief the commissioners individually, and we don't have to have it posted or don't have to have press there, that would be better."

At the time, Reiner was co-chairwoman of a county panel formed to examine county wages compared to similarly sized counties elsewhere in the state.

County leaders ultimately refused to release that study to the public, prompting Reiner a year later to resign from the panel. The study, which cost the county $33,595, was intended to review all employees' salaries and compare them with current market conditions.

Earlier this year, Reiner decided to launch her own pay study, comparing clerk workers in Mesa County with similarly sized counties.

That report, completed last month, showed that most of her workers were being paid 15 to 39 percent less than three other similarly sized counties, adding that the clerk's office also had the second-highest turnover rate compared to those counties.

TOP RAISES

In a joint written statement to the Sentinel, the three commissioners said Whidden deserved his 37 percent pay increase because he was underpaid and is doing the job of three people: as county administrator, human resources director and information technology director.

He also does not have a deputy director, like some counties do, Commissioner Justman said in writing on behalf of all three commissioners.

"We felt it was only fair to increase his compensation accordingly," wrote Justman, who is chairman of the commission. "Were he to leave, we would likely have to hire four people to replace him. I think Mesa County is getting a bargain."

On Coleman's salary increase, the commissioners said he hadn't received a pay increase for three years and was being paid below his counterparts in the state's 11 largest counties.

Justman said both men's salaries were based on two salary comparisons — one for county administrators and the other for county attorneys — with other Colorado counties. But the two graphs supplied by Justman showing those comparisons don't cite a source for who did the comparisons.

All of this has left some observers of the way the county conducts its business up in arms.

Dennis Simpson, a retired Grand Junction accountant who has been a thorn in the side of the commissioners over such issues, said the issue of employee compensation has been made worse because the county isn't transparent enough in the way it does its business.

"On Dec. 4, 2017, the commissioners adopted the 2018 budget, which called for no salary increases," Simpson said in an email. "The large salary increases to Whidden et al went into effect Jan. 1, 2018, less than a month after the budget was adopted. The decision to give these raises was not made in a public meeting as required by law. Ironically, executive sessions to evaluate Whidden et al were held on the same day that the 2018 budget was adopted. Obviously, that is where the salary increase decisions were made."

---

**Related Content**
Quickread

Text goes here and it is goes here and what about here.

https://www.gjsentinel.com/news/western_colorado/mesa-county-hired-outside-investigator-for-allegation/article_c2f6336a-cc7d-11e9-9f82-20677ce85d90.html

Sep 1, 2019 Sep 1, 2019

## Mesa County hired outside investigator for allegation

By CHARLES ASHBY



FRANK WHIDDEN Former county administrator

Mesa County has hired an outside investigator to look into allegations of possible sexual harassment by former County Administrator Frank Whidden, The Daily Sentinel has learned.

A longtime former county employee, whose identity is being withheld by the Sentinel to protect her privacy, said she resigned her position with the county after Whidden made unwanted sexual advances to her in 2015. She was interviewed in July by Glenwood Springs attorney Anna Itenberg in relation to a separate complaint that Itenberg told her had been filed against Whidden by another county employee, whose identity is unknown.

The woman said she didn't file her own complaint against Whidden because she didn't believe anything would come of it because of Whidden's position as county administrator. She had filed a harassment complaint a year earlier against a different county worker, and she felt nothing was done in response.

Whidden abruptly resigned his position Aug. 2 after being on paid administrative leave for two months. In a one-sentence resignation letter, Whidden said he was pursing "other opportunities."

County officials said the law bars them from commenting on why he was placed on paid leave or why he resigned, saying only that it was a "personnel matter."

The woman approached the Sentinel after it published numerous stories on Whidden and the newspaper's efforts to discover why he still was earning his $180,000 annual salary until he resigned.

The Mesa County Attorney's Office confirmed that it had hired the Glenwood Springs law firm of Karp Neu Hanlon "to investigate a confidential personnel matter." Itenberg is an attorney with that firm, specializing in employment law.

