# EXHIBIT S



## MESA COUNTY
### JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | **Sr. Business Systems Analyst** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Manager** |
| **FLSA Status:** | **Exempt** |
| | |
| **Driving Classification:** | **Essential** |
| **Management:** | **Non-Supervisory Responsibility** |

### JOB SUMMARY:

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

### ESSENTIAL JOB FUNCTIONS:
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Performs project management duties, including; work scheduling, contract management, cost estimates, budget planning, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Provides custom reports, report writing; application software interface, export and import programming for assigned vertical applications.

Coordinate WEB and output interfaces between vertical applications and delivery output.

Manage and implement new technological projects; develop system design, functional specifications, planning, scheduling, training, and testing of system; set priorities and objectives related to projects; write bid specifications; coordinate work schedules to ensure projects are completed efficiently; work with vendors and staff for implementing new systems.

Ensures adherence to security policies and procedures are met for business processes, applications, conversions and implementations.

Provide after hour and on call support for assigned applications.

Coordinate with multiple internal customer groups supporting multiple existing business applications and processes and analyzes the degree to which they meet customer needs; explores opportunities to leverage existing applications to expand their efficiency and effectiveness.

5

**DEF 584**

Examines existing business models and data flows, identifies information opportunities and practical solutions, and discusses findings and designs appropriate solutions through use of existing and/or new business systems technology individually or in a team setting.

Participates in and oversees implementation of new systems and enhancements to existing systems, monitoring appropriate schedules and budgets. Develop user manuals and documentation as necessary. Oversee user, IT staff, and supervisory training as necessary to implement technical solutions. Provides ongoing customer support and training as needed.

Coordinates feasibility analysis, planning, development, and implementation of business systems to align information technology solutions with business initiatives.

Develop and manage project startup and implementation plans. Develop business process maps and data flow diagrams as needed. Develop proposed interfaces to existing county data systems as needed.

Work with internal personnel and external vendors in the development of solutions; work with other county departments in analyses of supporting documents and functions, such as contracts and procurement.

Develop testing and implementation schedules, being sensitive to customer needs and other I.T. projects. Communicates with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

Provide hardware and peripheral installation and support.  Provide "second tier" application support as needed, receiving help requests via the Helpdesk tracking system. Coordinates with the Help Desk concerning these requests.

Documents operations, security and procedures for IT application usage and maintenance. Develop application and process standards and procedures.

Document application specific backup and recovery procedures to assure a timely recovery in the case of a failure or disaster recovery.

Prepares Requests for Proposals for recommended business applications and evaluates applications and business process for outsourcing opportunities.

Provides user training via training classes, seminars, over the shoulder and one-on-one training.

Work with vendors and internal personnel in the maintenance and operation of applications.
Maintain user manuals and documentation as necessary.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

*MINIMUM QUALIFICATIONS REQUIRED:*

**Education and Experience:**

Bachelor's degree computer science or a related field and four (4) or more years of responsible related experience in an information systems environment, including computer programming and systems analysis, design, integration, and implementation desired.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:**

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment. Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

DEF 586



# MESA COUNTY
## JOB DESCRIPTION

| | |
|---|---|
| Job Title: | IT Manager |
| Department: | Information Technology |
| Reports To: | Assistant County Administrator |
| FLSA Status: | Exempt |
| | |
| Driving Classification: | Marginal |
| Management: | Supervisory Responsibility |

## JOB SUMMARY:

Manages IT systems including but not limited to: network, database, applications, help desk operations, desktop hardware and software replacements, upgrades, GIS, web and analyst functions. Responsible for direct supervision of IT staff.

## ESSENTIAL JOB FUNCTIONS:
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Oversees and coordinates the day-to-day activities of technical and support staff, to include work allocation, training, and problem resolution; motivates employees to achieve peak productivity and performance.

Oversees and ensures the timely and efficient provision of high quality technical support, training and consultation to customers.

Responds to inquiries and researches and resolves problems related to transactions handled by the unit; serves as liaison in the resolution of day-to-day administrative and operational issues.

Participates in the development of operating goals and objectives; recommends, implements, and administers methods and procedures to enhance operations.

Responsible for IT operating and capital budgets. Participates in the planning and allocation of human and facility resources.

Provides innovative and workable solutions.

Performs project administration duties, including; contract negotiation, work scheduling, cost estimates, budget preparation, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Supervises and provides technical leadership on a range of programs and projects for clientele; serves as program/project manager as appropriate.

Develops and presents reports, briefings, and materials in support of demonstrations for both marketing and internal management activities.

Maintains knowledge of state-of-the-art technology relative to high performance computing and associated specialized technical/applications areas.

Acts as liaison with federal, state, local agencies and districts for IT needs.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

**MINIMUM QUALIFICATIONS REQUIRED:**

**Education and Experience:**

Bachelor's degree in computer science or related field and five (5) or more years of related experience.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

Previous management experience preferred.

**PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:**

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment. Employee may be exposed to possible bodily injury from electrical shock.

DEF 3608