**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

     Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

     Defendant.

---

**PLAINTIFF'S MOTION TO FILE EXHIBIT UNDER SEAL**

---

Pursuant to D.C.COLO.LCivR. 7.2(c) and Fed. R. Civ. P. 5.2., Plaintiff Debra Bouricius, through her counsel, Paula Greisen and Jennifer Weiser Bezoza of KING & GREISEN, LLP, moves this Court for an Order allowing her to file a certain exhibit under seal.  The exhibit is attached to Plaintiff's Response to Mesa County's Motion for Summary Judgment, and in support thereof, states as follows:

1.     The first three pages of Exhibit A to the Response to Motion for Summary Judgment is an exhibit created by counsel which includes employees' dates of birth.  Because the exhibit was created, among other reasons, to show the ages of Plaintiff's colleagues, the exhibit cannot be redacted.

2.     Since the Court must review the exhibit in its entirety, filing the exhibit under seal is the least restrictive method available.

1

3.      This request is without prejudice to the Defendant in this case, who will have access to this document under the Level 1 restriction.

4.      Pending entry of an Order granting this motion, Plaintiff has filed the aforementioned exhibit under seal.

**Certification of Compliance with D.C.COLO.L.Civ.R 7.1(A):** Plaintiff's counsel attempted to confer with counsel for Defendant, but did not get a response.

**WHEREFORE**, the Plaintiff respectfully requests that the Court seal Ex. A to Plaintiff's Response to Mesa County's Motion for Summary Judgment filed at Doc. 93-1.

Dated this 4th day of October 2019.

KING & GREISEN, LLP

_s/ Jennifer W. Bezoza_____
Paula Greisen
Jennifer Weiser Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
(303) 298-9878 (voice)
(303) 298-9879 (fax)
greisen@kinggreisen.com
bezoza@kinggreisen.com

_Attorneys for Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2019, the foregoing **PLAINTIFF'S MOTION TO FILE EXHIBIT UNDER SEAL** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal
