IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## PLAINTIFF'S NOTICE OF RESTRICTED FILING

Plaintiff Debra Bouricius, by and through her counsel, Paula Greisen and Jennifer Weiser Bezoza of KING & GREISEN, LLP, hereby gives notice of filing under Level 1 Restriction, pursuant to D.C.COLO.LCivR 7.2, of Plaintiff's Exhibits D, M, O, and P to her Response to Mesa County's Motion for Summary Judgment at Doc. 93-2 through 93-5.

Exhibits D, M, O, and P contain documents which have been designated by Defendant Mesa County as Confidential pursuant to a Protective Order [Doc. 28]. The undersigned hereby gives notice of this restricted filing.

Dated this 4th day of October 2019.

        KING & GREISEN, LLP

        *s/ Jennifer W. Bezoza*
        Paula Greisen
        Jennifer Weiser Bezoza
        King & Greisen, LLP
        1670 York Street

1

Denver, CO 80206
(303) 298-9878 (voice)
(303) 298-9879 (fax)
greisen@kinggreisen.com
bezoza@kinggreisen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2019, the foregoing **PLAINTIFF'S NOTICE OF RESTRICTED FILING** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal

2