**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

___

**MESA COUNTY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND UNOPPOSED MOTION TO EXCEED THE TYPE-VOLUME LIMITATIONS**
___

Mesa County, by and through its undersigned counsel, respectfully moves the Court for an extension of time to file its Reply in support of its Motion for Summary Judgment Motion and for permission to exceed the presumptive type-volume limitations applicable to its Reply. In support of this Motion, Mesa County states the following:

1. Certificate of Compliance with D.C.Colo.L.R. 7.1(a). Counsel for Mesa County and counsel for Ms. Bouricius conferred regarding the relief requested herein, and counsel for Ms. Bouricius did not object to such relief.

2. Ms. Bouricius filed her Response to Mesa County's Motion for Summary Judgment on Friday, October 4, 2019. Pursuant to D.C.COLO.LCivR 56.1(a), Mesa County's Reply to its Motion for Summary Judgment is due to be filed on Friday, October 18, 2019.

1

3. Mesa County's counsel, Alicia Severn, and/or Michael Santo will be out of the office for all or significant parts of the work day, attending to previously-scheduled matters relating to other cases or clients, on October 7; October 9 and 10; and October 15, 16, 17, and 18.

4. One or both of Mesa County's counsel will also be out of the office attending to previously-scheduled business matters on October 21; October 23; October 25; and October 28.

5. In addition, Mr. Santo will be out of the office on a previously-scheduled vacation on October 11.

6. Due to these previously-scheduled business appointments and one-day vacation period, Mesa County respectfully requests a 14-day extension of time to file its Reply, thereby moving the deadline from October 18, 2019, to November 1, 2019.

7. This extension of time will not prejudice either party, nor alter the Court's schedule.

8. Additionally, this Court's Civil Practice Standards, Section III (A)(2), requires all Replies to Motions for Summary Judgment to be limited to a maximum of 2,700 words. In this matter, Ms. Bouricius asserted 74 new statements of fact, on 13 pages, to which Mesa County must respond in its Reply. So, in order to adequately address the factual matters asserted by Ms. Bouricius and present its Reply, Mesa County asks the Court for an additional 1,500 words for its Reply to its Motion for Summary Judgment.

9. This request for an extension of time and this request for an enlargement of the applicable type-volume limitations are the same as those requested by the Plaintiff in her Unopposed Motion for Extension of Time and Additional Words to Respond to Defendant's Motion for Summary Judgment (Doc 82).

10. Based on the foregoing, Mesa County respectfully requests the Court to grant Mesa County's Motion for an extension of time to file its Reply to its Motion for Summary Judgment, to and including November 1, 2019, and motion for an enlargement of the applicable type-volume limitation from 2,700 words to a maximum of 4,200 words.

Respectfully submitted this 10th day of October, 2019.

BECHTEL SANTO & SEVERN

*s/ Alicia W. Severn*
Alicia W. Severn, #42432
Michael C. Santo, #24083
205 N. 4th Street, Suite 300
Grand Junction, CO  81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
santo@bechtelsanto.com
severn@bechtelsanto.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **MESA COUNTY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND UNOPPOSED MOTION TO EXCEED THE TYPE-VOLUME LIMITATIONS** was served this 10th day of October 2019, via the CM/ECF electronic filing system, to the following:

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn
Attorney

**CERTIFICATE OF SERVICE**

In conformity with D.C.COLO.LCivR 6.1, the undersigned hereby certifies that a true and correct copy of the foregoing **MESA COUNTY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND UNOPPOSED MOTION TO EXCEED THE TYPE-VOLUME LIMITATIONS** was served via electronic mail, on October 10, 2019, to the following:

Nina Atencio
Representative of Mesa County

*s/ Alicia W. Severn*
Alicia W. Severn
Attorney for Defendant