## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

---

### ORDER GRANTING MESA COUNTY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND UNOPPOSED MOTION TO EXCEED THE TYPE-VOLUME LIMITATIONS

---

THE COURT, having considered the Mesa County's Unopposed Motion for an Extension of Time to File Its Reply In Support of Its Motion for Summary Judgment and Unopposed Motion to Exceed the Type-Volume Limitations, and being apprised of the grounds therefore,

HEREBY FINDS AND ORDERS that the Motions are GRANTED. Mesa County shall have up to and including November 1, 2019, to file its Reply to its Motion for Summary Judgment. And Mesa County's Reply brief shall not exceed a total of 4,200 words.

Dated: _____, 2019

                                      BY THE COURT:

                                      _____

                                      Daniel D. Domenico
                                      United States District Court Judge