# EXHIBIT 10

# *BOURICIUS*

# *VS.*

# *MESA COUNTY*

**Deposition**

## *DEBRA BOURICIUS*

*02/22/2019*

_____

## *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1    the 2016 layoffs?

2        A    I wouldn't know.

3        Q    Do you have a belief as to Mr. Wetzel's

4    credibility?

5        A    I have no opinion.

6        Q    Do you have a belief as to Mr. Wetzel's

7    honesty?

8        A    I have no been.

9        Q    Have you talked with Mr. Wetzel since your

10   employment with Mesa County ended?

11       A    No.

12       Q    And we have here witness Frank Whidden.

13   Do you know Mr. Whidden?

14       A    Yes.

15       Q    Who is he?

16       A    He was originally the IT department

17   director, and then he became the county

18   administrator.

19       Q    Do you have a sense of when that

20   switchover or that change happened?

21       A    I'm not sure.

22       Q    Was Mr. Whidden hired after you were

23   already working for Mesa County?

24       A    Yes.

25       Q    What was your relationship like with

1      Mr. Whidden?

2          A     I didn't work with him that much directly.

3          Q     Did you get along?

4          A     Yes.

5          Q     What information does Mr. Whidden have

6      about the allegations in your Complaint?

7          A     I can't say.

8          Q     What information does he have about the

9      causes of action in your Complaint?

10         A     I can't say.

11         Q     What information does Mr. Whidden have

12     about the statements and defenses in Mesa County's

13     Answer?

14         A     I have no idea.

15         Q     What information does he have regarding

16     how Mesa County treated you?

17         A     I would be speculating.

18         Q     Does that mean you don't know?

19         A     I don't know.

20         Q     What information does Mr. Whidden have

21     about your employment?

22         A     I don't know.

23         Q     What information does he have about your

24     termination?

25         A     I don't know.

1  A Yes.

2  Q Let's go back to Exhibit 12, the

3 Complaint, and look at paragraph 6 on page 2.

4   Okay. So the last line in paragraph 6

5 there, do you see where it talks about

6 Ms. Bouricius's loyalty and hard work?

7  A M-hm.

8  Q Do you see that?

9  A Yes.

10  Q What is it that makes you believe that you

11 were loyal and a hard worker?

12  A I had been there for 26 years, and my

13 performance evaluations were excellent, so I have no

14 reason to believe otherwise.

15  Q Did Mr. Whidden ever talk with you about

16 your performance?

17  A No.

18  Q Did he ever say you were a good performer,

19 a bad performer, indifferent performer?

20  A I don't think he knew what my performance

21 was other than to sign the performance that Rick gave

22 him in write-up.

23  Q Why don't you think he knew?

24  A What?

25  Q Why don't you think he knew? Mr. Whidden,

1 why don't you think he knew?

2     A    Because he took, to me, a hands-off

3 approach with his people.

4     Q    Do you know if he knew what employees were

5 doing?

6     A    Probably if they did something really bad

7 he would know but --

8     Q    Why do you say that?

9     A    Because usually they know about things

10 when -- but if they're performing really well, I

11 don't think he knew.

12     Q    Did he ever tell you he didn't know?

13     A    No.

14     Q    Is it your speculation that he didn't

15 know?

16     A    Based on the fact that he fired me, I

17 would say it's a pretty good indication that he

18 didn't know.

19     Q    May there have been other reasons that you

20 were part of the layoff?

21         MS. BISBEE: Objection.

22     A    I can't think of any.

23     Q    (By Ms. Severn) Did you ever have any

24 corrective or disciplinary action during your

25 employment?

1       Q      All right.  Would they step in and do
2    business systems analyst type jobs --
3       A      No.
4       Q      -- when you needed it?
5       A      No.
6       Q      What jobs would you do in PC support?
7       A      Oh, anything from replacing a system or a
8    monitor or keyboard, installing software.  I mean,
9    just about anything you could do with a PC, I can do.
10      Q      Is that something you were actively doing
11   throughout your whole time there up until the point
12   that you were let go?
13      A      Well, I didn't do it on a regular basis
14   because I had more important things to do in my job,
15   so no.
16      Q      Did you answer help desk calls?
17      A      Yes.
18      Q      Was that something that everybody had to
19   do if they were available?
20      A      No.  It went through progressions.  When I
21   started, I actually started the first help desk, and
22   what I did was use people throughout the department
23   to be on the help desk, so it was a big training
24   process for me to train everybody to answer the help
25   desk and know how to answer things.

1           And then pretty soon later we in the
2    business systems analyst positions would be answering
3    the help desk on a regular basis, and then they
4    actually hired two people to start doing that.
5        Q    So they kind of took over --
6        A    Yeah.
7        Q    -- that role?
8             What would you do with the database
9    administrator position?
10       A    It would typically be setting up new
11   servers, doing backups, that kind of thing.
12       Q    Is that something that you did?
13       A    At one point, yes.
14       Q    Were you doing it when you were a senior
15   business systems analyst or prior to that?
16       A    Prior to that.
17       Q    Prior, okay.
18            Did you work in GIS ever?
19       A    No.
20       Q    What about web administration?
21       A    At one point I was the web administrator.
22       Q    Do you remember about when that was?
23       A    No, I don't recall.
24       Q    Was it before you were a senior business
25   systems analyst?

- AMENDMENT SHEET -

Deposition of DEBRA BOURICIUS
February 22, 2019
Bouricius v. Mesa County
Civil Action No. 18-cv-01144-WYD-STV

The deponent wishes to make the following changes in the testimony as originally given:

| Page | Line | Should Read | Reason |
|---|---|---|---|
| 54 | 15 | Catherine Olguin | Spelling |
| 54 | 15 | Katharina Booth | Spelling |
| 54 | 16 | Catrina Weigel | Spelling |
| 55 | 4 | Catherine Olguin | Spelling |
| 55 | 12 | Catherine | Spelling |
| 232 | 21 | Catherine | Spelling |
| 232 | 25 | Catherine | Spelling |
| 214 | 22 | Since John Peacock was County Administrator. | "Peacock was not Commissioner" |
| 214 | 23 | When was Jon Peacock County Administrator | |

Signature of Deponent: _Debra Bouricius_

Acknowledged before me this 29th day of March 2019.

Notary's signature _Aslinn Kisor_

My commission expires 08/10/2019.

ASLINN KISOR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20114050069
MY COMMISSION EXPIRES 08/10/2019

```
1    STATE OF COLORADO     )
                           )ss.  REPORTER'S CERTIFICATE
2    COUNTY OF DENVER      )

3              I, Patricia M. Wrede, do hereby certify

4    that I am a Registered Professional Reporter and

5    Notary Public within the State of Colorado; that

6    previous to the commencement of the examination, the

7    deponent was duly sworn to testify to the truth.

8              I further certify that this deposition was

9    taken in shorthand by me at the time and place herein

10   set forth, that it was thereafter reduced to

11   typewritten form, and that the foregoing constitutes

12   a true and correct transcript.

13             I further certify that I am not related

14   to, employed by, nor counsel for any of the parties

15   or attorneys herein, nor otherwise interested in the

16   result of the within action.

17             In witness whereof, I have affixed my

18   signature this 5th day of March, 2019.

19             My commission expires March 21, 2021.

20

21

22
               _____
               Patricia M. Wrede, RPR
23             216 - 16th Street, Suite 600
               Denver, Colorado 80202
24

25
```