# EXHIBIT 11

# Transcript of the Testimony of

## RICK CORSI
### April 22, 2019

**Debra Bouricius**
**v**
**Mesa County, et al.**

## Linda L. Frizzell, RPR

*Linda L. Frizzell, RPR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



CELEBRATING 20 YEARS
*Of Court Reporting In Colorado*
Hansen & Company, Inc.
*Serving Colorado's Legal Community*

Debra Bouricius                                              RICK CORSI
Mesa County, et al.                                       April 22, 2019

Page 36

1  positions?  Did his office move?
2       A.  Yes.
3       Q.  Okay.  Do you recall how long into his tenure at
4  the County that happened?
5       A.  Two or three years in is what I recall, but I
6  wouldn't say for sure with that.
7       Q.  Okay.  And where would -- and where was his new
8  office in relation to yours?
9       A.  On the third floor, I guess, of the courthouse.
10  My office was in the basement of the courthouse.
11       Q.  Okay.  So did he spend much time in the IT
12  offices after he moved to the third floor?
13       A.  Not a lot of time, no.  He would come down
14  occasionally.
15       Q.  What about observing the IT workers, did he do
16  much of that?
17       A.  Not much at all at that point.
18       Q.  Okay.  Did you still continue to meet?
19       A.  Yes.
20       Q.  Once a week?
21       A.  Prior -- yeah, not -- and it may not have even
22  been once a week at that point.  It could have been -- it
23  wasn't a regular, but I recall there wasn't a regular
24  time frame.
25       Q.  So did he dedicate less time to the IT

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 173

1        REPORTER'S CERTIFICATE

2

STATE OF COLORADO    )
3                    )  ss.
COUNTY OF DENVER     )

4

5            I, LINDA L. FRIZZELL, Registered Professional
6    Reporter and Notary Public, State of Colorado, do hereby
7    certify that previous to the commencement of the
8    examination, the said RICK CORSI was duly sworn by me to
9    testify to the truth in relation to the matters in
10   controversy between the parties hereto; that the said
11   deposition was taken in machine shorthand by me at the
12   time and place aforesaid and was thereafter reduced to
13   typewritten form, consisting of 173 pages herein; that
14   the foregoing is a true transcript of the questions
15   asked, testimony given, and proceedings had.  I further
16   certify that I am not employed by, related to, nor of
17   counsel for any of the parties herein, nor otherwise
18   interested in the outcome of this litigation.
19           IN WITNESS WHEREOF, I have affixed my signature
20   and seal this 28th day of April, 2019.
21           My commission expires July 27, 2019.
22
       _____
23             Linda L. Frizzell
               Registered Professional Reporter
24             Commission No. 19914008994

25