# EXHIBIT 12

1

```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

_____

DEPOSITION OF LORI MARAK

                                      May 10, 2019

_____

DEBRA BOURICIUS,

      Plaintiff,

vs.

MESA COUNTY, by and through the Mesa County Board

of County Commissioners,

      Defendant.

_____


            Pursuant to Notice and the Federal Rules

of Civil Procedure, the deposition of LORI MARAK,

called by Plaintiff, was taken on Friday, May 10,

2019, commencing at 9:13 a.m., at 205 North 4th

Street, Grand Junction, Colorado, before Candice F.

Flowers, Certified Shorthand Reporter and Notary

Public within and for the State of Colorado.
```

**Lori Marak   May 10, 2019**

1      A     So technically, no.  Work ethic and

2  ability to work with people, yes.

3      Q     You like her as a person, right?

4      A     Absolutely.

5      Q     Does Frank Whidden ever come around and

6  interact with you as a senior business systems

7  analyst?

8      A     No.

9      Q     Does he assign you any work?

10     A     No.

11     Q     Does he know what you do?

12                MR. SANTO:  Object to form.  You can

13  answer.

14     A     I would assume that he does, but I don't

15  know for sure.

16     Q     (By Ms. Bisbee) Has he ever sat you down

17  and talked to you about one of your projects?

18     A     No.  We have talked, in passing, about

19  this criminal justice services project and how it's

20  going, timeline for implementation, and final

21  completion.

22     Q     Okay.  So what's the criminal justice

23  services project?

24     A     That's the TriTrak project and it's been

25  ongoing since about 2013 or 2014.

**Lori Marak   May 10, 2019**

```
 1        Q    Has he ever said anything to you that
 2   would make you think...
 3        A    I just don't know.  I can't remember.
 4        Q    Okay.  Is Frank Whidden's office in the
 5   IT office?
 6        A    No.
 7        Q    He's currently director of IT, correct?
 8        A    Yes.
 9        Q    Among other things.
10        A    That's correct.
11        Q    How often do you see him in and around
12   the IT office?
13        A    Maybe once a month, but I'm not in IT
14   every day either.
15        Q    Fair enough.
16             Does he ever come by where you are in the
17   sheriff's office?
18        A    No.
19        Q    Was there ever a time when Frank
20   Whidden's office was in the IT office?
21        A    Yes.  That would have been before he
22   moved upstairs as assistant.  I'm not sure if he
23   went to assistant county manager or straight to
24   county manager.  I can't recall.
25        Q    Do you know what all of his other jobs
```

**Lori Marak   May 10, 2019**

1        A     Yes, I would say that's true.

2        Q     He never came to you and asked whether

3    Deb Bouricius was good at her job, did he?

4        A     No.

5        Q     Was Frank Whidden ever involved -- since

6    he became county administrator, has he been

7    involved in any of the -- any group IT meetings?

8        A     Since we're so small, we don't have a lot

9    of regular entire staff meetings.  He's been

10   present at pretty much every important meeting.

11       Q     What kind of meetings are important?

12       A     Like to let us know that people had

13   gotten laid off, things like that.  He shows up

14   sometimes for, you know, parties, like a going-away

15   party for somebody or an IT function where we're

16   doing a get-together, a potluck, things like that,

17   the fellowship sort of -- lunch meetings.

18       Q     But in the last couple of years, do you

19   remember him ever assigning you work?

20       A     No.

21       Q     Putting together teams?

22       A     No.  Pretty much everything from Frank

23   would be communicated down through Lhana.

24       Q     Okay.  Frank wouldn't ever discuss the

25   budget with you?  You specifically, not in a

| 79 | 9 | Change "Kerry" to "Carey." | This reference is to Carey Stieb, who spells his name C-a-r-e-y. |
|----|---|----------------------------|------------------------------------------------------------------|

*Lori Marak* _____

**Lori Marak**

6-13-2019 _____

**Date**

STATE OF COLORADO  )
                          )ss.
COUNTY OF MESA      )

Subscribed and sworn before me this _13_ day of June 2019 by Lori Marak.

*Deanna Gohn* _____

Notary Public

My Commission Expires: _6/12/2020_

DEANNA GOHN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19924001670
My Commission Expires June 12, 2020

**Lori Marak   May 10, 2019**

93

```
1    STATE OF COLORADO)

2                     )ss.     REPORTER'S CERTIFICATE

3    COUNTY OF MESA   )

4         I, Candice F. Flowers, do hereby certify that

5    I am a Certified Shorthand Reporter and Notary

6    Public within the State of Colorado; that previous

7    to the commencement of the examination, the

8    deponent was duly sworn to testify to the truth.

9         I further certify that this deposition was

10   taken in shorthand by me at the time and place

11   herein set forth, that it was thereafter reduced to

12   typewritten form, and that the foregoing

13   constitutes a true and correct transcript.

14        I further certify that I am not related to,

15   employed by, nor counsel for any of the parties or

16   attorneys herein, nor otherwise interested in the

17   result of the within action.

18        In witness whereof, I have affixed my

19   signature this 17th day of May, 2019.

20        My commission expires February 14, 2020.

21

22

23                       _____
                         Candice F. Flowers, CSR
24                       671 Alexia Court
                         Grand Junction, CO 81505
25
```