# EXHIBIT 13

## Mesa County, Resource Management, Information Technology
### Evaluation Criteria Form

**Deb Bouricius**

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | Demonstrates the ability to perform all "essential job functions" per job description. | 0-2.5 | 2.4 |
| [Comments] Successfully meets essential job function | | | |
| Technical Knowledge | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | 0-2 | 1.75 |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Excellent overall technical knowledge of all applications she supports. Could use a bit more development on in depth technical and system knowledge. | | | |
| Project Management | Demonstrates the ability to manage projects in a timely, efficient manner. | 0-1.5 | 1.4 |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Excellent project management knowledge and skills. Very good individual time management skills. Continues to develop group and team organization and mentoring skills. | | | |
| Effective Communicator | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | 0-1 | .9 |
| [Comments] Excellent written communication skills and very good comprehension of needs from the customer. | | | |
| Customer Service | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | 0-1 | .95 |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Works well with all customers. Strives to meet customer needs. | | | |
| Inner Departmental Relations | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | 0-1 | 1.0 |
| [Comments] Works well with all coworkers. | | | |
| Professionalism and Availability | Conducts and presents self in a professional manner and appearance. | 0-1 | 1.0 |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements. | | | |

Mesa County, Resource Management, Information Technology
Evaluation Criteria Form

*Deb Bouricius*

Overall Comments: *[Comments] Deb has shown the ability to meet all the technical requirements of the job. Seems to feel most comfortable managing projects. An area to continue to develop in would be technical and system knowledge.*

*Deb has managed several different start-up projects throughout the year and as always continues to do an excellent job managing, coordination and organizing staff and vendors.*

*Has handles all assignments well.*

Overall Rating

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ☒ | ☒ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi*    Date: 12/5/2014 | 16:53 PT

Director Signature: *Frank Whidden*    Date: 12/5/2014 | 12:21 PT

Employee Signature: *D. A. Bouricius*    Date: 12/7/2014 | 15:08 PT

S:/IT/Management/Reviews/Evaluation Form.doc

DEF 717