IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## PLAINTIFF'S NOTICE OF RESTRICTED FILING

Plaintiff Debra Bouricius, by and through her counsel, Paula Greisen and Jennifer Weiser Bezoza of KING & GREISEN, LLP, hereby gives notice of filing under Level 1 Restriction, pursuant to D.C.COLO.LCivR 7.2, of Plaintiff's Exhibit 14 to her Reply in Support of the Motion Pursuant to Fed. R. Evid. 702 to Strike Frank Whidden's Expert Designation and Expert Witness Opinions at Doc. 99-1.

Exhibit 14 contains employee reviews which have been designated by Defendant Mesa County as Confidential pursuant to a Protective Order [Doc. 28]. The undersigned hereby gives notice of this restricted filing.

Dated this 14th day of October 2019.

    KING & GREISEN, LLP

    *s/ Jennifer W. Bezoza*
    Paula Greisen
    Jennifer Weiser Bezoza

1

        King & Greisen, LLP
        1670 York Street
        Denver, CO 80206
        (303) 298-9878 (voice)
        (303) 298-9879 (fax)
        greisen@kinggreisen.com
        bezoza@kinggreisen.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of October 2019, the foregoing **PLAINTIFF'S NOTICE OF RESTRICTED FILING** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

        *s/ Laurie A. Mool*
        Laurie A. Mool, Paralegal