# THE LAW FIRM OF
# BECHTEL SANTO & SEVERN

August 9, 2019

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York St.
Denver, CO 80206
*Sent via email:* greisen@kinggreisen.com
            bezoza@kinggreisen.com

Re:   *Bouricius v. Mesa County*: Defendant's designation of confidential information in the deposition transcript of Frank Whidden

Dear Ms. Greisen and Ms. Bezoza,

Pursuant to the parties' Protective Order, paragraph 7 (Doc 28), we are writing today to designate as confidential portions of Frank Whidden's deposition transcript. Those portions of Mr. Whidden's deposition that the Defendant designates as confidential are:

1. Mesa County designates pages 208:2-3 and 208:21-209:4 123:4-7 as confidential because this testimony relates to confidential gender discrimination and sexual harassment investigations and matters, which are confidential pursuant to C.R.S. § 24-72-204(3)(a)(X)(a).

2. Ms. Janine Corsi's and Mr. Rick Corsi's Charges of Discrimination are identified as confidential because they discuss sex discrimination and/or sex harassment matters, which are confidential pursuant to C.R.S. § 24-72-204(3)(a)(X)(a). *See* DEF 3233-3241, 3571-3572. Thus, Mesa County designates pages 212:22-213:7, 295:6-13, 296:18, 296:25-298:5 as confidential because the testimony relates to these Charges.

3. Ms. ▇▇ A▇▇▇'s Charge of Discrimination and associated documents are identified as confidential because they discuss sex discrimination and/or sex harassment matters, which are confidential pursuant to C.R.S. § 24-72-204(3)(a)(X)(a). *See* DEF 2154-2367, 2378-2380, 2415-2417, 2418-2425, 2438-2448, 2450-2462, 2464-3146, 3157-3166, 3201-3230, 5258-5262. Thus, Mesa County designates pages 304:15-19 as confidential because the testimony relates to Ms. A▇▇▇'s Charge and related documents.

4. Deposition Exhibit 43 contains an Agreement and Release related to Ms. ▇▇ A▇▇▇'s Charge of Discrimination, pages DEF 5258-5262 of which are marked confidential because Ms. A▇▇▇'s Charge discusses confidential sex discrimination and/or sex harassment

Ms. Paula Greisen, Ms. Jennifer Bezoza
August 9, 2019
Page 2
   Re: Designation of confidential information in the deposition transcript of Mr. Whidden

matters, which are confidential pursuant to C.R.S. § 24-72-204(3)(a)(X)(a). Therefore, Mesa County designates page 305:18-22 as confidential because this testimony relates to Deposition Exhibit 43.

  Thank you.

                Sincerely,

                Alicia W. Severn