**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

---

**ORDER GRANTING MESA COUNTY'S MOTION FOR RECONSIDERATION OF THE ORDER UNRESTRICTING ACCESS TO EXHIBIT 5A (Doc 76)**

---

THE COURT, having considered the Mesa County's Motion for Reconsideration of the Order Unrestricting Access to Exhibit 5a (Doc 76), and being apprised of the grounds therefore,

HEREBY FINDS AND ORDERS that the Motion is GRANTED. Exhibit 5a to Plaintiff's Motion to Strike Frank Whidden's Expert Designation and Expert Witness Opinions Pursuant to FRE 702 (Doc 75) shall be reinstated under Restriction Level 1.

IN THE ALTERNATIVE, Mesa County shall have fourteen (14) days to file a redacted version of Exhibit 5a to Plaintiff's Motion to Strike Frank Whidden's Expert Designation and Expert Witness Opinions Pursuant to FRE 702 (Doc 75), in conformity with its Motion.

Dated: _____, 2019

                      BY THE COURT:

                      _____

1