# THE LAW FIRM OF
# BECHTEL SANTO & SEVERN

August 9, 2019

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York St.
Denver, CO 80206
*Sent via email:* greisen@kinggreisen.com
             bezoza@kinggreisen.com

   Re: *Bouricius v. Mesa County*: Defendant's designation of confidential information in the deposition transcript of Frank Whidden

Dear Ms. Greisen and Ms. Bezoza,

  Pursuant to the parties' Protective Order, paragraph 7 (Doc 28), we are writing today to designate as confidential portions of Frank Whidden's deposition transcript. Those portions of Mr. Whidden's deposition that the Defendant designates as confidential are:

  1. Mesa County designates pages 208:2-3 and 208:21-209:4 123:4-7 as confidential because this testimony relates to confidential gender discrimination and sexual harassment investigations and matters, which are confidential pursuant to C.R.S. § 24-72-204(3)(a)(X)(a).

  2. Ms. Janine Corsi's and Mr. Rick Corsi's Charges of Discrimination are identified as confidential because they discuss sex discrimination and/or sex harassment matters, which are confidential pursuant to C.R.S. § 24-72-204(3)(a)(X)(a). *See* DEF 3233-3241, 3571-3572. Thus, Mesa County designates pages 212:22-213:7, 295:6-13, 296:18, 296:25-298:5 as confidential because the testimony relates to these Charges.

  3. Ms. ███ A█████'s Charge of Discrimination and associated documents are identified as confidential because they discuss sex discrimination and/or sex harassment matters, which are confidential pursuant to C.R.S. § 24-72-204(3)(a)(X)(a). *See* DEF 2154-2367, 2378-2380, 2415-2417, 2418-2425, 2438-2448, 2450-2462, 2464-3146, 3157-3166, 3201-3230, 5258-5262. Thus, Mesa County designates pages 304:15-19 as confidential because the testimony relates to Ms. A█████'s Charge and related documents.

  4. Deposition Exhibit 43 contains an Agreement and Release related to Ms. ███ A█████'s Charge of Discrimination, pages DEF 5258-5262 of which are marked confidential because Ms. A█████'s Charge discusses confidential sex discrimination and/or sex harassment

---

205 N. 4th Street, Suite 300 Grand Junction, CO 81501 Phone 970-683-5888 Fax 970-683-5887
ATTORNEYS AT LAW Michael C. Santo Alicia W. Severn Emily E. Tichenor*
*also admitted in Florida and North Dakota*

Ms. Paula Greisen, Ms. Jennifer Bezoza
August 9, 2019
Page 2

    *Re: Designation of confidential information in the deposition transcript of Mr. Whidden*

matters, which are confidential pursuant to C.R.S. § 24-72-204(3)(a)(X)(a). Therefore, Mesa County designates page 305:18-22 as confidential because this testimony relates to Deposition Exhibit 43.

    Thank you.

                           Sincerely,

                            Alicia W. Severn