# THE LAW FIRM OF
# BECHTEL SANTO & SEVERN

August 22, 2019

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York St.
Denver, CO 80206
Sent via email: greisen@kinggreisen.com
bezoza@kinggreisen.com

Re:  *Bouricius v. Mesa County*: Defendant's amended designation of confidential information in the deposition transcript of Frank Whidden

Dear Ms. Greisen and Ms. Bezoza,

Pursuant to the parties' Protective Order, paragraphs 3 and 7 [Doc 28], and pursuant to the Court's Order dated August 21, 2019, we are writing today to amend our previous designations of confidential portions of Frank Whidden's deposition transcript. Those portions of Mr. Whidden's deposition that the Defendant designates as confidential are:

1.  Pursuant to the Court's Order dated August 21, 2019, Ms. ▇▇ A▇▇▇'s Charge of Discrimination and associated documents are identified as confidential because they discuss sex discrimination and/or sex harassment matters. *See also* C.R.S. § 24-72-204(3)(a)(X)(a) and DEF 2154-2367, 2378-2380, 2415-2417, 2418-2425, 2438-2448, 2450-2462, 2464-3146, 3157-3166, 3201-3230, 5258-5262. Thus, Mesa County designates pages 304:15-19 as confidential because the testimony relates to Ms. A▇▇▇'s Charge and related documents.

2.  Pursuant to the Court's Order dated August 21, 2019, Deposition Exhibit 43 contains an Agreement and Release related to Ms. ▇▇ A▇▇▇'s Charge of Discrimination, pages DEF 5258-5262 of which are marked confidential because Ms. A▇▇▇'s Charge discusses confidential sex discrimination and/or sex harassment matters. See also C.R.S. § 24-72-204(3)(a)(X)(a). Therefore, Mesa County designates page 305:18-22 as confidential because this testimony relates to Deposition Exhibit 43.

By providing this amended designation, Mesa County does not waive its right to appeal the Court's Order dated August 21, 2019, file for reconsideration, or take any other action(s) it may be legally entitled to take, make, or request. Consequently, Mesa County notifies the Plaintiff that this designation may not be Mesa County's final notice regarding the confidentiality of portions of Mr. Whidden's deposition.

Paula Greisen
Jennifer Bezoza
    Re:    *Bouricius v. Mesa County*: Defendant's amended designation of confidential information in the deposition transcript of Frank Whidden
Page **2** of **2**

    Thank you.

                                Sincerely,

                                Alicia W. Severn