THE LAW FIRM OF

# BECHTEL
# SANTO & SEVERN

September 27, 2019

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York St.
Denver, CO 80206
*Sent via email: greisen@kinggreisen.com*
               *bezoza@kinggreisen.com*

Re:   *Bouricius v. Mesa County*: Defendant's second amended designation of confidential information in the deposition transcript of Frank Whidden

Dear Ms. Greisen and Ms. Bezoza,

Pursuant to the parties' Protective Order, paragraphs 3 and 7 [Doc 28], and pursuant to the Court's Order dated September 24, 2019 [Doc 87], we are writing today to amend our previous designations of confidential portions of Frank Whidden's deposition transcript. Those portions of Mr. Whidden's deposition that the Defendant designates as confidential are:

1. Pursuant to the Court's Order dated September 24, 2019 [Doc 87] and the Parties' protective order [Doc 28], Mesa County designates as confidential the name "Ms. A████'s" at page 304:15.

2. Pursuant to the Court's Order dated September 24, 2019 [Doc 87] and the Parties' protective order [Doc 28], Mesa County designates as confidential the name "A████" at page 304:18.

3. Pursuant to the Court's Order dated September 24, 2019 [Doc 87] and the Parties' protective order [Doc 28], Mesa County designates as confidential the information, ████████████████████████████████████████ at page 307:3-4.

4. Pursuant to the Court's Order dated September 24, 2019 [Doc 87] and the Parties' protective order [Doc 28], Mesa County designates as confidential the name "Ms. A████'s" at page 307:4.

5. Pursuant to the Court's Order dated September 24, 2019 [Doc 87] and the Parties' protective order [Doc 28], Mesa County designates as confidential the information ████████████████ at page 307:15-16.

Paula Greisen
Jennifer Bezoza

    Re:    *Bouricius v. Mesa County*: Defendant's second amended designation of confidential information in the deposition transcript of Frank Whidden

Page **2** of **2**

    6.    Pursuant to the Court's Order dated September 24, 2019 [Doc 87] and the Parties' protective order [Doc 28], Mesa County designates as confidential the information ▮▮▮ at page 308:2.

By providing this amended designation, Mesa County does not waive its right to appeal the Court's Order dated September 24, 2019, file for reconsideration, or take any other action(s) it may be legally entitled to take, make, or request. Consequently, Mesa County notifies the Plaintiff that this designation may not be Mesa County's final notice regarding the confidentiality of portions of Mr. Whidden's deposition.

    Thank you.

Sincerely,

*[signature]*

Alicia W. Severn