Frank Whidden   July 11, 2019

304

```
 1      A    Yeah.  But in our mind, that's the limit
 2   that we have.  If it goes over 49.9, then it needs
 3   to go to the board.  That's kind of a general rule
 4   that we use.  But it's a procurement policy where
 5   that's actually stated.
 6      Q    Well, have there been other civil cases
 7   settled by Mesa County that you're aware of in
 8   which the authority has -- in which the settlement
 9   exceeds the 49.9 number?
10      A    Not that I can recall that I knew about
11   during my time, no.
12      Q    Have you ever heard --
13      A    But I had forgotten -- I had forgotten I
14   signed that too, so...
15      Q    Have you heard of ███ ███████████ charge
16   of discrimination?
17      A    I'm sorry.  Who?
18      Q    ███████████████
19      A    That name -- I don't remember that name.
20      Q    Did -- are you aware of the -- what's
21   known as the age spreadsheet that was created --
22      A    I --
23      Q    -- in Mesa County?
24      A    I have heard that talked about but as --
25   as sort of urban legend.  But I have never seen
```