**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

---

**ORDER REGARDING MESA COUNTY'S MOTION TO RESTRICT PUBLIC ACCESS TO DOCUMENTS FILED WITH PLAINTIFF'S REPLY IN SUPPORT OF MOTION PURSUANT TO FED. R. EVID. 702 TO STRIKE FRANK WHIDDEN'S EXPERT DESIGNATION AND EXPERT WITNESS OPINIONS OR, IN THE ALTERNATIVE, PERMIT THE FILING OF REDACTED PAGES**

---

Upon consideration of Mesa County's Motion to Restrict Public Access to Documents Filed With Plaintiff's Reply In Support of Motion Pursuant to Fed. R. Evic. 702 to Strike Frank Whidden's Expert Designation and Expert Witness Opinions Or, In the Alternative, Permit the Filing of Redacted Pages, it is this _____ day of _____ 2019,

ORDERED that Mesa County's Motion be, and it hereby is, GRANTED; and it is further

ORDERED that Exhibit 14 (Doc 99), submitted with the Plaintiff's Reply In Support of Motion Pursuant to Fed. R. Evid. 702 to Strike Frank Whidden's Expert Designation and Expert Witness Opinions (Doc 98), be restricted from public access, pursuant to Restriction Level 1.

IN THE ALTERNATIVE, Mesa County's request for Restriction Level 1 is DENIED, but Mesa County's request to file a redacted version of Exhibit 14 is hereby GRANTED. Mesa County

1

shall have ten (10) calendar days from the date of this Order to file a redacted Exhibit 14 in which employees' names and performance comments—but not performance ratings—are redacted from the pages in Exhibit 14.

BY THE COURT:

_____