## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.   18-CV-01144-DDD-STV**

**DEBRA BOURICIUS,**

      Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

      Defendant.

## NOTICE OF REDACTED EXHIBIT 5A

Pursuant to Court Order (Doc 105), Defendant Mesa County, by and through its undersigned counsel, submits redacted Exhibit 5a, attached hereto.

Respectfully submitted this 29th day of October, 2019.

                         BECHTEL SANTO & SEVERN

                         By: *s/Alicia W. Severn*
                           Alicia W. Severn, #42432
                           Michael C. Santo, #24083
                           205 N. 4th Street, Suite 300
                           Grand Junction, Colorado 81501
                           Telephone: (970) 683-5888
                           Facsimile: (970) 683-5887
                           Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF REDACTED EXHIBIT 5A** was served this 29th day of October 2019, via CM/ECF electronic filing, to the following:

Paula Greisen
Jennifer Weiser Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
*Attorneys for Plaintiff*

*s/ Alicia W. Severn*
Alicia W. Severn, attorney