# EXHIBIT 5a

Case 1:18-cv-01144-DDD-STV Document 76-1 Filed 09/04/19 USDC Colorado Page 2 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

---

VIDEOTAPED DEPOSITION OF FRANK WHIDDEN

July 11, 2019

---

DEBRA BOURICIUS,

Plaintiff,

vs.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

Defendant.

---

Pursuant to Notice and the Federal Rules of Civil Procedure, the videotaped deposition of FRANK WHIDDEN, called by Plaintiff, was taken on Thursday, July 11, 2019, commencing at 9:07 a.m., at 205 North 4th Street, Grand Junction, Colorado, before Candice F. Flowers, Certified Shorthand Reporter and Notary Public within and for the State of Colorado.

A Yeah. But in our mind, that's the limit that we have. If it goes over 49.9, then it needs to go to the board. That's kind of a general rule that we use. But it's a procurement policy where that's actually stated.

Q Well, have there been other civil cases settled by Mesa County that you're aware of in which the authority has -- in which the settlement exceeds the 49.9 number?

A Not that I can recall that I knew about during my time, no.

Q Have you ever heard --

A But I had forgotten -- I had forgotten I signed that too, so...

Q Have you heard of [REDACTED] charge of discrimination?

A I'm sorry. Who?

Q [REDACTED]

A That name -- I don't remember that name.

Q Did -- are you aware of the -- what's known as the age spreadsheet that was created --

A I --

Q -- in Mesa County?

A I have heard that talked about but as -- as sort of urban legend. But I have never seen

**REDACTED**

such spreadsheet nor have I heard any -- anything that I could say that I felt was credible that that existed, but there's definitely scuttlebutt around the County that that occurred.

Q Well, what investigation have you done to determine whether or not that allegation is credible?

A None. I did not -- that was -- happened, my understanding was, before -- long before my time at the County, and I certainly didn't go digging up ancient history to see what happened.

Q Do you know anything about the settlements that Mesa County entered into in that case?

A No.

Q And that is a settlement that was entered into in 2014. I'll put this exhibit in front of you. Do you see Exhibit 43, that that was a settlement entered into during your tenure at Mesa County?

A I see that that was at that time, yeah, that that's when the dates are, yes.

Q And as director of HR, are you aware of when complaints of discrimination are made against Mesa County?