# BOURICIUS

# VS.

# MESA COUNTY

## Deposition

# DEBRA BOURICIUS

*02/22/2019*

_____

## AB Court Reporting & Video
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

EXHIBIT 10
18-CV-01144-DDD-STV

1     Q     All right.  Would they step in and do
2  business systems analyst type jobs --
3     A     No.
4     Q     -- when you needed it?
5     A     No.
6     Q     What jobs would you do in PC support?
7     A     Oh, anything from replacing a system or a
8  monitor or keyboard, installing software.  I mean,
9  just about anything you could do with a PC, I can do.
10    Q     Is that something you were actively doing
11 throughout your whole time there up until the point
12 that you were let go?
13    A     Well, I didn't do it on a regular basis
14 because I had more important things to do in my job,
15 so no.
16    Q     Did you answer help desk calls?
17    A     Yes.
18    Q     Was that something that everybody had to
19 do if they were available?
20    A     No.  It went through progressions.  When I
21 started, I actually started the first help desk, and
22 what I did was use people throughout the department
23 to be on the help desk, so it was a big training
24 process for me to train everybody to answer the help
25 desk and know how to answer things.

1       And then pretty soon later we in the
2 business systems analyst positions would be answering
3 the help desk on a regular basis, and then they
4 actually hired two people to start doing that.
5    Q    So they kind of took over --
6    A    Yeah.
7    Q    -- that role?
8         What would you do with the database
9 administrator position?
10   A    It would typically be setting up new
11 servers, doing backups, that kind of thing.
12   Q    Is that something that you did?
13   A    At one point, yes.
14   Q    Were you doing it when you were a senior
15 business systems analyst or prior to that?
16   A    Prior to that.
17   Q    Prior, okay.
18        Did you work in GIS ever?
19   A    No.
20   Q    What about web administration?
21   A    At one point I was the web administrator.
22   Q    Do you remember about when that was?
23   A    No, I don't recall.
24   Q    Was it before you were a senior business
25 systems analyst?

1   A   Yes.

2   Q   Do you remember what the address was, the
3   physical address, of the location where you worked
4   for Mesa County?

5   A   It was the courthouse.

6   Q   On Spruce Street?

7   A   I can't recall where it was.

8   Q   In downtown Grand Junction?

9   A   Yes.  The main courthouse.

10  Q   All right.  Let's go back to our
11  Exhibit 12, and look at paragraph 3, and I just want
12  to look at the first sentence there that says:  Mesa
13  County fired Ms. Bouricius because of her age as part
14  of an IT department --

15  A   Can you go back and --

16  Q   Yes, I'm sorry.

17      MS. BISBEE:  Are you on page 1?

18  Q   (By Ms. Severn) Page 1, paragraph 3,
19  sorry.  Do you see that at the very bottom?

20  A   Yes.

21  Q   All right.  And I'm looking at the first
22  sentence that says:  Mesa County fired Ms. Bouricius
23  because of her age as part of an IT department layoff
24  that exclusively targeted employees over the age of
25  40.


1  Q   And, Ms. Bouricius, have you seen
2  Exhibit 21 before?
3  A   Yes.
4  Q   And looking at the two signatures on page
5  736, is one of those your signature?
6  A   Yes.
7  Q   Which one?
8  A   The top one.
9  Q   Okay. What is this document?
10 A   Improvement action plan.
11 Q   Is this the disciplinary document that we
12 were talking about earlier this afternoon?
13 A   Yes.
14 Q   All right. You can set that aside.
15     I'd like to go back to Exhibit 3. Those
16 are the discovery requests we talked about earlier
17 this morning. Do you have that there?
18 A   Yes.
19 Q   Let's look at interrogatory number 3, and
20 it starts on page 3 and goes on to page 4. What I'd
21 like to look at is part of your response that's on
22 page 4.
23     Do you need to review it?
24     MS. BISBEE: I think she's on the wrong
25 page again.