Teresa Devlin, Compliance Investigator
Debra Bouricius v. Mesa County
May 22, 2017
Page 3 of 10

*See* Attachment 9 to Respondent's Position Statement. Given Ms. Bouricius's overall rating of between "Exceeds" and "Far Exceeds," there is no indication that Mesa County had any concerns about any aspect of her performance.

The next year, in 2015, Ms. Bouricius again received a strongly positive performance review, which read: "Throughout the year Deb has lead and been involved in a wide variety of projects. . . . She has supported countywide and core department specific applications for many years and has an extensive knowledge of their business processes and needs. Deb strives to meet customer expectations in a very challenging environment at times." *See* Attachment 8 to Respondent's Position Statement. Ms. Bouricius did not receive a performance evaluation for 2016 because she was laid off before the performance evaluation process began.

At the time of the October 2016 layoff, the Mesa County Information Technology (IT) Department had six Sr. BSAs. (Respondent's Position Statement incorrectly claims that the IT Department only had five Sr. BSAs, conveniently omitting to mention the youngest employee with that title, 33-year-old Elizabeth McDowell). The Sr. BSAs in the IT Department at the time of Ms. Bouricius's termination were:

| NAME | AGE | YEARS OF SERVICE | LAID OFF | EVIDENCE PROVIDED BY MESA COUNTY ABOUT JOB PERFORMANCE |
|---|---|---|---|---|
| Debra Bouricius | 57 | 26 | Yes | Yes, positive performance reviews throughout career |
| David Barnett | [REDACTED] | 12 | Yes | No |
| Elizabeth McDowell | [REDACTED] | 4 | No | No |
| Lori Marak | [REDACTED] | 15 | No | No |
| Terrie Hotary | [REDACTED] | 3 | No | No |
| Kelly Leuallen | [REDACTED] | 23 | No | No |

1670 York Street • Denver, Colorado 80206 • p.303 298.9878 • f.303.298.9879 • www.KingGreisen.com • greisen@kinggreisen.com • swain@kinggreisen.com

| Full name | Home department | Years of service | Position Title | Annual Salary |
|---|---|---|---|---|
| JORDAN, LHANA M. | IT-IT | 15.9 | CUSTOMER SERVICE MANAGER | $80,000.04 |
| UNDERWOOD, DAVID E. | IT-IT | 16.2 | SUPPORT SPECIALIST | $51,874.20 |
| FLICK, TROY L | IT-IT | 17.4 | IT MANAGER | $83,965.44 |
| MARAK, LORI A | IT-IT | 17.4 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| LEUALLEN, KELLY T | IT-IT | 24.4 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| KADEL, CHRIS A | IT-IT | 18.1 | GIS ADMINISTRATOR-SR. | $72,894.96 |
| BOYLES, LEILANI A. | IT-IT | 23.7 | WEB ADMINISTRATOR | $72,894.96 |
| KEENE, JOSEPH S. | IT-IT | 14 | WEB ADMINISTRATOR | $70,945.44 |
| MCDOWELL, ELIZABETH K | IT-IT | 5.5 | BUSINESS SYSTEMS ANALYST/GIS A | $59,878.20 |
| MITTS, PAUL JOSEPH | IT-IT | 7.4 | TECHNICAL SUPPORT SPEC II | $42,160.79 |
| FARSLOW, ERIC L | IT-IT | 6.7 | SR SUPPORT SPECIALIST | $53,558.97 |
| TARLTON, WILLIAM | IT-IT | 6.3 | SR NETWORK ADMINISTRATOR | $72,894.96 |
| HOTARY, TERRIE J | IT-IT | 4.8 | SR BUSINESS SYSTEMS ANALYST | $62,481.60 |

EXHIBIT 11
18-CV-01144-DDD-STV

DEF 61

| Name | Dept | Hours | Title | Amount |
|---|---|---|---|---|
| DAVISON, RYAN A | IT-IT | 4.7 | GIS ADMINISTRATOR-SR | $62,481.60 |
| CONLON, DEREK J | IT-IT | 4.2 | SUPPORT SPECIALIST | $48,546.27 |
| WETZEL, ANDREW S | IT-IT | 3.2 | NETWORK SPECIALIST | $58,769.16 |
| DALLMAN, JOSHUA B | IT-IT | 2.4 | NETWORK SPECIALIST | $58,769.16 |
| BOYLES, KENAN P | IT-IT | 0.1 | TEMP EMPLOYEE -IT | $9.30 |
| GOLDEN, DEMIER E | IT-IT | 0.3 | TEMP EMPLOYEE -IT | $9.30 |
| MANZANARES, ISABEL R | IT-IT | 0.7 | TEMP EMPLOYEE -IT | $9.30 |
| VICKROY, MICKEY L | IT-IT | 0.2 | SUPPORT SPECIALIST | $48,546.27 |

