```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
Civil Action No. 18-cv-01144-WYD-STV
_____
DEPOSITION OF LORI MARAK
                                        May 10, 2019
_____
DEBRA BOURICIUS,

     Plaintiff,

vs.

MESA COUNTY, by and through the Mesa County Board

of County Commissioners,

     Defendant.
_____


         Pursuant to Notice and the Federal Rules
of Civil Procedure, the deposition of LORI MARAK,
called by Plaintiff, was taken on Friday, May 10,
2019, commencing at 9:13 a.m., at 205 North 4th
Street, Grand Junction, Colorado, before Candice F.
Flowers, Certified Shorthand Reporter and Notary
Public within and for the State of Colorado.
```

**Lori Marak   May 10, 2019**

54

```
 1  and Janine were.  Chris Lynn and David Barnett, I'm
 2  not really sure.  And then Kerry, of course, I know
 3  he was as old, probably, or close to that.
 4       Q    Did you agree with Mr. Whidden's
 5  statement, whatever it was, about these were the
 6  people that were going to work?  Did you think that
 7  that was the right assessment?  Let me put it
 8  another way.
 9            Is that the team you would have left in
10  place?
11       A    Well, I am very different from Frank, and
12  I have a very different viewpoint of things within
13  the department.  I would not have picked the same
14  group, some of them maybe or some of them, yes, but
15  some of them, definitely not.
16       Q    What do you mean you have a different
17  viewpoint?
18       A    Well, I mean, just from picking people's
19  areas of expertise and knowledge and years of
20  service, I definitely would have chosen
21  differently, not across the board but on a few
22  people.
23       Q    Are you familiar with the County's layoff
24  policy?
25       A    I know that they are an at-will work
```

Lori Marak   May 10, 2019

56

```
 1                  MR. SANTO:  Object to form.
 2       A    I believe so, but we really didn't --
 3  Terrie was working on public safety systems and
 4  there were two others.  That's why I say that.  So
 5  Deb could have filled in with whatever gap was
 6  needed there.  We had a lot of stuff going on with
 7  CJSD, so that might have been why the decision was
 8  made.
 9       Q    (By Ms. Bisbee) So let's break that down.
10            There were six senior BSAs before the
11  layoff, right?
12       A    Uh-huh.
13                  MR. SANTO:  Is that a "yes"?
14                  THE DEPONENT:  Yes.
15       A    Not senior, but at least four -- wait.
16  I'm sorry.  Let me count.  Deb was senior, Kelly
17  was senior, Terrie was senior because she was
18  hired as a senior, and I was a senior.  So there
19  was at least four.  I'm not sure about the other
20  two, if they were senior yet.
21       Q    (By Ms. Bisbee) And were the other two
22  Elizabeth McDowell and David Barnett?
23       A    Yes.
24       Q    So who before the layoff was doing
25  criminal justice stuff?
```

Lori Marak  May 10, 2019

73

```
 1        Q    Did you ever hear any rumors that the
 2   County was looking into whether the layoff was
 3   discriminatory?
 4        A    We were told that they anticipated a
 5   lawsuit, so don't talk.
 6        Q    Okay.
 7        A    As soon as it happened, I would say, and
 8   I think that was just general, you know, now this
 9   is going to be coming to a lawsuit so -- or that
10   there was a lawsuit coming around.
11        Q    So when you say "they," who is "they"?
12        A    They, I would say management, just
13   because they might have been informed.  I'm not
14   sure, or maybe they anticipated -- IT management.
15   I'm sorry.
16        Q    IT management.  So we are talking Lhana
17   Jordan and Troy Flick.
18        A    Yes.
19        Q    What about Frank Whidden?
20        A    He would probably be in that same group,
21   and I don't know if that was communicated during
22   that meeting right after the layoffs.  I'm sorry.
23   It's all so fuzzy.  It was just getting the
24   heads-up that things were going to probably...
25        Q    If they hadn't done anything wrong, why
```

**Lori Marak   May 10, 2019**

90

```
 1       A    Harvest.  So, yeah, the crawl goes and
 2  just picks up every bit of data.  It doesn't even
 3  care.  And then they have algorithms that chunk it
 4  into usable form.  Common practice.
 5       Q    Yeah, I just heard harf.  It was a term I
 6  wasn't aware of.
 7            Did you have any supervisory authority
 8  over Ms. Bouricius?
 9       A    No.
10       Q    Over the Corsis?
11       A    No.
12       Q    Over any of the employees in the
13  department?
14       A    No.
15       Q    Or any of the employees in, for example,
16  the network administrative group?
17       A    No.
18       Q    You mentioned at the beginning of the
19  deposition that you had trepidation -- I don't
20  recall the exact word -- with the County attorneys
21  being here; is that correct?
22            MS. BISBEE:  Object to form.
23       A    Yes.
24       Q    (By Mr. Santo) And I may have put a word
25  in your mouth with trepidation.  I don't know if
```