Transcript of the Testimony of

# RICK CORSI
### April 22, 2019

**Debra Bouricius
v
Mesa County, et al.**

## Linda L. Frizzell, RPR

*Linda L. Frizzell, RPR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



CELEBRATING 20 YEARS
Of Court Reporting In Colorado
Hansen & Company, Inc.
Serving Colorado's Legal Community

**EXHIBIT 14
18-CV-01144-DDD-STV**

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 51

```
 1      Q.   Every year.  Now, at some point Frank Whidden
 2  made a decision to change the format of the employee
 3  evaluations; isn't that correct?
 4           MS. SEVERN:  Object to form.
 5      A.   Yes.
 6      Q.   (BY MS. BISBEE) Okay.  When was that?
 7      A.   Probably -- I'd say two or three years ago, but
 8  it would have been two or three years before I was fired.
 9      Q.   Okay.  So 2014 maybe?
10      A.   Yeah.
11      Q.   Did he ever indicate to you why it was that he
12  was changing the format of evaluations?
13           MS. SEVERN:  Object to form.
14      A.   I believe he thought they were cumbersome and
15  ineffective.
16      Q.   (BY MS. BISBEE) What makes you say that?
17      A.   He wanted to simplify them.
18           MS. BISBEE:  I want to show you -- I am going to
19  mark this Exhibit Number 34.
20           (Deposition Exhibit 34 was marked.)
21           MS. BISBEE:  And then this is Exhibit Number 35.
22           (Deposition Exhibit 35 was marked.)
23           MS. SEVERN:  I will just note for the record
24  that these are marked confidential.
25           MS. BISBEE:  Okay.  And I will note for the
```

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 52

```
 1   record that Number 34 is Defendant's 4294 and 3737, which
 2   is a group, and 35 is also a group exhibit with DEF 4138,
 3   4376, 4490, 4915, 4720, 5040 -- 5040, and 4364.
 4       Q.  (BY MS. BISBEE) Mr. Corsi, Ms. Severn just
 5   reminded us that these are confidential, much as they
 6   probably were when you wrote them or received them.  I
 7   just wanted to look at the format a little bit.  Number
 8   34 appears to me to be reviews that Frank Whidden did
 9   of you; is that correct?
10       A.  Yes.  We actually -- yes.
11       Q.  Okay.
12       A.  They were.
13       Q.  Okay.  And then this -- this next group, Number
14   35, these are 2015 reviews that you did of your
15   employees.  Does that look to be right to you?
16       A.  Yes.
17       Q.  All right.  Now, these two documents -- or, you
18   know, of this group of 35 and the two that Frank Whidden
19   created --
20       A.  Uh-huh.
21       Q.  -- the format looks very similar.
22       A.  Yes, uh-huh.
23       Q.  Is that fair to say?
24       A.  Uh-huh.
25       Q.  Was this a format that Frank Whidden gave you to
```

Debra Bouricius                                              RICK CORSI
Mesa County, et al.                                    April 22, 2019

Page 53

1   use for your employee evaluations?
2        A.  I'm not sure if Frank actually gave it to me or
3   if it was a format that between Frank and the managers,
4   we agreed to use.
5        Q.  But at some point, a decision was made at IT to
6   change the review format to what's reflected here in
7   Exhibit 35?
8        A.  In IT -- in -- yes.
9        Q.  And prior to that, there had been a more
10  objective, number-based system; is that correct?
11           MS. SEVERN:  Object to form.
12       A.  It was a number-based system, yes.
13       Q.  (BY MS. BISBEE) Okay.  Now, as I flip through
14  the different evaluations contained at 35 --
15       A.  Uh-huh.
16       Q.  -- they seem fairly similar?
17       A.  Yes.
18       Q.  Even some of the language is the same; is that
19  correct?
20       A.  Yes.
21       Q.  And I want to look a little bit at the goals.
22  You can check them out.  These were goals that you made
23  for your team; is that fair to say?
24       A.  It was goals that -- yes, for the team and we
25  discussed them individually.

Debra Bouricius                                          RICK CORSI
Mesa County, et al.                                April 22, 2019

Page 142

1   management, applications, law enforcement, and scanning
2   documents.  Are there any other areas that you managed
3   where you would have been evaluating or comparing
4   Ms. Bouricius' skills with other employee's skills?
5        A.  There would have -- I mean, there would have
6   been the law enforcement system.  Like I said, she was
7   involved in that at -- at one time and cross training on
8   that.  There would have been the treasurer system, there
9   would have been the assessor system, the appraisal
10  system, and...
11       Q.  Okay.  And when you say that Ms. Bouricius
12  worked with the law enforcement system at one time, do
13  you have a sense of when she stopped working with the law
14  enforcement system?
15       A.  I -- I don't recall when that exactly happened.
16       Q.  Okay.  Is it -- is it common when you're
17  implementing a system to implement the system and then it
18  stays static or are -- are changes made over time as
19  users start working with it?
20       A.  Normally changes are made over time.
21       Q.  Okay.  Is that typical?
22       A.  Yes.
23       Q.  Okay.  All right.  All right.  And I believe
24  that you testified as well that you believe that you
25  could take over for Troy's position.  Do you remember