IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV
_____

**DEBRA BOURICIUS,**

    **Plaintiff,**

vs.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    **Defendant.**
_____

DEPOSITION OF JOHN JUSTMAN
_____

Friday, May 3, 2019

9:02 a.m.


**PURSUANT TO NOTICE and the Federal Rules of Civil Procedure, the above-entitled deposition was taken on behalf of Plaintiff at 205 North 4th Street, Suite 300, Grand Junction, Colorado, before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within Colorado.**

**EXHIBIT 16**
**18-CV-01144-DDD-STV**

```
 1   let's say, a proposal to move money around --
 2          A.   Yes.
 3          Q.   -- and you give him your opinion, and then
 4   it sounds like you're assuming that he goes and talks to
 5   the other board commissioners and gets their opinion,
 6   right?
 7          A.   Correct.
 8          Q.   Okay.  But how do you know that there is a
 9   consensus, or not, with respect to any changes in those
10   allocations of money?
11          A.   I don't.
12          Q.   Okay.  So is it fair to say that you
13   simply just put a trust in Mr. Whidden that he's going to
14   do it -- if the money is going to be moved around, that
15   he's going to do it appropriately --
16               MR. SANTO:  Object to form.
17          Q.  (By Ms. Greisen)  -- is that right?
18               MR. SANTO:  Sorry.
19          A.   Correct.
20          Q.  (By Ms. Greisen)  Okay.  Would it also be
21   up to the county administrator to decide if layoffs were
22   needed?
23          A.   That's a possibility.
24          Q.   Well, again, I'm trying to find out, as a
25   matter of policy, whose authority it is.  Is it the
```

**EXHIBIT 16**
**18-CV-01144-DDD-STV**

```
 1   Board's, or is it the county administrator's, or somebody
 2   else's?  Do you know?
 3           A.   I would say county administrator.
 4           Q.   Okay.  So you know that many of the county
 5   employees have given decades of service to the county,
 6   right?
 7           A.   Correct.
 8           Q.   Okay.  And it's -- would you agree, it's
 9   especially important that the county -- it's important
10   that the county treat all employees with dignity and
11   respect, but especially the ones who have given decades
12   of service?
13                MR. SANTO:  Object to form.
14           Q.   (By Ms. Greisen)  Is that -- is that fair?
15           A.   Yes.
16           Q.   And that's because you understand that
17   making sure that county employees are treated fairly and
18   in compliance with the law, it's important to the
19   integrity of the county government, right?
20                MR. SANTO:  Object to form.
21           A.   Correct.
22           Q.   (By Ms. Greisen)  It's a reflection on how
23   the government, as a whole, operates, right?
24           A.   Correct.
25           Q.   During your tenure or during your time as
```

EXHIBIT 16
18-CV-01144-DDD-STV