Transcript of the Testimony of

# JANINE CORSI
### April 22, 2019

**Debra Bouricius
v
Mesa County, et al.**

## Linda L. Frizzell, RPR

*Linda L. Frizzell, RPR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



**EXHIBIT 17
18-CV-01144-DDD-STV**

Debra Bouricius                                              JANINE CORSI
Mesa County, et al.                                          April 22, 2019

Page 66

1    Q. 80525?
2    A. Yes.
3    Q. All right.
4    A. My daughter lives there, so she'll be able to
5    forward any mail or anything.
6    Q. Okay. Now, you talked with Ms. Bisbee this
7    morning on what your position was as a network
8    administrator. Do you remember that conversation?
9    A. Uh-huh.
10   Q. Yes?
11   A. Yes. Sorry.
12   Q. And you weren't responsible for the operation of
13   the IT department, correct?
14   A. Not as far as managing people.
15   Q. How were you responsible for the operation of
16   the IT department then?
17   A. More of a technical aspect, I guess, you'd say.
18   Q. "Technical" meaning computer-based?
19   A. Yeah, that's basically our job.
20   Q. Okay. To keep the County running, you mean?
21   A. Yes.
22       MS. BISBEE: Objection. Form.
23   Q. (BY MS. SEVERN) All right. Were you ever
24   given the responsibility to monitor other employees'
25   performance?

Debra Bouricius                                          JANINE CORSI
Mesa County, et al.                                    April 22, 2019

Page 77

1  Q. Would you be watching what she was doing while
2  she was working every day?
3  A. Just if we were working on an issue together.
4  Q. Okay. What about when you weren't working on
5  issues together? Were you observing what she was doing?
6  A. No.
7  Q. What about other employees, would you watch what
8  they were doing?
9       MS. BISBEE: Objection. Form.
10 A. I had observed things. I wasn't like trying to
11 monitor their performance.
12 Q. (BY MS. SEVERN) Would you ever monitor their
13 performance?
14 A. No. Just trying to get things done.
15 Q. What does that mean, "trying to get things
16 done"?
17 A. That was my objective. I just wanted the work
18 to get done. I wasn't out to monitor anybody.
19 Q. Okay. All right.
20 A. But if I needed somebody to do something, I'd go
21 to them and ask them to do it.
22 Q. Okay. You talked some this morning that
23 Ms. Bouricius was, I believe you said, the only person
24 who knew that the Eden program. Did I understand that
25 correctly?

Debra Bouricius                                          JANINE CORSI
Mesa County, et al.                                      April 22, 2019

Page 78

 1      A.  She was the main person.  I think Kelly Leuallen
 2   knew about it.
 3      Q.  **How do you know what Ms. Bouricius and**
 4   **Mr. Leuallen know?**
 5      A.  Just by knowing they're the ones doing the work,
 6   I guess, seeing them interact with finance, and how the
 7   help desk tickets got routed to Deb.
 8      Q.  **So are you assuming that they have this**
 9   **knowledge?**
10          MS. BISBEE:  Objection.  Form.
11      A.  No, I'd say I know it for a fact.
12      Q.  **(BY MS. SEVERN) Did you ever talk with them**
13   **about what they know?**
14      A.  Yes.
15      Q.  **What did they tell you?**
16          MS. BISBEE:  Objection.  Object to form.
17      A.  It was mostly I'd ask questions on things I
18   needed to solve, problems.  I didn't go to them and say,
19   Do you know about this or what do you know, but they all
20   had a lot of training and experience.
21      Q.  **(BY MS. SEVERN) What was --**
22      A.  I guess, I just trusted they're professionals,
23   they knew what they were doing, and I never had any
24   reason to doubt that.
25      Q.  **What questions did you ask them specifically**

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

**EXHIBIT 17**
**18-CV-01144-DDD-STV**

Debra Bouricius                                           JANINE CORSI
Mesa County, et al.                                       April 22, 2019

Page 83

1  to increase their budget, and Frank was looking for money
2  to be used for that.
3       Q.  Do you know why the folks in particular were
4  chosen as part of that layoff?
5           MS. BISBEE:  Objection.
6       A.  No, I could guess that Troy had something to do
7  with it, and Frank made the final decision.
8       Q.  (BY MS. SEVERN) Is that your speculation?
9       A.  Yes, it's speculation.
10      Q.  And you also you mentioned that you believe
11  people are afraid to talk to you now.  Did I understand
12  that correctly?
13      A.  Not so much afraid as reluctance.
14      Q.  Who is reluctant to talk with you?
15      A.  Friends that I had in the past that still work
16  there.
17      Q.  Who would those be?
18      A.  Lori Marak.
19      Q.  Did Ms. Marak ever tell you that she was
20  reluctant to talk to you, or didn't want to talk to you
21  or something along those lines?
22      A.  She just said she was called as a witness, and
23  she felt it was the right thing to do to testify.
24      Q.  She was called --
25      A.  I remember her telling me.

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

**EXHIBIT 17**
**18-CV-01144-DDD-STV**