# HUMAN RESOURCES TRANSACTION

Date: _____   Employee Number: _____

Name: John P. Coleman   Change Supervisor to: _____

**Reason:**

| | | | |
|---|---|---|---|
| Annual Review | 6-Month Review | Demotion | Job Share ■ Lateral Move |
| New Hire | Promotion | Reclassification | Regular to Temp Status |
| Reorganization | Temp to Regular Status | | Title Change ■ Transfer |
| Other: Market Adjustment | | | |

Merit Increase _____%   Merit Pay _____%   Cash Bonus $_____

Justification for Transaction/Cash Bonus: Performance Review/Market Adjustment

---

**FROM:**

Department County Attorney FTE % 100

Title County Attorney

Pay Rate: $140,000

Grade: 1-21-5

Effective Date: 1-1-18 ✓

**TO:**

Department Same   FTE % 100

Title Same

Pay Rate: $160,000   13.333 33

Grade: 1-24-5 ✓

Non-exempt to exempt?   Yes ■   No ✗
Marginal Driver to Essential?   Yes ■   No ✗

Exempt to non-exempt?   Yes ■   No ✗
Essential Driver to Marginal?   Yes ■   No ✗

**(For HR Completion)**

PC# _____   PC# Opened? Yes ■ No ■

**(For HR Completion)**

PC# 10300-0001   PC# Filied? Yes ■   No ■

---

Department Head/Division Director/Elected Official   Date   Recruiter   Date

Human Resources   Date   Administration   Date

---

# POSITION REQUISITION

Title: _____   Department: _____

Reclassified to: _____

Supervisor: _____   Employee Replaced: _____

Hiring Range: _____   Replacement: ■  New Position: ■  FTE %: _____

Date Vacated: _____

| | Fund: | Cost Center: | Object: | Project: | Percent: | State Funding (DHS Only) |
|---|---|---|---|---|---|---|
| 100, | 10801 | _____ | _____ | _____ | 80% (128,000) ✓ | _____ |
| 130, | 80202 | _____ | _____ | _____ | 15% (24,000) ✓ | _____ |
| 130, | 80301 | _____ | _____ | _____ | 5% (7,500) ✓ | _____ |

Approved by: _____   Date: _____
Department Head/Division Director/Elected Official

PC#: _____

Revised 05/2014

EXHIBIT 18   DEF 5695
18-CV-01144-DDD-STV

## MESA COUNTY, COLORADO
## AMENDMENT TO COUNTY ATTORNEY
## EMPLOYMENT AGREEMENT

THIS AMENDMENT TO COUNTY ATTORNEY EMPLOYMENT AGREEMENT (this "Amendment"), effective January 1, 2018, is made by and between the Board of County Commissioners of Mesa County, Colorado (the "Board") and J. Patrick Coleman ("Employee") as follows:

WHEREAS, the Board and Employee entered into that certain Employment Agreement effective November 17, 2014, as amended from time to time, most recently by that certain Amendment effective January 1, 2017 (the "Agreement"); and

WHEREAS, Paragraph 3 of the Agreement provides that Employee's current annual salary would be paid commencing January 1, 2017, and continuing until December 31, 2017; and the Agreement further provides that Employee's annual salary for any period beyond December 31, 2017, shall be negotiated by the Board and the Employee prior to December 31, 2017; and

WHEREAS, the Board and the Employee desire to amend Paragraph 3 of the Agreement to eliminate the requirement that the Board and the Employee must renegotiate the Employee's salary on an annual basis.

NOW, THEREFORE, for the consideration set forth, the Board and Employee agree as follows:

1.    Paragraph 3 of the Agreement, as amended, shall be deleted in its entirety and replaced as follows:

> Employee's compensation shall be paid in pro-rated installments at the same time as other employees of Mesa County are paid. The Board shall continue to pay Employee's compensation, including salary, which is currently $140,000 annually, and benefits, beyond December 31, 2017 and thereafter, unless Employee's employment is terminated as provided herein, or Employee's compensation is increased from time to time by the Board as part of its annual budget approval process, or in the exercise of its day-to-day supervision of Employee. Except in the event Employee's employment is specifically terminated for cause, any failure to appropriate funds sufficient to pay Employee's compensation in any given year of employment shall be deemed as a termination of Employee's employment without cause. The Board shall conduct an annual review of Employee's performance.

Page 1 of 2

**EXHIBIT 18**
**18-CV-01144-DDD-STV**

DEF 5696

2.     Except as amended herein, all terms and conditions of the Agreement shall remain unchanged.

IN WITNESS WHEREOF, the parties agree and have caused their names to be affixed hereto.

