Training Approval

Frank Whidden, PhD

November 17, 2015

The Board of County Commissioners agrees that Frank Whidden will be reimbursed for training/tuition charges up to $10,000 per year. Mr. Whidden must be able to pay for these charges from existing budget as part of the regular training program within his departments.

Signatures

_____

Rose Pugliese

_____

John Justman

_____

Scott McInnis

**EXHIBIT 19**
**18-CV-01144-DDD-STV**                                                      **DEF 5712**