DocuSign Envelope ID: 8D12E6CF-4931-4BF8-ACC6-4349AEA9BD57

**Mesa County, Resource Management, Information Technology**
**Evaluation Criteria Form**

*Deb Bouricius*

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | Demonstrates the ability to perform all "essential job functions" per job description | 0-2.5 | 2.4 |
| [Comments] Successfully meets essential job function | | | |
| Technical Knowledge | Demonstrates the ability to perform required and assigned tasks (Hands on experience, Technical Certifications, Education, etc.) | 0-2 | 1.75 |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects | | |
| [Comments] Excellent overall technical knowledge of all applications she supports. Could use a bit more development on In depth technical and system knowledge. | | | |
| Project Management | Demonstrates the ability to manage projects in a timely, efficient manner | 0-1.5 | 1.4 |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations | | |
| [Comments] Excellent project management knowledge and skills. Very good individual time management skills. Continues to develop group and team organization and mentoring skills. | | | |
| Effective Communicator | Demonstrates the ability to efficiently communicate to customers, co-workers and management (verbal, written, active listening, comprehend and follow through) | 0-1 | .9 |
| [Comments] Excellent written communication skills and very good comprehension of needs from the customer | | | |
| Customer Service | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach | 0-1 | .95 |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization | | |
| [Comments] Works well with all customers. Strives to meet customer needs. | | | |
| Inner Departmental Relations | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions | 0-1 | 1.0 |
| [Comments] Works well with all coworkers. | | | |
| Professionalism and Availability | Conducts and presents self in a professional manner and appearance. | 0-1 | 1.0 |
| | Demonstrates availability on projects and assignments | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements. | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

9

EXHIBIT 22
18-CV-01144-DDD-STV

DEF 231

DocuSign Envelope ID: 8D12E8CF-4931-4BF8-ALC8-4349AEA9BD87

## Mesa County, Resource Management, Information Technology
## Evaluation Criteria Form

### Deb Bouricius

**Overall Comments. [Comments]** Deb has shown the ability to meet all the technical requirements of the job. Seems to feel most comfortable managing projects. An area to continue to develop in would be technical and system knowledge.

Deb has managed several different start-up projects throughout the year and as always continues to do an excellent job managing, coordination and organizing staff and vendors.

Has handles all assignments well.

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ☒ | ☒ |

Completed by Rick Corsi

Date 12-1-2014

Manager Signature: *Rick Corsi* (DocuSigned)   Date: 12/5/2014 | 16:53 PT

Director Signature: *Frank Whidden* (DocuSigned)   Date: 12/5/2014 | 12:21 PT

Employee Signature: *D. A. Bouricius* (DocuSigned)   Date: 12/7/2014 | 15:08 PT

S:/IS/Management/Reviews/Evaluation Form.doc

EXHIBIT 22
18-CV-01144-DDD-STV

DEF 232



**MESA COUNTY**

## Performance Evaluation (Sr. BSA)

| Name: Deb Bouricius | Date: 10-15-2013 | Self Evaluation ☐ |
| --- | --- | --- |
| | | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: October, 2012 | To: October, 2013 | |
| Department: IT | Position: Sr. BSA | |

**Key Duties, Tasks, and Responsibilities (from job description)**

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications, conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.

(Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4

| Job Performance | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- | --- |

Job Knowledge (Consider the professionals knowledge of key duties, tasks and responsibilities. Understanding of products/features/technology and end user processes) See Section 2

| Job Knowledge | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| --- | --- | --- | --- | --- |

(For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Project Management | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- | --- |

(Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2

| Meets Deadlines | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- | --- |

(Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Judgment & Problem Solving | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| --- | --- | --- | --- | --- |

(Consider how well the professional communicates with others verbally, in writing, when listening how well does the person absorb and utilize the information) See Section 3

| Communication Skills | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| --- | --- | --- | --- | --- |

(Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Organizational Skills | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- | --- |

(demonstrates enthusiasm and interest)

| Service Passion | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| --- | --- | --- | --- | --- |

(Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Ability to Deal with Customers and Co-workers | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- | --- |

(Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Innovation & Initiative | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- | --- |

**Total Points: 40**          **Overall Rating: Above**

EXHIBIT 22
18-CV-01144-DDD-STV                                              DEF 252

|  | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ |  |
|---|---|---|---|---|

### Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Knowledge and abilities needed to accomplish technical or computer-related duties:**

Excellent knowledge of County systems and processes.
Understands the needs of customers.
Able to look at needs and come up will options then follow through with vendors and/or applications to meet the needs.
Good organizational and project management skills.
Good ability to evaluate needs and details on projects.

### Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

**Interpersonal skills used to properly interact with others. Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

Works well with customers and co- workers.
Interested in developing applications to meet the needs of the customers.
Communicates well, but at time could be more outgoing to get points across.

### Section 4 (Overall Job Performance)

**Summary of all job performance criteria:**

Is able to meet all aspects of the job.
Areas that can be worked on are seeking and completing training and taking the lead on additional projects.

### Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

Continue to manage projects and assist departments with process improvement.

Accomplishment of Goals Established in Previous Review (if applicable)

Develop better understanding of hardware/infrastructure and how it relates to applications. - Participated in hardware/application and db upgrades for supported applications.

Develop PM Skills – Continue to manage projects for the county and studied ITIL best practices.

Develop understanding and put into practice change management practices. Developed a Service on Service desk based on procedures developed by IT's Change Management Committee to help track change management incidents.

EXHIBIT 22
18-CV-01144-DDD-STV

DEF 253

Continue to keep monitor data security on applications and projects.

Accomplishment of Goals Established in Previous Review (If applicable)

Goals Not Accomplished from Previous Review (If applicable)

Goals to be Obtained

Plan for Upcoming Year

*Seek and attend outside training*

Employee: Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation

| | | | |
|---|---|---|---|
| Employee Signature: | *R.G. Bourin* | Date: | 11/15/2013 |
| Supervisor Signature: | *RJ C.* | Date: | 11/15/13 |
| Department Head Signature: | *[signature]* | Date: | 11/19/13 |

EXHIBIT 22
18-CV-01144-DDD-STV
DEF 254



## MESA COUNTY

### Performance Evaluation (Sr. BSA)

| Name: Deb Bouricius | Date: 9-13-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: SR. BSA |

**Key Duties, Tasks, and Responsibilities** (from job description)

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.

**Job Performance** (Consider how well the professional performs all aspects of the job)
Deb has an excellent historic knowledge of projects and applications she has worked with throughout her career.
She takes the lead on many projects implementations and support for applications such as the Financial system.
Deb has a good understanding of overall working and processes throughout the County. For this reason she has been ask to and participates in the PDSA program.
Good organizational skills.

Unacceptable (1) ☐   Below (2) ☐   Successful (3) ☐   Above (4) ☒   Outstanding (5) ☐

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Excellent working knowledge of County systems.
Deb is very strong in understanding the customer's needs and developing solutions for their processes.
She is very good at listening to users and helping them understand why things work they way they do.
She looks at the entire process to make improvements, not just the software/application side.

Unacceptable (1) ☐   Below (2) ☐   Successful (3) ☐   Above (4) ☒   Outstanding (5) ☐

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
Very organized and detailed when implementing and tracking projects.
Provides good documentation and tracking communication to users and vendors when working on projects.

Unacceptable (1) ☐   Below (2) ☐   Successful (3) ☐   Above (4) ☐   Outstanding (5) ☒

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
Meets all deadlines that are within her control.

Unacceptable (1) ☐   Below (2) ☐   Successful (3) ☐   Above (4) ☒   Outstanding (5) ☐

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
Excellent judgment when looking at problems and resolutions. Evaluates the effect of change for the whole process, not just a nearly focused solution.

Unacceptable (1) ☐   Below (2) ☐   Successful (3) ☐   Above (4) ☒   Outstanding (5) ☐

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
Very go written communication and documentation skills.

Unacceptable (1) ☐   Below (2) ☐   Successful (3) ☒   Above (4) ☐   Outstanding (5) ☐

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
Deb is very organized on projects, record keeping and documentation

Unacceptable (1) ☐   Below (2) ☐   Successful (3) ☐   Above (4) ☒   Outstanding (5) ☐

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Willing to help on all projects she has knowledge of.
At time gets frustrated with ever changing and unclear direction from Management and administration.

Unacceptable (1) ☐   Below (2) ☐   Successful (3) ☒   Above (4) ☐   Outstanding (5) ☐

EXHIBIT 22
18-CV-01144-DDD-STV

DEF 255

| Ability to Deal with Customers (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) Listens to and handles customers professionally. | | | | |
|---|---|---|---|---|
| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

| Innovation & Initiative (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) Deb understands current systems and looks at new products and releases of applications to determine if it is useful to make a change or is it just a change for change sake. | | | | |
|---|---|---|---|---|
| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Total Points: 37**                  **Overall Rating: Above**

| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 - 50 ☐ |
|---|---|---|---|---|

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Very good at evaluation application changes and new product/module evaluation to balance the benefits vs. risks.
Excellent understanding of County processes.
Very good at organization and documentation.

At time should take a stronger leadership role in project management for new projects.

**Employee Career Goals / Objectives** (to be completed by employee)

Continue to develop knowledge and receive training in Project Management, SQL, SQL Reporting Services, Application related training, PDSA and Balanced Scorecard. Lead and Manage new projects.

**Accomplishment of Goals Established in Previous Review** (if applicable)

Meet all goals that were under her control.

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)
Develop better understanding of hardware/infrastructure and how it relates to applications.
Develop PM skills.
Develop understanding and put into practice change management practices.
Continue to keep monitor data security on applications and projects.

Employee: Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation

Employee Signature: _[signature]_                         Date: 12/6/12
Supervisor Signature: _[signature]_                      Date: 12/6/12
Department Head Signature: _[signature]_           Date: 12/11/12

EXHIBIT 22
18-CV-01144-DDD-STV

DEF 256