IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

## AFFIDAVIT OF LEILANI BOYLES

I, LEILANI BOYLES, ("Affiant") do state and affirm as follows:

1. I am an adult over 18 years of age and competent to testify in a court of law.

2. I am a web administrator, employed by Mesa County in the Information Technology (IT) Department. I have held this position for 25 years.

3. In early 2017, Mesa County hired three temporary employees to assist with Mesa County's website conversion project, which started in approximately 2015 or 2016.

4. I personally interacted with these temporary employees.

5. These three temporary employees—whose initials are I.M. and K.B.—were high school students and D.G was a college student.

6. These temporary employees worked from their homes.

7. These temporary employees' job duties involved downloading PDF files from Mesa County's website; and then uploading the PDF files. They also verified the information moved from the old site to the new site.

8. This PDF conversion process was a necessary part of the website conversion process.

1

9. The PDF conversion project was not a job duty assigned to any other employee in Mesa County's IT Department.

10. Additionally, another temporary employee who was also in high school or was a recent graduate—whose initials are B.T.—worked for one or two weeks in Mesa County's IT Department cleaning up the server room and vault.

11. As part of this clean up project, this temporary employee bundled cables and cleaned out materials in these areas.

12. This cleaning project was not a job duty assigned to any other employee in Mesa County's IT Department.

13. The information stated in this Affidavit is based on my own personal knowledge.

14. If called as a witness, I am competent to testify to the facts stated in this Affidavit.

The above statements are true and are made knowingly and voluntarily.

_Leilani G Boyles_  10/3/2019
LEILANI BOYLES          Date

SUBSCRIBED AND SWORN TO BEFORE ME THIS 31st day of October, 2019.

_Deanna Gohn_
Notary Public

**DEANNA GOHN**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID #19924001670**
**My Commission Expires June 12, 2020**

544 Rood Ave., Grand Jct, CO 81501
Address

My commission expires: 6/12/20