# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

---

**ORDER REGARDING MESA COUNTY'S MOTION TO RESTRICT ACCESS TO DOCUMENTS MARKED EXHIBIT 13 AND EXHIBIT 21 (DOCS 110-1—110-4) FILED WITH MESA COUNTY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (CM/ECF DOC 73, FILED AUGUST 30, 2019)**

---

    Upon consideration of Mesa County's Motion to Restrict Access to Documents Marked Exhibit 13 and Exhibit 21 filed with Mesa County's Reply In Support of Its Motion for Summary Judgment (CM/ECF Doc 73, filed August 30, 2019), it is this _____ day of _____ 2019,

    ORDERED that Mesa County's Motion be, and it hereby is, GRANTED; and it is further

    ORDERED that Exhibit 13 (Doc 110-1—110-3) and Exhibit 21 (Doc 110-4), submitted with Mesa County's Reply In Support of Its Motion for Summary Judgment (CM/ECF Doc 73, filed August 30, 2019), be restricted from public access, pursuant to Restriction Level 1.

                                BY THE COURT:

                                _____