**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

---

**NOTICE OF MOTION TO RESTRICT ACCESS TO DOCUMENTS MARKED EXHIBIT 13 AND EXHIBIT 21 (DOCS 110-1—110-4) (DOC 111) FILED WITH MESA COUNTY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (CM/ECF DOC 73, FILED AUGUST 30, 2019) (DOC 109)**

---

Defendant Mesa County, by and through its counsel, Bechtel Santo & Severn, respectfully submits this Notice of its Motion to Restrict Access to Documents Marked Exhibit 13 and Exhibit 21 (Docs 110) filed with Mesa County's Reply In Support of Its Motion for Summary Judgment (CM/ECF Doc 73, filed August 30, 2019) (Doc 109), pursuant to D.C.COLO.LCivR 7.2(d) and Court Order (Doc 105). Mesa County states that Exhibits 13 and 21 contain documents marked as "confidential" under the terms of the parties' Protective Order, entered by this Court on October 4, 2019 (Doc 27 and 28) and under Court Orders entered on August 21, 2019 (Doc 72, Doc 89) and on September 24, 2019 (Doc 87), and that interests, as set forth in its Motion to Restrict Access, compels the restriction of these documents to Restriction Level 1.

Respectfully submitted this 31st day of October 2019.

1

        BECHTEL SANTO & SEVERN

        *s/ Alicia W. Severn*
        Alicia W. Severn, #42432
        Michael C. Santo, #24083
        205 N. 4th Street, Suite 300
        Grand Junction, CO   81501
        Telephone:   (970) 683-5888
        Facsimile:   (970) 683-5887
        severn@bechtelsanto.com
        santo@bechtelsanto.com
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION TO RESTRICT ACCESS TO DOCUMENTS MARKED EXHIBIT 13 AND EXHIBIT 21 (DOCS 110-1—110-4) (DOC 111) FILED WITH MESA COUNTY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (CM/ECF DOC 73, FILED AUGUST 30, 2019) (DOC 109)** was served this 31st day of October 2019, via CM/ECF electronic filing, to the following:

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
Attorneys for Plaintiff

        *s/ Alicia W. Severn*
        Alicia W. Severn, attorney