IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01144-DDD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: November 5, 2019 | Courtroom Deputy:  Monique Ortiz |

*Parties:*  *Counsel:*

DEBRA BOURICIUS   Paula Greisen
               Jennifer Bezoza
    Plaintiff,

 v.

MESA COUNTY   Alicia Severn

    Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   10:32 a.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the issue of whether the actual settlement amount should be listed as confidential.

Statements by counsel.

Ms. Severn informs the Court that there was a confidentiality provision in the settlement agreement.

For the reasons set forth on the record, it is

**ORDERED:**     The Court orders that the settlement amount should be de-designated as confidential.

HEARING CONCLUDED.
**Court in recess:     10:38 a.m.**
Time In Court:         00:06

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Court Reporting & Video, Inc. at (303)629-8534.