# EXHIBIT 1

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
    Case No. 18-cv-01144-DDD-STV
 3  _____

 4  DEBRA BOURICIUS,

 5      Plaintiff,

 6  vs.

 7  MESA COUNTY,

 8      Defendant.
    _____
 9

10          Proceedings before SCOTT T. VARHOLAK, United States

11  Magistrate Judge, United States District Court for the

12  District of Colorado, commencing at 1:03 p.m., August 21,

13  2019, in the United States Courthouse, Denver, Colorado.

14  _____

15          WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16  ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17  _____

18                            APPEARANCES

19          PAULA GREISEN and JENNIFER BEZOZA, Attorneys at

20  Law, appearing for the Plaintiff.

21          ALICIA SEVERN, Attorney at Law, appearing

22  for the Defendant.

23  _____

24                         DISCOVERY HEARING

25
```

1  Colorado, the legislative history indicates that what the
2  Colorado Legislature was trying to do was to balance the
3  public's interest in open records and access to information
4  with the privacy interests of the individuals involved and,
5  therefore, they created the exclusion for personnel files,
6  which are then further defined, as we've discussed earlier.
7           And I think that the purpose of that is to avoid
8  certain information, such as the individual's address to be
9  out there in the public.  I think that this portion of the
10 deposition does not go to that issue at all.  This is not
11 discussing any particular individual.  I can't read this
12 deposition and determine at all who any of these individuals
13 are.  Instead, this is a portion of questioning that
14 basically goes through how the County makes its hiring
15 decisions and -- and what it considers.
16          To treat that as confidential and protected by the
17 open records would -- as plaintiff indicates, would
18 essentially, led to its logical conclusion, is going to mean
19 that the Court, whenever it issues any opinions down the
20 road, such as a summary judgment opinion, is not going to be
21 able to explain why it either grants or denies summary
22 judgment, because the rationale and the basis for decisions
23 are essentially being blocked and being treated as
24 confidential.
25          Certainly, the personnel files themselves are

15

1  confidential, and if those have been disclosed, they're

2  properly marked Confidential, but that's not what this

3  portion of the testimony is.  Moreover, I think if it were a

4  personnel file, it probably falls under the exception for

5  performance ratings because it's describing the -- if it were

6  talking about an individual, which it's not, but if it were

7  talking about a particular individual, be describing whether

8  they're hitting their ratings or not hitting their ratings;

9  but again, I don't even need to get to there because I don't

10 think that that qualifies as a -- that this testimony

11 qualifies as a personnel file.

12        Now, in the future, if there's a deposition that's

13 taken where a personnel file is used and the individual is

14 providing details about that personnel file; for example, if

15 there's questioning and it says that, you know, Jim James,

16 employee number 1, in their personnel file, they provide an

17 address of 633 17th Street, clearly that deposition could be

18 marked Confidential because it is taking the information

19 directly from a personnel file and describing what is in that

20 personnel file, but that's not what this testimony is and so,

21 therefore, I'm finding that this should be de-designated

22 confidential.

23        Okay.  Should we take up the sexual

24 harassment/discrimination component?

25        MS. GREISEN:  Would you like me to --

35

```
1              TRANSCRIBER'S CERTIFICATION

2   I certify that the foregoing is a correct transcript to the

3   best of my ability to hear and understand the audio recording

4   and based on the quality of the audio recording from the

5   above-entitled matter.

6

7   /s/ Dyann Labo                        August 29, 2019

8   Signature of Transcriber              Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```