IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01144-DDD-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: November 22, 2019 | Courtroom Deputy: Monique Ortiz |

*Parties:*                                                *Counsel:*

DEBRA BOURICIUS                              Paula Greisen
                                                                  Jennifer Bezoza
    Plaintiff,

v.

MESA COUNTY                                     Alicia Severn

    Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in Session:   10:01 a.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the Plaintiff's Motion to File Exhibit Under Seal [Doc. No. 94, filed 10/4/2019], Motion to Restrict Public Access to Documents Filed with Plaintiff's Reply in Support of Motion Pursuant to Fed. R. Evid. 702 to Strike Frank Whidden's Expert Designation and Expert Witness Opinions Or, In the Alternative, Permit the Filing of Redacted Pages [Doc. No. 106, filed 10/28/2019] and Motion to Restrict Access to Documents Marked Exhibit 13 and Exhibit 21 (Docs 110-1 - 110-4) Filed with Mesa County's Reply in Supprt of Its Motion for Summary Judgment (CM/ECF Doc. 73, filed August 30, 2019) [Doc. No. 111, filed 10/31/2019].

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**          Plaintiff's Motion to File Exhibit Under Seal [Doc. No. 94] is **GRANTED** and Doc. No. 93-1 shall remain restricted.  A Motion to Restrict Doc.

        Nos. 93-2, 93-3, 93-4 and 93-5 shall be filed **on or before December 2, 2019**.

| | |
|---|---|
| Court in recess: | 10:28 a.m. |
| Court in session: | 10:41 a.m. |

**ORDERED:**    Motion to Restrict Public Access to Documents Filed with Plaintiff's Reply in Support of Motion Pursuant to Fed. R. Evid. 702 to Strike Frank Whidden's Expert Designation and Expert Witness Opinions Or, In the Alternative, Permit the Filing of Redacted Pages [Doc. No. 106] is **GRANTED IN PART and DENIED IN PART** as follows: The document sought to be kept under restriction will remain under restriction. Publicly available but redacted versions will be filed by Defendant **on or before December 13, 2019**.

Motion to Restrict Access to Documents Marked Exhibit 13 and Exhibit 21 (Docs 110-1 - 110-4) Filed with Mesa County's Reply in Supprt of Its Motion for Summary Judgment (CM/ECF Doc. 73, filed August 30, 2019) [Doc. No. 111] is GRANTED IN PART and DENIED IN PART as follows: The document sought to be restricted will remain under restriction. Publicly available but redacted versions will be filed by Defendant **on or before December 13, 2019**.

HEARING CONCLUDED.
**Court in recess:**   **10:58 a.m.**
Time In Court:     00:44

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Court Reporting & Video, Inc. at (303)629-8534.