**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
      Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
      Defendant.

---

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND
CONTINUANCE OF MOTION HEARING (CM/ECF DOC 22)**

---

The parties, by and through their attorneys, hereby submit a Joint Motion for an Extension of Time for the Plaintiff to file a Response to the Defendant's Motion (filed at CM/ECF Doc 120) and for a Continuance of the Motions Hearing set for December 13, 2019, at 11:00 a.m. (CM/ECF Doc 122).

Pursuant to D.C.COLO.LCivR 7.1(a), Defendant's counsel and Plaintiff's counsel conferred regarding the relief requested in this Motion and both parties agree to the relief requested herein.

**MOTION**

1.      In conformity with the Court's Order (CM/ECF Doc 119), Mesa County filed its Motion to Restrict Access to Documents Marked CM/ECF Docs 93-2, 93-3, 93-4, and 93-5 Filed With Plaintiff's Response to Mesa County's Motion for Summary Judgment (CM/ECF Doc 92) on December 3, 2019. (*See* CM/ECF Doc 120).

2.      On December 2, 2019, Mesa County's Motion (CM/ECF Doc 120) was referred to Magistrate Judge Varholak. (*See* CM/ECF Doc 121).

3.      On December 4, 2019, the Court scheduled two deadlines regarding Mesa County's Motion (CM/ECF Doc 120). First, the Court set a deadline on December 11, 2019, for Ms. Bouricius to file a Response to Mesa County's Motion. (*See* CM/ECF Doc 122). And second, the Court scheduled a Motion Hearing for December 13, 2019, at 11:00 a.m. regarding Mesa County's Motion. (*Id.*)

4.      The parties seek an extension of time for Ms. Bouricius to file a Response to Mesa County's Motion and a continuance of the Motion Hearing (both addressed in CM/ECF Doc 122) on the following grounds.

5.      First, Ms. Bezoza, counsel for Ms. Bouricius, will be in Kansas, working on another case, on December 11-13, 2019.

6.      For this reason, the parties move to extend the deadline for Ms. Bouricius to file a Response to Mesa County's Motion from December 11, 2019, to December 17, 2019.

7.      Second, Ms. Severn will be having surgery on December 12, 2019, that will prevent her from participating in the Motion Hearing on December 13, 2019, the date on which the Motion Hearing is scheduled. In addition, Ms. Bezoza will be out of town working on another matter on December 13, 2019.

8.      For these reasons, the parties also move for a short continuance of the Motion Hearing from December 13, 2019, to a date after Ms. Bouricius's Response brief is due.

WHEREFORE, for the reasons set forth herein, the parties respectfully request an extension of time for Ms. Bouricius to file a Response brief, extending the deadline from

December 11, 2019, to December 17, 2019. And the parties also respectfully request a short

continuance with respect to the Motion Hearing, from December 13, 2019, to a date in the

Court's discretion after Ms. Bouricius's Response brief is due.

Respectfully submitted this 4th day of December, 2019.

KING & GREISEN, LLP                      BECHTEL SANTO & SEVERN

By: *s/Jennifer Weiser Bezoza*           By: *s/Alicia W. Severn*
Jennifer Weiser Bezoza                   Alicia W. Severn, #42432
Paula Greisen                            Michael C. Santo, #24083
1670 York Street                         205 N. 4th Street, Suite 300
Denver, CO 80206                         Grand Junction, CO 81501
Telephone: (303) 298-9878                Telephone (970) 683-5888
Fax: (303) 298-9879                      Fax (970) 683-5887
Email: bezoza@kinggreisen.com            Email: severn@bechtelsanto.com
Email: greisen@kinggreisen.com           E-mail: santo@bechtelsanto.com
Attorneys for Plaintiff                  Attorneys for Defendant


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND CONTINUANCE OF MOTION HEARING (CM/ECF DOC 22)** was served this 4th day of December 2019, via CM/ECF to the following:

Jennifer Bezoza
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
Email: bezoza@kinggreisen.com
Email: greisen@kinggreisen.com
Attorneys for Plaintiff


*s/ Alicia W. Severn*
Alicia W. Severn, Attorney