# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

---

**ORDER RE: JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND CONTINUANCE OF MOTION HEARING (CM/ECF DOC 22)**

---

This matter comes before the Court on the parties' Joint Motion for Extension of Time Regarding Response.

Being fully advised on the premises, the Court hereby GRANTS the Motion.

Ms. Bouricius will have until Tuesday, December 17, 2019, to file her Response to Mesa County's Motion, filed at CM/ECF Doc 120.

The Court will reschedule the Motion to _____.

Dated this ____ day of _____, 2019.

                                            BY THE COURT: