IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**NOTICE OF REDACTED DOCUMENTS
(CM/ECF DOCS 99-1, 110-1—110-4)**

---

By this Notice, Defendant notifies the Court and Ms. Bouricius that the Defendant files this same day redacted versions of Exhibit 14 (Doc 99-1), Exhibit 13 (Docs 110-1—110-3), and Exhibit 21 (Doc 110-4), in conformity with the Court's Order dated November 22, 2019 (Doc 119).

Respectfully submitted this 11th day of December 2019.

                      BECHTEL SANTO & SEVERN

                      By: *s/Alicia W. Severn*
                      Alicia W. Severn, #42432
                      Michael C. Santo, #24083
                      205 N. 4th Street, Suite 300
                      Grand Junction, Colorado 81501
                      Telephone: (970) 683-5888
                      Facsimile: (970) 683-5887
                      Email: severn@bechtelsanto.com
                                santo@bechtelsanto.com
                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF REDACTED DOCUMENTS (CM/ECF DOCS 99-1, 110-1—110-4)** was served this 11th day of December 2019, by sending via CM/ECF, electronic filing, to:

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

2