# EXHIBIT 14

DocuSign Envelope ID: EEFE6E3C-36A5-4959-9563-83CEF713AD94

**Mesa County, ▇▇▇▇▇▇▇▇ Information Technology**
**Evaluation Criteria Form**

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.4 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Successfully meets essential job functions | | | |
| Technical Knowledge | | 0-2 | 2 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Outstanding technical knowledge of all applications he is responsible for. | | | |
| Project Management | | 0-1.5 | 1.4 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Manages own time well, could use a bit of work on managing team or group | | | |
| Effective Communicator | | 0-1 | .8 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Communicates very thoroughly, but tend to provide more information than needed. Has been working in this area and is making good progress. | | | |
| Customer Service | | 0-1 | .9 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Strives to meet customer needs. Very good understanding of the customer's needs for all his applications. | | | |
| Inner Departmental Relations | | 0-1 | .8 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] Demonstrates the willingness to work with coworkers. At times come across as overly aggressive. | | | |
| Professionalism and Availability | | 0-1 | .95 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets expectations. | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

**REDACTED**  **CONFIDENTIAL**  DEF 4721

DocuSign Envelope ID: EEFE6E3C-36A5-4959-9563-83CEF713AD94

**Mesa County, ▮▮▮▮▮ Information Technology**
**Evaluation Criteria Form**

▮▮▮▮

Overall Comments: *[Comments]* ▮ *continually shows the ability to meet all technical requirement of the job. Needs some work on the way he comes across to coworkers. Tends to take control of projects and seems to find it a bit hard to give up control and let other lead projects.*

▮ *has handled all assignments well. One area to work on would be to be a little less regimented in his ways with coworkers, but this is also an organizational strength.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ☒ | ☒ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi* (DocuSigned)   Date: 12/5/2014 | 16:55 PT

Director Signature: *Frank Whidden* (DocuSigned)   Date: 12/5/2014 | 12:21 PT

Employee Signature: ▮▮▮ (DocuSigned)   Date: 12/10/2014 | 16:07 PT

S:/IT/Management/Reviews/Evaluation Form.doc

**REDACTED**   **CONFIDENTIAL**   **DEF 4722**

DocuSign Envelope ID: 5722C595-52C7-4B45-A550-398305A27FCC

Mesa County, ███████████ Information Technology
Evaluation Criteria Form

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.1 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Successfully meets most essential job functions | | | |
| Technical Knowledge | | 0-2 | 1.5 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Works well on projects and familiar application | | | |
| Project Management | | 0-1.5 | 1.25 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Manages individual time, needs some work on managing team. | | | |
| Effective Communicator | | 0-1 | .8 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Demonstrates the ability to communicate well, could use some work in communication and working with team. | | | |
| Customer Service | | 0-1 | .8 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Works well with customer, continuing to learn more about the County organization needs and and goals. | | | |
| Inner Departmental Relations | | 0-1 | .65 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] This is area that we have discussed and should continue to develop the working relationship with coworkers. | | | |
| Professionalism and Availability | | 0-1 | .9 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

**REDACTED**    CONFIDENTIAL    DEF 4916

DocuSign Envelope ID: 5722C595-52C7-4B45-A550-398305A27FCC

Mesa County, ▮▮▮▮▮ Information Technology
Evaluation Criteria Form

Overall Comments: *[Comments]* ▮▮ *has shown the ability to meet the technical requirements of the job, has continued to learn and develop system application knowledge and should continue development in these areas. Seems to feel more comfortable working individually on projects. Needs to continue to work on working in team/group situations as the ▮▮ position requires the ability to deal with and work with other in many different situations.*

*Continuing to learn and understand the all aspects of County functions is another area to focus on with cross training of applications.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ▣ | ▣ | ☐ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi*   Date: 12/5/2014 | 17:00 PT

Director Signature: *Frank Whidden*   Date: 12/5/2014 | 12:21 PT

Employee Signature: ▮▮▮▮   Date: 12/5/2014 | 17:05 PT

S:/IT/Management/Reviews/Evaluation Form.doc

REDACTED   CONFIDENTIAL   DEF 4917

DocuSign Envelope ID: CEEE622A-3367-4A73-825C-0F387FF12A0A

**Mesa County, ▮▮▮▮▮ Information Technology**
**Evaluation Criteria Form**

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.5 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Successfully meets essential job functions | | | |
| Technical Knowledge | | 0-2 | 1.9 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Outstanding technical knowledge of all applications she is responsible for. | | | |
| Project Management | | 0-1.5 | 1.25 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Is developing skills in this area, needs to continue work on managing individual, group/team time and delegation. | | | |
| Effective Communicator | | 0-1 | .8 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Demonstrates the ability to communicate well, could use some work in communication and working with team. | | | |
| Customer Service | | 0-1 | .9 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Works well with customer, continuing to learn more about the different County organization and goals outside her comfort zone. | | | |
| Inner Departmental Relations | | 0-1 | .75 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] This is area that we have discussed and should continue to develop the working relationship with coworkers. | | | |
| Professionalism and Availability | | 0-1 | .9 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

**REDACTED**            **CONFIDENTIAL**            DEF 5041

DocuSign Envelope ID: CEEE622A-3367-4A73-825C-0F387FF12A0A

Mesa County, [REDACTED] Information Technology
Evaluation Criteria Form

[REDACTED]

**Overall Comments:** *[Comments]* [REDACTED] has shown the ability to meet all the technical requirements of the job. Needs some work on the way she comes across to coworkers. Tends to become overwhelmed on details of projects rather than management of project resources.

Has handled all assignments well. One area to work on would be to be a little less critical with coworkers and work to mentor and managing the situation.

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ■ | ■ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi* (DocuSigned)   Date: 12/5/2014 | 16:58 MT

Director Signature: *Frank Whidden* (DocuSigned)   Date: 12/5/2014 | 12:21 PT

Employee Signature: [REDACTED] (DocuSigned)   Date: 12/16/2014 | 18:58 MT

S:/IT/Management/Reviews/Evaluation Form.doc

REDACTED   CONFIDENTIAL   DEF 5042