# MESA COUNTY

**Performance Evaluation** ▇▇▇▇▇▇▇

| Name: ▇▇▇▇▇▇ | Date: 10/16/2013 |
|---|---|
| Annual Evaluation Period From: 1/1/2013 | To: 12/31/2013 |
| Department: I.T. | Position: ▇▇▇▇▇▇▇ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Section 1**

**Job Performance** (Consider how well the professional performs ALL aspects of the job)

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| Total Points: | Below<br><18<br>☐ | Successful<br>18 - 26<br>☐ | | Above<br>>26<br>☒ |
|---|---|---|---|---|

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4043

**REDACTED**

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

*Infrastructure and Security – Discuss strengths and opportunities for growth*

Coordinate, install, configure and maintain network communication devices and internal wiring infrastructure. Develop and update network documentation.

**Comments:**

██████ **has grown in this year.  He finished the wireless network build, several cat-5e wiring projects, work on fiber projects, DHS fax system upgrade, Microcall Upgrade, created a standardized basic switch document, and worked to create a new network diagram.** ████ **should continue to learn more about fiber technology.**

Configure, update and monitor network and data security including physical and logical network access for users. Maintain Internet point of presence, IP address management services, vpn and firewall.  Create and maintain user access and security on multiple platforms including virus protection.  Manage and maintain physical computer room environment.

**Comments:**

**This year** ████ **has done a good job managing network wiring and ensured that users have the connectivity and the appropriate access as needed.  He worked on switch upgrades at multiple sites.  He also spent timing learning more about the Firewall and ASA at the medical clinic.  He has been willing to keep the computer room organized, secured, and monitors temperature.** ████ **was point in the primary datacenter UPS upgrade.** ████ **should continue to increase knowledge of Firewall technology.**

Monitor and troubleshoot network traffic, performance and availability. Evaluate and assess potential new software.

**Comments:**

██████ **took the initiative and upgraded the Packet Shaper and Ironport devices.  He continually monitors internet traffic looking for bandwidth and security issues.  He has lead and participated in several software reviews and selection.**

Assess, monitor and resolve internal and external security vulnerabilities.

**Comments:**

██████ **takes internal security very seriously and is not afraid to provide input and solutions where needed.  He needs to grow his knowledge of the external to internal vulnerabilities.**

*Application Services – Discuss strengths and opportunities for growth*

Install, configure and maintain all County application servers.  Responsible for applications licensing contract administration.

**Comments:**

**In the past year** ████ **has spent a lot of time building and maintaining county application servers both physical and virtual.** ████ **played a major role in the conversion from Novell to Microsoft including print server and file share migration.  He participated in review of licensing which included Microsoft, Comvault, Vmware, etc.  Used Zenworks and GoToAssist to help monitor software licensing. He should continue to work on how licensing works, especially for Microsoft products.**

EXHIBIT 13
**REDACTED**   18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4044

Provide secure file sharing.  Provide secure email access for internal and external county users. Manage secure, shared printing services including automatic printer driver installation and configuration.  Install, configure and maintain desktop management suite for pushing down applications, remote control of desktops, and inventory.

**Comments:**

> **While working the file system conversion, █████ worked closely with the needed parties to ensure file security.  Human services was very pleased with his work and provided positive feedback.  He also installed, configured, and deployed the new Microsoft Print Server, Xerox Mobile Print Server, GoToAssist, and Affixa.  He was also very creative on removing the Novell products from workstations.  In the next year █████ should continue to learn about Google's syncing processes.**

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

REDACTED

### Database Services – Discuss strengths and opportunities for growth

Installs, configures, maintains database management system (dbms) servers.  Administer access to county databases by county personnel and applications.  Create database tables and collections as needed for county and third party application use.  Maintain existing database tables and collections.

**Comments:**
**This year** ▇▇▇▇ **participated in the conversion of the Windows cluster and provided the needed data exports for the Naomi project.  He is willing to do queries, backup, moves, and restores as needed.** ▇▇▇▇ **hould increase his exposure to high visibilities databases which included treasurer and assessor.**

### Storage Management – Discuss strengths and opportunities for growth

Maintain and configure site redundant storage area network.

**Comments:**
▇▇▇▇ **has a working understanding of our configuration and policies.  He should continue to increase his knowledge and exposure to our systems.**

Manage all storage presented to servers through direct attached, network attached, or storage area network systems.

**Comments:**
▇▇▇▇ **has a basic understanding of our SAN environment and can do basic troubleshooting and maintenance.  He should continue to gain experience and knowledge of the SAN environment.**

Provide backup and disaster recovery.

**Comments:**
▇▇▇▇ **has a basic understanding of our backup and disaster recovery strategies and has participated in developing new policies.  In the next year** ▇▇▇▇ **should take time to learn more about the backup system.**

### Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Ability to deal with customers, Innovation and Initiative)

*General – Discuss strengths and opportunities for growth*

Install, configure and maintain highly available, redundant servers and make specific recommendations concerning hardware redundancy and software delivery.

**Comments:**
██████ works as part of the team to ensure services are available to our users.  In the past year he has worked other IT Staff & Vendors to install and configure services and has used technology like VMware snapshot to help ensure availability.

Provide 24/7 support for network services and applications.

**Comments:**
██████ is willing to work outside of normal work hours for system maintenance and upgrades.  He carries the team pager and cellphone for emergencies.

Communicate with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

**Comments:**
██████ provides clear and consistent communication within his team and county staff.  He often receives positive feedback concerning his communications.

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

CONFIDENTIAL

DEF 4047

**REDACTED**

## Section 4 – Final Comments and Goals

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

███ sets high standards for his work quality and does what it takes to get it done even when it requires time outside of work hours. He requires minimal supervision and seeks direction when it is appropriate. He manages his time and projects well. He maintains good organization. He is respected by his peers.

- One of ███ projects this year was to move the Novell iPrint server to the new Microsoft Windows Print Server. He utilized online training to obtain the needed knowledge to successfully implement the new platform. He volunteered for the project and was completed ahead of schedule.
- ███ works well with his peers and actively participates in group projects. He has taken the lead on several projects like switch upgrades, Xerox Mobile print server, wireless installations, Noami conversion, and Fax System replacement. He has joined his team in projects that include the conversion from e-Directory to Active Directory, VDI implementation, and mobile device rollout.
- ███ participated in this year's 12-week fitness challenge.

███ thrives on learning and has completed several training classes. He quickly applies the newly learned information to his daily work.

███ is knowledgeable and willing to help anyone when he is asked and then goes out of his way to ensure they get what they need. He has developed good relationships with his co-workers, end-users, and our vendors. He handles stressful situations while calm and deals easily with difficult people. He is able to multi-task many projects and people and then prioritizes them well.

███ communicates well with others. He consistently receives positive feedback from users and county management. During his off hours he monitors his e-mail and responds when needed. He does pager duty and carries a cell phone for emergencies.

███ is a valuable member of the networking team and it has been great to see how much he has grown and accomplished in the last year. He has grown and become more self-confident.

**Employee Career Goals / Objectives** (to be completed by employee)

In the next year, I would like to increase my knowledge and experience in Active Directory, the storage area network, and the VDI environment.

**Accomplishment of Goals Established in Previous Review** (if applicable)

███ goals last year included gaining experience in Active Directory, the storage area network, and network switching and routing. ███ not only completed these goals but has continued to learn and grow beyond what was asked of him.

**Goals Not Accomplished from Previous Review** (if applicable)

███ has completed all goals from his previous performance review.

