DocuSign Envelope ID: 8C3E2212-9344-4FEF-BE87-73B19195B217

Mesa County, ▮▮▮▮ Information Technology
Evaluation Criteria Form

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | Demonstrates the ability to perform all "essential job functions" per job description. | 0-2.5 | 2.4 |
| [Comments] Successfully meet all essential job functions. | | | |
| Technical Knowledge | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | 0-2 | 1.9 |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Excellent job knowledge and technical experience. Has brought a lot of new ideas and technology into GIS applications. | | | |
| Project Management | Demonstrates the ability to manage projects in a timely, efficient manner. | 0-1.5 | 1.25 |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Good project management.  Some development in the area of time management is an area to work on. | | | |
| Effective Communicator | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | 0-1 | .8 |
| [Comments] Good communicator. | | | |
| Customer Service | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | 0-1 | 1 |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Strives to meet all customer needs. Continues to learn about customers needs. | | | |
| Inner Departmental Relations | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | 0-1 | .9 |
| [Comments] Works well with all coworker.  At time holds back on communicating project status until he is sure it is perfect. | | | |
| Professionalism and Availability | Conducts and presents self in a professional manner and appearance. | 0-1 | .9 |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4491

REDACTED

DocuSign Envelope ID: 8C3E2212-9344-4FEF-BEB7-73B19195B217

**Mesa County, ▇▇▇▇▇▇▇ Information Technology**
**Evaluation Criteria Form**

▇▇▇▇▇▇▇

Overall Comments: *[Comments]* ▇▇ *meets all technical requirement for the job. He strives to understand and meet customers' needs. Continues to learn more and more about the needs of customers and projects within the County.*

▇▇ *has always done an excellent job on any assignment he was given. An area to focus on would be to seek opportunities to gain technical knowledge and keep up with GIS trends should be a goal.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---------------|-------|---------|-------------|
| ☐ | ☐ | ▇ | ▇ |

Completed by: *Rick Corsi*

Date: *12-2-2014*

Manager Signature: *Rick Corsi*       Date: 12/5/2014 | 16:59 PT

Director Signature: *Frank Whidden*       Date: 12/5/2014 | 12:21 PT

Employee Signature: ▇▇▇▇▇▇       Date: 12/8/2014 | 08:13 PT

S:/IT/Management/Reviews/Evaluation Form.doc

EXHIBIT 13
REDACTED   18-CV-01144-DDD-STV       CONFIDENTIAL       DEF 4492



**MESA COUNTY**

Performance Evaluation

| Name: ▮ | Date: 10-15-2013 | Self Evaluation ☐ |
|---|---|---|
| | | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: October, 2012 | To: October, 2013 | |
| Department: IT | Position: ▮ | |

Key Duties, Tasks, and Responsibilities (from job description)

GIS application and database programmer. Develop and customize ArcIMS, ArcSDE and other GIS software applications. Supports the development, implementation, and maintenance of the County's geographic information system (GIS). Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of geographic information into a comprehensive database.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

(Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4

| Job Performance | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

Job Knowledge (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2

| Job Knowledge | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
|---|---|---|---|---|

(For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Project Management | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2

| Meets Deadlines | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Judgment & Problem Solving | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3

| Communication Skills | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Organizational Skills | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(demonstrates enthusiasm and interest)

| Service Passion | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Ability to Deal with Customers and Co-workers | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

(Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Innovation & Initiative | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
|---|---|---|---|---|

| **Total Points: 41** | | **Overall Rating: Above** | | |
|---|---|---|---|---|
| | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ | |

### Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Knowledge and abilities needed to accomplish technical or computer-related duties:**

*Has learned County GIS systems in the short time he has been here.*
*Brought in many new and good ideas for expanding the GIS systems.*
*Has been dedicated to working within the group providing updates and system changes.*
*Has work both with internal and external customers providing excellent service.*
*Has strong GIS programming skills.*
*Understand the functionality of GIS and the needs of the customer.*
*Has been developing new GIS applications to push the County's system to new levels.*
*Self starter.*

### Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

**Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

*Works well with GIS, IT and other County Staff.*
*Very good Communications skills.*
*Seems to be very organized and keeps project on track.*
*Very interested in improving, expanding and developing the GIS system to better serve the public.*
*Always thinking about new and creative ways to improve the system and make them more stable.*
*Excellent team player and addition to our GIS staff..*

### Section 4 (Overall Job Performance)

**Summary of all job performance criteria:**

█████ *has done an excellent job in the short time he has been at the County.  He has and will help push our GIS team and system to the next level.  His abilities and demeanor have fit right into the County system.*

### Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

My current career goals include:

1. Become more proficient in core programming languages including VB.NET, C#.NET and JavaScript
2. Develop the habit of documentation more fully in several areas including:
   a. Application programming
   b. Software and hardware installation and debugging
   c. Daily activities
   d. Cartography and data management (ArcGIS metadata)
3. Improve my relevant skill sets through continuing education (online classes, CMU, conferences)

Accomplishment of Goals Established in Previous Review (if applicable)

My goals since ▮▮▮▮▮▮ have been to develop a complete utility application in VB.NET and to begin designing and coding a browser-independent version of our current web map.

I was successful in creating the VB.NET tool which backs up specific edited SDE features and creates a downloadable copy of the feature on the web site download page. The tool includes features like process log files, email settings options and backup settings options.

I have begun developing a JavaScript/REST version of the web map viewer that should be useable on most devices, including mobile.

Goals Not Accomplished from Previous Review (if applicable)

Goals to be Obtained

Over the next year I want to accomplish:

1. Reach an advanced level with the HTML5/JavaScript/CSS suite.
2. Finish a public facing JavaScript Web Viewer that is mobile ready.
3. Upgrade County users to ArcMap 10.2 to take advantage of new functionality.
4. Create a public interface for the GIS department (blog) to distribute information and improve communication with community users.
5. Cache our GIS imagery (along with other layers as needed).
6. Update all applications using the Google API from version 2 to version 3.
7. Implement an internal newsletter for County GIS users to improve communication

Plan for Upcoming Year

I will accomplish my goals by developing the following two steps:

1. Prioritize goals based on needs.
2. Create Google Calendar tasks to help form habits (documentation). This will also be used to schedule conferences and classes as well as break down task oriented goals into steps that can be accomplished one step at a time.

While this plan (and the goals themselves) might change throughout the year, mapping out my goals for the year using Calendar will give me a starting point and help me measure my progress.

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4495

REDACTED

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: ▬▬▬▬▬▬ | Date: 11 / 15 / 2013 |
| Supervisor Signature: | Date: 11/15/13 |
| Department Head Signature: | Date: 11/19/13 |

# MESA COUNTY

**Performance Evaluation** ████████████

| Name: ████████ | Date: 10/15/13 |
|---|---|
| Annual Evaluation Period From: 1/1/13 | To: 12/31/13 |
| Department: I.T. | Position: ████████████ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Provides technical assistance, problem resolution and training to microcomputer users. Duties include assisting users in analyzing needs, identifying hardware/software options, configuring systems and diagnosing/solving usage problems. Conducts training sessions, installs or coordinates installation of hardware and software and maintains knowledge of current hardware/software options.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Section 1**

**Job Performance** (Consider how well the professional performs ALL aspects of the job)

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| **Total Points:** | Below<br>< 18<br>☐ | Successful<br>18 - 26<br>☐ | Above<br>> 26<br>☒ |
|---|---|---|---|

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4499

REDACTED

### Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Hardware Support –** *Discuss strengths and opportunities for growth*

Configures, installs, maintains and coordinates repairs of computers, including desktops, laptops, and/or notebooks.

**Comments: As the** ████████████████ **has extensive knowledge of every Mesa County site and there systems.  He is very capable of maintaining desktops, laptops and tablets.**

Supports and maintains other technology devices, such as PDA devices, desktop telephones, cell and smart phones.

**Comments:** ████ **supports and maintains many mobile platforms including iOS, Droid and Windows tablets, patrol car laptops and smartphones.**

Supports and maintains computing hardware, such as computer projectors, printers, fax machines and network appliances. Coordinates with vendors for installation, setup, maintenance and replacement of these devices.

