### Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Ability to deal with customers, Innovation and Initiative)

*General – Discuss strengths and opportunities for growth*

Provides reports and information to I.T. Management concerning I.T. service levels, response times, and quality to assist I.T. Management in resource allocation and service capacity planning

**Comments:** ████ **has provided reports in the past regarding incident counts and distribution.  If time permits, I would like to see more reports.**

**Training and Documentation –** *Discuss strengths and opportunities for growth*

Develops or secures written guidelines for handling computer related problems or tasks

**Comments:** ████ **has maintained training documents and standard troubleshooting procedures for common incidents.**

Develops policies and procedures related to information systems operation, maintenance and security

**Comments:** ████ **has assisted in the creation of new employee change requests procedures.**

Oral and written communications must be clear and effective.

**Comments:** ████ **is able to communicate with customers, peers and management in a clear, concise and polite manner.  He is very approachable and easy to discuss any matter with.**

**EXHIBIT 13**
**REDACTED**   18-CV-01144-DDD-STV                    **CONFIDENTIAL**                    **DEF 4712**

## Section 4 – Final comments and goals

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

■■■ has a passionate desire to help all of IT's various customers with the tools provided. He is knowledgeable with all Mesa County systems and he able to diagnose and resolve many incidents without escalation. ■■■ has also done a tremendous job bringing his fellow Help Desk coworker up to speed. ■■■ is extremely appreciated throughout Mesa County.

**Employee Career Goals / Objectives** (to be completed by employee)

I would like the opportunity to have more input towards the technological changes that occur within the department.

**Accomplishment of Goals Established in Previous Review** (if applicable)

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)

**Employee:** Your signature or ■■■ ou ■■■ uation with your supervisor. A signature does not necessarily indicate that you are in total agreement wit■■■

| | |
|---|---|
| Employee Signature: ■■■ | Date: 11/14/2013 |
| Supervisor Signature: _[signature]_ | Date: 11-14-13 |
| Department Head Signature: _[signature]_ | Date: 11/25/13 |

**EXHIBIT 13**
**REDACTED** 18-CV-01144-DDD-STV

**CONFIDENTIAL**

**DEF 4713**



## MESA COUNTY

### Performance Evaluation ████████

| Name: ████████ | Date:12/7/2012 |
|---|---|
| Annual Evaluation Period From: 01/01/2012 | To: 12/31/2012 |
| Department: I.T. | Position: ████████ |

**Key Duties, Tasks, and Responsibilities** (from job description)
Provides technical or functional application problem solving advice and follow up to system users via the Mesa County I.T. Helpdesk phone line, giving Mesa County computer users a focal point for inquiry and incident support, help with using county computer based business systems, and management reporting on I.T. service quality. Assists I.T. Desktop Support personnel in providing front line user support with desktop computer and application issues.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job) ████ is very consistent in his daily approach to his job. He gives priority to answering incoming help requests and then to the other aspects of his job.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) ████ has become very familiar with Mesa County technical systems and is capable of going beyond the initial delegation duty of Help Desk support by resolving many issues himself. This allows other teams to have more time resolving higher level issues.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) ████ has had several projects assigned to him including remote sight broadband connectivity and cell phone management and he manages those areas well.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) The manner of ████ ob is to be front line immediate response to incoming help desk requests and he does an excellent job of juggling the many incoming requests in a timely manner.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | ·Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) Again, ████ s capable of going beyond the expectation of delegating help desk tickets by actually resolving many issues on his own.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒· | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) The main component of ████ position is to communicate to all the users within the County in a pleasant, helpful manner. I constantly receive feedback from staff regarding how wonderful ████ s to work with.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) ████ has been asked to do many more tasks than just respond to help desk requests including cell phone management and new employee organization and he is more than able to juggle the additional load with the primary duties of his position while prioritizing the critical issues. In addition, he handles all of the tasks as ████

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) ████ is extremely positive and cheerful and that can be very difficult when dealing with some of the issues he tends with on a daily basis.  He also takes on many tasks when asked and never complains about anything.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) Again, ████ is more than capable of dealing with every type of customer.  He is the voice of our department and we receive many compliments about him every day.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) ████ does a good job finding solutions to user issues working with the entire I.T. staff in every facet of IT.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

| **Total Points: 36** | **Overall Rating: Above** |
|---|---|

| Unacceptable 10 – 14 ☐ | Below 15 – 24 ☐ | Successful 25 - 34 ☐ | Above 35 – 44 ☒ | Outstanding 45 – 50 ☐ |
|---|---|---|---|---|

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

▉ is an amazing, valuable member of the IT department.  He can be counted on day-in, day-out to conduct his job in a professional, friendly, helpful manner.  He is happy with his position on the team and always looks to provide solutions and a great demeanor.

**Employee Career Goals / Objectives** (to be completed by employee)

**Accomplishment of Goals Established in Previous Review** (if applicable)

1.  Continue to learn Mesa County systems in order to reduce the number of escalated tickets and provide first line resolution.  Focus on New World system

**Goals Not Accomplished from Previous Review** (if applicable)

N/A

**Goals to be Obtained** (to be completed by Supervisor and Employee)

1.  Continue to respond to help desk requests in a timely, friendly manner.
2.  Continue to learn MC technical system to provide first line response.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with ▉▉▉▉ ▉▉▉▉ on this evaluation.

| | | |
|---|---|---|
| Employee Signature: ▉▉▉▉▉▉▉▉▉ | Date: | 12 13 2012 |
| Supervisor Signature: _Tony Ellis_ | Date: | 12-13-12 |
| Department Head Signature: _Frank Whidbey_ | Date: | 12-17-12 |

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4715

**REDACTED**

## MESA COUNTY

**Performance Evaluation** ▮

| Name: ▮ | Date: | Self Evaluation ☐ |
| | | Supervisor Evaluation ☒ |

Annual Evaluation Period From: October, 2012 | To: October, 2013

Department: IT | Position: ▮

**Key Duties, Tasks, and Responsibilities (from job description)**

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

| (Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4 | | | | |
|---|---|---|---|---|
| **Job Performance** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| *Job Knowledge (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2* | | | | |
| **Job Knowledge** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| (For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2 | | | | |
| **Project Management** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| (Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2 | | | | |
| **Meets Deadlines** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2 | | | | |
| **Judgment & Problem Solving** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| (Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3 | | | | |
| **Communication Skills** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3 | | | | |
| **Organizational Skills** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| (demonstrates enthusiasm and interest) | | | | |
| **Service Passion** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3 | | | | |
| **Ability to Deal with Customers and Co-workers** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3 | | | | |
| **Innovation & Initiative** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |

| **Total Points: 41** | **Overall Rating: Above** |

| | Below 20-27 ☐ | Successful 28-36 ☐ | Above >36 ☒ | |
|---|---|---|---|---|

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Knowledge and abilities needed to accomplish technical or computer-related duties:**

*Excellent understanding of the applications he is responsible for.*
*Continues to take on multiple projects and has very good organizational skills.*
*Has a very good understanding of the organizations and processes he supports and is able to meet his customers needs.*

## Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

**Interpersonal skills used to properly interact with others. Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

*Utilizes formal communications and is very thorough in his documentation.*
*Uses the tools and technical skill.*
*Great organizational skills.*
*Very excited about giving his customers and co-worker what they need to do the job. Very creative and innovative when working on new projects.*
*At times more direct interaction is needed and is an area we have discussed for improvement.*
*Tend to over complicate communications to co-workers and customers, at time losing the important/relevant information.*

## Section 4 (Overall Job Performance)

**Summary of all job performance criteria:**

*Excellent technical ability and ability to help the customer and push technology to the next level.*
*Strong background in all areas.*
*Always will to take on projects and push the envelope to help out customers and co-workers.*

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

**EXHIBIT 13**
**18-CV-01144-DDD-STV**          **CONFIDENTIAL**          **DEF 4724**

- Maintain my personal challenge. I continue to work the hardest and smartest that I can for the organization while maintaining no (minimal) stress and a very cheerful and personable work manner with the users. Customer service and satisfaction was and still is the #1 goal

- Work through new learning curves in my job position and its scope of work.

- Continue to develop expertise on the applications I've been assigned to as primary and backup.

- Acquire new tools, skills and knowledge that will support my success in my job roll.

- Continue to improve myself on a personal and professional level.

- Continue to learn and have a good working knowledge as well as System Administrator knowledge for my assigned applications.

- Continue to become more knowledgeable and proficient with the SQL language.

- Continue to become more knowledgeable and proficient with the use of Crystal Reports.

- Continue to become more knowledgeable and proficient with the use of MS SSRS (SQL Server Reporting Services).

