## AGREEMENT AND RELEASE

THIS AGREEMENT AND RELEASE, is by and between ▇▇▇▇▇▇▇ (hereafter "▇▇▇▇▇"), an individual, and the County of Mesa (hereafter "County"), a local governmental entity of the State of Colorado, by and through its Board of County Commissioners, together referred to as the "Parties".

WITNESSETH:

WHEREAS, ▇▇▇▇ filed a Charge of Discrimination with the Colorado Civil Rights Division (CCRD), Charge No. ▇▇▇▇▇ and the U.S. Equal Employment Opportunity Commission (EEOC), Charge No. ▇▇▇▇▇ against Mesa County; and,

WHEREAS, the Parties have participated in mediation pursuant to the rules of the CCRD; and,

WHEREAS, the Parties have participated in additional mediation on July 24, 2014; and,

WHEREAS, the Parties desire to resolve the Charges and all issues which have been or could be raised therein;

NOW, THEREFORE, for valuable consideration as set forth below, the Parties hereby AGREE AND RELEASE as follows:

1. The payment hereafter provided for is in consideration of the Agreement and Release by ▇▇▇▇, as hereafter set forth, and ▇▇▇▇ would not otherwise be entitled to such payment.

2. Within seven (7) calendar days after final effectiveness of this Agreement and Release (see paragraph 5(b)), the County shall pay the total sum of $75,000.00 to ▇▇▇▇ as follows: in two checks, the first made payable to ▇▇▇▇▇▇▇ for $52,400.00 and the second payable to ▇▇▇▇▇▇▇▇▇▇▇▇ for $22,600.00. These amounts do not represent income or earnings, but are considered non-economic damages related to ▇▇▇▇ claims against the County. No portion of the sum represents remuneration for services performed by ▇▇▇▇ during the time of his/her employment with the County.

3. ▇▇▇▇, for herself, her heirs, executors, administrators, successors and assigns, and the County, or its and their officials, officers, agents or employees, in any capacity, insurers, successors, heirs and assigns, and volunteers, hereby fully and forever release and discharge each other, its and their respective officers, agents or employees, insurers, successors, heirs and assigns, together with any and all persons, firms, corporations, affiliates, and subsidiaries, who are or may be liable for any and all claims, demands, judgments, damages, expenses, actions, and causes of action arising from ▇▇▇▇ separation from employment. The Agreement and Release shall include, but not be limited to, claims for wrongful discharge in violation of public

1

EXHIBIT 21
18-CV-01144-DDD-STV         CONFIDENTIAL                    DEF 5258

REDACTED

policy; discrimination in employment, including claims under federal or state constitution, statute, rule or regulation; violation of 42 USC §1983; violation of any fair or unfair employment practices act or law; claims for unpaid wages, either regular or overtime, other compensation, benefits or remuneration under the Fair Labor Standards Act, Portal-to-Portal Act, Equal Pay Act, ERISA or any other state or federal law; defamation, libel, slander, invasion of privacy, outrageous conduct, intentional interference with express or implied contract concerning employment and other negligent or intentional torts; breach of express or implied employment contracts; breach of covenant of good faith and fair dealing; promissory estoppel and other equitable claims; discrimination prohibited under Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1991, and Colorado's Anti-Discrimination and Unfair Employment Practices Acts including but not limited to sex, sexual orientation, race, national origin, religious, creed, ancestry, age, and disability discrimination; disability discrimination under the Americans with Disabilities Act; age discrimination under the Age Discrimination in Employment Act; claims based on protected concerted activity, and any other claims arising out of or in any way related to the employment relationship, including any and all tort claims. The release extends and applies to all unknown, unforeseen, unanticipated and unsuspected injuries, damages, loss and liability, and the consequences of them, as well as those now disclosed and known to exist. The provisions of any state, federal, local or territorial law or statute providing in substance that releases shall not extend to claims, demands, injuries or damages which are unknown or unsuspected to exist at the time, to the person executing such release, are expressly waived.

4. ▬▬▬ represents and acknowledges that she is waiving and releasing any rights she may have under the Age Discrimination in Employment Act (ADEA), as amended, and/or the Older Workers Benefit Protection Act (OWBPA), as amended, and that the waiver and release of these rights is knowing and voluntary. ▬▬▬ and the County acknowledge and agree that the waiver and release does not apply to any rights or claims that may arise under the ADEA or the OWBPA after the Effective Date of the agreement.

5. ▬▬▬ represents and acknowledges that she has been made aware of the following:

    a. She acknowledges that she has been informed that she has the right to seek advice from an attorney before signing this Agreement, and has done so, and enters into this Agreement knowingly and voluntarily with full understanding that she is giving up legal rights by signing this Agreement. It shall be a breach of this Agreement to bring claims against any person or entity that is released herein.

    b. ▬▬▬ has seven (7) days after signing the Agreement and Release to revoke it. Revocation shall be made, if at all, by delivering a written revocation to the Mesa County Attorney's Office located at 544 Rood Ave., Floor 2A. Such revocation must be received in that office by the close of business on or before the seventh day after signing the Agreement and Release.

6. Assuming that ▬▬▬ does not rescind as stated herein, ▬▬▬ shall not institute, prosecute, file or process any federal or state litigation, grievances, or other claims or charges against the County, or its and their officials, officers, agents, employees and former

employees, insurers, successor, heirs and assigns, and volunteers, in any capacity, (collectively hereinafter "County") in any way related to or arising from ▇▇▇ separation from employment or any other claims, charges or causes of action against the County arising out of alleged instances of any loss or injury whatsoever, including but not limited to, sex, gender or employment discrimination, claims or causes of action under the constitution, in tort, negligence, or contract, worker compensation, terms and conditions of employment, nor for any liability for injuries, losses, expenses, damages, costs, liabilities, damage to property, claims, and the consequences thereof. In the event the County is subject to further claims by ▇▇▇ or any person or entity claiming through ▇▇▇ for any claims released herein, ▇▇▇ will hold the County harmless from any such claims and indemnify the County for its damages, attorneys' fees and costs in defending any such claims.

