# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**DECLARATION OF RICK CORSI**

---

I, Rick Corsi, make this my declaration and state:

1.    I filed a Charge of Discrimination with the Colorado Civil Rights Division (CCRD) on December 27, 2016, alleging that Mesa County discriminatorily discharged me based on my age (fifty-nine), sex (male), and my marriage to a co-worker.

2.    On December 14, 2017, the CCRD issued a Probable Cause Determination on my Charge, finding that there was sufficient evidence to support my claim of a discriminatory reduction in workforce based on age.

3.    I understand that Mesa County is seeking to restrict from public access my Charge of Discrimination and the Probable Cause Determination from the CCRD, which were submitted by my former colleague, Debra Bouricius, as exhibits to a response to a motion in the above-captioned case.

4. I do not wish for any of my CCRD Charge documents, including my Charge of Discrimination or the Probable Cause Determination, to be restricted from public access or redacted.

5. On the contrary, I think it is important for the public to have full access to these documents, which establish a pattern of discrimination by Mesa County.

FURTHER DECLARANT SAYETH NOT.

DATED this 16th day of December 2019.

*Rick Corsi* (signature)
Rick Corsi