# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

**DECLARATION OF** ▇▇▇▇ A▇▇▇▇

I, ▇▇▇ A▇▇▇, make this my declaration and state:

1. I filed a Charge of Discrimination with the Colorado Civil Rights Division (CCRD) on June 4, 2013, alleging that Mesa County discriminated against me on the basis of my age (fifty-three at the time) and gender (female).

2. I understand that Mesa County is seeking to restrict from public access my Charge of Discrimination, which was submitted by a former Mesa County employee, Debra Bouricius, as an exhibit to a response to a motion in the above-captioned case.

3. I do not wish for my Charge of Discrimination to be restricted from public access because I believe it is important for the public to have full access to such documents, which establish a pattern of discrimination by Mesa County.

4. I do, however, prefer that my name and any identifying information in the Charge be redacted.

FURTHER DECLARANT SAYETH NOT.

DATED this 16th day of December 2019.

2