IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:18-cv-01144-DDD-STV | FTR - Reporter Deck - Courtroom A1002 |
| Date: December 19, 2019 | Courtroom Deputy:  Monique Ortiz |

<u>Parties:</u>                                                                        <u>Counsel:</u>

DEBRA BOURICIUS                                                   Paula Greisen
                                                                                     Jennifer Bezoza
        Plaintiff,

v.

MESA COUNTY                                                          Alicia Severn

        Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in Session:    9:09 a.m.**
Court calls case. Appearance of counsel.

This matter is before the Court regarding the Defendant's Motion to Restrict Access to Documents Marked CM/ECF Docs 93-2, 93-3, 93-4 and 93-5 filed with Plaintiff's Response to Mesa County's Motion for Summary Judgment (CM/ECF Doc 92) [Doc. No. 120, filed 12/2/2019].

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**           Defendant's Motion to Restrict Access to Documents Marked CM/ECF Docs 93-2, 93-3, 93-4 and 93-5 filed with Plaintiff's Response to Mesa County's Motion for Summary Judgment (CM/ECF Doc 92) [Doc. No. 120] is GRANTED IN PART AND DENIED PART as follows:  With respect to [CM/ECF Doc. Nos.  93-2 and 93-5], the documents shall be retained at a Level 1 Restriction and the Defendants shall file

      redacted versions of the documents on or before January 7, 2020. With respect to [CM/ECF Doc Nos. 93-3 and 93-4] the restriction will be removed and the documents will be filed with no level of restriction.

HEARING CONCLUDED.
**Court in recess:**     **9:20 a.m.**
Time In Court:            00:11

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Court Reporting & Video, Inc. at (303)629-8534.