**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

___

**MESA COUNTY'S MOTION FOR CLARIFICATION REGARDING THE DECEMBER 19, 2019 COURT ORDER (CM/ECF Doc 129)**
___

Mesa County, by and through its undersigned counsel, respectfully moves the Court for clarification regarding its Order set forth in CM/ECF Doc 129. In support of this request for clarification, Mesa County states the following:

1.    Certificate of Compliance with D.C.Colo.L.R. 7.1(a). Counsel for Mesa County sent an email conferral explaining the documentation matters set forth in this Motion to counsel for Ms. Bouricius. As of the time of the filing of this Motion, counsel for Mesa County has not received a response from Ms. Bouricius's counsel. But due to the impending unrestriction of the two documents referenced in the Court's Order (CM/ECF Doc 129), Mesa County submits this Motion for clarification.

2.    The parties participated in a Motion Hearing with the Court on December 19, 2019.

3. During the Hearing, the Court held, as reflected in the Order (CM/ECF Doc 129), that Mesa County would be entitled to file restricted versions of two documents and that the Court would unrestrict two different documents.

4. Mesa County believes that the identification of the CM/ECF number of one of the documents to be unrestricted, and, correspondingly, one of the documents to be redacted, is misnumbered in the Order (CM/ECF Doc 129), thus prompting Mesa County to respectfully submit this request for a clarification.

5. Mesa County believes that it was ordered during the hearing to redact information in Exhibit D relating to employees' performance reviews (CM/ECF Doc 93-2) and in Exhibit O relating to Ms. A.'s Charge of Discrimination (CM/ECF Doc 93-4).

6. The Order identifies that Mesa County will file redacted versions of CM/ECF Doc 93-2 (Exhibit D, the performance reviews) and CM/ECF Doc <u>93-5</u> (Exhibit P, Charge of Discrimination Determinations for Ms. Bouricius, Ms. Corsi, and Mr. Corsi).

7. Mesa County believes that CM/ECF Doc 93-5 was one of the documents the Court identified to be unrestricted, and that Mesa County was instructed to redact CM/ECF Doc 93-4.

8. For these reasons, Mesa County seeks clarification of the Court's Order

Respectfully submitted this 19th day of December, 2019.

                                          BECHTEL SANTO & SEVERN

                                          *s/ Alicia W. Severn*
                                          Alicia W. Severn, #42432
                                          Michael C. Santo, #24083
                                          205 N. 4th Street, Suite 300
                                          Grand Junction, CO  81501
                                          Telephone: (970) 683-5888
                                          Facsimile: (970) 683-5887

santo@bechtelsanto.com
severn@bechtelsanto.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MESA COUNTY'S MOTION FOR CLARIFICATION REGARDING THE DECEMBER 19, 2019 COURT ORDER (CM/ECF Doc 129)** was served this 19th day of December 2019, via the CM/ECF electronic filing system, to the following:

Paula Greisen
Jennifer Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn
Attorney