**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

___

**ORDER GRANTING MESA COUNTY'S MOTION FOR CLARIFICATION REGARDING DECEMBER 19, 2019 COURT ORDER (CM/ECF Doc 129)**
___

THE COURT, having considered the Mesa County's Motion for Clarification Regarding the December 19, 2019 Court Order (CM/ECF 129), and being apprised of the grounds therefore,

HEREBY FINDS AND ORDERS that the Motion is GRANTED. Mesa County shall file redacted versions of CM/ECF Docs 93-2 and 93-4 on or before January 7, 2020. With respect to CM/ECF Docs 93-3 and 93-5, the restriction will be removed and the documents will be filed with no level of restriction

Dated: _____, 2019

                              BY THE COURT:

                              _____