**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.   18-CV-01144-DDD-STV**

**DEBRA BOURICIUS,**

       Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

       Defendant.

---

**NOTICE OF REDACTED CM/ECF DOC 93-2 (EXHIBIT D) AND CM/ECF DOC 93-4 (EXHIBIT O)**

---

Pursuant to this Court's Orders (CM/ECF Docs 129 and 132), Defendant Mesa County, by and through its undersigned counsel, submits redacted documents CM/ECF Doc 93-2 (Exhibit D) and CM/ECF Doc 93-4 (Exhibit O), attached hereto.

Respectfully submitted this 7th day of January, 2020.

       BECHTEL SANTO & SEVERN

       By: *s/Alicia W. Severn*
       Alicia W. Severn, #42432
       Michael C. Santo, #24083
       205 N. 4th Street, Suite 300
       Grand Junction, Colorado 81501
       Telephone: (970) 683-5888
       Facsimile: (970) 683-5887
       Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF REDACTED CM/ECF DOC 93-2 (EXHIBIT D) AND CM/ECF DOC 93-4 (EXHIBIT O)** was served this 7th day of January 2020, via CM/ECF electronic filing, to the following:

Paula Greisen
Jennifer Weiser Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
*Attorneys for Plaintiff*

*s/ Alicia W. Severn*
Alicia W. Severn, attorney