# EXHIBIT D

Mesa County, ███████████ Information Technology
Evaluation Criteria Form

███████

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.25 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Successfully meets essential job functions. | | | |
| Technical Knowledge | | 0-2 | 1.75 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Good technical know of applications within comfort zone. Development needed on knowledge new and expanded projects and applications he is involved with. | | | |
| Project Management | | 0-1.5 | 1.25 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and Implementations. | | |
| [Comments] Manages self projects well, needs development on group and team projects. | | | |
| Effective Communicator | | 0-1 | .8 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Communicates, but needs to continue development on communication to coworkers and active listening. | | | |
| Customer Service | | 0-1 | .8 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Strives to meet customer needs of the applications he is responsible for. Continues to develop an understanding and needs of the County organization | | | |
| Inner Departmental Relations | | 0-1 | .75 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] This is an area we have discussed and development is still required in the area of dealing with and working with coworkers on team projects. | | | |
| Professionalism and Availability | | 0-1 | .9 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements. | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

CONFIDENTIAL               DEF 4139

REDACTED

DocuSign Envelope ID: A901af51-CE60-4D4F-806F-BE0FB43C4C6F

Mesa County, ▮▮▮▮▮▮▮▮▮ Information Technology
Evaluation Criteria Form

▮▮▮▮▮▮▮

**Overall Comments:** *[Comments]* ▮▮▮ *has shown the ability to meet the technical requirements of the job and has continued to learn and develop system application knowledge and should continue development in these areas. Seems to feel more comfortable working individually on projects. Needs to continue to work on working in team/group situations as the* ▮▮ *position requires the ability to deal with and work with others in many different situations.*

*Continuing to learn and understand the all aspects of County functions is another area to focus on with cross training of applications.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: _Rick Corsi_ (DocuSigned)   Date: 12/5/2014 | 16:53 PT

Director Signature: _Frank Whidden_ (DocuSigned)   Date: 12/5/2014 | 12:21 PT

Employee Signature: ▮▮▮▮▮▮   Date: 12/6/2014 | 17:15 PT

S:/IT/Management/Reviews/Evaluation Form.doc

CONFIDENTIAL                    DEF 4140

REDACTED

DocuSign Envelope ID: 8DBD3D10-18C1-49BD-82C6-6CCE1B920FB4



December 24, 2015

Evaluation: ▊
Period reviewed: January 1, 2015 through December 31, 2015
Position: ▊

**Overall Appraisal**

▊ has performed exceptionally well as a manager. In the past year ▊ has had to deal with difficult personnel issues which ▊ has handled very well. ▊ has also had to hire and train new staff which has enabled ▊ to build a really strong team. ▊ is still highly informed technically but has become ever more important to me as County Administrator as an advisor and supporter. Not only does ▊ possess technical skills ▊ also has the critical people skills that are so important in serving our customer base. ▊ is definitely a "franchise player" that I expect to continue to rise in this organization.

**2015 Goals**
I anticipate that ▊ will begin working on ▊ professional development in working towards achieving a bachelor's degree in the next few years.

VDI deployment within the organization remains an important goal.

▊ should continue to hone ▊ management skills as ▊ gains managerial experience.

Signature of Employee

▊

Signature of Department Head

*Frank Whidden*
—772C531ABBD94E1

P.O. Box 20000 · Grand Junction, Colorado  81502-5037    ●    Telephone: (970)-683-4200 · Fax (970) 244-1756

**REDACTED**          CONFIDENTIAL                    **DEF 4556**

DocuSign Envelope ID: EEFE6E3C-36A5-4959-9563-83CEF713AD94

Mesa County, ▮▮▮▮▮▮ Information Technology
Evaluation Criteria Form

▮▮▮▮▮

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.4 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Successfully meets essential job functions | | | |
| Technical Knowledge | | 0-2 | 2 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Outstanding technical knowledge of all applications he is responsible for. | | | |
| Project Management | | 0-1.5 | 1.4 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Manages own time well, could use a bit of work on managing team or group | | | |
| Effective Communicator | | 0-1 | .8 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Communicates very thoroughly, but tend to provide more information than needed. Has been working in this area and is making good progress. | | | |
| Customer Service | | 0-1 | .9 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Strives to meet customer needs. Very good understanding of the customer's needs for all his applications. | | | |
| Inner Departmental Relations | | 0-1 | .8 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] Demonstrates the willingness to work with coworkers. At times come across as overly aggressive. | | | |
| Professionalism and Availability | | 0-1 | .95 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets expectations. | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

