IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
        Defendant.

_____

**JOINT STATUS REPORT PURSUANT TO CM/ECF DOC 135**
_____

The parties, by and through their attorneys, hereby submit a Joint Status Report pursuant to the Court's Order (CM/ECF Doc 135).

1. The prospects for settlement.

    a. Plaintiff: Plaintiff is amenable to settlement discussions.

    b. Counsel for Defendant wishes to discuss prospects for settlement with their client. Because Mesa County is a public entity governed by a Board of Commissioners, any meeting with the Board must be appropriately noticed under Colorado law. C.R.S. § 24-6-402(2). This is true even if the meeting will consist of receiving legal advice. C.R.S. § 24-6-402(4). Defendant requested a one-week extension to file this Joint Status Report so that Mesa County could properly notice a meeting, but Plaintiff did not agree to an extension of time. Exhibit 1. So, Defendant's counsel herein states that it will discuss this topic with Mesa County, but it must ensure that Mesa County complies with Colorado law in order to do so. Defendant's counsel expects to

    discuss this topic, as requested by the Court, with Mesa County on Monday, February 10.

2.  Any other issues they wish to bring to the Court's attention.

    The Parties have no other issues to raise with the Court. The Parties shall abide by Judge Domenico's Practice Standards (i.e., address deadlines to file motions in limine, etc. at or after the Final Pretrial Conference/Trial Preparation Conference).

3.  Three alternative dates upon which the parties are available for a Trial in June or July:

    Plaintiff and her counsel are available every week from June 15, 2020 through the end of July 2020 for trial in this matter. Plaintiff anticipates that it would be a four-day jury trial.

    Defendant: Initially, the Scheduling Order in this case contemplates the parties will schedule a five-day jury trial. Scheduling Order [CM/ECF Doc 24], p. 13, § 11.b. Defendant is not willing to reduce the number of days to schedule trial in this case. Further, Defendant's counsel worked with the Plaintiff's counsel when the Plaintiff's counsel had conflicts regarding depositions in this case. *See* Ex. 2. Yet Plaintiff's counsel insists on setting trial during times when the Defendant's counsel is not available.

    That is, counsel for the Defendant is unavailable for a five-day jury trial in June and July due to previously-existing conflicts. First, counsel is scheduled to be in a five-day jury trial from May 18, 2020 through May 22, 2020. Counsel will be preparing for this trial, including the expectation of filing pre-trial motions, in

April and May 2020. Thereafter, dispositive motions are due in another case on June 30, 2020, and the Defendant fully expects to file a dispositive motion in that case. This dispositive motion deadline has already been moved, and counsel does not anticipate that the court will postpone this deadline further. With trial scheduled from May 18, 2020 through May 22, 2020, counsel will need to draft this dispositive motion in June 2020. Then in July 2020, Ms. Severn will not be available on July 3 through July 6, or July 13 through July 17, and Mr. Santo will not be available from July 10-12.

The Defendant is available for trial anytime in August or September, with the exception of September 23-30.

4. Three alternative dates upon which the parties are available for a Trial Preparation Conference/Final Pretrial Conference.

Plaintiff and her counsel are available every day from May 1, 2020 through May 22, 2020, and every day from June 10, 2020 through the end of July 2020 for a Trial Preparation/Final Pretrial Conference.

Defendant is available on July 9; July 23; July 30, and July 31.

Respectfully submitted this 4th day of February 2020.

| KING & GREISEN, LLP | BECHTEL SANTO & SEVERN |
|---|---|
| By: *s/Paula Greisen* | By: *s/Alicia W. Severn* |
| Paula Greisen | Alicia W. Severn, #42432 |
| Jennifer Weiser Bezoza | Michael C. Santo, #24083 |
| 1670 York Street | 205 N. 4th Street, Suite 300 |
| Denver, CO 80206 | Grand Junction, CO 81501 |
| Telephone: (303) 298-9878 | Telephone (970) 683-5888 |
| Fax: (303) 298-9879 | Fax (970) 683-5887 |
| Email: bezoza@kinggreisen.com | Email: severn@bechtelsanto.com |

| | |
|---|---|
| Email: greisen@kinggreisen.com | E-mail: santo@bechtelsanto.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **JOINT STATUS REPORT PURSUANT TO CM/ECF DOC 135** was served this 4th day of February 2020, via CM/ECF to the following:

Jennifer Bezoza
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
Email: bezoza@kinggreisen.com
Email: greisen@kinggreisen.com
Attorneys for Plaintiff

                                        *s/ Alicia W. Severn*
                                        Alicia W. Severn, Attorney