# Alicia Severn

| | |
|---|---|
| **From:** | Paula Greisen <greisen@kinggreisen.com> |
| **Sent:** | Thursday, January 30, 2020 8:19 PM |
| **To:** | Alicia Severn |
| **Cc:** | Michael Santo; Jennifer Bezoza; Laurie Mool |
| **Subject:** | RE: Bouricius v. Mesa County: joint status report |
| **Attachments:** | Joint Status Report 02-04-2020 - PG redlines.doc |

Alicia, We are fine with proceeding to trial without further settlement discussion and want to move this forward.  If you want to put a statement in the joint status report that you are meeting with your client on February 10th to discuss the potential of further settlement talks, we are fine with that.  But, we don't see the need to delay in getting the trial and pretrial conference dates to the court.  As you probably would anticipate, our settlement offer will dramatically increase by the fact that there is over $450,000 in attorney fees that have accrued since out last settlement talks, and that will be reflected in any further settlement offer made by our client.  Given the past history of settlement negotiations, unless your client is willing to substantially change its position regarding a resolution, it seems unlikely that further negotiations will be productive.

We are waiting to hear from out client to confirm her availability in June and July, but the attached status report is what we anticipate.  We should be able to confirm the dates of availability by tomorrow.  thanks

Paula Greisen
Pronouns: she/her/hers



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Thursday, January 30, 2020 5:21 PM
**To:** Paula Greisen <greisen@kinggreisen.com>; Jennifer Bezoza <bezoza@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** Bouricius v. Mesa County: joint status report

Good afternoon, Paula,

We are working on meeting with our client, the Board of County Commissioners, regarding possible mediation. As you know, Colorado's open meeting laws restrict when and how we can meet with the Board. While we were hopeful we could meet on Monday, it looks like we will not be able to meet with the Board until a week from Monday, on February 10. As a result, we'd like to ask the Court for a one-week extension (from February 4 until February 11) so we can talk with our client and ensure compliance with Colorado law in doing so. Would you object to this request?

1

**EXHIBIT 1**

Thanks,
Alicia


Alicia Williams Severn

Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE: Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.