# Alicia Severn

| | |
|---|---|
| **From:** | Paula Greisen <greisen@kinggreisen.com> |
| **Sent:** | Wednesday, June 12, 2019 8:27 PM |
| **To:** | Alicia Severn; Michael Santo |
| **Cc:** | Julie Bisbee; Laurie Mool |
| **Subject:** | RE: Mesa County v. Bouricius |

Alicia, we did cancel the deposition for this Friday.  I have been working on your offer to reschedule the deposition for June 28th and have been trying to make that work.  Unfortunately, I have to be in New Orleans on June 27th to give a presentation for NELA which occurs at 3:15 on the afternoon of the 27th.  Although we tried, I can't get a flight out of NO back to Denver and Grand Junction in time to be there by the 28th.  We have been in touch with the court reporter and believe that she can turn around the deposition transcript in no more than 10 days.  With that said, I understand that you want to have the deposition in time for the SJ filing, and think we can make that work with a little effort.  What I propose is that we can grant you an extension on the SJ filing to make sure you will have the depo in time and then try to get this depo rescheduled sometime in July.  As I said before, I am out from July 2nd through July 6th.  The other dates in July that I am not available are July 12th and then I am out of state from July 17th until about July 25th because my son has to have surgery in California.  Any other dates in July are available.  If you can tell us what dates you and your client have for the deposition, I am sure that we can agree on appropriate extensions for your SJ filing to ensure we can accommodate everyone.  Thanks,

```
Paula Greisen
Pronouns: she/her/hers
```



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Wednesday, June 12, 2019 2:12 PM
**To:** Paula Greisen <greisen@kinggreisen.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Julie Bisbee <bisbee@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Mesa County v. Bouricius

Good afternoon, Paula,

I know you may still be considering the email below. I wanted to reach out just to ask whether you can tell us whether Mr. Whidden's deposition will be going forward on Friday or not. I know you indicated in your email below that you were cancelling the deposition. I wasn't sure if that was still the case in light of our email from yesterday. If you could let us know, we'd very much appreciate it.

Thank you,
Alicia

1
**EXHIBIT 2**

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Alicia Severn
**Sent:** Tuesday, June 11, 2019 4:45 PM
**To:** Paula Greisen <greisen@kinggreisen.com>; Michael Santo (santo@bechtelsanto.com) <santo@bechtelsanto.com>
**Cc:** 'Julie Bisbee' <bisbee@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Mesa County v. Bouricius

Paula,

It is not our intention to be difficult or not accommodating. We understand your concerns and we do empathize with the reason why you wish to postpone Mr. Whidden's deposition. But our concern is that we need sufficient time to receive and review Mr. Whidden's deposition transcript prior to motions for summary judgment being due. We cannot agree to any situation in which we cannot guarantee that we will have available Mr. Whidden's deposition transcript with sufficient time prior to the dispositive motions deadline. And with it taking 34 days after Commissioner Justman's deposition to receive a transcript, we are understandably concerned that if we push out Mr. Whidden's deposition, we will not have sufficient time with respect to Mr. Whidden's deposition transcript prior to the dispositive motions deadline. Further, our understanding based on the discovery hearing last week is that Magistrate Judge Varholak will not move the summary judgment deadline in this case. That being said, the only other date of those you offered when we are available for Mr. Whidden's deposition is June 28. We are agreeable to move Mr. Whidden's deposition to June 28 if you agree to arrange to have Mr. Whidden's deposition transcript expedited. We would insist that you take full responsibility for any cost associated with a rush order and that, if the case ultimately does not turn out well for Mesa County, that this rush-fee cost not be passed on to Mesa County because it is related to your personal request to move this previously-scheduled deposition. We must ensure that we receive Mr. Whidden's deposition transcript in a timely manner prior to summary judgment. So this is the only circumstance under which we will agree to postpone Mr. Whidden's deposition as you have requested at this late date. Please let me know if it is agreeable.

