**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Civil Action No. 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of Comissioners,

    Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION ORDER

This matter is hereby set for a five-day jury trial to commence on June 15, 2020, with a Final Pretrial Conference and Trial Preparation Conference (the "Conference") set for May 8, 2020 at 3:30 p.m.

It is ORDERED that the following tasks shall be completed by the dates specified:

1. The parties shall file their proposed jury instructions and verdict forms **fourteen days** before the Conference. The proposed instructions shall identify the source of the instruction and supporting authority. Each instruction should be numbered (*e.g.*, "Plaintiff's Instruction No. 1"). The parties shall attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms. The parties shall submit their proposed instructions and verdict forms both via CM/ECF and by email to Domenico_Chambers@cod.uscourts.gov in editable Word format. Proposed verdict forms shall be submitted in a separate file from

- 1 -

the proposed jury instructions. Within the jury instruction file, each jury instruction shall begin on a new page;

2. If a party files a motion *in limine*, it is due **fourteen days** before the Conference. However, motions *in limine* are discouraged when the motion cannot be resolved until evidence is presented at trial; instead, such evidentiary issues can be flagged in a trial brief. Responses to motions *in limine* are due **seven days** before the Conference, and no replies will be permitted without leave of Court;

3. If filed, trial briefs shall not exceed **2,700 words** and shall be filed no later than **seven days** before the Conference. Trial briefs are encouraged, but not required, and a trial brief may not be used as a substitute for a motion;

4. The parties shall submit a proposed Final Pretrial Order pursuant to Federal Rule of Civil Procedure 16(e) and Local Civil Rule 16.3 via CM/ECF and by email to Domenico_Chambers@cod.uscourts.gov in editable Word format no later than **seven days** before the Conference. The form to be used for the Final Pretrial Order can be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx;

5. The parties shall file their proposed witness lists via CM/ECF, and shall file an estimate of the time required for their direct examination of each witness, **seven days** before the Conference. Witness list forms can be found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonDanielDDomenico.aspx. The parties shall file an estimate of the time required for their cross-examination of each of the opposing party's witnesses **five days** before the Conference;

6. The parties shall file their proposed exhibit lists via CM/ECF **seven days** before the Conference. Exhibit list forms can be found at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonDanielDDomenico.aspx. The parties shall exchange, whether electronically or in hard copy, the exhibits listed on their trial exhibit lists **seven days** before trial. The parties shall provide the Court with **three copies** of their trial exhibits (one set of original exhibits, one copy for the bench, and one copy for the law clerk) no later than **two business days** before trial; and

7. The parties shall file their proposed *voir dire* questions **seven days** before the Conference.

It is FURTHER ORDERED that the parties should be prepared to address the following issues at the Conference:

1. The proposed Final Pretrial Order;

2. Any outstanding motions, including motions *in limine*;

3. Jury selection, including the parties' proposed *voir dire* questions;

4. Jury instructions;

5. Sequestration of witnesses;

6. Time limits for opening statements;

7. Timing and presentation of witnesses and evidence, including the use of deposition testimony and any objections thereto;

8. Any anticipated evidentiary issues, including the necessity for any cautionary or limiting instructions;

9. Any stipulations of fact or law; and

10. Any other issue affecting the duration or course of the trial.

It is FURTHER ORDERED that counsel and pro se parties shall be present on the first day of trial at 8:30 a.m. Jury selection will begin at 9:00 a.m. Commencing the second day of trial, the normal trial day will begin at 9:00 a.m. and continue until 5:00 p.m. The trial day will have morning and afternoon recesses of approximately fifteen minutes in duration, and a lunch break of approximately 90 minutes.

DATED: February 4, 2020.                    BY THE COURT:

 

Hon. Daniel D. Domenico
United States District Judge