IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissioners,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

L. Kathleen Chaney, Esq. of the law firm Lambdin & Chaney, LLP, hereby enters her appearance on behalf of Defendant Mesa County. L. Kathleen Chaney, Esq. herein certifies that she is a member in good standing of the bar of this court.

DATED this 18th day of March, 2020.

                          s/ L. Kathleen Chaney, Esq.
                          L. Kathleen Chaney, #29358
                          LAMBDIN & CHANEY, LLP
                          4949 South Syracuse Street, Suite 600
                          Denver, CO 80237
                          (303) 799-8889
                          (303) 799-3700 (facsimile)
                          Email: kchaney@lclaw.net;
                          *Attorneys for Defendant Mesa County*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2020, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen, Esq.: greisen@kinggreisen.com
Jennifer Bezoza, Esq.: bezoza@kinggreisen.com
*Attorneys for the Plaintiff*

Alicia W. Severn, Esq.: severn@bechtelsanto.com
Michael C. Santo, Esq.: santo@bechtelsanto.com
*Co-Counsel for the Defendant*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

*s/ L. Kathleen Chaney, Esq.*
L. Kathleen Chaney, #29358
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net;
*Attorneys for Defendant Mesa County*

2