**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
        Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
        Defendant.

---

**UNOPPOSED MOTION TO EXCEED THE TYPE-VOLUME LIMITATIONS**

---

Mesa County, by and through its undersigned counsel, respectfully moves the Court for permission to exceed the presumptive type-volume limitations applicable to its Motions in Limine. In support of this Motion, Mesa County states the following:

1. Certificate of Compliance with D.C.Colo.L.R. 7.1(a). Counsel for Mesa County and counsel for Ms. Bouricius conferred regarding the relief requested herein, and counsel for Ms. Bouricius did not object to such relief.

2. This Court's Civil Practice Standards, Section III (A)(1), requires all motions to adhere to a maximum of 4,000 words.

3.       In this case, Mesa County intends to submit eight separate Motions in Limine in an omnibus motion. The presumptive 4,000-word limitation provides Mesa County with 500 words per Motion, exclusive of any generally-applicable background information.

1

4.      Mesa County has undertaken significant efforts to succinctly address each of its eight Motions. But Mesa County is not able to sufficiently address all eight matters within the 4,000-word limitation.

5.      As a result, Mesa County respectfully asks the Court for an additional 1,700 words for its Motions in Limine, which will provide Mesa County with less than 712 words per Motion; Mesa County also intends to provide background and conclusory statements.

6.      Thus, pursuant to this Court's Civil Practice Standards, Section III (A)(5), Mesa County respectfully requests a modification to the type-volume limitation such that it mau use a maximum of 5,700 words for its motions in limine.

Respectfully submitted this 21st day of April 2020.

BECHTEL SANTO & SEVERN

*s/ Alicia W. Severn*
Alicia W. Severn, #42432
Michael C. Santo, #24083
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
severn@bechtelsanto.com
santo@bechtelsanto.com
Attorneys for Defendants

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1. This Motion contains 243 words.

*s/ Alicia W. Severn*
Alicia W. Severn, #42432
205 N. 4th Street, Suite 300
Grand Junction, CO 81501

2

Telephone: (970) 683-5888
Facsimile: (970) 683-5887
severn@bechtelsanto.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXCEED THE TYPE-VOLUME LIMITATIONS** was served this 21st day of April 2020, via CM/ECF electronic filing, to the following:

Paula Greisen
Jennifer Bezoza
Meredith A. Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
munro@kinggreisen.com
Attorneys for Plaintiff

L. Kathleen Chaney
Lambdin & Chaney, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
Telephone: (303) 799-8889
Fax: (303) 799-3700
kchaney@lclaw.net
Attorney for Defendant

*s/ Alicia W. Severn*
Alicia W. Severn, attorney