**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
  Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
  Defendant.

---

**ORDER GRANTING MESA COUNTY'S UNOPPOSED MOTION TO EXCEED THE TYPE-VOLUMELIMITATIONS**

---

THE COURT, having considered the Mesa County's Unopposed Motion to Exceed the Type-Volume Limitations, and being apprised of the grounds therefore,

HEREBY FINDS AND ORDERS that the Motion is GRANTED. Mesa County's Motions in Limine, combined, shall not exceed a total of 5,700 words.

Dated: _____, 2020

                    BY THE COURT:

                    _____
                    Daniel D. Domenico
                    United States District Court Judge

1