IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-CV-01144-DDD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

---

**JOINT MOTION TO CONTINUE TRIAL, THE FINAL PRETRIAL CONFERENCE AND TRIAL PREPARATION CONFERENCE, AND DEADLINES SET FORTH IN THE ORDER SETTING TRIAL AND TRIAL PREPARATION ORDER (CM/ECF DOC 138)**

---

The parties, by and through their attorneys, hereby submit a Joint Motion to Continue Trial, the Final Pretrial Conference and Trial Preparation Conference, and the Deadlines Set Forth in the Order Setting Trial and Trial Preparation Order (CM/ECF Doc 138). As grounds therefore, the parties state as follows.

**MOTION**

1.    The State of Colorado, along with the entire United States, is currently responding to the unprecedented COVID-19 pandemic.

2.    On April 21, 2020, the Chief United States District Judge in Colorado issued District Court General Order 2020-6, which continued civil and criminal trials through May 29, 2020.

3.    In this case, trial is scheduled to commence on June 15, 2020.

4. On April 22, 2020, Colorado Governor Jared Polis issued and discussed plans for a "safer-at home" response to the pandemic. https://www.colorado.gov/governor/news/gov-polis-provides-update-coloradans-state-response-covid-19-0.

5. As part of the safer-at-home response, Colorado is prohibiting "group gatherings of more than 10 people." *Id*.

6. There is no deadline for the end of Colorado's "safer-at-home" phase.

7. As Colorado transitions into this "safer-at-home" phase, Colorado Public Radio identified that "a second wage of [COVID-19] cases…could overwhelm an already stressed health care system," depending on how residents in Colorado follow the "safer-at-home" plan and guidelines. https://www.cpr.org/2020/04/23/why-colorado-cant-get-enough-tests-and-why-its-starting-to-re-open-anyway/.

8. These are real concerns for counsel in this case, some of whom are either at-risk individuals with respect to respiratory illnesses or who are regularly in contact with at-risk individuals. In particular, Ms. Severn has asthma and Ms. Chaney's 5-year-old daughter is immunosuppressed as a result of a heart transplant.

9. As a result, to be as safe as possible during these unprecedented circumstances, the parties request continuations of the deadlines set forth herein.

WHEREFORE, the parties request that the Court enter an order continuing the trial, the Final Pretrial Conference and Trial Preparation Conference, and the deadlines set forth in the Order Setting Trial and Trial Preparation Order (CM/ECF Doc 138) currently scheduled in this case.

RESPECTFULLY SUBMITTED this 24th day of April 2020.

| | |
|---|---|
| KING & GREISEN, LLP | BECHTEL SANTO & SEVERN |
| By: s/Paula Greisen | By: s/Alicia W. Severn |
| Paula Greisen | Alicia W. Severn, #42432 |
| Jennifer Bezoza | Michael C. Santo, #24083 |
| Meredith Munro | 205 N. 4th Street, Suite 300 |
| 1670 York Street | Grand Junction, CO 81501 |
| Denver, CO 80206 | Telephone (970) 683-5888 |
| Telephone: (303) 298-9878 | Fax (970) 683-5887 |
| Fax: (303) 298-9879 | Email: severn@bechtelsanto.com |
| Email: bezoza@kinggreisen.com | E-mail: santo@bechtelsanto.com |
| Email: greisen@kinggreisen.com | *Attorneys for Defendant* |
| Email: munro@kinggreisen.com | |
| *Attorneys for Plaintiff* | |

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **JOINT MOTION TO CONTINUE TRIAL, THE FINAL PRETRIAL CONFERENCE AND TRIAL PREPARATION CONFERENCE, AND DEADLINES SET FORTH IN THE ORDER SETTING TRIAL AND TRIAL PREPARATION ORDER (CM/ECF DOC 138)** was electronically filed with the Clerk of the Court using the CM/ECF system this 24th day of April2020, which will send notification of such filing to the following:

Paula Greisen
Jennifer Bezoza
Meredith Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
Email: bezoza@kinggreisen.com
Email: greisen@kinggreisen.com
Email: munro@kinggreisen.com
*Attorneys for Plaintiff*

L. Kathleen Chaney
Lambin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO 80237
Telephone: (303) 799-8889
Fax: (303) 799-3700
Email: kchaney@lclaw.net
*Attorney for Defendant*

                                            *s/ Alicia W. Severn*
                                            Alicia W. Severn, attorney