IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  18-CV-01144-DDD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

---

**ORDER RE: JOINT MOTION TO CONTINUE TRIAL, THE FINAL PRETRIAL CONFERENCE AND TRIAL PREPARATION CONFERENCE, AND DEADLINES SET FORTH IN THE ORDER SETTING TRIAL AND TRIAL PREPARATION ORDER (CM/ECF DOC 138)**

---

THE COURT, having considered the parties' Joint Motion to Continue Trial, the Final Pretrial Conference and Trial Preparation Conference, and the Deadlines Set Forth in the Order Setting Trial and Trial Preparation Order (CM/ECF Doc 138), and being apprised of the grounds therefore,

HEREBY FINDS AND ORDERS that the Motion is GRANTED. The parties shall contact Chambers by _____, 2020, for purposes of rescheduling the trial, the Final Pretrial Conference and Trial Preparation Conference, and all deadlines set forth in the Order Setting Trial and Trial Preparation Order (CM/ECF Doc 138).

Dated: _____, 2020

1

BY THE COURT:

_____

United States District Judge