**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01144-DDD-STV

**DEBRA BOURICIUS,**

      Plaintiff,

**v.**

**MESA COUNTY by and through the other MESA COUNTY BOARD OF COUNTY COMMISSIONERS,**

      Defendant.

**NOTICE OF WITHDRAWAL OF MICHAEL C. SANTO**

      Michael C. Santo of Bechtel Santo & Severn hereby withdraws as attorney of record for Defendant Mesa County. L. Kathleen Chaney, Esq., of the law firm Lambdin & Chaney, LLP, will remain as active counsel for Defendant Mesa County.

      Respectfully submitted this 30th day of April 2020.

                                    BECHTEL SANTO & SEVERN

                                    *s/ Michael C. Santo*
                                    Michael C. Santo, #24083
                                    205 N. 4th Street, Suite 300
                                    Grand Junction, CO 81501
                                    Telephone: (970) 683-5888
                                    Facsimile: (970) 683-5887
                                    Email: santo@bechtelsanto.com
                                    Attorney for Defendant Mesa County

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MICHAEL C. SANTO** was served this 30th day of April 2020, via CM/ECF to the following:

| | |
|---|---|
| Paula Greisen | L. Kathleen Chaney |
| Jennifer Bezoza | Lambdin & Chaney, LLP |
| Meredith Munro | 4949 South Syracuse Street, Suite 600 |
| King & Greisen, LLP | Denver, CO 80237 |
| 1670 York Street | Telephone: (303) 799-8889 |
| Denver, CO 80206 | Fax: (303) 799-3700 |
| Telephone: (303) 298-9878 | Email: kchaney@lclaw.net |
| Fax: (303) 298-9879 | Attorney for Defendant |
| greisen@kinggreisen.com | |
| bezoza@kinggreisen.com | |
| munro@kinggreisen.com | |
| Attorneys for Plaintiff | |

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

2