**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 18-CV-01144-DDD-STV**

**DEBRA BOURICIUS,**

      Plaintiff,

**v.**

**MESA COUNTY by and through the other MESA COUNTY BOARD OF COUNTY COMMISSIONERS,**

      Defendant.

---

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MESA COUNTY

---

Alicia W. Severn of Bechtel Santo & Severn hereby moves the Court to permit her to withdraw as attorney of record for Mesa County. As good cause therefore, counsel provides the following statements.

1. For reasons protected by the attorney-client privilege, at common law and pursuant to Colo. Rules of Prof.Cond. 1.6, Ms. Severn makes this Motion. Mesa County has notice of this Motion.

2. Mesa County, as a legal entity, will continue to be represented by L. Kathleen Chaney, Esq., of the law firm Lambdin & Chaney, LLP. Mesa County may not appear without counsel admitted to the bar of the U.S. District Court for the District of Colorado. Ms. Chaney will remain responsible for working with Mesa County to fulfill its legal duties and obligations whether set forth in statutes, the Federal Rules of Civil Procedure, the local rules applicable to the U.S.

District Court in the District of Colorado, and/or the Practice Standards set forth by the presiding judicial officers in this case.

WHEREFORE, Ms. Severn respectfully requests the Court grant Ms. Severn's Motion to Withdraw as Counsel of Record for Mesa County.

Respectfully submitted this 1st day of May 2020.

                                      BECHTEL SANTO & SEVERN

                                      *s/ Alicia W. Severn*
                                      Alicia W. Severn, #42432
                                      205 N. 4th Street, Suite 300
                                      Grand Junction, CO 81501
                                      Telephone: (970) 683-5888
                                      Facsimile: (970) 683-5887
                                      Email: severn@bechtelsanto.com
                                      Attorney for Defendant Mesa County

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MESA COUNTY** was served this 1st day of May 2020, via CM/ECF to the following:

| | |
|---|---|
| Paula Greisen | L. Kathleen Chaney |
| Jennifer Bezoza | Lambdin & Chaney, LLP |
| Meredith Munro | 4949 South Syracuse Street, Suite 600 |
| King & Greisen, LLP | Denver, CO 80237 |
| 1670 York Street | Telephone: (303) 799-8889 |
| Denver, CO 80206 | Fax: (303) 799-3700 |
| Telephone: (303) 298-9878 | Email: kchaney@lclaw.net |
| Fax: (303) 298-9879 | Attorney for Defendant |
| greisen@kinggreisen.com | |
| bezoza@kinggreisen.com | |
| munro@kinggreisen.com | |
| Attorneys for Plaintiff | |

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MESA COUNTY** was served this 1st day of May 2020, via U.S. Mail, postage prepaid, to the following:

Nina Atencio
Mesa County
Chief Deputy County Attorney - Civil Division
544 Rood Avenue
PO Box 20,000-5004
Grand Junction, CO 81501

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

3