IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

---

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MESA COUNTY FILED BY ALICIA W. SEVERN**

---

THE COURT, having considered the Motion to Withdraw as Counsel of Record for Mesa County filed by Alicia W. Severn, and being apprised of the grounds therefore,

HEREBY GRANTS the Motion. Ms. Severn shall be withdrawn as counsel of record for Mesa County.

Dated: _____, 2020

                        BY THE COURT:

                        _____