IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissions,

    Defendant.

## JOINT STATUS REPORT

The parties, by and through their attorneys, hereby submit a Joint Status Report, in response to the [Doc. 145] Order from the court requesting three mutually agreeable dates for a final pretrial conference / trial preparation conference and trial. The parties confirm they are available the following date ranges:

- April 12, 2021 through April 16, 2021
- April 19, 2021 through April 23, 2021
- May 24, 2021 through May 28, 2021

DATED this 15th day of May, 2020.

        LAMBDIN & CHANEY, LLP

        */s/ L. Kathleen Chaney*
        L. Kathleen Chaney, #29358
        4949 South Syracuse Street, Suite 600
        Denver, CO 80237
        (303) 799-8889
        (303) 799-3700 (facsimile)
        Email: kchaney@lclaw.net;
        *Attorneys for Defendant Mesa County*

        KING & GREISEN, LLP

        */s/ Paula Greisen*
        Paula Greisen
        Jennifer Bezoza
        Meredith Munro
        1670 York Street
        Denver, CO 80206
        Telephone: (303) 298-9878
        Fax: (303) 298-9879
        Email: bezoza@kinggreisen.com
        Email: greisen@kinggreisen.com
        Email: munro@kinggreisen.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 15th day of May, 2020, a true and correct copy of the foregoing **JOINT STATUS REPORT** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen, Esq.: greisen@kinggreisen.com
Jennifer Bezoza, Esq.: bezoza@kinggreisen.com
*Attorneys for the Plaintiff*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

*/s/ L. Kathleen Chaney*
L. Kathleen Chaney, #29358
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net;
*Attorneys for Defendant Mesa County*