COLORADO CIVIL RIGHTS

JAN 2 6 2017

DIVISION

## CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form.
See Privacy Act Statement before completing this form.

EEOC Charge No. 32A-2017-00175
CCRD Charge No. FE2017481263

### COLORADO CIVIL RIGHTS DIVISION AND EEOC

| Name (Charging Party) | | (Area Code) Telephone |
|---|---|---|
| Debra Bouricius | | (970) 208-7198 |
| Street Address | City, State, and Zip Code | County |
| 50152 Highway 72 | Lyons, CO 80540 | Boulder |

The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:

| Name (Respondent) | Number of Employees | (Area Code) Telephone |
|---|---|---|
| Mesa County | 20+ | (970) 244-1885 |
| Street Address | City, State, and Zip Code | County |
| 544 Rood Avenue | Grand Junction, CO 80501 | Mesa |

| Discrimination Based on: | Date Most Recent Discrimination Occurred |
|---|---|
| Age (57, DOB 4/22/1959) | 10/7/2016 |

**I. Jurisdiction:** The Colorado Civil Rights Division has jurisdiction over the subject matter of this charge; that each named Respondent is subject to the jurisdiction of the Colorado Civil Rights Division and is covered by the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, et. seq.), as reenacted.

**II. Personal Harm:** On or about October 7, 2016, I was discriminatorily discharged based on my age (57, DOB 4/22/1959).

**III. Respondent's Position:** Unknown.

**IV. Discrimination Statement:** I believe I was unlawfully discriminated against because of: my age (57, DOB 4/22/1959) in violation of the Colorado Anti-Discrimination Act (CADA). 1) I began my employment on or about April 2, 1990, most recently held the position of Senior Business Systems Analyst and at all times performed satisfactorily. 2) On or about October 7, 2016, County Administrator Frank Whidden ("Whidden") discharged me, stating that my position had been eliminated. 3) I believe I was discharged based on my age because I was one of the oldest and longest tenured employees in my department. Whidden violated Respondent policy by not discharging less senior employees before me. Whidden discharged several mostly older employees around the same time as me. I also believe the Respondent did not eliminate my position. 4) I believe I was discriminated against because of my protected class.

**V. WHEREFORE:** The Charging Party prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper.

I want this charge filed with both the Equal Employment Opportunity Commission and the State or local agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct. *[signature] D.A. Bouricius*

Date 1/24/2017 Charging Party/Complainant (Signature)

Exhibit 1

DEF 22