Transcript of the Testimony of

**JANINE CORSI**
**April 22, 2019**

**Debra Bouricius**
**v**
**Mesa County, et al.**

## Linda L. Frizzell, RPR

*Linda L. Frizzell, RPR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



CELEBRATING 20 YEARS
*Of Court Reporting In Colorado*
Hansen & Company, Inc.
*Serving Colorado's Legal Community*

Exhibit 7

Debra Bouricius                                    JANINE CORSI
Mesa County, et al.                                April 22, 2019

Page 6

1        A.  Okay.

2        Q.  I might probe some of those questions to make

3    sure that the privilege can be established --

4        A.  Okay.

5        Q.  -- but if you -- if you say you're not going to

6    answer, I will respect that.  Okay?

7        A.  Uh-huh.  Yes.

8        Q.  And I'm sure Ms. Severn will do the same.

9            And then, also, you in -- let's see -- January

10   of 2018 entered into a settlement agreement with Mesa

11   County; is that correct?

12       A.  Yes.

13       Q.  Okay.  I'm going to go ahead and mark that as

14   Exhibit 31.  As part of this settlement agreement, there

15   is a section on page 387, you may look at it, if you'd

16   like that, discusses nondisclosure.

17       A.  Right.

18       Q.  And it says that you will not -- let's see --

19   disparage or defame Mesa County.  I just wanted to assure

20   you today, I am not asking you to disparage or defame

21   Mesa County.  Okay?

22       A.  Yes.

23       Q.  And then also on the next page, it talks about

24   you're not supposed to -- that you can't disclose the

25   terms unless ordered by a court of law.  Do you see that?

Debra Bouricius                                          JANINE CORSI
Mesa County, et al.                                      April 22, 2019

Page 60

1    I think people are afraid to talk to us.  They didn't

2    want to jeopardize their employment at the County.

3         Q.  Is that --

4         A.  I think it's just natural that people still have

5    to work there.  They want to think the best of their

6    employer.  I didn't want to bring anybody down.

7         Q.  Do you have any experience, or have you ever

8    heard that Mesa County retaliates against people who

9    participated?

10        A.  No, I haven't -- I haven't heard of any

11   retaliation.  I know there's been other cases settled

12   with age discrimination that people in DHS and Cindy

13   Enos-Martinez have complained and gone to court.  We

14   never had to go to court.  We just settled in mediation,

15   which I guess is kind of unusual.

16        Q.  Do you know anything personally about anybody's

17   age discrimination cases aside from yours and Rick's?

18             MS. SEVERN:  Object to form.

19        A.  I just know when Stephanie Conley was there, she

20   had a list of people that were over 40, she called it

21   succession planning or something, and Cindy Enos-Martinez

22   was working in HR, she knew about this list and thought

23   it was part of her -- she ended up getting terminated,

24   and she thought it was part of her complaint that they

25   had discriminated against her, you know, because they're