Transcript of the Testimony of

# RICK CORSI
## April 22, 2019

**Debra Bouricius
v
Mesa County, et al.**

## Linda L. Frizzell, RPR

*Linda L. Frizzell, RPR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



CELEBRATING 20 YEARS
*Of Court Reporting In Colorado*

Hansen & Company, Inc.
*Serving Colorado's Legal Community*

Exhibit 8

| Debra Bouricius | RICK CORSI |
|---|---|
| Mesa County, et al. | April 22, 2019 |

Page 5

1    Q.  Okay.  If you don't understand a question,
2  please tell me.  If you answer the question, I'm going to
3  understand -- or assume you understood it.  Fair enough?
4    A.  Okay.
5    Q.  Okay.  You can take a break at any time, just
6  let us know.  I just ask that a question isn't pending at
7  the time.  Okay?
8    A.  Okay.
9    Q.  Let me see.  Did you go anything to prepare for
10  your deposition today?
11    A.  No, not really.
12    Q.  Okay.  I went over -- I just deposed your wife,
13  correct?
14    A.  Yes.
15    Q.  So we talked about, I went over with her what we
16  marked as Deposition Exhibit Number 31.  So -- oh, shoot
17  that was hers, so I'm going to give you Deposition
18  Exhibit 32 or 33.
19         THE REPORTER:  33.  Let me put a sticker on it
20  real quick so I don't lose track.
21         (Deposition Exhibit 33 was marked.)
22         MS. SEVERN:  Is that for me?
23         MS. BISBEE:  Oh, yeah, yeah.
24         MS. SEVERN:  Thanks.
25    Q.  (BY MS. BISBEE) Mr. Corsi, this is the

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 6

```
 1     settlement agreement that you signed with Mesa County;
 2     is that correct?
 3          A.   Yes, it is.
 4          Q.   Okay.  And as part of that settlement agreement
 5     on the bottom of the third page, which is Bouricius 394,
 6     there is a Nondisclosure Agreement.  Do you see that?
 7          A.   Yes.
 8          Q.   As part of that nondisclosure you're not
 9     supposed to disparage or defame Mesa County; is that
10     correct?
11          A.   Yes.
12          Q.   I'm not going to ask you in your deposition to
13     disparage or defame Mesa County.  Okay?
14          A.   Okay.
15          Q.   And also on the fourth page, at the top, it
16     mentions that -- I can't read it upside down.  You are
17     not to disclose the terms of this agreement unless
18     required by -- among other things, court order or law,
19     correct?
20          A.   Correct.
21          Q.   Do you understand you were subpoenaed today for
22     your deposition?
23          A.   Yes.
24          Q.   And a subpoena is a court order, right?
25          A.   Yes.
```