8/8/2019 Frank Whidden resignation: the motive remains unknown | KREX

85°

# Frank Whidden resignation: the motive remains unknown



GRAND JUNCTION, Colo. — One sentence is all former Mesa County Administrator, Frank Whidden left to explain his resignation.

The letter submitted Thursday afternoon simply reads: "In order to pursue other opportunities, I hereby resign as mesa county administrator effective immediately."

Whidden had worked for Mesa County since 2011, taking over as County Administrator in December of 2014.

Whidden was named in a lawsuit filed in federal court that claims he laid off six people in the county's IT department, leaving behind employees all under 40-years-old.

Mesa County says the motive behind his resignation after several months of paid leave is unknown to them.

Pete Baier, the Mesa County Deputy Administrator of Operations and Public Works will serve as acting county administrator, until the commissioners determine their plan to fill the position.

https://www.westernslopenow.com/frank-whidden-resignation-the-motive-remains-unknown/ 1/3

Exhibit 11

Bouricius 001611



Whidden will receive no severance pay after leaving his position that paid him a $180,000 salary.







The county had approved paying Whidden $10,000 in tax-free reimbursements for that degree.

"One of the most important things that a board can have is to surround themselves with trustworthy people who can help us achieve our goals and our strategic plan," Commissioner Rose Pugliese said when the board approved Baier's contract on Monday. "Pete is a 23-year employee with Mesa County. He's very familiar with the operations, especially on budget, which is going to be very important for us as we enter into the budget cycle."

Unlike Whidden's employment agreement, Baier's allows the county to fire him if he "is convicted of, or admits to, or enters a plea of nolo contendere to, any crime or offense that is classified as a felony or class one misdemeanor under Colorado law, or that involved fraud, theft, misuse of public property or moral turpitude."

While state court records list no pending civil or criminal cases against Whidden in any county of the state, the Colorado Department of Revenue did obtain a judgment against him in 2015 for failure to pay $2,751 in unpaid income taxes, according to the Mesa County District Court records.

The are no records filed with the court, the county or the state that would indicate those back taxes were ever paid.

The court describes the judgment against Whidden as a "distraint warrant," which allows a government agency to seize and sell property to collect delinquent taxes. But Daniel Carr, spokesman for the Colorado Department of Revenue, said it was more like a judgment against him.

Whidden was making $180,000 a year when he resigned his position.

In his resignation letter, Whidden said he wanted to pursue other opportunities. County officials won't explain any further, saying it was a personnel matter.

That leads to another clause that's in Baier's contract, but wasn't in Whidden's.

"The board may place the employee on administrative leave with pay pending any investigation of a personnel matter," Baier's contract reads.

Bauer's salary is to be the same as Whidden's, $180,000 a year.

Also, unlike Whidden's contract, Baier's says he also can be fired if he violates:

■ Any written policy of the board that might result in significant liability to the county;

■ Anything that might result in the significant harm to the reputation of or dishonor to the county or the board;

■ The standards of conduct that are reasonably expected of a public official in an executive leadership position; or

Exhibit 11                                                                                                    Bouricius 001632