# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV

DEBRA BOURICIUS,

     Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

     Defendant.

---

## PLAINTIFF'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)

---

Plaintiff, pursuant to Fed. R. Civ. P. 26(a)(2), hereby submits the following Expert Disclosure:

### Retained Experts

1.  William H. Kaempfer, Ph.D., 86 Redwood Drive, Safety Harbor, FL  34695, (303) 717-5063.  Dr. Kaempfer may be called to provide expert testimony consistent with his expert report.  Dr. Kaempfer may be called to provide expert testimony in the field of economics and to testify as to the Plaintiff's economic damages.  A summary of his expert testimony is as follows:

- **Opinions and Bases Therefor:** This information is set forth in the narrative report appended hereto as Exhibit 1.   In addition, Dr. Kaempfer may be called to rebut the opinions of Defendant's expert(s).

Exhibit 14

- **Data or Other Information Considered:** This information is described in the narrative report appended hereto as Exhibit 1.

- **Exhibits to be Used:** Exhibits which may be used at trial have yet to be determined.

- **Qualifications of Witness:** Dr. Kaempfer's *Curriculum Vitae*, appended hereto as Exhibit 2, details his qualifications and provides a list of publications authored in the last ten years.

- **Other Cases:** Appended hereto as Exhibit 3 is a list of all other cases in which Dr. Kaempfer has testified as an expert at trial or by deposition during the past four years.

- **Compensation:** Dr. Kaempfer is compensated at a rate of $300.00/hour to $500.00/hour for his services. His Fee Schedule is appended hereto as Exhibit 4.

Dr. Kaempfer reserves the right to supplement his report, and Plaintiff reserves her right to supplement this disclosure with respect to the expert reports pursuant to Fed. R. Civ. P. 26(e)(1).

Dated this 30th day of January 2019.

KING & GREISEN, LLP

*s/ Paula Greisen*

_____

Paula Greisen
Julie K. Bisbee
1670 York St.
Denver, Colorado 80206
(303) 298-9878 telephone

Exhibit 14

(303) 298find9879 facsimile
greisen@kinggreisen.com
bisbee@kinggreisen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2019, I served the foregoing **PLAINTIFF'S EXPERT DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(2)** on the following e-mail addresses:

Michael Santo
Alicia Severn
Bechtel Santo & Severn
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
santo@bechtelsanto.com
severn@bechtelsanto.com

*Attorneys for Defendant Mesa County*

s/ Laurie A. Mool
Laurie A. Mool, Paralegal

Exhibit 14

# EXHIBIT 1

Exhibit 14

# PRELIMINARY EVALUATION OF ECONOMIC LOSS DUE TO AGE DISCRIMINATION

# *Ms. Debra Bouricius*

Prepared for:

Paula Greisen
King and Greisen, LLP
1670 York St.
Denver CO 80206

January 25, 2019

Prepared by:

William H. Kaempfer, Ph.D. /s/
Consulting Economist
86 Redwood Drive
Safety Harbor, FL 34695
(303) 717-5063

Exhibit 14

## I. Background Information

Ms. Debra Bouricius is a 59 year-old woman currently residing in Boulder County, Colorado with her husband.  She was employed for 26 years by Mesa County in Colorado as a Business Systems Analysist and then Senior Business Systems Analysist before she was suddenly terminated in October 2016.  It is Ms. Bouricius's claim that her termination was an unlawful act of age discrimination by Mesa County.

Ms. Bouricius holds two Bachelor of Science degrees from Colorado State University.  Prior to her termination, she was recognized by Mesa County as a valued and high-quality employee.  Following her termination, Ms. Bouricius was without income or benefits.  She engaged in a job search and after about two months found similar employment, but that new position required her to relocate to Boulder County, Colorado.  While her current position pays more than what she was earning in Mesa County, Ms. Bouricius now faces higher living costs, especially in regards to housing and commuting.

Because of her termination Ms. Bouricius has suffered a loss of income and benefits as well as higher costs associated with her mitigation of losses.  In this report I present an analysis of the economic losses she has suffered stemming from her termination by Mesa County and based upon reasonable economic probabilities.

## II. Basis of Economic Evaluation

The following documents were reviewed in this case while preparing an evaluation of Ms. Bouricius's probable economic losses:

- The Complaint in this matter;
- Ms. Bouricius's resume;
- W-2 statements from 2015 to 2018;
- Items from Ms. Bouricius's employment file with Mesa County;
- The Mesa County Employment Policy Handbook; and
- Other pleadings in this case.

Exhibit 14

In addition to this specific information relating to the case, I also relied on general economic data including current and historical relationships between interest rates, inflation, and wage growth in order to establish a net discount rate. This data is available from the Federal Reserve of St. Louis at FRED: https://research.stlouisfed.org/fred2/ . Information on housing costs comes from the website, Zillow. Finally, I interviewed Ms. Bouricius by telephone and by email.

### III. <u>Evaluation of Economic Loss</u>

Probable economic losses are reported for past and future periods. Past losses are those already incurred in the period from the time of termination in October 2016 until the start of 2019. It is understood that the Court will apply statutory interest to past losses. Future losses are those beginning in 2019 until the end of Ms. Bouricius's expected work life. In this report, future losses are discounted to net present value and set forth in today's dollars. The discounting process involves a simultaneous consideration of inflation of wages and prices over time, as well as the probable interest returns on a lump-sum, current period valuation. An appropriate "net" discount rate of 0.8 percent is based on current, continuous maturity interest rates on Treasury Inflation Protected Securities (TIPS) as recorded on FRED, the economic data site of the Federal Reserve Bank of St. Louis.

Based on the information and facts reviewed in this matter, the following assumptions have been made in order to reach my opinions as to Ms. Bouricius's probable past and future economic losses:

- Ms. Bouricius earned about $6,075 per month when terminated by Mesa County in October 2016 (about $73,000 per year). I assume that her benefits including insurance and retirement were worth at least 20 percent of her salary. She was given one month's termination pay.
- Ms. Bouricius was re-employed by the Office of the District Attorney in Boulder County in December earning $81,000 per year, or about $8,000 more than in Mesa County. In 2018, her salary was increased to $89,000 per year or about $16,000 more than in Mesa County.

