# BOURICIUS

# VS.

# MESA COUNTY

### Deposition

# DEBRA BOURICIUS

*02/22/2019*

_____

# AB Court Reporting & Video
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

Exhibit 16

```
1      A     Yes.
2      Q     Was the decision to remove the trees to
3   put in a vineyard made before your employment at Mesa
4   County ended?
5      A     We were considering different options,
6   putting in peaches, putting in grapes.  We had
7   discussed the vineyard.  I mean, I would have liked
8   to have done it.
9      Q     The vineyard?
10     A     M-hm.
11     Q     Yeah.  So when was the decision made to
12  remove the apple trees?  Was that before --
13     A     Yes, it was before I got laid off.
14     Q     All right.
15     A     And I made that clear to Hunter.
16     Q     Let's look at what's already been marked
17  as Exhibit 7, and this is what we looked at with
18  response to request for production 9.  Do you have
19  Exhibit 7 there?
20     A     Okay.
21     Q     What do these -- it looks like photographs
22  to me.  Would that be accurate do you think?
23     A     Yes.  Aerial photos.
24     Q     What do these show?
25     A     The orchard on 454 when it was still there
```

Exhibit 16
DEBRA BOURICIUS 2/22/2019                                45