**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**MOTION TO RESTRICT ACCESS TO CONFIDENTIAL DOCUMENT FILED WITH MESA COUNTY'S MOTIONS IN LIMINE (CM/ECF DOC 154-6)**

---

Defendant Mesa County, by and through its counsel, Bechtel Santo & Severn, respectfully moves the Court to restrict access to Exhibit 6 identified as CM/ECF Doc 154-6, filed with Mesa County's Motions in Limine (CM/ECF Doc 154-6), pursuant to D.C.COLO.LCivR 7.2 and Court Order (CM/ECF Doc 119). In support of its Motion, Mesa County states as follows.

    1.    Pursuant to D.C.COLO.LCivR 7.1, Mesa County's counsel conferred with the Plaintiff's counsel regarding the relief requested herein. Plaintiff's opposes this motion.

1

2. **Exhibit 6 (CM/ECF Doc 154-6).**

a. Exhibit 6 (CM/ECF Doc 154-6) contains a settlement agreement between Mesa County and a third party individual, Ms. A., which resolved a Charge of Discrimination.

b. Pursuant to the Court's Orders on Sept. 24, 2019 and Nov. 5, 2019 (CM/ECF Docs 87, 113), while the amount of settlement is not confidential, the individual's name and other terms of the settlement agreement are confidential pursuant to the terms of the parties' protective order (CM/ECF Doc 28).

c. D.C.COLO.LCivR 7.2(a) states, "Unless restricted by statute, rule of civil procedure, or <u>court order</u>, the public shall have access to all documents filed with the court and all court proceedings." (Emphasis added.)

d. In *Health Grades, Inc. v. MDx Medical, Inc.*, No. 11-cv-00520-PAB-BNB, 2013 WL 154155, *2 (D.Colo., Jan. 15, 2013), the court held that information designated as "highly confidential" under the parties' protective order satisfied the requirements of D.C.COLO.LCivR 7.2 because the definition of "highly confidential" in the protective order was specific as to the types of information it covered.

e. In this case, the parties' protective order plus two Court Orders clarify that information related to Ms. A.'s identity and terms of her settlement agreement are confidential.

WHEREFORE, Mesa County requests this Court issue an Order restricting public access to Exhibit 6 under a Level 1 Restriction.

Respectfully submitted this 19th day of May 2020.

*/s/ L. Kathleen Chaney, Esq.*
L. Kathleen Chaney, #29358
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:   kchaney@lclaw.net;
*Attorneys for Defendant Mesa County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO RESTRICT ACCESS TO CONFIDENTIAL DOCUMENT FILED WITH MESA COUNTY'S MOTIONS IN LIMINE (CM/ECF DOC 154-6)** was served this 20th day of May 2020, via CM/ECF electronic filing, to the following:

Paula Greisen
Jennifer Bezoza
Meredith A. Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
munro@kinggreisen.com
Attorneys for Plaintiff

*/s/ L. Kathleen Chaney, Esq.*
L. Kathleen Chaney, #29358
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:   kchaney@lclaw.net;
*Attorneys for Defendant Mesa County*