**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**ORDER REGARDING MESA COUNTY'S MOTION TO RESTRICT ACCESS TO CONFIDENTIAL DOCUMENT FILED WITH MESA COUNTY'S MOTIONS IN LIMINE (CM/ECF DOC 154-6)**

---

    Upon consideration of Mesa County's Motion to Restrict Access to Document Filed with Mesa County's Motions in Limine, it is this _____ day of _____ 2020,

    ORDERED that Mesa County's Motion be, and it hereby is, GRANTED; and it is further

    ORDERED that Exhibit 6 (CM/ECF Doc 154-6), submitted with the Mesa County's Motions in Limine, be restricted from public access, pursuant to Restriction Level 1.

                                                  BY THE COURT:

                                                  _____