IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## ORDER REGARDING MESA COUNTY'S MOTION TO RESET PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S PENDING MOTIONS IN LIMINE [Doc. 154]

The Court, having reviewed MESA COUNTY'S MOTION TO RESET PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S PENDING MOTIONS IN LIMINE [Doc. 154] (the "Motion"), and being fully advised, hereby finds and orders as followed:

The Court finds that good cause exists to reset Plaintiff's deadline to respond to Defendant's Motion in Limine. Plaintiff will have twenty-one days from the date of this order to respond to Defendant's Motions in Limine [Doc. 154], as provided by *D.C.COLO.LCivR 7.1(d)*.

ORDERED this _____ day of _____, 2020.

BY THE COURT:

_____