**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

    Jennifer W. Bezoza, as co-counsel for Plaintiff, pursuant to D.C.COLO.LAttyR 5(b), hereby moves this Court for an Order allowing her to withdraw as counsel of record. As good cause therefore, counsel states as follows:

    1.    Jennifer W. Bezoza will be leaving the firm of King & Greisen, LLP as of the close of business on August 7, 2020.

    2.    Notice has been given to the client prior to the filing of this motion.

    3.    Plaintiff will continue to be represented by Paula Greisen and Meredith A. Munro, who will continue to be responsible for assisting the Plaintiff in complying with all court orders, time limitations, and any pending obligations under the Federal Rules of Civil Procedure and all local rules of the United States District Court, District of Colorado.

    WHEREFORE, Jennifer W. Bezoza respectfully requests that this Court grant her Motion to Withdraw as Counsel.

Dated this 6th day of August 2020.

>KING & GREISEN, LLP
>
>*s/ Jennifer Weiser Bezoza*
>Jennifer W. Bezoza
>1670 York St.
>Denver, Colorado 80206
>(303) 298-9878 telephone
>bezoza@kinggreisen.com
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2020, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net

*Attorneys for Defendant Mesa County*

>*s/ Laurie A. Mool*
>Laurie A. Mool, Paralegal