**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO RESET PLAINTIFF'S DEADLINE TO REPOND TO DEFENDANT'S PENDING MOTIONS IN LIMINE**

---

Plaintiff Debra Bouricius, by and through her counsel Paula Greisen and Meredith A. Munro of KING & GREISEN, LLP, for her Response to Defendant's Motion to Reset Plaintiff's Deadline to Respond to Defendant's Pending Motions in Limine [Doc. 157], states as follows:

    1.    On May 19, 2020, Defendant Mesa County filed its Motions in Limine [Doc. 154] in connection with the trial set for April 12, 2021.

    2.    The parties thereafter disputed the deadline for Plaintiff to file her Response to the Motions and, by email dated May 26, 2020, the parties requested the Court's clarification.

    3.    By email on May 26, 2020, the Court confirmed that, in accordance with its Order Setting Trial and Trial Preparation Order [Doc. 138] and its Order resetting trial [153], Plaintiff's Response to the Defendant's Motions In Limine is due seven days before the March 18, 2021 Pre-Trial Conference (i.e., March 11, 2021).

4. Nevertheless, Defendant's counsel seeks to accelerate the deadline for Plaintiff to file her Response to its Motions in Limine.

5. On July 21, 2020, the parties conferred. As reflected in the "Conferral Paragraph" to Defendant's Motion, Plaintiff informed Defendant's counsel that Plaintiff expected to file her Response to the Motions in Limine in the next 60 days (*i.e.,* by September 19, 2020), *well before the current deadline, final trial preparation conference, and the trial*.

6. Nonetheless, Defendant's counsel filed this Motion to Reset.

7. Plaintiff's counsel re-confirms to Defendant's counsel and further advises the Court that Plaintiff intends to file her Response to the Motions in Limine on or before September 19, 2020, which is well in advance of the final trial preparation conference and the trial.

Respectfully submitted this 12th day of August 2021.

                KING & GREISEN, LLP

                <u>s/ Meredith A. Munro</u>
                Meredith A. Munro
                Paula Greisen
                1670 York St.
                Denver, Colorado 80206
                (303) 298-9878 telephone
                (303) 298-9879 facsimile
                munro@kinggreisen.com
                greisen@kinggreisen.com

                *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of August 2020, I electronically filed the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT MESA COUNTY'S MOTION TO RESET PLAINTIFF'S DEADLINE TO REPOND TO DEFENDANT'S PENDING MOTIONS IN LIMINE** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net

*Attorneys for Defendant Mesa County*

                                                *s/ Laurie A. Mool*
                                                Laurie A. Mool, Paralegal