**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**REPLY TO RESPONSE TO MOTION TO RESET PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S PENDING MOTIONS IN LIMINE [Doc. 154]**

---

Defendant Mesa County, by and through its undersigned counsel, Lambdin & Chaney, LLP, respectfully submits the following reply to Plaintiff's response to the recent Motion to Reset Plaintiff's Deadline to Respond to Defendant's Pending Motion in Limine (the "Motion") as follows:

1.    Although the Court may have confirmed that responses to motions in limine were intended to be due seven days before the Pre-Trial Conference rescheduled for March 18, 2021, it welcomed the parties to file an appropriate motion to reset this deadline for good cause.  *Email on Behalf of Domenico Chambers dated May 26, 2020.*

2.    As addressed in the Motion, the parties specifically discussed the benefit of obtaining early evidentiary rulings to, hopefully, facilitate a timely and efficient resolution of this matter.

1

3. Although Plaintiff may expect to file her response to the Motion "well before the current deadline", nothing is holding her to this at the moment.

4. Permitting Plaintiff to wait 9 months to respond to the Motion is not reasonable nor fair under the circumstances.

5. Accordingly, good cause exists to set an earlier deadline for Plaintiff to respond to the Motion.

6. Defendant requests that the court reset this deadline to 21 days after an order is entered pursuant to D.C.COLO.LCivR 7.1(d); or by Plaintiff's proffered anticipated date of September 19, 2020, whichever is earlier.

Respectfully submitted this 17th day of August, 2020.

*/s/ L. Kathleen Chaney, Esq.*
L. Kathleen Chaney, #29358
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:   kchaney@lclaw.net;
*Attorneys for Defendant Mesa County*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **REPLY TO RESPONSE TO MOTION TO RESET PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S PENDING MOTIONS IN LIMINE [Doc. 154]** was served this 17th day of August, 2020, via CM/ECF electronic filing, to the following:

Paula Greisen
Jennifer Bezoza
Meredith A. Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bezoza@kinggreisen.com
munro@kinggreisen.com
Attorneys for Plaintiff

/s/ L. Kathleen Chaney, Esq.
L. Kathleen Chaney, #29358
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:   kchaney@lclaw.net;
*Attorneys for Defendant Mesa County*