IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR ONE DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT MESA COUNTY'S MOTIONS IN LIMINE**

---

    Plaintiff, Debra Bouricius, by and through counsel, Paula Greisen and Meredith A. Munro of KING & GREISEN, LLP, respectfully submits her Motion for One Day Extension of Time to Respond to Defendant Mesa County's Motions in Limine [Doc. 154], and in support thereof states as follows:

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)**

    Plaintiff's counsel certifies that they have conferred by email with Defendant's counsel, and the Defendant does not oppose the Motion.

    1.    On May 19, 2020, Defendant Mesa County filed its Motions In Limine in connection with the trial set for April 12, 2021. The parties thereafter disputed the deadline for Plaintiff to file her Response to the Motions and, by email dated May 26, 2020, the parties requested the Court's clarification. By email on May 26, 2020, the Court confirmed that, in

accordance with its Order Setting Trial and Trial Preparation Order [Doc. 138] and its Order resetting trial [153], Plaintiff's Response to the Defendant's Motions In Limine is due seven days before the March 18, 2021 Pre-Trial Conference (i.e., March 11, 2021).

2. Defendant then filed a Motion to Reset Plaintiff's Deadline to Respond to Defendant's Pending Motions in Limine on July 22, 2020 [Doc. 157]. Plaintiff filed her response on August 12, 2020 [Doc. 160] stating that Plaintiff intended to respond to the Motions in Limine by September 19, 2020 (well before the current deadline, final trial preparation conference, and the trial). The Court then set the deadline for Plaintiff's response as September 21, 2020 (see [Doc. 162]).

3. Undersigned counsel underwent a medical procedure last week which left her unable to finalize the response, and therefore needs a short one-day extension.

4. Pursuant to D.C.COLO.LCivR 6.1(b), Plaintiff states that this is the first extension she has sought regarding a response to the Motions in Limine.

5. Plaintiff requests this extension in good faith.  No party will be prejudiced by extension of the deadline for submission of a response.

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court find there is good cause to extend the deadline for submission of a response to Defendant's Motions in Limine until September 22, 2020.

DATED this 21st day of September 2020.

> Respectfully submitted,
>
> KING & GREISEN, LLP
>
> *s/ Paula Greisen*
> Paula Greisen
> Meredith A. Munro
> 1670 York Street
> Denver, Colorado 80206
> (303) 298-9878 telephone
> (303) 298-9879 facsimile
> greisen@kinggreisen.com
> munro@kinggreisen.com
>
> *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September 2020, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ONE DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT MESA COUNTY'S MOTIONS IN LIMINE** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
*Attorneys for Defendant Mesa County*

I hereby further certify that on this 21st day of September 2020, I mailed a copy of the foregoing to the following:

Debra Bouricius
50152 Highway 72
Lyons, CO  80540

> *s/ Laurie A. Mool*
> Laurie A. Mool, Paralegal