# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-CV-01144-DDD-STV

**DEBRA BOURICIUS,**

      Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

      Defendant.

---

### DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURES

---

Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County"), by and through its attorneys, provides the following fourth supplemental disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and Fed.R.Civ.P. 26(e) upon request from Ms. Bouricius's counsel. Supplemental information is identified by italic, bold text.

**A.   NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.**

1.   Debra Bouricius
    c/o Paula Greisen and Hunter Swain
    King & Greisen, LLP
    1670 York Street
    Denver, CO 80206
    Telephone: (303) 298-9878
    Facsimile: (303) 298-9879
    greisen@kinggreisen.com
    swain@kinggreisen.com

Ms. Bouricius is the Plaintiff in this action and is expected to know about her job performance, the circumstances surrounding her separation from employment, and other issues

related to her employment with Mesa County. Ms. Bouricius will know about the circumstances giving rise to her Charges of Discrimination, and she may have knowledge of other material facts at issue in this lawsuit.

    2.    Frank Whidden
          c/o Alicia W. Severn and Michael C. Santo
          Bechtel Santo & Severn
          205 North 4th Street, Suite 300
          Grand Junction, Colorado 81501
          Telephone: (970) 683-5888
          Facsimile: (970) 683-5887
          severn@bechtelsanto.com
          santo@bechtelsanto.com

Contact with Mr. Whidden is to be arranged through Mesa County's counsel at a mutually convenient date and time. Mr. Whidden was Mesa County's Administrator and Director of Human Resources during the relevant time period and will have information regarding Mesa County's policies, practices, and procedures, Ms. Bouricius's Charges of Discrimination and responses to those Charges, Ms. Bouricius's job performance, Ms. Bouricius's separation from employment, and other issues related to the claims made by Ms. Bouricius in her Complaint and defenses asserted by Mesa County.

    3.    Any witness listed or identified by any other party to this action.

    4.    Any witness disclosed by further discovery.

    5.    Any expert witness(es).

    6.    Any rebuttal witness(es).

**B.**    **LISTING AND DESCRIPTION OF DOCUMENTS AND TANGIBLE THINGS.**

The following documents are produced with Defendant's initial disclosures:

1. Colorado Civil Rights Division charge file (DEF 1—461).

2. Work Share Agreement between the Equal Employment Opportunity Commission and the Colorado Civil Rights Division (DEF 462—467).

3. EEOC Handbook (DEF 468—569).

4. Response to Request for Information, with attachments (DEF 570—927).

5. Letter from King & Greisen, LLP to Teresa Devlin, Compliance Investigator, dated May 22, 2017 (DEF 928—938).

6. Documents from the Equal Employment Opportunity Commission (DEF 939—942).

7. Debra Bouricius's personnel file (DEF 943—1190).

8. Documents from the Colorado Civil Rights Division (DEF 1191—1211).

9. Senior Business Systems Analyst job description (DEF 1212—1214).

10. January 1, 2016 to January 1, 2017 insurance document (DEF 1215—1283).

11. Boulder County property records (DEF 5263-5317).

*12.* Records from Boulder County regarding benefits offered to employees in 2017 and 2018 (DEF *6816-8375*).

**C.  DESCRIPTION AND COMPUTATION OF DAMAGES.**

Defendant requests judgment in this matter as follows:

a. That judgment be entered against Plaintiff on all claims;

b. That Defendant be awarded its reasonable costs, including attorneys' fees, incurred in defending this action;

c. Such other relief as the Court deems appropriate.

**D.  INSURANCE AGREEMENT**

3

Pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iv), Defendant Mesa County states that it has an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgement in the action or to indemnify or reimburse for payments made to satisfy the judgement. See DEF 1215-1283.

**E.     CERTIFICATION**

I hereby certify that to the best of my knowledge, information and belief, formed after reasonable inquiry, that the above Initial Disclosure is complete and correct as of the date set forth below.

Respectfully submitted this 16th day of July, 2019.

BECHTEL SANTO & SEVERN

By: *s/Alicia W. Severn*
Alicia W. Severn, #42432
Michael C. Santo, #24083
205 N. 4th Street, Suite 300
Grand Junction, Colorado 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURES** pleading was served this 16th day of July 2019, via electronic, to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the documents referenced in this **DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURES** was served this 16th day of July 2019, via U.S. Mail, postage prepaid, to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff

                *s/ Alicia W. Severn*
                Alicia W. Severn, attorney