# EXHIBIT 4

# Deposition Excerpts from Janine Corsi

Case No. 1:18-cv-01144-DDD-STV   Document 165-4   filed 09/22/20   USDC Colorado   pg 2 of 8

Debra Bouricius                                                    JANINE CORSI
Mesa County, et al.                                              April 22, 2019

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-001144-WYD-STV

_____

DEPOSITION OF:   JANINE CORSI
                 April 22, 2019
_____

DEBRA BOURICIUS,

Plaintiff,

vs.

MESA COUNTY, BY AND THROUGH THE MESA COUNTY
BOARD OF COUNTY COMMISSIONERS,

Defendant.
_____

PURSUANT TO NOTICE AND AGREEMENT, the deposition of JANINE CORSI was taken on behalf of the Plaintiff at 1670 York Street, Denver, Colorado, on April 22, 2019, at 10:53 a.m., before Linda L. Frizzell, Registered Professional Reporter and Notary Public within Colorado.

Debra Bouricius                                                    JANINE CORSI
Mesa County, et al.                                             April 22, 2019

Page 48

1   Q. So you walk in and there's just a guy sitting
2   there?
3   A. Yeah.
4   Q. And McKay, did she walk in with Whidden?
5   A. She was kind of there seeing if everybody was
6   there, and then she didn't come to the meeting. There
7   was no HR person there.
8   Q. Okay. Now, did Whidden shut the door?
9   A. Yes.
10  Q. What did he do next?
11  A. From what I recall, he just sat down and said,
12  This is the hardest thing I've ever had to do, I'm just
13  paraphrasing, the County needs to save half a million
14  dollars or $500,000. Your jobs have been terminated.
15      And at the time, my husband thought we were
16  being outsourced. I don't think he got that we were
17  being fired. So he's -- he's kind of confused I think.
18  I just remember seeing him across the table, and --
19  anyway, I said something about, Well, it looks like you
20  are just firing all the oldest people. And he said,
21  That's not the -- Frank said, That's not the case. And I
22  said, Well, look around.
23  Q. Did he look around?
24  A. No. He was just, Oh, no, that's not the case.
25  Q. And he was seated down; is that correct?

Debra Bouricius                                           JANINE CORSI
Mesa County, et al.                                     April 22, 2019

Page 60

1  I think people are afraid to talk to us.  They didn't
2  want to jeopardize their employment at the County.
3       Q.  Is that --
4       A.  I think it's just natural that people still have
5  to work there.  They want to think the best of their
6  employer.  I didn't want to bring anybody down.
7       **Q.  Do you have any experience, or have you ever**
8  **heard that Mesa County retaliates against people who**
9  **participated?**
10      A.  No, I haven't -- I haven't heard of any
11  retaliation.  I know there's been other cases settled
12  with age discrimination that people in DHS and Cindy
13  Enos-Martinez have complained and gone to court.  We
14  never had to go to court.  We just settled in mediation,
15  which I guess is kind of unusual.
16      **Q.  Do you know anything personally about anybody's**
17  **age discrimination cases aside from yours and Rick's?**
18          MS. SEVERN:  Object to form.
19      A.  I just know when Stephanie Conley was there, she
20  had a list of people that were over 40, she called it
21  succession planning or something, and Cindy Enos-Martinez
22  was working in HR, she knew about this list and thought
23  it was part of her -- she ended up getting terminated,
24  and she thought it was part of her complaint that they
25  had discriminated against her, you know, because they're

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Debra Bouricius  JANINE CORSI
Mesa County, et al.  April 22, 2019

Page 61

1   over 40.
2      Q.  (BY MS. BISBEE) Did you hear that from
3   **Ms. Enos-Martinez, or is that something you saw in a**
4   **document?**
5      A.  I just saw it online, but I heard about the list
6   when I was working there.
7      Q.  Okay.
8      A.  I think it was in the Sentinel too.  I'm not
9   sure.  And the people from the DHS, Diane Rice was one of
10  them, I knew her a little bit from work and from
11  quilting.  She was also a quilter.  And there's, I think,
12  three women that are pretty high up at DHS that were
13  terminated and ended up filing a complaint.
14     Q.  Based on their ages?
15     A.  I think so.
16     Q.  How big is Mesa County?
17     A.  We had maybe 900 users.  I think probably 1,000
18  employees.
19     Q.  I mean, is it -- is it a small community or --
20     A.  Yeah, the County itself is a big geographic
21  area, but there -- when we first moved there, there was
22  less than 100,000 people and it's grown a lot since then,
23  but --
24     Q.  Okay.
25     A.  -- it's still a small community.

Debra Bouricius   JANINE CORSI
Mesa County, et al.   April 22, 2019

Page 64

1   Q. And then you did talk to Lori from our office to
2   get the actual day squared away today; is that correct?
3   A. Yes, yes.
4   Q. You didn't have any other conversations with her
5   about the allegations in the complaint?
6   A. No.
7   Q. And you didn't have any conversations with me
8   about the allegations in the complaint. Is that true?
9   A. That's true.
10  Q. Do you believe that Mesa County has a pattern of
11  terminating older workers?
12      MS. SEVERN: Object to form.
13  A. Yes.
14      MS. BISBEE: All right. I think I'm done.
15      MS. SEVERN: Okay.
16      MS. BISBEE: I would like to take a quick break.
17      MS. SEVERN: Sure.
18      (Recess taken from 12:23 to 12:30 p.m.)
19              EXAMINATION
20  BY MS. SEVERN:
21  Q. Ms. Corsi, before the deposition got going this
22  morning, we had just talked briefly that you're going to
23  be moving soon; is that right?
24  A. Yes.
25  Q. Where are you moving to?

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Debra Bouricius                                             JANINE CORSI
Mesa County, et al.                                       April 22, 2019

Page 87

1                    CERTIFICATE OF DEPONENT

2              I, JANINE CORSI, do hereby certify that I have

3     read the above and foregoing deposition and that the same

4     is a true and accurate transcription of my testimony,

5     except for attached amendments, if any.

6              Amendments attached   (   ) Yes   (   ) No

7

8

9              _____
               JANINE CORSI
10

11

12             The signature above of JANINE CORSI

13    was subscribed and sworn to before me in the county of

14    _____, state of Colorado, this _____ day of

15    _____, 2019.

16

17

18             _____
               Notary Public
19             My commission expires:

20

21

22
      Bouricius v Mesa County, et al., 04/22/19 (sg)
23

24

25

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Page 88

1                    REPORTER'S CERTIFICATE

2

   STATE OF COLORADO    )
3                       )  ss.
   COUNTY OF DENVER     )
4

5              I, LINDA L. FRIZZELL, Registered Professional

6    Reporter and Notary Public, State of Colorado, do hereby

7    certify that previous to the commencement of the

8    examination, the said JANINE CORSI was duly sworn by me

9    to testify to the truth in relation to the matters in

10   controversy between the parties hereto; that the said

11   deposition was taken in machine shorthand by me at the

12   time and place aforesaid and was thereafter reduced to

13   typewritten form, consisting of 88 pages herein; that the

14   foregoing is a true transcript of the questions asked,

15   testimony given, and proceedings had.  I further certify

16   that I am not employed by, related to, nor of counsel for

17   any of the parties herein, nor otherwise interested in

18   the outcome of this litigation.

19             IN WITNESS WHEREOF, I have affixed my signature

20   and seal this 28th day of April, 2019.

21             My commission expires July 27, 2019.

22
               _____
23             Linda L. Frizzell
               Registered Professional Reporter
24             Commission No. 19914008994

25