# EXHIBIT 9

https://www.gjsentinel.com/news/western_colorado/county-manager-contract-includes-provisos/article_953f4734-c955-11e9-b8b4-20677ce85d90.html

Aug 28, 2019 Aug 28, 2019

# County manager contract includes provisos

By CHARLES ASHBY

Bouricius 001630



PETE BAIER He's a 23-year employee of county

The Mesa County commissioners characterized an employment contract with Pete Baier to be the newest county administrator as being the same as previous deals for that top job, but that's not exactly accurate.

There are clauses in Baier's contract that didn't appear in Frank Whidden's, who abruptly resigned earlier this month after being on paid administrative leave for two months.

While both employment contracts cite such standard issues and general duties, some items point to things Whidden was doing that county commissioners have said they didn't like.

One such item bars Baier from seeking outside employment without the express approval of the commission.

"The employee (Baier) shall devote his full time and best efforts to the affairs of the board and Mesa County, and except as expressly permitted by the board, the employee shall not accept any other employment during the term of this agreement," Baier's contract reads. "Nor shall the employee operate or own any business that requires the employee's time or participation beyond nominal participation in family businesses or similar activities."

Unbeknownst to the commissioners, Whidden had created his own marriage and family counseling practice on a master's degree he obtained with taxpayer money.

While the commissioners said they knew, and had approved, Whidden getting some training on mental health issues, they said Whidden told them it was in connection with his dual role as director of the county's human resources department.

They said Whidden never told them he was seeking a full-blown master's degree in marriage and family counseling, something that Commissioner Scott McInnis said in no way correlated to his county duties.

Bouricius 001631

The county had approved paying Whidden $10,000 in tax-free reimbursements for that degree.

"One of the most important things that a board can have is to surround themselves with trustworthy people who can help us achieve our goals and our strategic plan," Commissioner Rose Pugliese said when the board approved Baier's contract on Monday. "Pete is a 23-year employee with Mesa County. He's very familiar with the operations, especially on budget, which is going to be very important for us as we enter into the budget cycle."

Unlike Whidden's employment agreement, Baier's allows the county to fire him if he "is convicted of, or admits to, or enters a plea of nolo contendere to, any crime or offense that is classified as a felony or class one misdemeanor under Colorado law, or that involved fraud, theft, misuse of public property or moral turpitude."

While state court records list no pending civil or criminal cases against Whidden in any county of the state, the Colorado Department of Revenue did obtain a judgment against him in 2015 for failure to pay $2,751 in unpaid income taxes, according to the Mesa County District Court records.

The are no records filed with the court, the county or the state that would indicate those back taxes were ever paid.

The court describes the judgment against Whidden as a "distraint warrant," which allows a government agency to seize and sell property to collect delinquent taxes. But Daniel Carr, spokesman for the Colorado Department of Revenue, said it was more like a judgment against him.

Whidden was making $180,000 a year when he resigned his position.

In his resignation letter, Whidden said he wanted to pursue other opportunities. County officials won't explain any further, saying it was a personnel matter.

That leads to another clause that's in Baier's contract, but wasn't in Whidden's.

"The board may place the employee on administrative leave with pay pending any investigation of a personnel matter," Baier's contract reads.

Bauer's salary is to be the same as Whidden's, $180,000 a year.

Also, unlike Whidden's contract, Baier's says he also can be fired if he violates:

■ Any written policy of the board that might result in significant liability to the county;

■ Anything that might result in the significant harm to the reputation of or dishonor to the county or the board;

■ The standards of conduct that are reasonably expected of a public official in an executive leadership position; or

**Bouricius 001632**

- Any lawful, official order of, or failure to obey any lawful direction of the board "when such violation or failure to obey amounts to an act of insubordination that rises to the level of a serious breach of proper discipline ... (that) result in a loss or damage to Mesa County."

In addition to working as county administrator, Whidden also acted as head of the county's human resources and information technology offices.

Baier, likewise, is to act in a similar dual role. His contract calls for him to continue to be public works director while he holds the top job. He also is to oversee the human resources and IT offices as Whidden did, but only until he can delegate those positions to others.

Bouricius 001633