# EXHIBIT 10

# Deposition Excerpts from Rick Corsi

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-001144-WYD-STV

---

DEPOSITION OF:  RICK CORSI
                April 22, 2019

---

DEBRA BOURICIUS,

Plaintiff,

vs.

MESA COUNTY, BY AND THROUGH THE MESA COUNTY BOARD OF COUNTY COMMISSIONERS,

Defendant.

---

PURSUANT TO NOTICE AND AGREEMENT, the deposition of RICK CORSI was taken on behalf of the Plaintiff at 1670 York Street, Denver, Colorado, on April 22, 2019, at 1:11 p.m., before Linda L. Frizzell, Registered Professional Reporter and Notary Public within Colorado.

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

| Debra Bouricius | RICK CORSI |
|---|---|
| Mesa County, et al. | April 22, 2019 |

Page 68

1  documents?
2      A.  If I'm subpoenaed for them, yes.
3      Q.  Okay.  Fair enough.
4          Did you ever have any conversations with anyone
5  about the age spreadsheet?
6      A.  I believe I had heard about it from Stephanie
7  Conley, and I think Troy would have been there.  I
8  believe that's how it -- how I became aware of it, but
9  I -- I don't recall a specific conversation about it, but
10 I -- I recall that's -- that was the process.
11     Q.  You believe a scenario or a situation happened
12 where you, Stephanie and Conley -- Stephanie Conley and
13 Troy Flick were together discussing the age spreadsheet?
14     A.  Not the -- the existence of it.
15     Q.  Do you, to the best of your recollection, think
16 that this was around the time that it was being created?
17     A.  No, I believe it was later.
18     Q.  Do you recall if it was before or after it
19 became the subject of complaints of age discrimination?
20     A.  I believe it was after it became a subject by
21 Cindy Enos-Martinez.
22     Q.  Do you have any personal knowledge of various
23 individuals like Cindy Enos-Martinez' claims of
24 discrimination?
25         MS. SEVERN:  Object to form.

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 69

1   A.   Yes.  Besides her, there were two or three
2   ladies from Department of Human Services that I believe
3   had complaints about discrimination.  There were other
4   people that I'm aware of that have filed discrimination
5   complaints.
6        Q.   (BY MS. BISBEE) Okay.  Age discrimination?
7        A.   I'm not aware of whether they were age
8   discrimination or other discrimination.
9        Q.   Okay.  Have you ever had any conversation with
10  any individual that has filed an age discrimination
11  complaint against Mesa County?
12            MS. SEVERN:  Object to form.
13       A.   No.  Besides my wife?
14       Q.   (BY MS. BISBEE) Yeah, besides your wife.  The
15  individuals that you listed in your charge, do you
16  recall writing a letter in addition to your charge of
17  discrimination?
18       A.   Yes.
19       Q.   Did you receive that information pursuant to
20  CORA requests that you had made?
21       A.   No, this was knowledge that I had prior.
22       Q.   Okay.  Okay.  Was Debra's -- Debbie's, Deb's
23  performance superior to any of the BSAs?
24       A.   It was superior to some of them, yes.
25       Q.   Okay.  Who?

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 96

1    Q.  Okay.
2    A.  And I was the highest-paid one in the
3  department.
4    Q.  And also the oldest, right?
5    A.  I wasn't the oldest.
6    Q.  No?
7    A.  My wife is older than me.
8    Q.  Okay.  But you're older than Troy Flick?
9    A.  Yes.
10   Q.  And you are older than Lhana Jordan?
11   A.  Yes.
12   Q.  So these are all the reasons that you think your
13 layoff, your termination was based on age discrimination,
14 correct?
15   A.  Yes.
16   Q.  Any other reason that you think it was based on
17 age discrimination?
18   A.  Just some of the comments that have been -- that
19 I had heard, you know.  You don't know there is a pattern
20 until the pattern has been created.  And there has been a
21 pattern of age discrimination at the County over many
22 years.  You could just see.  It's common sense.
23   Q.  Okay.  So the comments you are talking about
24 then is that what we talked about earlier --
25   A.  Yes.

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 172

1  we call waive signature, or she can prepare a draft and
2  send it to you to check for typos and that kind of thing,
3  and then sign it before it's finalized.  So that's up to
4  you.  And it doesn't make a difference to us either way.
5              THE DEPONENT:  I -- it's fine.  I would waive.
6              MS. BISBEE:  Waive.  Okay.  Okay.  Thank you so
7  much.
8              THE REPORTER:  Same orders?
9              MS. SEVERN:  Yes, please.
10             MS. BISBEE:  Same orders.  Yes, please.
11               (The deponent waived reading and signing.)
12               WHEREUPON, the within proceedings were
13  concluded at the approximate hour of 6:10 p.m. on the
14  22nd day of April, 2019.
15                     *     *     *     *     *
16
17
18
19
20
21
22
23
24
25

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

| | |
|---|---|
| Debra Bouricius | RICK CORSI |
| Mesa County, et al. | April 22, 2019 |

Page 173

1                REPORTER'S CERTIFICATE

2

STATE OF COLORADO    )
3                    ) ss.
COUNTY OF DENVER     )

4

5            I, LINDA L. FRIZZELL, Registered Professional

6    Reporter and Notary Public, State of Colorado, do hereby

7    certify that previous to the commencement of the

8    examination, the said RICK CORSI was duly sworn by me to

9    testify to the truth in relation to the matters in

10   controversy between the parties hereto; that the said

11   deposition was taken in machine shorthand by me at the

12   time and place aforesaid and was thereafter reduced to

13   typewritten form, consisting of 173 pages herein; that

14   the foregoing is a true transcript of the questions

15   asked, testimony given, and proceedings had.  I further

16   certify that I am not employed by, related to, nor of

17   counsel for any of the parties herein, nor otherwise

18   interested in the outcome of this litigation.

19           IN WITNESS WHEREOF, I have affixed my signature

20   and seal this 28th day of April, 2019.

21           My commission expires July 27, 2019.

22           _____

23           Linda L. Frizzell
             Registered Professional Reporter
24           Commission No. 19914008994

25