# EXHIBIT 11

# Deposition Excerpts from Lori Marak

```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
Civil Action No. 18-cv-01144-WYD-STV
_____
DEPOSITION OF LORI MARAK
                                           May 10, 2019
_____
DEBRA BOURICIUS,

     Plaintiff,

vs.

MESA COUNTY, by and through the Mesa County Board

of County Commissioners,

     Defendant.
_____


          Pursuant to Notice and the Federal Rules
of Civil Procedure, the deposition of LORI MARAK,
called by Plaintiff, was taken on Friday, May 10,
2019, commencing at 9:13 a.m., at 205 North 4th
Street, Grand Junction, Colorado, before Candice F.
Flowers, Certified Shorthand Reporter and Notary
Public within and for the State of Colorado.
```

Lori Marak   May 10, 2019

28

1   Q   Do you know what her problem was with the
2   2016 layoff?
3   A   I can only speculate that it was just a
4   feeling of uncomfortableness.
5   Q   Did she ever say anything to you?
6   A   Yes, she did.
7   Q   What did she say?
8   A   She wasn't sure she wanted to work for a
9   place like this.
10   Q   Was there something in particular about
11   the layoffs that bothered her that you know of?
12   A   I think it was just that you just came in
13   one day and then six people were let go.
14   Q   Have you ever heard of an age spreadsheet
15   at Mesa County?
16   A   Yes, many times.
17   Q   What is your understanding of what, if
18   any, age spreadsheet you have heard of?
19   A   That there was basically a spreadsheet
20   extracting data out of the payroll system of all
21   employees over 50.
22   Q   How did you learn about this?
23   A   I heard about it from many different
24   people, and I can't recall who.
25   Q   Okay.

Western Colorado Court Reporting   970-778-5711
www.westerncoloradoreporting.com

1     A     It was many years ago.
2     Q     Okay.  So how did everyone come to know
3  about the age spreadsheet?  Did something happen?
4     A     Well, I think the person doing the
5  extraction couldn't technically do it, so there was
6  help garnered from somebody to do it and that's how
7  information got out.
8     Q     Okay.  So I just want to make sure I'm
9  understanding.
10          Payroll would be in HR, right?  Is that
11  where payroll lives?
12     A     Right, but...
13     Q     Did someone in HR need help from someone
14  in IT to do what they were trying to do with the
15  system?
16     A     Like I said before, I don't remember who
17  it was that did it or how I heard, but -- so I
18  don't know the originator of the extraction and I
19  don't know who helped.
20     Q     Okay.  Are you aware if the County used
21  this age spreadsheet in any -- for any purpose?
22     A     I do know at the same time that that came
23  out, there was a big push because of our aging
24  employee population and the cost of benefits and
25  the other costs as far as sick time involved with

Lori Marak   May 10, 2019

30

```
 1  an aging employee and the extra pay since they had
 2  been there forever.  It was an overall issue.
 3       Q    So I'm trying to understand what you're
 4  telling me.
 5            Is it your understanding Mesa County was
 6  looking at the aging workforce as some sort of
 7  problem?
 8       A    That was my assumption and other people's
 9  that knew about the budget and the rumors going
10  around of what they were trying to do and basically
11  what challenges they were up against.  I have no
12  idea whether it was used or not.
13       Q    Okay.  Do you know if Mesa County still
14  keeps on eye on its aging workforce in any way?
15       A    No, I have no idea.
16       Q    Are you aware if, after the age
17  spreadsheet came out, anyone over, let's say, the
18  age of 40 was laid off?
19       A    That was so long ago, I don't recall.
20       Q    Okay.  Let's talk about Debbie Bouricius
21  a little bit.
22            Did you have any problems with Debbie's
23  skills?
24       A    No.
25       Q    Can you generally name some of her
```

## CORRECTION SHEET

Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners.

Case Number: 18-CV-01144-DDD-STV
Deposition of: Lori Marak
Date of Deposition: May 10, 2019

I, LORI MARAK, wish to make the following changes or corrections to my deposition:

| Page | Line | Should Read | Reason |
|---|---|---|---|
| 42 | 16 | Change "sequel" to "SQL." | This response referred to the specific computer/data program SQL. SQL is pronounced like "sequel" but it is a specific computer/data program to which I was referring. |
| 54 | 2 | Change "Kerry" to "Carey." | This reference is to Carey Stieb, who spells his name C-a-r-e-y. |
| 74 | 11 | Update to my response: Later, after the deposition was over, I recalled that an email like this existed. I don't know who sent it other than that it was from someone in IT management. I also don't recall when the email was sent. | At the time of the deposition, I did not think an email existed. After the deposition was over, I recalled that I received an email, and this update is to reflect my later recollection. |

| 79 | 9 | Change "Kerry" to "Carey." | This reference is to Carey Stieb, who spells his name C-a-r-e-y. |

*Lori Marak*          6-13-2019

Lori Marak          Date

STATE OF COLORADO )
                                        )ss.
COUNTY OF MESA       )

Subscribed and sworn before me this __13__ day of June 2019 by Lori Marak.

*Deanna Gohn*

Notary Public

My Commission Expires: 6/12/2020

DEANNA GOHN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #19924001670
My Commission Expires June 12, 2020

```
1    STATE OF COLORADO)
2                     )ss.    REPORTER'S CERTIFICATE
3    COUNTY OF MESA   )
4          I, Candice F. Flowers, do hereby certify that
5    I am a Certified Shorthand Reporter and Notary
6    Public within the State of Colorado; that previous
7    to the commencement of the examination, the
8    deponent was duly sworn to testify to the truth.
9          I further certify that this deposition was
10   taken in shorthand by me at the time and place
11   herein set forth, that it was thereafter reduced to
12   typewritten form, and that the foregoing
13   constitutes a true and correct transcript.
14         I further certify that I am not related to,
15   employed by, nor counsel for any of the parties or
16   attorneys herein, nor otherwise interested in the
17   result of the within action.
18         In witness whereof, I have affixed my
19   signature this 17th day of May, 2019.
20         My commission expires February 14, 2020.
21
22
23                             _____
                               Candice F. Flowers, CSR
24                             671 Alexia Court
                               Grand Junction, CO 81505
25
```