IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-cv-01144-DDD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## PLAINTIFF'S NOTICE OF RESTRICTED FILING

Plaintiff Debra Bouricius, by and through her counsel, Paula Greisen and Meredith A. Munro of KING & GREISEN, LLP, hereby gives notice of filing under Level 1 Restriction, pursuant to D.C.COLO.LCivR 7.2, of Plaintiff's Exhibits 6 and 7 to her Response to Mesa County's Motions in Limine at Doc. 166-1 and 166-2.

Exhibits 6 and 7 contain documents which have been designated by Defendant Mesa County as Confidential pursuant to a Protective Order [Doc. 28]. The undersigned hereby gives notice of this restricted filing.

1

Dated this 22nd day of September 2020.

KING & GREISEN, LLP

*s/ Meredith A. Munro*
Paula Greisen
Meredith A. Munro
1670 York Street
Denver, CO 80206
(303) 298-9878 (voice)
(303) 298-9879 (fax)
greisen@kinggreisen.com
munro@kinggreisen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22d day of September 2020, the foregoing **PLAINTIFF'S NOTICE OF RESTRICTED FILING** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

L. Kathleen Chaney
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO 80237
kchaney@lclaw.net

*Attorneys for Defendant Mesa County*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal
