**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
      Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
          Defendant.

---

**JOINT STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES**

---

The parties, Plaintiff Debra Bouricius, by and through her counsel Paula Greisen and Meredith Munro of KING & GREISEN, LLP, and Defendant Mesa County, by and through their counsel L. Kathleen Chaney of LAMBDIN & CHANEY, LLP, hereby submit this Joint Stipulated Motion to Extend Pretrial Deadlines, and in support thereof states as follows:

1.      On May 18, 2020, this matter was set for a five-day Jury Trial beginning April 12, 2021 [Doc. 153].

2.      On February 12, 2021, this trial date was continued pursuant to GO 2021-3 due to the COVID-19 pandemic.

3.      Several pretrial deadlines and conference dates are approaching based upon the previous trial date beginning April 12, 2021.

4.      Meeting the current pretrial deadlines will force the parties in this matter to expend an enormous amount of time and resources which would need to be duplicated in advance of the new trial date, which has yet to be set.

5.      The parties agree it would be best to postpone expending these resources until a new trial date is set, so as not to duplicate trial preparation time.  Both Mesa County and Ms. Bouricius wish to conserve limited resources and avoid any unnecessary expenditures of attorney fees in this matter.

6.      The parties agree it would be practical and expeditious to extend existing pretrial deadlines, and for these deadlines to be reset once a new date for trial is set.

7.      Neither of the parties nor the court will be prejudiced by granting the relief requested in this Joint Stipulated Motion to Extend Pretrial Deadlines.

**WHEREFORE,** the parties respectfully request this Motion be GRANTED, and for all current pretrial deadlines in this matter to be extended until a new trial date is set.

Respectfully submitted this 16th day of February 2021.

KING & GREISEN, LLP

By: _s/  Paula Greisen_____
Paula Greisen
Meredith A. Munro
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
munro@kinggreisen.com

*Attorneys for Plaintiff*

LAMBDIN & CHANEY, LLP

By: _s/  L. Kathleen Chaney___
L. Kathleen Chaney
4949 S. Syracuse Street, Suite 600
Denver, CO 80237
Telephone: (303) 799-8889
Fax: (303) 799-3700
kchaney@lclaw.net

*Attorneys for Defendant*