IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 18-CV-01144-DDD-STV**

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## JOINT STIPULATED MOTION TO RESET PRETRIAL CONFERENCE

The parties, Plaintiff Debra Bouricius, by and through her counsel Paula Greisen and Meredith Munro of KING & GREISEN, LLP, and Defendant Mesa County, by and through their counsel L. Kathleen Chaney of LAMBDIN & CHANEY, LLP, hereby submit this Joint Stipulated Motion to Reset Pretrial Conference, and in support thereof states as follows:

1. This matter was set for a five-day Jury Trial beginning April 12, 2021, but has been continued pursuant to GO 2021-3 due to the COVID-19 pandemic. The trial date has not been set.

2. The Court entered an order on February 19, 2021 offering the parties the option of converting the trial to a bench trial or scheduling the trial as part of a pilot trial [Doc. 169]. The parties do not elect either option, and informed the Court of this by email on February 17, 2021.

3. On February 16, 2021, the parties filed a Joint Stipulated Motion to Extend Pretrial Deadlines [Doc. 168], which is still pending before the Court.

4. Some of the pretrial deadlines that the parties requested be extended are triggered by the date of the Pretrial Conference, which is currently set for March 18, 2021 at 1:30 p.m. However, in their Joint Stipulated Motion to Extend Pretrial Deadlines [Doc. 168], the parties did not specifically request that the Pretrial Conference be rescheduled.

5. The parties thus file this Joint Stipulated Motion to make clear that they wish to reset the Pretrial Conference, as well, for the same reasons set forth in Doc. 168.

6. Neither of the parties nor the court will be prejudiced by granting the relief requested in this Joint Stipulated Motion to Reset Pretrial Conference.

**WHEREFORE,** the parties respectfully request this Motion be GRANTED, that the Pretrial Conference be reset, and for all current pretrial deadlines in this matter to be extended until a new trial date is set.

Respectfully submitted this 24th day of February 2021.

| KING & GREISEN, LLP | LAMBDIN & CHANEY, LLP |
|---|---|
| By: s/ _Meredith A. Munro_<br>Paula Greisen<br>Meredith A. Munro<br>1670 York Street<br>Denver, CO 80206<br>Telephone: (303) 298-9878<br>Fax: (303) 298-9879<br>greisen@kinggreisen.com<br>munro@kinggreisen.com<br><br>*Attorneys for Plaintiff* | By: s/ _L. Kathleen Chaney_<br>L. Kathleen Chaney<br>4949 S. Syracuse Street, Suite 600<br>Denver, CO 80237<br>Telephone: (303) 799-8889<br>Fax: (303) 799-3700<br>kchaney@lclaw.net<br><br>*Attorneys for Defendant* |