**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Civil Action No. 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY,

    Defendant.

## AMENDMENTS TO TRIAL PREPARATION ORDER

This matter is set for a jury to trial to commence on October 18, 2021, with a Final Pretrial Conference and Trial Preparation Conference (the "Conference") on October 7, 2021. (Doc. 172.)

The pretrial deadlines tied to the date of the Conference remain as set in the Court's Trial Preparation Order (Doc. 138). The Court, however, makes the following amendments to the requirements for the parties' pretrial submissions:

1. When the parties file their proposed jury instructions and verdict forms fourteen days before the Conference (Doc. 138 at 1-2), they must jointly file them as a single integrated set. The parties should attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms. Each instruction should be numbered, and same-subject disputed instructions should be grouped and numbered together (*e.g.*, "Stipulated Instruction No. 1," "Government's Instruction No. 2," "Defendant's Instruction No. 2"). Each numbered instruction must begin on a new page. Each proposed instruction must identify the source of the

- 1 -

instruction and supporting authority. The parties must submit their proposed instructions and verdict forms both via CM/ECF and by email to Domenico_Chambers@cod.uscourts.gov in editable Word format. Proposed verdict forms must be submitted in a separate file from the proposed jury instructions; and

2. When the parties provide the Court with their trial exhibits two business days before trial (Doc. 138 at 2-3), they must provide **two hard copies** (one set of original exhibits and one copy for the bench) and **one electronic copy**. The hard-copy exhibits must be bound in one or more three-ring binders no larger than three inches in width, and the binders must be labeled with the case caption, trial date, and "ORIGINAL" or "COPY." The electronic-copy exhibits may be delivered to the Court on USB flash drive or submitted by email to Domenico_Chambers@cod.uscourts.gov as attachments or via secure download link. Except for any video or audio exhibits, electronic exhibits must be in PDF file format. The file name for each electronic exhibit must include the exhibit number and description (*e.g.*, "Ex 1 - Employment Contract.pdf"). Consult DDD Civ. P.S. II(C) regarding numbering of exhibits.

All other requirements for the parties' pretrial submissions remain as stated in the Court's Trial Preparation Order (Doc. 138).

SO ORDERED.

DATED: September 16, 2021        BY THE COURT:

Hon. Daniel D. Domenico
United States District Judge