| Full name | Home department | Years of service | Position Title | Annual Salary |
|---|---|---|---|---|
| JORDAN, LHANA M. | IT-IT | 15.9 | CUSTOMER SERVICE MANAGER | $80,000.04 |
| UNDERWOOD, DAVID E. | IT-IT | 16.2 | SUPPORT SPECIALIST | $51,874.20 |
| FLICK, TROY L | IT-IT | 17.4 | IT MANAGER | $83,965.44 |
| MARAK, LORI A | IT-IT | 17.4 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| LEVALLEN, KELLY T | IT-IT | 24.4 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| KADEL, CHRIS A | IT-IT | 18.1 | GIS ADMINISTRATOR-SR | $72,894.96 |
| BOYLES, LEILANI A. | IT-IT | 23.7 | WEB ADMINISTRATOR | $72,894.96 |
| KEENE, JOSEPH S. | IT-IT | 14 | WEB ADMINISTRATOR | $70,945.44 |
| MCDOWELL, ELIZABETH K | IT-IT | 5.5 | BUSINESS SYSTEMS ANALYST/GISA | $59,878.20 |
| MITTS, PAUL JOSEPH | IT-IT | 7.4 | TECHNICAL SUPPORT SPEC II | $42,160.79 |
| FARSLOW, ERIC L | IT-IT | 6.7 | SR SUPPORT SPECIALIST | $53,558.97 |
| TARLTON, WILLIAM | IT-IT | 6.3 | SR NETWORK ADMINISTRATOR | $72,894.96 |
| HOTARY, TERRIE J | IT-IT | 4.8 | SR BUSINESS SYSTEMS ANALYST | $62,481.60 |

DEF 61

**EXHIBIT 2**

| DAVISON, RYAN A | IT-IT | 4.7 | GIS ADMINISTRATOR-SR | $62,481.60 |
|---|---|---|---|---|
| CONLON, DEREK J | IT-IT | 4.2 | SUPPORT SPECIALIST | $48,546.27 |
| WETZEL, ANDREW S | IT-IT | 3.2 | NETWORK SPECIALIST | $58,769.16 |
| DALLMAN, JOSHUA B | IT-IT | 2.4 | NETWORK SPECIALIST | $58,769.16 |
| BOYLES, KENAN P | IT-IT | 0.1 | TEMP EMPLOYEE -IT | $9.30 |
| GOLDEN, DEMIER E | IT-IT | 0.3 | TEMP EMPLOYEE -IT | $9.30 |
| MANZANARES, ISABEL R | IT-IT | 0.7 | TEMP EMPLOYEE -IT | $9.30 |
| VICKROY, MICKEY L | IT-IT | 0.2 | SUPPORT SPECIALIST | $48,546.27 |

DEF 62

**EXHIBIT 2**

message too high

| Full name | Home department | Years of service | Position Title | Annual Salary |
|---|---|---|---|---|
| CORSI, JANINE M | IT-IT | 23.5 | NETWORK ADMINISTRATOR | $72,894.96 |
| BOURICIUS, DEBRA ANN | IT-IT | 26.5 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| BARNETT, DAVID A. | IT-IT | 13.5 | SR BUSINESS SYSTEMS ANALYST | $64,501.32 |
| STIEB, CAREY W. | IT-IT | 19.5 | NETWORK ADMINISTRATOR | $72,894.96 |
| HOWERTON, CRISLYNN E | IT-IT | 3.4 | TECHNICAL SUPPORT SPECIALIST | $36,940.09 |
| CORSI, RICK | IT-IT | 21.4 | IT MANAGER | $91,292.52 |

DEF 63

**EXHIBIT 2**