

**MESA COUNTY**

## JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | **Sr. Business Systems Analyst** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Manager** |
| **FLSA Status:** | **Exempt** |
| **Driving Classification:** | **Essential** |
| **Management:** | **Non-Supervisory Responsibility** |

### *JOB SUMMARY:*

Position supports department and county-wide vertical applications. Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; train users; administer documentation activities; conduct project management of contractor work and projects in area of assignment. Provides support for office applications, analyses, and evaluation for business processes.

### *ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Performs project management duties, including; work scheduling, contract management, cost estimates, budget planning, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Provides custom reports, report writing; application software interface, export and import programming for assigned vertical applications.

Coordinate WEB and output interfaces between vertical applications and delivery output.

Manage and implement new technological projects; develop system design, functional specifications, planning, scheduling, training, and testing of system; set priorities and objectives related to projects; write bid specifications; coordinate work schedules to ensure projects are completed efficiently; work with vendors and staff for implementing new systems.

Ensures adherence to security policies and procedures are met for business processes, applications, conversions and implementations.

Provide after hour and on call support for assigned applications.

Coordinate with multiple internal customer groups supporting multiple existing business applications and processes and analyzes the degree to which they meet customer needs; explores opportunities to leverage existing applications to expand their efficiency and effectiveness.

*5*

**DEF 584**

**EXHIBIT 3**

Examines existing business models and data flows, identifies information opportunities and practical solutions, and discusses findings and designs appropriate solutions through use of existing and/or new business systems technology individually or in a team setting.

Participates in and oversees implementation of new systems and enhancements to existing systems, monitoring appropriate schedules and budgets. Develop user manuals and documentation as necessary. Oversee user, IT staff, and supervisory training as necessary to implement technical solutions. Provides ongoing customer support and training as needed.

Coordinates feasibility analysis, planning, development, and implementation of business systems to align information technology solutions with business initiatives.

Develop and manage project startup and implementation plans. Develop business process maps and data flow diagrams as needed. Develop proposed interfaces to existing county data systems as needed.

Work with internal personnel and external vendors in the development of solutions; work with other county departments in analyses of supporting documents and functions, such as contracts and procurement.

Develop testing and implementation schedules, being sensitive to customer needs and other I.T. projects. Communicates with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

Provide hardware and peripheral installation and support.  Provide "second tier" application support as needed, receiving help requests via the Helpdesk tracking system. Coordinates with the Help Desk concerning these requests.

Documents operations, security and procedures for IT application usage and maintenance. Develop application and process standards and procedures.

Document application specific backup and recovery procedures to assure a timely recovery in the case of a failure or disaster recovery.

Prepares Requests for Proposals for recommended business applications and evaluates applications and business process for outsourcing opportunities.

Provides user training via training classes, seminars, over the shoulder and one-on-one training.

Work with vendors and internal personnel in the maintenance and operation of applications.
Maintain user manuals and documentation as necessary.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

***MINIMUM QUALIFICATIONS REQUIRED:***

**Education and Experience:**

Bachelor's degree computer science or a related field and four (4) or more years of responsible related experience in an information systems environment, including computer programming and systems analysis, design, integration, and implementation desired.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**EXHIBIT 3**

**DEF 585**

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**EXHIBIT 3**

**DEF 586**



**MESA COUNTY**

## JOB DESCRIPTION

---

**Job Title:**     **Support Specialist**
**Department:**     **Information Technology**
**Reports To:**     **IT Manager**
**FLSA Status:**     **Non-Exempt**

**Driving Classification:**     **Essential**
**Management:**     **Non-Supervisory Responsibility**

---

### *JOB SUMMARY:*

Provides technical assistance, problem resolution and training to microcomputer users. Duties include assisting users in analyzing needs, identifying hardware/software options, configuring systems and diagnosing/solving usage problems. Conducts training sessions, installs or coordinates installation of hardware and software and maintains knowledge of current hardware/software options.

### *ESSENTIAL JOB FUNCTIONS:*

*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

<u>Assistance, Problem Resolution, Training</u>
Provide resolution for internal service requests received by the Help Desk

Provides "first tier" application support as requested and coordinates requests with the Help Desk.

Escalates and coordinates with other IT personnel when service requests require ("second tier").

Provides ongoing customer support and training, including new user training.

Provides customers with needs analysis support and direction, assists users with hardware and software needs and specifications.

Provides user training via training classes, seminars, "bring your own lunch" sessions, over the shoulder and one-on-one training.

Coordinates with other IT teams developing and assuring resource availability and backup and recovery procedures.

<u>Hardware Support</u>
Configures, installs, maintains and coordinates repairs of computers, including desktops, laptops, and/or notebooks.

Supports and maintains other technology devices, such as desktop telephones, cell and smart phones and/or tablets.

**DEF 1675**

EXHIBIT 3

Supports and maintains computing hardware, such as computer projectors, printers, fax machines and network appliances. Coordinates with vendors for installation, setup, maintenance and replacement of these devices.

Assists users with the daily operations of computer hardware and other devices, such as workstations, keyboards, mice, external monitors, and modems and wireless communications devices.

Software Support
Installs, configures and maintains modern user computer operating system software, updates and upgrades.

Installs, configures and maintains standard county desktop applications, such as Office suites and Internet software. Assists users with understanding software features, such as macros and menus, advanced printing features, and data interchange and linking between applications.

Assists users with the daily operations of department specific applications, including report generation and data extraction/importation.

Oral and written communications must be clear and effective.

Performs other duties as assigned.

