IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissions,

    Defendant.

## JURY INSTRUCTIONS

Pursuant to this Court's Amendments to Trial Preparation Order, dated September, 16, 2021 [Doc. 174], Plaintiff Debra Bouricius, by and through her attorneys, and Defendant Mesa County, by and through its attorneys, hereby submit, in one pleading, all proposed Jury Instructions. Exhibit A attached hereto contains the stipulated jury instructions. Exhibit B attached hereto contains Defendant's proposed unstipulated jury instructions. Exhibit C attached hereto contains Plaintiff's proposed unstipulated jury instructions. Exhibit D attached hereto contains Defendant's proposed verdict form. Exhibit E attached hereto contains Plaintiff's proposed verdict form.

DATED this 23rd day of September, 2021.

                                                    s/ Karen B. Rogers, Esq.
                                                  L. Kathleen Chaney, #29358
                                                  Karen B. Rogers, #45991
                                                  LAMBDIN & CHANEY, LLP
                                                  4949 South Syracuse Street, Suite 600
                                                  Denver, CO 80237
                                                  (303) 799-8889

(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net
*Attorneys for Defendant Mesa County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2021, a true and correct copy of the foregoing Stipulated Jury Instructions was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen, Esq.: greisen@kinggreisen.com
Meredith Munro, Esq.: munro@kinggreisen.com
*Attorneys for the Plaintiff*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

s/ Karen B. Rogers, Esq.
Karen B. Rogers, Esq.