IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissions,

    Defendant.

## VERDICT FORM

    Do you find from a preponderance of the evidence:

    1.    Has Plaintiff proved by a preponderance of evidence that her age was the determinative factor that prompted Defendant to lay her off?

    Answer Yes or No_____

    Note: If you answered "No" to Question No. 1, you need not answer the remaining questions.

    2.    Has Plaintiff proved by a preponderance of evidence that Defendant's stated reason for its treatment of Plaintiff was a "pretext" as defined in Instruction No. ___ to cover up age discrimination?

    Answer Yes or No_____

    Note: If you answered "No" to Question No. 2, you need not answer the remaining questions.

1

3. Did Plaintiff prove by a preponderance of evidence that she suffered damages as defined in Instruction No. ___?

Answer Yes or No_____

Note: If you answered "No" to Question No. 3, you need not answer the remaining questions.

4. What is the total amount of damages, as defined in Instruction No. ___, that you find Defendant is liable to pay Plaintiff as a result of her lay-off?

Answer $_____

Signatures of All Jurors:

_____    _____

_____    _____

_____    _____

_____    _____

_____