# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

       Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

       Defendant.

---

**DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURES**

---

Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County"), by and through its attorneys, provide the following first supplemental disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and Fed.R.Civ.P. 26(e). Supplemental information is identified by italic, bold text.

**A.  NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**.

1.  Debra Bouricius
    c/o Paula Greisen and Hunter Swain
    King & Greisen, LLP
    1670 York Street
    Denver, CO 80206
    Telephone: (303) 298-9878
    Facsimile: (303) 298-9879
    greisen@kinggreisen.com
    swain@kinggreisen.com

Ms. Bouricius is the Plaintiff in this action and is expected to know about her job performance, the circumstances surrounding her separation from employment, and other issues

related to her employment with Mesa County. Ms. Bouricius will know about the circumstances giving rise to her Charges of Discrimination, and she may have knowledge of other material facts at issue in this lawsuit.

> 2.  Frank Whidden
> c/o Alicia W. Severn and Michael C. Santo
> Bechtel Santo & Severn
> 205 North 4th Street, Suite 300
> Grand Junction, Colorado 81501
> Telephone: (970) 683-5888
> Facsimile: (970) 683-5887
> severn@bechtelsanto.com
> santo@bechtelsanto.com

Contact with Mr. Whidden is to be arranged through Mesa County's counsel at a mutually convenient date and time. Mr. Whidden was Mesa County's Administrator and Director of Human Resources during the relevant time period and will have information regarding Mesa County's policies, practices, and procedures, Ms. Bouricius's Charges of Discrimination and responses to those Charges, Ms. Bouricius's job performance, Ms. Bouricius's separation from employment, and other issues related to the claims made by Ms. Bouricius in her Complaint and defenses asserted by Mesa County.

> 3.  Any witness listed or identified by any other party to this action.

> 4.  Any witness disclosed by further discovery.

> 5.  Any expert witness(es).

> 6.  Any rebuttal witness(es).

**B.   LISTING AND DESCRIPTION OF DOCUMENTS AND TANGIBLE THINGS.**

The following documents are produced with Defendant's initial disclosures:

1.      Colorado Civil Rights Division charge file (DEF 1—461).

2.      Work Share Agreement between the Equal Employment Opportunity Commission and the Colorado Civil Rights Division (DEF 462—467).

3.      EEOC Handbook (DEF 468—569).

4.      Response to Request for Information, with attachments (DEF 570—927).

5.      Letter from King & Greisen, LLP to Teresa Devlin, Compliance Investigator, dated May 22, 2017 (DEF 928—938).

6.      Documents from the Equal Employment Opportunity Commission (DEF 939—942).

7.      Debra Bouricius's personnel file (DEF 943—1190).

8.      Documents from the Colorado Civil Rights Division (DEF 1191—1211).

9.      Senior Business Systems Analyst job description (DEF 1212—1214).

**10.      *January 1, 2016 to January 1, 2017 insurance document (DEF 1215—1283).***

**C.      DESCRIPTION AND COMPUTATION OF DAMAGES.**

Defendant requests judgment in this matter as follows:

a.      That judgment be entered against Plaintiff on all claims;

b.      That Defendant be awarded its reasonable costs, including attorneys' fees, incurred in defending this action;

c.      Such other relief as the Court deems appropriate.

**D.      INSURANCE AGREEMENT**

Pursuant to ***Fed.R.Civ.P. 26(a)(1)(A)(iv)***, Defendant Mesa County states that it has an insurance agreement under which an insurance business may be liable to satisfy all or part of a

3

possible judgement in the action or to indemnify or reimburse for payments made to satisfy the judgement. ***See DEF 1215-1283***.

E.       **CERTIFICATION**

I hereby certify that to the best of my knowledge, information and belief, formed after reasonable inquiry, that the above Initial Disclosure is complete and correct as of the date set forth below.

Respectfully submitted this 13th day of August, 2018.

BECHTEL SANTO & SEVERN

By: _s/Alicia W. Severn_
Alicia W. Severn, #42432
Michael C. Santo, #24083
205 N. 4th Street, Suite 300
Grand Junction, Colorado   81501
Telephone:   (970) 683-5888
Facsimile:   (970) 683-5887
Attorneys for Defendant

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURES** pleading and associated document was served this 13th day of August 2018, via electronic mail, to the following:

Hunter Swain
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-CV-01144-WYD-STV

**DEBRA BOURICIUS,**

       Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

       Defendant.

