# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:18-cv-01144-DDD-STV**

**DEBRA BOURICIUS**,

      Plaintiff,

v.

**MESA COUNTY, by and through Mesa County Board of County Commissions,**

      Defendant.

**DEFENDANT'S THIRD SUPPLEMENTAL DISCLOSURES**

Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County") and its undersigned attorneys, provides its third supplemental disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and Fed.R.Civ.P. 26(e).

**A.   NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. **Janet Rowland**
   c/o L. Kathleen Chaney
   LAMBDIN & CHANEY, LLP
   4949 South Syracuse Street, Suite 600
   Denver, CO 80237
   (303) 799-8889
   (303) 799-3700 (facsimile)
   kchaney@lclaw.net

Ms. Rowland is a newly elected County Commissioner of Mesa County. As such, she may have discoverable information regarding various Mesa County policies, practices, and procedures relevant to the parties' claims and defenses.

1

2. **Cody David**
   c/o L. Kathleen Chaney
   LAMBDIN & CHANEY, LLP
   4949 South Syracuse Street, Suite 600
   Denver, CO 80237
   (303) 799-8889
   (303) 799-3700 (facsimile)
   kchaney@lclaw.net

Mr. David is a newly elected County Commissioner of Mesa County. As such, he may have discoverable information regarding various Mesa County policies, practices, and procedures relevant to the parties' claims and defenses.

DATED this 13th day of January, 2021.

/s/ *L. Kathleen Chaney*
L. Kathleen Chaney, #29358
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net; mwiese@lclaw.net
*Attorneys for Defendant Mesa County*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 13th day of January, 2021, a true and correct copy of the foregoing **DEFENDANT'S THIRD SUPPLEMENTAL DISCLOSURES** was served to the following:

Paula Greisen, Esq.: greisen@kinggreisen.com
Meredith A. Munro, Esq.: munro@kinggreisen.com
*Attorneys for the Plaintiff*

                *Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

                s/ *L. Kathleen Chaney*
                L. Kathleen Chaney, Esq.