# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:18-cv-01144-DDD-STV**

**DEBRA BOURICIUS**,

      Plaintiff,

v.

**MESA COUNTY, by and through Mesa County Board of County Commissions,**

      Defendant.

---

### DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURES

---

Defendant Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County") and its undersigned attorneys, provides its fourth supplemental disclosures pursuant to Fed.R.Civ.P. 26(a)(3); Fed.R.Civ.P. 26(e) and D.C.COLO.LCivR 26.1(b)[1]:

1. **Rose Pugliese**
   9580 Lizard Rock Trail
   Colorado Springs, CO 80924

Ms. Pugliese is a former Commissioner of Mesa County.  Ms. Pugliese has knowledge regarding her role as a commissioner; knowledge of the County's financial circumstances; knowledge

---

[1] Defendant does not agree that this supplemental disclosure is necessary as all of these witnesses were well-known to the Plaintiff and are listed as Defendant may-call witnesses in the Final Pretrial Order.  Defendant's prior disclosures included catchall provisions for any witnesses listed by any other party and any witness disclosed by further discovery. With the exception of Patrick Coleman and Kristin Cole, all of these witnesses were disclosed by Plaintiff in her initial disclosures with Mr. McInnis and Ms. Pugliese also identified as individuals that Plaintiff wanted to depose in the Scheduling Order.  All of these witnesses were Plaintiffs' co-employees or were the County Commissioners or County Attorney.  In addition to being well-known and disclosed by Plaintiff, all were identified repeatedly throughout the disclosed documents; were discussed in the depositions; identified in discovery and/or the subject of motions filed with the Court.

of and participation in the process leading to Plaintiff's layoff; and knowledge of Frank Whidden's authority. As such, she may have discoverable information regarding various Mesa County policies, practices, and procedures relevant to the parties' claims and defenses.

    2.  **John Justman**
        1954 K. Road
        Fruita, CO 81521

Mr. Justman is a former County Commissioner of Mesa County. Mr. Justman has knowledge regarding his role as a commissioner; knowledge of the County's financial circumstances; and knowledge of Frank Whidden's position and authority.  As such, he may have discoverable information regarding various Mesa County policies, practices, and procedures relevant to the parties' claims and defenses.

    3. **Scott McInnis**
        c/o L. Kathleen Chaney
        LAMBDIN & CHANEY, LLP
        4949 South Syracuse Street, Suite 600
        Denver, CO 80237
        (303) 799-8889
        (303) 799-3700 (facsimile)
        kchaney@lclaw.net

Mr. McInnis is a County Commissioner of Mesa County. Mr. McInnis has knowledge regarding his role as a commissioner; knowledge of the County's financial circumstances; the Board's role and involvement in employment issues and knowledge of Frank Whidden's position and authority.  As such, he may have discoverable information regarding various Mesa County policies, practices, and procedures relevant to the parties' claims and defenses.

4. **Patrick Coleman**
   895 Celestite Dr.
   Fruita, CO 81521
   (303) 828-7025

Mr. Coleman is the former County Attorney for Mesa County.  Mr. Coleman has knowledge regarding his involvement and direction to Frank Whidden regarding the layoffs and the process; his knowledge of Frank Whidden's reasons to layoff the Plaintiff and any other necessary testimony in rebuttal to Plaintiff's case-in-chief.  As such, he may have discoverable information regarding various Mesa County policies, practices, and procedures relevant to the parties' claims and defenses.

5. **Kristin Cole**
   c/o L. Kathleen Chaney
   LAMBDIN & CHANEY, LLP
   4949 South Syracuse Street, Suite 600
   Denver, CO 80237
   (303) 799-8889
   (303) 799-3700 (facsimile)
   kchaney@lclaw.net

Ms. Cole is a Human Resources Technician for Mesa County.  She has knowledge regarding complaints of Plaintiff's performance to Frank Whidden; Plaintiff's inability to fix issues; improvement in the IT department after Plaitniff's layoff and any other necessary testimony in rebuttal to Plaintiff's case-in-chief. As such, she may have discoverable information regarding the parties' claims and defenses.

6. **Lhana Jordan**
   c/o L. Kathleen Chaney
   LAMBDIN & CHANEY, LLP
   4949 South Syracuse Street, Suite 600
   Denver, CO 80237
   (303) 799-8889
   (303) 799-3700 (facsimile)

kchaney@lclaw.net

Ms. Jordan is an IT Manager for Mesa County. She has knowledge regarding her interactions with Frank Whidden, Plaintiff and others in the IT department; her involvement and knowledge of the reasons why Plaintiff was laid off; the workings of the IT department and any other necessary testimony in rebuttal to Plaintiff's case-in-chief. As such, she may have discoverable information regarding the parties' claims and defenses.

7. **Troy Flick**
   c/o L. Kathleen Chaney
   LAMBDIN & CHANEY, LLP
   4949 South Syracuse Street, Suite 600
   Denver, CO 80237
   (303) 799-8889
   (303) 799-3700 (facsimile)
   kchaney@lclaw.net

Mr. Flick is an IT Manager for Mesa County. He has knowledge regarding his interactions with Frank Whidden, Plaintiff and others in the IT department; his involvement and knowledge of the reasons why Plaintiff was laid off; the workings of the IT department and any other necessary testimony in rebuttal to Plaintiff's case-in-chief. As such, he may have discoverable information regarding the parties' claims and defenses.

8. **Kelly Leuallen**
   c/o L. Kathleen Chaney
   LAMBDIN & CHANEY, LLP
   4949 South Syracuse Street, Suite 600
   Denver, CO 80237
   (303) 799-8889
   (303) 799-3700 (facsimile)
   kchaney@lclaw.net

Ms. Lueallen is a Senior Business Systems Analyst for Mesa County. She has knowledge regarding her interactions with Frank Whidden, Plaintiff and others in the IT department; his

involvement and knowledge of the reasons why Plaintiff was laid off; the workings of the IT department and any other necessary testimony in rebuttal to Plaintiff's case-in-chief. As such, she may have discoverable information regarding the parties' claims and defenses.

9. **Terrie Smith f/n/a Hotary**
c/o L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
kchaney@lclaw.net

Ms. Smith is a Business Systems Analyst for Mesa County. She has knowledge regarding her interactions with Frank Whidden, Plaintiff and others in the IT department; his involvement and knowledge of the reasons why Plaintiff was laid off; the workings of the IT department and any other necessary testimony in rebuttal to Plaintiff's case-in-chief. As such, she may have discoverable information regarding the parties' claims and defenses.

DATED this 16th day of September, 2021.

/s/ *L. Kathleen Chaney*

L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net; mwiese@lclaw.net
*Attorneys for Defendant Mesa County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2021, a true and correct copy of the foregoing **DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURES** was served to the following:

Paula Greisen, Esq.: greisen@kinggreisen.com
Meredith A. Munro, Esq.: munro@kinggreisen.com
*Attorneys for the Plaintiff*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*


s/ *L. Kathleen Chaney*
L. Kathleen Chaney, Esq.