# EXHIBIT 11



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

Approved 03/27/2017

District 1 - John Justman      District 2 - Scott McInnis      District 3 - Rose Pugliese

---

# MINUTES
MONDAY
03/13/2017

ADMINISTRATIVE MEETING
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:07 A.M. Chair Scott McInnis called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Commissioner Rose Pugliese, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Lori Westermire and Janika Harris, Clerks to the Board.  Minutes prepared by Janika Harris.

## Deletions from Agenda

There are no deletions from today's Agenda.

## Additions to Agenda

There are no additions to today's Agenda.

## Approval of Minutes

COMMISSIONER ROSE PUGLIESE MOVED TO APPROVE THE THREE ADMINISTRATIVE HEARING ITEMS, THE ADMINISTRATIVE HEARING MINUTES OF FEBRUARY 27, 2017, THE ADMINISTRATIVE HEARING MINUTES OF MARCH 6, 2017, AND THE EXCUTIVE SESSION OF MARCH 6, 2017 REGARDING THE COLORADO RIVER WATER CONSERVATION DISTRICT; COMMISSIONER JOHN JUSTMAN SECONDED, SO ORDERED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

    M-1.    Administrative Hearing, February 27, 2017

    M-2.    Administrative Hearing, March 06, 2017

**DEF 2051**

M-3.  Executive Session, March 06, 2017, regarding the Colorado River Water Conservation District

**Presentations**

COMMISSIONER JOHN JUSTMAN READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION PROCLAIMING: DEVELOPMENTAL DISABILITIES AWARENESS MONTH MARCH, 2017; COMMISSIONER ROSE PUGLIESE SECONDED, MOTION PASSES.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

P-1.  Proclamation - Developmental Disabilities Awareness Month March, 2017

Doug Sorter, Business Operations and Development Vice President for Strive, spoke of the support from Mesa County and the organization goals and certifications.

**Commissioners' Reports**

Commissioner Justman, Commissioner Pugliese, and Chair McInnis reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

**Consent Agenda**

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE SEVEN CONSENT ITEMS AS PRESENTED; COMMISSIONER ROSE PUGLIESE SECONDED, MOTION PASSES.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

C-1.  Approve a Contract between Mesa County and Colorado West Regional Mental Health, Inc. dba Mind Springs Health, Inc. (MSH) for female residential substance abuse treatment services in amount not to exceed $285,000.00, and authorize the Chair to sign.

C-2.  Approve a Contract between Mesa County and Colorado West Regional Mental Health, Inc. dba Mind Springs Health, Inc. (MSH) and Colorado West Psychiatric Hospital, Inc. dba West Springs Hospital, Inc. (WSH) for indigent psychiatric and detoxification services in an amount not to exceed $238,270.00, and authorize the Chair to sign.

C-3.  Approve a Contract between Mesa County and Siemens Healthcare Diagnostics, Inc. for urinalysis testing products and services locate at the Mesa County Criminal Justice Services Department (CJSD) in an amount not to exceed $80,000.00, and authorize the Chair to sign.

C-4.  Adopt a Resolution of the Board of County Commissioners of Mesa County, Colorado adopting the revised Mesa County Noxious Weed Plan.

C-5.  Approve a Contract between Mesa County and Horizon Vegetation Management, Inc. for herbicide application services for noxious and general weed control in the amount of $72,617.00 and authorize the Chair to sign.

DEF 2052

C-6.   Reappoint Ken Brotsky, Richard Bowman, Robert Jones and Wayne Lizer to the Mesa County Floodplain Board of Appeals for a term of three years ending March 13, 2020.

C-7.   Adopt a Resolution to increase transportation impact fees for 2017.

**Item(s) Needing Individual Consideration**

I-1.   Consider appointing Stephen P. Grant, Sharon Johnson, Les Miller and James Stephens as Hearing Officers to hear all valuation appeals for 2017 and 2018.

Commissioner Pugliese noted this item was continued from the prior week. Each commissioner individually spoke to their opinions regarding the option of the Board hearing the valuation appeals in Mesa County. County Attorney Patrick Coleman provided information on his research and the Open Meetings Act. The commissioners unanimously agreed it would be in the best interest for hearing officers to be appointed to hear the valuation processes. Lori Westermire introduced herself and confirmed the qualifications of the applicants selected for Hearing Officers.

COMMISSIONER ROSE PUGLIESE MOVED TO APPROVE THE APPOINTMENTS OF STEPHEN P. GRANT, SHARON JOHNSON, LES MILLER, AND JAMES STEPHENS AS HEARING OFFICERS TO HEAR ALL VALUATION APPEALS FOR 2017 AND 2018; COMMISSIONER JOHN JUSTMAN SECONDED; MOTION PASSES.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

**Briefing Item(s)**

B-1.   Briefing from the Mesa County Clerk & Recorder, regarding budget. (Sheila Reiner, Mesa County Clerk & Recorder)

Mesa County Clerk and Recorder, Sheila Reiner, spoke regarding her proactive reduction in the 2017 budget, current budget appropriation approved by the Board in December, business increases and impacts to citizens and personnel if required to reduce the budget by an additional 5%. She also discussed her opinion regarding the board's authority to manage how she spends the approved budget.

Commissioner Pugliese, Commissioner Justman, and Chair McInnis each spoke to their concerns regarding the County budget. The Commissioners also offered commendation along with suggestions regarding reductions and spending.

**Unscheduled Business**
The following Mesa County Auto Dealers spoke regarding the impacts of an additional reduction in the Clerk & Recorder's budget: Susan Gregg, co-owner of Mike's Auto; Steve Martin, Two Rivers Motors; Linda Freemen, Clark Auto; Amy Vieira, Western Slope Auto; Megan Doutis, Grand West Kia and former employee of Mesa County Clerk MV.

Ryan presented his concerns for the safety and well-being of the motor vehicle staff.

**Adjourn**

DEF 2053

With no further business to come before the Board, Chair McInnis adjourned the meeting at 10:50 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder



*Janika D Harris*
_____
Janika Harris
Clerk to the Board

_____
Scott McInnis
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

**DEF 2054**

**3-13-17**

**Briefing Item(s)**

B-1. Briefing from the Mesa County Clerk & Recorder, regarding budget. (Sheila Reiner, Mesa County Clerk & Recorder)

Mesa County Clerk and Recorder, Sheila Reiner, spoke regarding her proactive reduction in the 2017 budget, current budget appropriation approved by the Board in December, business increases and impacts to citizens and personnel if required to reduce the budget by an additional 5%. She also discussed her opinion regarding the board's authority to manage how she spends the approved budget.

Commissioner Pugliese, Commissioner Justman, and Chair McInnis each spoke to their concerns regarding the County budget. The Commissioners also offered commendation along with suggestions regarding reductions and spending.

**DEF 2055**



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

Approved 04-10-2017

District 1 - John Justman         District 2 - Scott McInnis         District 3 - Rose Pugliese

# MINUTES
MONDAY
04/03/2017

ADMINISTRATIVE MEETING
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:00 a.m., Chair Scott McInnis called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Lori Westermire, Clerk to the Board.  Minutes prepared by Lori Westermire.  *Note: Commissioner Rose Pugliese attended the meeting via teleconference.*

## Deletions from Agenda

There are no deletions from today's Agenda.

## Additions to Agenda

There are no additions to today's Agenda.

## Approval of Minutes

Chair McInnis requested a motion on the two sets of minutes and Commissioner Justman noted he was excused from the Administrative Hearing on March 27, 2017: CHAIR SCOTT MCINNIS MOVED; COMMISSIONER ROSE PUGLIESE SECONDED, SO MOVED.

For: COMMISSIONER ROSE PUGLIESE, CHAIR SCOTT MCINNIS
No Vote: COMMISSIONER JOHN JUSTMAN

    M-1.    Administrative Hearing, March 27, 2017

    M-2.    Abatement Determination Hearing, March 28, 2017

## Presentations

    P-1.    Proclamation - National Child Abuse Prevention Month, April 2017

**DEF 2058**

COMMISSIONER JOHN JUSTMAN READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION PROCLAIMING: NATIONAL CHILD ABUSE PREVENTION MONTH, APRIL 2017; COMMISSIONER ROSE PUGLIESE SECONDED, APPROVED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

Kari Daggett, Division Director for Child Welfare, Department of Human Services, accepted the Proclamation from Chair McInnis and Commissioner Justman.  She spoke about child abuse and neglect in the community.

P-2.   Proclamation - National Health Care Decisions Day, April 2017

COMMISSIONER JOHN JUSTMAN READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION PROCLAIMING: NATIONAL HEALTH CARE DECISIONS DAY, APRIL 2017; COMMISSIONER ROSE PUGLIESE SECONDED, PASSED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

Chair McInnis and Commissioner Justman presented the Proclamation to Mary Watson from HopeWest; Dyann Walt, Mesa County Human Services; and Erica Eng with Community Hospital. Ms. Watson spoke regarding end-of-life care and the events planned during the month of April. Information regarding National Healthcare Decisions Week was provided to the Board and is on-file at the Mesa County Clerk and Recorder's Office.

**Commissioners' Reports**

Commissioner Pugliese, Commissioner Justman, and Chair McInnis reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

**Consent Agenda**

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE THREE CONSENT AGENDA ITEMS AS PRESENTED; CHAIR SCOTT MCINNIS SECONDED, APPROVED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

C-1.   Authorize the Public Works Director to approve the placement of two Purchase Orders with Ennis Paint Inc. in the amount of $130,560.00 and Potters Industries for $36,360.00 for the Mesa County 2017 Striping Project.

C-2.   Reappoint Connie Mack to the Mesa County Board of Health for a term of five years ending April 3, 2022.

C-3.   Reappoint Tom Benton as a Mesa County appointed Director to the Grand Junction Regional Airport Authority (GJRAA) for a term of four years ending April 3, 2021.

DEF 2059

**Item(s) Needing Individual Consideration**

    I-1.    Adopt a Resolution for Supplementary Budget and Budgetary Transfer.

Eleanor Thomas, Budget Manager, presented the item and discussed details of the proposed Supplementary Budget and Budgetary Transfer.

Mesa County residents speaking on this item included Dennis Simpson and Bill Voss.

Chair McInnis provided additional information regarding the budget, and actions taken by the elected officials and staff to reduce expenditures.

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE ITEM AS PRESENTED; COMMISSIONER ROSE PUGLIESE SECONDED, MOTION PASSES.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

    I-2.    Consider adopting a Resolution Implementing a Convenience Fee for In-Person License Plate Renewal.

Jackie Campbell, Divisions Director, Clerk and Recorder's Office, presented the item and explained the different options for the public to renew license plates and the impacts in-person renewals have on efficiency and wait times.

Mesa County residents speaking on this item included: Michael Day, Kevin McCarney, Ruth Ehlers, and Janice Rich (Mesa County Treasurer).

Chair McInnis, Commissioner Justman and Commissioner Pugliese expressed their views on the item. Sheila Reiner, Mesa County Clerk and Recorder, responded to the comments made by the Board and residents and provided addition information regarding the item.

COMMISSIONER JOHN JUSTMAN MOVED TO DENY THIS REQUEST; COMMISSIONER ROSE PUGLIESE SECONDED, MOTION PASSES.

For: CHAIR SCOTT MCINNIS, COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN

    I-3.    Item continued from the Administrative Hearing of March 27, 2017: Consider approving a Contract between Mesa County and Asset Engineering Limited for the Rehabilitation of the existing Mesa County Animal Services Facility in an amount not to exceed $2,462,000.00, and authorize the Chair to sign.

Greg Linza, Facilities Director; Dennis Berry, Criminal Justice Services Director; and John Potter with the Blythe Group, spoke on the item. Mr. Linza summarized project details, the general contractor agreement, previous building repairs, projected repair costs, soil movement issues, and plans for the temporary facility. Mr. Berry described solutions and options to address the issues at the Animal Services Facility. Mr. Potter provided additional information pertaining to the cost, design processes, and the limited warranty. County Attorney Coleman discussed details of the bid process, the contract, change orders, and the contractor's limited warranty. A discussion was held to review details of the proposed building and floor repairs, ground movement, the guaranteed maximum bid,

**DEF 2060**

warranty concerns, liability insurance limits, and possible risks and costs of delaying the project.

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE ANIMAL SERVICES CONTRACT NOT TO EXCEED $2,462,000.00; CHAIR SCOTT MCINNIS SECONDED and continued to comment on the item; MOTION PASSES 2-1.

For: COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS
Against: COMMISSIONER ROSE PUGLIESE

I-4. Consider for appointment to the Mesa County Executive Fair Board the following applicants: a) Tracy Jackson and b) Daniel Uhrich.  The term is for three years ending April 3, 2020.

The Commissioners discussed the qualifications of the applicants and clarified there is only one appointment available.

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE TRACY JACKSON; CHAIR SCOTT MCINNIS SECONDED, MOTION PASSES.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

**Briefing Item(s)**

There are no Briefing Items.

