# EXHIBIT 12

      I-2.      [Adopt a Resolution to Amend the 2016 Authorized Staffing Level (Eleanor Thomas, Mesa County Finance Department)](#)

**Briefing Item(s):**
Briefing items are intended to allow the Board to give Staff guidance in day-to-day operations of the County, or to hear general presentations from others.

**Unscheduled Business:**
Please limit public comment to a maximum of ten (10) minutes per speaker (unless otherwise restricted by the Chair).

**Adjourn:**
The Commissioners may take a lunch break if the meeting is not complete.

**CERTIFICATION OF POSTING**

On 06/16/2016 at 3:45 PM, Kristen Cole did post the above AGENDA as public notice of the 06/20/2016 meeting. The official notice is placed on the East entrance kiosk monitor at 544 Rood Avenue, Grand Junction, CO and a courtesy copy added to the Mesa County website at www.mesacounty.us/BoCCagendas/

*Kristen Cole*
Kristen Cole

**\*\*PLEASE NOTE\*\***

There is limited free public parking on the southeast corner of 6th Street and White Avenue.

**DEF 2074**