# EXHIBIT 15

*See* Attachment 9 to Respondent's Position Statement. Given Ms. Bouricius's overall rating of between "Exceeds" and "Far Exceeds," there is no indication that Mesa County had any concerns about any aspect of her performance.

The next year, in 2015, Ms. Bouricius again received a strongly positive performance review, which read: "Throughout the year Deb has lead and been involved in a wide variety of projects. . . . She has supported countywide and core department specific applications for many years and has an extensive knowledge of their business processes and needs. Deb strives to meet customer expectations in a very challenging environment at times." *See* Attachment 8 to Respondent's Position Statement. Ms. Bouricius did not receive a performance evaluation for 2016 because she was laid off before the performance evaluation process began.

At the time of the October 2016 layoff, the Mesa County Information Technology (IT) Department had six Sr. BSAs. (Respondent's Position Statement incorrectly claims that the IT Department only had five Sr. BSAs, conveniently omitting to mention the youngest employee with that title, 33-year-old Elizabeth McDowell). The Sr. BSAs in the IT Department at the time of Ms. Bouricius's termination were:

| NAME | AGE | YEARS OF SERVICE | LAID OFF | EVIDENCE PROVIDED BY MESA COUNTY ABOUT JOB PERFORMANCE |
|---|---|---|---|---|
| Debra Bouricius | 57 | 26 | Yes | Yes, positive performance reviews throughout career |
| David Barnett | 47 | 12 | Yes | No |
| Elizabeth McDowell | 33 | 4 | No | No |
| Lori Marak | 52 | 15 | No | No |
| Terrie Hotary | 51 | 3 | No | No |
| Kelly Leuallen | 57 | 23 | No | No |

1670 York Street • Denver, Colorado 80206 • p.303.298.9878 • f.303.298.9879 • www.KingGreisen.com • greisen@kinggreisen.com • swain@kinggreisen.com

DEF 37

## MESA COUNTY IT DEPARTMENT LAYOFFS – OCTOBER 6, 2016

| | Approximate Age | Approximate Years of Service |
|---|---|---|
| **BUSINESS SYSTEMS ANALYST** | | |
| Lori Marak | 52 | 15 |
| Elizabeth McDowell | 33 | 4 |
| Terrie Hotary | 51 | 3 |
| Kelly Leuallen | 57 | 23 |
| Deb Bouricius (laid off – oldest BSA) | 57 | 26 |
| David Barnett (laid off) | 47 | 12 |
| **NETWORK ADMINISTRATOR** | | |
| Bill Tarlton | 41 | 5 |
| Janine Corsi (laid off – oldest Network Admin) | 59 | 23 |
| Carey Stieb (laid off) | 49 | 21 |
| Ron Sage | 41 | 9 |
| **IT MANAGER** | | |
| Troy Flick | 46 | 12 |
| Lhana Jordan | 32 / 42 | 10 |
| Rick Corsi (laid off – oldest IT Manager) | 59 | 21 |
| **HELP DESK** | | |
| Paul Mitts | 59 | 6 |
| Crislynn Howerton (laid off – tied for oldest Help Desk) | 59 | 4 |
| **PC SUPPORT** | | |
| Josh Dallman | 34 | 2 |
| Dave Underwood | 37 | 15 |
| Eric Farslow | 59 | 5 |
| Derek Conlon | 37 | 4 |
| Andrew Wetzel | 31 | 2 |
| **WEB ADMIN** | | |
| Joe Keene | 48 | 12 |
| Leilani Boyles | 51 | 22 |
| **GIS** | | |
| Chris Kadel | 51 | 17 |
| Ryan Davidson | 39 | 4 |
| **COUNTY ADMINISTRATOR / IT DIRECTOR** | | |
| Frank Whidden | 55 | 5 |

