# EXHIBIT 16

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   18-CV-01144-DDD-STV

**DEBRA BOURICIUS,**

      Plaintiff,

**v.**

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

      Defendant.

---

**PRIVILEGE LOG REGARDING DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS 1-2, 4-7, AND REQUESTS FOR ADMISSION AND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS AS IDENTIFIED IN COUNSEL'S JULY 8, 2019 EMAIL**

---

      Defendant Mesa County, by and through its attorneys, hereby submits the following privilege log regarding its responses to Plaintiff Debra Bouricius's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission and responses to Plaintiff Debra Bouricius's Second Request for the Production of Documents, as addressed by counsel's July 8, 2019 email.

| Nature of the Document | Document Number(s) | To | From | Privilege/Reason Asserted |
|---|---|---|---|---|
| Engagement letter and litigation letter, with attachments, related to Bouricius's claims against Mesa County. | DEF 2022-2027 | Mesa County Board of County Commissioners; Patrick Coleman; Nina Atencio; Frank Whidden | The Law Firm of Bechtel & Santo | Attorney-client privilege. Work product doctrine. Relevance. *See Chimney Rock Public Power Dist. v. Tri-State Generation and* |

| | | | | |
|---|---|---|---|---|
| | | | | *Transmission Ass'n, Inc.*, 10-cv-02349-WJM-KMT, 2013 WL 1969264, *4 (D.Colo., May 13, 2013). |
| May 14, 2018 email regarding complaint and jury demand filed by Bouricius against Mesa County, with attachment | DEF 2126-2137 | John Rhoads (Mesa County Attorney); Patrick Coleman | Outside counsel | Attorney-client privilege. Please note that outside counsel's name cannot be revealed pursuant to C.R.P.C. 1.6. |
| May 14, 2018 email communicating correspondence from outside counsel to other interested parties regarding complaint and jury demand filed by Bouricius against Mesa County, with attachment | DEF 2126-2137 | Patrick Coleman | Frank Whidden; Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| September 25, 2017 email regarding information communicated in the unredacted email on this page from Bill Tarlton to Frank Whidden and Troy Flick; communication of legal issue | DEF 3928 | Frank Whidden | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| October 7, 2016 email communicating information in the | DEF 3929 | Patrick Coleman | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, |

| unredacted email to counsel; communication of legal issue | | | | 1369-1370 (10th Cir. 1997). |
|---|---|---|---|---|
| October 7, 2016 email communicating information in the unredacted email to counsel; communication of legal issue | DEF 3929 | Nina Atencio | Patrick Coleman; Deanna Gohn (Mesa County managing paralegal) | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| January 8, 2018 email communicating information from unredacted email to counsel; communication of legal issue | DEF 3936 | Nina Atencio | Michael Santo | Attorney-client privilege. |
| January 8, 2018 email communicating information from unredacted email to counsel; communication of legal issue | DEF 3939 | Nina Atencio | Michael Santo | Attorney-client privilege. |
| October 11, 2016 email communicating information in unredacted email to Mesa County Attorney; communication of legal issue | DEF 3950 | Frank Whidden | Patrick Coleman; Nina Atencio; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| October 11, 2016 email communication among Mesa County Attorneys regarding request made in | DEF 3950 | Patrick Coleman | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |

| | | | | |
|---|---|---|---|---|
| unredacted email; discussion of handling of legal matter | | | | |
| March 14, 2017 email communicating information in unredacted email to Mesa County Attorney | DEF 3951 | Krista Ubersox | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| January 11, 2017 email regarding counsel's impressions and inquiries regarding mediation of Rick Corsi's charge | DEF 3952 | Nina Atencio | Patrick Coleman; Frank Whidden; Krista Ubersox; Deanna Gohn | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| October 26, 2016 email correspondence containing Mesa Count Attorney's opinions related to unredacted email on DEF 3962 and opinion regarding request for advice re: the same | DEF 3961 | John Rhoads | Patrick Coleman; Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| October 26, 2016 email correspondence regarding Mesa Count Attorney's opinions related to unredacted email on DEF 3962 and opinion regarding request for advice re: the same; discussion of legal advice | DEF 3961 | Patrick Coleman | John Rhoads; Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |

