IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

### PLAINTIFF'S MOTION TO FILE INADVERTENTLY OMITTED PROPOSED JURY INSTRUCTION

Plaintiff Debra Bouricius, by and through her counsel Paula Greisen and Meredith A. Munro of KING & GREISEN, LLP, respectfully submit Plaintiff's Motion to File Inadvertently Omitted Proposed Jury Instruction, and in support thereof state as follows:

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)

Plaintiff's counsel certify that they have conferred with Defendant's counsel regarding this Motion, and the Defendant objects.

1. On September 24, 2021, after conferral of counsel, the parties filed their Jury Instructions. Doc. 176.

2. On September 27, 2021, Plaintiff's counsel discovered that they inadvertently omitted the unstipulated jury instruction regarding Business Judgment (Plaintiff's Proposed Jury Instruction No. 29) when the Plaintiff's packet was sent to Defendant's counsel to assemble the final instructions for filing.

3.	Undersigned counsel had emailed a draft of this instruction to Defendant's counsel during the conferral, and it was also discussed during a lengthy telephone conference. Defense counsel stated that it objected to Plaintiff's proposed Business Judgment instruction, so it would be submitted as an unstipulated instruction.

4.	Plaintiff has attached a revised index (Exhibit 1) for the Plaintiff's Proposed Jury Instructions, which includes the omitted jury instruction (which is attached as Exhibit 2).

5.	No party will be prejudiced by the inclusion of the omitted exhibit. Undersigned counsel apologizes for this error.

WHEREFORE, Plaintiff respectfully request that the Court grant Plaintiff's Motion, and accept the Plaintiff's Proposed Jury Instruction No. 29: Business Judgment.

Respectfully submitted this 27th day of September 2021.

KING & GREISEN, LLP

*s/ Paula Greisen*
Paula Greisen
Meredith A. Munro
1670 York St.
Denver, Colorado 80206
(303) 298-9878 telephone
(303) 298find9879 facsimile
greisen@kinggreisen.com
munro@kinggreisen.com

*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2021, I electronically filed the foregoing **PLAINTIFF'S MOTION TO FILE INADVERTENTLY OMITTED PROPOSED JURY INSTRUCTION** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

                                          *s/ Laurie A. Mool*
                                          Laurie A. Mool, Paralegal