# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

### REVISED INDEX

Plaintiff's Instruction No. 3:   Reasonable Inferences

Plaintiff's Instruction No. 5:   Interested Witness – Employee of Party

Plaintiff's Instruction No. 6:   Age Discrimination in Employment ("ADEA") – Statute

Plaintiff's Instruction No. 11:  Agency Principal

Plaintiff's Instruction No. 14:  Burden of Proof – Preponderance of the Evidence

Plaintiff's Instruction No. 17:  Evidence – Direct and Circumstantial – Inferences

Plaintiff's Instruction No. 18:  Evidence – Credibility of Witnesses

Plaintiff's Instruction No. 22:  ADEA – Elements

Plaintiff's Instruction No. 25:  Age-Related Comments

Plaintiff's Instruction No. 26:  ADEA – Reduction In Force

Plaintiff's Instruction No. 29:  Business Judgment

Plaintiff's Instruction No. 30:  Pretext

Plaintiff's Instruction No. 32:  Failure to Mitigate

Plaintiff's Instruction No. 33: ADEA – Willful – Defined

Plaintiff's Instruction No. 34: Damages