In that interview, the woman said Whidden made inappropriate comments and an unwanted sexual advance toward her when the two were discussing county business at an area bar, a venue that she said he suggested.

"(The woman) recalled that Mr. Whidden wanted to have a meeting to discuss some project at a bar across from the building she worked in," Itenberg wrote in an interview summary as part of her investigation, a copy of which the woman gave to the Sentinel.

In that summary, Itenberg wrote that she was hired "to investigate a complaint that was made regarding Frank Whidden."

"(The woman) stated that Mr. Whidden started talking about how beautiful she is and that she should look at herself in the mirror, naked, and see herself as beautiful and gorgeous as he sees her," Itenberg wrote in the summary. "(The woman) said she hugged Mr. Whidden goodbye, and during the hug Mr. Whidden put his hand behind her neck and moaned in a sexual way."

In the interview, the woman said Whidden was "creepy and freaked her out," saying she never gave him any indication she was interested in him, and that she thought the two were merely work friends. She said she regretted hugging him.

The woman told the Sentinel it was not uncommon for Whidden to make lewd comments at work, allegedly telling some female employees that he "didn't need to take Viagra." She said that if Whidden liked an employee, they would thrive, but if he didn't, he would find ways to get rid of them.

Whidden and the county are subjects of an unrelated age discrimination lawsuit filed in federal court in Denver, which alleged that Whidden laid off six older workers in the county's Office of Information Technology while retaining younger ones. The county reached a monetary settlement with two of the six laid off workers, paying them $62,500 each.

The woman who spoke to the Sentinel said that after her first encounter with Whidden at the bar, he kept sending her text messages asking how she was doing, and whether she wanted to go out for drinks again.

She said she told her husband about the incident and subsequent text messages, adding that he made several attempts to contact Whidden, but Whidden didn't return the husband's calls. Whidden only did so after the husband threatened to come to his office to confront him, she said. Whidden then called back to say there had been a misunderstanding.

The Sentinel has filed numerous requests through the Colorado Open Records Act for documents or correspondence related to Whidden, including his cellphone text messages. The county said it can't comply with the text message requests because its information technology department can't access the cellphone without Whidden's pin number and fingerprint. It claims it needs both, even though cellphone experts tell the newspaper that most smartphones require only one or the other.

The woman suspected the investigator contacted her because she told Mesa County Commissioner John Justman about the incident with Whidden in June.

In separate interviews with the newspaper and Itenberg, the woman said she told Justman that "Frank is a creepy dude. He does not represent you well. You should get rid of him."

Justman told the newspaper, however, that no one has contacted him about any sexual harassment matter with any county employee, and said he had no recollection of talking to any current or former employee in June about Whidden or any other county employee.

He said county workers already know they can file complaints, and said he doesn't understand why someone wouldn't if they were facing legitimate issues. "If they don't come and tell me or one of us (commissioners), how are we supposed to know?" Justman said. "If one of the lady employees thinks she's been … talked to inappropriately, if she never says a word, I don't go out on a snoop mission daily saying, 'Have you been mistreated today?' It puts me in an impossible spot unless I go do a weekly survey, and I don't know that serves any purpose. I guess it would if they're afraid to tell us, but I guess I wasn't aware that they were afraid to complain."

Commissioner Rose Pugliese said she is very concerned about making sure county workers, men or women, are comfortable in coming forward, and plans to discuss the matter with Justman and Commissioner Scott McInnis.

Pugliese said part of those discussions are to include the idea of making the county's human resources director a stand-alone position, one that reports directly to the commission. Not only did Whidden hold the top county job, but he also oversaw the IT department and served as human resources director, which fields harassment complaints. Newly named County Administrator Pete Baier also is to oversee that office, but only until he can make appropriate changes.

Pugliese said that in this era of #MeToo and an increasing number of allegations of sexual harassment being made around the nation, the county needs to make sure its policies are strong, and that its workers feel confident their complaints will be taken seriously.