EXHIBIT 11
18-CV-01144-DDD-STV

DEF 62

| Full name | Home department | Years of service | Position Title | Annual Salary |
|---|---|---|---|---|
| CORSI, JANINE M | IT-IT | 23.5 | NETWORK ADMINISTRATOR | $72,894.96 |
| BOURICIUS, DEBRA ANN | IT-IT | 26.5 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| BARNETT, DAVID A | IT-IT | 13.5 | SR BUSINESS SYSTEMS ANALYST | $64,501.32 |
| STIEB, CAREY W. | IT-IT | 19.5 | NETWORK ADMINISTRATOR | $72,894.96 |
| HOWERTON, GRISLYNN E | IT-IT | 3.4 | TECHNICAL SUPPORT SPECIALIST | $36,940.09 |
| CORSI, RICK | IT-IT | 21.4 | IT MANAGER | $91,292.52 |

**EXHIBIT 11**
**18-CV-01144-DDD-STV**

**DEF 63**

## IT POSITION AS FOR AUGUST – SEPTEMBER 2016

| ID | Name | Dept | Position | FTE |
|---|---|---|---|---|
| 00039-0001 | JORDAN, LHANA | IT-IT | CUSTOMER SERVICE MANAGER | 1.000 |
| 00182-0001 | DAWSON, RYAN | IT-IT | GIS ADMINISTRATOR-SR | 1.000 |
| 20202-0002 | BOYLES, LEILANI | IT-IT | WEB ADMINISTRATOR | 1.000 |
| 20202-0003 | CORSI, JANINE | IT-IT | NETWORK ADMINISTRATOR | 1.000 |
| 20202-0009 | KEENE, JOSEPH | IT-IT | WEB ADMINISTRATOR | 1.000 |
| 20202-0010 | KADEL, CHRIS | IT-IT | GIS ADMINISTRATOR-SR | 1.000 |
| 20202-0011 | BOURICIUS, DEBRA | IT-IT | SR BUSINESS SYSTEMS ANALYST | 1.000 |
| 20202-0012 | MARAK, LORI | IT-IT | SR BUSINESS SYSTEMS ANALYST | 1.000 |
| 20202-0013 | LEUALLEN, KELLY | IT-IT | SR BUSINESS SYSTEMS ANALYST | 1.000 |
| 20202-0014 | HOTARY, TERRIE | IT-IT | SR BUSINESS SYSTEMS ANALYST | 1.000 |
| 20202-0016 | DALLMAN, JOSHUA | IT-IT | SUPPORT SPECIALIST | 1.000 |
| 20202-0020 | CONLON, DEREK | IT-IT | SUPPORT SPECIALIST | 1.000 |
| 20202-0021 | STIEB, CAREY | IT-IT | NETWORK ADMINISTRATOR | 1.000 |
| 20202-0022 | TARLTON, WILLIAM | IT-IT | NETWORK ADMINISTRATOR | 1.000 |
| 20202-0023 | MITTS, PAUL | IT-IT | TECHNICAL SUPPORT SPEC II | 1.000 |
| 20202-0026 | WETZEL, ANDREW | IT-IT | SUPPORT SPECIALIST | 1.000 |
| 20202-0027 | MCDOWELL, ELIZABETH | IT-IT | BUSINESS SYSTEMS ANALYST/GIS ADMIN | 1.000 |
| 20202-0028 | UNDERWOOD, DAVID | IT-IT | SUPPORT SPECIALIST | 1.000 |
| 20202-0030 | FARSLOW, ERIC | IT-IT | SR SUPPORT SPECIALIST | 1.000 |
| 20202-0031 | BARNETT, DAVID | IT-IT | SR BUSINESS SYSTEMS ANALYST | 1.000 |
| 20202-0032 | SAGE, RONALD | IT-IT | SR NETWORK ADMINISTRATOR | 1.000 |
| 20460-0001 | CORSI, RICK | IT-IT | IT MANAGER | 1.000 |
| 22903-0001 | FLICK, TROY | IT-IT | IT MANAGER | 1.000 |
| 32603-0003 | HOWERTON, CRISLYNN | IT-IT | TECHNICAL SUPPORT SPECIALIST | 1.000 |
| | | | **Total Filled** | **24.000** |
| 20202-0008 | Thompson | IT-IT | BUSINESS SYSTEMS ANALYST | 1.000 |
| 20202-0024 | WERNER | IT-IT | LEAD SCANNING TECHNICIAN | 1.000 |