BOARD OF COUNTY COMMISSIONERS
MESA COUNTY, COLORADO

_____          December 11, 2017
Scott McInnis, Chair                                            _____
                              Date
ATTEST: MESA COUNTY CLERK AND RECORDER

By: _____
     Deputy Clerk

EMPLOYEE

_____          12/11/17
J. Patrick Coleman                                              _____
                                                                              Date

**EXHIBIT 18**                                                    **DEF 5697**
**18-CV-01144-DDD-STV**

# HUMAN RESOURCES TRANSACTION

Date: December 4, 2017

Name: Frank Whidden

Employee Number: 003077

Change Supervisor to:

Reason:
- [ ] Annual Review
- [ ] New Hire
- [ ] Reorganization
- [ ] Other:
- [ ] 6-Month Review
- [ ] Promotion
- [ ] Temp to Regular Status
- [ ] Demotion
- [x] Reclassification
- [ ] Job Share
- [ ] Regular to Temp Status
- [ ] Title Change
- [ ] Lateral Move
- [ ] Transfer

Merit Increase _____ %      Merit Pay _____ %      Cash Bonus $ _____

Justification for Transaction/Cash Bonus: Frank functions as the HR and IT Director in addition to his duties as County Administrator and should be compensated for these additional duties.

FROM:

Department _Admin_ FTE % _1_
Title: _County Administrator_
Pay Rate: _10,916.67 / mo_
Grade: _1-21-5_
Effective Date: January 1, 2018

TO:

Department _Admin_ FTE % _1_
Title: _County Administrator_
Pay Rate: _15,000 / mo_
Grade: _1-25-5_

Non-exempt to exempt?         Yes [ ]   No [x]
Marginal Driver to Essential?   Yes [ ]   No [x]

Exempt to non-exempt?          Yes [ ]   No [x]
Essential Driver to Marginal?   Yes [ ]   No [x]

(For HR Completion)

PC# _____   PC# Opened? Yes [ ] No [ ]

(For HR Completion)

PC# _____   PC# Filled? Yes [ ] No [ ]

Department Head/Division Director/Elected Official      Date     Recruiter                                      Date

____1/3/18____

Human Resources                                         Date     Administration                                 Date

# POSITION REQUISITION

Title: County Administrator _____
Reclassified to: County Administrator/HR/IT Director _____
Supervisor: Board of County Commissioners _____
Hiring Range: _____
Date Vacated: _____

Department: Administration/HR/IT _____

Employee Replaced: _____
Replacement: [ ]  New Position: [ ]   FTE %: _____

| Fund: | Cost Center: | Object: | Project: | Dollar Amount: | State Funding (DHS Only) |
|-------|--------------|---------|----------|----------------|--------------------------|
| 100 ___ | 10701 ___ | 50102 ___ | _____ | $ 10,000_  5.7% | |
| 100 ___ | 11001 ___ | 50102 ___ | _____ | $ 39,000_  21.6% | |
| 100 ___ | 10601 ___ | 50102 ___ | _____ | $131,000  72.7% | |

Approved by: _____
Department Head/Division Director/Elected Official

Date: _____

PC#: _____

Revised 05/2014

**EXHIBIT 18**
**18-CV-01144-DDD-STV**          **DEF 5698**

# HUMAN RESOURCES TRANSACTION

Date: _____  Employee Number: 1 _____

Name: Peter M. Baier _____  Change Supervisor to: _____

Reason:
☐ Annual Review    ☐ 6-Month Review    ☐ Demotion        ☐ Job Share        ☐ Lateral Move
☐ New Hire         ☐ Promotion          ☐ Reclassification ☐ Regular to Temp Status
☐ Reorganization   ☐ Temp to Regular Status               ☐ Title Change    ☐ Transfer
☒ Other: Performance Merit Increase

Merit Increase _____ %        Merit Pay _____ %        Cash Bonus $ _____

Justification for Transaction/Cash Bonus:  Merit increase based on performance _____

| FROM: | TO: |
|---|---|
| Department: Public Works _____ FTE % ____ | Department: Same _____ FTE % ____ |
| Title: Deputy Administrator Operations | Title: Same |
| Pay Rate: $0.06 | Pay Rate: $0.67 ✓ 12,02.13 mo ✓ |
| Grade: 1-20-S | Grade: 1-22-S |
| Effective Date: 1/01/2018 | |

Non-exempt to exempt?        Yes ☐  No ☐        Exempt to non-exempt?        Yes ☐  No ☐
Marginal Driver to Essential?  Yes ☐  No ☐        Essential Driver to Marginal?  Yes ☐  No ☐

| (For HR Completion) | (For HR Completion) |
|---|---|
| PC# _____  PC# Opened?  Yes ☐  No ☐ | PC# 14501-0002  PC# Filled?  Yes ☐  No ☐ |

Department Head/Division Director/Elected Official ___[signature]___  Date 1/3/18    Recruiter _____  Date _____

Human Resources _____  Date _____    Administration _____  Date _____

# POSITION REQUISITION

Title: _____        Department: _____
Reclassified to: _____
Supervisor: _____        Employee Replaced: _____
Hiring Range: _____        Replacement: ☐  New Position: ☐  FTE %: ____
Date Vacated: _____

| Fund: | Cost Center: | Object: | Project: | Percent: | State Funding (DHS Only) |
|---|---|---|---|---|---|
| same | | | | | |

Approved by: ___[signature]___                Date: _____
Department Head/Division Director/Elected Official        PC#: _____

Revised 05/2014

**EXHIBIT 18**
18-CV-01144-DDD-STV                    **DEF 5699**