**Goals to be Obtained** (to be completed by Supervisor and Employee)

A) Continue to learn about Cisco Switches & Routers and storage area networking. Practicing what you have learned.
B) Implement the new Fax System which will replace the DHS Faxware platform.
C) Finish research of replacement of the Zen Works and Implement new solution as needed.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | |
|---|---|
| Employee Signature: ███ | Date: 11/13/13 |
| Supervisor Signature: *Tony Flint* | Date: 11-13-13 |
| Department Head Signature: *Trent J Shelley* | Date: 11/25/13 |

**MESA COUNTY**

Performance Evaluation ████████████

| Name: ████████ | Date: 12/07/2012 |
|---|---|
| Annual Evaluation Period From: 01/25/2011 | To: 12/31/2012 |
| Department: I.T. | Position: ████████ |

Key Duties, Tasks, and Responsibilities (from job description)
Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Total Points: 37**  **Overall Rating: Above**

| Unacceptable 10 – 14 ☐ | Below 15 – 24 ☐ | Successful 25 – 34 ☐ | Above 35 – 44 ☒ | Outstanding 45 – 50 ☐ |
|---|---|---|---|---|

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4049

REDACTED

Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

█████ sets high standards for his work quality and does what it takes to get it done even when it requires time outside of work hours. He requires minimal supervision and seeks direction when it is appropriate. He manages his time and projects well. He maintains good organization. He is respected by his peers.

- One of █████ projects was to upgrade the Zen Works system. He volunteered for the project, went to training, and then came back and successfully implemented the new system. This new system saves the IT department hundreds of staff hours and has increased end-user productivity. His ability to create Zen Objects demonstrates a high level of creativity.
- █████ works well with his peers and actively participates in group projects. He has taken the lead on several projects like the cleanup of DHS legacy systems, UPS upgrade, and wireless network installation. He has joined his team in many projects that include the server room re-organization, conversion from e-Directory to Active directory, VDI installation, and Courthouse switch replacements.
- █████ volunteered to represent the IT Department on the county 'HIT' team. He attends meetings, shares information, and get feedback for the team.

█████ thrives on learning and has completed over ten training classes with several of them being done outside of work hours. He successfully completed the required 'Security +' class and passed the final test with a high grade. He quickly applies the newly learned information to his daily work.

█████ s knowledgeable and willing to help anyone when he is asked and then goes out of his way to ensure they get what they need. He has developed good relationships with his co-workers, our end-users, and our vendors. He handles stressful situations with calm and deals easily with difficult people. He is able to multi-task many projects and people and then prioritizes them well.

He communicates well with others. One of the ways he has improved communication with our end-users was to add a section to his broadcast e-mails called 'The Boring Details'. Users really like being able to tell what was needed of them and then the details of the 'why and what' in a way they could understand. During his off hours he monitors his e-mail and responds when needed. He does pager duty and carries a cell phone for emergencies.

█████ s a valuable member of the networking team and it has been great to see how much he has grown and accomplished in the last two years.

Employee Career Goals / Objectives (to be completed by employee)

In the next year, I would like to increase my knowledge and experience in Active Directory, the storage area network, and network switching & routing.

Accomplishment of Goals Established in Previous Review (if applicable)

In █████ initial review plan, he was asked to become familiar with the county network systems, ensure that he could perform basic network support functions, and to learn basic Storage Area Network management tasks. █████ not only finished these initial goals but has continued to learn and grow.

Goals Not Accomplished from Previous Review (if applicable)

█████ has completed all goals from his previous performance review.

Goals to be Obtained (to be completed by Supervisor and Employee)
1) As part of the conversion to Microsoft Active Directory project, setup and configure the new Print Server.
2) Continue to learn about Cisco Switches & Routers and the storage area network. Practicing what you have learned.
3) In order to ensure that we are using the most current technology and most cost effective solution, complete a comparison report reviewing two new products as replacements for Zen Works.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: █████ | Date: 12-11-12 |
| Supervisor Signature: _(signature)_ | Date: 12-11-12 |
| Department Head Signature: _(signature)_ | Date: 12-17-12 |

**REDACTED**

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4050

DocuSign Envelope ID: F5866B85-0FEA-4BBD-ABC5-D633BEAB26A1



**MESA COUNTY**

December 24, 2015

Evaluation: █████████
Period reviewed: January 1, 2015 through December 31, 2015
Position: █████████ –IT Department

**Overall Appraisal**
Throughout the year ████ has lead and been involved in a wide variety of projects including DHS process improvement studies, Fraud Tracking applications and County wide document retention projects; and has shown development in areas such as Database Management and Project Management. He has supported countywide applications as well as DHS and Health department specific applications for many years and is gaining an extensive knowledge of their business processes and needs. ████ strives to meet customer expectations in a very challenging environment at times.

**2016 Goals**
Continue to: learn about ever changing business processes and requirements; develop technical and organizational skills; develop positive working relationships with co-workers and customers; strive to be a leader in the organization; and cross train and seek cross training in all areas working toward providing the strongest and seamless support possible from our IT team.

I look forward to working together to successfully implement 2016 and beyond, projects along with continually supporting existing applications and numerous other projects as a team.

Signature of Employee

DocuSigned by:
██████████
56298D3A5E9B4A1...

12/29/2015 | 06:43 PT

Signature of Department Manager

DocuSigned by:
*Rick Corsi*
4213FC921923475...

12/29/2015 | 07:44 MT

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4138**

**REDACTED**

## MESA COUNTY

### Performance Evaluation ▇

| Name: ▇ | Date: 10-15-2013 | Self Evaluation ☐ |
| | | Supervisor Evaluation ☒ |

| Annual Evaluation Period From: October, 2012 | To: October,2013 |

| Department: IT | Position: ▇ |

Key Duties, Tasks, and Responsibilities (from job description)

Position supports department and county-wide applications.  Functions as liaison between various user departments, Information Technology (IT) staff and management, contractors, and vendors.  Investigates, analyzes, evaluates, and manages business processes, user requirements, and prospective solutions (including hardware, software, training and maintenance) for work efforts or IT projects. Provides support for office applications, analyses, and evaluation for assigned aspects of most business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.**

(Consider how well the professional performs all aspects of the job.  Consider all factors below.) See Section 4

| Job Performance | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

Job Knowledge (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2

| Job Knowledge | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Project Management | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2

| Meets Deadlines | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Judgment & Problem Solving | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3

| Communication Skills | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Organizational Skills | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(demonstrates enthusiasm and interest)

| Service Passion | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Ability to Deal with Customers and Co-workers | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Innovation & Initiative | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| **Total Points: 34** | | **Overall Rating: Successful** | |
|---|---|---|---|
| | Below 20-27 ☐ | Successful 28-36 ☒ | Above >36 ☐ |

**EXHIBIT 13**
18-CV-01144-DDD-STV            **CONFIDENTIAL**            **DEF 4141**

**REDACTED**

### Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Knowledge and abilities needed to accomplish technical or computer-related duties:**

*Excellent knowledge of his primary applications.*
*Very task oriented.*
*Good organizational skills.*
*At time needs to think through processes before acting.*

### Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

**Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

*Work well with some co-workers, but not well with others.*
*Needs to increase communications with co-workers.*
*Needs to improve communications with customers.*
*Needs to expand primary applications outside comfort zone.*
*Has good organizational skill and utilizes Service Desk and documentation tools.*

### Section 4 (Overall Job Performance)

**Summary of all job performance criteria:**

*Good organizational knowledge in areas he is responsible for, but needs to expand his scope of projects.*
*Has improve customer relations, but still needs to get more involved in projects at the Health Department and DHS.*

### Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

Strengthen technical skills through available continuing education avenues
• Continue to better understand the work environment, work flow, and related processes at DHS
• Continue to monitor data security for applications and projects
• Continue to increase knowledge of county IT systems and related processes