**Comments:** ████ **has been involved in many conference room setups.** ████ **is also the point person for multi-function printer copiers.**

Assists users with the daily operations of computer hardware and other devices, such as workstations, keyboards, mice, external monitors, and modems and wireless communications devices.

**Comments:** ████ **has extensive knowledge of computer hardware workstations and peripherals.**

**Software Support  –** *Discuss strengths and opportunities for growth*

Installs, configures and maintains modern user computer operating system software, updates and upgrades.

**Comments:** ████ **assists at all sites for upgrading and configuring existing workstations and their operating systems.**

Installs, configures and maintains standard county desktop applications, such as office suites and Internet software. Assists users with understanding software features, such as macros and menus, advanced printing features, and data interchange and linking between applications.

**Comments:** ████ **is competent with all county desktop applications.**

Assists users with the daily operations of department specific applications, including report generation and data extraction/importation.

**Comments: Because** ████ **works at all Mesa County sites, he is very knowledgeable in regards to the various department specific applications and works well with the BSA team when escalation is required.**



### Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Ability to deal with customers, Innovation and Initiative)

**Assistance, Problem Resolution, Training –** *Discuss strengths and opportunities for growth*

Provide resolution for internal service requests received by the Help Desk

**Comments:** ███ **is very competent in his ability to resolve most incidents.**

Provides "first tier" application support as requested and coordinates requests with the Help Desk.

**Comments:** ███ **works well with the Help Desk.**

Escalates and coordinates with other IT personnel when service requests require ("second tier").

**Comments:** ███ **is able to determine when an incident requires escalation and provides critical information to the second tier support functions such as Networking or BSA.**

Coordinates with other IT teams developing and assuring resource availability and backup and recovery procedures.

**Comments:** ███ **assists the end user with backup as needed and notifies the appropriate persons if he foresees an issue with any of the above.**

Provides user training via training classes, seminars, "bring your own lunch" sessions, over the shoulder and one-on-one training.

**Comments:** ███ **provides one-on-one training with end users as needed.**

Provides ongoing customer support and training, including new user training.

**Comments:** ███ **provides a great deal of ongoing support and training.**

Provides customers with needs analysis support and direction, assists users with hardware and software needs and specifications.

**Comments:** ███ **provides end users with support and some direction with hardware and software needs.**

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4501**

**REDACTED**

## Section 4 – Final comments and goals

Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

███ s a valued member of the IT department. He works effectively and efficiently and always puts the customers' needs first. He is knowledgeable when it comes to Mesa County systems . He helps his fellow coworkers in any way he can and is always has a good sense of humor.

Employee Career Goals / Objectives (to be completed by employee)

Maintain a high standard of efficiency in repair and support of all users and equipment for Mesa County.

Accomplishment of Goals Established in Previous Review (if applicable)

Cross trained in almost all areas if the job and all sites

Goals Not Accomplished from Previous Review (if applicable)

Goals to be Obtained (to be completed by Supervisor and Employee)

- As IT moves towards virtual desktops, I would like him to become more knowledgeable with that system
- I would like ███ to focus on administration and documentation of county-wide printing devices

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | | |
|---|---|---|
| Employee Signature: ███ | Date: | 11-15-13 |
| Supervisor Signature: | Date: | 11·14·13 |
| Department Head Signature: | Date: | 11/25/13 |

**EXHIBIT 13**
**REDACTED**   18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4502

 **MESA COUNTY**

**Performance Evaluation** █████████

| Name: ████████ | Date:  12/07/2012 |
|---|---|
| Annual Evaluation Period From:01/01/2011 | To: 12/31/2012 |
| Department: I.T. | Position: ████████ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Provides technical assistance, problem resolution and training to microcomputer users. Duties include assisting users in analyzing needs, identifying hardware/software options, configuring systems and diagnosing/solving usage problems. Conducts training sessions, installs or coordinates installation of hardware and software and maintains knowledge of current hardware/software options.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job) ████ performs his various daily tasks requiring little supervision.  He performs the tasks of a ████ and a ████ every day and performs both jobs with efficiency and a great attitude.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) In the short time that ████ has been with Mesa County, he has quickly picked up most of the applications IT supports and provides a unique perspective in resolving many issues.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) ████ does a good job managing projects such as workstation deployment and training room setups.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) ████ stays on top of his daily workload and pitches in to help others complete their tasks in a timely manner as well.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) ████ is a persistent troubleshooter that will work diligently towards resolving just about any issue.  He often provides unique resolutions to long term issues and always tries to find the quickest and most efficient method to resolve an issue rather than taking the easiest way out.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) ████ communicates very well with all people in the organization. He assists ████ every day on the Help Desk and can transition from communicating with customers on the front line to communicating with his peers and upper level management regarding IT systems. He is also very good at explaining issues to all levels of users.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) ████ is well organized.  He can always be counted on to find the right part or tool for the job.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) ████ has a great attitude towards all aspects of his job.  I have rarely if ever heard him complain about coworkers or customers. ████ will pitch in and help with anything asked with out arguing or complaint.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) Again, ████ is a pleasure to work with and I receive compliments every day on how easy ████ is to work with.  He can make any customer feel at ease and he gives his customers the confidence to know that any issue can be resolved.  He always makes sure the customer is happy before moving on to the next issue.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) ████ always provides very innovative solutions to problems.  He strives to find long term resolutions rather than short term quick fixes.  He takes the initiative to resolve issues and find work that needs to be done without requiring supervision.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Total Points: 37** | **Overall Rating: Above**

| Unacceptable 10 – 14 | Below 15 – 24 | Successful 25 – 34 | Above 35 – 44 | Outstanding 45 – 50 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4503**

**REDACTED**

Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

█████ has a great work ethic and is very knowledgeable in his profession. █████ communicates extremely well with his coworkers and customers. █████ will strive to find the best solution to any problem and is willing to work on any task assigned.

Employee Career Goals / Objectives (to be completed by employee)

Develop knowledge of all Mesa Counties' software and hardware needs,, and find solutions to challenges
Work with sites to build relationships between programs

Accomplishment of Goals Established in Previous Review (if applicable)

N/A

Goals Not Accomplished from Previous Review (if applicable)

N/A

Goals to be Obtained (to be completed by Supervisor and Employee)

- Continue to provide excellent customer service to customers throughout Mesa County

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement w...

| | | |
|---|---|---|
| Employee Signature: ██████████ | Date: | 12-13-12 |
| Supervisor Signature: _(signature)_ | Date: | 12-13-12 |
| Department Head Signature: _(signature)_ | Date: | 12-17-12 |

EXHIBIT 13
18-CV-01144-DDD-STV

**REDACTED**

CONFIDENTIAL

DEF 4504

## MESA COUNTY

**Performance Evaluation** ▓▓▓▓

| | | Self Evaluation ☐ |
| --- | --- | --- |
| Name: ▓▓▓ | Date: 10/15/2013 | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: October, 2012 | To:  October, 2013 | |
| Department:            IT | Position: ▓▓▓ | |

**Key Duties, Tasks, and Responsibilities (from job description)**

Manages IT systems including but not limited to:  network, database, applications, help desk operations, desktop hardware and software replacements, upgrades, GIS, web and analyst functions.  Responsible for direct supervision of IT staff.