- Continue to learn, work in and gain expertise about ITIL practices and processes.

Accomplishment of Goals Established in Previous Review (if applicable)

- Added to my working knowledge as well as my System Administrator knowledge for my assigned applications. Improved the expertise and current level of knowledge I have.

- Gained more working knowledge of the business processes facilitated by my assigned applications and the end users who use these applications.

- Successfully completed the Project Manager role of the Active Review project I was assigned to and to have a successful implementation of this application for use in the Planning & Development department.

- Became more knowledgeable and proficient with the SQL language.

- Became more knowledgeable and proficient with the use of Crystal Reports.

- Become more knowledgeable and proficient with the use of MS SSRS (SQL Server Reporting Services).

- Acquired skills and knowledge in other technical areas related to my job position and application assignments.

- Continued to learn, work in and gain expertise about ITIL practices and processes.

Goals Not Accomplished from Previous Review (if applicable)

**EXHIBIT 13**
**18-CV-01144-DDD-STV**                    **CONFIDENTIAL**                    **DEF 4725**

Goals to be Obtained

- Maintain my personal challenges mentioned above.
- Work through the learning curve of any new applications I am asked to provide support for.
- Work through and complete new projects assigned to and those "to be determined".
- Continue to develop support expertise on the applications I've been assigned to as primary and backup.
- Continue to acquire tools, skills and knowledge that will support my success in my current job roll as ███
- Continue to improve myself on a personal and professional level.

Plan for Upcoming Year

A continuation of the items stated above in Employee Career Goals / Objectives

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: ████████ | Date: 11/19/13 |
| Supervisor Signature: | Date: 11/19/13 |
| Department Head Signature: | Date: 11/19/13 |



**MESA COUNTY**

Performance Evaluation ▮▮▮

| Name: ▮▮▮ | Date: 9-12-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: ▮▮▮ |

Key Duties, Tasks, and Responsibilities (from job description)

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
▮▮▮ continually has multiple projects he is working on from a multitude of directions and departments.  He is always on top of and knowledgeable about the status of all projects assigned to him.
Other co-worker rely on ▮▮▮ con a consistent basis.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
▮▮▮ Not only has an extensive knowledge of the business applications he is assigned to, he has an excellent knowledge of the computer systems from his experience in the support group, as well as a good overall knowledge of County systems and processes.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
▮▮▮ always has the goals of projects well defined and documented. ▮▮▮ stays on top of vendors throughout project implantation to assure their goal meet our needs.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
▮▮▮ sets realistic goals for project completion and if it under his control normally meets or exceeds the deadlines.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
Excellent problem solving skills, other rely on him to find solutions and work through issues.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
▮▮▮ communicates well with customers and vendors, at times to the point of over-communicating.  There have been times when he has had to be asked not to give the customer all the information until it has run through the proper channels and a plan has been put into place.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
▮▮▮ ives by spreadsheets, lists and being organized.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Always willing to help out and work on any project he is asked to.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Always works well with customers, even when some become unrealistic or unreasonable.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)

Continually thinks through and comes up with new innovative way to approach issues and needs.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
| --- | --- | --- | --- | --- |

| Total Points: 41 | Overall Rating: Above |
| --- | --- |

| Unacceptable 10 - 14 | Below 15 - 24 | Successful 25 - 34 | Above 35 - 44 | Outstanding 45 – 50 |
| --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☒ | ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

███ brings a lot of institutional and technical knowledge to the ███ team.
Self starter, motivated and motivates others to stay on task and successfully complete projects.
Prides himself with his organization skills.

At times has the tendency to get overly focused and hung up on one piece of the puzzle and needs to be guided back to the big picture.

**Employee Career Goals / Objectives** (to be completed by employee)

- Maintain my personal challenge. I continue to work the hardest and smartest that I can for the organization while maintaining no (minimal) stress and a very cheerful and personable work manner with the users. Customer service and satisfaction was and still is the #1 goal

- Work through new learning curves in my job position and its scope of work.

- Continue to develop expertise on the applications I've been assigned to as primary and backup.

- Acquire new tools, skills and knowledge that will support my success in my job roll.

- Continue to improve myself on a personal and professional level.

- Continue to learn and have a good working knowledge as well as System Administrator knowledge for my assigned applications.

- Become more knowledgeable and proficient with the SQL language.

- Become more knowledgeable and proficient with the use of Crystal Reports.

- Become more knowledgeable and proficient with the use of MS SSRS (SQL Server Reporting Services).

**Accomplishment of Goals Established In Previous Review** (if applicable)

Has met or is working to meet all his goals.

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)

- Maintain my personal challenges mentioned above.

- Work through the learning curve of any new applications I am asked to provide support for.

- Work through and complete new projects assigned to and those "to be determined".

- Continue to develop support expertise on the applications I've been assigned to as primary and backup.

REDACTED

- Continue to acquire tools, skills and knowledge that will support my success in my current job roll as ███

- Continue to improve myself on a personal and professional level.

- Continue to keep monitor data security on applications and projects.

- Develop understanding and put into practice change management practices.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements ███ evaluation.

| Employee Signature: ███ | Date: 12/06/12 |
| Supervisor Signature: | Date: 12/6/12 |
| Department Head Signature: | Date: 12/11/12 |

## MESA COUNTY

**Performance Evaluation** ▮▮▮▮▮▮

| Name: ▮▮▮▮ | Date: 10/15/2013 |
|---|---|
| Annual Evaluation Period From: 1/1/2013 | To: 12/31/2013 |
| Department: I.T. | Position: ▮▮▮▮▮▮ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Section 1**

**Job Performance** (Consider how well the professional performs ALL aspects of the job)

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

| Total Points: | Below<br>< 18<br>☐ | Successful<br>18 - 26<br>☐ | Above<br>> 26<br>☒ |
|---|---|---|---|

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**REDACTED**     **CONFIDENTIAL**     **DEF 4890**

### Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

*Infrastructure and Security – Discuss strengths and opportunities for growth*

Coordinate, install, configure and maintain network communication devices and internal wiring infrastructure. Develop and update network documentation.

**Comments:** ▇ **has a good understanding of our networking configuration and hardware.** ▇ **was point on connecting the Long's Park campus to the Mesa County network. I would like to see** ▇ **spend more time in this function and perhaps pursue the CCNA certification which would broaden his overall Cisco knowledge and make him a more valuable member of the team.** ▇ **documents items when possible, an example would be the server specifications and data needs.**

Configure, update and monitor network and data security including physical and logical network access for users. Maintain Internet point of presence, IP address management services, vpn and firewall.  Create and maintain user access and security on multiple platforms including virus protection.  Manage and maintain physical computer room environment.

**Comments:** ▇ **has been instrumental in the reconfiguration of the primary and secondary datacenters.** ▇ **has taken an active role in the security by implementing and maintaining the centralized virus scan system. This is another area in which** ▇ **could increase his Cisco knowledge in regards to the firewall and VPN services.**

Monitor and troubleshoot network traffic, performance and availability. Evaluate and assess potential new software.

**Comments:** ▇ **is capable of monitoring server resources and utilization.  I would like to see** ▇ **assist in the implementation of a network monitoring tool**

Assess, monitor and resolve internal and external security vulnerabilities.

**Comments:** ▇ **is able to assess and resolve security vulnerabilities.**

*Application Services – Discuss strengths and opportunities for growth*

Install, configure and maintain all County application servers.  Responsible for applications licensing contract administration.

**Comments:** ▇ **is instrumental in managing the VMware environment and the virtual servers.** ▇ **has implemented VMWare's Site Recovery Manager in order to shore up and automate our disaster recovery capabilities.** ▇ **also works with vendors to acquire necessary licenses**

Provide secure file sharing.  Provide secure email access for internal and external county users. Manage secure, shared printing services including automatic printer driver  installation and configuration.  Install, configure and maintain desktop management suite for pushing down applications, remote control of desktops, and inventory.

**Comments:** ▇ **assisted in the migration of the print and file services from Novell to Microsoft.** ▇ **also assisted in the migration from GroupWise email to GAFG.**

*Database Services – Discuss strengths and opportunities for growth*

Installs, configures, maintains database management system (dbms) servers. Administer access to county databases by county personnel and applications. Create database tables and collections as needed for county and third party application use. Maintain existing database tables and collections.

**Comments:** ▮ **is very active in this role.** ▮**was a major contributor to the migration of the SQL cluster to virtualized servers.**

*Storage Management – Discuss strengths and opportunities for growth*

Maintain and configure site redundant storage area network. Manage all storage presented to servers through direct attached, network attached, or storage area network systems.