7. ▇▇▇ shall dismiss CCRD Charge No. ▇▇▇ and EEOC Charge No. ▇▇▇ and any and all appeal rights associated with each charge.

8.   a.   ▇▇▇ warrants that no opinions or statements have been made to her by the County or its agents or employees relating to any income tax consequences of the payment made under the Agreement and Release. Should this Agreement and Release be accepted by ▇▇▇, a check shall be issued to ▇▇▇.

b.   In the event a claim for such taxes, and/or penalties and interest, is asserted by any taxing authority as a result of ▇▇▇ failure to pay and taxes ▇▇▇ has been determined to owe, and except as otherwise provided in this Paragraph, ▇▇▇ agrees to, and hereby indemnifies and holds County harmless against any and all tax liability, interest, and/or penalties as may be due as a result of ▇▇▇ failure to pay any taxes ▇▇▇ has been determined to owe as a result of the payments referenced above.

9.   The Agreement and Release and the payments contemplated herein are in compromise of a potential claim(s) and potential litigation by ▇▇▇ the outcome of which is speculative and disputed as to validity and/or amount. By entering into the Agreement and Release, the County makes no admission regarding the sufficiency or validity of such potential claim(s) or potential litigation and any wrongdoing by the County is specifically and unequivocally denied. ▇▇▇ stipulates that the Agreement and Release and the payments contemplated herein are and shall be prohibited from use by her in any state and/or federal legal action, including administrative agency actions, in the same manner as if Federal Rules of Evidence Rule 408 applied.

10.   ▇▇▇ warrants that no promise or inducement has been offered except as set forth in this Agreement and that she is legally competent to execute this Agreement. ▇▇▇ assumes the risk of any mistake of fact that might be associated with the execution and entering into of this Agreement.

11.   ▇▇▇ represents that she has not assigned or subrogated any claims arising out of her employment or separation from employment to any other person or entity and no person or entity has a claim for damages, losses or liabilities against the County arising out of her

3

EXHIBIT 21
18-CV-01144-DDD-STV            CONFIDENTIAL                    DEF 5260

REDACTED

employment or any associated claims. In the event the persons or entities released herein are subject to claims by ▮▮▮▮ or her assigns that are released under this Agreement, ▮▮▮▮ will hold the persons or entities sued harmless from any such claims and indemnify the persons or entities released herein for their damages, attorneys' fees and costs in defending any such claims.

12. ▮▮▮▮ may apply for any open position for employment with County. Nothing herein shall be construed as a future offer by Mesa County for employment, nor shall this agreement constitute an agreement between the Parties for future employment of ▮▮▮▮ by County.

13. In consideration of the mutual promises and covenants contained in this Agreement, the Parties agree that neither shall have an obligation to enter into an employment relationship with the other in any capacity in the future, and that should one party seek such a relationship with the other, the other may refuse to enter into an employment relationship without liability to the other.

14. Neither party shall disparage the other in any manner. Disparagement prior to the effective date of this Agreement may result in it being withdrawn as an offer. As between the Parties, the terms and conditions of the Agreement and Release shall remain confidential, and, except as set forth herein, shall not be disclosed to anyone other than a party's attorney, accountants, insurers, or for tax purposes, or to ▮▮▮▮ spouse, if any, unless otherwise required by court order. If it is necessary for a disclosure to be made under the paragraph, ▮▮▮▮ shall instruct the person to whom disclosure is made that the information is confidential and shall not be further disclosed. The confidentiality provision notwithstanding, in response to an inquiry concerning the Agreement and Release, ▮▮▮▮ is permitted to state:

"The matter was settled by agreement. I have no further comment."

All employment reference inquires directed to the County will be given a standard reference of dates of employment and final salary.

15. The Agreement and Release constitutes the entire Agreement and Release among the Parties. Any previous oral or written representations by either Party are either extinguished or merged herein.

16. The Agreement and Release shall be construed in accordance with the laws of the State of Colorado and venue for any dispute hereunder shall be in the District Court for the Twenty-first Judicial District in Mesa County, Colorado.

▮▮▮▮ Date 7-24-14
an Individual

[signature] Date 7-24-2014
Barbara Brewer
Mesa County Assessor

4

EXHIBIT 21
REDACTED  18-CV-01144-DDD-STV       CONFIDENTIAL       DEF 5261

APPROVED as to form :

▮▮▮▮▮▮▮▮▮▮  Date 7-24-14      ▮▮▮▮▮▮▮▮▮▮  Date 24 July 2014
▮▮▮▮▮, Esq.                    David Frankel, Esq.
                               Acting Mesa County Attorney

STATE OF COLORADO )
                  )
COUNTY OF MESA    )

Acknowledged before me the 24 day of July, 2014 by ▮▮▮▮▮▮▮▮▮▮ an Individual. Witness my hand and official seal.

My commission expires: 12/20/2014

_Lynn Wilcox_
Notary Public

[Seal: NOTARY PUBLIC — LYNN WILCOX — STATE OF COLORADO]

STATE OF COLORADO )
                  )
COUNTY OF MESA    )

Acknowledged before me the 24th day of July, 2014 by Barbara Brewer, Mesa County Assessor. Witness my hand and official seal.

My commission expires: 4-15-17

_Kathy M_
Notary Public

KATHRYN MORGAN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19894005149
My Commission Expires April 15, 2017

5

EXHIBIT 21
18-CV-01144-DDD-STV         CONFIDENTIAL         DEF 5262

REDACTED