CONFIDENTIAL　　　DEF 4721

REDACTED

DocuSign Envelope ID: EEFE6E3C-36A5-4959-9563-83CEF713AD94

## Mesa County, ▮▮▮ Information Technology
### Evaluation Criteria Form

▮▮▮

Overall Comments: *[Comments]* ▮ *continually shows the ability to meet all technical requirement of the job. Needs some work on the way he comes across to coworkers. Tends to take control of projects and seems to find it a bit hard to give up control and let other lead projects.*

▮ *has handled all assignments well. One area to work on would be to be a little less regimented in his ways with coworkers, but this is also an organizational strength.*

### Overall Rating

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ■ | ■ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi* (DocuSigned)   Date: 12/5/2014 | 16:55 PT

Director Signature: *Frank Whidden* (DocuSigned)   Date: 12/5/2014 | 12:21 PT

Employee Signature: ▮▮▮ (DocuSigned)   Date: 12/10/2014 | 16:07 PT

S:/IT/Management/Reviews/Evaluation Form.doc

CONFIDENTIAL    DEF 4722
REDACTED



**MESA COUNTY**

**Performance Evaluation** ▮

| Name: ▮ | Date: 9-12-2012 |
|---|---|
| Annual Evaluation Period From: 2011 | To: 2012 |
| Department: IT | Position: ▮ |

**Key Duties, Tasks, and Responsibilities (from job description)**

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.

**Job Performance** (Consider how well the professional performs all aspects of the job)
▮ continually has multiple projects he is working on from a multitude of directions and departments. He is always on top of and knowledgeable about the status of all projects assigned to him.
Other co-worker rely on ▮ on a consistent basis.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
▮ Not only has an extensive knowledge of the business applications he is assigned to, he has an excellent knowledge of the computer systems from his experience in the support group, as well as a good overall knowledge of County systems and processes.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)
▮ always has the goals of projects well defined and documented. ▮ stays on top of vendors throughout project implantation to assure their goal meet our needs.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)
▮ sets realistic goals for project completion and if it under his control normally meets or exceeds the deadlines.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)
Excellent problem solving skills, other rely on him to find solutions and work through issues.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing)
▮ communicates well with customers and vendors, at times to the point of over-communicating. There have been times when he has had to be asked not to give the customer all the information until it has run through the proper channels and a plan has been put into place.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs)
▮ ves by spreadsheets, lists and being organized.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

**Attitude / Cooperation** (Consider professionals attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)
Always willing to help out and work on any project he is asked to.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

**Ability to Deal with Customers** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people)
Always works well with customers, even when some become unrealistic or unreasonable.

| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)

**REDACTED**

| Continually thinks through and comes up with new innovative way to approach issues and needs. | | | | |
|---|---|---|---|---|
| Unacceptable (1) ☐ | Below (2) ☐ | Successful (3) ☐ | Above (4) ☐ | Outstanding (5) ☒ |
| **Total Points: 41** | | **Overall Rating: Above** | | |
| Unacceptable<br>10 - 14<br>☐ | Below<br>15 - 24<br>☐ | Successful<br>25 - 34<br>☐ | Above<br>35 - 44<br>☒ | Outstanding<br>45 – 50<br>☐ |

Evaluators Comments (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

▇▇▇ brings a lot of institutional and technical knowledge to the ▇▇▇ team.
Self starter, motivated and motivates others to stay on task and successfully complete projects.
Prides himself with his organization skills.

At times has the tendency to get overly focused and hung up on one piece of the puzzle and needs to be guided back to the big picture.