-Alicia

Alicia Williams Severn

Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Paula Greisen [mailto:greisen@kinggreisen.com]
**Sent:** Monday, June 10, 2019 2:52 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Julie Bisbee <bisbee@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Subject:** RE: Mesa County v. Bouricius

Alicia and Mike, I am not exactly sure why this case seems to have developed such a rocky relationship between the attorneys.  And I am not pointing fingers.  I think in general there has just been too much conflict in trying to get discovery done.  I understand that the attorneys have had real, good-faith differences on a variety of issues and that we have often had to seek the court's involvement.   On the other hand, I think that we should re-group and see if we can solve some of these issues, especially scheduling issues, without asking the court to intervene.  Frankly, if I were the judge and the attorneys couldn't agree on such basic issues such as deposition dates, it would make my eyeballs bleed and I would not be happy with any of the attorneys.  I really don't want to have to get the court involved because I need to reschedule a deposition.

We worked with you to schedule Rick and Janine Corsi's depositions on a date that was convenient for you.  We ask that you do the same now.

I am willing to travel on any of the dates I gave you, and will also agree to take Whidden's deposition over the weekend if that is more convenient.  I promised my child that I would be there for his performance on Friday and I am not going to break that promise – so we are cancelling the deposition for Friday.  As a single parent, I am hopeful that you understand that it is important to him and to me, and that you will cooperate to reschedule the deposition so that we don't have to get the court involved.  If you could please accommodate this request, I would greatly appreciate it.

If you want to talk about this further, please give me a call so we can talk in person.  Thanks,

```
Paula Greisen   
Pronouns: she/her/hers 
```

3
**EXHIBIT 2**



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Monday, June 10, 2019 9:57 AM
**To:** Julie Bisbee <bisbee@kinggreisen.com>; Paula Greisen <greisen@kinggreisen.com>; Laurie Mool <mool@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Mesa County v. Bouricius

Thanks, Julie.

With respect to Mr. Whidden's deposition date, and given the upcoming deadlines in this case, our client and we are not inclined to agree to move Mr. Whidden's scheduled deposition at this time.

Thank you,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Julie Bisbee [mailto:bisbee@kinggreisen.com]
**Sent:** Monday, June 10, 2019 9:43 AM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Paula Greisen <greisen@kinggreisen.com>; Laurie Mool

**EXHIBIT 2**

<mool@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** RE: Mesa County v. Bouricius

Alicia:

I will talk to Paula about this.  In the meantime, have you had a chance to talk to Mike about the deposition date?

Thanks,

*Julie K. Bisbee*
*Attorney*
*Pronouns: she, her, hers*



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**Please consider the environment before printing this email.**

---

**From:** Alicia Severn <Severn@bechtelsanto.com>
**Sent:** Monday, June 10, 2019 7:56 AM
**To:** Julie Bisbee <bisbee@kinggreisen.com>
**Cc:** Michael Santo <santo@bechtelsanto.com>
**Subject:** FW: Mesa County v. Bouricius

Julie,

During the discovery hearing on May 30, I recall that you asked Magistrate Judge Varholak whether his order meant that discovery was open for all topics. The way I understood Magistrate Judge Varholak's response was that discovery was permitted on the topics addressed in the Motion to Modify the Scheduling Order. It doesn't appear that the Plaintiff's discovery requests attached here are limited to those matters, so we were wondering whether you understood the Judge's instructions differently. We are wondering whether we may need to seek clarification on this issue with the court. Please let me know if you'd like to schedule a time for you and me to talk further.

Thank you,
Alicia

Alicia Williams Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501

**EXHIBIT 2**

Telephone: 970.683.5888
Facsimile: 970.683.5887

CONFIDENTIALITY NOTICE:  This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please call collect at 970-683-5888 and delete this transmission.  Thank you.

SECURITY NOTICE:
Bechtel Santo & Severn cannot assure that email messages are secure or will be delivered via the Internet. If you are transmitting information to Bechtel Santo & Severn that you consider urgent and are uncertain whether it has been received, or if you are expecting an email response that you have not received, please call 970.683.5888 to confirm the status. If you are uncomfortable using email to communicate with Bechtel Santo & Severn, please call and specify another method of communication.

**From:** Laurie Mool [mailto:mool@kinggreisen.com]
**Sent:** Friday, June 07, 2019 4:40 PM
**To:** Alicia Severn <Severn@bechtelsanto.com>; Michael Santo <santo@bechtelsanto.com>
**Cc:** Paula Greisen <greisen@kinggreisen.com>; Julie Bisbee <bisbee@kinggreisen.com>
**Subject:** Mesa County v. Bouricius

Counsel:

Attached please find Plaintiff's third set of discovery requests.

Thanks,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.