Exhibit 14

- I assume that benefits, except for vesting provisions to her retirement and vacation accrual, are similar.  In order to be vested in the Boulder County retirement plan, Ms. Bouricius must work several more years.  Vacation time accrued in Boulder is much lower than in Mesa County because of her short tenure.  Over nine years of expected employment, she will be penalized by about 45 days of vacation.

- Although her paychecks are higher in Boulder County than in Mesa County, Ms. Bouricius is forced to absorb significantly higher commuting costs and reside in a much inferior home in her post-termination circumstances.  This leads to a significant loss in net earnings.

- Ms. Bouricius now has a commute of at least 47 miles per day longer that when employed by Mesa County.  At current IRS mileage rates of $0.58 per mile, this creates and additional employment expense of $6,815 per year.

- In addition, Ms. Bouricius spends at least one hour per day more in commuting to work in Boulder County relative to her commute in Mesa County.  Valuing this time at her hourly-pay equivalent in Mesa County, the commute costs Ms. Bouricius $9,569 per year.

- Taxes in Boulder County are higher than in Mesa County, including a higher sales tax rate of about 0.8 percent.

- Living in rural mountain conditions about 30 miles west of Boulder imposes significant additional living costs on the Bouricius household including the need for a higher clearance, more winter ready vehicle, higher utilities, a 20 mile commute to do laundry, and more burdensome utilities.  In addition, they lack storage space in their current home which has no garage.  I assume that these factors add $8,184 per year above the normal costs they faced in Mesa County.

- The Bouricius household currently resides in a primitive dwelling on property they own in the community of Peaceful Valley, Colorado.  In addition to the costs enumerated in the bullet above, they are sacrificing a great deal relative to the home they had in the Grand Junction area.  In order to rent a property close to Boulder and of roughly similar size (but not with anything close to the same aesthetic values) as the Grand Junction home they had to vacate, they would face a rental cost in Boulder ranging from at least $3,000 to $4,000 per month, or more.  By renting a more comparable home in Boulder,

4

Exhibit 14

Ms. Bouricius would avoid some of the costs she currently bears by living in Peaceful Valley, such as the cost of her commute, renting a storage shed, having to drive to do laundry, and so forth. However, the higher tax rates of Boulder County would still be present as a cost of living difference between Boulder and Grand Junction.

**Economic Losses**

Past and future economic losses are described in three scenarios. The first assumes that the Bouricius household continues to live in their current, sub-standard cabin in Peaceful Valley, Boulder County, and Ms. Bouricius continues in the long commute to her mitigating employment in Boulder at considerable expense. In this scenario, the loss suffered by Ms. Bouricius is calculated as $110,240 of which $44,202 is past loss and $66,038 is future loss.

The second scenario is based on the assumption that in order to mitigate her income loss, Ms. Bouricius moved to Boulder and rented a home at $3,000 per month inclusive of utilities. By doing so, she would no longer bear the expenses of commuting and making up for smaller living spaces. In this scenario, the loss suffered by Ms. Bouricius is calculated as $216,880 of which $68,490 is past loss and $148,390 is future loss.

The third scenario is also based on the assumption that in order to mitigate her income loss, Ms. Bouricius moved to Boulder and rented a home but at a $4,000 per month cost inclusive of utilities in order to better approximate what the household sacrificed by moving from Grand Junction. In this scenario, the loss suffered by Ms. Bouricius is calculated as $322,255 of which $92,490 is past loss and $229,765 is future loss.

IV.   **Summary**

Based on this analysis and reasonable economic probabilities, an aggregate fund of between $110,240 and $322,255 will serve as a substitute for probable past and future losses suffered by Ms. Bouricius stemming from her termination by Mesa County in October 2016.

In calculating losses probable growth in wages and price inflation has been incorporated so that the compensation in future years does not fall below the real economic loss. The probable

5

Exhibit 14

interest returns on funds available today are also considered, in that this interest can be used to help finance future payments. Thus, the calculations represented here are designed so that at the end of the probable future loss period, the fund balance has been drawn down to zero.


*s/ William H. Kaempfer*

William H. Kaempfer, Ph.D.

Exhibit 14

**Losses--Live in Peaceful Valley**

| Year | Age | Salary | Benefits | Adjustments | Vacation | Mileage | Time | Total | NDR | PV |
|------|-----|--------|----------|-------------|----------|---------|------|-------|-----|-----|
| 2016 | 57 | $12,150 | $2,430 | | | | | $14,580 | 1.000 | $14,580 |
| 2017 | 58 | -$8,000 | | $8,184 | $2,243 | $6,815 | $9,569 | $18,811 | 1.000 | $18,811 |
| 2018 | 59 | -$16,000 | | $8,184 | $2,243 | $6,815 | $9,569 | $10,811 | 1.000 | $10,811 |
| 2019 | 60 | -$16,000 | | $8,184 | $2,243 | $6,815 | $9,569 | $10,811 | 1.008 | $10,725 |
| 2020 | 61 | -$16,000 | | $8,184 | $1,402 | $6,815 | $9,569 | $9,970 | 1.016 | $9,812 |
| 2021 | 62 | -$16,000 | | $8,184 | $1,402 | $6,815 | $9,569 | $9,970 | 1.024 | $9,734 |
| 2022 | 63 | -$16,000 | | $8,184 | $1,402 | $6,815 | $9,569 | $9,970 | 1.032 | $9,657 |
| 2023 | 64 | -$16,000 | | $8,184 | $561 | $6,815 | $9,569 | $9,129 | 1.041 | $8,772 |
| 2024 | 65 | -$16,000 | | $8,184 | $561 | $6,815 | $9,569 | $9,129 | 1.049 | $8,703 |
| 2025 | 66 | -$16,000 | | $8,184 | $561 | $6,815 | $9,569 | $9,129 | 1.057 | $8,634 |
| | | | | | | | $112,310 | $112,310 | | $110,240 |