**MINIMUM QUALIFICATIONS REQUIRED:**

**Education and Experience:**

Bachelor's degree in computer science or related field and two (2) or more years of progressively responsible related experience in implementing and managing multiple end user hardware and software applications; experience in working with numerous and diverse end users and groups.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:**

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1676**

**EXHIBIT 3**



## JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | **Network Administrator** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Manager** |
| **FLSA Status:** | **Exempt** |
| **Driving Classification:** | **Essential** |
| **Management:** | **Non-Supervisory Responsibility** |

### JOB SUMMARY:

Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems.

### ESSENTIAL JOB FUNCTIONS:
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

### Infrastructure and Security

Coordinate, install, configure and maintain network communication devices and internal wiring infrastructure.  Develop and update network documentation.

Configure, update and monitor network and data security including physical and logical network access for users.  Maintain Internet point of presence, IP address management services, vpn and firewall.  Create and maintain user access and security on multiple platforms including virus protection.  Manage and maintain physical computer room environment.

Monitor and troubleshoot network traffic, performance and availability. Evaluate and assess potential new software.

Assess, monitor and resolve internal and external security vulnerabilities.

### Application Services

Install, configure and maintain all County application servers.  Responsible for applications licensing contract administration.

Provide secure file sharing.  Provide secure email access for internal and external county users. Manage secure, shared printing services including automatic printer driver  installation and configuration.  Install, configure and maintain desktop management suite for pushing down applications, remote control of desktops, and inventory.

**DEF 1661**

**EXHIBIT 3**

***Database Services***

Installs, configures, maintains database management system (dbms) servers.  Administer access to county databases by county personnel and applications.  Create database tables and collections as needed for county and third party application use.  Maintain existing database tables and collections.

***Storage Management***

Maintain and configure site redundant  storage area network.

Manage all storage presented to servers through direct attached, network attached, or storage area network systems.

Provide backup and disaster recovery.

***General***

Install, configure and maintain highly available, redundant servers and make specific recommendations concerning hardware redundancy and software delivery.

Provide 24/7 support for network services and applications.

Communicate with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

***MINIMUM QUALIFICATIONS REQUIRED:***

**Education and Experience:**

Bachelor's degree in computer science or related field and four (4) or more years of related experience.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1662**

**EXHIBIT 3**



## MESA COUNTY

### JOB DESCRIPTION

---

**Job Title:**           **Technical Support Specialist**
**Department:**         **Information Technology**
**Reports To:**          **IT Manager**
**FLSA Status:**         **Non-Exempt**

**Driving Classification:**    **Marginal**
**Management:**         **Non-Supervisory Responsibility**

---

*JOB SUMMARY:*

Provides technical or functional application problem solving advice and follow up to system users via the Mesa County I.T. Helpdesk phone line, giving Mesa County computer users a focal point for inquiry and incident support, help with using county computer based business systems, and management reporting on I.T. service quality. Assists I.T. Desktop Support personnel in providing front line user support with desktop computer and application issues.

*ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Provides reports and information to I.T. Management concerning I.T. service levels, response times, and quality to assist I.T. Management in resource allocation and service capacity planning

**Help Desk Activities:**

Provides county computer users with a central point of contact to receive assistance and report computer issues to I.T.  Manage requests for assistance using tools provided, provide assistance at the time of contact as possible and time permitting

Provides non-emergent assistance and advice to county computer users via FAQs, phone and e-mail. Maintains and assists with maintenance of online information base, including FAQs and Knowledgebase

Routes help desk requests to appropriate I.T. support personnel based on personal computer knowledge and experience, and familiarity with I.T. organizational structure to assure timely and appropriate delivery of I.T. support to county computer users

**Desktop Support:**

Provides county computer users with support in the daily operations of computer desktop and laptop computers, including setup and configuration, daily activities, desktop application operations, and maintenance and diagnostic support.

**Application Support:**

Provides support to users for business application software.

**DEF 1666**

**EXHIBIT 3**

**Training and Documentation:**

Develops or secures written guidelines for handling computer related problems or tasks

Develops policies and procedures related to information systems operation, maintenance and security

Oral and written communications must be clear and effective.

Performs other related duties as assigned

***MINIMUM QUALIFICATIONS REQUIRED:***

**Education and Experience:**

Associates degree or two (2) years of college or technical training in computer science, electronics engineering, telecommunications or a related field and two (2) years of progressively responsible related experience.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1667**

**EXHIBIT 3**



**JOB DESCRIPTION**

| | |
|---|---|
| **Job Title:** | **Business Systems Analyst** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Manager** |
| **FLSA Status:** | **Exempt** |
| | |
| **Driving Classification:** | **Essential** |
| **Management:** | **Non-Supervisory Responsibility** |

### *JOB SUMMARY:*

Position supports department and county-wide applications.  Functions as liaison between various user departments, Information Technology (IT) staff and management, contractors, and vendors.  Investigates, analyzes, evaluates, and manages business processes, user requirements, and prospective solutions (including hardware, software, training and maintenance) for work efforts or IT projects. Provides support for office applications, analyses, and evaluation for assigned aspects of most business processes.

### *ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required.  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Provides custom reports, report writing; programming for assigned vertical applications.

Coordinate WEB and output interfaces between vertical applications and delivery output.

Assists with the implement of  new technological projects; develop system design, functional specifications, planning, scheduling, training, and testing of system; set priorities and objectives related to projects; write bid specifications; coordinate work schedules to ensure projects are completed efficiently; work with vendors and staff for implementing new systems.

Ensures adherence to security policies and procedures are met for business processes, applications, conversions and implementations.