---

**DEFENDANT'S AMENDED SECOND SUPPLEMENTAL DISCLOSURES**

---

     Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County"), by and through its attorneys, provides the following amended second supplemental disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and Fed.R.Civ.P. 26(e). Supplemental information is identified by italic, bold text.

    **A.    NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**.

1.    Debra Bouricius
    c/o Paula Greisen and Hunter Swain
    King & Greisen, LLP
    1670 York Street
    Denver, CO 80206
    Telephone: (303) 298-9878
    Facsimile: (303) 298-9879
    greisen@kinggreisen.com
    swain@kinggreisen.com

     Ms. Bouricius is the Plaintiff in this action and is expected to know about her job performance, the circumstances surrounding her separation from employment, and other issues

related to her employment with Mesa County. Ms. Bouricius will know about the circumstances giving rise to her Charges of Discrimination, and she may have knowledge of other material facts at issue in this lawsuit.

> 2.     Frank Whidden
> c/o Alicia W. Severn and Michael C. Santo
> Bechtel Santo & Severn
> 205 North 4th Street, Suite 300
> Grand Junction, Colorado 81501
> Telephone: (970) 683-5888
> Facsimile: (970) 683-5887
> severn@bechtelsanto.com
> santo@bechtelsanto.com

Contact with Mr. Whidden is to be arranged through Mesa County's counsel at a mutually convenient date and time. Mr. Whidden was Mesa County's Administrator and Director of Human Resources during the relevant time period and will have information regarding Mesa County's policies, practices, and procedures, Ms. Bouricius's Charges of Discrimination and responses to those Charges, Ms. Bouricius's job performance, Ms. Bouricius's separation from employment, and other issues related to the claims made by Ms. Bouricius in her Complaint and defenses asserted by Mesa County.

> 3.     Any witness listed or identified by any other party to this action.

> 4.     Any witness disclosed by further discovery.

> 5.     Any expert witness(es).

> 6.     Any rebuttal witness(es).

**B.    LISTING AND DESCRIPTION OF DOCUMENTS AND TANGIBLE THINGS.**

The following documents are produced with Defendant's initial disclosures:

1.      Colorado Civil Rights Division charge file (DEF 1—461).

2.      Work Share Agreement between the Equal Employment Opportunity Commission and the Colorado Civil Rights Division (DEF 462—467).

3.      EEOC Handbook (DEF 468—569).

4.      Response to Request for Information, with attachments (DEF 570—927).

5.      Letter from King & Greisen, LLP to Teresa Devlin, Compliance Investigator, dated May 22, 2017 (DEF 928—938).

6.      Documents from the Equal Employment Opportunity Commission (DEF 939—942).

7.      Debra Bouricius's personnel file (DEF 943—1190).

8.      Documents from the Colorado Civil Rights Division (DEF 1191—1211).

9.      Senior Business Systems Analyst job description (DEF 1212—1214).

10.     January 1, 2016 to January 1, 2017 insurance document (DEF 1215—1283).

***11.     Boulder County property records (DEF 5263-5317).***

**C.      DESCRIPTION AND COMPUTATION OF DAMAGES.**

Defendant requests judgment in this matter as follows:

a.      That judgment be entered against Plaintiff on all claims;

b.      That Defendant be awarded its reasonable costs, including attorneys' fees, incurred in defending this action;

c.      Such other relief as the Court deems appropriate.

**D.      INSURANCE AGREEMENT**

Pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iv), Defendant Mesa County states that it has

3

an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgement in the action or to indemnify or reimburse for payments made to satisfy the judgement. See DEF 1215-1283.

**E.    CERTIFICATION**

I hereby certify that to the best of my knowledge, information and belief, formed after reasonable inquiry, that the above Initial Disclosure is complete and correct as of the date set forth below.

Respectfully submitted this 8th day of November, 2018.

BECHTEL SANTO & SEVERN

By: _s/Alicia W. Severn_ _____
 Alicia W. Severn, #42432
 Michael C. Santo, #24083
 205 N. 4th Street, Suite 300
 Grand Junction, Colorado 81501
 Telephone: (970) 683-5888
 Facsimile: (970) 683-5887
 Attorneys for Defendant

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S AMENDED SECOND SUPPLEMENTAL DISCLOSURES** pleading and associated documents were served this 8th day of November 2018, via electronic mail, to the following:

Hunter Swain
Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
swain@kinggreisen.com
greisen@kinggreisen.com
Attorneys for Plaintiff

_s/ Alicia W. Severn_____
Alicia W. Severn, attorney

5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-CV-01144-DDD-STV

**DEBRA BOURICIUS,**

        Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

        Defendant.