**Unscheduled Business**

Andrea Metz, Mesa County resident, spoke on various topics during Unscheduled Business.

**Adjourn**

With no further business to come before the Board, Chair McInnis adjourned the meeting at 11:20 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder

*Lori Westermire*
_____
Lori Westermire
Clerk to the Board

_____
Scott McInnis
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

**DEF 2061**



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

Approved: 06-12-2017

District 1 - John Justman          District 2 - Scott McInnis          District 3 - Rose Pugliese

---

# MINUTES
MONDAY
05/22/2017

<u>ADMINISTRATIVE MEETING</u>
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:03 a.m., Chair Scott McInnis called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Commissioner Rose Pugliese, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Lori Westermire, Clerk to the Board.  Minutes prepared by Lori Westermire.

## Deletions from Agenda

There are no deletions from today's Agenda.

## Additions to Agenda

There are no additions to today's Agenda.

## Approval of Minutes

There are no Minutes to approve.

## Presentations

P-1.    Proclamation - Colorado Cattlemen's Association Week, June 11-17, 2017

CHAIR SCOTT MCINNIS READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION PROCLAIMING: COLORADO CATTLEMEN'S ASSOCIATION WEEK, JUNE 11-17, 2017; COMMISSIONER JOHN JUSTMAN SECONDED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

DEF 2062

The Commissioners presented the Proclamation to Janie Van Winkle, Board Member of the Colorado Cattlemen's Association.  Ms. Van Winkle spoke about the beef producing industry and the Colorado Cattlemen's Association Convention in June.

P-2.   Proclamation - Recognizing Butch Cassidy in the Grand Valley, June 10, 2017

COMMISSIONER JOHN JUSTMAN READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION TO RECOGNIZE BUTCH CASSIDY IN THE GRAND VALLEY, JUNE 10, 2017; COMMISSIONER ROSE PUGLIESE SECONDED, SO ORDERED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

The Board presented the Proclamation to Gary Parrott, Member of the Ancient and Honorable Order of E Clampus Vitus.  He discussed the history of the Ancient and Honorable Order of E Clampus Vitus within Colorado and informed the Board a dedication of a marker to Butch Cassidy will occur on June 10, 2017.  He provided the Commissioners with a souvenir booklet.

P-3.   Proclamation - Emergency Medical Services Week, May 21-27, 2017

COMMISSIONER ROSE PUGLIESE READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION PROCLAIMING: EMERGENCY MEDICAL SERVICES WEEK, MAY 21-27, 2017; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

Emergency Medical Services (EMS) professionals were present to receive the Proclamation from the Commissioners.  Mike Hill, Mesa County EMS System Coordinator, spoke about local agencies that provide EMS support, and informed the Board EMS responders worked 16,981 EMS cases in Mesa County in 2016, eleven of which were cardiac arrest cases.

**Commissioners' Reports**

Commissioner Justman, Commissioner Pugliese, and Chair McInnis reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

**Consent Agenda**

COMMISSIONER ROSE PUGLIESE MOVED TO APPROVE THE SIX CONSENT AGENDA ITEMS AS PRESENTED; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION IS DECLARED PASSED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

DEF 2063

C-1.   Adopt a Resolution accepting Contract for Negotiated Sale and Purchase of Real Property and accepting deed between Mesa County, Colorado, and Susan K. Nichols Living Trust dated April 7, 2015, and directing the Right of Way Agent to execute the terms of said Contract in the amount of $3,000.00 and further accept a General Warranty Deed from the Susan K. Nichols Living Trust dated April 7, 2015.

C-2.   Adopt a Resolution accepting Contract for Negotiated Sale and Purchase of Real Property and accepting deed between Mesa County, Colorado, and Michael Lee Gustafson, and directing the Right of Way Agent to execute the terms of said Contract in the amount of $1,026.30 and further accept a General Warranty Deed from Michael Lee Gustafson.

C-3.   Adopt a Resolution accepting Contract for Negotiated Sale and Purchase of Real Property and accepting deed between Mesa County, Colorado, and The Ronald W. Jensen Revocable Trust dated November 3, 2011, and directing the Right of Way Agent to execute the terms of said Contract in the amount of $6,100.00 and further accept a General Warranty Deed from The Ronald W. Jensen Revocable Trust dated November 3, 2011.

C-4.   Approve a Resolution Adopting Standards for the Issuance of Optional Premises Licenses and for Optional Premises for a Hotel and Restaurant License Pursuant to Colorado Revised Statutes 12-47-310 and 12-47-413, and authorize the Chair to sign.

C-5.   Approve an Agreement between Mesa County and Alfred Benesch and Company for the 2017 Road District A - Minor Structure Inspection Project in the amount of $109,208.00, and authorize the Chair to sign.

C-6.   Approve an Amendment to the Contract between Mesa County and Varsity Facility Services for janitorial services at identified county buildings at a revised monthly rate of $29,143.00 ($349,716.00 annually), and authorize the Chair to sign.

**Item(s) Needing Individual Consideration**

I-1.   Adopt a Resolution for Supplementary Budget and Budgetary Transfer.

Eleanor Thomas, Budget Manager, presented the item and summarized details of the Resolution.

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THIS ITEM AS PRESENTED; COMMISSIONER ROSE PUGLIESE SECONDED, SO ADOPTED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

**DEF 2064**

I-2.   [Adopt a Resolution to Amend the 2017 Authorized Staffing Level.](#)

Ms. Thomas briefed the Board and summarized details of the resolution to amend the 2017 staffing levels.  She explained the two full-time employee (FTE) positions are vacant and are being transferred from the Tri-River Extension Service to the Building Inspection Department.  Frank Whidden provided additional information regarding employment levels and the different funds that pay staff.  *Note: The Board did not make a motion on this item before a vote was taken; all Commissioners were in favor; Chair Scott Mcinnis so moved and ordered.*

**Adjourned as Board of County Commissioners**
**Reconvene as Board of Human Services** (9:43 A.M.)
**Adjourned as Board of Human Services**
**Reconvened as Board of County Commissioners** (9:44 A.M.)

**Briefing Item(s)**

There are no Briefing Items.

**Unscheduled Business**

There was no Unscheduled Business before the Board at today's meeting.

**Executive Session**

E-1.   [Executive session pursuant to C.R.S. Section 24-6-402(4)(b) for the purpose of receiving legal advice from the County Attorney regarding pending litigation matters, and for the purpose of determining positions relative to matters that may be subject to negotiations, developing strategy for negotiations, and/or instructing negotiators in accordance with CRS Section 24-6-402(4)(e), concerning procedures for leasing of County owned buildings.](#)

Commissioner Rose Pugliese read the following into the record:  It is May 22, 2017 the time is now 9:45 a.m.; we are here at a regular meeting of the Board of Commissioners which has been properly noticed. I MOVE THAT THE BOARD OF COMMISSIONERS ENTER INTO EXECUTIVE SESSION PURSUANT TO C.R.S. SECTION 24-6-402(4)(B) FOR THE PURPOSE OF RECEIVING LEGAL ADVICE AND UPDATES FROM THE COUNTY ATTORNEY REGARDING MESA COUNTY'S PENDING LITIGATION MATTERS; AND FOR THE PURPOSE OF DETERMINING POSITIONS RELATIVE TO MATTERS THAT MAY BE SUBJECT TO NEGOTIATIONS, DEVELOPING STRATEGY FOR NEGOTIATIONS, AND/OR INSTRUCTING NEGOTIATORS IN ACCORDANCE WITH C.R.S. SECTION 24-6-402(4)(E), CONCERNING PROCEDURES FOR LEASING COUNTY OWNED BUILDINGS, COMMISSIONER JOHN JUSTMAN SECONDED; SO ORDERED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

DEF 2065

**Adjourn**

With no further business to come before the Board, Chair McInnis adjourned the meeting at 9:47 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder

_Lori Westermire_

Lori Westermire
Clerk to the Board

Scott McInnis
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

DEF 2066



**Board of**
# MESA COUNTY
### COLORADO
# COMMISSIONERS

Approved: 06-20-16

District 1 - John Justman     District 2 - Scott McInnis     District 3 - Rose Pugliese

---

# MINUTES
MONDAY
05/23/2016

<u>ADMINISTRATIVE MEETING</u>
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At approximately 9:00 a.m., Chair Rose Pugliese called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Commissioner Scott McInnis, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; Jackie Campbell, Division Director, Clerk and Recorder; and Lori Westermire, Clerk to the Board.  Minutes prepared by Jackie Campbell and Lori Westermire.

## Deletions from Agenda

There are no deletions from today's Agenda

## Additions to Agenda

There are no additions to today's Agenda.

## Approval of Minutes

There were no minutes to approve.

## Presentations

P-1.     Proclamation - Paint the Town Purple Days, May 9 – 23, 2016

COMMISSIONER SCOTT MCINNIS READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION PROCLAIMING: PAINT THE TOWN PURPLE DAYS MAY 9-23, 2016; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

**DEF 2068**

## Commissioners' Reports

Commissioners John Justman, Scott McInnis and Rose Pugliese provided details regarding the activities and meetings they each attended during the past week.

**Consent Agenda**

COMMISSIONER SCOTT MCINNIS MOVED TO APPROVE THE CONSENT AGENDA, COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

C-1. Approve a First Amendment to the Environmental Consulting Services Contract between Mesa County and Souder, Miller & Associates, Inc. (SMA) in the amount of $322,877.00.

C-2. Approve an Agreement between Mesa County and DOWL, LLC for V 8/10 Road Big Salt Creek Wash Crossing Project in the amount of $108,066.00 and authorize the Chair to sign.

C-3. Approve a Resolution Establishing the District 49JT School Land Dedication Fee Fund.

C-4. Appoint Beverly Duzenack to the Mesa-Molina Cemetery Board for a term of six years, ending May 23, 2022.

C-5. Approve a Memorandum of Understanding between the Mesa County Board of County Commissioners and the school districts within Mesa County for the distribution of National Forest payments.

## Item(s) Needing Individual Consideration

I-1. Review and approve an application for a New Special Events Permit for the Order of the Azure Rose, to be held at the Fantasy Faire 2016, located at 312 29 Road, and authorize the Chair to sign.

Lori Westermire, Clerk to the Board and Liquor Licensing, introduced the item.  She reported that the file is in order and there are not any concerns.  Lori described the security and training. The Commissioners asked questions regarding training and security.

Sheri Mathes and Cathy Anderson appeared to tell the Board about the event and the training of the bartender.  Ms. Mathes described their process for verifying drinking age and security measures.

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE ITEM AS PRESENTED; COMMISSIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

DEF 2069

I-2.    Adopt a Resolution for Supplementary Budget and Budgetary Transfer.

Eleanor Thomas presented details regarding the request for supplementary budget and budgetary transfer.  She described the budget request including the FTE (full time employee) requests and related grants and funding. There are no fiscal requirements from the County in this request.

Discussion ensued regarding TABOR and the youth substance abuse funding that comes from State marijuana funds.

CHAIR ROSE PUGLIESE ENTERTAINED A MOTION TO DEFER THE COMMUNITIES THAT CARE MONEY IN THE AMOUNT OF $237,142.00 THAT THAT ITEM OF THE SUPPLEMENTAL BE MOVED FOR CONSIDERATION AT OUR JUNE 13, 2016 HEARING; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE REMAINING AS PRESENTED, COMMISSIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

I-3.    Adopt a Resolution to Amend the Authorized Staffing Level of 2016.

Eleanor Thomas presented the item and indicated she will revise the back-up documents pertaining to the staffing levels as a result of the changes request by the Board under agenda item I-2.

CHAIR ROSE PUGLIESE ENTERTAINED A MOTION, COMMISSIONER SCOTT MCINNIS SO MOVED, COMMISSIONER JOHN JUSTMAN SECONDED; Chair Pugliese further confirmed: AS AMENDED TO THE 4.5 FTE'S, Commissioners McInnis and Justman agreed to the amendment; MOTION PASSES

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

**ADJOURN BOARD OF COUNTY COMMISSIONERS** (9:45 A.M.)
**CONVENE AS THE BOARD OF EQUALIZATION**
**ADJOURN BOARD OF EQUALIZATION** (9:47 A.M.)
**RECONVENE AS THE BOARD OF COUNTY COMMISSIONERS**

**Briefing Item(s)**

There are no Briefing Items at today's meeting.

**Unscheduled Business**

Ed Kowalski, Mesa County resident, spoke during Unscheduled Business.

Chair Pugliese requested assistance from County Administrator Whidden:  She informed Mr. Kowalski that a letter will be sent to him addressing all his issue, what the County has done and will

DEF 2070

be doing, with dates, to keep the County accountable, and to address his concerns.  She requested the City of Grand Junction also do a similar letter.

**Executive Session**

E-1.   Executive Session for the purpose of receiving legal advice from the County Attorney on specific questions concerning pending litigation involving the BMX Track pursuant to C.R.S. Section 24-6-402(4)(b).