Attachment A

DEF 45

| Full name | Home department | Years of service | Position Title | Annual Salary |
|---|---|---|---|---|
| JORDAN, LHANA M. | IT-IT | 15.9 | CUSTOMER SERVICE MANAGER | $80,000.04 |
| UNDERWOOD, DAVID E. | IT-IT | 16.2 | SUPPORT SPECIALIST | $51,874.20 |
| FLICK, TROY L | IT-IT | 17.4 | IT MANAGER | $83,965.44 |
| MARAK, LORI A | IT-IT | 17.4 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| LEUALLEN, KELLY T | IT-IT | 24.4 | SR BUSINESS SYSTEMS ANALYST | $72,894.96 |
| KADEL, CHRIS A | IT-IT | 18.1 | GIS ADMINISTRATOR-SR | $72,894.96 |
| BOYLES, LEILANI A. | IT-IT | 23.7 | WEB ADMINISTRATOR | $72,894.96 |
| KEENE, JOSEPH S. | IT-IT | 14 | WEB ADMINISTRATOR | $70,945.44 |
| MCDOWELL, ELIZABETH K | IT-IT | 5.5 | BUSINESS SYSTEMS ANALYST/GIS A | $59,878.20 |
| MITTS, PAUL JOSEPH | IT-IT | 7.4 | TECHNICAL SUPPORT SPEC II | $42,160.79 |
| FARSLOW, ERIC L | IT-IT | 6.7 | SR SUPPORT SPECIALIST | $53,558.97 |
| TARLTON, WILLIAM | IT-IT | 6.3 | SR NETWORK ADMINISTRATOR | $72,894.96 |
| HOTARY, TERRIE J | IT-IT | 4.8 | SR BUSINESS SYSTEMS ANALYST | $62,481.60 |

DEF 61



Nina Atencio <nina.atencio@mesacounty.us>

## Re: FE2017188101 Rick Corsi v. Mesa County - Witness Interviews
1 message

From: **L - DORA, Courtney** <courtney.longtin@state.co.us>
Date: Wed, Jul 12, 2017 at 12:55 PM
Subject: FE2017188101 Rick Corsi v. Mesa County - Witness Interviews
To: nina.atencio@mesacounty.us

Good afternoon,

I am the Investigator assigned to the above referenced case. I wanted to reach out to you regarding witness interviews. The Complainant listed a number of witness that I believe are current employees of the Respondent. Would you like to participate in these interviews and, if so, can you assist in facilitating the interviews? My schedule is flexible and will work with you and the witnesses in scheduling. If you do not wish to participate, please let me know and I will reach out to the witnesses directly.

The following individuals were listed as witnesses by the Complainant:

1. Carey Stieb
2. David Barnett
3. Crislynn Howerton
4. Deb Bouricious
5. Eric Farslow
6. Kelly Leuallen
7. Lori Marak
8. Lhana Jordan
9. Paul Mitts
10. Troy Flick
11. Sheila Reiner
12. Krister Ubersox

**DEF 3983**

**REDACTED**

On Mon, Jul 31, 2017 at 4:56 PM, L - DORA, Courtney <courtney.longtin@state.co.us> wrote:
> Nina,
>
> I apologize, but in looking at my calendar, I have interviews scheduled in another case for Friday, August 4th from 9-9:30. Is it possible to re-schedule Ms. Reiner's time?
>
> Thank you,
>
> Courtney
>
> On Mon, Jul 31, 2017 at 4:54 PM, L - DORA, Courtney <courtney.longtin@state.co.us> wrote:
>> Nina,
>>
>> I don't know if you will be on-site with the employees during the interviews, or if you would prefer if I call you and then conference in the employee? Alternatively, you could call the employee and conference me in? My direct line is 303-894-7804. I do not have a preference as to logistics.
>>
>> Thank you for your assistance in scheduling these interviews! I'll look forward to speaking with you on Thursday.
>>
>> Courtney
>>
>> On Mon, Jul 31, 2017 at 3:39 PM, Nina Atencio <nina.atencio@mesacounty.us> wrote:
>>> Hi Courtney,
>>>
>>> I wanted to update you on where I'm at for scheduling the interviews:
>>>
>>> THURSDAY AUGUST 3RD
>>>
>>> 9:30  Brenda McKay
>>> 9:45  Lynn Zubek
>>> 10:00 Lhana Jordan
>>> 10:30 Eric Farslow
>>> 10:45 Greg Linza (tentatively)
>>> 11:00 Krista Ubersox
>>> 11:30 Lori Marak (tentatively)
>>> 11:45 ==Kelly Leuallen== (tentatively)
>>>
>>> FRIDAY AUGUST 4TH
>>>
>>> 9:00 Sheila Reiner
>>> 9:30 Paul Mitts
>>> 9:45 Troy Flick (tentatively)
>>>
>>> I am waiting on confirmation on Troy Flick and Greg Linza. Lori Marak and Kelly ==Leuallen== both expressed to me that each was not sure he/she wanted to participate. I explained to each that his/her participation is voluntary and protected from retaliation and gave them time to consider whether or not to participate. I will confirm with you regarding the four named once I can.
>>>
>>> If you need anything else at this time, please let me know. Otherwise, I will be in touch as soon as I can confirm the four.
>>>
>>> Thank you,
>>> Nina
>>>
>>> On Fri, Jul 21, 2017 at 10:30 AM, L - DORA, Courtney <courtney.longtin@state.co.us> wrote:
>>>> Hi Nina,
>>>>
>>>> I think scheduling the interviews in blocks of time makes the most sense. It does not matter to me if specific employees are scheduled for a specific time slot, or if the