| October 26, 2016 request for legal advice regarding unredacted email | DEF 3962 | Lhana Jordan | John Rhoads | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
|---|---|---|---|---|
| July 13, 2017 email regarding legal advice to be provided to Mesa County | DEF 3983 | Nina Atencio | Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| July 13, 2017 email following up on legal advice or opinion | DEF 3983 | Frank Whidden | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| July 12, 2017 email requesting information for purposes of formulating legal opinion, response, or strategy based on unredacted email | DEF 4003 | Nina Atencio | Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| July 12, 2017 email in response to request for information for purposes of formulating legal opinion, response, or strategy based on unredacted email | DEF 4003 | Krista Ubersox | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| July 12, 2017 email signature block of client who responded to Mesa County | DEF 4004 | Krista Ubersox | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |

| Attorney's request for information | | | | |
|---|---|---|---|---|
| July 12, 2017 email between Mesa County Attorneys regarding Charge strategy | DEF 4005 | Nina Atencio | Patrick Coleman | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| July 12, 2017 email between Mesa County Attorneys regarding legal strategy and processes | DEF 4005 | Patrick Coleman | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| February 23, 2017 email communication regarding mediation | DEF 4011 | Nina Atencio | Frank Whidde; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| February 23, 2017 email communication in response to counsel's communication regarding mediation | DEF 4011 | Frank Whidden | Nina Atencio; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| February 10, 2017 email communication regarding legal strategy | DEF 4013 | Nina Atencio | Deanna Gohn | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| Tab information reflecting an individual's name who is unrelated to this case and Mesa County's calendar | DEF 4557 | n/a | n/a | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |

| | | | | |
|---|---|---|---|---|
| | | | | Relevance. F.R.C.P. 26(b)(1). |
| January 23, 2017 email regarding the Charge information in the unredacted email and requesting information for purposes of providing legal advice and/or formulating a legal opinion | DEF 5087 | Nina Atencio | Frank Whidden; Krista Ubersox; Patrick Coleman; Deanna Gohn | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| July 8, 2013 letter regarding Charge filed by Cynthia Altenbern and requesting representation | DEF 5091 | Maurice Lyle Dechant (Mesa County Attorney) | Outside counsel | Attorney-client privilege. Please note that outside counsel's name cannot be revealed pursuant to C.R.P.C. 1.6. |
| July 9, 2013 engagement and litigation letter plus information relating to Charge filed by Cynthia Altenbern and requesting information | DEF 5092-5100 | Outside counsel | Barbara Brewer (Mesa County Assessor) | Attorney-client privilege. Please note that outside counsel's name cannot be revealed pursuant to C.R.P.C. 1.6. Work product. |
| July 8, 2013 Memorandum regarding the Charge filed by Cynthia Altenbern and insurance coverage | DEF 5103 | Jean Boothe (Mesa County Risk Management); Sandy Perry (Mesa County Human Resources Director) | Brenda K. Stratton (Mesa County Supervising Paralegal/Office Administrator, Mesa County Attorney's Office) | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| July 8, 2013 Memorandum regarding Charge filed by Cynthia Altenbern and | DEF 5104 | Barb Brewer | Brenda K. Stratton | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, |

| request for information | | | | 1369-1370 (10th Cir. 1997). |
|---|---|---|---|---|
| Draft voluntary mediation agreement, unsigned, relating to Charge filed by Cynthia Altenbern | DEF 5110-5113 | n/a | n.a | Work product. Relevance. F.R.C.P. 26(b)(1). C.R.E. 408/F.R.E. 408. |
| Notes prepared by counsel and Mesa County in preparation for mediation of Charge filed by Cynthia Altenbern | DEF 5114-5118 | n/a | n/a | Attorney-client privilege. Attorney work product. |
| Draft, unexecuted affidavit/notes for affidavit for Barbara Brewer | DEF 5119-5121 | n/a | n/a | Attorney-client privilege. Attorney work product. |
| Draft Confidential Statement of Position in preparation for mediation of Charge filed by Cynthia Altenbern, with outside counsel's handwritten notes | DEF 5122-5125 | n/a | n/a | Attorney-client privilege. Attorney work product. |
| Draft Response to Request for Information regarding Charge filed by Cynthia Altenbern, with outside counsel's handwritten notes and research summaries | DEF 5126-5140 | n/a | n/a | Attorney-client privilege. Attorney work product. |
| Draft, unsubmitted Confidential Statement of Position | DEF 5141-5164 | n/a | n/a | Attorney-client privilege. Attorney work product. |