"If any allegations of sexual harassment are ever made at the county, we take these allegations very seriously, and we have and have always had a no-tolerance policy for this behavior," Pugliese said. "We need to do more with the county attorney's office and human resources on county policy, and we need to review that policy to make sure it's strong enough. I'm saddened to hear that there potentially could be somebody who left employment at the county because they did not feel that their complaints were or would be taken seriously."

In response to a fourth CORA request filed with the county, the attorney's office said "no settlement agreement or other documents exist" in relation to any Whidden investigation. The office could not say how much the outside investigator was costing the county because no fees have yet been paid.

https://www.gjsentinel.com/news/western_colorado/county-denies-that-layoffs-are-related-to-age/article_4f458e5c-b8d2-11e9-be7d-20677ce05640.html

Aug 7, 2019 6 hrs ago

**County denies that layoffs are related to age**

By CHARLES ASHBY

Mesa County is denying that it engaged in any age discrimination layoffs, but it did reach settlements with two former county employees last year over discrimination claims, according to court documents in a lawsuit filed against the county.

In a federal lawsuit filed by a 26-year veteran of the county's information technology department, Debra Bouricius alleges that the county and its three commissioners tapped her and five other IT workers for layoffs in 2016 because of their ages, while retaining other department workers who were younger. The workers chosen to be laid off all were in their late 40s to late 50s.

Bouricius, who now lives in Lyons, was 57 years old at the time of her layoff.

Bouricius 001607

County denies that layoffs are related to age | Western Colorado | gjsentinel.com

"Mesa County chose to terminate the oldest person with each job title affected by the IT Department layoff," the lawsuit claims. "Though Mesa County's written policies require it to base layoff termination decisions upon the job performance and special skills of individual employees, Mesa County failed to consider any objective performance criteria in selecting employees to be laid off from the IT Department. Mesa County has not articulated any objective performance criteria that is used to select employees to be fired."

The suit points to two settlements the county reached with two other IT workers who were involved in the same layoff, Rick and Janine Corsi. Both were paid settlements of $62,500 each after they filed complaints with the Colorado Civil Rights Commission. In December 2017, that panel determined both had "probable cause" to proceed with their complaints.

In its response brief in the Bouricius lawsuit, the county said those two settlement agreements are "improperly referenced ... because Mesa County has not agreed to make any proceeding regarding any individual named Rick Corsi and/or Janine Corsi public matters."

The agreements, signed by Rick and Janine Corsi and then County Administrator Frank Whidden, call on the couple not to disclose the terms and conditions of the agreements, which "shall not be construed as an admission by the parties of any wrongdoing or violation of any applicable law."

Bouricius' lawyer, Denver civil rights attorney Paula Greisen, said she obtained the settlement agreements through a Colorado Open Records Act request.

"They tried to say some of the stuff was confidential," Greisen said. "There's no grounds for making them confidential."

In an email to the Daily Sentinel, County Attorney Patrick Coleman said he could not discuss the reason for the Corsi settlement but emphasized that "the settlement specifically states that the County does not admit to violating the law."

Bouricius 001608

The settlement agreements call on Rick and Janine Corsi to release the county or any of its employees from numerous types of discrimination claims, from breach of contract to violations of any law related to their relationship as a married couple.

Of the 18 claim types cited in the settlement, only age discrimination was highlighted in bold lettering.

As for the Bouricius complaint, Coleman said an agreement regarding settlement was not reached and Bouricius chose to pursue remedies through the lawsuit.

Greisen said the other three people who were laid off — David Barnett (then 47 years old), Carey Stieb (49) and Crislynn Howerton (59) — did not file complaints with the commission or file lawsuits.

In a deposition taken last month, Whidden said he decided to lay off some workers because, at the time, the county was facing a $1.4 million budget deficit the following year (2017), and covering that shortfall could more easily be done though downsizing staff.

Whidden, who abruptly resigned his post last week after being on paid administrative leave for two months for undisclosed reasons, said he made a list of people the IT department "absolutely" could not do without. Anyone not on that list was let go.