EXHIBIT 11
18-CV-01144-DDD-STV

DEF 87

# HUMAN RESOURCES TRANSACTION

✓

Date: _____  Employee Number: __1407__

Name: __Debra Bouricius__  Change Supervisor to: _____

Reason:
- ☐ Annual Review
- ☐ New Hire
- ☐ Title Change
- ☐ 6-Month Review
- ☐ Promotion
- ☐ Transfer
- ☐ Demotion
- ☒ Reclassification
- ☐ Other: _____
- ☐ Job Share
- ☐ Reorganization
- ☐ Lateral Move
- ☐ Temp to Regular Status

Merit Increase _____ %   Merit Pay _____ %   Cash Bonus $ _____

Does the employee want a supplemental check?  Yes ☐   No ☐   (One must be checked for Payroll)

Justification for Transaction/Cash Bonus: __Benched incorrectly during 2008 Comp Study - Reclassified - move from PG 11 to PG 13.__

**FROM:**
Department __IT__  FTE % __1.0__
Title: __BSA__
Pay Rate: __$6075.84/mon__
Effective Date: __12/22/2011__

Non-exempt to exempt? Yes ☐ No ☒
Marginal Driver to Essential? Yes ☐ No ☒

**TO:**
Department __IT__  FTE % __1.0__
Title: __Sr. BSA__
Pay Rate: __$6074.58/mon__

Exempt to non-exempt? Yes ☐ No ☒
Essential Driver to Marginal? Yes ☐ No ☒

(For HR Completion)
PC# _____  PC# Opened? Yes ☐ No ☐

(For HR Completion)
PC# _____  PC# Filled? Yes ☐ No ☐

Department Head/Division Director/Elected Official  _Sandy Penny_  Date 12-13-11
Human Resources/Manager/Designee  Date

H.R. Analyst  _signature_  Date 12/8/11
Administration  Date

## POSITION REQUISITION

Title: _____  Department: _____
Supervisor: _____  Employee Replaced: _____
Hiring Range: _____  Replacement: ☐  New Position: ☐  FTE %: _____
Date Vacated: _____

| Fund: | Cost Center: | Object: | Project: | Percent: | State Funding (DHS Only) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Approved by: _____  Date: _____
Department Head/Division Director/Elected Official
PC#: _____

R:\Forms\New Hire Packet\Personnel Transaction-Requisition - 02-2008.doc

EXHIBIT 11
18-CV-01144-DDD-STV
DEF 993

# MESA COUNTY

# HUMAN RESOURCES POLICIES AND PROCEDURES MANUAL

Revised and Adopted
October 10, 2016

EXHIBIT 11
18-CV-01144-DDD-STV

DEF 1303

CHAPTER 4

JOB PLACEMENT POLICIES AND PROCEDURES
(Health Department employees refer to addendum)
(See <u>also</u> Sheriff's Office Standards)

4.01  GENERAL EMPLOYMENT PRINCIPLES

Mesa County is dedicated to the policy of equal employment opportunity required by state and federal law.  Human Resources decisions will not be based on race, color, religion, creed, national origin, ancestry, sex, age, sexual orientation, physical or mental disability, marriage to a co-worker, retaliation for engaging in protected activity, or political preference. Exceptions may occur when specific requirements constitute a bona fide occupational qualification necessary to proper and efficient administration.

4.02  INTERNAL RECRUITMENT PROCEDURE

A. Each director will initiate action to fill a vacancy through the filing of the personnel requisition form with Human Resources.  Requisitions are to be submitted for properly authorized and budgeted positions only.

B. Human Resources will forward to each department job vacancy notices.  These notices shall be posted in each department in a manner that is both visible and accessible to all county employees.

C. Resumes for vacant positions will be accepted from qualified regular employees for five (5) working days after posting.  Positions for law enforcement officers will be posted as needed to establish an eligibility pool.

D. Human Resources will certify to the director those employee applicants meeting minimum requirements for the vacant position.  Upon referral, the director or designee will interview applicants deemed best qualified.

E. Employee applicants must possess the necessary skills, experience, and education to qualify for the vacancy except as provided in section 4.03.J.3.  In addition, past performance and attendance are factors taken into consideration in determining eligibility for the vacancy.

F. The director makes the hiring decision and Human Resources makes the job offer. (See Sections 9.06 for pay adjustments.)

4.03  EXTERNAL RECRUITMENT AND APPOINTMENT

A. External recruitment is initiated by Human Resources.

B. Human Resources may utilize any reasonable sources for advertising vacancies, which may include but are not necessarily limited to:  Newspapers, trade journals, professional publications, neighborhood and minority organizations, and listings with the Colorado State Employment Service.

C. Initial review of applications is performed by Human Resources. The most qualified applicants from the active eligibility files are referred to the appropriate department for in-depth interviewing and on-site testing for specific

12

**EXHIBIT 11**
**18-CV-01144-DDD-STV**

**DEF 1315**