Accomplishment of Goals Established in Previous Review (if applicable)

Communication skills have been strengthened

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4142**

- Successfully developed a draft change management policy for IT
- Implemented data reporting services, electronic forms, and electronic workflow solutions
- Developed understanding of big picture county functions and processes

Goals Not Accomplished from Previous Review (if applicable)

Goals to be Obtained

Plan for Upcoming Year

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: ███████████ | Date: 11·14·2013 |
| Supervisor Signature: | Date: 11/14/13 |
| Department Head Signature: | Date: 11/19/13 |

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4143

REDACTED



## MESA COUNTY

### Performance Evaluation ▮

| Name: ▮ | Date: 9-20-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: ▮ |

Key Duties, Tasks, and Responsibilities (from job description)

Position supports department and county-wide applications. Functions as liaison between various user departments, Information Technology (IT) staff and management, contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes, user requirements, and prospective solutions (including hardware, software, training and maintenance) for work efforts or IT projects. Provides support for office applications, analyses, and evaluation for assigned aspects of most business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
▮ performance of the last couple years has improved. At times he needs to be reminded about protocol and how to handle projects and communications. He has been working hard on meeting these objectives.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
▮ has a very good understanding of applications he is the primary support on.
He needs to work on developing knowledge of applications and processes he is not the primary support on and is backup support for.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
He has handle most of the routine project management well with the need to improve communications.
He had not taken the opportunity to lead a new project. He has now been assigned to developing a IT change management protocol and thus far has made good progress with the project.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
Meets most deadlines that are under his control.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
This is an area we have had some issues with and have a plan in place to address the issue. He has been making good progeress.

| Unacceptable (1) ☐ | Below (2) ☒ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
Very good written documentation.
Communication between co-workers and customers is an area we are working on improving.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
Very organize.
Documents well
Utilizes Electronic documentation very well.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Works well with many, at times is resistant to work with some coworkers.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
This is an area that we have addressed with him and he is making progress on.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
In areas he is very familiar with he is very innovative. Expanding this innovation out side of his comfort zone is an area that could improve.

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4144

REDACTED

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|
| **Total Points: 30** | | **Overall Rating: Successful** | | |
| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☒ | Above 35 - 44 ☐ | Outstanding 45 – 50 ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Motivated to work on areas that have been identified as needing improvement
Has been working on his improvement plan.
Improvements have been seen in communications and understanding objectives.

**Employee Career Goals / Objectives** (to be completed by employee)

Continue to develop internal communications, assisting with the creation of a department-wide communication tool where all IT staff can post active projects, upcoming upgrades, and troubleshooting solutions.
• Develop a Change Management Standard, a formal set of procedures and steps by which to ensure coordinated system changes without disruption to users or cause security breaches.
• Research and develop skills related to data reporting services, electronic forms, and electronic workflow solutions

**Accomplishment of Goals Established In Previous Review** (If applicable)

Assure that security procedures are met on all systems you are responsible for.
Get involved with newly assigned areas.
Work with and exchange information with ███ team

1. *Put together an action plan outlining how you will:*
    a. *Visit all areas within your current scope of projects to get user input on needs and requirements that are not being met or are needed.  Provide me with a short description of you finding for each area.*
    b. *Meet with ███ that you are backing up to find out any needs that are coming up with projects.*
    c. *Meet with ███ to determine where they may need assistance on any project.*
    d. *Communicate in writing with me weekly on any projects you are working on, upcoming upgrades, number of help desk tickets, etc..*
    e. *Communicate with me any down time or idle time you have.  We currently have many projects that can use some attention.*

*Above was previous action plan. These areas are being worked on, but could use further development.*

**Goals Not Accomplished from Previous Review** (If applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)

Continue to gain knowledge of County systems and processes.
Develop understanding of the big picture of County functions and processes.
Work on two way communication skills with co-workers and customers.
Develop understanding and put into practice change management practices.
Continue to keep monitor data security on applications and projects.

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4145**

REDACTED

| | | |
|---|---|---|
| **Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation. | | |
| Employee Signature: | Date: | 12·6·2012 |
| Supervisor Signature: | Date: | 12/6/12 |
| Department Head Signature: | Date: | 12/11/12 |

EXHIBIT 13
18-CV-01144-DDD-STV                    **CONFIDENTIAL**                    **DEF 4146**

**REDACTED**

**MESA COUNTY**

### Performance Evaluation ███████

| Name: ████████ | Date: 09/16/2013 |
|---|---|
| Annual Evaluation Period From: Jan 1st 2013 | To: Dec 31st 2013 |
| Department: I.T. | Position: ████████ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Section 1**

**Job Performance** (Consider how well the professional performs ALL aspects of the job)

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| **Total Points:** | Below < 18 ☐ | Successful 18 - 26 ☐ | Above > 26 ☒ |
|---|---|---|---|

**EXHIBIT 13**
**18-CV-01144-DDD-STV**           **CONFIDENTIAL**                    **DEF 4214**

**REDACTED**

### Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

*Infrastructure and Security – Discuss strengths and opportunities for growth*

Coordinate, install, configure and maintain network communication devices and internal wiring infrastructure. Develop and update network documentation.

**Comments:** ███ **is able to install, configure and troubleshoot switches and routers as needed.** ███ **is taking the initiative to learn more in this area by taking additional Cisco training.  I would like to see this continue in 2014.**

Configure, update and monitor network and data security including physical and logical network access for users. Maintain Internet point of presence, IP address management services, vpn and firewall.  Create and maintain user access and security on multiple platforms including virus protection.  Manage and maintain physical computer room environment.

**Comments:** ███ **has recently solved routing problems with the internet connection. She is also able to configure the firewall when necessary. She also maintains working knowledge of the Ironport and Packeteer devices and troubleshoots problems with vpn and netmotion when necessary.** ███ **also manages AD on a daily basis.**

Monitor and troubleshoot network traffic, performance and availability. Evaluate and assess potential new software.

**Comments:** ███ **has effectively investigates network performance issues but hasn't always been able to solve them as quickly. I would like to see her make better use of network performance and monitoring tools.**

Assess, monitor and resolve internal and external security vulnerabilities.

**Comments:** ███ **is cognizant of security in her everyday work.**

*Application Services – Discuss strengths and opportunities for growth*

Install, configure and maintain all County application servers.  Responsible for applications licensing contract administration.

**Comments:** ███ **has built several key servers this year including the e-mail Retain application and the three physical Treasurer servers.** ███ **works to ensure we are compliant with our software licensing agreements.**

Provide secure file sharing.  Provide secure email access for internal and external county users. Manage secure, shared printing services including automatic printer driver installation and configuration.  Install, configure and maintain desktop management suite for pushing down applications, remote control of desktops, and inventory.

**Comments:** ███ **assisted in the printer conversion to windows and the file share migration.  She assisted in the GAFG rollout and integration with AD and postini.** ███ **assisted in rolling out the postini encryption solution.** ███ **also worked on issues with delayed email delivery and calendar sharing and rights issues.**

**EXHIBIT 13**
18-CV-01144-DDD-STV

**CONFIDENTIAL**

**DEF 4215**

**REDACTED**

*Database Services – Discuss strengths and opportunities for growth*

Installs, configures, maintains database management system (dbms) servers. Administer access to county databases by county personnel and applications. Create database tables and collections as needed for county and third party application use. Maintain existing database tables and collections.

**Comments:** ███ *built servers and provided network and database support to facilitate Oncore database and file server upgrade and migration to Windows. He maintained SQL backups.*

*Storage Management – Discuss strengths and opportunities for growth*

Maintain and configure site redundant storage area network.