**Rate the employee on each of the appraisal factors using the ratings listed below.**

**Leadership Skills** (Consider how well manager sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork) *See Section 2*

| Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

**Job Knowledge** (Consider manager's knowledge of key duties, tasks, and responsibilities as well as those performed by assigned staff) *See Section 2*

| Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| --- | --- | --- | --- |

**Financial / Budget** (Consider manager's fiscal awareness as it pertains to manager's program responsibilities as well as the agency as a whole) *See Section 2*

| Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) *See Section 3*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

**Analytical Skills** (Consider manager's ability to assess the cause of issues and the effect of decisions as well as the use of data to support decision making) *See Section 2*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

**Communication Skills** (Consider how well manager communicates with others both verbally and in writing) *See Section 3*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

**Organizational Skills** (Consider manager's ability to organize and structure personal work and work of assigned staff and programs) *See Section 3*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

**Attitude / Cooperation** (Consider manager's attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) *See Section 3*

| Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

**Staff Development** (Consider manager's efforts to enhance and develop new skills as well as providing staff development opportunities for assigned staff) *See Section 2*

| Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

**Judgment & Problem Solving** (Consider manager's ability to use data as well as interpersonal aspects in decision making and ability to anticipate and address problems) *See Section 2*

| Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| --- | --- | --- | --- |

| **Total Points:  36** | **Overall Rating:** | |
| --- | --- | --- |
| | Below 20-27 ☐ | Successful 28-36 ☒ | Above >36 ☐ |

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    CONFIDENTIAL                    DEF 4508

**REDACTED**

## Section 2 (Leadership, Job Knowledge, Financial/ Budget, Analytical Skills, Staff Development, Judgment & Problem Solving)

### Knowledge and abilities needed to accomplish technical or computer-related duties:

1. **Leadership Skills** (Consider how well manager sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork)
   ██████ has an excellent relationship with his team built on respect. The team respects his judgment and technical expertise. These traits are particularly critical to this group.

2. **Job Knowledge** (Consider manager's knowledge of key duties, tasks, and responsibilities as well as those performed by assigned staff)
   ██████ truly has a good grasp of the myriad of technical details that comprise the Mesa County network. He understands it from the switch level to the servers and from the phones to the operating systems. He has personally architected a great deal of the existing network and has a good plan for moving forward.

3. **Financial/Budget** (Consider manager's fiscal awareness as it pertains to manager's program responsibilities as well as the agency as a whole)
   ██████ works well in conjunction with his peer IT and Mesa County managers to provide financially sound solutions. He has shown flexibility in supporting an aged infrastructure to reduce impact to the overall Mesa County budget. He has also been able to outsource services when appropriate in order to reduce costs, improve existing staff efficiency and increase customer service.

4. **Analytical Skills** (Consider manager's ability to assess the cause of issues and the effect of decisions as well as the use of data to support decision making)
   ██████ provides careful analysis when evaluating alternatives and is open to input from both myself, his team, and external partners.

5. **Staff Development** (Consider manager's efforts to enhance and develop new skills as well as providing staff development opportunities for assigned staff)
   ██████ finds creative ways of providing training to his staff enabling them to remain current in the technology field. He also mentors them as they encounter leading edge technology and attempt to implement innovative ideas.

6. **Judgment and Problem Solving** (Consider manager's ability to use data as well as interpersonal aspects in decision making and ability to anticipate and address problems)
   ██████ can be counted on to make good decisions especially in times of crises. We don't have very many of those because of great prior planning and organization. Even in difficult budget times and limited resources we rarely have network outages.

### Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Innovation and Initiative)

**Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

1. **Communication Skills** (Consider how well manager communicates with others both verbally and in writing) – ▮▮▮ explains issues and solutions to his staff, supervisors, and customers in a fashion appropriate to each audience.
2. **Organization Skills** (Consider manager's ability to organize and structure personal work and work of assigned staff and programs) – ▮▮▮ assign tasks and duties to his staff based on their strengths working "in the trenches" as required.
3. **Attitude/Cooperation** (Consider manager's attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) – ▮▮▮ staff and co-workers feel very comfortable discussing any issue with him.  He is good at working on assigned tasks whether or not he agrees with them, but feels comfortable expressing his position on those tasks.
4. **Innovation and Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) - ▮▮▮ has taken the initiative to introduce innovative technologies such as server, desktop, storage and application virtualization which allows for quick, fully developed environments for other teams within IT and the county to fully utilize their tools and talents.

### Section 4 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

- Complete ITIL Foundations training

Accomplishment of Goals Established in Previous Review (if applicable)
- Decreased workstation replacement refresh cycle from >5 years to 4 years to improve user efficiency
- Met the increasing demand of storage
- Implemented site recovery manager solution across primary and secondary data centers to provide a better disaster recovery/business continuity solution
- Continued infrastructure switch replacement in all buildings to provide GigE and PoE to the desktops
- Replaced 20% (5 year refresh cycle) of existing server farm to increase performance and available resources
- Investigated feasibility of adding a secondary Internet connection for Public Safety for load balancing and redundancy
- Investigated feasibility of Mesh network connections between major sites to reduce potential for site outages
- Expanded on VoIP implementation to Orchard Mesa, Clifton and WFC campuses
- Provided Internet connectivity and workstations for 2013 general election vote centers
- Continued migration of SQL databases from clustered 2005 32-bit instances to isolated, virtualized 2008 64-bit instances
- Completed migration of Novell file, print, desktop management and IP address management from NetWare to OES/Win2K8  (this was a MAJOR accomplishment)
- Investigated feasibility of migrating existing private cloud based services to public cloud based solutions

Goals Not Accomplished from Previous Review (if applicable)
- Investigate feasibility of on-site vulnerability assessment equipment for on-going risk analysis and exposure mitigation
- Investigate feasibility of migrating from MS Office 2007 suite to MS Office 2010

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4510

REDACTED

Goals to be Obtained
- Investigate feasibility of on-site vulnerability assessment equipment for on-going risk analysis and exposure mitigation
- Investigate feasibility of migrating from MS Office 2007 suite to MS Office 2010
- Continue implementation of VDI
- Continue implementation of VoIP at CSB and other shops

## Overall Performance

███ is an excellent technologist, manager, and team member. He is a valued member of the IT management team. I rely on him for technical advice and his tremendous depth of knowledge regarding the Mesa County network and everything that attaches to it. He has had to deal with very difficult budget issues and he has also had to deal with a different perspective coming from me as the new Director. He has handled all of those issues very well.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | | | |
|---|---|---|---|
| Employee Signature: ███ | | Date: | 11·14·13 |
| Supervisor Signature: | | Date: | |
| Department Head Signature: *Frank J. Whidbey* | | Date: | 11/16/13 |

**EXHIBIT 13**
**REDACTED**   18-CV-01144-DDD-STV              **CONFIDENTIAL**                     **DEF 4511**

**MESA COUNTY**

**Performance Evaluation**

| Name: ██████ | Date: | October 19, 2012 |
|---|---|---|
| Annual Evaluation Period  From:January 2011 | To: | December 2012 |
| Department:   I.T. | Position: | ██████████ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Manages IT systems including but not limited to:  network, database, applications, help desk operations, desktop hardware and software replacements, upgrades, GIS, web and analyst functions.  Responsible for direct supervision of IT staff.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements. (See Page 3)**

**Leadership Skills** (Consider how well manager sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork)
██ is an effective and efficient manager.  His team seeks his guidance and trusts his judgment especially with regard to the technical infrastructure in Mesa County.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider manager's knowledge of key duties, tasks, and responsibilities as well as those performed by assigned staff)
██ has extensive technical expertise.  He is extremely knowledgeable regarding the IT and communications infrastructure of Mesa County.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Financial / Budget** (Consider manager's fiscal awareness as it pertains to program responsibilities as well as the agency as a whole)
██ manages his budget and his projects very well.  He consistently delivers projects on-time and under budget.  He has been very proficient in reducing IT budgetary needs over the past two years especially.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
I rely upon ██ to think "out of the box" and to be creative in advancing solutions to the technical issues facing Mesa County.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Analytical Skills** (Consider manager's ability to assess the cause of issues and the effect of decisions as well as the use of data to support decision making)
██ is very analytical and provided most of the cost analyses performed in making the decision to move to Gmail from Groupwise.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well manager communicates with others both verbally and in writing)
██ communicates effectively both orally and in writing.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider manager's ability to organize and structure personal work and work of assigned staff and programs)
██ is well organized and uses his resources effectively and efficiently.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider manager's attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
I count on ██ cooperation and flexibility in achieving departmental and County wide goals.  He is extremely short-staffed but he continues to manage these scant resources effectively.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Staff Development** (Consider manager's efforts to enhance and develop new skills as well as providing staff development opportunities for assigned staff)
This is a critical factor for ██ team and he is keenly aware of it.  He has successfully engineered the IT budget to make room for continued training and development for his staff.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider manager's ability to use data, as well as interpersonal aspects in decision making and ability to anticipate and address problems)
██ is well versed in the myriad technical issues facing the County and he is very careful and detailed in his analysis of potential solutions.  I consistently rely on ██ to make the best decision for Mesa County.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4512

REDACTED

| Total Points:34 | | Overall Rating: Successful | | |
|---|---|---|---|---|
| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☒ | Above 35 - 44 ☐ | Outstanding 45 – 50 ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

▮ is a well motivated and well grounded ▮▮▮. He is well qualified for his position and possesses a great deal of knowledge about the IT and communications infrastructure of Mesa County. He is trusted by his subordinates to create innovative, efficient and effective technical solutions. He is a trusted member of the IT management team.