**Comments:** ▮**is the primary administrator of the Storage Area Network.** ▮ **is point on bringing in a new SAN for our primary production environment. He performs most of the day to day operations and management of the SAN environment, as well as diagnosing issues and resolving them when needed.**

Provide backup and disaster recovery.

**Comments:** ▮ **is the point in designing and implementing our disaster recovery plan and processes and has a strong understanding of this area.** ▮ **is also secondary on the backups, and has a good understanding of the software package and equipment we use to perform our backups, especially as they are either SAN for fabric attached devices.** ▮**provisions and maintains all storage space for the backups, as well as assists in the designing of our data retention strategy.**

### Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Ability to deal with customers, Innovation and Initiative)

*General – Discuss strengths and opportunities for growth*

Install, configure and maintain highly available, redundant servers and make specific recommendations concerning hardware redundancy and software delivery.

**Comments:** ███ **is the primary person in charge of the maintenance, upgrades, and future design of the VMWare environment.  The environment is very stable.  Our goal at this time last year was to be 95% virtual by the end of 2013 and largely because of** ███ **work, we have achieved that goal.**

Provide 24/7 support for network services and applications.

**Comments:** ███ **assists in the on call coverage, and has also been called when to assist co-workers within or outside of my team when he is not on call.** ███ **works after hours when necessary to complete a project.**

Communicate with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

**Comments:** ███ **is exceptional at communication.  He believes communication is the key to great customer service.** ███ **always attempts to keep the customers, helpdesk, and BSAs in the loop.**

## Section 4 – Final Comments and Goals

Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

█████ is extremely knowledgeable in regards to the VMWare environment, the Storage Area Network and SQL database maintenance. He is also very knowledgeable with Active Directory and network infrastructure. ████does a great job communicating issues and resolutions to customers, peers and management. Overall, ████ is an exceptional asset to the network team, IT and Mesa County.

Employee Career Goals / Objectives (to be completed by employee)
- To continue to increase my knowledge of our systems and the technologies that drive them.
- To be an asset to my team and the county, and assist where and when needed.

Accomplishment of Goals Established in Previous Review (if applicable)
1. Receive advanced VM Training
2. Virtualize the remaining SQL servers or to have them limited to archival purposes

Goals Not Accomplished from Previous Review (if applicable)

None.

Goals to be Obtained (to be completed by Supervisor and Employee)
1. Storage Area Network Training – Cisco Fiber Channel & Dell Compellent
2. VMWare Persona Management Training
3. Research replacement for McAfee EndPoint security.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | |
|---|---|
| Employee Signa████████████████████████████ | Date: 11/22/13 |
| Supervisor Signature: ████████████ | Date: 11-23-13 |
| Department Head Signature: ████████████ | Date: 11/25/13 |

EXHIBIT 13
18-CV-01144-DDD-STV                    CONFIDENTIAL                    DEF 4894

REDACTED

**MESA COUNTY**

### Performance Evaluation

| Name: ▮ | Date: 12/07/2012 |
|---|---|
| Annual Evaluation Period From: April 2011 | To: December 2012 |
| Department: I.T. | Position: ▮ |

**Key Duties, Tasks, and Responsibilities (from job description)**
Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements (See Page 3).**

**Job Performance** (Consider how well the professional performs all aspects of the job) ▮ performs at a high level. He is knowledgeable in all areas of Network Administration (Infrastructure, Storage, Applications and Database). He works diligently on daily tasks and projects.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) Again, ▮ is very knowledgeable in every aspect of his position. He is a mentor to his teammates and coworkers within IT for many of the county systems.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) ▮ is tasked with many projects by myself and other IT management. He does a very thorough job of anticipating obstacles, projecting timelines, coordinating other parties and completing projects in a timely manner.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) ▮ does a great job juggling his daily tasks and long term projects, setting priorities and managing his time accordingly.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) ▮ is outstanding in determining root causes of issues, discovering answers and implementing long term resolutions.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) ▮ does a great job communicating issues, resolutions and impact to his coworkers, customers and supervisor to keep them well informed on the state of the Mesa County systems.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) ▮ is very well organized. He works on many different systems and is capable of organizing the different information about each for easy retrieval when needed.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) ▮ is very easy to work with and he tries hard to get along with everyone in the organization. Many customers seek him out to work with because he is helpful and non-condescending.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) ▮ is very customer oriented. Coming from a consulting background, he understands that our priority is to serve the customers who need the tools we provide to do their jobs. He is very attentive to what the customer needs and always has a can do attitude.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) Innovation is one of ▮ strongest attributes. He always has a solution to problems and he takes the initiative to follow through and implement solutions with little supervision.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

| **Total Points: 43** | **Overall Rating: Above** |
|---|---|

| Unacceptable 10 – 14 ☐ | Below 15 – 24 ☐ | Successful 25 – 34 ☐ | Above 35 – 44 ☒ | Outstanding 45 – 50 ☐ |
|---|---|---|---|---|

████ is a knowledgeable, innovative, customer oriented member of the IT team. He is valued in his ability to work hard on every aspect of the network, provide quality solutions and take the initiative to implement and complete long term solutions that bring value and efficiency to all of Mesa County. ████ is a leader within IT and is highly respected by his coworkers.

**Employee Career Goals / Objectives** (to be completed by employee)

To Continue to learn the County network systems, and support the county's current and future needs. As well as to continue to personally grow to ensure a long term career with the county.

**Accomplishment of Goals Established in Previous Review** (if applicable)
I have increased my knowledge of application services, not as much with GroupWise as I would have liked, but that is due to the continuing question of will we be sticking with it.
I have completed training and taken on much of the county's DBA tasks.
I have maintained and enforced security policies, as well as completed security + training, and continued to help in the creation of procedures.
I have not gained any certifications, but have completed approximately seven training courses this year, including the Grand Valley Leadership Academy.

**Goals Not Accomplished from Previous Review** (if applicable)

Gain 1 or 2 certifications

**Goals to be Obtained** (to be completed by Supervisor and Employee)

Advanced VM Training
Virtualize the remaining physical SQL servers, or at least have them limited to archival purposes.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | |
|---|---|
| Employee Signature: ████████████ | Date: 12/11/2012 |
| Supervisor Signature: | Date: 12/11/2012 |
| Department Head Signature: | Date: 12-17-12 |

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 4896**

**REDACTED**

DocuSign Envelope ID: 1DCFF2EF-61EA-4525-B0A4-9602DE6333FE

 **MESA COUNTY**

December 24, 2015

Evaluation: ▮▮▮▮
Period reviewed: January 1, 2015 through December 31, 2015
Position: ▮▮▮▮ –IT Department

**Overall Appraisal**
Throughout the year ▮▮▮ has lead and been involved in a wide variety of projects including SO Evidence, Visitation, RMS and EMS RMS applications and has shown development in areas such as department knowledge, needs assessment and Vendor interactions.  She has supported countywide and Law Enforcement department specific applications for several years and has an extensive knowledge of their business processes and needs. ▮▮▮▮ strives to meet customer expectations in a very challenging environment at times.

**2016 Goals**
Continue to: learn about ever changing business processes and requirements; develop technical and organizational skills; develop positive working relationships with co-workers and customers; strive to be a leader in the organization; and cross train and seek cross training in all areas working toward providing the strongest and seamless support possible from our IT team.

I look forward to working together to successfully implement 2016 and beyond, projects along with continually supporting existing applications and numerous other projects as a team.

Signature of Employee
DocuSigned by:
▮▮▮▮▮▮
880CB9EEACB1489...

12/30/2015  |  09:40 MT

Signature of Department Manager
DocuSigned by:
*Rick Corsi*
4213FC921923475

12/30/2015  |  09:46 MT

**REDACTED**

EXHIBIT 13
18-CV-01144-DDD-STV

**CONFIDENTIAL**

**DEF 4915**

**MESA COUNTY**

**Performance Evaluation** ████████

| Name: ████████ | Date: 10/15/2013 |
|---|---|
| Annual Evaluation Period From: 1/1/13 | To: 12/31/13 |
| Department: I.T. | Position: ████████ |

Key Duties, Tasks, and Responsibilities (from job description)
Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.

Section 1

**Job Performance** (Consider how well the professional performs ALL aspects of the job)

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☒ | Above (3) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3

| Rating | Below (1) ☐ | Successful (2) ☐ | Above (3) ☐ | Outstanding (+1) ☒ |
|---|---|---|---|---|

| Total Points: | Below<br>< 18<br>☐ | Successful<br>18 - 26<br>☐ | Above<br>> 26<br>☒ |
|---|---|---|---|

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4922

**REDACTED**

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

*Infrastructure and Security – Discuss strengths and opportunities for growth*

Coordinate, install, configure and maintain network communication devices and internal wiring infrastructure. Develop and update network documentation.