Employee Career Goals / Objectives (to be completed by employee)
- Maintain my personal challenge. I continue to work the hardest and smartest that I can for the organization while maintaining no (minimal) stress and a very cheerful and personable work manner with the users. Customer service and satisfaction was and still is the #1 goal
- Work through new learning curves in my job position and its scope of work.
- Continue to develop expertise on the applications I've been assigned to as primary and backup.
- Acquire new tools, skills and knowledge that will support my success in my job roll.
- Continue to improve myself on a personal and professional level.
- Continue to learn and have a good working knowledge as well as System Administrator knowledge for my assigned applications.
- Become more knowledgeable and proficient with the SQL language.
- Become more knowledgeable and proficient with the use of Crystal Reports.
- Become more knowledgeable and proficient with the use of MS SSRS (SQL Server Reporting Services).

Accomplishment of Goals Established in Previous Review (If applicable)

Has met or is working to meet all his goals.

Goals Not Accomplished from Previous Review (if applicable)


Goals to be Obtained (to be completed by Supervisor and Employee)
- Maintain my personal challenges mentioned above.
- Work through the learning curve of any new applications I am asked to provide support for.
- Work through and complete new projects assigned to and those "to be determined".
- Continue to develop support expertise on the applications I've been assigned to as primary and backup.

**REDACTED**

CONFIDENTIAL

DEF 4728

- Continue to acquire tools, skills and knowledge that will support my success in my current job roll as ███
- Continue to improve myself on a personal and professional level.
- Continue to keep monitor data security on applications and projects.
- Develop understanding and put into practice change management practices.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | | |
|---|---|---|
| Employee Signature: ███ | Date: | 12/06/12 |
| Supervisor Signature: *Bill Cozen* | Date: | 12/6/12 |
| Department Head Signature: *[signature]* | Date: | 12/11/12 |

CONFIDENTIAL    DEF 4729

REDACTED



**MESA COUNTY**

**Performance Evaluation**

| Name: | Date: 5-11-2011 |
|---|---|
| Annual Evaluation Period From: 5-2010 | To: 5-2011 |
| Department: IT | Position: |

**Key Duties, Tasks, and Responsibilities** (from job description)

Position supports department and county-wide applications. Functions as liaison between various user departments, Information Technology (IT) staff and management, contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes, user requirements, and prospective solutions (including hardware, software, training and maintenance) for work efforts or IT projects. Provides support for office applications, analyses, and evaluation for assigned aspects of most business processes.

Rate the employee on each of the appraisal factors using the ratings listed below. Any rating of Unacceptable, Below, Above or Outstanding requires a supporting statement in the box following the appraisal factor.

**Job Performance** (Consider how well the professional performs all aspects of the job)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Job Knowledge** (Consider the professionals knowledge of key duties, tasks, and responsibilities)
Having moved into the [redacted] position last year you have transitioned well taking on new projects such as Active Review and assisting with the New World implementation. You have also rolled right into the support of existing applications such as SIRE and EDEN very well.

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

**Project Management** (Consider the professionals quantity and complexity of projects and how they are taken to completion)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Meets Deadlines** (Consider the professionals ability to complete required tasks in an efficient manner)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Judgment & Problem Solving** (Consider the professionals ability to use data as in decision making and ability to anticipate and address problems)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Communication Skills** (Consider how well the professional communicates with others both verbally and in writing) At time peer to peer communication is a bit rough, but customer communication seem to be effective and clear.

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Organizational Skills** (Consider professionals ability to organize and structure personal work, assigned work and programs) This is an area you have always been strong in and I expect this will continue with you new responsibilities.

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

**Attitude / Cooperation** (Consider professional's attitude toward agency mission and willingness to participate in achieving cross-functional and collaborative objectives)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Ability to Deal with Customer** (Consider professionals care, consideration, and overall professionalism when dealing with all types of people) Feedback from customers you support has been very good, such as the Active Review implementation group in planning.