**Losses--Live in Boulder at $3,000/month**

| Year | Age | Salary | Benefits | Adjustments | Housing 3k | Vacation | Total | NDR | PV |
|------|-----|--------|----------|-------------|------------|----------|-------|-----|-----|
| 2016 | 57 | $12,150 | $2,430 | | | | $14,580 | 1.000 | $14,580 |
| 2017 | 58 | -$8,000 | | $712 | $36,000 | $2,243 | $30,955 | 1.000 | $30,955 |
| 2018 | 59 | -$16,000 | | $712 | $36,000 | $2,243 | $22,955 | 1.000 | $22,955 |
| 2019 | 60 | -$16,000 | | $712 | $36,000 | $2,243 | $22,955 | 1.008 | $22,773 |
| 2020 | 61 | -$16,000 | | $712 | $36,000 | $1,402 | $22,114 | 1.016 | $21,764 |
| 2021 | 62 | -$16,000 | | $712 | $36,000 | $1,402 | $22,114 | 1.024 | $21,592 |
| 2022 | 63 | -$16,000 | | $712 | $36,000 | $1,402 | $22,114 | 1.032 | $21,420 |
| 2023 | 64 | -$16,000 | | $712 | $36,000 | $561 | $21,273 | 1.041 | $20,442 |
| 2024 | 65 | -$16,000 | | $712 | $36,000 | $561 | $21,273 | 1.049 | $20,280 |
| 2025 | 66 | -$16,000 | | $712 | $36,000 | $561 | $21,273 | 1.057 | $20,119 |
| | | | | | | $221,606 | $221,606 | | $216,880 |

**Losses--Live in Boulder $4,000/month**

| Year | Age | Salary | Benefits | Adjustments | Housing 4k | Vacation | Total | NDR | PV |
|------|-----|--------|----------|-------------|------------|----------|-------|-----|-----|
| 2016 | 57 | $12,150 | $2,430 | | | | $14,580 | 1.000 | $14,580 |
| 2017 | 58 | -$8,000 | | $712 | $48,000 | $2,243 | $42,955 | 1.000 | $42,955 |
| 2018 | 59 | -$16,000 | | $712 | $48,000 | $2,243 | $34,955 | 1.000 | $34,955 |
| 2019 | 60 | -$16,000 | | $712 | $48,000 | $2,243 | $34,955 | 1.008 | $34,678 |
| 2020 | 61 | -$16,000 | | $712 | $48,000 | $1,402 | $34,114 | 1.016 | $33,575 |
| 2021 | 62 | -$16,000 | | $712 | $48,000 | $1,402 | $34,114 | 1.024 | $33,308 |
| 2022 | 63 | -$16,000 | | $712 | $48,000 | $1,402 | $34,114 | 1.032 | $33,044 |
| 2023 | 64 | -$16,000 | | $712 | $48,000 | $561 | $33,273 | 1.041 | $31,973 |
| 2024 | 65 | -$16,000 | | $712 | $48,000 | $561 | $33,273 | 1.049 | $31,720 |
| 2025 | 66 | -$16,000 | | $712 | $48,000 | $561 | $33,273 | 1.057 | $31,468 |
| | | | | | | $329,606 | $329,606 | | $322,255 |

7

Exhibit 14

# EXHIBIT 2

Exhibit 14

CURRICULUM VITAE

# WILLIAM HUTCHISON KAEMPFER

## PERSONAL INFORMATION

Current Positions:
Senior Vice Provost and Associate Vice Chancellor of Academic Affairs for Budget and Planning
Professor of Economics, Retired June 30, 2018

| | | | |
|---|---|---|---|
| Address: | Academic Affairs | Address: | Department of Economics |
| | University of Colorado at Boulder | | University of Colorado at Boulder |
| | Campus Box 40 | | Campus Box 256 |
| | Boulder CO 80309-0040 | | Boulder CO  80309-0256 |
| | 303-492-6923 | | |
| | Kaempfer@Colorado.edu | | |

| | | | |
|---|---|---|---|
| Home Address: | 86 Redwood Drive | Birthdate: | March 4, 1951 |
| | Safety Harbor, FL 34695 | | West Chester, PA |
| | (303) 717-5063 | | |

| | |
|---|---|
| Education: | The College of Wooster 1969-1973 |
| | (B.A. with Honors in Economics) |
| | |
| | Duke University 1973-1979 |
| | (M.A., Economics, 1975) |
| | (Ph.D., Economics, 1979) |
| | |
| | Ph.D. Thesis Title:  "The Effects of Protection and Transport Cost on the Composition of Trade." |

## AWARDS

Lifetime Achievement Award in Leadership and Service, Boulder Faculty Assembly, April 2018.

Administrator of the Year Award, University of Colorado (System) Faculty Council, May 2018.

## RESEARCH

Published Books:
*The Origins and Demise of South African Apartheid: A Public Choice Analysis*, with Anton D. Lowenberg, University of Michigan Press, Ann Arbor, 1998, xi, 284 pages.

*International Trade: Theory and Evidence*, with James R. Markusen, James R. Melvin, and Keith E. Maskus, McGraw-Hill, New York, 1995, xxiii, 471 pages.

*International Economic Sanctions: A Public Choice Perspective*, with Anton D. Lowenberg, Westview Press, Boulder, CO, 1992, 189 pages.

Published Journal Articles:
"Panethnic Linsanity: Issues with Research on Discrimination in Sports," with Beth Frederick, David Frederick and Richard Wobbekind, *Journal of Global Intelligence & Policy* - JGIP, Vol. 6, No. 11, Spring 2013.

"Demand for Durable and Non-durable Political Goods," with Omer Gokcekus, *Journal of Economic Sciences: Theory and Practice,* Vol. 69, No. 2, 2012, pp. 24-38.

Exhibit 14

September 2018

"Baseball Salaries and Income Taxes: The 'Home Field Advantage' of Income Taxes on Free Agent Salaries," with James R. Alm and Edward B. Sennoga, *Journal of Sports Economics*, Vol. 13, No. 6, December 2012, pp. 619-634.

"Alternatives to Economic Sanctions," with Anton D. Lowenberg, *Harvard Development Review*, Vol. 28, No. 3, Fall 2007, pp. 68-72.

"The Political Market for Immigration Restrictions: Model and Test," with Örn B. Bodvarsson, Anton D. Lowenberg and William Mertens, *Journal of International Trade and Economic Development*, May 2007.