Provide after hour and on call support for assigned applications as required.

Coordinate with multiple internal customer groups supporting multiple existing business applications and processes and analyzes the degree to which they meet customer needs; explores opportunities to leverage existing applications to expand their efficiency and effectiveness.

Examines existing business models and data flows, identifies information opportunities and practical solutions, and discusses findings and designs appropriate solutions through use of existing and/or new business systems technology individually or in a team setting.

Participates in and assists with the implementation of new systems and enhancements to existing systems, monitoring appropriate schedules. Develop user manuals and documentation as necessary. Provides ongoing customer support and training as needed.

**DEF 1668**

**EXHIBIT 3**

Assists in the preparation of  feasibility analysis, planning, development, and implementation of business systems to align information technology solutions with business initiatives.

Assists in with project startup and implementation plans.  Assists with the develop of business process maps and data flow diagrams as needed. Assist with the develop of proposed interfaces to existing county data systems as needed.

Work with internal personnel and external vendors in the development of solutions; work with other county departments in analyses of supporting documents and functions, such as contracts and procurement.

 Communicates with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

Provide hardware and peripheral installation and support.  Provide "second tier" application support as needed, receiving help requests via the Helpdesk tracking system. Coordinates with the Help Desk concerning these requests.

Documents operations, security and procedures for IT application usage and maintenance. Develop application and process standards and procedures.

Provides user training via training classes, seminars, over the shoulder and one-on-one training.

Work with vendors and internal personnel in the maintenance and operation of applications.
Maintain user manuals and documentation as necessary.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

***MINIMUM QUALIFICATIONS REQUIRED:***

**Education and Experience:**

Bachelor's degree computer science or a related field and two (2) or more years of responsible related experience in an information systems environment, including computer programming and systems analysis, design, integration, and implementation desired.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1669**

**EXHIBIT 3**



## MESA COUNTY

### JOB DESCRIPTION

---

**Job Title:**           **Information & Communications Manager**
**Department:**        **Sheriff's Office**
**Reports To:**         **Undersheriff**
**FLSA Status:**       **Exempt**

**Driving Classification:**   **Essential**
**Management:**        **Non-Supervisory Responsibility**

---

*JOB SUMMARY:*

Performs complex work coordinating, establishing and maintaining communication between the agency and its various customers; manages information internally and externally for and about the Mesa County Sheriff's Office; reviews departmental reports, records and data in order to provide information to command staff, members of the public, the media and other department personnel. Provides statistical analyses for all facets of on-going agency functions and activities. Coordinates and participates in programs to promote department services, and provides public education.

*ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Serves as department Public Information Officer which requires writing press releases, fielding and/or answering questions concerning specific situations, conducting media tours, or meeting with the press. Coordinates media press conferences and arranges interviews regarding agency issues and activities.

Attends Command Staff meetings with department executive staff, participates in planning, controlling, and directing department activities, functions and obligations.

Responds to requests for information from members of the public, all media sources, other agencies and department personnel, both on the phone and in person. Writes and distributes authorized press releases, public service announcements and other publications.

Responds to requests for research projects by media sources. Conceptualizes scope of and conducts research. Creates presentations of the research results for the media.

Participates in discussions about information to be released on sensitive cases or ongoing criminal or internal investigations.

At crime scenes and critical incident command situations, serves as Public Information Officer (PIO) with duties to include fielding and/or answering media questions, conducting media tours of scene, handling media requests and managing media access to scene, writing and issuing media releases, assisting incident commander(s) with management of information, and documenting scene for historical archival purposes.

**DEF 1670**

**EXHIBIT 3**

At crime scenes and critical incident command situations, may serve as Planning or Logistical support, as identified in the Incident Command System.  Planning duties include assisting incident commander(s) in development of action plan for incident, collecting and evaluating information concerning incident, maintaining resource status, and documenting incident events.  Logistical duties include providing and/or arranging for resources, services or other types of support to meet incident needs.

Serves as member of Command Staff and serves as advisor to the Sheriff in the development of programs and special projects.  Participates in strategic planning and organizational development.

Provides statistical analyses for agency activities.  Statistics may be drawn from all aspects of agency activity, including progress analyses, crime analyses, tactical analyses, division progress analyses, and personnel analyses.

Receives requests for statistical information from Command Staff and the public.  Must conceptualize the method for gathering information, interview employees as to their participation in the gathering, collect information, create databases of spreadsheets to hold information, analyze information for relevance, and create presentations of information (often using computer-generated graphics).  This information is used in-house or is released to the public.

Responds to requests for assistance from citizens concerning administrative or public service matters.  Refers citizen requests to appropriate employees within the Department or to appropriate sources outside the Department.

Performs tours of the agency and specific public appearances including public speaking engagements.

Develops and monitors agency's public relations communication plan.

Serves as agency representative on a variety of internal and external committees as assigned.

Oversees development of agency Internet web sites.

Provides support to the agency in the development and implementation of agency promotional assessment processes.  Assists in external recruitment and hiring activities as requested.

Uses existing software to develop and utilizes databases and/or spreadsheets to analyze and prepare reports.

Serves as data support for Command Staff, particularly during press conferences and interviews.  Assists Command Staff in preparing for lectures and presentations.

Assists Command Staff in budget development; assists Command Staff to conceptualize and create budget presentations to County officials.  Performs research for statistics used in these presentations.

Confers with representatives of other law enforcement agencies for comparative statistical research.