---

**DEFENDANT'S THIRD SUPPLEMENTAL DISCLOSURES**

---

Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County"), by and through its attorneys, provides the following third supplemental disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and Fed.R.Civ.P. 26(e). Supplemental information is identified by italic, bold text.

**A.** **NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**.

1.    Debra Bouricius
      c/o Paula Greisen and Hunter Swain
      King & Greisen, LLP
      1670 York Street
      Denver, CO 80206
      Telephone: (303) 298-9878
      Facsimile: (303) 298-9879
      greisen@kinggreisen.com
      swain@kinggreisen.com

Ms. Bouricius is the Plaintiff in this action and is expected to know about her job performance, the circumstances surrounding her separation from employment, and other issues

related to her employment with Mesa County. Ms. Bouricius will know about the circumstances giving rise to her Charges of Discrimination, and she may have knowledge of other material facts at issue in this lawsuit.

> 2.    Frank Whidden
> c/o Alicia W. Severn and Michael C. Santo
> Bechtel Santo & Severn
> 205 North 4th Street, Suite 300
> Grand Junction, Colorado 81501
> Telephone: (970) 683-5888
> Facsimile: (970) 683-5887
> severn@bechtelsanto.com
> santo@bechtelsanto.com

Contact with Mr. Whidden is to be arranged through Mesa County's counsel at a mutually convenient date and time. Mr. Whidden was Mesa County's Administrator and Director of Human Resources during the relevant time period and will have information regarding Mesa County's policies, practices, and procedures, Ms. Bouricius's Charges of Discrimination and responses to those Charges, Ms. Bouricius's job performance, Ms. Bouricius's separation from employment, and other issues related to the claims made by Ms. Bouricius in her Complaint and defenses asserted by Mesa County.

> 3.    Any witness listed or identified by any other party to this action.

> 4.    Any witness disclosed by further discovery.

> 5.    Any expert witness(es).

> 6.    Any rebuttal witness(es).

**B.    LISTING AND DESCRIPTION OF DOCUMENTS AND TANGIBLE THINGS.**

The following documents are produced with Defendant's initial disclosures:

1.      Colorado Civil Rights Division charge file (DEF 1—461).

2.      Work Share Agreement between the Equal Employment Opportunity Commission and the Colorado Civil Rights Division (DEF 462—467).

3.      EEOC Handbook (DEF 468—569).

4.      Response to Request for Information, with attachments (DEF 570—927).

5.      Letter from King & Greisen, LLP to Teresa Devlin, Compliance Investigator, dated May 22, 2017 (DEF 928—938).

6.      Documents from the Equal Employment Opportunity Commission (DEF 939—942).

7.      Debra Bouricius's personnel file (DEF 943—1190).

8.      Documents from the Colorado Civil Rights Division (DEF 1191—1211).

9.      Senior Business Systems Analyst job description (DEF 1212—1214).

10.     January 1, 2016 to January 1, 2017 insurance document (DEF 1215—1283).

11.     Boulder County property records (DEF 5263-5317).

*12.    **Records from Boulder County regarding benefits offered to employees in 2017 and 2018 (DEF 6584-8142).***

**C.      DESCRIPTION AND COMPUTATION OF DAMAGES.**

Defendant requests judgment in this matter as follows:

a.      That judgment be entered against Plaintiff on all claims;

b.      That Defendant be awarded its reasonable costs, including attorneys' fees, incurred in defending this action;

c.      Such other relief as the Court deems appropriate.

**D.      INSURANCE AGREEMENT**

3

Pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iv), Defendant Mesa County states that it has an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgement in the action or to indemnify or reimburse for payments made to satisfy the judgement. See DEF 1215-1283.

**E.      CERTIFICATION**

I hereby certify that to the best of my knowledge, information and belief, formed after reasonable inquiry, that the above Initial Disclosure is complete and correct as of the date set forth below.

Respectfully submitted this 12th day of July, 2019.

BECHTEL SANTO & SEVERN

By: _s/Alicia W. Severn_
Alicia W. Severn, #42432
Michael C. Santo, #24083
205 N. 4th Street, Suite 300
Grand Junction, Colorado 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
Attorneys for Defendant

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S THIRD SUPPLEMENTAL DISCLOSURES** pleading was served this 12th day of July 2019, via electronic, to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the documents referenced in this **DEFENDANT'S THIRD SUPPLEMENTAL DISCLOSURES** was served this 12th day of July 2019, via hand-delivery, to the following:

Reception for:
Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff


*s/ Alicia W. Severn*
Alicia W. Severn, attorney

6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-CV-01144-DDD-STV

**DEBRA BOURICIUS,**

       Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

       Defendant.