Commissioner McInnis read the following motion into the record:  IT IS MAY 23, 2016, AT 10:00 A.M. IN THE MORNING, AND WE ARE HERE AT A REGULAR MEETING OF THE BOARD OF COUNTY COMMISSIONERS WHICH HAS BEEN PROPERLY NOTICED.   MADAM CHAIR I MOVE THE BOARD OF COMMISSIONERS ENTER INTO AN EXECUTIVE SESSION FOR THE PURPOSE OF RECEIVING LEGAL ADVICE FROM THE COUNTY ATTORNEY ON SPECIFIC QUESTIONS CONCERNING PENDING LITIGATION INVOLVING THE BMX TRACK PURSUANT TO C.R.S. SECTION 24-6-402(4)(B), COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For:  CHAIR  ROSE  PUGLIESE,  COMMISSIONER  JOHN  JUSTMAN,  COMMISSIONER  SCOTT MCINNIS

Chair Pugliese confirmed with County Attorney Coleman that no position will be taken during the Executive Session.

The Board took a 5 minute recess break at 10:00 a.m. before entering into the Executive Session.

**Adjourn**

With no further business to come before the Board, Chair Pugliese adjourned the meeting at 10:00 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder

_Lori Westermire_

Lori Westermire
Clerk to the Board

Rose Pugliese
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

**DEF 2071**



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

District 1 - John Justman        District 2 - Scott McInnis        District 3 - Rose Pugliese

---

# AGENDA
MONDAY
06/20/2016

<u>ADMINISTRATIVE HEARING</u>
544 Rood Avenue, Public Hearing Room
9:00 AM

**Call Meeting to Order:**

**Deletions from Agenda:**

**Additions to Agenda:**

**Approval of Minutes:**

M-1.    Administrative Hearing, May 23, 2016

M-2.    Executive Session, May 23, 2016, regarding pending litigation involving the BMX Track

**Presentations:**

P-1.    Proclamation - St. Baldrick's Day, June 25, 2016

P-2.    Proclamation - Adult Protection Awareness Month, June 2016

**Commissioners' Reports:**

**Consent Agenda:**
The Consent Agenda is intended to allow the Board to spend its time on more complex items. These items are generally perceived as non-controversial and can be approved by a single motion. The public or the Board members may ask that an item be removed from the Consent Agenda for individual consideration.

C-1.    Approve a Contract between Mesa County and EKG Properties, LLC for the continued lease of building space located at 486 Morning Glory Lane, in the amount of $4,750 per month ($57,000 annually), and authorize the Chair to sign. (Jean Davis, Mesa County Resource Management)

C-2.    Authorize the Purchasing Director to approve the placement of a Purchase Order with Power Equipment Company for the purchase of one (1) 2016 Bomag BC772RB-4 Articulated Landfill Compactor for the Solid Waste Division in the amount of $358,170.00. (Cameron Garcia, Mesa County Operations)

**Item(s) Needing Individual Consideration:**
Please limit public comment to a maximum of ten (10) minutes per speaker (unless otherwise restricted by the Chair).

I-1.    Adopt a Resolution for Supplementary Budget and Budgetary Transfer (Eleanor Thomas, Mesa County Finance Department)

**DEF 2073**

I-2.     Adopt a Resolution to Amend the 2016 Authorized Staffing Level (Eleanor Thomas, Mesa County Finance Department)

**Briefing Item(s):**
Briefing items are intended to allow the Board to give Staff guidance in day-to-day operations of the County, or to hear general presentations from others.

**Unscheduled Business:**
Please limit public comment to a maximum of ten (10) minutes per speaker (unless otherwise restricted by the Chair).

**Adjourn:**
The Commissioners may take a lunch break if the meeting is not complete.

### CERTIFICATION OF POSTING

On 06/16/2016 at 3:45 PM, Kristen Cole did post the above AGENDA as public notice of the 06/20/2016 meeting. The official notice is placed on the East entrance kiosk monitor at 544 Rood Avenue, Grand Junction, CO and a courtesy copy added to the Mesa County website at www.mesacounty.us/BoCCagendas/

_Kristen Cole_
Kristen Cole

### **PLEASE NOTE**

There is limited free public parking on the southeast corner of 6th Street and White Avenue.

**DEF 2074**



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

Approved: 07/17/2017

District 1 - John Justman      District 2 - Scott McInnis      District 3 - Rose Pugliese

# MINUTES
MONDAY
06/26/2017

ADMINISTRATIVE MEETING
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:04 a.m., Chair Scott McInnis called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Commissioner Rose Pugliese, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Lori Westermire, Clerk to the Board.  Minutes prepared by Lori Westermire.

## Deletions from Agenda

There are no deletions from today's Agenda.

## Additions to Agenda

There are no additions to today's Agenda.

## Approval of Minutes

COMMISSIONER ROSE PUGLIESE MOVED TO APPROVE THE ADMINISTRATIVE HEARING MINUTES OF JUNE 19, 2017 AND THE ABATEMENT DETERMINATION HEARING OF JUNE 19, 2017; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

      M-1.   Administrative Hearing, June 19, 2017

      M-2.   Abatement Determination Hearing, June 19, 2017

]

**DEF 2077**

## Presentations

There are no presentations at today's meeting.

## Commissioners' Reports

Commissioner Justman, Commissioner Pugliese, and Chair McInnis reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

## Consent Agenda

Mesa County resident, Bill Voss, requested Item C-9 be moved to Individual Consideration.

COMMISSIONER ROSE PUGLIESE MOVED THAT WE MOVE CONSENT ITEM NO. 9 TO THE INDIVIDUAL CONSIDERATION AGENDA AS ITEM NUMBER I-4; COMMISSIONER JOHN JUSTMAN SECONDED, SO ORDERED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE TEN REMAINING ITEMS ON THE CONSENT AGENDA; COMMISSIONER ROSE PUGLIESE SECONDED, SO ORDERED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

C-1.   Approve a Contract between Mesa County and Department of Public Safety, Division of Criminal Justice for Residential Dual Diagnosis Treatment for community corrections offenders in the revenue amount of $154,570.20 and authorize the Chair to sign.

C-2.   Approve a Contract between Mesa County and Department of Public Safety, Division of Criminal Justice for Treatment of Transition and Diversion Sex Offenders in community corrections (SOSTCC) in the revenue amount of $231,855.30 and authorize the Chair to sign.

C-3.   Approve a Lease Agreement between Mesa County and EKG Properties, LLC for the space located at 486 Morning Glory Lane, Grand Junction, Colorado, in the amount of $57,000.00 annually ($4,750 per month), for a one year term from July 1, 2017 to June 30, 2018, and authorize the Chair to sign.

C-4.   Approve the Issuance of Ambulance Service Licenses to eleven EMS Agencies for the calendar year beginning on June 30, 2017 through June 30, 2018 and authorize the Mesa County EMS System Coordinator to issue the licenses.

C-5.   Appoint each of the following individuals to the Riverfront Commission for a three-year term ending June 30, 2020: a) Karen Jefferson, b) Laurie Tyre, c) Rondo Buecheler, and d) J. Fred Barbero.

C-6.   Approve a Sub-recipient Agreement between Mesa County and Hilltop Community Resources, Inc. for Workforce Innovation and Opportunity (WIOA) Title I Programs at the Mesa County Workforce Center and authorize the Chair to sign.

**DEF 2078**

C-7.   Adopt a Resolution Approving the Mesa County Public Trustee's 2017 1st Quarter Report.

C-8.   Approve a Contract between Mesa County and State of Colorado Department of Local Affairs (DOLA) for Grand Valley Transit (GVT) Compressed Natural Gas (CNG) bus purchase in the amount of $137,904.00 and authorize the Chair to sign.

C-9.   Authorize the Purchasing Director to approve the placement of a purchase order with Gillig, for the purchase of one (1) 29 foot CNG Gillig Lowfloor bus for Grand Valley Transit, in the amount of $464,502.00.   *Note: This item moved to Individual Consideration as item I-4.*

C-10.   Approve a Letter to the Federal Energy Regulatory Commission Secretary regarding scoping comments on the Draft Environmental Impact Statement for the Jordan Cove LNG Terminal and Pacific Connector Pipeline Projects.

C-11.   Approve the Fifth Amendment and Extension to the Lease between Mesa County and St. Mary's Hospital and Medical Center extending the current Lease for the building located at 551 Chipeta Avenue, Grand Junction, Colorado to July 31, 2017 at a rate of $25.00 for the June 30 to July 31, 2017 term, and authorize the Chair to sign.

**Item(s) Needing Individual Consideration**

I-1.   Adopt a Resolution for Supplementary Budget and Budgetary Transfer

Eleanor Thomas, Budget Manager, summarized details of the Budgetary Transfer and explained 90% of the funding is state and federal.

Mr. Voss spoke regarding a prior Mesa County Budgetary Transfer.

COMMISSIONER ROSE PUGLIESE MOVED TO ADOPT THIS SUPPLEMENTARY BUDGET AND BUDGETARY TRANSFER; COMMISSIONER JOHN JUSTMAN SECONDED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

I-2.   Adopt a Resolution to Amend the 2017 Authorized Staffing Level.

Ms. Thomas presented the item and explained details concerning amendments to the staffing levels.

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE ITEM AS PRESENTED; COMMISSIONER ROSE PUGLIESE SECONDED, SO ORDERED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

I-3.   Approve an Agreement between Mesa County and Innovative Textiles Inc. for Business Personal Property Tax Incentive Payments, and authorize the Chair to sign.

Ms. Thomas summarized the proposed Tax Incentive Agreement.  Commission Pugliese explained

**DEF 2079**

the Tax Incentive is a rebate of business personal tax that has been spent as an investment by the business.

Diane Schwenke, President, Grand Junction Chamber of Commerce, and John Pulsifer, Controller, Innovative Textiles, spoke about the tax rebate, the business expansion, and the company's commitment to remain in the area.

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE ITEM AS PRESENTED; COMMISSIONER ROSE PUGLIESE SECONDED, APPROVED.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

| | | |
|---|---|---|
| I-4. Moved from C-9 | Authorize the Purchasing Director to approve the placement of a purchase order with Gillig, for the purchase of one (1) 29 foot CNG Gillig Lowfloor bus for Grand Valley Transit, in the amount of $464,502.00. | |

Elizabeth Collins, Transportation Planner, explained the purchasing process through the Colorado Mountain Purchasing Consortium (CMPC). She summarized advantages to using a purchasing consortium, including faster delivery of buses, compliance with Federal Transit Administration (FTA) regulations, and that bus prices are set through a competitive bid process.

Mr. Voss spoke regarding his concerns with the bus purchase.  Commissioner Pugliese clarified the county's share of the project is $60,000, with additional funds being provided by the FTA, City of Grand Junction, City of Fruita, and Town of Palisade.  County Attorney Coleman explained the County is prohibited from deficit spending and capital purchases can be put off to subsequent years to avoid a deficit.

COMMISSIONER ROSE PUGLIESE MOVED TO AUTHORIZE THE PURCHASING DIRECTOR TO APPROVE THE PLACEMENT OF A PURCHASE ORDER WITH GILLIG, FOR THE PURCHASE OF ONE 29 FOOT CNG GILLIG LOWFLOOR BUS FOR GRAND VALLEY TRANSIT, IN THE AMOUNT OF $464,502.00; COMMISSIONER JOHN JUSTMAN SECONDED, NO OBJECTIONS.

For: COMMISSIONER ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, CHAIR SCOTT MCINNIS

**ADJOURN AS THE BOARD OF MESA COUNTY COMMISSIONERS** (9:33 a.m.)
**CONVENE AS THE BOARD OF HUMAN SERVICES**
**ADJOURN BOARD OF HUMAN SERVICES**
**RECONVENE AS THE BOARD OF MESA COUNTY COMMISSIONERS** (9:35 A.M.)

**Briefing Item(s)**

There are no briefing items.

**Unscheduled Business**

Mesa County residents speaking during Unscheduled Business included Dennis Simpson, Hal Mason, Michael Day, Tom Jeys, and Bill Voss.  Mr. Simpson spoke regarding the resignation of former Mesa County Chief Financial Officer, Scott Stewart.  Mr. Mason spoke about a Mesa County investigation pertaining to the Taxpayer Bill of Rights (TABOR), and he provided written handouts,

**DEF 2080**

which are on file at the Clerk and Recorder's Office.  Topics discussed by Mr. Day included Mesa County as a sanctuary county, and naturalization and immigration issues.  Mr. Jeys discussed defrauding of Mesa County families.  Mr. Voss commented on conversations with Mesa County District Attorney Dan Rubenstein.

**Executive Session**

E-1.   Executive session pursuant to C.R.S. Section 24-6-402(4)(b) for the purpose of receiving legal advice from the County Attorney regarding legal issues relating to the status of a road located outside of the Town of Palisade, Colorado, off of Rapid Creek Road, and sometimes referred to as the Upper Go Boy Road.

County Attorney Coleman described the Executive Session process for this item.