**DEF 3989**

you do not wish to participate, please let me know and I will reach out to the witnesses directly.

The following individuals were listed as witnesses by the Complainant:

1. Carey Stieb
2. David Barnett
3. Crislynn Howerton
4. Deb Bouricious
5. Eric Farslow
6. Kelly Leuallen
7. Lori Marak
8. Lhana Jordan
9. Paul Mitts
10. Troy Flick
11. Sheila Reiner
12. Krister Ubersox
13. Lynn Zubeck
14. Brenda McKay
15. Greg Linza

Thank you,

Courtney

--
**Courtney Longtin, Esq.**
**Investigator**
**Colorado Civil Rights Division**



P: 303.894.7804 | F: 303.869.0138
1560 Broadway, Suite 1050 Denver CO 80202
courtney.longtin@state.co.us | www.dora.colorado.gov/crd

--
Nina Atencio
Chief Deputy County Attorney - Civil Division
544 Rood Avenue
PO Box 20,000-5004
Grand Junction, CO 81501
970-244-1612
nina.atencio@mesacounty.us

**CONFIDENTIALITY NOTICE**: *The contents of this email message and any attachments are intended solely for the addressee(s) and may contain*

**DEF 3993**



Nina Atencio <nina.atencio@mesacounty.us>

## Re: FE2017188101 Rick Corsi v. Mesa County - Witness Interviews
1 message

From: **L - DORA, Courtney** <courtney.longtin@state.co.us>
Date: Wed, Jul 12, 2017 at 12:55 PM
Subject: FE2017188101 Rick Corsi v. Mesa County - Witness Interviews
To: nina.atencio@mesacounty.us

Good afternoon,

I am the Investigator assigned to the above referenced case. I wanted to reach out to you regarding witness interviews. The Complainant listed a number of witness that I believe are current employees of the Respondent. Would you like to participate in these interviews and, if so, can you assist in facilitating the interviews? My schedule is flexible and will work with you and the witnesses in scheduling. If you do not wish to participate, please let me know and I will reach out to the witnesses directly.

The following individuals were listed as witnesses by the Complainant:

1. Carey Stieb
2. David Barnett
3. Crislynn Howerton
4. Deb Bouricious
5. Eric Farslow
6. Kelly Leuallen
7. Lori Marak
8. Lhana Jordan
9. Paul Mitts
10. Troy Flick
11. Sheila Reiner
12. Krister Ubersox
13. Lynn Zubeck
14. Brenda McKay
15. Greg Linza

Thank you,

Courtney

--

**DEF 4003 REDACTED**

   6. Kelly Leuallen
   7. Lori Marak
   8. Lhana Jordan
   9. Paul Mitts
   10. Troy Flick
   11. Sheila Reiner
   12. Krister Ubersox
   13. Lynn Zubeck
   14. Brenda McKay
   15. Greg Linza

Thank you,

Courtney

--
**Courtney Longtin, Esq.**
**Investigator**
**Colorado Civil Rights Division**



P: 303.894.7804  |  F: 303.869.0138
1560 Broadway, Suite 1050 Denver CO 80202
courtney.longtin@state.co.us  |  www.dora.colorado.gov/crd


--
Nina Atencio
Chief Deputy County Attorney - Civil Division
544 Rood Avenue
PO Box 20,000-5004
Grand Junction, CO 81501
970-244-1612
nina.atencio@mesacounty.us

***CONFIDENTIALITY NOTICE***: *The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*