| | | | | |
|---|---|---|---|---|
| documents in preparation for mediation of Charge filed by Cynthia Altenbern, containing notes and research summaries | | | | |
| Nina Atencio's handwritten notes relating to witness interviews | DEF 5165-5203, 5205-5212 | n/a | n/a | Attorney-client privilege. Attorney work product. Courtroom Minutes/Minute Order (Doc 53). |
| January 9, 2018 email regarding benefits, with counsel's handwritten notes | DEF 5204 | Brenda McKay | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| March 24, 2017 and March 27, 2017 email correspondence between Nina Atencio and Frank Whidden regarding responses to Rick Corsi's, Janine Corsi's and Debra Bouricius's Charges; request for information for purposes of formulating legal opinion and providing legal position | DEF 5213-5215 | n/a | n/a | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| March 13, 2017 email regarding mediation of | DEF 5216 | Nina Atencio | Frank Whidden; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas,* |

| Charge filed by Debra Bouricius; seeking information to establish legal strategy | | | | *Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
|---|---|---|---|---|
| March 14, 2017 email in response to counsel's request for information | DEF 5216 | Krista Ubersox | Nina Atencio; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| March 14, 2017 email in response to counsel's request for information | DEF 5216 | Frank Whidden | Nina Atencio; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| December 4, 2017 and December 5, 2017 emails requesting information to prepare legal response to request for information relating to Charges filed by the Corsis and Bouricius | DEF 5219-5221 | Nina Atencio | Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| December 5, 2017 and December 6, 2017 emails providing information sought in counsel's requests | DEF 5219-5221 | Krista Ubersox | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| June 1, 2017 correspondence analyzing request from Debra | DEF 5222 | Nina Atencio | Frank Whidden; Patrick Coleman; | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, |

| | | | Krista Ubersox; Deanna Gohn | 1369-1370 (10th Cir. 1997). Attorney work product. |
|---|---|---|---|---|
| Bouricius's counsel and communicating legal positions/opinions | | | | |
| June 1, 2017 correspondence to counsel in response to legal position/opinions | DEF 5222 | Frank Whidden | Nina Atencio; Patrick Coleman; Krista Ubersox; Deanna Gohn | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 18, 2018 email correspondence communicating summary of Charges and status of Charges filed by Rick Corsi, Janine Corsi, and Debra Bouricius | DEF 5224-5225 | Nina Atencio | Rose Pugliese; John Justman; Scott McInnis; Patrick Coleman; Frank Whidden; also forwarded to Brenda McKay | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 4, 2017 email correspondence regarding Charge filed by Rick Corsi and counsel's request for information | DEF 5226-5227 | Nina Atencio | Frank Whidden; Patrick Coleman; Krista Ubersox; Deanna Gohn | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 10, 2017 email communication regarding mediation process and procedures | DEF 5228 | Deanna Gohn | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| March 24, 2017 and March 27, 2017 email correspondence between Nina Atencio and Frank | DEF 5229-5231 | n/a | n/a | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. |

11

| | | | | |
|---|---|---|---|---|
| Whidden regarding responses to Rick Corsi's, Janine Corsi's and Debra Bouricius's Charges; request for information for purposes of formulating legal opinion and providing legal position | | | | 1997). Attorney work product. |
| October 11, 2016 email communicating information in unredacted email to Mesa County Attorney; communication of legal issue | DEF 5232-5233 | Frank Whidden | Patrick Coleman; Nina Atencio; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| October 11, 2016 email communication regarding request made in unredacted email; discussion of handling of legal matter | DEF 5232 | Krista Ubersox | Nina Atencio; Frank Whidden; Patrick Coleman | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). |
| October 11, 2016 email communication regarding request made in unredacted email and legal strategy; discussion of handling of legal matter | DEF 5232 | Nina Atencio | Patrick Coleman; Krista Ubersox; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 26, 2017 email communication | DEF 5234-5235 | Nina Atencio | Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas,* |