"I didn't look at, OK, somebody's been here 20 years and they should stay and somebody else has been here 10 years and they should go," Whidden said in the deposition. "I did not use that as a basis of evaluation ... except for Rick (Corsi). As a longstanding manager, it did occur to me that he had been there a very long time, and you had a husband and wife situation."

Whidden said he didn't like the idea of having a married couple working in the same department, but that was something that occurred before he started working for the county.

He signed both settlement agreements, but said in the deposition that only the commissioners had the authority to approve the settlement amounts, something that was not discussed or voted on in a public meeting.

Whidden was first hired by the county to head its IT department in 2011, later going on to be deputy county administrator for resource management before becoming county administrator in 2014. He continued to serve as head of the IT department as well as the county's human resources director until resigning as chief administrator on Friday.

Whidden said he didn't feel comfortable laying off one Corsi without including the other, saying "it was too high of a security risk" to the county to allow one to stay.

The lawsuit also alleges that the county violated state law because the county commissioners didn't approve the layoffs in an open public session. Whidden, however, said he had blanket authority from the commissioners to do so, saying he obtained that permission after talking to each one individually outside of a public meeting.

"I had spoken to the commissioners, because they had tasked me with finding the budget shortfall that we were facing if we didn't make changes," Whidden said in the deposition. "My understanding was that when they told me that — and I told them that I was going to make layoffs, that they commissioned me to move forward, and that was my understanding of I had their approval to move forward."

Whidden said he did not reveal the names of those selected for layoff with the commissioners or Coleman, whom he asked beforehand to review the layoffs to be sure there wouldn't be any legal issues with them.

**Bouricius 001609**

Whidden said the layoffs in the IT department were the only ones he approved. He said the remainder of the 2017 budget shortfall was made through other staffing reductions made by Public Works Director Pete Baier, who now is acting chief administrator, and then County Clerk Sheila Reiner, who helped the county meet its budget cutting goals by closing DMV offices in Clifton and Fruita.

Commissioner John Justman, who also was deposed as part of the lawsuit, said the commission did what it had to do to balance the county's budget.

"We had to cut back somewhere because of our budget situation," Justman said in the partially redacted deposition. "So I'm not saying I like it, but we had to do something, so — that's what we did."

Bouricius 001610

85° ☁      **WesternSlopeNow.COM**      ☰

# Frank Whidden resignation: the motive remains unknown



GRAND JUNCTION, Colo. — One sentence is all former Mesa County Administrator, Frank Whidden left to explain his resignation.

The letter submitted Thursday afternoon simply reads: "In order to pursue other opportunities, I hereby resign as mesa county administrator effective immediately."

Whidden had worked for Mesa County since 2011, taking over as County Administrator in December of 2014.

Whidden was named in a lawsuit filed in federal court that claims he laid off six people in the county's IT department, leaving behind employees all under 40-years-old.

Mesa County says the motive behind his resignation after several months of paid leave is unknown to them.

Pete Baier, the Mesa County Deputy Administrator of Operations and Public Works will serve as acting county administrator, until the commissioners determine their plan to fill the position.

Bouricius 001611

8/8/2019                        Frank Whidden resignation: the motive remains unknown | KREX



85° ☁

Whidden will receive no severance pay after leaving his position that paid him a $180,000 salary.







Bouricius 001612



© 1998 - 2019 Nexstar Broadcasting, Inc. | All Rights Reserved.

Bouricius 001613

Aug 25, 2019 47 min ago

# Mesa County officials mum on Whiddens resignation



FRANK WHIDDEN Former county administrator

The silence from Mesa County officials is deafening as to why their top executive, County Administrator Frank Whidden, was placed on paid administrative leave in May and why he abruptly resigned two months later.

Despite numerous questions and three Colorado Open Records Act requests from The Daily Sentinel, the county is not disclosing why its highest paid employee, someone who received a 37% pay increase less than a year ago, was suddenly placed on paid leave for two months and then unexpectedly resigned.