**Comments:** ███ **hasn't had much opportunity to work on the SAN(s). I would see** ███ **more involved in the management of the SAN environment.**

Manage all storage presented to servers through direct attached, network attached, or storage area network systems.

**Comments: Most of what** ███ **work in this area is related to commvault storage needs.**

Provide backup and disaster recovery.

**Comments:** ███ **has been the primary support for backups for several years.** ███ **has upgraded Commvault Simpana to version 9 and upgraded the tape drives to LTO6.** ███ **installed an additional media agent at the secondary datacenter.** ███ **s currently fine-tuning retention policies and working on getting the VSA backups installed and configured. She is planning on attending Commvault training for virtual system agents.** ███ **will need to continue to keep up with version upgrades.**

### *Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Ability to deal with customers, Innovation and Initiative)*

*General – Discuss strengths and opportunities for growth*

Install, configure and maintain highly available, redundant servers and make specific recommendations concerning hardware redundancy and software delivery.

**Comments:** ███ **converted the Eagle treasurer servers to a physical platform.**

Provide 24/7 support for network services and applications.

**Comments:** ███ **carries the pager and responds appropriately. She also works afterhours when needed.**

Communicate with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

**Comments:** ███ **communicates with users in advance of known outages and works to minimize disruption during working hours.**

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                     **CONFIDENTIAL**                     **DEF 4216**

**REDACTED**

## Section 4 – Final Comments and Goals

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

█████ does exceptional work in regards to database maintenance, e-mail management and data backups. █████ does a good job maintaining the AD environment, configuring switches and routers, and working in the VMware environment. █████ s knowledgeable in regards to the SAN, but I would like to see her grow in this area.

**Employee Career Goals / Objectives** (to be completed by employee)

1. Attend Commvault Training
2. Finish Knowledgenet Training

**Accomplishment of Goals Established in Previous Review** (if applicable)

1. Completed Commvault upgrade
2. Completed Listserv upgrade
3. Assisted with active directory migration

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)

1. Become more familiar with the SAN environment
2. Expand knowledge of cisco environment

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | |
|---|---|
| Employee Signature: ████████████ | Date: 11/20/13 |
| Supervisor Signature: *[signature]* | Date: 11-22-13 |
| Department Head Signature: *[signature]* | Date: 11/25/13 |

**EXHIBIT 13**
**18-CV-01144-DDD-STV**               **CONFIDENTIAL**                   **DEF 4217**

**REDACTED**



**MESA COUNTY**

**Performance Evaluation** ▮▮▮▮▮▮

| Name: ▮▮▮▮▮ | Date: 08/29/2012 |
|---|---|
| Annual Evaluation Period From: | To: |
| Department: I.T. | Position: ▮▮▮▮▮ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job) ▮▮▮ has the ability to perform every aspect of the position and she goes above expectations in the areas of application and database administration. She is the primary administrator for GroupWise and its associated services, Commvault backups and archiving and iPrint.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) ▮▮▮ has a solid understanding of technical systems and her long term experience here at Mesa County is invaluable.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) ▮▮▮ has managed several projects including the connectivity to MCCS, printing services migration, and the Commvault upgrade.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) ▮▮▮ completes her tasks in a timely manner and completes her fair share of help desk tickets.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) ▮▮▮ is a good troubleshooter and is capable of proposing and implementing quality, long-term resolutions. Her judgment of how the resolution will affect the overall organization and our customers is very good.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) ▮▮▮ does a good job keeping her coworkers and supervisor informed about the status of her tasks, projects and resolution implementation.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) ▮▮▮ does a good job organizing her daily tasks and projects and adequately prioritizing both.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) ▮▮▮ has a good attitude and is willing to work with her teammates, coworkers and customers to complete any project.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) ▮▮▮ knows the importance of our customers and always considers the impact on their job when assessing any situation.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) ▮▮▮ feels free to speak her mind and propose innovative solutions to existing problems. She also takes the initiative to move ahead with resolving issues and implementing new solutions.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

| **Total Points: 35** | | **Overall Rating: Above** | | |
|---|---|---|---|---|
| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 - 50 ☐ |

**EXHIBIT 13**
**18-CV-01144-DDD-STV**          **CONFIDENTIAL**          **DEF 4218**

REDACTED

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Dedicated to the success of the team, work on nights or weekends when needed, don't call in sick unless actually sick.
Always willing to answer questions and help team members out when called upon.
Pitch in and do my share of help desk tickets.
Primarily responsible for Groupwise and it's associated servers such as BES(built new server and upgraded software), ListServ(built server),
Datasync(built server), also Backups (Commvault), Netmotion, Visiontek(built server), and iprint(built server).
Completed MCCS building connectivity project.
Iprint server configuration and migration (still ongoing – but may be migrated again soon) – resolve problems with drivers etc.
Configured Xerox printer/copiers
Completed Windows 2008, Vmware View, Security +, and Wireless controller training.
Maintain and troubleshoot network services vpn, firewall and switches, routing problems, DNS and DHCP, etc
Assist BSA's with database projects, responsible for SQL server backups and restores.
Maintain Windows servers, apply patches, troubleshoot problems with performance etc.
Help configure and maintain SAN, fiberchannel switches, etc.
Work with vmware, creating and configuring vms, templates, etc.
Upgrade and maintain appliances such as Ironport C&S series and Packeteer, troubleshoot problems with internet performance.

**Employee Career Goals / Objectives** (to be completed by employee)
Complete iprint migration (if needed)
Complete Commvault upgrade – get vm backup licenses purchased
and installed. Troubleshoot problems with backup performance and
not meeting our backup windows.
Complete Listserv upgrade.
Complete Groupwise 2012 upgrade if necessary, otherwise help
switch over to gmail Figure out strategy for existing mail (archive to
go?)
Solve problems with datasync not syncing calendar's properly.
Solve problems with iprint printing (if necessary)
Become more familiar with wireless, new zenworks capabilities,
san, webvpn.
Assist with active directory migration and all that may entail.

**Accomplishment of Goals Established in Previous Review** (if applicable)
1. Become certified in VMWare and either Cisco or CompTIA Network + (Completed courses)
2. Work on migrating NetWare resources to OES/IPrint
3. Disk Based Primary Backup (Compellent)
4. Simpana 9 Upgrade
5. GW Messenger
6. SSL on GroupWise WebAccess

**Goals Not Accomplished from Previous Review** (if applicable)

1. Implement eMail Archive solution (Not required due to change in email solution)

**Goals to be Obtained** (to be completed by Supervisor and Employee)
1. Assist with gMail conversion
2. Assist with eDirectory to Active Directory conversion
3. Assist with Virtual Desktop infrastructure implementation
4. Assist with Site Recovery Manager implementation

**Employee**: Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agree[ment]

| | |
|---|---|
| Employee Signatu[re]: ▮▮▮▮▮▮▮▮▮▮▮ | Date: 12/14/12 |
| Supervisor Signature: ▮▮▮▮▮ | Date: 12-14-12 |
| Department Head Signature: | Date: 12-17-12 |

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4219

REDACTED

## MESA COUNTY

**Performance Evaluation** ▓▓▓▓▓▓

| Name: ▓▓▓▓▓ | Date: 10-15-2013 | Self Evaluation ☐ |
|---|---|---|
| | | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: October, 2012 | To: October, 2013 | |
| Department: | Position: ▓▓▓▓▓▓ | |

Key Duties, Tasks, and Responsibilities (from job description)

Manages IT systems including but not limited to: network, database, applications, help desk operations, desktop hardware and software replacements, upgrades, GIS, web and analyst functions. Responsible for direct supervision of IT staff.