**Employee Career Goals / Objectives** (to be completed by employee)

**Accomplishment of Goals Established in Previous Review (if applicable)**

**Personnel, Budget and Professional Development**

- Completed 100% of personnel reviews
- Hired or promoted to fill seven open positions within my functional group ▮▮▮▮▮▮
- Assisted in the hiring or promotion of three open positions within IT ▮▮▮▮▮▮
- Reduced 2011 operating budget by 10%
- Developed operating budget for 2012, 2013
- Completed Grand Valley Leadership Academy
- Leadership role in starting Grand Valley IT Management group
- Lead participant in IT department analysis by the external agency Pacific Technologies Inc.
- Facilitated department wide training initiative for Microsoft, Cisco and CompTIA instruction
- Contributed towards development of interagency IT support task force with City of Grand Junction
- Integrated the Network and database functions to provide a more efficient, integrated and cross trained service and staff
- Dedicate Support Staff to major locations to provide more consistent and cohesive support environment for users

**Licensing and Maintenance Management**

- Extended server warranties to prolong the life of aging server farm
- Renewed Microsoft Licensing Agreement for countywide Office suite, Application servers and Database servers
- Renewed Novell Licensing Agreement for countywide file sharing, printing, email and desktop management servers
- Renewed VMware Licensing agreement for virtual server platform
- Renewed other license agreements as necessary

**Infrastructure and Support**

- Oversaw the initial replacement of over 1/6 of countywide workstations while successfully extending the life of remaining fleet past manufacturer's warranty period

- Oversaw the upgrade of Mobile Data Cars to support the requirements of the New World Implementation

- Oversaw the outsourcing of Phone Support saving approximately $50,000 per year and increasing efficiency of current staff

- Implemented VoIP telephony technology to reduce ongoing maintenance costs and replace aging phone system

- Implemented SIP trunks to potentially reduce long distance costs to by over 90%

- Provided network connectivity and phone service to new county facilities including CSB West, Animal Services, CJSD Chipeta, Health Clinic, Flare Station at Landfill, Public Works, Road and Bridge and Central Services

- Increased Internet bandwidth by 100% (10Mbps -> 20Mbps)

- Increased Production Storage resources by 325% (20TB -> 65TB)

- Worked closely with Facilities to upgrade HVAC system in primary Courthouse server room

- Realignment of server room to better utilize power and cooling and to ease future expansion requirements

- Implemented secure, centrally managed wireless network connectivity solution at the SO, CH, CJSD, MCCS, GVT, CSB and Justice Center

- Upgraded core switch to increase backend speed by 1900% (36 Gbps -> 720Gbps), front end speed capability by 900% (1Gbps -> 10Gbps) and Power over Ethernet (PoE)

- Oversaw the connectivity of over 20 Vote Centers county wide to support Election services

- Oversaw the upgrade of GroupWise email system

- Expanded virtual server environment which is providing over 70 virtual servers hosted by 10 physical servers and saving the cost of over 60 physical servers and their potential cooling, power and space expense

- Oversaw Courthouse and Sheriff's Office switch upgrade project to support Gbps speed and PoE to the desktop

- Oversaw and installed a redundant link between the Sheriff's Office and city of Grand Junction Police Department.

- Oversaw the support of all county departments through the intake of over 8000 support tickets in 2010 and over 7800 to date in 2011 including 24/7 immediate response support.

- Oversaw the implementation of data synchronization capabilities between GroupWise and most mobile devices.

- Implemented off-site near-line storage for primary backup target

- Oversaw migration of several MS SQL 2005 databases to MS SQL 2008

- Oversaw initial implementation of virtualized application delivery over terminal services for mobile applications

- Oversaw implementation of secure FTP site and encrypted email solution

- Oversaw initial implementation of centralized desktop protection solution (McAfee ePO)

- Oversaw the initial implementation of virtual desktop infrastructure (VDI)

- Work with departments to implement WiFi at

- Oversaw initial migration from MS Windows XP to MS Windows 7

- Upgraded UPS in Courthouse server room to a redundant, scalable solution

Goals Not Accomplished from Previous Review (if applicable)
None

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4514

**Goals to be Obtained (to be completed by Supervisor and Employee)**

- Decrease workstation replacement refresh cycle from >5 years to 4 years to improve user efficiency

- Meet the increasing demand of storage

- Implement site recovery manager solution across Primary and secondary data centers to provide a better DR/Business Continuity solution

- Continue infrastructure switch replacement in all buildings to provide GigE and PoE to the desktops

- Replacement of 20% (5 year refresh cycle) of existing server farm to increase performance and available resources

- Investigate feasibility of adding a secondary Internet connection for Public Safety for load balancing and redundancy

- Investigate feasibility of Mesh network connections between major sites to reduce potential for site outages

- Investigate feasibility of on-site vulnerability assessment equipment for on-going risk analysis and exposure mitigation

- Expand on VoIP implementation to Orchard Mesa, Clifton and CJSD campuses

- Provide Internet connectivity and workstations for 2012 general election vote centers

- Implement Security Policies and Procedures

- Continue migration of SQL databases from clustered 2005 32-bit instances to isolated, virtualized 2008 64-bit instances

- Continue migration of Novell file, print, desktop management and IP address management from NetWare to OES/Win2K8

- Investigate feasibility of migrating from MS Office 2007 suite to MS Office 2010

**Investigate feasibility of migrating existing private cloud based services to public cloud based solutions**

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: ████████████████ | Date: 12-14-12 |
|---|---|
| Supervisor Signature: ████████ _(signature)_ | Date: |
| Department Head Signature: _Frank J. Whidden_ | Date: 12/14/12 |

REDACTED

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4515



DocuSign Envelope ID: DA4758C1-35C4-427A-BEED-E1810A7DB666

## MESA COUNTY

December 26, 2014

Evaluation: ▮▮▮▮
Period reviewed: January 1, 2014 through December 31, 2014
Position: ▮▮▮▮▮

### Overall Appraisal

▮▮▮ is a great addition to the management team from the respect of Resource Management as well as IT.  She has a wealth of industry and institutional knowledge.  She is a cracker-jack technician but she's even better at people skills and relationships.  All of these qualities qualify her for higher positions within Mesa County.  I rely on her expertise, common sense, and good judgment.  She is perhaps a bit hard on herself but her candor is most refreshing. I rely on her expertise in order to keep IT moving forward.  ▮▮▮ is a rising star.

### 2015 Goals

I look forward to working with ▮▮▮ to implement great new technologies that better empower staff to do their jobs more efficiently and effectively.  Among these is the VDI technology implementation wherever feasible within the organization.

▮▮▮ should continue to hone her management skills as she gains managerial experience.

Signature of Employee

12/29/2014  |  09:14 PT

Signature of Department Head

Frank Whidden

12/29/2014  |  09:38 PT

13      **EXHIBIT 13**
        **18-CV-01144-DDD-STV**

REDACTED                    CONFIDENTIAL                    DEF 4557

REDACTED

**MESA COUNTY**

~~Performance Evaluation~~

| Name: ▮▮▮▮▮▮ | Date: 10/15/13 |
|---|---|
| Annual Evaluation Period From: 1/1/13 | To: 12/31/13 |
| Department: I.T. | Position: ▮▮▮▮▮▮ |

Key Duties, Tasks, and Responsibilities (from job description)
Provides technical assistance, problem resolution and training to microcomputer users. Duties include assisting users in analyzing needs, identifying hardware/software options, configuring systems and diagnosing/solving usage problems. Conducts training sessions, installs or coordinates installation of hardware and software and maintains knowledge of current hardware/software options.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.**

Section 1

**Job Performance** (Consider how well the professional performs ALL aspects of the job)

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)  See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| Total Points: | Below<br>< 18<br>☐ | Successful<br>18 - 26<br>☐ | | Above<br>> 26<br>☒ |
|---|---|---|---|---|

EXHIBIT 13
**REDACTED**   18-CV-01144-DDD-STV        **CONFIDENTIAL**                    **DEF 4558**

### Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Hardware Support – *Discuss strengths and opportunities for growth***

Configures, installs, maintains and coordinates repairs of computers, including desktops, laptops, and/or notebooks.