**Comments:** ██ **has shown understanding in these areas and has successfully performed these duties. I would like to get** ██ **more exposure to switch installs and their locations in each building in the county.**

Configure, update and monitor network and data security including physical and logical network access for users. Maintain Internet point of presence, IP address management services, vpn and firewall.  Create and maintain user access and security on multiple platforms including virus protection.  Manage and maintain physical computer room environment.

**Comments:** ██ **has shown understanding in these areas and has successfully performed these duties.** ██ **was instrumental in converting Mesa County's IP address management services.  He also  converted our VPN services from an outdated concentrator to the firewall.**

Monitor and troubleshoot network traffic, performance and availability. Evaluate and assess potential new software.

**Comments:** ██ **has shown understanding in these areas and has successfully performed these duties.** ██ **ha introduced new software including user based Directory update and linkfixer.**

Assess, monitor and resolve internal and external security vulnerabilities.

**Comments:** ██ **has shown understanding in these areas and has successfully performed these duties.** ██ **plans to attend additional security classes this year (CEH) to help strengthen network security.**

*Application Services – Discuss strengths and opportunities for growth*

Install, configure and maintain all County application servers.  Responsible for applications licensing contract administration.

**Comments:** ██ **has shown understanding in these areas and has successfully performed these duties.** ██ **converted 95% of all Novell systems to Windows Active Directory. (File Servers, DHCP, DNS, DFS)**

Provide secure file sharing.  Provide secure email access for internal and external county users. Manage secure, shared printing services including automatic printer driver  installation and configuration.  Install, configure and maintain desktop management suite for pushing down applications, remote control of desktops, and inventory.

**Comments:** ██ **has shown understanding in these areas and has successfully performed these duties.** ██ **had a large role in conversion from Novell Groupwise to Google Gmail. He is very knowledgeable in enterprise application deployment.**

*Database Services – Discuss strengths and opportunities for growth*

Installs, configures, maintains database management system (dbms) servers.  Administer access to county databases by county personnel and applications.  Create database tables and collections as needed for county and third party application use.  Maintain existing database tables and collections.

*Comments:* ███ has performed database backups on several occasions. I would like to get ███ more exposure to managing all of the different databases in the County.

*Storage Management – Discuss strengths and opportunities for growth*

Maintain and configure site redundant storage area network.

**Comments:** ███ needs more exposure in this area. I would like to get ███ training in this area.

Manage all storage presented to servers through direct attached, network attached, or storage area network systems.

**Comments:** ███ needs more exposure in this area. I would like to get ███ training in this area.

Provide backup and disaster recovery.

**Comments:** ███ has shown understanding in these areas and has successfully performed these duties.

**EXHIBIT 13**
18-CV-01144-DDD-STV                    **CONFIDENTIAL**                    **DEF 4924**

**REDACTED**

<u>**Section 3 (Communications Skills, Organization Skills, Attitude and Cooperation, Ability to deal with customers, Innovation and Initiative)**</u>

*General – Discuss strengths and opportunities for growth*

Install, configure and maintain highly available, redundant servers and make specific recommendations concerning hardware redundancy and software delivery.

**Comments:** █ **has shown understanding in these areas and has successfully performed these duties.**

Provide 24/7 support for network services and applications.

**Comments:** █ **has shown understanding in these areas and has successfully performed these duties.** █ **is on-call every 8 weeks for 2 weeks at a time.**

Communicate with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

**Comments:** █ **has shown understanding in these areas and has successfully performed these duties.**

7

## Section 4 – Final Comments and Goals

| Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments) |
|---|

█████ has demonstrated a wide area of knowledge in regards to Active Directory management as well as VDI deployment. I would like to provide more exposure to SAN's. Overall ████ is a valued member of the network team.

| Employee Career Goals / Objectives (to be completed by employee) |
|---|

To complete my BSIT from UoP this upcoming year (5 classes left). To attend more work sponsored training classes to maintain my skills.

| Accomplishment of Goals Established In Previous Review (if applicable) |
|---|

Attended training classes (ICND, Novell Server Management)

| Goals Not Accomplished from Previous Review (if applicable) |
|---|

| Goals to be Obtained (to be completed by Supervisor and Employee) |
|---|

Complete BSIT from UoP. Take work sponsored training courses.

| **Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation. | |
|---|---|
| Employee Signature: ████████ | Date: 11-20-13 |
| Supervisor Signature: _Jay Elio_ | Date: 11-25-13 |
| Department Head Signature: _Frank J. Biddle_ | Date: 11/25/13 |

REDACTED

EXHIBIT 13
18-CV-01144-DDD-STV          CONFIDENTIAL                    DEF 4926

**MESA COUNTY**

### Performance Evaluation

| Name: ▮ | Date: 12/07/2012 |
|---|---|
| Annual Evaluation Period From: 07/01/2011 | To: 12/31/2012 |
| Department: I.T. | Position: ▮ |

Key Duties, Tasks, and Responsibilities (from job description)
Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job) ▮ performs his job very well. He works hard resolving issues and introducing new methods of resolving issues. He has quickly become familiar with most aspects of the systems within Mesa County.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities) ▮ knowledge of IT concepts are good. He is still learning some of Mesa County's specific systems, but he is quick to pick up on how they are configured and inter-mixed.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Project Management** (Consider the professional's quantity and complexity of projects and how they are taken to completion) ▮ has managed several projects very well including the virtual desktop testing and eDirectory to Active Directory migration.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner) ▮ does a good job prioritizing his daily tasks and projects by balancing help desk requests and major projects. It can be difficult to shift between these two modes and he does a good job staying on top of his deadlines.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) ▮ is very good at diagnosing issues and coming up with quality, long term resolutions. He is usually cognizant of how changes affect our customers and other systems and takes into consideration security and stability.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) ▮ does a good job keeping his coworkers, customers and supervisor informed of the status of tasks and projects.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) ▮ a very methodical in his implementation of new solutions and takes a step by step approach to testing and documentation.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives) ▮ has a good attitude towards customers and coworkers. At times he gets frustrated with previous decisions, but he is able to step back and understand why things are setup as they are and what impact change would have if not dealt with properly.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) ▮ has a customer first attitude and wants to provide excellent customer service. Sometime his desire of immediate resolution to existing issues is greater than his concern about the impact on customers, but he is always able to put the customer first in the long run.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) In ▮ short time with the County, he has brought some very innovative ideas and solutions to IT. He has spearheaded many changes including Directory services migration and system security. He takes the initiative to seek out better resolutions and feels comfortable discussing those options with anyone in the organization.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

| **Total Points: 36** | **Overall Rating: Above** |
|---|---|

| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 – 50 ☐ |
|---|---|---|---|---|

Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

████ successfully performs all aspects of this job after only ████ in service. He has initiated and implemented solutions that are beneficial the county. He makes safe decisions and is humble enough to ask for opinions/help if needed.

Employee Career Goals / Objectives (to be completed by employee)

- *To finish my college education. Keep learning so that I can be successful in my job (e.g. taking training courses).*
- *Successfully converting from Novell to Windows Infrastructure.*
- *Demonstrate my knowledge and ingenuity and be a strong part of the networking team.*

Accomplishment of Goals Established in Previous Review (if applicable)

N/A

Goals Not Accomplished from Previous Review (if applicable)

N/A

Goals to be Obtained (to be completed by Supervisor and Employee)

- Continue taking college and training classes to further your education.
- Continue to propose innovative solutions

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | |
|---|---|
| Employee Signature: ████████ | Date: 12/11/12 |
| Supervisor Signature: *[signature]* | Date: 12-11-12 |
| Department Head Signature: *[signature]* | Date: 12-17-12 |



Division Director Review (Initials): ꓥ0S

## MESA COUNTY CJSD PERFORMANCE APPRAISAL

Name: ███████              Department: CJSD

Performance Period:  From:  2013        To:              Position: ███████

Name of Evaluator: Sullivan              Dept. Head/Elected Official:  Dennis Berry

*DATE OF EVALUATION CONFERENCE:* _____

☐  New Hire Review          ☐  Promotional/Lateral Review      ☒  Annual Review

### PERFORMANCE LEVELS

**UNACCEPTABLE:** Employee's points score 14 or below out of 50.

**BELOW:**  Employee's points are between 15 to 24 out of 50.

**SUCCESSFUL:**  Employee's points are between 25 and 34 out of 50.

**ABOVE:**  Employee's points are between 35 and 44 out of 50.

**OUTSTANDING:**  Employee's points are between 45 and 50 out of 50.

### EMPLOYEE SIGNATURE(S):

*Date of Performance Standards Development Review:* _____

### Evaluation Conference

I have reviewed with my supervisor the appraisal herein of my performance regarding the established expectations of my job.  My signature does not necessarily reflect agreement with this appraisal.  (Employee's and/or Supervisor's comments may be submitted on a separate sheet).

| Employee Signature: | *Buck Pagh* | Date: |
| Manager Signature: | *ꓥ0S* | Date: *1-20-14* |
| Department Head Signature: | *Nasocci* | Date: *1-20-14* |

Revised 10/13



**MESA COUNTY**

### Criminal Justice Services Performance Evaluation

| Name: ███████ | Date: 11-15-13 |
|---|---|

Annual Evaluation Period: Year 2013

| Department   CJSD | Position: ███████ |
|---|---|

*Key Duties, Tasks, and Responsibilities:*

Position requires the management of a variety of complex administrative duties for the Department. Conducts client disciplinary hearings; provides new employee orientations and training, coordinates training for new employees through the training period; conducts internal audits; maintains standards compliance files, training record files, discipline hearing records and trainer material for employees. Manages assets such as computer and other related technologies. Responsible for inventory controls. Assists with the development of policy and procedures, program guidelines, post orders and client handbooks.