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☐ | Above (4) ☒ | Outstanding (5) ☐ |

**Innovation & Initiative** (Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance)

| Unacceptable (1) ☐ | Below (2) ☐ | Acceptable (3) ☒ | Above (4) ☐ | Outstanding (5) ☐ |

**Total Points: 33**    **Overall Rating: Acceptable**

**REDACTED**    CONFIDENTIAL    DEF 4734

| Unacceptable 10 - 14 | Below 15 - 24 | Acceptable 25 - 34 | Above 35 - 44 | Outstanding 45 – 50 |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ |

**Evaluators Comments** (Use high impact bullet statements to support behavior evaluation and to highlight accomplishments)

Work on communications with peers.
Work on keeping from getting hung up on little issue and keep focus on the big picture and processes. (This was from last year, I see it getting better, but still keep it in mind.)
We need to work on getting you additional training outside of specific application training as time allows.

**Employee Career Goals / Objectives** (to be completed by employee)

**See Attached**

**Accomplishment of Goals Established in Previous Review** (if applicable)
**See Attached**

**Goals Not Accomplished from Previous Review** (if applicable)

**Goals to be Obtained** (to be completed by Supervisor and Employee)

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| Employee Signature: [REDACTED] | Date: 5/12/11 |
|---|---|
| Supervisor Signature: [signature] | Date: 5/12/11 |
| Department Head Signature: | Date: |

CONFIDENTIAL DEF 4735
REDACTED

DocuSign Envelope ID: 5722C595-52C7-4B45-A550-398305A27FCC

Mesa County, ▮▮▮▮▮▮▮▮▮▮ Information Technology
Evaluation Criteria Form

▮▮▮▮▮▮

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.1 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Successfully meets most essential job functions | | | |
| Technical Knowledge | | 0-2 | 1.5 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Works well on projects and familiar application | | | |
| Project Management | | 0-1.5 | 1.25 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Manages individual time, needs some work on managing team. | | | |
| Effective Communicator | | 0-1 | .8 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Demonstrates the ability to communicate well, could use some work in communication and working with team. | | | |
| Customer Service | | 0-1 | .8 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Works well with customer, continuing to learn more about the County organization needs and and goals. | | | |
| Inner Departmental Relations | | 0-1 | .65 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] This is area that we have discussed and should continue to develop the working relationship with coworkers. | | | |
| Professionalism and Availability | | 0-1 | .9 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

CONFIDENTIAL         DEF 4916

REDACTED

DocuSign Envelope ID: 5722C595-52C7-4B45-A550-398305A27FCC

Mesa County, ▮▮▮▮▮ Information Technology
Evaluation Criteria Form

▮▮▮▮▮

**Overall Comments:** *[Comments]* ▮▮▮ *has shown the ability to meet the technical requirements of the job, has continued to learn and develop system application knowledge and should continue development in these areas. Seems to feel more comfortable working individually on projects. Needs to continue to work on working in team/group situations as the* ▮▮▮ *position requires the ability to deal with and work with other in many different situations.*

*Continuing to learn and understand the all aspects of County functions is another area to focus on with cross training of applications.*

**Overall Rating**

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ▢ | ■ | ☐ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: *Rick Corsi* (DocuSigned) Date: 12/5/2014 | 17:00 PT

Director Signature: *Frank Whidden* (DocuSigned) Date: 12/5/2014 | 12:21 PT

Employee Signature: ▮▮▮▮ (DocuSigned) Date: 12/5/2014 | 17:05 PT

S:/IT/Management/Reviews/Evaluation Form.doc

CONFIDENTIAL DEF 4917
REDACTED



**MESA COUNTY**

Performance Evaluation

| Name: ▮▮▮ | | Date: 10-15-2013 | Self Evaluation ☐ |
|---|---|---|---|
| | | | Supervisor Evaluation ☒ |
| Annual Evaluation Period From: | | To: October, 2013 | |
| Department: IT | | Position: ▮▮▮ | |

**Key Duties, Tasks, and Responsibilities (from job description)**

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

Rate the employee on each of the appraisal factors using the ratings listed below. Each appraisal factor requires supporting statements.

| (Consider how well the professional performs all aspects of the job. Consider all factors below.) See Section 4 | | | | |
|---|---|---|---|---|
| **Job Performance** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |

*Job Knowledge (Consider the professionals knowledge of key duties, tasks, and responsibilities. Understanding of products/features/technology and end user processes) See Section 2*

| **Job Knowledge** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(For new and existing/continuing projects - Consider the professionals quantity and complexity of projects and how they are taken to completion) See Section 2*

| **Project Management** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider the professionals ability to complete required tasks in an efficient manner and communicate deviations to management and work group) See Section 2*

| **Meets Deadlines** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider the professionals ability to use data as in decision making and ability to anticipate and address problems) See Section 2*

| **Judgment & Problem Solving** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider how well the professional communicates with others verbally, in writing; when listening how well does the person absorb and utilize the information) See Section 3*

| **Communication Skills** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider professionals ability to organize and structure personal work, assigned work and programs) See Section 3*

| **Organizational Skills** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(demonstrates enthusiasm and interest)*

| **Service Passion** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider professionals care, consideration, and overall professionalism when dealing with all types of people) See Section 3*

| **Ability to Deal with Customers and Co-workers** | Below (2) ☐ | Successful (3) ☒ | Above (4) ☐ | Outstanding (+1) ☐ |
|---|---|---|---|---|

*(Consider professionals contribution in achieving agency and unit goals and objectives and increasing program performance) See Section 3*

| **Innovation & Initiative** | Below (2) ☐ | Successful (3) ☐ | Above (4) ☒ | Outstanding (+1) ☐ |
|---|---|---|---|---|

**Total Points: 32**    **Overall Rating: Successful**

| | Below 20-27 ☐ | Successful 28-36 ☒ | Above >36 ☐ | |
|---|---|---|---|---|

**REDACTED**         CONFIDENTIAL                    DEF 4918

## Section 2 (Job Knowledge, Project Management, Meets Deadlines, Judgment & Problem Solving)

**Knowledge and abilities needed to accomplish technical or computer-related duties:**

New to the job, but is learning the applications and department processes. Since ▮ has arrived at the County her primary assignment has been learning the sheriff's department system, by working with co-workers and customers. She has been involved in testing and implementation of existing and newly installed systems. She has put a good effort toward learning the functions and needs of at the SO. She was involved in looking into the sex offener and recommending process changes. She has also been the primary contact for the newly install visitation system.

Well working with the vendor ▮ has made progress documenting the process and functionality of the system to push for improved functionality.

Without formal training opportunities for the New World application day to day hands on learning and working with co-workers is necessary to become more proficient with the applications. This is an area that needs to be addressed within the work group.

## Section 3 (Communications Skills, Organization Skills, Service Passion, Ability to deal with customers and co-workers, Innovation and Initiative)

**Interpersonal skills used to properly interact with others. Interpersonal skills include everything from communication and listening skills to attitude and deportment:**

There has been some friction with in the SO IT work group and this is an area that needs to be worked on in order for the group to become more functional as a team. Communication within the team needs to improve.

▮ has shown that she wants to help the customers and has suggested some innovative ideas to improve the processes.

## Section 4 (Overall Job Performance)

**Summary of all job performance criteria:**

In the short time ▮ has been at the county she has been exposed to many different systems, applications and processes.. Much of the learning needs to be address through open communications and hands on. With the recent changes that were made within the office environment we should be seeing improvements in this area.

## Section 5 (Goals and Future Plan)

Employee Career Goals / Objectives (to be completed by employee)

CONFIDENTIAL DEF 4919

**REDACTED**

- Obtain training necessary to be placed in pager rotation
- To assist customers by providing reports that are not currently available (requires training & access)
- To complete the Innovisit jail project and continue working with the Programs staff to develop processes to utilize the software to its fullest potential.
- To work with Civil Dept. to develop and implement an improved process for registering and tracking sex offenders.
- Work closely with city IT and Aegis on New World upgrade; train users on new features and seek user input to improve processes.

Accomplishment of Goals Established in Previous Review (if applicable)

Goals Not Accomplished from Previous Review (if applicable)

Goals to be Obtained

Become familiar with and utilize SQL.
Build trust and confidence of IT and New World to users.
Develop new IT process for SOR.

Plan for Upcoming Year

Work closely with users and cast positive light on New World and Mobile applications.
Obtain necessary training.
Establish and improve visitation processes.
Implement new evidence software and establish processes.
Improve overall customer satisfaction.