"The Political Economy of Immigration Policy: Some Simple Interest Group Analytics," with Anton D. Lowenberg and William Mertens, in *The Journal of Public Finance and Public Choice*, Vol. 22-23, 2004, pp. 147-168.

"International Economic Sanctions against a Dictator," with Anton D. Lowenberg and William Mertens, in *Economics and Politics*, Vol. 16, No. 1, March 2004, pp. 29-51.

"The Employment Maximizing Import Quota under Domestic Monopoly," with Edward Tower and Thomas D. Willett, *International Logistics and Trade*, Vol. 1, No 1, December 2003, pp. 71-83.

"International Sanctions," with Anton D. Lowenberg, in *Journal of Economic Perspectives*, Vol. 17, No. 4, Fall 2003, pp. 233-235.

"Instrument Choice and the Effectiveness of International Economic Sanctions: A Simultaneous Equations Approach," with Jing Chao and Anton D. Lowenberg, in *Journal of Peace Research*, Vol. 40, No. 5, September 2003, pp.519-535.

"Income Inequality and Tax Policy for South African Race Groups," with Gregory D. Berg, in *Review of Economics and Statistics*, Vol. 85, No. 3, August 2003, pp.755-760.

"A Public Choice Model of the Role of Multinational Firms in International Relations," with Chao Jing and Anton D. Lowenberg, in *North American Journal of Economics and Finance*, Vol. 14, No. 1, March 2003, pp.131-144.

"Who Pays the Ticket Tax?" with James R. Alm. *Public Finance Review*, Vol. 30, No. 1, January 2002, pp. 27-40.

"Cigarette Demand and Tax Policy for Race Groups in South Africa," with Gregory D. Berg, in *Applied Economics*, Vol. 33, July 2001, pp. 1167-1173.

"The Ivory Bandwagon: International Transmission of Interest Group Politics," with Anton D. Lowenberg, in *The Independent Review*, Vol. 4, No. 2, Fall 1999, pp. 217-239. Reprinted in *Re-thinking Green: Alternatives to Environmental Bureaucracy*, Robert Higgs and Carl P. Close, Editors, The Independent Institute, 2005, pp. 181-205

"Unilateral Versus Multilateral Sanctions: A Public Choice Perspective," with Anton D. Lowenberg. *International Studies Quarterly*, Vol. 43, No. 1, March 1999, pp. 37-58.

"The Dynamics of Tariff Retaliation between the United States and Canada: Theory and Evidence," with Alok Bohara and Kishore Gawande, *Review of International Economics*, Vol. 6, No. 1, February 1998, pp. 30-44.

"Arbitration versus Negotiation: The Risk Aversion of Players," with David M. Frederick, Martin T. Ross and Richard L. Wobbekind, *Applied Economics Letters*, Vol. 5, 1998, pp. 187-190.

"The Welfare Implications of Exogenous Policy Constraints: A CGE Analysis of Tariffication," with Martin T. Ross and Thomas F. Rutherford, *Review of Development Economics*, Vol. 1, No. 2, June 1997, pp. 207-218.

"International Sanctions and Anti-Apartheid Politics in South Africa: An Empirical Investigation," with Anton D. Lowenberg, H. Naci Mocan and Kudret Topyan, *Journal for Studies in Economics and Econometrics*, Vol. 19, No. 1, April 1 1995, pp. 1-27. Also published in "The Use of Economic Sanctions in Trade and Environmental Policy," *Research Memorandum* 9307, Research Centre for Economic Policy, Erasmus University, Rotterdam, 1993.

"The Problems and Promise of Economic Sanctions: A Public Choice Perspective," with Anton D. Lowenberg, *Scandinavian Journal of Development Alternatives*, Vol. 13, No. 3, September 1994, pp. 102-114.

Exhibit 14

"Tariff Behavior in Five European Countries: Further Evidence," with Alok K. Bohara, *Economics Letters*, Vol. 45, No. 2, June 1994, pp. 213-216.

"The Possibility of Inefficient Liberalization Through Tariffication," with Stephen V. Marks, *Review of International Economics*, Vol. 2, No. 2, June 1994, pp. 123-130.

"Free Trade Area Formation with Quota Protection," with D. Jay Goodman, *North American Journal of Economics and Finance*, Vol. 4, No. 2, Fall 1993, pp. 157-163.

"The Expected Effects of Trade Liberalization: Evidence from Congressional Action on Fast Track Authority," with Stephen V. Marks, *The World Economy*, Vol. 16, No. 6, November 1993, pp. 725-740.

"A Threshold Model of Electoral Policy and Voter Turnout," with Anton D. Lowenberg, *Rationality and Society*, Vol. 5, No. 1, January 1993, pp. 107-126.

"Using Threshold Models to Explain International Relations," with Anton D. Lowenberg, *Public Choice*, Vol. 73, No. 4, June 1992, pp. 419-443.

"Endogenous Protection and Retaliation between Canada and the United States," with Alok Bohara, *Economics Letters*, Vol. 38, No. 3, March 1992, pp. 335-339.

"Industry Income and Congressional Regulatory Legislation," with Steven F. Cahan, *Economic Inquiry*, Vol. 30, January 1992, No. 1, pp. 47-56.

"Optimal Commercial Policy under Variable Returns to Scale with Sector-Specific Capital," with Pablo E. Guidotti, Alexander M. Pietruska, and Leonard F.S. Wang, *Journal of Economic Studies*, Vol. 18, No. 2, 1991, pp. 63-75.

"A Test of Tariff Endogeneity in the United States," with Alok Bohara, *American Economic Review*, Vol. 81, No. 4, September 1991, pp. 952-960.

"Economic Sanctions and Interest Group Analysis: A Reply," with Anton D. Lowenberg, *South African Economic Journal*, Vol. 59, No. 1, March 1991, pp. 92-97.

"Testing the Endogeneity of Tariff Policy in the United States: Further Evidence," with Alok Bohara, *Economics Letters*, Vol. 35, No. 3, March 1991, pp. 311-315.

"The Theory of International Economic Sanctions: A Public Choice Approach - Reply," with Anton D. Lowenberg, *The American Economic Review*, Vol. 79, No. 5, December 1989, pp. 1304-1306.