Performs research at outside facilities for historical/archival information having relevance to statistical research being conducted within the Department.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

**_MINIMUM QUALIFICATIONS REQUIRED:_**

**Education and Experience:**

**DEF 1671**

EXHIBIT 3

Bachelor's degree in public relations, data analysis, journalism, communications, statistics or related field and two (2) years of related experience

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 10 pounds.

Work is generally confined to a standard office environment.

**DEF 1672**

**EXHIBIT 3**



## MESA COUNTY

### JOB DESCRIPTION

---

**Job Title:**              **Senior Support Specialist**
**Department:**          **Information Technology**
**Reports To:**           **IT Manager**
**FLSA Status:**         **Non-Exempt**

**Driving Classification:**   **Marginal**
**Management:**              **Supervisory Responsibility**

---

### *JOB SUMMARY:*

Provides technical assistance, problem resolution and training to microcomputer users. Duties include assisting users in analyzing needs, identifying hardware/software options, configuring systems and diagnosing/solving usage problems. Conducts training sessions, installs or coordinates installation of hardware and software and maintains knowledge of current hardware/software options. Collaborates with network team on administration of Virtual Desktop environment.

### *ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Assistance, Problem Resolution, Training
Provide resolution for internal service requests received by the Help Desk

Provides "first tier" application support as requested and coordinates requests with the Help Desk.

Escalates and coordinates with other IT personnel when service requests require ("second tier").

Provides ongoing customer support and training, including new user training.

Provides customers with needs analysis support and direction, assists users with hardware and software needs and specifications.

Provides user training via training classes, seminars, "bring your own lunch" sessions, over the shoulder and one-on-one training.

Coordinates with other IT teams developing and assuring resource availability and backup and recovery procedures.

Hardware Support
Configures, installs, maintains and coordinates repairs of computers, including desktops, laptops, and/or notebooks.

Supports and maintains other technology devices, such as PDA devices, desktop telephones, cell and smart phones.

**DEF 1673**

**EXHIBIT 3**

Supports and maintains computing hardware, such as computer projectors, printers, fax machines and network appliances. Coordinates with vendors for installation, setup, maintenance and replacement of these devices.

Assists users with the daily operations of computer hardware and other devices, such as workstations, keyboards, mice, external monitors, and modems and wireless communications devices.

Collaborates with Network team in the administration of the Virtual Desktop Environment including virtual desktop image creation, OS and application upgrades maintenance, and thin/zero-client management.

<u>Software Support</u>
Installs, configures and maintains modern user computer operating system software, updates and upgrades.

Installs, configures and maintains standard county desktop applications, such as office suites and Internet software. Assists users with understanding software features, such as macros and menus, advanced printing features, and data interchange and linking between applications.

Assists users with the daily operations of department specific applications, including report generation and data extraction/importation.

Performs other duties as assigned.

***MINIMUM QUALIFICATIONS REQUIRED:***

**Education and Experience:**

Bachelor's degree in computer science or related field and four (4) or more years of progressively responsible related experience in implementing and managing multiple end user hardware and software applications; experience in working with numerous and diverse end users and groups.

Prefer at least 2 years' experience within organization, as a Support Specialist or other IT position.

Experience working with Virtual Desktops and thin/zero-clients

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after-hours/modified work scheduling may be required to accomplish project goals.

**DEF 1674**

**EXHIBIT 3**



**MESA COUNTY**

## JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | **Technical Support Specialist II** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Manager** |
| **FLSA Status:** | **Non-Exempt** |
| **Driving Classification:** | **Marginal** |
| **Management:** | **Non-Supervisory Responsibility** |

### JOB SUMMARY:

Provides technical or functional application problem solving advice and follow up to system users via the Mesa County I.T. Helpdesk phone line, giving Mesa County computer users a focal point for inquiry and incident support, help with using county computer based business systems, and management reporting on I.T. service quality. Assists I.T. Desktop Support personnel in providing front line user support with desktop computer and application issues.

### ESSENTIAL JOB FUNCTIONS:
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Provides reports and information to I.T. Management concerning I.T. service levels, response times, and quality to assist I.T. Management in resource allocation and service capacity planning

**Help Desk Activities:**

Provides county computer users with a central point of contact to receive assistance and report computer issues to I.T.  Manage requests for assistance using tools provided, provide assistance at the time of contact as possible and time permitting

Provides non-emergent assistance and advice to county computer users via FAQs, phone and e-mail. Maintains and assists with maintenance of online information base, including FAQs and "cheat sheets"

Routes help desk requests to appropriate I.T. support personnel based on personal computer knowledge and experience, and familiarity with I.T. organizational structure to assure timely and appropriate delivery of I.T. support to county computer users

**Desktop Support:**

Provides county computer users with support in the daily operations of computer desktop and laptop computers, including setup and configuration, daily activities, desktop application operations, and maintenance and diagnostic support.

**DEF 1677**

EXHIBIT 3

**System Administration/Analysis:**

Installs, configures, troubleshoots and administers software application environments

Analyzes and makes recommendations on department processes and information flow

Assists departments in workflow analysis and offers resultant re-engineering solutions

**Support:**

Provides technical support to users for systems development software tools and business application software.

Develops or secures written guidelines for handling computer related problems or tasks

Develops policies and procedures related to information systems operation, maintenance and security

Oral and written communications must be clear and effective.