---

**DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURES**

---

Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County"), by and through its attorneys, provides the following fourth supplemental disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and Fed.R.Civ.P. 26(e) upon request from Ms. Bouricius's counsel. Supplemental information is identified by italic, bold text.

**A.** **NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**.

1.      Debra Bouricius
      c/o Paula Greisen and Hunter Swain
      King & Greisen, LLP
      1670 York Street
      Denver, CO 80206
      Telephone: (303) 298-9878
      Facsimile: (303) 298-9879
      greisen@kinggreisen.com
      swain@kinggreisen.com

Ms. Bouricius is the Plaintiff in this action and is expected to know about her job performance, the circumstances surrounding her separation from employment, and other issues

related to her employment with Mesa County. Ms. Bouricius will know about the circumstances giving rise to her Charges of Discrimination, and she may have knowledge of other material facts at issue in this lawsuit.

> 2.    Frank Whidden
>        c/o Alicia W. Severn and Michael C. Santo
>        Bechtel Santo & Severn
>        205 North 4th Street, Suite 300
>        Grand Junction, Colorado 81501
>        Telephone: (970) 683-5888
>        Facsimile: (970) 683-5887
>        severn@bechtelsanto.com
>        santo@bechtelsanto.com

Contact with Mr. Whidden is to be arranged through Mesa County's counsel at a mutually convenient date and time. Mr. Whidden was Mesa County's Administrator and Director of Human Resources during the relevant time period and will have information regarding Mesa County's policies, practices, and procedures, Ms. Bouricius's Charges of Discrimination and responses to those Charges, Ms. Bouricius's job performance, Ms. Bouricius's separation from employment, and other issues related to the claims made by Ms. Bouricius in her Complaint and defenses asserted by Mesa County.

> 3.    Any witness listed or identified by any other party to this action.

> 4.    Any witness disclosed by further discovery.

> 5.    Any expert witness(es).

> 6.    Any rebuttal witness(es).

**B.    LISTING AND DESCRIPTION OF DOCUMENTS AND TANGIBLE THINGS.**

The following documents are produced with Defendant's initial disclosures:

1.      Colorado Civil Rights Division charge file (DEF 1—461).

2.      Work Share Agreement between the Equal Employment Opportunity Commission and the Colorado Civil Rights Division (DEF 462—467).

3.      EEOC Handbook (DEF 468—569).

4.      Response to Request for Information, with attachments (DEF 570—927).

5.      Letter from King & Greisen, LLP to Teresa Devlin, Compliance Investigator, dated May 22, 2017 (DEF 928—938).

6.      Documents from the Equal Employment Opportunity Commission (DEF 939—942).

7.      Debra Bouricius's personnel file (DEF 943—1190).

8.      Documents from the Colorado Civil Rights Division (DEF 1191—1211).

9.      Senior Business Systems Analyst job description (DEF 1212—1214).

10.      January 1, 2016 to January 1, 2017 insurance document (DEF 1215—1283).

11.      Boulder County property records (DEF 5263-5317).

*12.*      Records from Boulder County regarding benefits offered to employees in 2017 and 2018 (DEF *6816-8375*).

## C.      DESCRIPTION AND COMPUTATION OF DAMAGES.

Defendant requests judgment in this matter as follows:

a.      That judgment be entered against Plaintiff on all claims;

b.      That Defendant be awarded its reasonable costs, including attorneys' fees, incurred in defending this action;

c.      Such other relief as the Court deems appropriate.

## D.      INSURANCE AGREEMENT

3

Pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iv), Defendant Mesa County states that it has an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgement in the action or to indemnify or reimburse for payments made to satisfy the judgement. See DEF 1215-1283.

**E.      CERTIFICATION**

I hereby certify that to the best of my knowledge, information and belief, formed after reasonable inquiry, that the above Initial Disclosure is complete and correct as of the date set forth below.

Respectfully submitted this 16th day of July, 2019.

BECHTEL SANTO & SEVERN

By: *s/Alicia W. Severn*
Alicia W. Severn, #42432
Michael C. Santo, #24083
205 N. 4th Street, Suite 300
Grand Junction, Colorado 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
Attorneys for Defendant

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURES** pleading was served this 16th day of July 2019, via electronic, to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the documents referenced in this **DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURES** was served this 16th day of July 2019, via U.S. Mail, postage prepaid, to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff

*s/ Alicia W. Severn*
Alicia W. Severn, attorney

6