Chair Pugliese read the following into the record in the form of a motion:  IT IS JUNE 26, 2017, AT 9:59 A.M., AND WE ARE HERE AT A REGULAR MEETING OF THE BOARD OF COMMISSIONERS WHICH HAS BEEN PROPERLY NOTICED.   I MOVE THAT THE BOARD OF COMMISSIONERS ENTER INTO AN EXECUTIVE SESSION PURSUANT TO C.R.S. SECTION 24-6-402(4)(B) FOR THE PURPOSE OF RECEIVING LEGAL ADVICE FROM THE COUNTY ATTORNEY REGARDING LEGAL ISSUES RELATING TO THE STATUS OF A ROAD LOCATED OUTSIDE OF THE TOWN OF PALISADE, COLORADO, OFF OF RAPID CREEK ROAD, AND SOMETIMES REFERRED TO AS THE UPPER GO BOY ROAD, COMMISSIONER JOHN JUSTMAN SECONDED, SO ORDERED.

Commissioner Pugliese requested a 5 minute recess.  The Board left the Public Hearing Room at approximately 10:00 a.m.

I-5.   Consider advice of staff, consider evidence and testimony of interested parties and the public, and declare Mesa County's official position concerning the status of a road located outside of the Town of Palisade, Colorado, off of Rapid Creek Road, in T11S, R98W, Mesa County, Colorado, and sometimes referred to as the Upper Go Boy Road (the "Road").

The Board returned to the Public Hearing Room at about 10:44 a.m. and Chair McInnis summarized the Rules of Decorum.

Jim Beckwith, Attorney for the Fontanari Family Revocable Trust, utilized a PowerPoint Presentation to explain the location of the Upper Go Boy route, history of its use, available access to the Fontanari property, and private and public land ownership in the area. He summarized four possible actions that could be taken by the Board.  His PowerPoint Presentation is on file at the Clerk & Recorder's Office

John Howe, Attorney representing land owners along the lower portion of the Road, discussed alternate routes in the area, historic land uses, and existing easements.  He informed the Board his clients are opposed to the public road designation.  His PowerPoint Presentation and a copy of a 2007 aerial photo (slide No. 2, print date June 25, 2017), are on file at the Clerk and Recorder's Office.

Jeff Driscoll, Attorney for Ute Water Conservancy District (Ute Water), spoke about historic land uses and property ownership in the area, and possible impacts to water service for Ute Water customers if the Road is designated as a public road.  He requested the Board take no position or action.

Mr. Coleman clarified any subsequent court action would not be an appeal of the Board's decision, since it is not legally binding, but that the status of the Road needs to be determined by the court.

**DEF 2081**

Public Comment

Mesa County residents speaking on this item included Brandon Siegfried, Sandra Bates, Sheila Bodie, Larry Clever, Joe Stout, Dennis Bodie, and Jody Green,

Commissioner Pugliese requested the Board enter into Executive Session and she read the following into the record in the form of a motion: IT IS STILL JUNE 26, 2017, THE TIME IS NOW 11:58 A.M., AND WE ARE HERE AT A REGULAR STATUS MEETING OF THE BOARD OF COMMISSIONERS WHICH HAS BEEN PROPERLY NOTICED.   I MOVE THAT THE BOARD OF COUNTY COMMISSIONERS ENTER INTO AN EXECUTIVE SESSION PURSUANT TO C.R.S. SECTION 24-6-402(4)(B) FOR THE PURPOSE OF RECEIVING LEGAL ADVICE FROM THE COUNTY ATTORNEY REGARDING LEGAL ISSUES RELATING TO THE STATUS OF A ROAD LOCATED OUTSIDE OF THE TOWN OF PALISADE, COLORADO, OFF OF RAPID CREEK ROAD, AND SOMETIMES REFERRED TO AS THE UPPER GO BOY ROAD; Chair McInnis suggested starting the Executive Session at 12:30 p.m. and Commissioner Pugliese agreed, COMMISSIONER JOHN JUSTMAN SECONDED, SO ORDERED.

The Board took a lunch break at 12:00 p.m. before entering into Executive Session at 12:30 p.m.  The Board returned to the Public Hearing Room at approximately 12:57 p.m.

Application Clarification

Mr. Beckwith provided additional comments for clarification and requested the Road be declared as a public highway.

Commissioner Pugliese requested the Board enter into Executive Session and read the following into the record in the form of a motion: IT IS JUNE 26, 2017, THE TIME IS NOW AT 1:16 P.M., AND WE ARE HERE AT A REGULAR MEETING OF THE BOARD OF COMMISSIONERS WHICH HAS BEEN PROPERLY NOTICED.   I MOVE THAT THE BOARD OF COUNTY COMMISSIONERS ENTER INTO AN EXECUTIVE SESSION PURSUANT TO C.R.S. SECTION 24-6-402(4)(B) FOR THE PURPOSE OF RECEIVING LEGAL ADVICE FROM THE COUNTY ATTORNEY REGARDING LEGAL ISSUES RELATING TO THE STATUS OF A ROAD LOCATED OUTSIDE OF THE TOWN OF PALISADE, COLORADO, OFF OF RAPID CREEK ROAD, AND SOMETIMES REFERRED TO AS THE UPPER GO BOY ROAD, COMMISSIONER JOHN JUSTMAN SECONDED, SO ORDERED.

The Board returned from Executive Session and reconvened in the Public Hearing Room at approximately 1:28 p.m.

Board Deliberation

The Commissioners discussed their individual positions.

COMMISSIONER JOHN JUSTMAN MOVED TO PASS THIS RESOLUTION, A RESOLUTIONOF THE BOAD OF COUNTY COMMISSIONERS OF MESA COUNTY, COLORADO CONCERNING THE PUBLIC OR PRIVATE STATUS OF A ROAD SOMETIMES REFERRED TO AS THE UPPER GO BOY ROAD, LOCATED IN MESA COUNTY, COLORADO;  WHEREAS, PURSUANT TO THE AUTHORITY SET FORTH IN TITLE 43 OF THE COLORADO REVISED STATUTES, THE AUTHORITY SET FORTH IN REVISED STATUTE 2477 (43 U.S.C. § 932, *REPEALED BY* FEDERAL LAND POLICY

**DEF 2082**

MANAGEMENT ACT OF 1976, § 706(A), PUB.L. NO. 94-579, 90 STAT. 2793), AND OTHER APPLICABLE LAW, THE BOARD OF COUNTY COMMISSIONERS (THE "BOARD") MAY ASSERT CERTAIN RIGHTS, INCLUDING THE RIGHT TO TAKE ACTION TO MAINTAIN ACCESS, PROHIBIT THE RESTRICTION OF ACCESS, AND OTHERWISE MANAGE THE PUBLIC OWNERSHIP OF CERTAIN PUBLIC RIGHT-OF-WAYS, ROADS AND HIGHWAYS LOCATED IN MESA COUNTY; AND WHEREAS, THERE IS A ROAD THAT COMMENCES ON RAPID CREEK ROAD NEAR PALISADE, COLORADO, IN MESA COUNTY, WHICH ROAD TRAVERSES LOTS 6, 7, 8, 11 ,12 ,13, 16, AND 17, SECTION 2, T11S, R98W, AND THAT IS SOMETIMES REFERRED TO AS THE UPPER GO BOY ROAD (THE "ROAD"); AND WHEREAS, THERE IS A DISPUTE AS TO WHETHER OR NOT THE ROAD IS A PUBLIC ROAD OR A PRIVATE ROAD; AND WHEREAS, THE FONTANARI FAMILY REVOCABLE TRUST, AND OWNER OF LAND IN MESA COUNTY THAT IT ALLEGES IS ACCESSED BY THE ROAD ("FONTANARI"), HAS REQUESTED THAT THE BOARD CONFIRM THE PUBLIC HIGHWAY NATURE OF THE ROAD, AND OTHERWISE TAKE AN OFFICIAL POSITION CONFIRMING PUBLIC OWNERSHIP OR JURISDICTION OVER THE ROAD; AND, WHEREAS, AT A PUBLIC MEETING ON JULY 26, 2017 [SIC], THE BOARD IN THE HEARING ROOM IN GRAND JUNCTION, COLORADO, THE BOARD RECEIVED AND CONSIDERED INPUT AND ADVICE FROM MESA COUNTY STAFF, LEGAL COUNSEL, AND PUBLIC INPUT, COMMENTS, TESTIMONY AND DOCUMENTATION, CONCERNING FONTANARI'S REQUEST. NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF COUNTY COMMISSIONERS OF MESA COUNTY, COLORADO THAT: 1) BASED UPON THE INPUT, COMMENTS, TESTIMONY AND DOCUMENTATION RECEIVED FROM MESA COUNTY STAFF AND LEGAL COUNSEL, AND FROM THE PUBLIC, THE BOARD CONFIRMS THAT THE ROAD IS A PUBLIC ROAD AND SHOULD BE OPEN TO TRAVEL AND USE BY THE PUBLIC.  DULY MOVED, SECONDED, AND PASSED ON THIS 26TH DAY OF JUNE, 2017, BY THE BOARD OF MESA COUNTY COMMISSIONERS OF MESA COUNTY, COLORADO.  The motion failed as it was not seconded.

For: COMMISSIONER JOHN JUSTMAN
No Vote: COMMISSIONER ROSE PUGLIESE, CHAIR SCOTT MCINNIS

County Attorney Coleman clarified with Commissioner Pugliese the preliminary information on the Resolution read into the record by Commissioner Justman is the same, with the exception of the section starting with "Now Therefore"; Commissioner Pugliese read the following into the record in the form of a Motion: NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF COUNTY COMMISSIONERS OF MESA COUNTY, COLORADO I MOVE THAT BASED UPON THE INPUT, COMMENTS, TESTIMONY AND DOCUMENTATION RECEIVED FROM MESA COUNTY STAFF AND LEGAL COUNSEL, AND FROM THE PUBLIC, THE BOARD DECLINES TO TAKE AN OFFICIAL POSITION CONCERNING THE PUBLIC OR PRIVATE NATURE OR STATUS OF THE ROAD, CHAIR SCOTT MCINNIS SECONDED; COMMISSIONER JOHN JUSTMAN OPPOSED, MOTION PASSES 2-1.

For: COMMISSIONER ROSE PUGLIESE, CHAIR SCOTT MCINNIS
Opposed: COMMISSIONER JOHN JUSTMAN

DEF 2083

**Adjourn**

With no further business to come before the Board, Chair McInnis adjourned the meeting at 1:37 p.m.

Sheila Reiner,
Mesa County Clerk & Recorder

_Lori Westermire_
Lori Westermire
Clerk to the Board

Scott McInnis
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

**DEF 2084**



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

Approved October 24, 2016

District 1 - John Justman       District 2 - Scott McInnis       District 3 - Rose Pugliese

---

# MINUTES
MONDAY
10/10/2016

ADMINISTRATIVE MEETING
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:05 a.m., Chair Rose Pugliese called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Commissioner Scott McInnis, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Deydra Bassett, Clerk to the Board.  Minutes prepared by Deydra Bassett.

## Deletions from Agenda

There are no deletions from today's Agenda.

## Additions to Agenda

Briefing Item B-2: Sheriff and District Attorney Presentations on Proposed Budgets.

## Approval of Minutes

There are no Minutes to approve.

## Presentations

There are no Presentations at today's meeting.

## Commissioners' Reports

Commissioner Justman, Commissioner McInnis, and Chair Pugliese reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

## Consent Agenda

DEF 2085

Chair Rose Pugliese read the Consent Agenda in to the record.  She reported she has a conflict with Item C-2 as one of the owners of Sorter Construction is a client of hers.  She requested advice on voting procedures and County Attorney Coleman recommended she either recuse herself from voting on Item C-2 or move the item to Individual Consideration.  Commissioner McInnis suggested taking two separate votes under the Consent Agenda and the Board and Mr. Coleman agreed.

C-1.   Adopt a Resolution accepting a Contract to Buy and Sell Real Estate and Addendum, between Mesa County, Colorado and the Colorado Department of Transportation for the sale of real property located at SH 340 and Redlands Parkway, having a parcel number of 2945-073-00-938, and further directing the Commissioner to Convey Real Estate to execute the terms and conditions of said Contract and Special Warranty Deed in the amount of $6,850.00.

Chair Pugliese requested a motion:  COMMISSIONER SCOTT MCINNIS MOVED C-1 MADAME CHAIR FOR APPROVAL; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

C-2.   Approve an Agreement between Mesa County and Sorter Construction for Red Canyon Pedestrian Bridge in the amount of $720,900.74 and authorize the Chair to sign.

Prior to the vote Chair Rose Pugliese handed the gavel to Commissioner McInnis and she left the Public Hearing Room at approximately 9:15 a.m.  Commissioner Scott McInnis requested a motion for C-2 on the Consent Agenda:  COMMISSIONER JOHN JUSTMAN YES, Commissioner McInnis confirmed SO MOVED, COMMISSIONER JOHN JUSTMAN YES, COMMISSIONER SCOTT MCINNIS SECONDED, SO APPROVED.

For: COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS
Recused: CHAIR ROSE PUGLIESE

Chair Rose Pugliese reentered the Public Hearing Room at approximately 9:16 a.m.