| | | | | |
|---|---|---|---|---|
| requesting information for purposes of establishing legal position | | | | *Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 30, 2017 response to counsel's request for information for purposes of establishing legal position | DEF 5234 | Frank Whidden | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 30, 2017 response to Frank Whidden's response to counsel's request for information for purposes of establishing legal position | DEF 5234 | Nina Atencio | Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 30, 2017 response to counsel's response to Frank Whidden's response to counsel's request for information for purposes of establishing legal position | DEF 5234 | Frank Whidden | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 26, 2017 email communication requesting information for purposes of establishing legal position | DEF 5236-5237 | Nina Atencio | Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 26, 2017 response to counsel's request for information | DEF 5236 | Frank Whidden | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, |

| | | | | |
|---|---|---|---|---|
| | | | | 1369-1370 (10th Cir. 1997). Work product. |
| January 26, 2017 response to Frank Whidden's response to counsel's request for information, setting timeline | DEF 5236 | Frank Whidden | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 11, 2017 email correspondence regarding mediation and mediation strategy and timing | DEF 5239 | Nina Atencio | Frank Whidden; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 11, 2017 responding and providing perspective regarding counsel's communication regarding mediation and mediation strategy and timing | DEF 5239 | Frank Whidden | Nina Atencio; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 18, 2017 email correspondence regarding mediation and timing | DEF 5238-5239 | Nina Atencio | Frank Whidden; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 18, 2017 responding and providing perspective regarding counsel's communication regarding | DEF 5239 | Frank Whidden | Nina Atencio; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |

14

| mediation and timing | | | | |
|---|---|---|---|---|
| January 18, 2017 responding and providing perspective regarding counsel's communication regarding mediation strategy and timing | DEF 5239 | Krista Ubersox | Nina Atencio; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 18, 2017 email correspondence regarding mediation and timing | DEF 5238 | Nina Atencio | Frank Whidden; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 18, 2017 responding and providing perspective regarding counsel's communication regarding mediation and timing | DEF 5238 | Frank Whidden | Nina Atencio; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 18, 2017 responding and providing perspective regarding counsel's communication regarding mediation and timing | DEF 5238 | Krista Ubersox | Nina Atencio; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 11, 2017 email correspondence regarding mediation and | DEF 5243 | Nina Atencio | Frank Whidden; Krista Ubersox; Patrick Coleman; Deanna Gohn | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. |

15

| | | | | |
|---|---|---|---|---|
| mediation strategy and timing | | | | 1997). Work product. |
| January 11, 2017 responding and providing perspective regarding counsel's communication regarding mediation and mediation strategy and timing | DEF 5243 | Frank Whidden | Nina Atencio; Krista Ubersox; Patrick Coleman; Deanna Gohn | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 11, 2017 email correspondence regarding mediation and mediation strategy and timing | DEF 5246 | Nina Atencio | Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 11, 2017 response to correspondence from counsel regarding mediation timing | DEF 5246 | Krista Ubersox | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 11, 2017 email correspondence regarding mediation and mediation strategy and timing | DEF 5249 | Nina Atencio | Patrick Coleman | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 11, 2017 response to correspondence from counsel regarding mediation timing, strategy | DEF 5249 | Patrick Coleman | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Work product. |
| January 18, 2018 email correspondence | DEF 5252-5253 | Nina Atencio | Rose Pugliese; John Justman; Scott McInnis; | Attorney-client privilege. *Sprague v. Thorn Americas,* |

16

| communicating summary of Charges and status of Charges filed by Rick Corsi, Janine Corsi, and Debra Bouricius | | | Patrick Coleman; Frank Whidden; also forwarded to Brenda McKay | *Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
|---|---|---|---|---|
| January 18, 2018 response to counsel's communication of information related to case strategy | DEF 5252 | Scott McInnis | Nina Atencio; Rose Pugliese; John Justman; Patrick Coleman; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 18, 2018 response to counsel's communication of information related to case generally | DEF 5252 | John Justman | Nina Atencio; Rose Pugliese; Scott McInnis; Patrick Coleman; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 18, 2018 email correspondence communicating summary of Charges and status of Charges filed by Rick Corsi, Janine Corsi, and Debra Bouricius | DEF 5254-5255 | Nina Atencio | Rose Pugliese; John Justman; Scott McInnis; Patrick Coleman; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 18, 2018 response to counsel's communication of information related to case generally | DEF 5254 | Rose Pugliese | Nina Atencio; John Justman; Scott McInnis; Patrick Coleman; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| January 18, 2018 email correspondence communicating | DEF 5256-5257 | Nina Atencio | Rose Pugliese; John Justman; Scott McInnis; Patrick | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, |