County leaders said it was a "personnel matter," and they couldn't, by law, comment further.

The first CORA request made by the Sentinel resulted in two copies of Whidden's already released one- sentence resignation letter, which said he was resigning "in order to pursue other opportunities."

The Mesa County Attorney's Office said the newspaper's second open records request would cost about $50,000 to comply with, while the third request of all correspondence since May between Whidden and the three county commissioners — Rose Pugliese, Scott McInnis and John Justman — produced only three emails, all of which were news articles published by the Sentinel about Whidden's resignation and a federal age discrimination lawsuit filed against Whidden and the county.

Initially, county officials said Whidden, who could not be reached for comment, was out for medical reasons, but McInnis and Pugliese said that wasn't the case.

The attorney's office also said it couldn't review text messages on Whidden's county- issued cellphone "due to technical issues," but was trying to resolve that problem.

The attorney's office withheld three emails about Whidden on grounds that releasing them would violate its attorney-client privilege under CORA.

"We can confirm that the three messages were generated and sent by the county attorney or through persons working under his direction to his clients, or were responses of the clients to those messages. No third party received or otherwise was involved in the messages," Assistant County Attorney John R. Rhoads wrote in an email to the Sentinel.

"If is further the county's position that providing details you requested in your August 21, 2019, email would necessarily violate these privileges. The county therefore is unable to release this information."

Denver attorney Steven Zansberg, who specializes in media law, said that's not the case. He said such information as sender, recipient, date and time of an email doesn't violate attorney-client restrictions.

The discrimination lawsuit, filed last year by a longtime county Office of Information Technology worker, revealed that while Whidden was laying off IT employees and finding ways

Bouricius 001621

to cut the county budget by $1.4 million, he was simultaneously being reimbursed by the county to obtain a master's degree in marriage and family counseling.

He already has undergraduate and master's degrees in computer information systems and business management.

Whidden was reimbursed by the county over several years for courses he took through Northcentral University, a San Diego-based online school, according to Paula Greisen, the attorney who filed the case on behalf of Debra Bouricius, who worked for the county for about 26 years, before being laid off in 2016.

In a July deposition for the age discrimination lawsuit, Whidden said that reimbursement was not taxable, meaning he didn't have to declare it as income on his tax returns.

Whidden was earning $180,000 a year when he left county employment.

Since earning that Northcentral degree, Whidden has started a private business in family and marriage counseling. He got a temporary permit to work as a therapist from the State Board of Marriage and Family Therapist Examiners last year that is valid until July 2022.

In a Psychology Today website advertisement of Whidden's practice, in which he charges $50 to $100 per session, Whidden says he specializes in divorce, family conflict and depression, including 26 specific issues, such as peer relationships, narcissistic personalities, racial identity and infidelity.

While McInnis said the commissioners couldn't comment on why Whidden was placed on paid leave, he was not happy with the former administrator when he learned of that degree and private business.

"I knew about the training, but was surprised about the private business and felt personally deceived by omission," McInnis said. "He was less than honest in not disclosing that. I don't recall that we had an open meeting about it, but if I had known, I would have objected. If he were still a county employee, I would ask for the money back."

In the deposition, Whidden said he wanted to get educated on mental health issues because of a suicide problem in the county, and sought and received permission from commissioners to be reimbursed for the degree. He said that degree required 500 hours of clinical experience, which he said he fulfilled on weekends working at the local Mind Springs Health.

But a month before that, Justman said in a deposition for the same case that while he knew Whidden wanted to learn about such matters, he, too, didn't know Whidden had earned a master's degree and had opened his own practice.

"Do you have any opinion as to if that business, private business being conducted was paid for by taxpayer dollars, would that cause you any concern?" Greisen asked Justman in his May 3 deposition.

**Bouricius 001622**

"Yes," Justman responded.

"And it's fair to say there's been no discussion, at least no public discussion, by the Board of County Commissioners about Mr. Whidden's private practice, whether it's appropriate or not; is that correct?" Greisen said.