**Rate the employee on each of the appraisal factors using the ratings listed below.**

**Leadership Skills** (Consider how well manager sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork) *See Section 2*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|

**Job Knowledge** (Consider manager's knowledge of key duties, tasks, and responsibilities as well as those performed by assigned staff) *See Section 2*

| Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
|---|---|---|---|

**Financial / Budget** (Consider manager's fiscal awareness as it pertains to manager's program responsibilities as well as the agency as a whole) *See Section 2*

| Below (2) ☐ | Successful (3) | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|

**Innovation & Initiative** (Consider professional's contribution in achieving agency and unit goals and objectives and increasing program performance) *See Section 3*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|

**Analytical Skills** (Consider manager's ability to assess the cause of issues and the effect of decisions as well as the use of data to support decision making) *See Section 2*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|

**Communication Skills** (Consider how well manager communicates with others both verbally and in writing) *See Section 3*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|

**Organizational Skills** (Consider manager's ability to organize and structure personal work and work of assigned staff and programs) *See Section 3*

| Below (2) ☐ | Successful (3) | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|

**Attitude / Cooperation** (Consider manager's attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) *See Section 3*

| Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|

**Staff Development** (Consider manager's efforts to enhance and develop new skills as well as providing staff development opportunities for assigned staff) *See Section 2*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|

**Judgment & Problem Solving** (Consider manager's ability to use data as well as interpersonal aspects in decision making and ability to anticipate and address problems) *See Section 2*

| Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|

**Total Points: 36** | **Overall Rating: Above**

| Below 20-27 ☐ | Successful 28-36 ☒ | Above >36 ☐ |
|---|---|---|

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4296**

**REDACTED**

## _Section 2 (Leadership, Job Knowledge, Project, Financial/ Budget, Analytical Skills, Staff Development, Judgment & Problem Solving)_

### Knowledge and abilities needed to accomplish technical or computer-related duties:

_Good knowledge of existing projects and applications_
_Good understanding of needs and requirements of departments throughout the county_
_Good understanding of IT finance and budget process_
_Strong ability to solve issues and problems_
_Good overall knowledge of applications and work processes_

## _Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Innovation and Initiative)_

### Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:

_Good communications and organizational skills_
_Communicates needs and requirements individually (can improve group communication with group)_
_Good initiative, attitude and cooperation within IT, with county departments and public_

## _Section 4 (Overall Job Performance)_

### Summary of all job performance criteria:

_█████ has a wealth of institutional knowledge.  He is easy to work with and communicates well with me as the Director.  He listens to advice and he is supportive of county wide goals and objectives.  He understands project management and does a good job with his budgetary responsibilities.  He does a good job bridging the gap between technical personnel and IT customers and in balancing the personalities and sometimes competing interests within even the IT department.  He is a trusted member of the ██████████████_

_█████ has also been a valuable member of various external and county wide project teams often taking the lead in those projects even though they may not involve IT directly or at best only minimally._

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

_Work to help strengthen his direct reports both individually and collectively_

Accomplishment of Goals Established in Previous Review (if applicable)

_Worked to develop better working relationships within and between work groups_
_Completed several projects_
_Completed several proposed policies and procedures_

Goals Not Accomplished from Previous Review (if applicable)
_Develop better project prioritization methods_

Goals to be Obtained
_Improve communications within IT_
_Develop structured process for managing projects_
_Develop team atmosphere within IT_
_Break down segregated attitude in work groups_
_Develop cross training in work groups_

Plan for Upcoming Year
_Work with individuals to develop skills and work processes to better meet our needs_

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agree████ █ll statements on this evaluation.

| Employee Signatu██ ████████████ | Date: 11/15/2013 |

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4297

REDACTED

| Supervisor Signature: | | Date: |
|---|---|---|
| Department Head Signature: | | Date: 11/15/13 |

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4298



**MESA COUNTY**

### Performance Evaluation ▮

| Name: ▮ | Date: 10-19-2012 |
|---|---|
| Annual Evaluation Period  From: 2011 | To: 2012 |
| Department: IT | Position: ▮ |

Key Duties, Tasks, and Responsibilities (from job description)

Manages IT systems including but not limited to:  network, database, applications, help desk operations, desktop hardware and software replacements, upgrades, GIS, web and analyst functions.  Responsible for direct supervision of IT staff.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.**

**Leadership Skills** (Consider how well manager sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork)
▮ is very attuned to the standards and policies within the County and IT.  He has been involved in helping establish those standards for many years and can be counted on to embody and exemplify those standards.  He often volunteers to lead projects that are beyond what could be expected of an IT manager for the good of the County as a whole.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider manager's knowledge of key duties, tasks, and responsibilities as well as those performed by assigned staff)
This is ▮ strongest characteristic.  He is extremely knowledgeable about Mesa County and the IT operations.  He is especially knowledgeable in GIS.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Financial / Budget** (Consider manager's fiscal awareness as it pertains to manager's program responsibilities as the agency as a whole)
▮ can be counted on to consistently reach his budgetary goals and to deliver projects on-time and under budget.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
▮ is always willing to challenge the status quo and to look for more efficient and effective ways of servicing our constituents.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Analytical Skills** (Consider manager's ability to assess the cause of issues and the effect of decisions as well as the use of data to support decision making)
▮ established a procedure for evaluating purchase requests and developed the IT security policy both of which were critical needs within IT.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well manager communicates with others both verbally and in writing)
Effectively communicates with staff and customers through regular meetings and email.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider manager's ability to organize and structure personal work and work of assigned staff and programs)
Continually evaluates IT organization and was instrumental in establishing the current IT organizational structure.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider manager's attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
▮ is very cooperative and works well with all IT constituents.  He is a team player and functions well with his external counterparts as well.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Staff Development** (Consider manager's efforts to enhance and develop new skills as well as providing staff development opportunities for assigned staff)
Continues to seek needed staff training and development even with tight budget restraints.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider manager's ability to use data as well as interpersonal aspects in decision making and ability to anticipate and address problems)
Excellent understanding of department and project goals.
Has developed many alternatives and work arounds.
Good ability to defuse volatile situations with users, customers, staff and vendors.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4299

REDACTED

| Total Points: 34 | | Overall Rating: Successful | | |
|---|---|---|---|---|
| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☒ | Above 35 - 44 ☐ | Outstanding 45 – 50 ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

█████s very knowledgeable about Mesa County and IT operations. He has many years of experience in both and his overall knowledge of how things work continues to be very valuable. He makes good decisions and can be relied upon to manage goal attainment and budgets well.

**Employee Career Goals / Objectives** (to be completed by employee)
From 2011 review.
Improve methods for employee development and mentoring
Develop standardized training practices and procedures for IT groups to develop technical skills and security awareness
Improve direct communications with departments
Implement WEB based Credit Card usage for County departments
Implement new consumer tracking system for Environmental Health
Continue to move forward with CMS development
Coordinate updated data for GIS utilization
Work on developing cohesiveness and morale within IT groups

**Accomplishment of Goals Established in Previous Review** (if applicable)
Projects that Application Groups have completed or made significant progress on.
Credit Card policy and implantation.
Cashiering system
Unified Registered Sex Offender.
2012 Air photo Project
New WEB site development, look and feel.
Security standards.
Developed project tracking procedures

**Goals Not Accomplished from Previous Review** (if applicable)


**Goals to be Obtained** (to be completed by Supervisor and Employee)
Develop better working relationships within and between work groups.
Complete outstanding projects.
Complete outstanding proposed policies and procedures.
Develop better project prioritization methods.