**Comments:**
█████ *configures, installs and maintains desktops, laptops and tablets. She is good at the coordination of repairs, regardless of the specific vender.*

Supports and maintains other technology devices, such as PDA devices, desktop telephones, cell and smart phones.

**Comments:**
█████ *provides support for cell phones and PDA type devices.* █████ *supports desktop telephones as needed, but this function falls under a sub-contract.*

Supports and maintains computing hardware, such as computer projectors, printers, fax machines and network appliances. Coordinates with vendors for installation, setup, maintenance and replacement of these devices.

**Comments:**
█████ *provides efficient and effective support for these devices.*

Assists users with the daily operations of computer hardware and other devices, such as workstations, keyboards, mice, external monitors, and modems and wireless communications devices.

**Comments:**
█████ *assists users with installs, replacements and training related to the workstation and it's peripherals as needed.*

**Software Support – *Discuss strengths and opportunities for growth***

Installs, configures and maintains modern user computer operating system software, updates and upgrades.

**Comments:**
█████ *can support modern OS software, including Windows XP and 7.* █████ *needs to strengthen her knowledge of Windows 8.*

Installs, configures and maintains standard county desktop applications, such as office suites and internet software. Assists users with understanding software features, such as macros and menus, advanced printing features, and data interchange and linking between applications.

**Comments:**
█████ *is able to install, configure and maintain desktop applications and provide limited training when needed.*

Assists users with the daily operations of department specific applications, including report generation and data extraction/importation.

**Comments:**
█████ *is able to support some aspects of department specific software and determine when escalation is required.*

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4559**

**REDACTED**

### Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Ability to deal with customers, Innovation and Initiative)

**Assistance, Problem Resolution, Training – *Discuss strengths and opportunities for growth***

Provide resolution for internal service requests received by the Help Desk

**Comments:**
███ *is able to resolve most incidents, and if escalated, she generally remains involved throughout the resolution to possibly avoid future escalation.*

Provides "first tier" application support as requested and coordinates requests with the Help Desk.

**Comments:**
███ *works well with the Help Desk, and they feel comfortable contacting her when they need to for high priority tickets.*

Escalates and coordinates with other IT personnel when service requests require ("second tier").

**Comments:**
███ *maintains great working relationships with her peers, and has no concerns escalating or consulting with the BSA or Network group on any issues.  She generally uses this opportunity to increase her knowledge about the programs, and generally increasing her overall IT knowledge.*

Coordinates with other IT teams developing and assuring resource availability and backup and recovery procedures.

**Comments:**
███ *assists the end user with backup as needed and notifies the appropriate persons if she foresees an issue with any of the above.*

Provides user training via training classes, seminars, "bring your own lunch" sessions, over the shoulder and one-on-one training.

**Comments:**
███ *provides one-on-one training with end users as needed.*

Provides ongoing customer support and training, including new user training.

**Comments:**
███ *provides a great deal of ongoing support and training.  She has provided new user training when needed.*

Provides customers with needs analysis support and direction, assists users with hardware and software needs and specifications.

**Comments:**
███ *provides end users with support and some direction with hardware and software needs.*

**REDACTED**   EXHIBIT 13
18-CV-01144-DDD-STV          **CONFIDENTIAL**          **DEF 4560**

## Section 4 – Final comments and goals

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

███████ is a valued member of the IT department. She works effectively and efficiently and always puts the customers' needs first. She is very knowledgeable when it comes to Mesa County systems even in regards to systems that are not her responsibility. She helps her fellow coworkers in any way she can and is always a joy to work with.

**Employee Career Goals / Objectives** (to be completed by employee)

I would like to get a couple of certifications next year. I'm working on A+ now, would like to certify in it and possibly certify in one of the other two remaining. I would also like to increase my Active Directory knowledge.

**Accomplishment of Goals Established in Previous Review** (if applicable)
Continued to expand my knowledge of Mesa County applications.
Maintain a positive attitude
Broadened my hardware and software knowledge.
Completed one of two CompTIA classes, Security +

**Goals Not Accomplished from Previous Review** (if applicable)

Completed one of two CompTIA classes (currently working on second)

**Goals to be Obtained** (to be completed by Supervisor and Employee)

- As IT moves towards virtual desktops, I would like her to become more knowledgeable with that system

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement

| | | |
|---|---|---|
| Employee Signature: ███████████ | Date: | 11·14·13 |
| Supervisor Signature: _Tony Floyd_ | Date: | 11-14·13 |
| Department Head Signature: _Frank P Rilley_ | Date: | 11/25/13 |

**REDACTED**

EXHIBIT 13
18-CV-01144-DDD-STV          CONFIDENTIAL                    DEF 4561

**MESA COUNTY**

### Performance Evaluation ▇▇▇▇▇▇

| Name: ▇▇▇▇ | Date: 12/07/2012 |
|---|---|

Annual Evaluation Period From: 05/01/2011 | To: 12/31/2012

Department: I.T. | Position: ▇▇▇▇

**Key Duties, Tasks, and Responsibilities (from job description)**
Provides technical assistance, problem resolution and training to microcomputer users. Duties include assisting users in analyzing needs, identifying hardware/software options, configuring systems and diagnosing/solving usage problems. Conducts training sessions, installs or coordinates installation of hardware and software and maintains knowledge of current hardware/software options.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job) ▇▇▇ performs every aspect of her job with professional pride and enthusiasm. She always goes beyond the level of expectation to find solutions to problems even when they don't fall in the scope of her position.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) ▇▇▇ has a solid combination of technical skills and organizational knowledge which helps her tackle any situation.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) ▇▇▇ has managed many projects with very little supervision or assistance including workstation upgrades, Assessor appeals setup and iPad feasibility.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) ▇▇▇ is more than capable of prioritizing all her daily tasks and projects and staying on top her assigned area help desk tickets.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) ▇▇▇ approaches every issue with a mind towards long term solutions while keeping overall goals in mind. She is very good at determining root causes and implementing long term solutions.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) ▇▇▇ does a great job communicating with everyone she interacts with. She listens very well and is always clear and concise with her response while being extremely approachable, friendly and helpful.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) ▇▇▇ is well organized in her approach to daily tasks, workstation inventory and scheduling.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) ▇▇▇ has an extremely great attitude. She is always willing to assist any coworker or customer with any task. She feels free to express concern with an approach, but is more than willing to do what is asked of her in a friendly, cheerful manner.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) Again, ▇▇▇ communicates and works with customers very well. She always goes the extra mile to make sure the customer is comfortable and confident the issue is resolved.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) ▇▇▇ always takes the initiative to complete all of her tasks and projects without requiring supervision. She is capable of assessing issues and proposing multiple resolutions with pros and cons for each.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Total Points: 37** | **Overall Rating: Above**

| Unacceptable 10 – 14 ☐ | Below 15 – 24 ☐ | Successful 25 – 34 ☐ | Above 35 – 44 ☒ | Outstanding 45 – 50 ☐ |
|---|---|---|---|---|

EXHIBIT 13
18-CV-01144-DDD-STV

REDACTED

CONFIDENTIAL

DEF 4562

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

██████ is more than a valuable member of the ████████████ team, she is an integral part of the entire IT department. She works well with all of her coworkers and is respected by all members of IT for her ability to work hard, be friendly and resolve issues. Customers county wide all express how wonderful she is to work with and she is very knowledgeable of the organization and technology.