Responds to computer related issues and assists staff on problem solving matters as they relate to computer hardware, facility alarms, security camera systems, panic, duress and fire alarms. Works as a liaison for the counties facility management, I.T, Fleet, and Risk Management departments. Acts as a project manager on short and long term projects as they relate to Mesa County and the Department.

### Subjective Evaluation (Max 20 points, 40%)

**Professionalism** (Interactions, attitude, policy and procedure, time management, organization, flexibility, code of conduct, etc)

| Below (0-1) ☐  Total:_____ | Satisf (2-3) ☐ Total:_____ | Above (4-5) ☒  Total:__5__ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

███████ has been with CJSD for ███████ of those as an ███████ prides himself on being professional, dependable and highly motivated. ████ continues to take on difficult projects and complicated tasks such as the RFP process for a department wide client management software package.

████ is continually developing his role as ███████ and needs to remember that although it is his goal to become a Manager at CJSD, he isn't one yet. ████ needs to be cautious that he doesn't overstep his boundaries and refers staff to a Manager when necessary. ████ has made improvements in this area during this performance evaluation period, but nevertheless needs to be mindful of this issue while he continues to gain additional management experiences by guiding and mentoring staff during his day to day travels.

████ is self directed and requires very little direction from his manager other than periodic mentoring on more complicated County issues. We can count on him in so many ways.

**Participation** (All forms of communication, meetings, reliability,  sick time, writing & computer skills)

| Below (0-1) ☐  Total:_____ | Satisfactory (2-3) ☐ Total:_____ | Above (4-5) ☒  Total:__4__ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

████ attends all required meetings, rarely uses sick time and has demonstrated good computer skills. ████ has demonstrated satisfactory technical writing skills in a recent assignment in which he was required to lead a team of staff to write an RFP for a department wide client management software package. ████ was then challenged to write two additional documents; a Capital Improvement Plan and an Agenda Item sheet that was to go before the Board of County Commissioners.  Both items were completed satisfactorily.

████ has worked on continuing to develop his work flow process, or task list, as stated in his previous evaluation, but needs to remember to assign dates to all tasks; not just some of them. ████ needs to remember to utilize his supervisor as a resource to help prioritize when demands become overwhelming.

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4935

**REDACTED**


**MESA COUNTY**

| Motivation (Initiative, extra assignments and fulfillment of individual responsibilities, objective standards, training) | | |
|---|---|---|
| Below (0-1) ☐   Total:_____ | Satisfactory (2-3) ☐ Total:_____ | Above (4-5) ☒   Total:__5___ |

Evaluator Comments (Supportive narrative including goals from prior evaluation):

▇ is constantly asking others if they need help. This can occasionally impede ▇ in the completion of his own work.

As stated above, ▇ has worked diligently on the RFP process for a client management software package for CJSD. ▇ will be challenged in the upcoming year working with small groups from Tribridge, CJSD, and Mesa County IT developing the new client management software package for CJSD. ▇ will also assist in training CJSD staff with the assistance of Tribridge staff.

▇ has completed 48.75 hours of training this year, including training in Project Management, Google Apps, Electronic Monitoring, Benefits Training, and Motivating Correctional Staff. ▇ should seek training that will develop his project management/organizational skills, such as the GTD series from David Allen; additional exposure in public speaking and facilitating would aid ▇ as well in his management goals.

▇ has been cognizant of the difficulty that some staff have had during the County's transition to Google Apps from Novell GroupWise. In addition to meeting with some staff one on one, ▇ has sent out emails from time to time explaining some of the differences between the two systems, as well as some helpful "how to" emails.

As stated above, ▇ has a difficult time saying no, and has assisted managers in a variety of ways. He continues to complete monthly standards compliance audits, quarterly key audits, vehicle maintenance issues, and staff vacation calendars. He could rely more on his manager to help him decide what efforts he should be making with managers and what things should be left to the manager to do on their own.

| Teamwork (Supportive of team and Department goals, meeting objective standards, peer review feedback, modeling, coaching) | | |
|---|---|---|
| Below (0-1) ☐   Total:_____ | Satisfactory (2-3) ☐ Total:_____ | Above (4-5) ☒   Total:__5___ |

Evaluator Comments (Supportive narrative including goals from prior evaluation):

▇ has excellent teamwork skills. He prides himself in being the person who has the answers. Staff feels very comfortable going to ▇ to seek answers, but as stated above, ▇ needs to be cautious and refer staff to a Manager when applicable, or to the policy and procedure manual or to their team whenever possible.

▇ assists the training team with various trainings for new hires. He takes time to meet with most of the new hires individually to go over various life safety issues, such as fire evacuations and duress alarms. ▇ ensures staff are confident in working with the alarms be doing monthly drills. ▇ has done satisfactory work with the evacuation drills, but I challenge him to work on staff's comfort level with the duress alarm system. ▇ should finish writing the duress alarm policy and procedure in the first quarter of next year and then begin training all staff on an on-going basis, not just the new hires. (2014)

▇ had to make significant adjustments this past year when one manager left the department and two others began employment, one on an interim basis. ▇ seemed to take the changes well, though difficult and I appreciate his efforts and patience. In addition, ▇ went through another office move for himself, change that is really never very easy. But he will be very beneficial in a number of capacities in doing that and his patience in those changes are very much appreciated.

Subjective goals for next evaluation period (Number by priority). Include Employee's Career Goals / Objectives.

1. Continue to foster new relationships with IT, ASU and Facilities Management as it will be critical CJSD ability to work well with other key departments.

**REDACTED**   EXHIBIT 13   18-CV-01144-DDD-STV          CONFIDENTIAL                    DEF 4936



**MESA COUNTY**

2. Focus more on management related skills, technical writing, making presentations and in mentoring peers and staff. (To include preparing someone to handle the multitude of responsibilities in his absence)

3. Focus on teaching skills as it pertains to computer related issues, maybe small group instructional opportunities for staff so they are better prepared for a new software program)

| Objective Evaluation (Max 16 points, 30%) | | |
|---|---|---|

**CJSD Administrative Disciplinary Hearing Officer** (To include, conducting client formal disciplinary hearings in accordance with Division of Criminal Justice State Standards and CJSD Policy and Procedures)

| Below (0-1) ☐ Total:_____ | Satisfactory (2) ☒ | Above (3-4) ☐ Total:_____ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

████ completed 178 department hearings since January of this year.  He continues to complete these hearings according to department policy, and asks for input from his team if questions arise. ████ has made an effort to be more flexible in his sanctions and client interventions instead of using the "one size fits all" approach.

I challenge ████ to learn more about the BSMART program and how this will shape how CJSD handles disciplinary actions going forward.

**Project Management & Liaison for Mesa County's IT and Facilities Management Staff** (To include: Maintaining key relationships, coordinating work and reporting orders, leading work projects and developing long term project needs)

| Below (0-1) ☐ Total:_____ | Satisfactory (2) ☐ | Above (3-4) ☒ Total:__4___ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

████ continues to be a great resource when dealing with technology.  He is able to troubleshoot issues as they arise, and works diligently with the County IT staff to avoid issues when possible. ████ has a great working relationship with County IT, and they often seek his input in projects that effect the Department, whereas in previous years, input was not solicited.

████ continues to have a good working relationship with the ETRAC programmer, and talks to him at least monthly.  As stated above, ████ has spent a significant amount of time working on the new client management software package for CJSD.  ████ workload will only increase as all of this year's planning is put into action and development begins.  In order to prepare for these changes it will be critical to recruit other CJSD and IT staff for help in various capacities.