**Employee:** Your signature only signifies that you have discussed this evaluation with your supervisor. A signature does not necessarily indicate that you are in total agreement with all statements on this evaluation.

| | |
|---|---|
| Employee Signature: [REDACTED] | Date: 11-19-13 |
| Supervisor Signature: [signature] | Date: 11/19/13 |
| Department Head Signature: [signature] | Date: 12/19/13 |

**REDACTED**

DocuSign Envelope ID: CEEE622A-3367-4A73-825C-0F387FF12A0A

Mesa County, ███████████ Information Technology
Evaluation Criteria Form

███████

| Evaluation Category | Definitions | Evaluation Scale | Evaluation Level |
|---|---|---|---|
| Essential Job Functions | | 0-2.5 | 2.5 |
| | Demonstrates the ability to perform all "essential job functions" per job description. | | |
| [Comments] Successfully meets essential job functions | | | |
| Technical Knowledge | | 0-2 | 1.9 |
| | Demonstrates the ability to perform required and assigned tasks. (Hands on experience, Technical Certifications, Education, etc.) | | |
| | Demonstrates the ability to understand security principles and apply best practices on all work processes and projects. | | |
| [Comments] Outstanding technical knowledge of all applications she is responsible for. | | | |
| Project Management | | 0-1.5 | 1.25 |
| | Demonstrates the ability to manage projects in a timely, efficient manner. | | |
| | Demonstrates the ability to manage individual time, team, vendors, applications, projects and implementations. | | |
| [Comments] Is developing skills in this area, needs to continue work on managing individual, group/team time and delegation. | | | |
| Effective Communicator | | 0-1 | .8 |
| | Demonstrates the ability to efficiently communicate to customers, co-workers and management. (Verbal, written, active listening, comprehend and follow through) | | |
| [Comments] Demonstrates the ability to communicate well, could use some work in communication and working with team. | | | |
| Customer Service | | 0-1 | .9 |
| | Demonstrates the ability to effectively evaluate needs and requirements of customers and apply successful efficient solutions in a professional approach. | | |
| | Demonstrates the ability to recognize, understand and comprehend the needs, goals and requirements of the County organization. | | |
| [Comments] Works well with customer, continuing to learn more about the different County organization and goals outside her comfort zone. | | | |
| Inner Departmental Relations | | 0-1 | .75 |
| | Demonstrates the ability and willingness to effectively and professionally correspond and work as a productive team member with IT staff and management on projects, issues and solutions. | | |
| [Comments] This is area that we have discussed and should continue to develop the working relationship with coworkers. | | | |
| Professionalism and Availability | | 0-1 | .9 |
| | Conducts and presents self in a professional manner and appearance. | | |
| | Demonstrates availability on projects and assignments. | | |
| | Meeting timeliness and professionalism | | |
| [Comments] Meets requirements | | | |

S:/IT/Management/Reviews/Evaluation Form.doc

CONFIDENTIAL   DEF 5041
REDACTED

DocuSign Envelope ID: CEEE622A-3367-4A73-825C-0F387FF12A0A

## Mesa County, ▉▉▉▉▉ Information Technology
### Evaluation Criteria Form

▉▉▉

Overall Comments: *[Comments]* ▉ *has shown the ability to meet all the technical requirements of the job. Needs some work on the way she comes across to coworkers. Tends to become overwhelmed on details of projects rather than management of project resources.*

*Has handled all assignments well. One area to work on would be to be a little less critical with coworkers and work to mentor and managing the situation.*

### Overall Rating

| Does Not Meet | Meets | Exceeds | Far Exceeds |
|---|---|---|---|
| ☐ | ☐ | ■ | ■ |

Completed by: *Rick Corsi*

Date: *12-1-2014*

Manager Signature: Rick Corsi   Date: 12/5/2014 | 16:58 MT

Director Signature: Frank Whidden   Date: 12/5/2014 | 12:21 PT

Employee Signature: ▉▉▉   Date: 12/16/2014 | 18:58 MT

S:/IT/Management/Reviews/Evaluation Form.doc

**REDACTED**   CONFIDENTIAL   DEF 5042