"Protection of a Domestic Finishing Industry," *Journal of Economic Development*, Vol. 14, No. 2, December 1989, pp. 117-126.

"Performance - Contingent Protection," with Edward Tower and Thomas D. Willett, *Economics and Politics*, Vol. 1, No. 3, November 1989, pp. 261-275.

"Combining Rent Seeking and Public Choice Theory in the Analysis of Tariffs Versus Quotas," with Thomas D. Willett, *Public Choice*, Vol. 63, No. 1, October 1989, pp. 79-86.

"Immiserizing Growth with Globally Optimal Policies," *Journal of Economic Studies*, Vol. 16, No. 1, 1989, pp. 54-60.

"Sanctioning South Africa: The Politics Behind the Policies," with Anton D. Lowenberg, *The Cato Journal*, Vol. 8, No. 3, Winter 1989, pp. 713-727.

"Incremental Protection and Efficient Political Choice Between Tariffs and Quotas," with J. Harold McClure, Jr. and Thomas D. Willett, *Canadian Journal of Economics*, Vol. 22, No. 2, May 1989, pp. 228-236.

"Determinants of the Economic and Political Effects of Trade Sanctions," with Anton D. Lowenberg, *The South African Economic Journal*, Vol. 56, No. 4, December 1988, pp. 270-277.

"Why Do Large Countries Prefer Quantitative Trade Restrictions," with Stephen V. Marks and Thomas D. Willett, *Kyklos*, Vol. 41, No. 4, 1988, pp. 625-646.

Exhibit 14

September 2018

WILLIAM H. KAEMPFER - 4

"South Africa's Vulnerability to Oil Sanctions," with Anton D. Lowenberg, *The Journal of Energy and Development*, Vol. XIV, No. 1, Autumn 1988, pp. 19-44.

"Impact of Anti-Apartheid Sanctions on South Africa: Some Trade and Financial Evidence," with Michael H. Moffett, *Contemporary Policy Issues*, Vol. VI, No. 4, October 1988, pp. 118-129.

"The Theory of International Economic Sanctions: A Public Choice Approach," with Anton D. Lowenberg, *The American Economic Review*, Vol. 78, No. 4, September 1988, pp. 786-793.

"The Economics of the Call for Anti-Apartheid Sanctions," with James A. Lehman and Anton D. Lowenberg, *Social Science Quarterly*, Vol. 68, No. 3, September 1987, pp. 528-538.

"Divestment, Investment Sanctions and Disinvestment: An Evaluation of Anti-Apartheid Policy Instruments," with James A. Lehman and Anton D. Lowenberg, *International Organization*, Vol. 41, No. 3, Summer 1987, pp. 457-473.

"Why an Import Surcharge Wouldn't Help America's Trade Deficit," with Thomas D. Willett, *The World Economy*, Vol. 10, No. 1, March 1987, pp. 27-37.

"A Model of the Political Economy of International Investment Sanctions: The Case of South Africa," with Anton D. Lowenberg, *Kyklos*, Vol. 39, No. 3, 1986, pp. 377-396.  Reprinted in The Economics of Conflict, Todd Sandler and Keith Hartley, editors, Edward Elgar Publishing, Ltd., Camberly, Surrey, UK.

"Televising College Football: The Complementarity of Attendance and Viewing," with P.L. Pacey, *Social Science Quarterly*, Vol. 67, No. 1, March 1986, pp. 176-185.

"The Role of Oil in China's Economic Development, Growth and Internationalization," with Henry M. Min, Jr., *The Journal of Energy and Development*, Vol. XI, No. 1, Autumn, 1985, pp. 13-26.

"The Effect of Unit Fees on the Consumption of Quality," with Raymond T. Brastow, *Economic Inquiry*, Vol. XXIII, April 1985, pp. 341-348.

"The Impact of Monopoly Pricing on the Lerner Symmetry Theorem," with Jonathan Eaton, Gene M. Grossman, and Edward Tower, *Quarterly Journal of Economics*, Vol. XCVII, No. 3, August 1983, pp. 529-533.

"The Balance of Payments Approach to Trade Tax Symmetry Theorems," with Edward Tower, *Weltwirtschafliches Archiv*, Vol. 118, No. 1, 1982, pp. 148-165.


Published Book Chapters:

"The Convention on International Trade in Endangered Species," in *Berkshire Encyclopedia of Sustainability, Vol. 3: The Law and Politics of Sustainability*, December, 2010.

"Sanctions," with Anton D. Lowenberg, *The Princeton Encyclopedia of the World Economy*, Vol. II, 2008

"The Political Economy of Economic Sanctions," with Anton D. Lowenberg in *The Handbook of Defense Economics: Defense in a Globalized World, Vol. 2*, Todd Sandler and Keith Hartley, Eds., Elsevier-North Holland, 2007, pp. 868-911.

"The Political Economy of Trade Sanctions Against South Africa: A Gravity Model Approach," with Martin T. Ross. *The Political Economy of Trade, Aid and Foreign Investment Policies*,  Devashish Mitra and Arvind Panagariya, Editors, Elsevier-North Holland, 2004, pp.233-245.

"Trade Protectionism," with Edward Tower and Thomas D. Willett, *The Encyclopedia of Public Choice*, Charles K. Rowley and Freidrich Schneider, Editors, Edward Elgar Publishers Ltd., Camberly, Surrey, UK, 2003, pp 570-576.

"A Public Choice Analysis of the Political Economy of International Sanctions," with Anton D. Lowenberg, *Sanctions as Economic Statecraft: Theory and Practice*, Steve Chan and A. Cooper Drury, eds., St. Martin's Press, LLC, New York, NY, 2000, pp. 158-186.

Exhibit 14

WILLIAM H. KAEMPFER - 5

"Economic Sanctions and Developing Countries: A Public Choice Perspective," with Anton D. Lowenberg, *Institutions and Collective Choice in Developing Countries: Applications of the Theory of Public Choice*, Mwangi S. Kimenyi and John Mukum Mbaku, eds., Ashgate Publishing, Ltd., Hants, England, 1999, pp. 381-398.