Performs other related duties as assigned

***MINIMUM QUALIFICATIONS REQUIRED:***

**Education and Experience:**

Associates degree or two (2) years of college or technical training in computer science, electronics engineering, telecommunications or a related field and two (2) years of experience.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1678**

**EXHIBIT 3**



## JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | **Web Administrator** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Manager** |
| **FLSA Status:** | **Exempt** |
| | |
| **Driving Classification:** | **Marginal** |
| **Management:** | **Non-Supervisory Responsibility** |

### JOB SUMMARY:

WEB application, Content Management and WEB database programmer.  Develops and customize WEB pages, applications and other software applications.  Supports the development, implementation, and maintenance of the County's Internet and Intranet applications utilizing the Content Management System (CMS).  Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of information into a comprehensive database.

### ESSENTIAL JOB FUNCTIONS:

*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required.  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Plan, develop, coordinate, and modify system applications (WEB design, navigation, and graphics) for implementation to create a comprehensive internet/intranet system for County departments and various agencies.

Install, administer, develop, customize, and provide training for CMS.

Assist in the development, customization and training for audio and video applications.

Performs project administration duties, including; work scheduling, contract management, cost estimates, budget preparation, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Works closely with GIS, Document Imaging and Electronic Document Management and applications teams to develop custom applications.

Performs systems and/or management analysis to define potential WEB applications for departments.

Confers with and acts as the department's liaison with departmental and agency staff to determine current automated or manual systems, defines needs, coordinates system integration, and defines required output and use documentation.

Plans and sequences processing steps for database creation, application, display, and document production; related performs complex system modeling activities to ensure appropriate program development and system coordination and application utility; installs and modifies software and software updates ensuring that these conform to system specifications.

**DEF 1679**

**EXHIBIT 3**

Trains development employees on update and editing functions related to WEB applications individually and in groups.

Monitors usage, determines their potential effect upon the agencies system, and recommends procedural and equipment changes to ensure system updating.

Assist and support Channel 12.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

**MINIMUM QUALIFICATIONS REQUIRED:**

**Education and Experience:**

Bachelor's degree in computer science or related field and four (4) or more years of progressively responsible related experience in WEB applications.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:**

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1680**

**EXHIBIT 3**



**JOB DESCRIPTION**

| | |
|---|---|
| **Job Title:** | **Customer Service Manager** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Director** |
| **FLSA Status:** | **Exempt** |
| | |
| **Driving Classification:** | **Marginal** |
| **Management:** | **Supervisory Responsibility** |

*JOB SUMMARY:*

Maximizes customer operational performance by providing help desk resources and technical advice; resolving problems; disseminating advisories, warnings, and new techniques; detecting, diagnosing and correcting problems.  Responsible for hiring, training, motivating, and supervising the Technical Support Team (Help Desk) and Support Team (Support Specialists).  Responsible for CSM budget, county wide IT purchasing, and shipping and receiving of the majority of hardware and software for end users county wide. Responsible for building and maintaining excellent relationships with all customer constituencies.

*ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required.  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Determines customer service requirements by maintaining contact with customers; visiting operational environments; conducting surveys; forming focus groups; benchmarking best practices; analyzing information and applications.

Improves customer service quality results by studying, evaluating, and re-designing processes; establishing and communicating service metrics; monitoring and analyzing results; implementing changes.

Achieves customer service objectives by contributing customer service information and recommendations to strategic plans and reviews; preparing and completing action plans; implementing production, productivity, quality, and customer-service standards; resolving problems; completing audits; identifying customer service trends; determining system improvements; implementing change.

Accomplishes customer service human resource objectives by recruiting, selecting, orienting, training, assigning, scheduling, coaching, counseling, and disciplining employees; communicating job expectations; planning, monitoring, appraising, and reviewing job contributions; planning and reviewing compensation.

Meets customer service financial objectives by forecasting requirements; preparing an annual budget; scheduling expenditures; analyzing variances; initiating corrective actions.

Updates job knowledge by participating in educational opportunities; reading professional publications; maintaining personal networks; participating in professional organizations.

Accomplishes information systems and organization mission by completing related results as needed.

**DEF 1681**

EXHIBIT 3

Maintains excellent communications skills.

Performs other duties as assigned.

**MINIMUM QUALIFICATIONS REQUIRED:**

**Education and Experience:**

Bachelor's degree or six (6) or more years of related experience.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:**

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1682**

**EXHIBIT 3**



# MESA COUNTY
## JOB DESCRIPTION

| | |
|---|---|
| **Job Title:** | **GIS Administrator – Sr.** |
| **Department:** | **Information Technology** |
| **Reports To:** | **IT Manager** |
| **FLSA Status:** | **Exempt** |
| | |
| **Driving Classification:** | **Marginal** |
| **Management:** | **Non-Supervisory Responsibility** |

## *JOB SUMMARY:*

GIS application and database programmer.  Develop and customize ArcIMS, ArcSDE and other GIS software applications.  Supports the development, implementation, and maintenance of the County's geographic information system (GIS).  Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of geographic information into a comprehensive database.

## *ESSENTIAL JOB FUNCTIONS:*

*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required.  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Develops and customizes web and geo-database GIS applications.

Plan, develop, coordinate, and modify systems for implementation to create a comprehensive geographic information system for County departments and various local agencies.

Performs project administration duties, including; work scheduling, contract management, cost estimates, budget preparation, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Works closely with Webmaster, Document Imaging and Electronic Document Management and applications teams to develop custom applications.

Performs systems and/or management analysis to define potential GIS applications for County departments.

Confers with and acts as the department's liaison with departmental and agency staff to determine current automated or manual systems, defines needs, coordinates system integration, and defines required output and use documentation.

Acts as project team leader on projects involving the examination, selection, installation and implementation of high-tech applications.