**Item(s) Needing Individual Consideration**

I-1.   Second Reading and final approval for an Amendment to the Mesa County Personnel Policy, section 5.07 (E) to clarify at which point a position can no longer be held for a person on active worker's compensation and allow use of accrued sick leave to supplement the remaining 1/3 or 33.3% of lost wages, and removal of section 10.07 of the Personnel Policy which is a duplicate section.

Jean Booth, Risk Administrator, summarized the Mesa County Personnel Policy, section 5.07 (E) and stated that 10.07 is a duplicate and needs to be removed.

COMMISSIONER JOHN JUSTMAN MADE A MOTION WE APPROVE THE ITEM AS PRESENTED; COMMISSIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

DEF 2086

I-2.   Second reading and final approval for an amendment to the Mesa County Human Resources Policy and Procedure Manual policy 13.02 regarding reasonable accommodations for pregnancy and pregnancy-related conditions.

Cindy Barnett, Human Resources, requested approval to add language of House Bill 16-1438 to the existing policy.

Chair Pugliese entertained a motion:  COMMISSIONER JOHN JUSTMAN MADE A MOTION TO APPROVE THE ITEM AS PRESENTED; COMMISSIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

**Briefing Item(s)**

B-1.   Proposed 2017 Mesa County Budget.

Frank Whidden, Administrator; Scott Stewart, Chief Financial Officer; and Eleanor Thomas, Budget Manager; briefed the Board on the proposed budget.

Frank Whidden spoke about the sales tax, use tax and the payment in lieu of taxes.  He spoke about the Health Insurance benefits package, compensation, Solid Waste Management, and summarized the challenges of the 2017 budget.  He explained the increase demand for the Sheriff's office, the District Attorney's office and 911 Communication Center.

Chair Pugliese spoke about the scheduled Town Hall meetings that are available to the public.

B-2   Sheriff and District Attorney Presentation on their Proposed Budgets.

Sheriff Matt Lewis and Captain Todd Rowell presented the Sheriff's Office budget proposal. Sheriff Lewis spoke about crime, the detention population and the increased need for more officers and explained how Mesa County compares to other jurisdictions.  Dan Rubinstein, District Attorney, presented the District Attorney's budget and spoke about the jail, the number of felony cases, public safety and staffing needs.  Sheriff Lewis and Mr. Rubinstein's PowerPoint presentations are on-file at the Clerk and Recorder's office.

**ADJOURN BOARD OF COUNTY COMMISSIONERS**
**CONVENE AS BOARD OF MESA COUNTY COMMUNITY CENTER PID** (10:50 a.m.)
**ADJOURN BOARD OF MESA COUNTY COMMUNITY CENTER PID**
**CONVENE AS BOARD UPPER GRAND VALLEY PEST DISTRICT** (10:54 a.m.)
**ADJOURN BOARD UPPER GRAND VALLEY PEST DISTRICT**
**CONVENE MESA COUNTY LOWER VALLEY PID** (10:54 a.m.)
**ADJOURN MESA COUNTY LOWER VALLEY PID**
**CONVENE MESA COUNTY WHITEWATER PID** (10:55 a.m.)
**ADJOURN MESA COUNTY WHITEWATER PID**
**CONVENE MESA COUNTY WHITEWATER URBAN SERVICES PID** (10:57 a.m.)
**ADJOURN MESA COUNTY WHITEWATER URBAN SERVICES PID**
**CONVENE SOUTHWEST MESA COUNTY RURAL SERVICES PID** (10:58 a.m.)
**ADJOURN SOUTHWEST MESA COUNTY RURAL SERVICES PID**
**CONVENE MESA COUNTY GATEWAY PID** (10:59 a.m.)

DEF 2087

**ADJOURN MESA COUNTY GATEWAY PID**
**RECONVENE BOARD OF COUNTY COMMISSIONERS** (11:02 a.m.)

Chair Pugliese asked Frank Whidden for a briefing on the PIDS and LIDS and suggested they be added to the budget meetings.

**Unscheduled Business**

There was no Unscheduled Business before the Board at today's meeting.

**Adjourn**

With no further business to come before the Board, Chair Pugliese adjourned the meeting at 11:04 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder

_Deydra Bassett_
Deydra Bassett
Clerk to the Board

Rose Pugliese
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

DEF 2088



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

Approved October 24, 2016

District 1 - John Justman      District 2 - Scott McInnis      District 3 - Rose Pugliese

---

# MINUTES
MONDAY
10/17/2016

ADMINISTRATIVE MEETING
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:04 a.m., Chair Rose Pugliese called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Deydra Bassett, Clerk to the Board.  Minutes prepared by Deydra Bassett.  *Note:  Commissioner Scott McInnis attended via teleconference.*

## Deletions from Agenda

There are no deletions from today's Agenda.

## Additions to Agenda

There are no additions to today's Agenda.

## Approval of Minutes

M-1.   Administrative Hearing, October 3, 2016

Chair Pugliese entertained a motion:  COMMISSIONER SCOTT MCINNIS SO MOVED; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

## Presentations

P-1.   Proclamation - Walk to School Day, October 19, 2016

**DEF 2090**

Commissioner Justman read the proclamation in to the record in the form of a motion: COMMISSIONER JOHN JUSTMAN MADE A MOTION THAT WE APPROVE THIS MESA COUNTY PROCLAMATION, WALK TO SCHOOL DAY, OCTOBER 19TH, 2016; COMMISSIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

Mesa County employees accepted the proclamation from the Commissioners, Elizabeth Collins and Jennifer Fox-Colwell spoke.

## Commissioners' Reports

Commissioner Justman, Commissioner McInnis, and Chair Pugliese reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

## Consent Agenda

C-1.   Approve a Contract between Mesa County and Kendall Plumbing & Fence, LLC for the Sheriff's Office Chiller System Renovations in the amount of $265,200.00 and authorize the Chair to sign.

Chair Pugliese entertained a motion to approve:  COMMISSIONER JOHN JUSTMAN APPROVED THE ITEM AS PRESENTED; COMMISIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

## Item(s) Needing Individual Consideration

There are no Individual Consideration Items at today's meeting.

## Briefing Item

B-1.   Briefing from the Mesa County Clerk & Recorder, regarding 2017 budget request.

Sheila Reiner, Clerk and Recorder, and Jackie Campbell, Division Director, presented an adjusted budget request.  Clerk Reiner spoke about the realization of the County's priority for public safety. Clerk Reiner reviewed a power point presentation addressing the impacts of a 5% reduction from the original request.  She gave a comparison of Mesa County to other Category I counties in the state and discussed impacts for citizens, staff, and the county if such a 5% reduction was approved by the Board.

## Unscheduled Business

Bruce Lohmiller, Mesa County resident, spoke about Mr. Trump's visit to Grand Junction.

Dennis Simpson, Mesa County resident, spoke about the Mesa County Health Insurance Plan, the Landfill and the Health Department budget and provided handouts which are on file in the Clerk and Recorder's Office.

DEF 2091

**Adjourn**

With no further business to come before the Board, Chair Pugliese adjourned the meeting at 10:06 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder

*Deydra Bassett*
Deydra Bassett
Clerk to the Board

Rose Pugliese
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

DEF 2092



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

Approved: 11-21-2016

District 1 - John Justman      District 2 - Scott McInnis      District 3 - Rose Pugliese

---

# MINUTES
MONDAY
11/07/2016

ADMINISTRATIVE MEETING
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:02 a.m., Chair Rose Pugliese called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Commissioner Scott McInnis, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Lori Westermire, Clerk to the Board.  Minutes prepared by Lori Westermire.

## Deletions from Agenda

There are no deletions from today's Agenda.

## Additions to Agenda

There are no additions to today's Agenda.

## Approval of Minutes

Chair Pugliese entertained a motion to approve: COMMISSIONER SCOTT MCINNIS SO MOVED; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

    M-1.   Administrative Hearing, October 31, 2016

## Presentations

Chair Rose Pugliese read the proclamation into the record in the form of a motion proclaiming: HOMELESS AND RUNAWAY YOUTH AWARENESS MONTH, NOVEMBER 2016; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

DEF 2102

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

P-1.   Proclamation - Homeless and Runaway Youth Awareness Month, November 2016

The Board presented the Proclamation to Jeffrey Schuster, Program Coordinator with Karis, Inc.  He spoke about the youth assisted by the program and the residential and non-residential facilities operated by Karis, Inc.

## Commissioners' Reports

Commissioner Justman, Commissioner McInnis, and Chair Pugliese reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

## Consent Agenda

There are no Consent Items.

## Item(s) Needing Individual Consideration

I-1.   Adopt a Resolution for Supplementary Budget and Budgetary Transfer

Eleanor Thomas, Budget Manager, presented the item and summarized details of the Supplementary Budget and Budgetary Transfer.

Chair Pugliese entertained a motion to approve this item: COMMISSIONER SCOTT MCINNIS SO MOVED; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

I-2.   Authorize the Board to sign the attached letter, to be submitted to the Federal Energy Regulatory Commission by the Board of Mesa County Commissioners, to support the Jordan Cove Energy Project and Pacific Connector Gas Pipeline rehearing.

Chair Pugliese presented the item and discussed details of the letter.

Chair Pugliese entertained a motion to approve the letter: COMMISSIONER JOHN JUSTMAN SO MOVED; COMMISSIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

## Briefing Item(s)

There are no Briefing Items at today's meeting.

## Unscheduled Business

There was no Unscheduled Business before the Board.

DEF 2103

## Executive Session

E-1. Executive session pursuant to C.R.S. Section 24-6-402(4)(b) for the purpose of receiving legal advice from the County Attorney regarding the procedures and options for vacating public right of way.

Commissioner Scott Mcinnis read the following into the record in the form of a motion:  IT IS NOVEMBER 7, 2016, AT 9:20 A.M., AND WE ARE HERE AT A REGULAR MEETING OF THE BOARD OF COMMISSIONERS WHICH HAS BEEN PROPERLY NOTICED.  I MOVE THAT THE BOARD OF COMMISSIONERS ENTER INTO AN EXECUTIVE SESSION PURSUANT TO C.R.S. SECTION 24-6-402(4)(B) FOR THE PURPOSE OF RECEIVING LEGAL ADVICE FROM THE COUNTY ATTORNEY REGARDING THE PROCEDURES AND OPTIONS FOR VACATING PUBLIC RIGHT OF WAY;COMMISSIONER JOHN JUSTMAN; MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

## Adjourn

With no further business to come before the Board, Chair Pugliese adjourned the regular meeting at 9:20 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder

_Lori Westermire_
Lori Westermire
Clerk to the Board

Rose Pugliese
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

DEF 2104



**Board of**
# MESA COUNTY
**COLORADO**
# COMMISSIONERS

Approved: 12-12-2016

District 1 - John Justman      District 2 - Scott McInnis      District 3 - Rose Pugliese

---

# MINUTES
MONDAY
12/05/2016

ADMINISTRATIVE MEETING
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:09 a.m., Chair Rose Pugliese called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Commissioner Scott McInnis, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Lori Westermire, Clerk to the Board.  Minutes prepared by Lori Westermire.

## Deletions from Agenda

There are no deletions from today's Agenda.

## Additions to Agenda

There are no additions to today's Agenda

## Approval of Minutes

M-1.   Administrative Hearing, November 21, 2016

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE NOVEMBER 21, 2016 MINUTES AS SENT OUT; COMMISSIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

M-2.   Jail Tour, November 21, 2016

Chair Pugliese entertained a motion: COMMISSIONER JOHN JUSTMAN SO MOVED; CHAIR ROSE PUGLIESE SECONDED, MOTION PASSES.  *Note:  Commissioner Scott McInnis was excused from the Jail Tour.*

DEF 2111

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN
Excused:  COMMISSIONER SCOTT MCINNIS

**Presentations**

COMMISSIONER SCOTT MCINNIS READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION PROCLAIMING: GRAND VALLEY GIVES DAY, DECEMBER 6, 2016; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

P-1.   Proclamation - Grand Valley Gives Day, December 6, 2016

The Board presented the Proclamation to Joy Thompson, Program Director of CASA, and other members of the community.  Ms. Thompson spoke about the history of Grand Valley Gives Day and collaboration with other non-profit group.

**Commissioners' Reports**

Commissioner Justman, Commissioner McInnis, and Chair Pugliese reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

**Consent Agenda**

Chair Pugliese read the Consent Agenda items into the record and Mesa County resident, Connie Schmaltz, commented on item C-1.  Chair Pugliese requested that item C-1 be moved to Individual Consideration.

C-1.   *Note: This Item moved to Individual Consideration.*  Approve a Contract between Mesa County and Blythe Group + Co. for design engineering of the existing Animal Services facility to include bid and construction services in the amount of $197,650.00 and authorize the Chair to sign.

C-2.   Consider approving a Franchise Agreement between Mesa County and Charter Communications for the purpose of operating a cable communications system.