| | | | Coleman; Frank Whidden; also forwarded to Brenda McKay | 1369-1370 (10th Cir. 1997). Attorney work product. |
|---|---|---|---|---|
| summary of Charges and status of Charges filed by Rick Corsi, Janine Corsi, and Debra Bouricius | | | | |
| January 18, 2018 response to counsel's communication of information related to case strategy | DEF 5256 | Scott McInnis | Nina Atencio; Rose Pugliese; John Justman; Patrick Coleman; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| December 9, 2015 email correspondence sharing advice provided by CPA | DEF 5959 | Pat Noonan | Scott Stewart; Frank Whidden; Judy Oney; Lynn Zubeck; Jean Davis | Accountant-client privilege; *Colorado State Bd. of Accountancy v. Raisch*, 931 P.2d 498 (Colo. App. 1996). |
| December 8, 2015 email correspondence in response to Mesa County's request for tax and training advice | DEF 5969-5970 | Kathy White, CPA | Pat Noonan | Accountant-client privilege; *Colorado State Bd. of Accountancy v. Raisch*, 931 P.2d 498 (Colo. App. 1996). |
| December 8, 2015 email correspondences seeking advice regarding tax consequences relating to particular benefits provided to a specific employee and tax training matters | DEF 5970 | Pat Noonan | Kathy White, CPA | Accountant-client privilege; *Colorado State Bd. of Accountancy v. Raisch*, 931 P.2d 498 (Colo. App. 1996). |
| December 4, 2015 email correspondence in response to information | DEF 5970 | Pat Noonan | Kathy White, CPA | Accountant-client privilege; *Colorado State Bd. of Accountancy v.* |

| provided by accountant | | | | *Raisch*, 931 P.2d 498 (Colo. App. 1996). |
|---|---|---|---|---|
| December 4, 2015 email correspondence in response to Mesa County's request for tax advice | DEF 5971 | Kathy White, CPA | Pat Noonan | Accountant-client privilege; *Colorado State Bd. of Accountancy v. Raisch*, 931 P.2d 498 (Colo. App. 1996). |
| December 4, 2015 email correspondence seeking advice regarding tax consequences relating to particular benefits provided to employees | DEF 5971 | Pat Noonan | Kathy White, CPA | Accountant-client privilege; *Colorado State Bd. of Accountancy v. Raisch*, 931 P.2d 498 (Colo. App. 1996). |
| December 9, 2015 response to communication of tax advice and recommendation information | DEF 5972 | Frank Whidden | Pam Noonan; Scott Stewart; Judy Oney; Lynn Zubek; Jean Davis | Accountant-client privilege; *Colorado State Bd. of Accountancy v. Raisch*, 931 P.2d 498 (Colo. App. 1996). |
| September 1, 2016 correspondence communicating Mesa County's legal position regarding the unredacted correspondence | DEF 6061 | Patrick Coleman | Rose Pugliese; John Justman; Scott McInnis; Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| September 8, 2016 correspondence regarding email debate and the way in which one position was created | DEF 6077 | Patrick Coleman | Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| September 1, 2016 email correspondence | DEF 6081-6082 | Patrick Coleman | Krista Ubersox; Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas,* |