"Yes," Justman replied.

On Nov. 17, 2015, Justman, Pugliese and McInnis all signed a training approval request by Whidden to be reimbursed for tuition charges of "up to $10,000 per year."

The county's policy on tuition reimbursement, however, has a $2,500 annual reimbursement cap for full-time employees and limits their lifetime reimbursement to no more than $10,000. That increases to $12,000 for employees with 15 or more years of employment with the county, which doesn't include Whidden. He first began working for the county in 2011, starting as head of its IT department.

A few days after that Justman deposition, Whidden was placed on paid administrative leave.

At the same time Whidden was employed as county administrator, he also acted as the county's human resources director and headed its information technology department.

Pugliese told The Daily Sentinel that she knew Whidden was getting training in such matters, but she said she was told by Whidden that it was needed for his duties as human resources director. Pugliese said there was nothing in his employment contract that barred him from starting his own business, as long as it didn't interfere with his duties as administrator.

"The reimbursement that we had authorized a couple of years ago was at least told to us to be in relation to human resource training," Pugliese said. "It made sense in relation to that position. I don't know what courses he took, but mental health issues are related to human resources issues affecting the county. It could be used internally as well as externally."

McInnis said that he, too, thought Whidden was getting specific training on human resources matters, not a full-blown master's degree.

He said training is crucial for certain county workers, such as sheriff's deputies, attorneys and human services experts. But there was no need for Whidden to get a degree in marriage and family counseling, McInnis said.

"That's not part of his job description as an administrator or a human resource director," he said. "It seems like a gross abuse of his discretion."

At the time the commissioners increased Whidden's annual pay from $131,000 to $180,000 last year, commissioners said it was justified because he was doing the job of three people, all while working without a deputy administrator.

"We felt it was only fair to increase his compensation accordingly," Justman told the Sentinel at the time. "Were he to leave, we would likely have to hire four people to replace him. I think Mesa County is getting a bargain."

``

**Bouricius 001624**

https://www.gjsentinel.com/news/western_colorado/county-manager-contract-includes-provisos/article_953f4734-c955-11e9-b8b4-20677ce85d90.html

Aug 28, 2019 Aug 28, 2019

## County manager contract includes provisos

By CHARLES ASHBY

Bouricius 001630



PETE BAIER He's a 23-year employee of county

The Mesa County commissioners characterized an employment contract with Pete Baier to be the newest county administrator as being the same as previous deals for that top job, but that's not exactly accurate.

There are clauses in Baier's contract that didn't appear in Frank Whidden's, who abruptly resigned earlier this month after being on paid administrative leave for two months.

While both employment contracts cite such standard issues and general duties, some items point to things Whidden was doing that county commissioners have said they didn't like.

One such item bars Baier from seeking outside employment without the express approval of the commission.

"The employee (Baier) shall devote his full time and best efforts to the affairs of the board and Mesa County, and except as expressly permitted by the board, the employee shall not accept any other employment during the term of this agreement," Baier's contract reads. "Nor shall the employee operate or own any business that requires the employee's time or participation beyond nominal participation in family businesses or similar activities."

Unbeknownst to the commissioners, Whidden had created his own marriage and family counseling practice on a master's degree he obtained with taxpayer money.

While the commissioners said they knew, and had approved, Whidden getting some training on mental health issues, they said Whidden told them it was in connection with his dual role as director of the county's human resources department.

They said Whidden never told them he was seeking a full-blown master's degree in marriage and family counseling, something that Commissioner Scott McInnis said in no way correlated to his county duties.

Bouricius 001631

The county had approved paying Whidden $10,000 in tax-free reimbursements for that degree.

"One of the most important things that a board can have is to surround themselves with trustworthy people who can help us achieve our goals and our strategic plan," Commissioner Rose Pugliese said when the board approved Baier's contract on Monday. "Pete is a 23-year employee with Mesa County. He's very familiar with the operations, especially on budget, which is going to be very important for us as we enter into the budget cycle."