**Employee:** Your signature onl██████████ that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with ████████ents on this evaluation.

| | | |
|---|---|---|
| Employee Signature: ███████████ | Date: | 12/11/12 |
| Supervisor Signature: | Date: | |
| Department Head Signature: _Tim J.P. Puddy_ | Date: | 12/11/12 |

**EXHIBIT 13**
18-CV-01144-DDD-STV

**CONFIDENTIAL**

**DEF 4300**

**REDACTED**


**MESA COUNTY**

**Performance Evaluation** ▮▮▮▮▮▮▮

| Name: ▮▮▮▮▮▮▮ | Date: 10/15/13 |
|---|---|
| Annual Evaluation Period From: 04/29/2013 | To: 12/31/2013 |
| Department: I.T. | Position: ▮▮▮▮▮▮▮ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Provides technical or functional application problem solving advice and follow up to system users via the Mesa County I.T. Helpdesk phone line, giving Mesa County computer users a focal point for inquiry and incident support, help with using county computer based business systems, and management reporting on I.T. service quality. Assists I.T. Desktop Support personnel in providing front line user support with desktop computer and application issues.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Section 1**

**Job Performance** (Consider how well the professional performs ALL aspects of the job)

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| Total Points: | Below < 18 ☐ | Successful 18 - 26 ☒ | Above > 26 ☐ |
|---|---|---|---|

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4358

REDACTED

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

### Help Desk Activities – *Discuss strengths and opportunities for growth*

Provides county computer users with a central point of contact to receive assistance and report computer issues to I.T. Manage requests for assistance using tools provided, provide assistance at the time of contact as possible and time permitting

**Comments:** ███ **is able to resolve a high number of Tier 1 incidents. When she is unable to resolve an incident she does a good job determining what team it should be delegated to and then working with them to further her understanding of the problem.**

Provides non-emergent assistance and advice to county computer users via FAQs, phone and e-mail. Maintains and assists with maintenance of online information base, including FAQs and Knowledgebase

**Comments:** ███ **has contributed to several knowledgebase articles and a variety of instructional documents including VPN instruction, VDI setup on the iPad, SIRE installation and CUBS installation.**

Routes help desk requests to appropriate I.T. support personnel based on personal computer knowledge and experience, and familiarity with I.T. organizational structure to assure timely and appropriate delivery of I.T. support to county computer users

**Comments:** ███ **has become familiar with many of the various systems and is fairly knowledgeable in regards to which Tier 2 support team the incident should be escalated to.**

### Desktop Support – *Discuss strengths and opportunities for growth*

Provides county computer users with support in the daily operations of computer desktop and laptop computers, including setup and configuration, daily activities, desktop application operations, and maintenance and diagnostic support.

**Comments:** ███ **has worked with the Support Specialist team in several instances to build desktop images and installing reimaged hard drives. Specific examples include the District Attorney's and Sheriff's desktops.**

### Application Support – *Discuss strengths and opportunities for growth*

Provides support to users for business application software.

**Comments:** ███ **has assisted and conducted basic diagnostic troubleshooting when possible for many department specific applications.**

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4359**

**REDACTED**

### Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Ability to deal with customers, Innovation and Initiative)

*General – Discuss strengths and opportunities for growth*

Provides reports and information to I.T. Management concerning I.T. service levels, response times, and quality to assist I.T. Management in resource allocation and service capacity planning

**Comments:** ▆▆▆▆ **currently monitors incidents for timely resolutions. I would like the Help Desk staff in general to begin providing additional reports to gauge the effectiveness and efficiency of the IT department.**

*Training and Documentation – Discuss strengths and opportunities for growth*

Develops or secures written guidelines for handling computer related problems or tasks

**Comments:** ▆▆▆▆ **assisted in the revision of the New Employee Orientation training in addition to having many instructional procedures available for customer use.**

Develops policies and procedures related to information systems operation, maintenance and security

**Comments:** ▆▆▆▆ **provided input for the Employee Access Request form which has increased efficiency throughout the process.**

Oral and written communications must be clear and effective.

**Comments:** ▆▆▆▆ **communicates very well. She listens and interacts with customers and coworkers with patience and calmness.**

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4360**

**REDACTED**

## Section 4 – Final comments and goals

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

In the short time that ███████ has been with Mesa County, there have been countless systems changes.  She has dealt with all of them in a professional and helpful manner.  ███████ has quickly gained proficient knowledge with many IT systems and applications.  She works closely with her IT coworkers and is able to convey resolutions to customers.

Employee Career Goals / Objectives (to be completed by employee)

**I would like to cross train more with Support Specialists, BSA, and Network.
I would like to take any additional course or certifications that would help me
excel and advance in the IT Department.**

Accomplishment of Goals Established in Previous Review (if applicable)

NA

Goals Not Accomplished from Previous Review (if applicable)

NA

Goals to be Obtained (to be completed by Supervisor and Employee)

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | |
|---|---|
| Employee Signature: ███████████ | Date: 11/18/2013 |
| Supervisor Signature: *[signature]* | Date: 11-23-13 |
| Department Head Signature: *[signature]* | Date: 11/25/13 |

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4361**

**REDACTED**

DocuSign Envelope ID: 7D14FCE6-E883-4554-8FEC-73EA8F35DA2D

 **MESA COUNTY**

December 24, 2015

Evaluation: ███████████
Period reviewed: January 1, 2015 through December 31, 2015
Position: ████████ -IT Department

**Overall Appraisal**
Throughout the year ██ has lead and been involved in a wide variety of projects including CJSD, SO, Camera and Video, Severance Tax and other business and GIS projects and has shown development in areas such as leadership, database programming and technical skills .  She has supported countywide, CJSD and SO department specific applications for several years and has an extensive knowledge of their business processes and needs. ██ strives to meet customer expectations in a very challenging environment at times. She is emerging as the "go to, getter done leader" on many projects.

**2016 Goals**
Continue to: learn about ever changing business processes and requirements; develop technical and organizational skills; develop positive working relationships with co-workers and customers; strive to be a leader in the organization; and cross train and seek cross training in all areas working toward providing the strongest and seamless support possible from our IT team.

I look forward to working together to successfully implement 2016 and beyond, projects along with continually supporting existing applications and numerous other projects as a team.

Signature of Employee
DocuSigned by:
████████████████
CC2EB2D60A2B4E5...

12/28/2015 | 10:56 MT

Signature of Department Head
DocuSigned by:
*Rick Corsi*
4213FC921929475...

12/28/2015 | 11:31 MT

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4364**

**REDACTED**

**MESA COUNTY**

### Performance Evaluation ████

| Name: ████ | Date: 10-15-2013 | Self Evaluation ☐ |
| | | Supervisor Evaluation ☒ |

| Annual Evaluation Period From: October, 2012 | To: October, 2013 |

| Department: IT | Position: ████ |

Key Duties, Tasks, and Responsibilities (from job description)

Position supports Law Enforcement Record Management, Jail Management, and Mobile applications for the County's law enforcement department and related agencies. In addition, this position will ████ ████ for all County departments.. Investigates, analyzes, evaluates, and manages business processes, user requirements, and prospective solutions (including hardware, software, training and maintenance) for work efforts or IT projects.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

(Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4

| Job Performance | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

Job Knowledge (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2

| Job Knowledge | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Project Management | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2

| Meets Deadlines | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
|---|---|---|---|---|

(Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Judgment & Problem Solving | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider how well the professional communicates with others verbally, in writing, when listening how well does the person absorb and utilize the information) See Section 3

| Communication Skills | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Organizational Skills | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(demonstrates enthusiasm and interest)

| Service Passion | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
|---|---|---|---|---|

(Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Ability to Deal with Customers and Co-workers | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Innovation & Initiative | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| **Total Points: 39** | **Overall Rating: Above** | | | |
|---|---|---|---|---|
| | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ | |

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4367

REDACTED

### Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Knowledge and abilities needed to accomplish technical or computer-related duties:**

*Excellent knowledge of SO applications for the short time she has been involved.*
*Good organizational skill balancing both ▮▮▮▮ tasks.*
*Meets deadline such as the Severance Tax project.*
*Ability to develop creative solutions on project when needed.*

### Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

**Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

*Works well with other.*
*Some time gets frustrated with co-workers when issues come up.*
*Excellent passion for service and customer care.*
*At times more direct communications is needed with co-workers.*
*Well organized and seems to stay on task when working on projects.*

### Section 4 (Overall Job Performance)

**Summary of all job performance criteria:**

*Excellent overall job performance.*
*Getting more involved in GIS applications is an area that can be worked on.*
*Great multi tasker.*

### Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

Employee goals:
- Continue to familiarize myself with SO workflows and other areas such as ASU
  - I feel much better about the overall workflow at the SO/ASU. This will be a continual learning situation.
- Take on lead role, progressively, on projects
  - Succesfully completed the severance tax project within project deadlines.
- Be involved with GIS projects... *pretty please* ☺
  - I really enjoyed working on the CERR severance tax project and I look forward to continuing with the project this spring.
- I am interested in researching how GIS Online may benefit / be a useful tool for patrol officers
  - Realizing there is a bigger issue with connectivity especially in regards to remote area officers. As time allows, will keep possible applications in mind.

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4368**

**REDACTED**

Management goals:
- Continue to gain knowledge of County systems and processes. // Develop understanding of the big picture of County functions and processes.
  - This will be a continual learning process, but I have gained a much better understanding of how the different departments work together to complete projects and goals.
- Continue to keep monitor data security on applications and projects.
  - Security concerns are large aspect of this job and I am sensitive to this topic.
- As a team we will work on balancing SO and GIS duties
  - Balancing the two job functions is definitely dependent on current projects. I try to keep involved with GIS by watching tickets and taking those that I can complete from the SO with quick turnabout.

Accomplishment of Goals Established in Previous Review (if applicable)

- Develop understanding and put into practice change management practices.
  - This is still a work in progress.

Goals Not Accomplished from Previous Review (if applicable)

- To get better at addressing issues with coworkers early before they become problematic
- Continue training of the visual studio environment and C# programming to be more of an asset to GIS projects

Goals to be Obtained

Continue to increase knowledge base and understanding of different applications used at the SO and processes used in GIS

Plan for Upcoming Year

**Employee**: Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | | |
|---|---|---|
| Employee Signature: ████████ | Date: | 11/18/2013 |
| Supervisor Signature: | Date: | 11/18/13 |
| Department Head Signature: | Date: | 11/19/13 |

**EXHIBIT 13**
18-CV-01144-DDD-STV

**CONFIDENTIAL**

DEF 4369

**REDACTED**



## MESA COUNTY

**Performance Evaluation** ███████

| Name: ███████ | Date: 9-21-2012 |
|---|---|
| Annual Evaluation Period From: May 2012 | To: 2012 |
| Department: IT | Position: ███████ |

**Key Duties, Tasks, and Responsibilities (from job description)**

Position supports Law Enforcement Record Management, Jail Management, and Mobile applications for the County's law enforcement department and related agencies. In addition, this position will ███████ for all County departments.. Investigates, analyzes, evaluates, and manages business processes, user requirements, and prospective solutions (including hardware, software, training and maintenance) for work efforts or IT projects.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
███ was put into an uncertain and high pressure position at the Sheriff's Office with very little knowledge of the application or operation. She has handled every part of the job extremely well.
Her expertise and background is in ███ With the reduced staffing levels she has not been able to jump into the ███ side, but has filled in where she could.
**Example:** EOC support on Wildfire
In the short time she has been support at the SO she has been able to provide need support including after hours pager duty.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Excellent knowledge in the very short time she has been in the position.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
Has taken on interface projects such as the jail scanners. Handles them well.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
Has met every deadline within her control.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
Very good ability on trouble shooting and evaluating need and solutions to problems that arise.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
Communicates well.
Documents well.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
Seems to have good organizations skill and stay on top of issues.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Always willing to help out and work with anyone.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Excellent

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
Even in the short time she has been here she has provided good insight and ideas on many projects.

**EXHIBIT 13**
18-CV-01144-DDD-STV

**CONFIDENTIAL**

**DEF 4370**

**REDACTED**

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|
| **Total Points: 38** | | **Overall Rating: Above** | | |
| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 – 50 ☐ |

Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Excellent self starter
Excellent attitude
Came into our organization with skills and knowledge to become productive immediately.

Employee Career Goals / Objectives (to be completed by employee)
- Continue to familiarize myself with SO workflows and other areas such as ASU
- Take on lead role, progressively, on projects
- Be involved with GIS projects... *pretty please* ☺
I am interested in researching how GIS Online may benefit / be a useful tool for patrol officers

Accomplishment of Goals Established in Previous Review (if applicable)

First review

Goals Not Accomplished from Previous Review (if applicable)

Goals to be Obtained (to be completed by Supervisor and Employee)
Continue to gain knowledge of County systems and processes.
Develop understanding of the big picture of County functions and processes.
Develop understanding and put into practice change management practices.
Continue to keep monitor data security on applications and projects.
As a team we will work on balancing SO and GIS duties

**Employee**: Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: ███████████ | Date: 12-5-2012 |
|---|---|
| Supervisor Signature: | Date: 12/5/12 |
| Department Head Signature: | Date: 12/11/12 |

**EXHIBIT 13**
18-CV-01144-DDD-STV

**CONFIDENTIAL**

**DEF 4371**

REDACTED

DocuSign Envelope ID: A9EB1F8F-E88F-40DC-91F9-D2A1AC6D90C1


**MESA COUNTY**

December 24, 2015

Evaluation: ▓▓▓▓▓▓
Period reviewed: January 1, 2015 through December 31, 2015
Position: ▓▓▓▓▓▓▓▓▓ – IT Department

**Overall Appraisal**

Throughout the year ▓▓▓ has lead and been involved in a wide variety of projects including overall WEB support and development, WEB redesign, Signage development, WEB Application development and support and users training and support and has shown development in areas such as knowledge of new WEB tools and applications, and time management. She has supported countywide and all department specific applications for many years and has an extensive knowledge of their business processes and needs. ▓▓▓ strives to meet customer expectations in a very challenging environment at times. She is always willing and able to go way beyond expectations on all projects she is involved with.

**2016 Goals**

Continue to: learn about ever changing business processes and requirements; develop technical and organizational skills; develop positive working relationships with co-workers and customers; strive to be a leader in the organization; and cross train and seek cross training in all areas working toward providing the strongest and seamless support possible from our IT team.

I look forward to working together to successfully implement 2016 and beyond, projects along with continually supporting existing applications and numerous other projects as a team.