**Employee Career Goals / Objectives** (to be completed by employee)

Continue to keep a positive attitude in all aspects of my job.
Continue to broaden my knowledge of hardware and software.

**Accomplishment of Goals Established in Previous Review** (if applicable)

- Continue to train in technical areas to reinforce your knowlege of Mesa County systems.
- Complete training in 2 of the three CompTIA areas (Security+, A+ or Network+)

**Goals Not Accomplished from Previous Review** (if applicable)

N/A

**Goals to be Obtained** (to be completed by Supervisor and Employee)

- Continue to be a star member of the IT staff
- Continue to respond to customer issues with a friendly helpful manner

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with ████████████████████████

| | |
|---|---|
| Employee Signature: ████████████████ | Date: 12·17·12 |
| Supervisor Signature: *Troy F.* | Date: 12-17-12 |
| Department Head Signature: *Frank Ruddy* | Date: 12-17-12 |

DocuSign Envelope ID: 2BF5BC1F-4DFB-4B1E-9CD5-3D119F46E440

Mesa County, ▇▇▇▇▇▇▇ Information Technology
**Evaluation Criteria Form**

▇▇▇▇▇▇

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | *2.4* |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| *[Comments] Successfully meet all essential job functions.* | | | |
| Technical Knowledge | | 0-2 | *1.9* |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| *[Comments] Excellent job knowledge and technical experience.* | | | |
| Project Management | | 0-1.5 | *1.25* |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| *[Comments] Good project management. Some development in the area of time management is an area to work on.* | | | |
| Effective Communicator | | 0-1 | *.8* |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| *[Comments] Good communicator, but this is an area that could continue to be developed.* | | | |
| Customer Service | | 0-1 | *1* |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| *[Comments] Strives to meet all customer needs  This has always been very important to ▇▇▇ and does an excellent job in this area.* | | | |
| Inner Departmental Relations | | 0-1 | *.9* |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| *[Comments] Works well with all coworker.  At times doubts his own knowledge when he is the most knowledgeable in certain areas.* | | | |
| Professionalism and Availability | | 0-1 | *.9* |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| *[Comments] Meets requirements* | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

**REDACTED**   EXHIBIT 13   18-CV-01144-DDD-STV   **CONFIDENTIAL**   **DEF 4600**

DocuSign Envelope ID: 2BF5BC1F-4DFB-4B1E-9CD5-3D119F40E440

Mesa County, ██████ Information Technology
Evaluation Criteria Form

██████

Overall Comments: *[Comments]* ██ *meets all technical requirement for the job.  He strives to understand and meet customers' needs.  He has been and continues to be the knowledge base for most GIS and land issues within the County.*

██ *has always done an excellent job on any assignment he was given.   And area to focus on would be to continuing to gain technical knowledge and keep up with GIS trends should be a goal.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ☑ | ☑ |

Completed by: *Rick Corsi*

Date: *12-2-2014*

Manager Signature: *Rick Corsi*          Date: 12/5/2014 | 16:52 PT

Director Signature: *Frank Whidden*          Date: 12/5/2014 | 12:21 PT

Employee Signature: ██████          Date: 12/8/2014 | 08:33 PT

S:/IT/Management/Reviews/Evaluation Form.doc

EXHIBIT 13
18-CV-01144-DDD-STV                 CONFIDENTIAL                 DEF 4601

REDACTED

**MESA COUNTY**

### Performance Evaluation ████

| Name: ████ | Date: 10-15-2013 | Self Evaluation ☐ |
|---|---|---|
| | | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: October, 2012 | To: October, 2013 | |
| Department: IT | Position: ████ | |

Key Duties, Tasks, and Responsibilities (from job description)

GIS application and database programmer. Develop and customize ArcIMS, ArcSDE and other GIS software applications. Supports the development, implementation, and maintenance of the County's geographic information system (GIS). Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of geographic information into a comprehensive database.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

| (Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4 | | | | |
|---|---|---|---|---|
| **Job Performance** | Below (2) ☒ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2 | | | | |
|---|---|---|---|---|
| **Job Knowledge** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (+1) ☒ |

| (For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2 | | | | |
|---|---|---|---|---|
| **Project Management** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |

| (Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2 | | | | |
|---|---|---|---|---|
| **Meets Deadlines** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2 | | | | |
|---|---|---|---|---|
| **Judgment & Problem Solving** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3 | | | | |
|---|---|---|---|---|
| **Communication Skills** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3 | | | | |
|---|---|---|---|---|
| **Organizational Skills** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |

| (demonstrates enthusiasm and interest) | | | | |
|---|---|---|---|---|
| **Service Passion** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3 | | | | |
|---|---|---|---|---|
| **Ability to Deal with Customers and Co-workers** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3 | | | | |
|---|---|---|---|---|
| **Innovation & Initiative** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |

| **Total Points: 41** | | **Overall Rating: Above** | | |
|---|---|---|---|---|
| | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ | |

EXHIBIT 13
**REDACTED**   18-CV-01144-DDD-STV          CONFIDENTIAL          DEF 4602

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

### Knowledge and abilities needed to accomplish technical or computer-related duties:

*Excellent Job Knowledge,*
*Excellent historical knowledge.*
*With changes in staff over the last year, ▇▇▇ has been the single source of stability in the GIS group.*
*As always He is the go to person for GIS question, issues and resolutions.*
*He has done a good job keeping up with deadlines and system changes oven with a short staffed department.*
*Excellent ability to think through problems and resolve issues.*

## Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

### Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:

*▇▇▇ Is a good communicator both with IT staff and customers.*
*He always strive to give the customer what they need and beyond.*
*Always looking for new and better ways to provide service.*

## Section 4 (Overall Job Performance)

### Summary of all job performance criteria:

*▇▇▇ does an outstanding job, and is one of the stronger member of the IT department.*
*He has held the GIS department together through changing time and will put in the extra time to make sure everything is functioning as needed.*

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)
1. Expand JavaScript API knowledge and practices with the ArcGIS API
2. Continue to develop skill set using MS Visual Studio.Net
3. Continue to develop skill set within SQL Server environment
4. Routine database/SDE maintenance (compression, database permissions, calculate statistics, indexing) to keep systems healthy.
5. Apply for GISP certificate.

Accomplishment of Goals Established in Previous Review (if applicable)
1. Completed major ArcGIS upgrade to version 10.1 on all platforms (ArcGIS Desktop, ArcGIS Server, ArcSDE)
2. Remove/upgraded all applications using ArcIMS to ArcGIS Server

**EXHIBIT 13**          CONFIDENTIAL          DEF 4603
**REDACTED**  18-CV-01144-DDD-STV

3. Continue to address Help Desk requests
4. Support end user for ESRI and AutoDesk Products
5. Further developed skill set using MS Visual Studio.Net
6. Further developed skill set within SQL Server environment
7. Routine database/SDE maintenance (compression, database permissions, calculate statistics, indexing)

Goals Not Accomplished from Previous Review (if applicable)

1. Did not make a full integration of City's LIDAR data. This date was used rarely in isolated areas to create surface models. The goal was to create seamless surface across entire LIDAR area.
2. Did not obtain GISP certificate.

Goals to be Obtained

1. Re-establish Server Caches for ArcGIS services that do not change frequently ie. Air photos.
2. Evaluate creating server Cache for other layers that are more dynamic (may or may not implement)
3. Upgrade ESRI platform to version 10.2 (ArcGIS Desktop, ArcGIS Server, ArcSDE)
4. Upgrade Google/Bing mapping options from Mesa County mapping websites to utilize ESRI Rest endpoint services to create a more live dynamic.
5. Routine database/SDE maintenance (compression, database permissions, calculate statistics, indexing)
6. More robust data automation on data processes such as parcel builder, Tyler Eagle data extraction
7. Make use of social media platforms to help communication with the our customers

Plan for Upcoming Year

The upcoming year looks to be both exciting and challenging with the ever-evolving mapping technologies. Over the next year efforts' shall be focused more on the JavaScript API for ArcGIS Server. This API will accomplish needs to create a stronger presence on smartphones and mobile devices running IOS. It will also eliminate the need for the Microsoft Silverlight Plugin downloads which limit mapping capabilities from several devices and can sometimes be problematic for the end user to install.