**Technology – Problem Solving & Response** (To include: First contact, maintenance, teaching and facilitation and evaluating employee and department needs)

| Below (0-1) ☐ Total:_____ | Satisfactory (2) ☐ | Above (3-4) ☒ Total:__4___ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

As stated above, ████ does a good job assisting staff with their technology needs.  He makes a point everyday to walk through the facility to speak to staff about any difficulties that they may be having. ████ has learned that some staff will not send an issue in an email, or even call if they are having problems, so he must be flexible in how he approaches their individual needs. ████ assists the training team in working with new hires on the information systems used at CJSD.  Again, ████ works very hard at being available to staff when problems arise.

REDACTED

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4937



**MESA COUNTY**

---

**Administrative Duties** [To include:]

1) Work orders and facility improvements and upgrades to critical computer systems, including, client tracking, and camera, security and alarm systems.

2) Assisting CJSD administration with technical projects, including temporary and on-going systems, i.e. employee posted work schedules, Google email and shared drive computer files.

3) Assist CJSD administration with technical grants, contracts and Request for Proposals.

| Below (0-1) ☐ Total:_____ | Satisfactory (2) ☐ | Above (3-4) ☒ Total:__4___ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

███ has continued to work well with the facilities department and █████████████████ in addressing work orders. Additionally, ███ has worked with facilities to complete various small projects throughout the campus. ███ takes pride in the appearance of the buildings and works hard at keeping them looking good. He has a sense of ownership that isn't often found with his peers and such an approach says a lot for his good work ethic and sense of pride in his career.

---

**Objective goals for next evaluation period (Number by priority). Include Employee's Career Goals / Objectives.**

1) Looking for ways in which some of ███ past responsibilities can be delegated to other staff in the form of customized assignments. This will be critical to organize before we begin a software change. (2012) (2014).

4) Take on the assignment of updating at least two policies this coming year with the assistance of his administrative officer peer. (2012) (2014)

---

**Additional Assignments (Max 14 Points, 10%)** Total:_10__

Evaluator Comments (Summary performance from each elective):

███ was instrumental in working with the County when a local motorcycle organization decided to host a weekend event across from the facility. ███ jumped in and scheduled meetings and prepared for worst case situations.

███ continues with a variety of projects at the Chipeta facility, including winter time freeze issues that occurred over the weekend and were there was significant damage done to interior ceilings.

███ continued at the end of this year dealing with contract and approval issues with the new software package for the department. ███ worked with a number of county and CJSD staff in getting the contract on the agenda.

---

| Total Points | 43 | Overall Rating: **Above** |
|---|---|---|

| Unacceptable (0-14.9) ☐ | Below (15 - 24) ☐ | Successful (25 - 34) ☐ | Above (35 - 44) ☒ | Outstanding (45 - 50) ☐ |
|---|---|---|---|---|

Evaluators Summary Comments *(Use high impact statements from evaluation to support behavior evaluation and to highlight accomplishments. This should include areas of strengths and improvements areas)*

███ has continued good work in managing a variety of responsibilities. He needs to realize that both he and this position will continue to develop over time but areas in which he can continue to focus on for the future included:

---


**MESA COUNTY**

| 1) Furthering his formal education (2012, 2013, 2014) |
| 2) Some evidence based or motivational interviewing training. (2013) (2014) |
| 3) Some supervisory and mentoring opportunities and more formal training (2014) |
| 4) Public speaking and facilitating opportunities (Inside Mesa County ) |

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor.   A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: | ██████████ | Date: | 1/20/14 |
| Supervisor Signature: | *[signature]* | Date: | 1-20-14 |

EXHIBIT 13
18-CV-01144-DDD-STV

**CONFIDENTIAL**

DEF 4939

**REDACTED**



Division Director Review (Initials): _NDS_

## MESA COUNTY CJSD PERFORMANCE APPRAISAL

Name: ███████                                    Department: CJSD

Performance Period:  From:  Dec 2011   To:  Dec 2012        Position: ███████

Name of Evaluator: Matt Sullivan                  Dept. Head/Elected Official:  Dennis Berry

**DATE OF EVALUATION CONFERENCE:** _____

☐  New Hire Review        ☐  Promotional/Lateral Review        ☒  Annual Review

**PERFORMANCE LEVELS**

**UNACCEPTABLE:** Employee's points score 14 or below out of 50.

**BELOW:**  Employee's points are between15 to 24 out of 50.

**MEETS:**  Employee's points are between 25 and 34 out of 50.

**ABOVE:**  Employee's points are between 35 and 44 out of 50.

**OUTSTANDING:**  Employee's points are between 45 and 50 out of 50.

**EMPLOYEE SIGNATURE(S):**

*Date of Performance Standards Development Review:* _____

*Evaluation Conference*

I have reviewed with my supervisor the appraisal herein of my performance regarding the established
expectations of my job.  My signature does not necessarily reflect agreement with this appraisal.
(Employee's and/or Supervisor ████████ be submitted on a separate sheet).

| Employee Signature: ████████ | Date: 11/19/12 |
| Manager Signature: _NDSull_ | Date: 11-19-12 |
| Department Head Signature: _Dennis L Berry_ | Date: 12/4/12 |

Revised 11/17/09



**MESA COUNTY**

### Criminal Justice Services Performance Evaluation

| Name: █████████ | Date: 11-19-12 |
|---|---|
| Annual Evaluation Period   From:9/11 | To:    12-15-12 |
| Department   CJSD | Position: ████████ |

*Key Duties, Tasks, and Responsibilities*:
Position requires the management of a variety of complex administrative duties for the Department. Conducts client disciplinary hearings; provides new employee orientations and training, coordinates training for new employees through the training period; conducts internal audits; maintains standards compliance files, training record files, discipline hearing records and trainer material for employees. Manages assets such as computer and other related technologies. Responsible for inventory controls. Assists with the development of policy and procedures, program guidelines, post orders and client handbooks.

Responds to computer related issues and assists staff on problem solving matters as they relate to computer hardware, facility alarms, security camera systems, panic, duress and fire alarms. Works as a liaison for the counties facility management, I.T, Fleet, and Risk Management departments. Acts as a project manager on short and long term projects as they relate to Mesa County and the Department.

### Subjective Evaluation (Max 20 points, 40%)

**Professionalism** (Interactions, attitude, policy and procedure, time management, organization, flexibility, code of conduct, etc)

| Below (0-1) ☐   Total:_____ | Satisf (2-3) ☐ Total:_____ | Above (4-5) ☒   Total:__5__ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):
This is █████ year as an ███████ continues to handle himself in a professional matter. As each year passes ████ takes on more and more complicated tasks and projects. He is professional and expects the same from his coworkers, ████ has a good work ethic, comes to work on time and maintains a high level of motivation.

█████ has done well working more independently this past year. This has been a very challenging year for the department and ████ has stepped up in handling many issues and without a lot of direct supervision.

**Participation** (All forms of communication, meetings, reliability,  sick time, writing & computer skills)

| Below (0-1) ☐   Total:_____ | Satisfactory (2-3) ☐ Total:_____ | Above (4-5) ☒   Total:__4___ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):
█████ rarely uses sick time, is reliable in attending meetings, and has good computer skills. ████ has continued to develop his technical writing skills this past year and has taken on a couple of written assignments in which he has done satisfactory work.

█████ needs to continue to focus on organizational skills so that he has a good task list of upcoming tasks and projects. It's easy for ██████ peers to ask him to work on something, ever so small that often doesn't get to list and can be missed further down the road. ████ should meet with his supervisor when he is challenged with conflicting priorities.

**Motivation** (Initiative, extra assignments and fulfillment of individual responsibilities, objective standards, training)

| Below (0-1) ☐   Total:_____ | Satisfactory (2-3) ☐ Total:_____ | Above (4-5) ☒   Total:__5___ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):
█████ continues to develop his team work skills and some recent small projects have developed his experience so that he is ready for bigger projects in the future. As noted above, ████ seldom says no to individuals, specifically managers who have him doing some of their everyday operational duties.

EXHIBIT 13
18-CV-01144-DDD-STV

**REDACTED**          CONFIDENTIAL          DEF 4941



**MESA COUNTY**

████ should continue to focus on training that will broaden his skills base in technical writing, making presentations and in facilitating small group discussions.

This past year ████ has been particularly helpful in developing a excel report for department/DCJ audits. ████ has also taken on some audits as well. He has been very helpful in keeping the managers on track in completing audits and reporting their results monthly.