"Salary Arbitration in Major League Baseball: A Case of Dog Wags Tail!" in *Stee-rike Four! What's Wrong with the Business of Baseball*, Daniel R. Marburger, ed., Praeger Press, Greenwood, CT, 1997, pp. 85-93.

"Race, Risk and Repeated Arbitration," with David M. Frederick, Martin T. Ross, and Richard L. Wobbekind, in *Baseball Economics: Current Research*, John Fizel, Elizabeth Gustafson and Lawrence Hadley, eds., Praeger Press, Westport, CT, 1996, pp. 129-141.

"Economic Sanctions: A Public Choice Prospective," with Anton D. Lowenberg, *Economic Sanctions: Panacea or Peacebuilding in a Post-Cold War World*, David Cortright and George Lopez, eds., Westview Press, Boulder, CO, 1995, pp. 61-71.

"Foreign Threats and Domestic Actions: Sanctions Against South Africa," with Anton D. Lowenberg, H. Naci Mocan, and Lynne Bennett. *Justice Without Violence*, Paul Wehr, Heidi Burgess and Guy Burgess, eds. Lynne Rienner Publishers, Boulder, CO. 1994, pp. 191-215.

"On the Validity of the Lerner Neutrality and Symmetry Theorems in the Presence of Non-Traded Goods," with Victor A. Canto and Edward Tower, *Industrial Policy and International Trade*, Victor A. Canto and J. Kimball Dietrich, eds. JAI Press, Greenwich, CT, 1992, pp. 129-138.

"Subsidy and Countervailing Duty Issues in the Context of North American Economic Integration," with Sven W. Arndt and Thomas D. Willett, *Negotiating and Implementing a North American Free Trade Agreement*, Leonard Waverman, ed., The Fraser Institute and Centre for International Studies, Vancouver, B.C. and Toronto, Ont., 1992, pp. 113-132.

"Salary Arbitration as a Market Substitute," with David M. Frederick and Richard L. Wobbekind, *Diamonds Are Forever: The Business of Baseball*, Paul Summers, ed., The Brookings Institution, Washington, DC, 1992, pp. 29-49.

"Analyzing Economic Sanctions: Toward a Public Choice Framework," with Anton D. Lowenberg, *International Trade Policies: Gains from Exchange Between Economics and Political Science*, John S. Odell and Thomas D. Willett, eds., University of Michigan Press, Ann Arbor, MI, 1990, pp. 173-192.

Miscellaneous:

"Can You Tell the Players Without a Scorecard? Errors in Variables in Baseball Discrimination," with David M. Frederick and Richard L. Wobbekind, *Proceedings of the Section on Statistics in Sports of the American Statistical Association*, 1998.

"Ranking Departments of Economics in the United States," with Chao Jing in *The Economics Institute Guide to Graduate Study*, 9th Ed., Economics Institute, Boulder, CO, 1995, pp. 16-18.

"Supplementary Comment by J.S. Mill, on 'Shipping the Good Apples Out,'" (suggested with Edward Tower), *Journal of Political Economy*, Vol. 88, No. 1, February 1980, p. 208.

Manuscripts Submitted for Publication:

"International Economics Sanctions: Evidence from the Last Ten Years," with Anton D. Lowenberg and William Mertens, in preparation for *Defense and Peace Economics*.

"Who Is on First? Measuring Racial Identity of Professional Athletes," with Beth Frederick, David Frederick, and Richard Wobbekind.

Book Reviews:

*Economic Sanctions as Instruments of American Foreign Policy*, by Zachary Selden, *The International History Review*, Vol. XXII, No. 3, September 2000, pp. 742-744.

*Sports, Jobs and Taxes: The Economic Impact of Sports Teams and Stadiums*, edited by Roger C. Noll and Andrew Zimbalist, *Journal of Economic Literature*, Vol. XXXVI, No. 4, December 1998, pp. 2188-2190.

Exhibit 14

September 2018

WILLIAM H. KAEMPFER - 6

*South Africa's Managed Trade Policy: The Wasting of a Mineral Endowment*, by Graham A. Davis, *Resources Policy*, Vol. 20, No. 4, December 1994, pp. 8-9.

*International Trade: Theoretical Issues*, by Bharat R. Hazari, *Southern Economic Journal*, Vol. 54, No. 1, July 1987, pp. 244-245.

*OPEC's Investments and the International Financial System*, by Richard P. Mattione, and *Oil Crisis and Economic Adjustment: Case Studies of Six Developing Countries*, by Andrew MacKillop, *Journal of Energy and Development*, Vol. XI, No. 2, Spring 1986, pp. 348-352.

*International Reserves, Exchange Rates and Developing Country Finance*, edited by Norman C. Miller, *Journal of Energy Development*, Vol. IX, No. 2, Spring 1984, pp. 367-369.

*Minding America's Business: The Decline and Rise of the American Economy*, by Ira C. Magaziner and Robert B. Reich, *Southern Economic Journal*, Vol. 50, No. 1, July 1983, pp. 294-295.

*Oil, Debt, and Development*, by Paul Hallwood and Stuart W. Sinclair, *Journal of Energy and Development*, Vol. VIII, No. 2, Spring 1983, pp. 351-356.

*The Mechanics of Money*, by Jacques Riboud, *Southern Economic Journal*, Vol. 49, No. 2, October 1982, pp. 582-583.
*International Trade*, by Stephen P. Magee, *Southern Economic Journal*, Vol. 47, No. 1, July 1980, pp. 254-255.

*The Pure Theory of International Trade and Distortions*, by Bharat R. Hazari, *Southern Economic Journal*, Vol. 47, No. 1, July 1980, pp. 254-255.

<u>Sponsored Research</u>:

Council on Research and Creative Work, University of Colorado, Grant-in-aid, "International Relations and Multinational Corporations," 1996

Embassy of Canada: "Tariff Policy Interactions between Canada and the United States," with Alok K. Bohara, 1992.

Resources for the Future: "Assessing the Effectiveness of International Economic Sanctions over Transnational Externalities," Summer 1990.

Conflict Resolution Consortium: "International Transmission of Political Pressure: Theory and Evidence," with Anton D. Lowenberg, Summer 1990.