Plans and sequences processing steps for geographic database creation, application, display, and document production; performs complex system modeling activities to ensure appropriate program development and system coordination and application utility; installs and modifies software and software updates ensuring that these conform to system specifications.

**DEF 1683**

EXHIBIT 3

Trains development employees on update and editing functions related to GIS applications individually and in groups.

Monitors developments in the field of geographic information system usage, determines their potential effect upon the agencies system, and recommends procedural and equipment changes to ensure system updating.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

**MINIMUM QUALIFICATIONS REQUIRED:**

**Education and Experience:**

Bachelor's degree in computer science or related field and four (4) or more years of progressively responsible related experience in GIS hardware and software applications.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**Licenses and Certifications:**

GIS Certification (desired)

**PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:**

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

Duties may require some outdoor field work.

**DEF 1684**

**EXHIBIT 3**



**MESA COUNTY**

## JOB DESCRIPTION

---

**Job Title:**           GIS Administrator
**Department:**          Information Technology
**Reports To:**          IT Manager
**FLSA Status:**         Exempt

**Driving Classification:**   Marginal
**Management:**          Non-Supervisory Responsibility

---

### JOB SUMMARY:

GIS application and database developer.  Develop and customize ArcIMS, ArcSDE and other GIS software applications under limited direction from senior level GIS Administrator.  Maintains complex geographic databases and data sets.  Assists in the development, implementation, training and maintenance of the County's geographic information system (GIS).  Responsibilities entail assisting with the ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of geographic information into a comprehensive database.  Also may involve the coordination, and participation in community GIS projects including statistical and geographic analysis of spatial data.

### ESSENTIAL JOB FUNCTIONS:

*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required.  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Collaborates in the development and customizing of web and geo-database GIS applications.

Plan, develop, coordinate, and modify systems for implementation to create a comprehensive geographic information system for County departments and various local agencies.

Performs project administration duties, including; work scheduling, cost estimates, budget preparation, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Works closely with Webmaster, Document Imaging and Electronic Document Management and applications teams to develop custom applications.

Assists in developing budgets, spending plans, and revenue analyses for capital and operational expenditures associated with geographic information system applications, shared databases, and demographic analysis products.

Performs systems and/or management analysis to define potential GIS applications for County departments.

Confers with and acts as the department's liaison with departmental and agency staff to determine current automated or manual systems, defines needs, coordinates system integration, and defines required output and use documentation.

**DEF 1685**

EXHIBIT 3

Acts as the County contact and liaison with Federal, State and local governments and entities on the development, coordination and statistical analysis of special data.  Coordinates the development of complex data sets for population, growth, development and census projects.  Project lead responsible for managing people and resources.

Plans and sequences processing steps for geographic database creation, application, display, and document production; performs complex system modeling activities to ensure appropriate program development and system coordination and application utility; installs and modifies software and software updates ensuring that these conform to system specifications.

Trains employees on update and editing functions related to GIS applications individually and in groups.

Monitors developments in the field of geographic information system usage, determines their potential effect upon the agencies system, and recommends procedural and equipment changes to ensure system updating.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

*MINIMUM QUALIFICATIONS REQUIRED:*

**Education and Experience:**

Bachelor's degree in computer science, geography or related field and two (2) or more years of progressively responsible related experience in GIS hardware and software applications.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**Licenses and Certifications:**

GIS Certification (desired)

*PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:*

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.  Duties may require some outdoor field work.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1686**

**EXHIBIT 3**



**JOB DESCRIPTION**

---

**Job Title:**         **Business Systems Analyst III**
**Department:**       **Information Technology**
**Reports To:**        **IT Manager**
**FLSA Status:**      **Exempt**

**Driving Classification:**  **Essential**
**Management:**       **Non-Supervisory Responsibility**

---

*JOB SUMMARY:*

Position supports department and countywide vertical applications.  Functions as the liaison between various user departments; Information Technology (IT) staff and management; contractors, and vendors. Investigates, analyzes, evaluates, and manages business processes and user requirements; administers and maintains assigned system applications; conducts or oversees programming, design and development activities and prospective solutions. Responsible for applications security; training users; administer documentation activities; conduct project management of contractor work and projects in area of assignment.  Utilizes organizational knowledge to streamline business and department processes as well as utilizes existing software where appropriate to meet changing county needs.

*ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required.  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Performs project management duties, including; work scheduling, contract management, cost estimates, budget planning, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Provides custom reports, report writing; application software interface, export and import programming for assigned vertical applications.

Coordinate WEB and output interfaces between vertical applications and delivery output.

Manage and implement new technological projects; develop system design, functional specifications, planning, scheduling, training, and testing of system; set priorities and objectives related to projects; write bid specifications; coordinate work schedules to ensure projects are completed efficiently; work with vendors and staff for implementing new systems.

Ensures adherence to security policies and verifies procedures are met for business processes, applications, conversions and implementations.

Provide after hour and on call support for assigned applications.

Coordinate with multiple internal customer groups supporting multiple existing business applications and processes and analyzes the degree to which they meet customer needs; explores opportunities to leverage existing applications to expand their efficiency and effectiveness.

**DEF 1687**

**EXHIBIT 3**

Examines existing business models and data flows, identifies information opportunities and practical solutions, and discusses findings and designs appropriate solutions through use of existing and/or new business systems technology individually or in a team setting.

Participates in and oversees implementation of new systems and enhancements to existing systems, monitoring appropriate schedules and budgets. Develop user manuals and documentation as necessary. Oversee user, IT staff, and supervisory training as necessary to implement technical solutions. Provides ongoing customer support and training as needed.