Chair Pugliese entertained a motion to approve the one item on the Consent Agenda: COMMISSIONER SCOTT MCINNIS SO MOVED; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

**Item(s) Needing Individual Consideration**

C-1.   Approve a Contract between Mesa County and Blythe Group + Co. for design engineering of the existing Animal Services facility to include bid and construction services in the amount of $197,650.00 and authorize the Chair to sign.

DEF 2112

Greg Linza, Facilities Director, briefed the Board on the proposed Contract. He summarized the issues at the Animal Services facility, noting the problems are within the interior; he provided the history of repairs, explained the least cost option and available funding, the design bid process, and standard warranties.

Ms. Schmaltz provided additional comments.

COMMISSIONER JOHN JUSTMAN MOVED TO APPROVE THE PROJECT; Chair Pugliese requested those in favor of the motion: Chair Pugliese, Commissioner McInnis and Commissioner Justman responded in favor, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

I-1.   Consider adopting three (3) Resolutions for the Mesa County 2017 Budget: 1. A Resolution summarizing expenditures and revenues for each fund and adopting the 2017 Budget, for Mesa County, Colorado, and authorize the Chair to sign; and 2. A Resolution appropriating sums of money for calendar year 2017 for Mesa County, Colorado, and authorize the Chair to sign; and 3. A Resolution levying general property taxes for the year 2016, to help defray the costs of government for Mesa County, Colorado for the 2017 budget year, and authorize the Chair to sign.

Frank Whidden, County Administrator, Scott Stewart, Chief Financial Officer, and Eleanor Thomas, Budget Manager, presented the item. Mr. Whidden provided an overview of the budget process, and discussed important features of the proposed budget including reduced revenue, public safety requests, employee benefits, and landfill operations. He summarized the fund balances, revenues, and expenditures. Ms. Thomas provided the Board with copies of the proposed Resolutions and backup information on expenditures and revenues for each fund. These items are included on the Mesa County website and are on-file at the Clerk & Recorder's Office.

Dennis Simpson, Mesa County resident, spoke on the Budget and provided written information pertaining to budget requirements from the Colorado Revised Statutes. The information from Mr. Simpson is on-file at the Clerk and Recorder's Office.

The Board took a recess at 9:56 a.m. and reconvened at 10:08 a.m.

Chair Pugliese requested that County Attorney Coleman provide his thoughts on the information presented by Mr. Simpson. Mr. Coleman suggested staff provide any additional information, and he informed the Board it could either adopt the budget today, or continue the Budget hearing, explaining the Board has until December 15th to adopt the Budget.

The Board members and Mr. Simpson had additional discussion. Chair Pugliese announced further comments on the item would be allowed under Unscheduled Business.

Commissioner McInnis made the following motion: I'LL MOVE TO CONTINUE THE BUDGET HEARING TO MONDAY, NEXT MONDAY, TO ALLOW STAFF TO ADDRESS ISSUES; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

DEF 2113

Chair Pugliese announced the PIDs and LIDs on today's Agenda would be delayed until December 12, 2016.  She announced there was no Briefing Items on today's Agenda and entertained Unscheduled Business.

**Unscheduled Business**

Bill Voss, Mesa County resident, spoke about the proposed 2017 Budget and provided a written handout titled "Notice of Objection Filed Under the Local Government Budget Law C.R.S. 29-1-101," which is on-file at the Mesa County Clerk & Recorder's Office.

Chair Pugliese announced she was remiss in opening and continuing the individual PID/LID meetings on the Agenda and adjourned as the Mesa County Commissioners to reconvene as the following:

**ADJOURN BOARD OF COUNTY COMMISSIONERS** (10:31 a.m.)
**CONVENE AS BOARD OF MESA COUNTY COMMUNITY CENTER PID**
**ADJOURN BOARD OF MESA COUNTY COMMUNITY CENTER PID**
**CONVENE AS BOARD UPPER GRAND VALLEY PEST DISTRICT** (10:31 a.m.)
**ADJOURN BOARD UPPER GRAND VALLEY PEST DISTRICT**
**CONVENE MESA COUNTY LOWER VALLEY PID** (10:31 a.m.)
**ADJOURN MESA COUNTY LOWER VALLEY PID**
**CONVENE MESA COUNTY WHITEWATER PID** (10:32 a.m.)
**ADJOURN MESA COUNTY WHITEWATER PID**
**CONVENE MESA COUNTY WHITEWATER URBAN SERVICES PID** (10:32 a.m.)
**ADJOURN MESA COUNTY WHITEWATER URBAN SERVICES PID**
**CONVENE SOUTHWEST MESA COUNTY RURAL SERVICES PID** (10:32 a.m.)
**ADJOURN SOUTHWEST MESA COUNTY RURAL SERVICES PID**
**CONVENE MESA COUNTY GATEWAY PID** (10:33 a.m.)
**ADJOURN MESA COUNTY GATEWAY PID**
**RECONVENE BOARD OF COUNTY COMMISSIONERS** (10:33 a.m.)

**Adjourn**

With no further business to come before the Board, Chair Pugliese adjourned the meeting at 10:33 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder

_Lori Westermire_
Lori Westermire
Clerk to the Board

Rose Pugliese
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCagendas/
Please note that listed recorded times are approximate.

**DEF 2114**



**Board of**
# MESA COUNTY
### COLORADO
# COMMISSIONERS

Approved: 12-19-2016

District 1 - John Justman      District 2 - Scott McInnis      District 3 - Rose Pugliese

# MINUTES
MONDAY
12/12/2016

ADMINISTRATIVE MEETING
544 Rood Avenue, Public Hearing Room
9:00 AM

## Call Meeting to Order

At 9:04 a.m., Chair Rose Pugliese called to order a regular Administrative Meeting of the Board of Mesa County Commissioners at the Mesa County Courthouse, Public Hearing Room, 544 Rood Avenue, Grand Junction, Colorado.  Those present included Commissioner John Justman, Commissioner Scott McInnis, Frank Whidden, County Administrator; J. Patrick Coleman, County Attorney; and Lori Westermire, Clerk to the Board.  Minutes prepared by Lori Westermire.

## Deletions from Agenda

There are no deletions from today's Agenda

## Additions to Agenda

There are no additions to today's Agenda.

## Approval of Minutes

Chair Pugliese entertained a motion to approve: COMMISSIONER SCOTT MCINNIS SO MOVED; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

M-1.    Administrative Hearing, December 5, 2016

## Presentations

COMMISSIONER JOHN JUSTMAN READ THE PROCLAMATION INTO THE RECORD IN THE FORM OF A MOTION PROCLAIMING: BILL OF RIGHTS DAY, DECEMBER 15, 2016; COMMISSIONER SCOTT MCINNIS SECONDED, MOTION PASSES.

DEF 2115

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

P-1.   Proclamation - Bill of Rights Day, December 15, 2016

The Board presented the Proclamation to Garry Brewer, Gary Parrott, and Norm Kronvall.  Mr. Brewer and Mr. Parrott spoke about the history of the Bill of Rights.

## Commissioners' Reports

Commissioner Justman, Commissioner McInnis, and Chair Pugliese reported on the events and/or conversations they participated in and summarized the information covered at those events/meetings.

## Consent Agenda

Chair Pugliese entertained a motion to approve the Consent Agenda: COMMISSIONER SCOTT MCINNIS SO MOVED; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

C-1.   Adopt a Resolution approving the Amended 2016 Budget (if applicable) and Proposed 2017 Budget for the Persigo Sewer System, including charges and fees, and authorize the Chair to sign.

C-2.   Adopt a Resolution supplementing the Mesa County Emergency Operations Plan with the September 2016 Joint Information System, and authorize the Chair to sign.

C-3.   Adopt a Resolution supplementing the Mesa County Emergency Operations Plan with the November 2016 Rapid Needs Assessment, and authorize the Chair to sign.

C-4.   Adopt a Resolution approving the Public Trustee's 2016 3rd Quarter Financial Report.

C-5.   Consider approving the Public Trustee's Proposed 2017 Budget.

C-6.   Authorize the Chair to sign the attached Letter regarding Real Property Acquisition for a proposed real estate transaction between Colorado Parks and Wildlife and the Robert John Wilcox and Sharon Faye Wilcox Revocable Trusts.

C-7.   Appoint Tom Benton to the Grand Junction Regional Airport Authority Board to serve the remaining term of a resigning Director. The term ends April 1, 2017.

## Item(s) Needing Individual Consideration

I-1.   Consider adopting three (3) Resolutions for the Mesa County 2017 Budget.

1. A Resolution summarizing expenditures and revenues for each fund and adopting the 2017 Budget, for Mesa County, Colorado, and authorize the Chair to sign; and

2. A Resolution appropriating sums of money for calendar year 2017 for Mesa County, Colorado, and authorize the Chair to sign; and

DEF 2116

3. A Resolution levying general property taxes for the year 2016, to help defray the costs of government for Mesa County, Colorado for the 2017 budget year, and authorize the Chair to sign.

Chair Pugliese introduced the item and provided an overview on the budget process, actions taken after the December 5, 2016 Administration Meeting to confirm the budget was prepared in accordance with Colorado law, and explained an independent auditor reviewed the budget to confirm Mesa County is in compliance.  Mr. Frank Whidden, County Administrator; Eleanor Thomas, Budget Manager; and Scott Stewart, Chief Financial Officer, summarized details of the Budget.  Mr. Whidden explained no numbers in the budget were changed, but a Budget Message and schedules for lease purchases were added to the 2017 Budget.  He discussed revenues in the Capital Fund are projected and that projects during the year are prioritized.

County Attorney Patrick Coleman provided additional information pertaining to the budget process, and the findings of an independent auditor, Poysti & Adams, LLC, which confirmed Mesa County's 2017 Budget complies with local government budget law.

The Commissioners commented about the transparency of the budget process, the independent audit, and steps staff took to confirm the Budget was prepared correctly.  Chair Pugliese read Colorado Revised Statute 29-1-103 into the record and confirmed with Mr. Stewart and County Attorney Coleman that the County is in compliance with the Local Government Budget Law.

Mesa County residents speaking on this item included:  Bill Voss, Martha Scott, Claudette Konola, Patrick Green, Bob Noble, Matthew Breman, Mel Mulder, Bob Wilson, P. J. McGovern, Tim Foster, Jeff Franklin, Tom Benton, Melody Safken, Dennis Simpson, Alden Sevoca, and Janet Johnson.

County Attorney Coleman responded to comments made by Mr. Voss pertaining to the budget and Mr. Stewart addressed comments made by Mr. Simpson.

Chair Pugliese entertained a motion to adopt the three Resolutions she previously read into the record for the Mesa County 2017 Budget: COMMISSIONER SCOTT MCINNIS SO MOVED; COMMISSIONER JOHN JUSTMAN SECONDED, MOTION PASSES.

For: CHAIR ROSE PUGLIESE, COMMISSIONER JOHN JUSTMAN, COMMISSIONER SCOTT MCINNIS

**Unscheduled Business**

Chair Pugliese moved up Unscheduled Business.  Mesa County residents Dennis Simpson and Bill Voss spoke.

The Board took a recess at approximately 11:02 a.m. and reconvened at 11:18 a.m.

**ADJOURN BOARD OF COUNTY COMMISSIONERS** (11:18 a.m.)
**CONVENE AS BOARD OF MESA COMMUNITY CENTER PID**
**ADJOURN BOARD OF MESA COMMUNITY CENTER PID**
**CONVENE AS BOARD UPPER GRAND VALLEY PEST DISTRICT** (11:19 a.m.)
**ADJOURN BOARD UPPER GRAND VALLEY PEST DISTRICT**
**CONVENE MESA COUNTY LOWER VALLEY PID** (11:21 a.m.)
**ADJOURN MESA COUNTY LOWER VALLEY PID**

**DEF 2117**

**CONVENE MESA COUNTY WHITEWATER PID** (11:22 a.m.)
**ADJOURN MESA COUNTY WHITEWATER PID**
**CONVENE MESA COUNTY WHITEWATER URBAN SERVICES PID** (11:24 a.m.)
**ADJOURN MESA COUNTY WHITEWATER URBAN SERVICES PID**
**CONVENE SOUTHWEST MESA COUNTY RURAL SERVICES PID** (11:25 a.m.)
**ADJOURN SOUTHWEST MESA COUNTY RURAL SERVICES PID**
**CONVENE MESA COUNTY GATEWAY PID** (11:27 a.m.)
**ADJOURN MESA COUNTY GATEWAY PID**
**RECONVENE BOARD OF COUNTY COMMISSIONERS** (11:30 a.m.)

## Executive Session

E-1.   Executive session pursuant to C.R.S. Section 24-6-402(4)(b) for the purpose of receiving legal advice from the County Attorney regarding the Local Government Budget Law and budget adoption procedures.

Chair Pugliese announced the Executive Session was not necessary since the Board adopted the 2017 Budget.

## Briefing Item(s)

There are no Briefing Items.

## Adjourn

With no further business to come before the Board, Chair Pugliese adjourned the meeting at 11:30 a.m.