| | | | | |
|---|---|---|---|---|
| regarding Mesa County's legal position and reasoning related to compensation study | | | | *Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| September 1, 2016 response to communication regarding Mesa County's legal position and reasoning related to compensation study | DEF 6081 | Krista Ubersox | Patrick Coleman; Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| September 1, 2016 email correspondence regarding response to communication stating Mesa County's legal position and reasoning related to compensation study | DEF 6081 | Patrick Coleman | Krista Ubersox; Nina Atencio | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| August 30, 2016 email correspondence regarding Mesa County's legal position and reasoning related to compensation study | DEF 6083-6084 | Patrick Coleman | Nina Atencio; Rose Pugliese; John Justman; Scott McInnis; Frank Whidden; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| August 30, 2016 response to email correspondence regarding Mesa County's legal position and reasoning related to compensation | DEF 6083 | Scott McInnis | Nina Atencio; Rose Pugliese; John Justman; Patrick Coleman; Frank Whidden; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |

| study and opinion thereon | | | | |
|---|---|---|---|---|
| August 30, 2016 email correspondence regarding Mesa County's legal position and reasoning related to compensation study | DEF 6083 | Patrick Coleman | Nina Atencio; Rose Pugliese; John Justman; Scott McInnis; Frank Whidden; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| November 12, 2015 email correspondence regarding Mesa County's legal position and reasoning related to compensation and other studies and providing legal advice and identification of issues re: the same | DEF 6085-6086 | Patrick Coleman | Rose Pugliese; John Justman; Scott McInnis; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| November 12, 2015 response to email correspondence regarding Mesa County's legal position and reasoning related to compensation and other studies and providing legal advice and identification of issues re: the same and about how to proceed | DEF 6085 | Rose Pugliese | Patrick Coleman; John Justman; Scott McInnis; Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| November 13, 2015 response to email | DEF 6085 | John Justman | Patrick Coleman; Rose Pugliese; Scott | Attorney-client privilege. *Sprague v. Thorn Americas,* |

| | | | McInnis; Frank Whidden | *Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
|---|---|---|---|---|
| correspondence regarding Mesa County's legal position and reasoning related to compensation and other studies and providing legal advice and identification of issues re: the same and about how to proceed | | | | |
| November 13, 2015 response to email correspondence regarding Mesa County's legal position and reasoning related to compensation and other studies and providing legal advice and identification of issues re: the same and about how to proceed | DEF 6085 | Frank Whidden | Patrick Coleman; Rose Pugliese; Scott McInnis; John Justman | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| August 30, 2016 response to email correspondence regarding Mesa County's legal position and reasoning related to compensation study and opinion thereon | DEF 6087 | Scott McInnis | Nina Atencio; Rose Pugliese; John Justman; Patrick Coleman; Frank Whidden; Krista Ubersox | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| August 30, 2016 email correspondence regarding Mesa County's legal | DEF 6087 | Patrick Coleman | Nina Atencio; Rose Pugliese; John Justman; Scott McInnis; | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. |

| position and reasoning related to compensation study | | | Frank Whidden; Krista Ubersox | 1997). Attorney work product. |
|---|---|---|---|---|
| November 17, 2015 email correspondence regarding draft compensation study and legal issues regarding the same | DEF 6088 | Patrick Coleman | Angela Barnes (Mesa County Attorney) | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| November 12, 2015 email correspondence regarding Mesa County's legal position related to compensation study, including public information issue, and request for input | DEF 6089 | Patrick Coleman | Frank Whidden | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |
| November 12, 2015 response to email correspondence regarding Mesa County's legal position related to compensation study, including public information issue and request for input | DEF 6089 | Frank Whidden | Patrick Coleman | Attorney-client privilege. *Sprague v. Thorn Americas, Inc.*, 129 F.3d 1355, 1369-1370 (10th Cir. 1997). Attorney work product. |

Respectfully submitted this 11th day of July 2019.

BECHTEL SANTO & SEVERN

By: *s/Alicia W. Severn*

Alicia W. Severn, #42432

Michael C. Santo, #24083
205 N. 4th Street, Suite 300
Grand Junction, Colorado 81501
Telephone: (970) 683-5888
Facsimile: (970) 683-5887
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **PRIVILEGE LOG REGARDING DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS 1-2, 4-7, AND REQUESTS FOR ADMISSION AND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS AS IDENTIFIED IN COUNSEL'S JULY 8, 2019 EMAIL** was served this 11th day of July 2019, via email to the following:

Paula Greisen
Julie Bisbee
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
bisbee@kinggreisen.com
Attorneys for Plaintiff


*s/ Alicia W. Severn*
Alicia W. Severn, attorney

25