Unlike Whidden's employment agreement, Baier's allows the county to fire him if he "is convicted of, or admits to, or enters a plea of nolo contendere to, any crime or offense that is classified as a felony or class one misdemeanor under Colorado law, or that involved fraud, theft, misuse of public property or moral turpitude."

While state court records list no pending civil or criminal cases against Whidden in any county of the state, the Colorado Department of Revenue did obtain a judgment against him in 2015 for failure to pay $2,751 in unpaid income taxes, according to the Mesa County District Court records.

The are no records filed with the court, the county or the state that would indicate those back taxes were ever paid.

The court describes the judgment against Whidden as a "distraint warrant," which allows a government agency to seize and sell property to collect delinquent taxes. But Daniel Carr, spokesman for the Colorado Department of Revenue, said it was more like a judgment against him.

Whidden was making $180,000 a year when he resigned his position.

In his resignation letter, Whidden said he wanted to pursue other opportunities. County officials won't explain any further, saying it was a personnel matter.

That leads to another clause that's in Baier's contract, but wasn't in Whidden's.

"The board may place the employee on administrative leave with pay pending any investigation of a personnel matter," Baier's contract reads.

Baier's salary is to be the same as Whidden's, $180,000 a year.

Also, unlike Whidden's contract, Baier's says he also can be fired if he violates:

■ Any written policy of the board that might result in significant liability to the county;

■ Anything that might result in the significant harm to the reputation of or dishonor to the county or the board;

■ The standards of conduct that are reasonably expected of a public official in an executive leadership position; or

Bouricius 001632

■ Any lawful, official order of, or failure to obey any lawful direction of the board "when such violation or failure to obey amounts to an act of insubordination that rises to the level of a serious breach of proper discipline ... (that) result in a loss or damage to Mesa County."

In addition to working as county administrator, Whidden also acted as head of the county's human resources and information technology offices.

Baier, likewise, is to act in a similar dual role. His contract calls for him to continue to be public works director while he holds the top job. He also is to oversee the human resources and IT offices as Whidden did, but only until he can delegate those positions to others.

PRESSURE TO FUND PUBLIC SAFETY | GJSentinel



**THE DAILY**
**SENTINEL**
**GJSentinel.com**

This copy is for your personal, noncommercial use only

# PRESSURE TO FUND PUBLIC SAFETY
### Sheriff will ask commissioners to fund dozens of new deputies



A Mesa County Sheriff's Office deputy, right, blocks the entry to the Alpine Bank drive-through in Clifton while another deputy stands guard at the exit after a robbery attempt in this Sept. 23 photo.

Matt Lewis

By Gary Harmon
Sunday, October 2, 2016

It's time for Mesa County to start rebuilding the Sheriff's Office that was decimated six years ago, Sheriff Matt Lewis will tell the Mesa County Commission later this month.

Commissioners, meanwhile, are coming to grips with the idea that they will have to dig deep into their reserves to keep the county in much the same condition as it is now — without increases in the staff of the Sheriff's Office and in the Mesa County District Attorney's Office.

Just holding steady would likely reduce the 2017 fund balance — the margin of cash left over at the end of each year — by an estimated $3 million. Counties and other local governments rely on fund balances to keep them from deficit spending, which is prohibited by the state Constitution.

The Sheriff's Office lost 11.3 percent of its staff in 2010, when the county slashed spending, "and we've not yet recovered from that," Lewis said in an interview with The Daily Sentinel.

Lewis hopes to persuade the commission to at least begin a process of restoring those lost positions, and more, to meet the demands of a still-growing county with violent crime rivaling the worst of comparable Colorado jurisdictions and well in excess of the crime rates of Delta, Eagle, Garfield and Montrose counties combined.

The Sheriff's Office territory includes some of the most densely, and the most sparsely, populated areas in the 3,300 square miles of the county. It includes populous Clifton and Fruitvale, as well as the ranchlands outside the Grand Valley.