Signature of Employee
DocuSigned by:
▓▓▓▓▓▓▓▓
035569CE46054A8...                                    12/29/2015 | 16:32 MT

Signature of Department Manager
DocuSigned by:
*Rick Corsi*
4213FC921923475                                       12/29/2015 | 16:34 MT

**REDACTED**

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4376**

DocuSign Envelope ID, 42DC025F-DA3F-44D1-B655-D0BE493909A7

Mesa County, ███████████ Information Technology
Evaluation Criteria Form

███████

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.5 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Meets all essential job functions. | | | |
| Technical Knowledge | | 0-2 | 2 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Excellent knowledge of the systems and application she is responsible for. | | | |
| Project Management | | 0-1.5 | 1.35 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Very good project management skills.  The one area that could use a bit of development is not always saying yes and letting others side track you. | | | |
| Effective Communicator | | 0-1 | .95 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Excellent communicator.  Always keep customer and management informed about project status and issues that come up. | | | |
| Customer Service | | 0-1 | 1.0 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Pleasing the customer is ████ first priority. | | | |
| Inner Departmental Relations | | 0-1 | .95 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] ████ works well with almost all coworkers. | | | |
| Professionalism and Availability | | 0-1 | 1.0 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets all requirements. | | | |

REDACTED

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4377

DocuSign Envelope ID: 42DC025F-DA3F-44D1-B655-D0BE493909A7

Mesa County, ███████ Information Technology

**Evaluation Criteria Form**

Overall Comments: *[Comments]* ███ *has shown the ability to meet all technical job requirement and go far beyond in many areas.  She is the go to person for projects that fall within and even outside her area of responsibility.  The one area that needs development is to try to keep focused and ask coworkers for assistance when they are able to help out.*

███ *s an outstanding performer the goes far beyond when it comes to pleasing the customer and getting the job done.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ☐ | ■ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi*                     Date: 12/5/2014  |  16:55 PT

Director Signature: *Frank Whidden*                 Date: 12/5/2014  |  12:21 PT

Employee Signature: ███████                         Date: 12/6/2014  |  09:45 PT

S:/IT/Managemen:/Reviews/Evaluation Form.doc

**REDACTED**

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4378**

Goals to be Obtained

- Stay Current with technology
- Develop time management and self-improvement skills
- Redesign the navigation for the Planning Department's website
- Design and implement a Google Site to replace Mesa Wave
- Design and implement a new website for GVT

Plan for Upcoming Year

Continue training to learn new technology and continue to move forward on the project list

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | | |
|---|---|---|
| Employee Signature ███████████ | Date: | 11/14/2013 |
| Supervisor Signature: | Date: | 1/14/2013 |
| Department Head Signature: | Date: | 11/19/13 |

## *Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)*

**Knowledge and abilities needed to accomplish technical or computer-related duties:**

*Excellent Job knowledge and customer process knowledge.*
*Good project management, multi-tasker and balancer of requests from multi directions.*
*Meet deadline within her control, many times putting in extended hour to complete projects.*
*Excellent Judgment and problem solving skills.*

## *Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)*

**Interpersonal skills used to properly interact with others. Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

*Works well with others.*
*Continually giving the customer more than they expect.*
*Good at evaluating customers' needs.*

## *Section 4 (Overall Job Performance)*

**Summary of all job performance criteria:**

*Provide most of the WEB development and support for County departments.*
*Always has multiple projects in progress and strive to make everyone happy.*

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

- Design and implement a replacement site for Mesa Wave
- Redesign and implement a replacement site for the Planning Department
- Redesign and implement a replacement site for GVT

Accomplishment of Goals Established in Previous Review (if applicable)

- Implemented a new replacement site for DHS and assisted the Health Department with replacing HdNet
- Implemented the new Sheriff website
- Began working on the redesign of the Planning department website

Goals Not Accomplished from Previous Review (if applicable)

- Redesign the navigation for the Planning Department's website - was not able to complete this goal because of changing project priorities

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4380**

## MESA COUNTY

Performance Evaluation

| Name: ▉ | | Date: 10-15-2013 | Self Evaluation ☐ |
|---|---|---|---|
| | | | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: October, 2012 | | To: October, 2013 | |
| Department: IT | | Position: ▉ | |

**Key Duties, Tasks, and Responsibilities (from job description)**

WEB application, Content Management and WEB database programmer. Develops and customize WEB pages, applications and other software applications. Supports the development, implementation, and maintenance of the County's Internet and Intranet applications utilizing the Content Management System (CMS). Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of information into a comprehensive database.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

| (Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4 | | | | |
|---|---|---|---|---|
| **Job Performance** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| **Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2 | | | | |
|---|---|---|---|---|
| **Job Knowledge** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| (For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2 | | | | |
|---|---|---|---|---|
| **Project Management** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |

| (Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2 | | | | |
|---|---|---|---|---|
| **Meets Deadlines** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2 | | | | |
|---|---|---|---|---|
| **Judgment & Problem Solving** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3 | | | | |
|---|---|---|---|---|
| **Communication Skills** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3 | | | | |
|---|---|---|---|---|
| **Organizational Skills** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (demonstrates enthusiasm and interest) | | | | |
|---|---|---|---|---|
| **Service Passion** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (+1) ☒ |

| (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3 | | | | |
|---|---|---|---|---|
| **Ability to Deal with Customers and Co-workers** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3 | | | | |
|---|---|---|---|---|
| **Innovation & Initiative** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| **Total Points: 42** | | **Overall Rating: Above** | |
|---|---|---|---|
| | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ |



**MESA COUNTY**

### Performance Evaluation ▆

| Name: ▆ | Date: 9-24-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: ▆ |

**Key Duties, Tasks, and Responsibilities (from job description)**

WEB application, Content Management and WEB database programmer. Develops and customize WEB pages, applications and other software applications. Supports the development, implementation, and maintenance of the County's Internet and Intranet applications utilizing the Content Management System (CMS). Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of information into a comprehensive database.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
▆ is the primary WEB developer for the conversion to the new County WEB sites.
She has taken on not only the external site development, but also revamping the internal sites.
She has worked with all departments on the redevelopment of their sites.
With this workload she has done an excellent job balancing and moving forward with the projects.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Excellent know of County WEB applications and CMS software.
Excellent knowledge of departments process and WEB needs.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
Balancing all the projects has been a real challenge, ▆ has handled it very well and has been able to move multi projects forward very successfully.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
Has been able to keep projects within their deadlines, working many extra hours when necessary to meet the goals.
Has met all deadlines that are within her control.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
With her extensive knowledge of processes and applications she has excellent problems solving and trouble shooting skills.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
Communicates well with all customers, vendors and coworkers.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
With the high work load has been able to keep tracked of projects and balance the work load.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Always willing to work with customers and coworkers.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Excellent ability to deal with customers, striving to make everyone happy.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4382

REDACTED

| Has lead to movement for the new WEB look, utilizing new applications and technologies in the process. | | | | |
|---|---|---|---|---|
| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

| Total Points: 42 | Overall Rating: Above | | | |
|---|---|---|---|---|
| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 – 50 ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Works beyond all expectations on to get the job done right.
Ability to work on numerous projects during changing time with heavy workloads.
One of the strongest and most versatile members of the IT organization
Primary WEB site developer for Ektron CMS

**Employee Career Goals / Objectives** (to be completed by employee)

**Accomplishment of Goals Established in Previous Review** (if applicable)

Improved the design and navigation of the Mesa County websites, learned to use the new version of the Ektron Content Management System, improved my ability to work on various projects simultaneously

**Goals Not Accomplished from Previous Review** (if applicable)

Met all goals within her control.

**Goals to be Obtained** (to be completed by Supervisor and Employee)
- Implement the new eIntranet system (replacing MesaWave, DHSNet, and HdNet)
- Implement the new Sheriff website
- Redesign the navigation for the Planning Department's website

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement

| Employee Signature ▓▓▓▓▓▓ | Date: 12/6/2012 |
|---|---|
| Supervisor Signature: | Date: 12/6/12 |
| Department Head Signature: | Date: 12/11/12 |

**EXHIBIT 13**
**REDACTED**   18-CV-01144-DDD-STV          CONFIDENTIAL                    DEF 4383