Another plan is to manage all the GIS servers and software platforms by creating any new server to fully replace the old server with the same host name and not run servers in parallel. Also all ArcGIS software upgrades will happen in in unison. The end user experience should be a much more pleasant experience by not having to rebuild database connections and administration of the system will be more manageable. All ArcGIS software will be updated to Version 10.2 by using these practices.

A plan has is in its first stages to create an improved way to communicate with our customers both internally and externally by way of using various tools from social media technologies.

ArcGIS Server Cache will be an area that we dive back into to create a more responsive system and reduce stress on the servers.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: | | Date: | 11 – 14 – 13 |
|---|---|---|---|
| Supervisor Signature: | | Date: | 11/14/13 |
| Department Head Signature: | | Date: | 11/19/13 |

EXHIBIT 13
**REDACTED**    18-CV-01144-DDD-STV              CONFIDENTIAL                    DEF 4604

**MESA COUNTY**

### Performance Evaluation █████

| Name: ██████████ | Date: 9-24-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: ██████ |

**Key Duties, Tasks, and Responsibilities (from job description)**

GIS application and database programmer. Develop and customize ArcIMS, ArcSDE and other GIS software applications. Supports the development, implementation, and maintenance of the County's geographic information system (GIS). Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of geographic information into a comprehensive database.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
█████ always does an exceptional job and continues to push his knowledge and abilities forward. He understand all aspects of GIS from basic mapping, database administration, system administration, WEB development and programming, and training users and other GIS staff. ████ has long been the backbone and stability of the GIS group.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Excellent knowledge of GIS, Surveying, mapping as well as Mesa County's operations and process as it relates to all geographic applications.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
████ leads and handle all projects he manages very professionally and successfully.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
With the reduces staffing and expending workload ████ meets all deadlines that are under his control.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
████ always thoroughly evaluates projects and processes looking for better and more efficient ways. ████ is an excellent trouble shooter when problems arise.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
████ communicates very well with internal and external customers as well as co-workers. He/ is very patient when training and helper other.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
Even with staffing issues ████ stays on top of ongoing and upcoming projects.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Always the first to help out and work with other to arrive at successful projects. An example is working with elections to develop processes for the re-precinct project.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Excellent ability to work with all customers of all levels.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
████ is always very creative and innovative in finding solutions to problems and projects. With his historical knowledge he understand

the big picture better than many others looking at the same project.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

| **Total Points: 39** | | **Overall Rating: Above** | | |
|---|---|---|---|---|
| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 – 50 ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Very strong member of the ▮▮▮ and IT team.
Excellent historical and project knowledge.
Very thorough when working on projects and developing applications.

**Employee Career Goals / Objectives** (to be completed by employee)
1. To continue to support and administer GIS functions and duties at Mesa County
2. Remain as a team player
3. Obtain GISP certificate
4. Further advance skill sets in all facets of GIS, database and web projects

**Accomplishment of Goals Established in Previous Review** (if applicable)
1. Use of more ESRI Models to administer automated processes. Ie. Vacant land Inventory Summary and Mapping, zoning and zip code into parcel base, Utilize backup models for historical data. Ie. road and bridge data.
2. Automation of zip codes into parcel layer
3. As a team member, abandon all but one ArcIMS service and website
4. Utilized ESRI REST Endpoint services
5. Continue to show growth and skills using SQL Server in administering, developing and maintaining Indexing, SQL statements, Views, Tables, Queries, scripts and stored procedures.

**Goals Not Accomplished from Previous Review** (if applicable)

Within his ability meet all goals even with workload increases due to staff reductions.

**Goals to be Obtained** (to be completed by Supervisor and Employee)
1. Continue to address Help Desk requests
2. Support end user for AutoDesk Products
3. Obtain GISP certificate
4. Upgrade GIS ESRI platform to version 10.1 (Server, Desktop, Web)
5. Take offline the last remaining ArcIMS website and service
6. Continue to develop skill set using MS Visual Studio.Net
7. Continue to develop skill set within SQL Server environment
8. Routine database/SDE maintenance (compression, database permissions, calculate statistics, indexing)
9. Integrate new LIDAR data obtained by City.
10. Continue to keep monitor data security on applications and projects.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: ▮▮▮▮▮▮▮▮▮▮ | Date: | 12- 5 – 12 |
|---|---|---|
| Supervisor Signature: | Date: | 12/5/12 |
| Department Head Signature: | Date: | 12/11/12 |

**REDACTED**   EXHIBIT 13   18-CV-01144-DDD-STV   **CONFIDENTIAL**   DEF 4606

DocuSign Envelope ID: 2017E9E7-19FF-456D-9893-4236BDA8DFCD

Mesa County, ███████████ Information Technology

**Evaluation Criteria Form**

███████

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.4 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Successfully meets all essential job functions. | | | |
| Technical Knowledge | | 0-2 | 2.0 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Excellent technical knowledge. | | | |
| Project Management | | 0-1.5 | 1.25 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] As we have discussed this is the area that could use some development. Stay on track and focused is the biggest development need. Keep from getting bogged down with little details and stay focused on the goals. | | | |
| Effective Communicator | | 0-1 | .8 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Good communicator, but sometime over communicates small issue or stumbling blocks to the customer. | | | |
| Customer Service | | 0-1 | .9 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Customer service is very high on his goals. | | | |
| Inner Departmental Relations | | 0-1 | .9 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] Communicate well with most coworkers and management. Sometime a little earlier communication to management would be helpful. | | | |
| Professionalism and Availability | | 0-1 | 1.0 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements. | | | |

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4657

**REDACTED**

DocuSign Envelope ID: 2017E9E7-19FF-456D-9893-4238BDA8DFCD

Mesa County, ▓▓▓▓▓▓▓ Information Technology

**Evaluation Criteria Form**

▓▓▓▓▓

Overall Comments: *[Comments]* ▓▓ *successfully meets all technical requirements for the job. His strengths include his versatility o to handle almost any project assignments.  This also causes issue at time cause him to get side tract and go off into multiple directions.*

▓▓ *strives to make the customer happy and perfect any project or application he is working on.*

*He is an excellent team member and vital to the county organization.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ▤ | ▤ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi*　　　　Date: 12/5/2014  |  16:54 PT

Director Signature: *Frank Whidden*　　　　Date: 12/5/2014  |  12:21 PT

Employee Signature: ▓▓▓▓▓　　　　Date: 12/5/2014  |  17:16 PT

S:/IT/Management/Reviews/Evaluation Form.doc

**MESA COUNTY**

### Performance Evaluation ▮

| | | Self Evaluation ☐ |
|---|---|---|
| Name: ▮ | Date: 10-15-2013 | Supervisor Evaluation ☒ |

| Annual Evaluation Period From: October, 2012 | To: October, 2013 |
|---|---|
| Department: IT | Position: ▮ |

**Key Duties, Tasks, and Responsibilities (from job description)**

WEB application, Content Management and WEB database programmer. Develops and customize WEB pages, applications and other software applications. Supports the development, implementation, and maintenance of the County's Internet and Intranet applications utilizing the Content Management System (CMS). Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of information into a comprehensive database.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

*(Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4*

| Job Performance | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** *(Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2*

| Job Knowledge | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
|---|---|---|---|---|

*(For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2*

| Project Management | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2*

| Meets Deadlines | Below (2) ☒ | Successful (3) ☐ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2*

| Judgment & Problem Solving | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3*

| Communication Skills | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3*

| Organizational Skills | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(demonstrates enthusiasm and interest)*

| Service Passion | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3*

| Ability to Deal with Customers and Co-workers | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3*

| Innovation & Initiative | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
|---|---|---|---|---|

| Total Points: 38 | Overall Rating: Above |
|---|---|

| | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ | |
|---|---|---|---|---|

**EXHIBIT 13**
**18-CV-01144-DDD-STV**     CONFIDENTIAL     DEF 4659

**REDACTED**

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

### Knowledge and abilities needed to accomplish technical or computer-related duties:

███ has excellent job knowledge of WEB and DB applications.
███ has recently also started to take on so GIS programming and has been beneficial to the GIS group from the DB side. GIS is an area he is less familiar with.
Project management and meeting deadlines are are areas that can use some work. ███ adds to the complexity of projects at time pushing the implementation out further than practical.
He has good judgment and problem solving skills from the technical side. From the project management side at time is unable to make decisions and complete projects timely.

## Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

### Interpersonal skills used to properly interact with others.  Interpersonal skills include everything from communication and listening skills to attitude and deportment:

Good communications skills, but some time delay bring information to management.  Would rather work on solving problems himself than bringing in other to help or prioritize.
Could us work on organizing projects.
Passion for service and making the customer happy is outstanding.
███ works well with customers and co-workers sometime to the point of detracting from getting the projects completed timely.
He always has good creative solutions for problems and projects.

## Section 4 (Overall Job Performance)

### Summary of all job performance criteria:

███ is our in-house go to developer for most applications.
He is overwhelmed at time trying to take on too much.
Strong member of the IT department.

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

Improve our websites and continue to develop professional solutions.
Stay current with technology.
Develop management and self improvement skills.

**Accomplishment of Goals Established in Previous Review (if applicable)**

EXHIBIT 13
**REDACTED**   18-CV-01144-DDD-STV           CONFIDENTIAL                    DEF 4660

Improve our websites and continue to develop professional solutions.
Stay current with technology.
Develop management and self improvement skills.

Accomplishment of Goals Established in Previous Review (if applicable)

Goals from last year:

1.  Develop time management methods. (Daily List, Minimize distractions)

    I use lists and have minimized distractions with an office move.  I believe a bigger improvement will be to better define projects before attempting to solve them.

2.  Focus on projects and avoid getting side tracked. (Assist others without taking over)

    I do have good focus and been able to assist others without taking over.

3.  Develop methods for project pre-planning. (Discuss projects before committing)

    This has improved.  I have a better idea on what it takes to develop a solid project plan after struggling with an online store and the Reception Queue this year.

Assure proper security practices are in place for all projects and applications you are responsible for.

Security is considered in every change I make.

Goals Not Accomplished from Previous Review (if applicable)

I have improved, but, need to do a better job of project planning.

Goals to be Obtained

I need to improve my project solving process.  I need to make a simple, well defined plan before discussing timelines.
Also, I will continue improving my web development skills.

Plan for Upcoming Year

I plan to continue to provide solutions to whatever problems I am tasked with.
I believe that PayPal will likely be a big part of my job in the coming months.

EXHIBIT 13
18-CV-01144-DDD-STV                          CONFIDENTIAL                          DEF 4661

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: | ███████████ | Date: | 11/19/2013 |
| Supervisor Signature: | *[signature]* | Date: | 11/19/13 |
| Department Head Signature: | *[signature]* | Date: | 11/19/13 |

EXHIBIT 13

REDACTED   18-CV-01144-DDD-STV   CONFIDENTIAL   DEF 4662


**MESA COUNTY**

### Performance Evaluation ███

| | |
|---|---|
| Name: ███ | Date: 10-2-2012 |
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: ███ |

**Key Duties, Tasks, and Responsibilities (from job description)**

WEB application, Content Management and WEB database programmer. Develops and customize WEB pages, applications and other software applications. Supports the development, implementation, and maintenance of the County's Internet and Intranet applications utilizing the Content Management System (CMS). Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of information into a comprehensive database.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
███ is always the go to person for special project from management and co workers. He is able to handle all work assignments. He some time has project creep, but this is because he is trying to improve and refine the products he develops.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Excellent ability to jump into projects and develop processes and methods for special non-standard tasks. ███ is always willing and has the ability to handle any projects that come up.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
Balancing all the projects has been a real challenge, ███ wants perfection and in our current environment there are times managing the timelines and scope of the projects may drift. ███ works well with everyone working on projects he is involved with.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
Has had a challenge meeting deadline with some project. Bu for the most part this is caused bt current workload and staffing levels in IT. Sometimes under estimates timeline for projects.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
Has an excellent ability to troubleshoot and resolve problems with application others struggle with. He is the go to person for troubleshooting.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
Communicates well with all customers, vendors and coworkers.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
With the current work load sometimes has projects running simultaneously, but usually balances the workload.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Always willing to work with customers and coworkers.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Excellent, sometime being to helpful, causing delay in other areas.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4663**

**REDACTED**

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)
Has the ability to come up with innovative functional solutions to almost any need within IT>

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

| **Total Points: 37** | | **Overall Rating: Above** | | |

| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 – 50 ☐ |

---

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

████ is the one other rely on for solving problems with applications or WEB issues.
Excellent ability to develop special applications.
Very innovative.

**Employee Career Goals / Objectives** (to be completed by employee)
Improve website and develop professional solutions
Stay current with technology
Develop management and self improvement skills

**Accomplishment of Goals Established in Previous Review** (if applicable)

My improved organizational skill allows me to keep projects moving.

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)
From 2011
Develop time management methods. (Daily List, Minimize distractions)
Focus on projects and avoid getting side tracked. (Assist others without taking over)
Develop methods for project pre-planning. (Discuss projects before committing)
Assure proper security practices are in place for all projects and applications you are responsible for.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: ~~████~~ | Date: 12/5/2012 |
| Supervisor Signature: ~~████~~ | Date: 12/5/12 |
| Department Head Signature: ~~████~~ | Date: 12/11/12 |

**REDACTED**

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4664

## MESA COUNTY

**Performance Evaluation** ▬▬▬▬▬

| Name: ▬▬▬ | Date: 10/21/13 |
|---|---|
| Annual Evaluation Period From: 01/01/13 | To: 12/31/13 |
| Department: I.T. | Position: ▬▬▬▬ |

**Key Duties, Tasks, and Responsibilities** (from job description)
Provides technical or functional application problem solving advice and follow up to system users via the Mesa County I.T. Helpdesk phone line, giving Mesa County computer users a focal point for inquiry and incident support, help with using county computer based business systems, and management reporting on I.T. service quality. Assists I.T. Desktop Support personnel in providing front line user support with desktop computer and application issues.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.**

**Section 1**

**Job Performance** (Consider how well the professional performs **ALL** aspects of the job)

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)  See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| **Total Points:** | Below<br><18<br>☐ | Successful<br>18 - 26<br>☐ | Above<br>>26<br>☒ |
|---|---|---|---|

**REDACTED**

EXHIBIT 13
18-CV-01144-DDD-STV                     CONFIDENTIAL                          DEF 4710

### *Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)*

**Help Desk Activities –** *Discuss strengths and opportunities for growth*

Provides county computer users with a central point of contact to receive assistance and report computer issues to I.T.  Manage requests for assistance using tools provided, provide assistance at the time of contact as possible and time permitting

**Comments:** ████ **is the** ████ **of the Help Desk role within IT.** ████ **has adapted well to the tools provided to him over the years to provide excellent Tier 1 response, resolution and diagnoses.**

Provides non-emergent assistance and advice to county computer users via FAQs, phone and e-mail. Maintains and assists with maintenance of online information base, including FAQs and Knowledgebase

**Comments:** ████ **works on a daily basis to provide assistance and advice to all of our customers throughout the county.  He helps manage the knowledge base within the Help Desk.**

Routes help desk requests to appropriate I.T. support personnel based on personal computer knowledge and experience, and familiarity with I.T. organizational structure to assure timely and appropriate delivery of I.T. support to county computer users

**Comments:** ████ **has really become very efficient and effective with determining what incidents he is able to resolve in a timely manner and which ones need to be escalated.  He is also very knowledgeable with the complexities of what groups and individuals manage which applications.**

**Desktop Support –** *Discuss strengths and opportunities for growth*

Provides county computer users with support in the daily operations of computer desktop and laptop computers, including setup and configuration, daily activities, desktop application operations, and maintenance and diagnostic support.

**Comments:** ████ **provides support for most desktop applications including installation and setup.**

**Application Support –** *Discuss strengths and opportunities for growth*

Provides support to users for business application software.

**Comments:** ████ **provides tier 1 support and is familiar with most business applications.**

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4711

REDACTED