████ met training requirements this past year by attending a total of 40 hours of training, including training in Life Safety and Radio Protocols, Emergency Preparedness in a Correctional Setting, SCRAM, Crisis Prevention, GPS Technology JS 7, ACA Conference, Workplace Violence, Interpreting Gangs, and Work Place Violence for Supervisors.

████ also showed a great deal of motivation in a variety of other tasks and assignments, including, maintaining various logs for equipment usage, overseeing vehicle maintenance issues, assisting managers in many ways.

**Teamwork** (Supportive of team and Department goals, meeting objective standards, peer review feedback, modeling, coaching)

| Below (0-1) ☐ Total:_____ | Satisfactory (2-3) ☐ Total:_____ | Above (4-5) ☒ Total:__5____ |
| --- | --- | --- |

Evaluator Comments (Supportive narrative including goals from prior evaluation):
████ has developed excellent teamwork skills. Feedback from his peers is very positive and he is the "go to person" when someone needs help in most any situation. If he doesn't have the answer he is able to refer people to the right person. He models in a professional fashion. He holds peers accountable and responds well to clients and customers.

But as noted above, ████ takes in many for duties than he should be. This coming year, ████ needs to focus on his responsibilities, not others and when possible talk to his supervisor about delegating tasks to others on his team.

**Subjective goals for next evaluation period (Number by priority).  Include Employee's Career Goals / Objectives.**

1) Begin to develop a process to enhance writing skills, technical skills in the area of grant writing, developing policy and procedures and responding to request for proposals. (2011, and 2012)

2) Focus on overall organizational skills and time management. Develop good project management time lines, calendaring and tasks lists. (2011, and 2012)

3) Focus on better evaluating tasks and projects that are given to you from others, work more closely with your supervisor in delegating tasks or in saying no for areas outside your primary responsibilities. (2012)

4) Continue with good strong professional relationships outside the department with I.T, facilities management, risk management and fleet services. (2011, and 2012)

| Objective Evaluation (Max 16 points, 30%) | | |
| --- | --- | --- |

**CJSD Administrative Disciplinary Hearing Officer** (To include, conducting client formal disciplinary hearings in accordance with Division of Criminal Justice State Standards and CJSD Policy and Procedures)

| Below (0-1) ☐ Total:_____ | Satisfactory (2) ☒ | Above (3-4) ☐ Total:_____ |
| --- | --- | --- |

Evaluator Comments (Supportive narrative including goals from prior evaluation):
During this period, ████ completed approximately 200 department hearings. ████ follows department procedures and policies and he documents his hearings properly and when issues arise, he works closely with his peers and team to resolve issues He has shown improvement this past year in helping and challenging clients to make changes.



**MESA COUNTY**

During this year, I would encourage ▮▮▮ to get more acquainted with the Evidence Based practices, motivational interviewing and shaping offender behavior.

**Project Management & Liaison for Mesa County's IT and Facilities Management Staff** (To include: Maintaining key relationships, coordinating work and reporting orders, leading work projects and developing long term project needs)

| Below (0-1) ☐ Total:_____ | Satisfactory (2) ☐ | Above (3-4) ☒ Total:__4___ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

▮▮▮ spends a great deal of time working on computer related issues, software projects such as the department Etrac System and in meeting with IT throughout the year, ▮▮▮ has established a good relationship with the staff at IT and they rely on him to handle much of our department IT hardware issues, ▮▮▮ has maintained a good working relationship with the Etrac programmer, even when conflicts and concerns with the Etrac software have come to light.

This coming year may bring significant changes in computer programs as the county may approve a new software correctional program for our department. ▮▮▮ will need to be involved in a operational and project management way to begin the chosen system on board and begin a training process for staff.

**Technology – Problem Solving & Response** (To include: First contact, maintenance, teaching and facilitation and evaluating employee and department needs)

| Below (0-1) ☐ Total:_____ | Satisfactory (2) ☐ | Above (3-4) ☒ Total:__4___ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

▮▮▮ does a good job responding to staff computer and telephone issues. He walks around to various work groups and offices and checks in with staff. He spends a great deal of time working with new staff and helping them learns the various computer applications that are available to them.

Overall, ▮▮▮ continues to exceed standards in this area and he continues to be very helpful to staff, and administration in dealing with technology related concerns.

**Administrative Duties** [To include:]
1) Work orders and facility improvements and upgrades to critical computer systems, including, client tracking, and camera, security and alarm systems.
2) Assisting CJSD administration with technical projects, including temporary and on-going systems, i.e. employee posted work schedules, GroupWise email and shared drive computer files.
3) Assist CJSD administration with technical grants, contracts and Request for Proposals.

| Below (0-1) ☐ Total:_____ | Satisfactory (2) ☐ | Above (3-4) ☒ Total:__4___ |
|---|---|---|

Evaluator Comments (Supportive narrative including goals from prior evaluation):

▮▮▮ has done a remarkable job in handling work orders and in developing his relationship with the facilities management department.

**Objective goals for next evaluation period (Number by priority). Include Employee's Career Goals / Objectives.**

1) ▮▮▮ will need to continue his developing his project management skills. He can do this by taking additional trainings and in working closely with contractors and with facilities management. (2011, 2012)

2) Continue your good professional relationships with key outside county departments, encouraging approaching their work with the customer in mind. (2012)

**REDACTED**

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 4943



**MESA COUNTY**

3) Looking for ways in which some of ▮▮▮ past responsibilities can be delegated to other staff in the form of customized assignments. (2012)

4) Take on the assignment of updating at least two policies this coming year with the assistance of his administrative officer peer. (2012)

| Additional Assignments (Max 14 Points, 10%)  Total: 8 |
|---|

**Evaluator Comments** (Summary performance from each elective):

This past year ▮▮▮ has worked with facilities on a number of projects, throughout the department. He has developed good project management skills and relationships with contractors and the county facility staff.

▮▮▮ assisted IT in getting much of the department wireless, and he has continued to stay on top of them to get the remainder of the critical areas done.

▮▮▮ assisted his manager in getting some technical drawings done for the new pretrial office at the jail so that the contractor there had detailed information.

▮▮▮ has coordinated efforts for additional repairs and upgrades for the Chipeta facility.

| Total Points | 41 | Overall Rating: Above |
|---|---|---|

| Unacceptable (0-14.9) ☐ | Below (15 - 24) ☐ | Successful (25 - 34) ☐ | Above (35 - 44) ☒ | Outstanding (45 - 50) ☐ |
|---|---|---|---|---|

**Evaluators Summary Comments** (Use high impact statements from evaluation to support behavior evaluation and to highlight accomplishments.  This should include areas of strengths and improvements areas)

▮▮▮ has continued good work in managing a variety of responsibilities. He needs to realize that both he and this position will continue to develop over time but areas in which he can continue to focus on for the future included:

1) Furthering his formal education (2010, 2012)
2) Continue developing Project Management skills and/or certification (2010,2012)
3) Continue to advance his technical writing skills (2010, 2012)
4) Some evidence based or motivational interviewing training. (2012)

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor.   A signature does not necessarily indicate ▮▮▮ u are in total agreement with all statements on this evaluation.

| Employee Signature: ▮▮▮ | Date: 11-19-12 |
|---|---|
| Supervisor Signature: | Date: 11-19-12 |

DocuSign Envelope ID: 3EC5C01B-7661-41F3-B14A-90C1BFE53346


**MESA COUNTY**

December 24, 2015

Evaluation: ▮▮▮▮
Period reviewed: January 1, 2015 through December 31, 2015
Position: ▮▮▮▮ –IT Department

**Overall Appraisal**
Throughout the year ▮▮▮ has lead and been involved in a wide variety of projects including CJSD Tribridge and SO applications and has shown development in areas such as Project Management and communications. She has supported countywide and Law enforcement department specific applications for many years and has an extensive knowledge of their business processes and needs. ▮▮▮ strives to meet customer expectations in a very challenging environment at times.

**2016 Goals**
Continue to: learn about ever changing business processes and requirements; develop technical and organizational skills; develop positive working relationships with co-workers and customers; strive to be a leader in the organization; and cross train and seek cross training in all areas working toward providing the strongest and seamless support possible from our IT team.

I look forward to working together to successfully implement 2016 and beyond, projects along with continually supporting existing applications and numerous other projects as a team.

Signature of Employee
DocuSigned by:
▮▮▮▮▮▮
A0FB4DCF02CA4B2...

1/8/2016 | 09:35 MT

Signature of Department Manager
DocuSigned by:
*Rick Corsi*
4213FC921923475...