Conflict Resolution Consortium: "Impact of South African Sanctions," Summer 1989.

Wohlford Grant: Claremont McKenna College, "Oil Use in South Africa and the Effects of Sanctions: A Theoretical and Empirical Study," with Anton D. Lowenberg, Summer 1986.

University of Colorado Center for Space Policy and Law, Summer Faculty Enrichment Funding, "Multinational Procurement in the Aerospace Industry - An Economic Analysis of Offsets," Summer 1985.


**PROFESSIONAL ACTIVITY**

<u>Teaching Experience</u>:

Professor, University of Colorado
(Research Methods in Economics, Intermediate Microeconomic Theory,
Graduate and Undergraduate Macroeconomics, International Finance,
International Trade, International Monetary Political Economy,
Economics in Action (Senior Seminar))   .................................................................................1994-

Associate Professor, University of Colorado   .................................................................................1989-94

Economics Institute, Boulder, Colorado

<span style="color:red">Exhibit 14</span>

September 2018

WILLIAM H. KAEMPFER - 7

(Including Field Teaching at Ministry of Finance, Jakarta, Indonesia
Macroeconomics, Microeconomics, Mathematical Economics).......................................................1991, 92

Assistant Professor, University of Colorado        ...................................................................1981-89

Visiting Lecturer, Claremont Graduate School
(Graduate International Trade Theory and Policy, Graduate Readings
in Public Finance for Developing Countries) ...................................................................1986-88, 1991

Visiting Assistant Professor, Claremont McKenna College and Claremont Graduate School
(Intermediate Macroeconomics, International) ...................................................................1985-86

Assistant Professor, University of Washington
(Graduate and Undergraduate International Trade,
Microeconomics, Macroeconomics)        ...................................................................1979-81

Visiting Assistant Professor, University of North Carolina at Greensboro
(Money and Economic Activity, Principles) ...................................................................1975-76

Instructor, College of Wooster, Wooster, Ohio
(Money and Banking, Microeconomics, Principles) ...................................................................1975-76

Teaching Assistant, Duke University
(Various Theoretical and Quantitative Courses; Interdisciplinary Undergraduate
Studies: "Canada: Problems and Issues of an Advanced Industrial Society") ...............................1973-78

Teaching Fields:

(1)  International Trade and Finance
(2)  Public Choice
(3)  Macroeconomic Theory
(4)  Microeconomic Theory
(5)  Public Finance in Developing Countries

Department and University Service:

Department of Economics
    Chair, 1995-1997
    Associate Chair, 1991-1995
    Summer Chair, 1991-1997
    Director of Graduate Studies, 1988-1990
    Graduate Review Committee, 1986-1988
    Executive Committee, 1982-1985, 1989-1990, 1991-1997
    Curriculum Committee, 1982-1985
    Self Study Committee for Program Review, 1982-1983, 1996-1997
College of Arts and Sciences
    Arts & Sciences Budget Planning Committee 1996-1997
        Social Science Budget Planning Sub-group, Chair, 1996-1997
    Council of Chairs, 1995-1997
        Subcommittee on Budgetary Affairs, Chair, 1995-1997
    International Affairs Committee, 1981-1990
Leeds School of Business
    Interim Dean, September-December 2016
Boulder Campus
    Senior Vice Provost, 2013-
    Vice Provost, 2003-2013
    Associate Vice Chancellor of Academic Affairs for Budget and Planning, 1997-
    Accreditation Liaison Officer 2015-
    Campus Capital Governance Group 2015-
    Academic Affairs Budget Advisory Committee, Chair, 1997-
    Academic Review Planning Advisory Committee, 2009-

Exhibit 14

Boulder Faculty Assembly Executive Committee 1997-1998, 1999-
Accreditation Self-Study Committee for North Central Accreditation, Chair, September 1997-May 2000
Boulder Campus Planning Commission, 1998-2015; Chair, 2002-2007
Campus Search Committees
    Senior Associate Vice Chancellor for Budget and Finance, 2015
    Vice Chancellor for Infrastructure and Safety, 2014-2015
    Vice Provost for Undergraduate Education, 2015
    Vice Chancellor for Administration, Chair, 2007-2008
    Associate Vice Chancellor for Budget Planning and Analysis, 2006
    Dean of the College of Engineering, Chair, 2000-2001and 2016
    Dean of the College of Business, Chair, 1998-1999, 2004-2005 and 2010
    Dean of Continuing Education and Associate Vice Chancellor for Summer Session, 1995-1996
    Associate Vice Chancellor for Undergraduate Education, 1996
    Associate Vice Chancellor for Faculty Affairs, 1996
    Vice Chancellor for Administration, 1997
Tuition and Fee Strategic Task Force, 2004-06
Tuition and Aid Advisory Board, 2007-2013
Graduate Tuition and Enrollment Strategy Task Force, 2003-2004
Task Force on Reassessing Academic Facilities, Chair, 1997-1998
Strategic Capital Advisory Group, 1997-1998
Administrative Fee Review Board, 1997-2012
Classroom Use Committee, Chair, 1998-2012
Academic Policy Board for Athletics, 2004-06
University of Colorado
    University Space Policy Committee, 1983-1984
    Strategic Capital Working Group, 1997-1999
    Student Information System Assessment and Evaluation Committee, 1998
    Student Information System Steering Committee, 2007-2008
    Faculty Salary Equity Committee, 2001
    Alternative Compensation Models, 2001
    UCHSC-UCD Consolidation Working Group on Academic and Student Affairs, 2003-2004
    Committee on Compensation for Governance, 2005
    President's Task Force on Efficiency, 2008-2014
    SIS Replacement Executive Steering Committee, 2008-10

Doctoral Students (with initial position, plus one of my Masters students that I could not resist including):
Girma Zelleke, "The Deviation of Exchange Rates from Purchasing Power Parity," April 28, 1984. Assistant Professor, Benedict College, Columbia, S.C.