Coordinates feasibility analysis, planning, development, and implementation of business systems to align information technology solutions with business initiatives.

Develop and manage project startup and implementation plans. Develop business process maps and data flow diagrams as needed. Develop proposed interfaces to existing county data systems as needed.

Work with internal personnel and external vendors in the development of solutions; work with other county departments in analyses of supporting documents and functions, such as contracts and procurement.

Develop testing and implementation schedules, being sensitive to customer needs and other I.T. projects. Communicates with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

Provide hardware and peripheral installation and support.  Provide "third tier" application support as needed, receiving help requests via the Helpdesk tracking system.

Documents operations, security and procedures for IT application usage and maintenance. Develop application and process standards and procedures.

Document application specific backup and recovery procedures to assure a timely recovery in the case of a failure or disaster recovery.

Prepares Requests for Proposals for recommended business applications and evaluates applications and business process for outsourcing opportunities.

Provides user training via training classes, seminars, over the shoulder and one-on-one training.

Work with vendors and internal personnel in the maintenance and operation of applications.
Maintain user manuals and documentation as necessary.

Oral and written communications must be clear and effective.

Performs other related duties as assigned.

**MINIMUM QUALIFICATIONS REQUIRED:**

**Education and Experience:**

Bachelor's degree computer science or a related field and four (4) or more years of responsible related experience in an information systems environment, including computer programming and systems analysis, design, integration, and implementation desired.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**DEF 1688**

**EXHIBIT 3**

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**EXHIBIT 3**



## JOB DESCRIPTION

---

**Job Title:**            **GIS Administrator II**
**Department:**           **Information Technology**
**Reports To:**           **IT Manager**
**FLSA Status:**          **Exempt**

**Driving Classification:**   **Marginal**
**Management:**              **Non-Supervisory Responsibility**

---

### *JOB SUMMARY:*

GIS application and database programmer.  Develop and customize ArcIMS, ArcSDE and other GIS software applications.  Supports the development, implementation, and maintenance of the County's geographic information system (GIS).  Work involves ongoing analysis and modification of the system to meet departmental needs including the assimilation of a variety of geographic information into a comprehensive database.

### *ESSENTIAL JOB FUNCTIONS:*

*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required.  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

Develops and customizes web and geo-database GIS applications.

Plan, develop, coordinate, and modify systems for implementation to create a comprehensive geographic information system for County departments and various local agencies.

Performs project administration duties, including; work scheduling, contract management, cost estimates, budget preparation, delegation of tasks, coordination of work, review of work and approval of application designs and tasks.

Works closely with Webmaster, Document Imaging and Electronic Document Management and applications teams to develop custom applications.

Performs systems and/or management analysis to define potential GIS applications for County departments.

Confers with and acts as the department's liaison with departmental and agency staff to determine current automated or manual systems, defines needs, coordinates system integration, and defines required output and use documentation.

Acts as project team leader on projects involving the examination, selection, installation and implementation of high-tech applications.

Plans and sequences processing steps for geographic database creation, application, display, and document production; performs complex system modeling activities to ensure appropriate program development and system coordination and application utility; installs and modifies software and software updates ensuring that these conform to system specifications.

**DEF 1690**

**EXHIBIT 3**

Trains development employees on update and editing functions related to GIS applications individually and in groups.

Monitors developments in the field of geographic information system usage, determines their potential effect upon the agencies system, and recommends procedural and equipment changes to ensure system updating.

Performs other related duties as assigned.

**MINIMUM QUALIFICATIONS REQUIRED:**

**Education and Experience:**

Bachelor's degree in computer science or related field and four (4) or more years of progressively responsible related experience in GIS hardware and software applications.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**Licenses and Certifications:**

GIS Certification (desired)

**PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:**

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

Duties may require some outdoor field work.

**DEF 1691**

EXHIBIT 3



## MESA COUNTY

### JOB DESCRIPTION

**Job Title:**       **Senior Network Administrator**
**Department:**       **Information Technology**
**Reports To:**       **IT Manager**
**FLSA Status:**       **Exempt**

**Driving Classification:**       **Essential**
**Management:**       **Non-Supervisory Responsibility**

*JOB SUMMARY:*

Installs, maintains, and monitors the operation of the organization's local, storage and wide area networks (LAN/SAN/WAN). Evaluates vendor products in hardware, software, and connectivity equipment and recommends purchases consistent with the organization's short and long term objectives. Recommends and implements LAN/SAN/WAN policies and standards and ensures adherence to security procedures. Performs troubleshooting, diagnosis, and repairs/fixes for network hardware and software related problems. Provides a platform of highly redundant and available servers with disaster recovery planning.

*ESSENTIAL JOB FUNCTIONS:*
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required. Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

### Infrastructure and Security

Coordinate, install, configure and maintain network communication devices and internal wiring infrastructure. Develop and update network documentation. Provide for redundant communication to critical sites. Provide redundant communication to the Internet and for Internet based services. Configure site to site tunnels with outside agencies as needed.

Configure, update and monitor network and data security including physical and logical network access for users. Maintain Internet point of presence, IP address management services, vpn and firewall. Create and maintain user access and security on multiple platforms including virus protection. Manage and maintain physical computer room environment. Maintain Access Control Lists, Network Access Control and Intrusion Detection Services.

Monitor and troubleshoot network traffic, performance and availability. Evaluate and assess potential new software.

Assess, monitor and resolve internal and external security vulnerabilities.

### Application Services

Install, configure and maintain all County application servers. Responsible for applications licensing contract administration.