Sheila Reiner,
Mesa County Clerk & Recorder

_Lori Westermire_
Lori Westermire
Clerk to the Board

Rose Pugliese
Chair

Agendas, minutes and recorded webcasts can be found online at:
http://www.mesacounty.us/BoCCAgendas/
Please note that listed recorded times are approximate.

DEF 2118

RESOLUTION No. MCM_____
**RESOLUTION TO ADOPT BUDGET**

**A RESOLUTION SUMMARIZING EXPENDITURES AND REVENUES FOR EACH FUND AND ADOPTING A BUDGET FOR THE COUNTY OF MESA, COLORADO FOR THE CALENDAR YEAR BEGINNING ON THE FIRST DAY OF JANUARY 2017, AND ENDING ON THE LAST DAY OF DECEMBER 2017.**

**WHEREAS,** The Board of County Commissioners of Mesa County has appointed the County Administrator pursuant to C.R.S. 29-1-105, to prepare and submit a proposed budget to said governing body at the proper time; and

**WHEREAS,** Upon due and proper notice, published or posted in accordance with the law, said proposed budget was open for inspection by the public at 544 Rood Avenue, Grand Junction, Colorado, and interested taxpayers were given the opportunity to file or register any objections to said proposed budget; and

**WHEREAS,** whatever increases may have been made in the expenditures, like increases were added to the revenues or planned to be expended from fund balances so that the budget remains in balance, as required by law.

**NOW, THEREFORE, BE IT RESOLVED** by the Board of County Commissioners of the County of Mesa, Colorado:

Section 1. That the budgeted revenues, expenditures and available resources for each fund are as follows:

| | Estimated Resources | | | |
|---|---|---|---|---|
| **Fund** | **Fund Balance January 1** | **Revenues** | **Appropriations** | **Fund Balance December 31** |
| General | $13,654,173 | $54,576,860 | $57,338,622 | $10,892,411 |
| Human Services | 955,057 | 28,183,573 | 28,637,076 | 501,554 |
| Health | 672,312 | 7,127,486 | 7,474,888 | 324,910 |
| Road & Bridge | 3,219,482 | 9,486,890 | 8,847,929 | 3,858,443 |
| Commissary | 281,169 | 282,800 | 363,610 | 200,359 |
| Capital Fund | 5,719,887 | 30,212,033 | 35,871,585 | 60,335 |
| TV Translator | 5,890 | 54,095 | 53,000 | 6,985 |
| Developmental Disabilities | 7,829 | 534,799 | 537,213 | 5,415 |
| Conservation Trust | 78,728 | 725,500 | 795,294 | 8,934 |
| Fair Board | 27,778 | 150,000 | 149,740 | 28,038 |
| Clerk Tech | 92,788 | 30,696 | 45,000 | 78,484 |
| Transportation Impact | 0 | 300,000 | 300,000 | 0 |
| COP | 11,798 | 1,709,362 | 1,709,521 | 11,639 |
| Internal Service | 60,023 | 482,183 | 482,183 | 60,023 |
| Insurance | 2,738,675 | 10,409,626 | 10,193,715 | 2,954,586 |
| Fleet Maintenance | 4,086,154 | 1,999,550 | 2,445,517 | 3,640,187 |
| Rural Community Services | 55,479 | 69,988 | 69,988 | 55,479 |
| Solid Waste Management | 8,880,923 | 5,145,999 | 4,252,860 | 9,774,062 |
| **Total** | **$40,548,145** | **$151,481,440** | **$159,567,741** | **$32,461,844** |

Section 2.    That the budget as submitted, amended and here in above summarized, hereby is approved and adopted as the budget of the County of Mesa for the year stated above.

Section 3.    That the Authorized Staffing Levels as submitted, amended and here attached to this resolution, hereby is approved and adopted for the County of Mesa for the year stated above.

Section 4.    That the budget and Authorized Staffing Levels hereby approved and adopted shall be signed

**DEF 2119**

by the Mesa County Commissioners and made a part of the public records of the County.

Section 5.    That any and all year-end increases to fund balances shall be considered a "reserve increase" and therefore part of "fiscal year spending," within the meaning of Article X, Section 20(2)(e) of the Colorado Constitution.

**ADOPTED** this 12th Day of December, 2016, in Grand Junction, Mesa County, Colorado.

Attest:

Sheila Reiner
Mesa County Clerk & Recorder

Rose Pugliese
Chair, Mesa County Commissioners

DEF 2120



# AUTHORIZED STAFFING LEVEL

| Department | Total 2014 | Total 2015 | Total 2016 | Changes for 2017 Budget | | 2017 Adopted Budget | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Outside Funded FTE's | County FTE's | Outside Funded FTEs | Net County FTEs | Total |
| Administration | 5.0 | 6.0 | 6.0 | | | | 6.0 | 6.0 |
| Animal Services | 15.0 | 13.8 | 13.8 | | | 5.8 | 8.0 | 13.8 |
| Assessor | 25.5 | 25.5 | 25.5 | | | | 25.5 | 25.5 |
| Board of Commissioners | 3.0 | 3.0 | 3.0 | | | | 3.0 | 3.0 |
| Building Inspection | 8.0 | 8.0 | 9.0 | | | | 9.0 | 9.0 |
| Clerk & Recorder | 34.0 | 34.0 | 34.0 | | (4.0) | | 30.0 | 30.0 |
| Coroner | 3.0 | 3.0 | 3.0 | | | | 3.0 | 3.0 |
| County Attorney | 14.0 | 14.0 | 15.0 | 1.0 | | 7.7 | 8.3 | 16.0 |
| Criminal Justice | 84.0 | 84.5 | 87.0 | | | 57.1 | 29.9 | 87.0 |
| District Attorney | 46.5 | 46.0 | 47.0 | | 6.0 | 0.6 | 52.4 | 53.0 |
| Engineering | 19.0 | 19.0 | 20.0 | | | | 20.0 | 20.0 |
| Facilities | 17.0 | 17.0 | 16.0 | | | | 16.0 | 16.0 |
| Fairground | 4.0 | 4.0 | 4.0 | | | | 4.0 | 4.0 |
| Financial Services | 5.0 | 6.0 | 6.0 | | | | 6.0 | 6.0 |
| Fleet Management | 13.0 | 12.0 | 12.0 | | | | 12.0 | 12.0 |
| Health Department | 77.3 | 77.3 | 84.1 | | | 46.4 | 37.7 | 84.1 |
| Human Resources | 4.0 | 4.0 | 4.0 | | | | 4.0 | 4.0 |
| Human Services | 249.3 | 253.3 | 257.3 | | (0.5) | 219.9 | 36.9 | 256.8 |
| Information Management | 29.0 | 27.0 | 26.0 | | (2.5) | | 23.5 | 23.5 |
| Insurance | 1.0 | 1.0 | 1.0 | | | | 1.0 | 1.0 |
| Pest & Weed Control | 0.0 | 0.0 | 0.0 | | 1.0 | | 1.0 | 1.0 |
| Planning & Code Compliance | | | 13.0 | | (1.0) | | 12.0 | 12.0 |
| Public Works Administration | 4.0 | 4.0 | 3.0 | | | | 3.0 | 3.0 |
| Purchasing | 1.0 | 1.0 | 1.0 | | | | 1.0 | 1.0 |
| Regional Transportation Planning Office | 3.0 | 4.0 | 4.0 | | | 2.9 | 1.1 | 4.0 |
| Road & Bridge | 51.0 | 51.0 | 51.0 | | | | 51.0 | 51.0 |
| Rural Community Fund | 1.0 | 1.0 | 1.0 | | | | 1.0 | 1.0 |
| Sheriff - Detention | 77.0 | 77.0 | 77.0 | | | 3.5 | 73.5 | 91.0 |
| Sheriff - Law Enforcement | 128.0 | 128.0 | 128.0 | | | 3.7 | 124.3 | 132.0 |
| Sheriff - Work Release | 18.0 | 18.0 | 18.0 | | | | 0.0 | 0.0 |
| Sheriff - Emergency Management | 2.0 | 2.0 | 2.0 | | | | 2.0 | 2.0 |
| Surveyor | 1.0 | 1.0 | 1.0 | | | | 1.0 | 1.0 |
| Traffic | 8.0 | 8.0 | 8.0 | | | | 8.0 | 8.0 |
| Treasurer | 7.0 | 7.0 | 7.0 | | | | 7.0 | 7.0 |
| Tri-River | 2.0 | 2.0 | 2.0 | | | | 2.0 | 2.0 |
| **Subtotal for Governmental Departments** | **972.6** | **975.3** | **989.6** | **1.0** | **(1.0)** | **347.5** | **624.0** | **989.6** |
| Solid Waste Management (Enterprise Fund) | 7.0 | 7.0 | 22.6 | | | | 22.6 | 22.6 |
| **Total County FTEs** | **979.6** | **982.3** | **1,012.2** | **1.0** | **(1.0)** | **347.5** | **646.6** | **1,012.2** |

Note:  County FTE's includes staff that are paid for by fees and other non-tax revenues, and were not used in these calculations. Criminal Justice Services has some client fees that are required by statute, but these were not included in the calculations.

**DEF 2121**

RESOLUTION NO.  MCM_____

**RESOLUTION TO APPROPRIATE SUMS OF MONEY**

**A RESOLUTION APPROPRIATING SUMS OF MONEY TO THE VARIOUS FUNDS, IN THE AMOUNTS SET FORTH BELOW, FOR THE COUNTY OF MESA, COLORADO, FOR THE 2017 BUDGET YEAR.**

**WHEREAS,** The Board of County Commissioners of Mesa County has adopted the annual budget in accordance with the Local Government Budget Law, on December 12th, 2016; and

**WHEREAS,** the Board of County Commissioners of Mesa County has made provision therein for revenues and/or fund balance in an amount equal to or greater than the total proposed expenditures as set forth in said budget; and

**WHEREAS,** it is not only required by law, but also necessary to appropriate the revenues provided in the budget to and for the purposes described below, so as not to impair the operations of the County; and

**WHEREAS,** 1990 C.R.S. 29-1-108 requires an enacting appropriations resolution for the ensuing fiscal year.

**NOW, THEREFORE, BE IT RESOLVED** by the Board of County Commissioners of the County of Mesa, Colorado that the following sums are hereby appropriated as expenditures from the resources of each fund as follows:

*Section 1.*

| Fund | Appropriation Amount |
|---|---|
| General Fund | |
| Assessor | $1,783,065 |
| Commissioners | 364,147 |
| Coroner | 465,775 |
| County Clerk & Recorder | 1,878,440 |
| District Attorney | 3,932,894 |
| Sheriff | 24,145,272 |
| Surveyor | 47,624 |
| Treasurer | 561,419 |
| All Other General Fund | 24,159,986 |
| Total General Fund | $57,338,622 |
| Human Services | 28,637,076 |
| Health | 7,474,888 |
| Road & Bridge | 8,847,929 |
| Commissary | 363,610 |
| Capital Fund | 35,871,585 |
| TV Translator | 53,000 |
| Developmental Disabilities | 537,213 |
| Conservation Trust | 795,294 |
| Fair Board | 149,740 |
| Clerk Tech | 45,000 |

DEF 2122

| | |
|---|---|
| Transportation Impact | 300,000 |
| COP Fund | 1,709,521 |
| Internal Service | 482,183 |
| Insurance | 10,193,715 |
| Fleet Maintenance | 2,445,517 |
| Rural Community Services | 69,988 |
| Solid Waste Management | 4,252,860 |
| **Grand Total All Funds** | **$159,567,741** |

*Section 2.* The above appropriations are by spending agency and may be expended only in accordance with County policies on purchasing and budget latitude.

*Section 3.* Any and all year-end fund balances shall be considered a "reserve increase" and therefore part of "fiscal year spending" within the meaning of Article X, Section 20(2)(e) of the Colorado Constitution.

**DULY MOVED, SECONDED, AND PASSED THIS 12th** day of December, 2016.

**BOARD OF COUNTY COMMISSIONERS OF MESA COUNTY**

Rose Pugliese
Chair, Mesa County Commissioners

Attest:

Sheila Reiner
Mesa County Clerk & Recorder

DEF 2123

**MCM #**

**RESOLUTION TO SET MILL LEVIES**

**A RESOLUTION LEVYING GENERAL PROPERTY TAXES FOR THE YEAR 2016, TO HELP DEFRAY THE COSTS OF GOVERNMENT FOR THE COUNTY OF MESA, COLORADO, FOR THE 2017 BUDGET YEAR.**

**WHEREAS,** the Board of County Commissioners of Mesa County has adopted the annual budget in accordance with the Local Government Budget Law, on December 12th, 2016; and

**WHEREAS,** the amount of money necessary to balance the budget for general operating expenses is (by fund):

| | |
|---|---|
| General | $16,684,208 |
| Abatements | 95,454 |
| | 16,779,662 |
| Human Services | 4,278,896 |
| Road & Bridge | 813,192 |
| Developmental Disabilities | 539,681 |
| TV Translator | 9,178 |
| Total County | $22,420,609 |

**WHEREAS,** the 2016 valuation for assessment for the County of Mesa, Colorado, as certified by the County Assessor is $1,835,648,321 (net of the Tax Increment Finance District $9,828,009).