Violent crime in unincorporated Mesa County, with 203 incidents, exceeded that of the unincorporated county areas of Boulder, 54 incidents; Larimer, 109 incidents; Pueblo, 51 incidents; and Weld, 154 incidents; according to the Uniform Crime Report in 2014, the most recent available compilation of comparable crime statistics.

Mesa County's property-crime incidents, 1,083, meanwhile, was second only to that of unincorporated Pueblo County, with 1,231 incidents, according to the same report. Boulder, Weld and Larimer counties all had fewer than 850 property-crime reports.

Mesa County's 203 violent crimes by far outstripped the 109 recorded collectively among the Western Slope counties of Delta, Eagle, Garfield and Montrose.

**DEF 114**



PRESSURE TO FUND PUBLIC SAFETY | GJSentinel



Mesa County, according to statistics compiled by the Sheriff's Office, lags behind the staffing levels of similar jurisdictions and would pull even with one of them if the commission funded the agency's full request.

Lewis is asking the commission to increase by 32 the number of current operations deputies, to 75.

Not all those deputies would be on the county's roads, Lewis said. Operational deputies include captains, investigators, the narcotics unit and others, but doesn't include the deputies who work in the jail.

An operational staff of 107 would give the Sheriff's Office a ratio of 1.5 deputies per 1,000 residents of unincorporated Mesa County. The current ratio is 1.06 deputies per 1,000.

"We need to be at 1.5," Lewis said. "We need that to be effective and we're asking for what we think we need."



Even at 1.5 deputies per 1,000 residents, Mesa County would be half the level of Larimer County, which has three deputies per 1,000 residents. Boulder County has 1.5 deputies per 1,000 residents and Weld County is just below that threshold.

"We are going from 911 call to 911 call, which doesn't allow officers to proactively identify problems" and take appropriate action, Lewis said.

In 2015, it took deputies on average eight minutes after being dispatched to arrive at a Priority 1 call, slightly less time than it took in 2007. Priority 1 calls are those that require the quickest response.

Lesser-priority calls, however, can take substantially longer.

"If it's a priority 5, 6 or 7, we may tell you that it will be tomorrow" before a deputy can respond to a report, Lewis said

Chief Deputy District Attorney Trish Mahre presents the state's case during a recent sentencing hearing for Isaac Ortiz, convicted of child abuse resulting in death  Caseloads for prosecutors in the district attorney's office are growing, prompting District Attorney Dan Rubinstein to seek funding for new attorneys and support staff from county commissioners.

In all, Lewis is seeking $3.4 million a year to pay for the 32 new operations deputies and 22 new detention deputies. Operations deputies cost $64,711 per year, including benefits, and detention deputies cost $60,370.

That amount of money isn't available immediately and the Sheriff's Office couldn't immediately accommodate all those new spots, Lewis said.

He's hoping that the commission will commit to increasing the sheriff's staff in phases, perhaps over three years, Lewis said.

Commissioners, meanwhile, are contemplating how to continue with current services in the face of a projected 2.6 percent drop in 2017 revenues.

Scenarios already are being drafted to illustrate how many jobs elsewhere in the county might have to be reduced to accommodate increases in the sheriff's and district attorney's office and the possibility of furloughs — unpaid time for employees — four-day work weeks, and other measures have been raised.

"It's an emergency situation in our sheriff's staffing and with the DA," Commissioner Scott McInnis said in a budget meeting last week, suggesting that increases might be staggered, possibly a new deputy every month or so.

Eating deeply into the fund balance isn't something he's eager to do, said Commissioner John Justman.

**DEF 115**

PRESSURE TO FUND PUBLIC SAFETY | GJSentinel

"I can't go along with that," Justman said.

"I'm trying to save employees' jobs," commission Chairwoman Rose Pugliese said, noting that she also considers the county's contributions to Colorado Mesa University and economic development to be off the table.

The Sheriff's Office, however, has been stretched too thin for too long, Lewis said.

He's aware of the budget issues the county faces, but, "I can't in good conscience say it'll be OK, we'll be fine and submit a flat budget."

DEF 116