1/8/2016 | 09:41 MT

**REDACTED**

**EXHIBIT 13**
**18-CV-01144-DDD-STV**

**CONFIDENTIAL**

**DEF 5040**

**MESA COUNTY**

### Performance Evaluation ▮

| Name: ▮ | | Date: 10-15-2013 | Self Evaluation ☐ |
|---|---|---|---|
| | | | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: October, 2012 | | To: October, 2013 | |
| Department: IT | | Position: ▮ | |

**Key Duties, Tasks, and Responsibilities (from job description)**

Position supports department and county-wide vertical applications.  Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors.  Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment.  Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below.  Each appraisal factor requires supporting statements.**

(Consider how well the professional performs all aspects of the job.  Consider all factors below.) See Section 4

| Job Performance | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|
| **Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2 | | | | |
| **Job Knowledge** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| (For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2 | | | | |
| **Project Management** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| (Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2 | | | | |
| **Meets Deadlines** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2 | | | | |
| **Judgment & Problem Solving** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| (Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3 | | | | |
| **Communication Skills** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| (Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3 | | | | |
| **Organizational Skills** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| (demonstrates enthusiasm and interest) | | | | |
| **Service Passion** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
| (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3 | | | | |
| **Ability to Deal with Customers and Co-workers** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
| (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3 | | | | |
| **Innovation & Initiative** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☒ |
| **Total Points: 40** | | **Overall Rating: Above** | | |

|  | Below<br>20-27<br>☐ | Successful<br>28-36<br>☐ | Above<br>>36<br>☒ |  |
|---|---|---|---|---|

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Knowledge and abilities needed to accomplish technical or computer-related duties:**

*Excellent job knowledge and process knowledge of Sherriff's Office applications.*
*Very knowledgeable of current and legacy systems and applications.*
*Good understanding of SO processes and good working relationship with SO staff.*
*Is the go to person for all SO applications.*
*Project management is an area that can be developed. With so many different projects going on at the same time be able to stay focused is something that can be improved with a structured system.*
*With the implementation of the Service Desk this is an opportunity to use it for tracking and documentation processes.*

*As the person with the most knowledge and overall experience with SO projects and with the recent increase of staffing of IT staff at the SO there is the opportunity to delegate and mentor others. This is an area that can be worked on as we move into new law enforcement systems.*

## Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

**Interpersonal skills used to properly interact with others. Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

*Communications is an area that can be worked on, particularly within the IT group.*
*Many times it is assumed that everyone has the same knowledge and understanding of a project or process and time needs to be taken to assure that direct communications happen. At times this is not happening and frustration happens with coworkers.*
*Organizing through the utilization of IT tools such as the service desk is an area that can be worked on.*
*Passion to get the job done right is a very strong point along with the ability to work with customers.*
*At times coworkers may feel intimidated by aggressiveness in communications.*
*Tends to see and focus on the negatives in co-workers, cause friction which leads to project delays.*
*At times follow through on small tasks is something that can be worked on.*

## Section 4 (Overall Job Performance)

**Summary of all job performance criteria:**

*Excellent job knowledge with strong abilities and understanding of systems and requirements of the SO.*
*Has high standards and respect of customers.*
*Working with co-workers both within her immediate group as well as throughout IT is an area that can be worked on.*

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

My goals this year include a successful Spillman to Aegis conversion, implementation of Aegis V10 upgrade, getting to be involved with the new CJSD project, and Evidence software. As soon as conversion is done, I will be taking online training courses in Project Management, SQL and MS Server. I would like to continue working towards other county applications outside of the Sheriff's Office for some variety in my work duties. This will challenge me daily and also allow a better utilization of technical skills and abilities in SQL and server work.

EXHIBIT 13
18-CV-01144-DDD-STV

CONFIDENTIAL

DEF 5044

Accomplishment of Goals Established in Previous Review (if applicable)

Extensive progress has been made with converting Spillman data, many processes have been streamlined and improved at the SO. Many interfaces have been updated this year to include Keefe Commissary, Identix tenprinters, Vine, and Mutare. Many systems have been converted over to the virtual environment, upgraded and old systems have been retired. I have also trained and worked extensively with two new co-workers and technical support staff who have become proficient in the SO systems and hardware.

Goals Not Accomplished from Previous Review (if applicable)

Completion of online training. I did complete Intermediate SQL class online last year, but nothing since that time due to work needed interfaces, projects, and especially conversion work.

Goals to be Obtained

Training with specialized applications, vendor conference attendance, documentation and training of various co-workers, deadline and time management has improved, project management documentation has been accomplished.

Plan for Upcoming Year
Work effectively with other agencies, through communication and conference calls. Plan and manage time more effectively to be able to take advantage of online training courses through the rest of 2013, attend at least one off site training for reporting services as that will be needed in Aegis V.10, work on procedure documentation, and file storage clean up. Be involved in new CJSD and MCSO projects, either as a lead or assisting, conduct training with users on various SO applications as needed. Since our biggest challenges are personnel resources and time, I would like to continue to improve in project management and effectively meeting deadlines.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: | ████████████ | Date: | 11-14-13 |
| Supervisor Signature: | | Date: | 11/14/13 |
| Department Head Signature: | | Date: | 11/19/13 |



**MESA COUNTY**

### Performance Evaluation ▮

| Name: ▮ | Date: 9-12-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: ▮ |

Key Duties, Tasks, and Responsibilities (from job description)

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

**Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.**

**Job Performance** (Consider how well the professional performs all aspects of the job)
▮ has been put in a position of constant change, unclear direction, uncertainty, and increasing work load. She has been able to keep informed and involved with most of the projects at the SO. She has also been instrumental in training changing IT staff and SO personnel through these rough organization and software application shortcomings. She is the sole system knowledge base for the Spillman system which should have been retired with the replacement coming of the NW RMS.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
▮ has an excellent understanding of the process and function in Law Enforcement and the Sheriff's Office as it relates to Record management, Field applicants and Jail Management. She also is the system support for Other SO legacy systems.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
|---|---|---|---|---|

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
▮ has been working on developing a procedure for organizing her project load for the last couple years. This is still and area that we need to work on , but with all the multiple projects coming from different directions it has been a challenge she has made improvements with. In the future we will need to work on a more formalized method.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
With the ever changing work load at the SO and reduction in staffing this has been a challenge. ▮ has been balancing deadlines with the workload.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
With ▮ extensive knowledge of the environment she supports she is able to solve many issues from historical knowledge as well as being able to reason through issues to come up with solutions that other may have missed.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
▮ is able to communicate to her customers at the needed level. On the peer to peer communications she sometimes seems frustrated with other due to their lack of background and knowledge of specific systems she deals with on a daily basis. At times this comes across as confrontational to her co-workers.
One area that needs to be worked on is communications back to managers on status of projects and at what stage processes are.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
▮ seems to have a method of organization that works for her.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Although frustrated with the speed and method of some projects, she is always willing to help out and put in the extra effort when asked.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |
|---|---|---|---|---|

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)

EXHIBIT 13
**REDACTED**   18-CV-01144-DDD-STV          CONFIDENTIAL                    DEF 5046

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |

**Innovation & Initiative** (Consider professional's contribution in achieving agency and unit goals and objectives and increasing program performance)
█████ has been very proactive in developing methods and structuring process to improve projects throughout the S.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

| **Total Points: 39** | **Overall Rating: Above** |

| Unacceptable 10 - 14 ☐ | Below 15 - 24 ☐ | Successful 25 - 34 ☐ | Above 35 - 44 ☒ | Outstanding 45 – 50 ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Very committed to helping bring success to an organization that has changing, unstructured and at time unclear continuity and goals.
Has provided excellent leadership to co-workers coming into her work group.
Has the drive to get the job done, would be more successful with continuity and more support.

**Employee Career Goals / Objectives** (to be completed by employee)

**Accomplishment of Goals Established in Previous Review** (if applicable)
Completed SQL basic training this summer, worked on multiple projects, trained two fellow █████ and support specialist in Sheriff's Office systems
Continue to work toward a successful implementation as the on New World.
Continue to keep monitor data security on NW and other projects.

**Goals Not Accomplished from Previous Review** (if applicable)
Online based training was not completed due to lack of time and issues involved with heavy workload from New World Project.
- Develop PM skills.
- Continue to develop knowledge of overall systems including focus on security.
- Develop method for prioritization.

**Goals to be Obtained** (to be completed by Supervisor and Employee)
Continue to develop technical skills.
Expand project base outside of SO projects.
Continue to develop prioritization and PM skills.
Develop understanding and put into practice change management practices.
Continue to keep monitor data security on applications and projects.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: ████████████████ | Date: 12/10/12 |
| Supervisor Signature: | Date: 12/10/12 |
| Department Head Signature: | Date: 12/11/12 |

**REDACTED**   **EXHIBIT 13**   **CONFIDENTIAL**   **DEF 5047**
18-CV-01144-DDD-STV