Michael H. Moffett, "The International Interbank Market: Credit Rationing and Bank-Tiering Under Imperfect Information," August 5, 1985. Assistant Professor, Oregon State University.  Currently, Continental Grain Professor of Finance Thunderbird School of Global Management/Arizona State University

Navid Saidi, "An Evaluation of Currency Devaluation in the Less Developed Countries," January 12, 1987. Assistant Professor, Norwich University, Northfield, VT

Subarjo Joyosumarto, "Money Supply Process in Open Developing Economy, the Case of Indonesia: 1968-1983," April 22, 1987. Bank of Indonesia

Dramane Oulai, "Foreign Trade Policies and Urban Bound Domestic Migration in Developing Economies," June 5, 1987. International Institute for Educational Planning

Aslim Tadjuddin, "Foreign Capital and the Impact of Exchange Rate Adjustments in Oil Exporting Developing Countries, with an Application to Indonesia," April 12, 1989. Bank of Indonesia

Mohammad Zebib, "The Interest Group Theory of Regulation, the Case of Banking: An Empirical Study," August 24, 1992. Pittsburgh State University

Poernomo Yusgiantoro, MA Economics, Past President of OPEC, Minister of Oil and Minister of Defense, Indonesia

Exhibit 14

Edward Balistreri, "Preference Revelation and the Endogenous Trade Policy Model: Empirical and Experimental Evidence for Stolper-Samuelson Welfare Effects," December 21, 1994. Charles River Associates. Currently Associate Professor, Iowa State University

Donald L. Morrow, "Customs Union Formation: Theory and Evidence from a Public Choice Perspective," July 25, 1996. Intellicap, Corp.

Chao Jing, "The Political Economy of Multinational Corporations and International Relations," September 19, 1996. Allied-Signal Corporation.

Gregory Berg, "Consumer Demand, Tax Policy, and A New Semi-Parametric Estimation Technique for South Africa," August 18, 1998. Center for Disease Control.

William Mertens, "Current Issues in International Economics: A Public Choice Approach," April 7, 2000. Instructor, University of Colorado at Boulder

**PROFESSIONAL SERVICE**

Guest Editor:     *Journal of Energy and Development*, Vol. 14
Review Board:     *Southwest Journal of Business and Economics*
Referee:          *Quarterly Journal of Economics, Journal of Macroeconomics*, National Science Foundation, *Economic Inquiry, Social Science Quarterly, Review of Economics and Finance, American Economic Review, Scandinavian Journal of Economics, Canadian Economic Journal, European Economic Review, Economics and Politics, International Organization, International Economic Review, International Studies Quarterly, Contemporary Economic Policy, Economic Journal, ASEAN Economic Bulletin, Review of International Economics, American Political Science Review, International Economic Journal, The World Economy, Public Choice, European Journal of Political Economy, Studies in Comparative International Development, Journal of Peace Research, International Organization, Journal of Sports Economics, International Studies Quarterly, Conflict Management and Peace Science,  Journal of Politics, Defense and Peace Economics*

Program Committee: Western Economic Association 1987-88, 1991
                   Southern Economic Association 1997
External Reviews:  Miami University, February 2015
                   University of Oklahoma, April 2013
                   Florida State University, March 2000
                   Georgia Technical Institute, January 2000
                   St. Cloud State University, Department of Economics 1997
                   University of Wyoming, Department of Economics, 1995
Consultant on Academic Prioritization to:
                   University of New Mexico
                   Montana State University
                   University of Hawaii

Exhibit 14

# EXHIBIT 3

Exhibit 14

William H. Kaempfer, Ph.D.
Testimony Log
October 2014 through January 2019


Trial Testimony taken on October 1, 2014
Booker v. Denver
US District Court                    11-CV-00645-RBJ-KMT

Deposition Testimony taken on December 3, 2014
Aluru v. Anesthesia Consultants, P.C.
US District Court                    13-CV-02939-MSK-BNB

Hearing on June 6, 2015
Aluru v. Anesthesia Consultants, P.C.
US District Court                    13-CV-02939-MSK-BNB

Deposition Testimony taken on November 28, 2016
Dosien v. Dorsey
Denver District Court                2015 CV 33511

Trial Testimony given on December 16, 2016
Dosien v. Dorsey
Denver District Court                2015 CV 33511

Trial Testimony given on February 28, 2018
Stroup and Lee v. United Airlines
US District Court                    15 CV 01389-WYD-STV

Deposition Testimony taken on June 6, 2018
Wells v. Alford
Denver District Court                2017 CV 3184

Trial Testimony given on July 27, 2018
Wells v. Alford
Denver District Court                2017 CV 3184

Trial Testimony given on August 14, 2018
Stroup and Lee v. United Airlines
US District Court                    15 CV 01389-WYD-STV

Deposition Testimony taken on January 8, 2019
Veach v. City of Rawlins
US District Court, Wyoming District 17CV188-S

Deposition Testimony taken on January 9, 2019
Morse v. Andres
Boulder District Court               2017 CV 30869

Exhibit 14

# EXHIBIT 4

Exhibit 14

**WILLIAM H. KAEMPFER, Ph.D.**
*Consulting Economist*

*86 Redwood Drive*
*Safety Harbor, FL 34695*
*(303) 717-5063*

# ECONOMIC ANALYSIS FEE SCHEDULE

## Economic Consultation, Analysis and Evaluation

An economic evaluation is billed at $300.00 per hour with a retainer of $1,500.00. *This retainer is due upon your decision to use my services.* Full charge for services will be billed and is due upon the completion of the initial report and again at the time of any updates or additional services performed.

## Deposition Testimony

Any depositions required are billed at a fee of $500.00 per hour with a minimum fee of $1,000.00. Billing includes travel time to and from the deposition. It is requested that payment of the deposition fee by opposing counsel be made at the time the deposition is taken. Expenses in addition to time may be billed for travel outside of the Denver metropolitan area.

## Trial Testimony

Trial testimony is billed at the rate of $500.00 per hour inclusive of travel time to and from court and any time spent waiting at court. Time spent will be billed even if no testimony is actually given, i.e., "dry runs," cancellations and postponed testimony. There is a minimum fee of $1,000.00 for trial testimony. Expenses in addition to time may be billed for travel outside of the Denver metropolitan area

## Fee Arrangement

My services have been retained by you, regardless of the fee arrangement or payment of costs you have arranged with your client. By engaging my services you and/or your firm guarantee payment of my fees.

Exhibit 14