Provide secure file sharing. Provide secure email access for internal and external county users. Manage secure, shared printing services including automatic printer driver  installation and configuration. Install,

**DEF 1692**

EXHIBIT 3

configure and maintain desktop management suite for pushing down applications, remote control of desktops, and inventory.

Install, Configure and Maintain a redundant, highly available, highly scalable system of servers to provide quick and easy deployment of application servers.  Maintain a disaster recovery plan with defined Recovery Point Objectives and Recovery Time Objectives that are testable.

### Database Services

Installs, configures, maintains database management system (dbms) servers.  Administer access to county databases by county personnel and applications.  Create database tables and collections as needed for county and third party application use.  Maintain existing database tables and collections.

### Storage Management

Maintain and configure site redundant  storage area network which is highly redundant and highly available

Manage all storage presented to servers through direct attached, network attached, or storage area network systems.

Provide backup,, replication and archival storage targets.

### General

Install, configure and maintain highly available, redundant servers and make specific recommendations concerning hardware redundancy and software delivery.

Manage project deadlines and budgetary requirements.

Provide 24/7 support for network services and applications.

Communicate with affected users and groups, as well as the I.T. Helpdesk, concerning application downtime during updates and upgrades.

Oral and written communications must be clear and effective.

Provide problem solving assistance to less-experienced employees

Provide mentoring and training to lower level Network Administrators

Performs other related duties as assigned.

### MINIMUM QUALIFICATIONS REQUIRED:

**Education and Experience:**

Bachelor's degree in computer science or related field and six (6) or more years of related experience.

Certifications in industry relevant areas such as Networking, Server Administration, Database administration and Storage Administration.

Prefer at least 3 years experience within organization, at a lower Network Administration or other IT position.

**DEF 1693**

**EXHIBIT 3**

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

***PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:***

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after hours/modified work scheduling may be required to accomplish project goals.

**DEF 1694**

**EXHIBIT 3**



**MESA COUNTY**

## JOB DESCRIPTION

---

**Job Title:**            **Senior Support Coordinator**
**Department:**          **Information Technology**
**Reports To:**          **IT Manager**
**FLSA Status:**         **Non-Exempt**

**Driving Classification:**   **Marginal**
**Management:**          **Non-Supervisory Responsibility**

---

### JOB SUMMARY:

Provides technical assistance, problem resolution and training to computer users. Duties include assisting users in analyzing needs, identifying hardware/software options, configuring systems and diagnosing/solving usage problems. Conducts training sessions, installs or coordinates installation of hardware and software and maintains knowledge of current hardware/software options.  Provides administrative support for new hardware/software purchases.  Works closely with both outside vendors and internal staff to maintain compliance with Mesa County's purchasing policy.

### ESSENTIAL JOB FUNCTIONS:
*(The following duty statements are illustrative of the essential functions of the job and do not include other non-essential or marginal duties that may be required.  Mesa County reserves the right to modify or change the duties or essential functions of this job at any time. All responsibilities may not be performed by all incumbents.)*

<u>Assistance, Problem Resolution, Training</u>
Provide resolution for internal service requests received by the Help Desk

Provides "first tier" application support as requested and coordinates requests with the Help Desk.

Escalates and coordinates with other IT personnel when service requests require ("second tier").

Provides ongoing customer support and training, including new user training.  Works closely with Business System Analyst team to identify training opportunities internally.

Provides customers with needs analysis support and direction, assists users with hardware and software needs and specifications.

Provides user training via training classes, seminars, "bring your own lunch" sessions, over the shoulder and one-on-one training.

Coordinates with other IT teams developing and assuring resource availability and backup and recovery procedures.

<u>Hardware Support</u>
Configures, installs, maintains and coordinates repairs of computers, including desktops, laptops, and/or tablets.

Supports and maintains other technology devices, such as desktop telephones, cell and smartphones.

**DEF 1695**

**EXHIBIT 3**

Supports and maintains computing hardware, such as computer projectors, printers, fax machines and network appliances. Coordinates with vendors for installation, setup, maintenance and replacement of these devices.

Assists users with the daily operations of computer hardware and other devices, such as workstations, keyboards, mice, external monitors, and modems and wireless communications devices.

Collaborates with Network team in the administration of the Virtual Desktop Environment including virtual desktop image creation, OS and application upgrades maintenance, and thin/zero-client management.

Software Support
Installs, configures and maintains modern user computer operating system software, updates and upgrades.

Installs, configures and maintains standard county desktop applications, such as Microsoft Office Suite and Internet software. Assists users with understanding software features, such as macros and menus, advanced printing features, and data interchange and linking between applications.

Assists users with the daily operations of department specific applications, including report generation and data extraction/importation.

Performs other duties as assigned.

**MINIMUM QUALIFICATIONS REQUIRED:**

**Education and Experience:**

Bachelor's degree in computer science or related field and four (4) or more years of progressively responsible related experience in implementing and managing multiple end user hardware and software applications; experience in working with numerous and diverse end users and groups.

Prefer at least 2 years' experience within organization, as a Support Specialist or other IT position.

Experience/knowledge of purchasing policy and associated administrative functions.

Any combination of education, training and experience which provides the knowledge, skills and abilities required for the job.

**PHYSICAL REQUIREMENTS AND WORKING ENVIRONMENT:**

This position requires standing, stooping, sitting, bending, twisting, and lifting up to 25 pounds.

Work is generally confined to a standard office environment.  Employee may be exposed to possible bodily injury from electrical shock.

Some after-hours/modified work scheduling may be required to accomplish project goals.

**DEF 1696**

**EXHIBIT 3**