**NOW, THEREFORE, BE IT RESOLVED** by the Board of County Commissioners of the County of Mesa, Colorado:

Section 1.  That for the purpose of meeting all general operating expenses of the County of Mesa during the 2017 budget year, there is hereby levied a tax of 12.214 mills upon each dollar of the total valuation for assessment of all taxable property within the County for the year 2016.  These mills are distributed as follows:

| | |
|---|---|
| General | 9.141 |
| Human Services | 2.331 |
| Road & Bridge | .443 |
| Developmental Disabilities | .294 |
| TV Translator | .005 |
| Total County Mills Levied | 12.214 |
| Abatements | -0.052 |
| Base Levy | 12.162 |

**DEF 2124**

Section 2.  That the Chair of the Board is hereby authorized and directed to immediately certify to the County Commissioners of Mesa County, Colorado, the mill levies for the County of Mesa as herein above determined and set.

Section 3:  All prior resolutions certifying the mill levy for the Mesa County are hereby repealed.

**ADOPTED** this 12th day of December, 2016, in Grand Junction, Mesa County, Colorado.

**MESA COUNTY BOARD OF COUNTY COMMISSIONERS**

By:  Rose Pugliese, Chair

Attest:

Sheila Reiner
Mesa County Clerk & Recorder

Page 2 of  2

**DEF 2125**



THE DAILY
**SENTINEL**
GJSentinel.com

This copy is for your personal, noncommercial use only

# PRESSURE TO FUND PUBLIC SAFETY

### Sheriff will ask commissioners to fund dozens of new deputies



A Mesa County Sheriff's Office deputy, right, blocks the entry to the Alpine Bank drive-through in Clifton while another deputy stands guard at the exit after a robbery attempt in this Sept. 23 photo.



Matt Lewis

By Gary Harmon
Sunday, October 2, 2016

It's time for Mesa County to start rebuilding the Sheriff's Office that was decimated six years ago, Sheriff Matt Lewis will tell the Mesa County Commission later this month.

Commissioners, meanwhile, are coming to grips with the idea that they will have to dig deep into their reserves to keep the county in much the same condition as it is now — without increases in the staff of the Sheriff's Office and in the Mesa County District Attorney's Office.

Just holding steady would likely reduce the 2017 fund balance — the margin of cash left over at the end of each year — by an estimated $3 million. Counties and other local governments rely on fund balances to keep them from deficit spending, which is prohibited by the state Constitution.

The Sheriff's Office lost 11.3 percent of its staff in 2010, when the county slashed spending, "and we've not yet recovered from that," Lewis said in an interview with The Daily Sentinel.

Lewis hopes to persuade the commission to at least begin a process of restoring those lost positions, and more, to meet the demands of a still-growing county with violent crime rivaling the worst of comparable Colorado jurisdictions and well in excess of the crime rates of Delta, Eagle, Garfield and Montrose counties combined.

The Sheriff's Office territory includes some of the most densely, and the most sparsely, populated areas in the 3,300 square miles of the county. It includes populous Clifton and Fruitvale, as well as the ranchlands outside the Grand Valley.

Violent crime in unincorporated Mesa County, with 203 incidents, exceeded that of the unincorporated county areas of Boulder, 54 incidents; Larimer, 109 incidents; Pueblo, 51 incidents; and Weld, 154 incidents; according to the Uniform Crime Report in 2014, the most recent available compilation of comparable crime statistics.

Mesa County's property-crime incidents, 1,083, meanwhile, was second only to that of unincorporated Pueblo County, with 1,231 incidents, according to the same report. Boulder, Weld and Larimer counties all had fewer than 850 property-crime reports.

Mesa County's 203 violent crimes by far outstripped the 109 recorded collectively among the Western Slope counties of Delta, Eagle, Garfield and Montrose.

DEF 114



PRESSURE TO FUND PUBLIC SAFETY | GJSentinel



Mesa County, according to statistics compiled by the Sheriff's Office, lags behind the staffing levels of similar jurisdictions and would pull even with one of them if the commission funded the agency's full request.

Lewis is asking the commission to increase by 32 the number of current operations deputies, to 75.

Not all those deputies would be on the county's roads, Lewis said. Operational deputies include captains, investigators, the narcotics unit and others, but doesn't include the deputies who work in the jail.

An operational staff of 107 would give the Sheriff's Office a ratio of 1.5 deputies per 1,000 residents of unincorporated Mesa County. The current ratio is 1.06 deputies per 1,000.

"We need to be at 1.5," Lewis said. "We need that to be effective and we're asking for what we think we need."

Even at 1.5 deputies per 1,000 residents, Mesa County would be half the level of Larimer County, which has three deputies per 1,000 residents. Boulder County has 1.5 deputies per 1,000 residents and Weld County is just below that threshold.

"We are going from 911 call to 911 call, which doesn't allow officers to proactively identify problems" and take appropriate action, Lewis said.

In 2015, it took deputies on average eight minutes after being dispatched to arrive at a Priority 1 call, slightly less time than it took in 2007. Priority 1 calls are those that require the quickest response.



Chief Deputy District Attorney Trish Mahre presents the state's case during a recent sentencing hearing for Isaac Ortiz, convicted of child abuse resulting in death  Caseloads for prosecutors in the district attorney's office are growing, prompting District Attorney Dan Rubinstein to seek funding for new attorneys and support staff from county commissioners.

Lesser-priority calls, however, can take substantially longer.

"If it's a priority 5, 6 or 7, we may tell you that it will be tomorrow" before a deputy can respond to a report, Lewis said

In all, Lewis is seeking $3.4 million a year to pay for the 32 new operations deputies and 22 new detention deputies. Operations deputies cost $64,711 per year, including benefits, and detention deputies cost $60,370.

That amount of money isn't available immediately and the Sheriff's Office couldn't immediately accommodate all those new spots, Lewis said.

He's hoping that the commission will commit to increasing the sheriff's staff in phases, perhaps over three years, Lewis said.

Commissioners, meanwhile, are contemplating how to continue with current services in the face of a projected 2.6 percent drop in 2017 revenues.

Scenarios already are being drafted to illustrate how many jobs elsewhere in the county might have to be reduced to accommodate increases in the sheriff's and district attorney's office and the possibility of furloughs — unpaid time for employees — four-day work weeks, and other measures have been raised.

"It's an emergency situation in our sheriff's staffing and with the DA," Commissioner Scott McInnis said in a budget meeting last week, suggesting that increases might be staggered, possibly a new deputy every month or so.

Eating deeply into the fund balance isn't something he's eager to do, said Commissioner John Justman.

**DEF 115**

PRESSURE TO FUND PUBLIC SAFETY | GJSentinel

"I can't go along with that," Justman said.

"I'm trying to save employees' jobs," commission Chairwoman Rose Pugliese said, noting that she also considers the county's contributions to Colorado Mesa University and economic development to be off the table.

The Sheriff's Office, however, has been stretched too thin for too long, Lewis said.

He's aware of the budget issues the county faces, but, "I can't in good conscience say it'll be OK, we'll be fine and submit a flat budget."

**DEF 116**

County cuts loom large | GJSentinel.com

THE ☒ DAILY
SENTINEL
GJSentinel.com

This copy is for your personal, noncommercial use only.

# County cuts loom large
## Departments to spend only 95% of their budgets



The line at the Mesa County Department of Motor Vehicles stretches out of the office to the front door of the Central Services building on Monday. Lines have lengthened since the DMV closed its satellite offices in Clifton and Fruita because of budget cuts.

By Gary Harmon
Monday, February 27, 2017

Mesa County is asking its department heads to take a steak knife to their budgets now so the commission won't have to swing a meat ax later.

County Administrator Frank Whidden sent out an email to county department heads telling them to hold spending to 95 percent of their approved budget amounts.

To do so could require layoffs or other cost-cutting measures and the longer officials take to reduce costs, the deeper those cuts will be, commission Chairman Scott McInnis said

The move is an effort to deal with an array of indicators showing tax revenues are unlikely to sustain the $57.4 million budget the county approved in December.

"The dynamics of what's going on are really negative," McInnis said.

Sales-tax revenues in January from sluggish December sales were off 1.4 percent from the same time last year and 2016 sales taxes were down 3.1 percent overall.

Use taxes in 2016 dropped 16.2 percent from the previous year, and severance taxes continued their deep dive, according to the county's finance office

Officials expected that the spending plan would eat into reserves, but have become alarmed as 2017 has opened.

Reducing spending by 5 percent with 10 months of the year remaining could save about $1.5 million, Whidden said.

All county departments will be subject to the reduction, with the exceptions of the sheriff's and district attorney's offices.

The 2017 budget was crafted with the intent of providing $1.4 million in new spending for the sheriff and $400,000 for the DA. Those increases went only part of the way to returning staffing to levels they were before 2010, when the commission slashed budgets in the face of falling revenues.

Residents already have felt the sting of reduction at the clerk's office, where waits to meet with motor-vehicle officials can run for more than an hour.

Clerk Sheila Reiner made an 8 percent, or $165,000, reduction and laid off four employees in November while closing satellite offices in Fruita and Clifton, leaving only the downtown Grand Junction office or the internet as places where motorists can get new license tags, new plates or to conduct other business.

Reiner said she was reluctant to make more cuts, especially because her budget already reflects the highest priorities of her office, which she noted was the only one managed by an elected official that took steps to reduce spending before the

4

1/2

DEF 117

3/14/2017                                County cuts loom large | GJSentinel.com

budget was approved.

"If required to reduce our workforce again we would likely need to reduce service hours to the public, which may include appointment-only interactions for transactions that couldn't be accomplished through the mail or online," Reiner said

Time is an issue, McInnis said, urging officials to make cuts soon

What might be a 5 percent cut today could grow to be 7 percent cut, or more, in a few months, McInnis said.

Though there has been discussion among officials of a November ballot measure aimed at boosting revenues for deputies and prosecutors, none has emerged.

County officials "have hopes that a ballot measure will be passed in November that will alleviate some of the pressure in the public safety area," Whidden said in a memo to department heads, "but if that measure fails deeper cuts should be anticipated."

The county has, over the years, held down costs to 2 or 3 percent below budget, but that might not be enough.

"In general, we are seeking additional efficiencies everywhere, looking into revenue-enhancement ideas, and reviewing services to be reduced or eliminated," said Scott Stewart, chief financial officer for the county.

DEF 118

### MESA COUNTY, COLORADO
### AMENDMENT TO COUNTY ATTORNEY
### EMPLOYMENT AGREEMENT

THIS AMENDMENT TO COUNTY ATTORNEY EMPLOYMENT AGREEMENT (this "Amendment"), effective January 1, 2018, is made by and between the Board of County Commissioners of Mesa County, Colorado (the "Board") and J. Patrick Coleman ("Employee") as follows:

WHEREAS, the Board and Employee entered into that certain Employment Agreement effective November 17, 2014, as amended from time to time, most recently by that certain Amendment effective January 1, 2017 (the "Agreement"); and

WHEREAS, Paragraph 3 of the Agreement provides that Employee's current annual salary would be paid commencing January 1, 2017, and continuing until December 31, 2017; and the Agreement further provides that Employee's annual salary for any period beyond December 31, 2017, shall be negotiated by the Board and the Employee prior to December 31, 2017; and

WHEREAS, the Board and the Employee desire to amend Paragraph 3 of the Agreement to eliminate the requirement that the Board and the Employee must renegotiate the Employee's salary on an annual basis.

NOW, THEREFORE, for the consideration set forth, the Board and Employee agree as follows:

1.     Paragraph 3 of the Agreement, as amended, shall be deleted in its entirety and replaced as follows:

> Employee's compensation shall be paid in pro-rated installments at the same time as other employees of Mesa County are paid. The Board shall continue to pay Employee's compensation, including salary, which is currently $140,000 annually, and benefits, beyond December 31, 2017 and thereafter, unless Employee's employment is terminated as provided herein, or Employee's compensation is increased from time to time by the Board as part of its annual budget approval process, or in the exercise of its day-to-day supervision of Employee. Except in the event Employee's employment is specifically terminated for cause, any failure to appropriate funds sufficient to pay Employee's compensation in any given year of employment shall be deemed as a termination of Employee's employment without cause. The Board shall conduct an annual review of Employee's performance.

DEF 5696

2.      Except as amended herein, all terms and conditions of the Agreement shall remain unchanged.

IN WITNESS WHEREOF, the parties agree and have caused their names to be affixed hereto.

BOARD OF COUNTY COMMISSIONERS
MESA COUNTY, COLORADO

_____              _____December 11, 2017_____
Scott McInnis, Chair
                              Date
ATTEST: MESA COUNTY CLERK AND RECORDER

By: _____
      Deputy Clerk

EMPLOYEE

_____              _____12/11/17_____
J. Patrick Coleman                                          Date

Page 2 of 2

DEF 5697