**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,
    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,
    Defendant.

_____

**MESA COUNTY'S PROPOSED VOIR DIRE QUESTIONS**
_____

Pursuant to the Court's Order Setting Trial and Trial Preparation Order (CM/ECF Doc 138), Mesa County, by and through the Mesa County Board of County Commissioners ("Mesa County"), by and through its undersigned attorneys, submits the following list of proposed voir dire questions.

I.      General Background. Please state the following:

        A.       Name;

        B.       Address;

        C.       Age;

        D.       Marital status;

        E.       Extent of formal education;

        F.       Children/dependents, and ages; and

        G.       Hobbies, interests, activities, etc.

II.     Employment History

    A.     What is your current job status?

    B.      Has anyone ever been employed by the Equal Employment Opportunity Commission, the Colorado Civil Rights Division, or the Department of Labor or have a family member so employed? If so, in what position?

    C.     If presently employed:

        1.     What is your occupation?

        2.     Please tell us the place your work, the type of business, and your job responsibilities.

        3.     How long have you had this particular job?

        4.     Do you supervise or manage other people?

        5.     Has anyone ever supervised or managed other people?

            a.     If manager:

                (1)     Did you have to deal with discrimination issues? If yes, please explain.

                (2)     Did you ever have conversations when you thought you were just being friendly and someone felt you were making discriminatory remarks – such as asking what they plan to do when they retire?

        (3)    Did anyone ever complain that you discriminated against them in your position as manager?

        (4)    Did you have any responsibility for hiring, promoting, disciplining, or terminating others? If yes, please explain.

        (5)    Did you ever have to discipline or suspend an employee? If yes, please explain.

        (6)    Did you ever recommend the termination of an employee? If yes, please explain.

b.    If self-employed:

        (1)    What is the nature of your business?

        (2)    How many employees do you have?

c.    If retired or presently not working outside the home:

        (1)    Have you ever been employed outside the home? If so,

        (2)    What did you do?

        (3)    Did you supervise or manage other people?

        (4)    Did you ever have to deal with discrimination issues? If yes, please explain.

(5)     Did you have any responsibility for hiring, promoting, disciplining, or terminating others? If yes, please explain.

(6)     Did you ever have to discipline or suspend an employee? If yes, please explain.

(7)     Did you ever recommend the termination of an employee? If yes, please explain.

6.     Has anyone ever worked for a government entity or department, such as a state, county, or city government?

7.     Has anyone ever worked in an information technology department?

a.     For how long?

b.     In what position?

c.     Describe that experience.

8.     Does anyone's spouse/significant other supervise other people?

a.     Has he/she ever had to deal with discrimination issues?

b.     If yes, please explain.

D.     Has anyone ever been disciplined in their employment? If yes,

1.     For what reasons?

4

      2.      Did you think the company had a good reason for the discipline?

      3.      Did you think the discipline was unfair or unreasonable? Explain your answer.

    E.    Has anyone, or anyone close to you, ever been discharged or laid off. If yes,

      1.      For what reasons?

      2.      Did you think the company had a good reason for the termination or layoff or that you or the family member had a good reason to quit?

      3.      Did you think the termination or layoff was unfair or unreasonable? Explain your answer.

III.    Do you have any training or experience in the law, or experience working in a law office or for a law firm? If so, briefly describe the nature and duration of that training or experience.

IV.    Prior Jury Service

    A.    Has anyone served on a jury before? If so:

      1.      Was the case a criminal or civil case?

      2.      Did you reach a verdict?

      3.      Were you a Foreperson?

      4.      Is there anything about that experience that would not enable you to be impartial in this case?

5.      Was there anything about serving on a jury that left you with a bad feeling about our judicial system?

V.      Knowledge of Lawyers or Other Jurors?

A.      Does anyone know the plaintiff's attorneys, Paula Greisen, Jennifer Bezoza, and/or Meredith Munro, or any lawyer or employee of King & Greisen, LLP?

1.      Has anyone ever been represented by Ms. Greisen, Ms. Bezoza, and/or Ms. Munro, or any lawyer at King & Greisen?

B.      Does anyone know me, Mesa County's attorney, or any lawyer or employee of Lambdin & Chaney?

C.      Does anyone know Alicia Williams Severn or Michael Santo, or anyone who works at the law firm of Bechtel Santo & Severn?

D.      Are you acquainted with any of the other jurors seated with you?

VI.     Knowledge of Parties and Witnesses

A.      Does anyone know plaintiff Debra Bouricius?

B.      Does anyone know any of the following witnesses who may or will be called:

- Rick Corsi;

- Janine Corsi;

- Lori Marak;

- John Justman;

- William Kaempfer;

6

- Frank Whidden;

- Rose Pugliese;

- Scott McInnis;

- Patrick Coleman;

- Kristin Cole;

- Lhana Jordan;

- Troy Flick;

- Kelly Leuallen;

- Terrie Smith f/n/a Terrie Hotary; or

- Steve Hovland, CPA

C.    Has anyone ever worked for Mesa County?

1.    Does anyone know someone that worked there?

2.    Does anyone know any current or former employee of Mesa County?

VII.    Experiences with Employment Discrimination

A.    Has anyone felt or believed that they were discriminated against on the job? If yes, please explain.

B.    Has anyone close to you ever felt or believed that he or she was discriminated against on the job? If yes, please explain.

C.    Has anyone ever witnessed someone else experience discrimination on the job? If yes, please explain.

D.  Has anyone ever heard an off-color joke or comment in the workplace and believed that there was a discriminatory work environment?

1.  How did that make you feel?

2.  Did you complain to anyone about that comment?

E.  Have you or anyone close to you ever have any trouble with human resources, or employment procedures or practices related to your or their employment?

F.  Have you ever felt that a supervisor unfairly disciplined you or unfairly evaluated your work performance? If yes, please explain.

G.  Has anyone close to you ever felt that he or she was unfairly disciplined by a supervisor or was unfairly evaluated? If yes, please explain.

H.  Have you or someone close to you ever filed a complaint of employment discrimination with a government agency, such as the Equal Employment

Opportunity Commission or the Colorado Civil Rights Division? If yes, please explain.

I.  Have you or someone close to you ever filed a lawsuit against your employer? If so, please explain.

J.  Have you ever believed that you could have filed a lawsuit against your employer but chose not to do so? If yes, please explain.

8

K.      Have you or anyone close to you ever been a party to a lawsuit? If so, what was the nature of the case? Were you the plaintiff or the defendant?

L.      Have you ever complained to a company you worked for about anything, and not received a satisfactory response from the company? If so, explain.

M.      Has anyone ever accused you of discriminating against them because of their age?

N.      Has anyone you know ever felt that they were discriminated against because of their age?

O.      Has anyone ever received training at their place of employment about discrimination? Please describe.

P.      Has anyone ever provided training to others regarding discrimination? Please describe.

Q.      Has anyone ever altered their appearance, for instance dyed their hair or updated their make-up or wardrobe to go on a job interview? If so, please describe what alterations you made?  Why did you make those alterations? Were any of those alterations made so that you appeared younger? Do you know anyone that has made such changes because of the concern that they needed to appear younger?  Did you think that was a necessary concern?  Did you think that was a reasonable concern? Does anyone else on the jury

think that it is reasonable or necessary to change your appearance to look younger when going on a job interview?  If yes, why?

VIII.   Thoughts on Employment Discrimination

A.   Have you read or heard about cases where individuals sue their current or former employers claiming they were discriminated against on the job? What do you think of these kinds of lawsuits?

B.   Do you think on the whole that businesses treat older employees fairly? If not, please explain?

C.   Do you believe that the fact that the plaintiff is over the age of 40 in any way indicates whether she was discriminated against? If yes, please explain.

D.   Do you think that employees ever bring unfounded claims of workplace discrimination? If yes, please explain.

E.   Do you think employees complain of discrimination when they do not get what they want from their employer?

F.   Do you believe employers have the right to lay off their employees?

G.   Do you believe that employers generally make decisions concerning their employees without any regard to the employee's age?

H.   Do you believe that employers need to be overly cautious regarding any comments or conversations they have with employees to ensure they don't offend anyone by accident?

I.      Do you believe that if a manager or boss says something about the age of the employee that necessarily means they dislike or discriminate against older employees?

IX.    General

A.     Do you feel that you would be able to follow the Judge's instructions of law even if you disagreed with his instructions and felt that the law ought to be otherwise?

B.     If, after hearing all the evidence in this case, you felt sorry for the plaintiff, but you also found that she had not been discriminated against, would you want the plaintiff to be compensated by the defendant? If yes, please explain.

C.     Do you know of any reason that would prevent you from fairly considering he evidence in this case and reaching an impartial result? If yes, please explain.

D.     Do you have any belief or feeling for or against organizations that might prevent you from being a completely fair and impartial juror in this case?

E.     Do you understand that individual plaintiff and organizational defendant are both "persons" in the eyes of the law, and are entitled to equal treatment from you? Do you disagree with, or have any problem applying that concept?

11

F.    Do you believe the fact that this case is going to trial indicates that there is any merit to Plaintiff's claims?

G.    Do you have an opinion about lawsuits in which people sue for money? If so, what is your opinion about such lawsuits.

H.    Are you inclined to find for an employee against a governmental entity in a lawsuit because the government can afford to pay, or because you believe the employee needs the money?

I.    Do you believe that a plaintiff who sues an organization is automatically entitled to recover something just because she brought the lawsuit and the organization will be able to pay the judgment? If so, please explain.

J.    Do you believe that Mesa County must have done something wrong or it would not have been sued? If so, please explain.

K.    Do you have a physical or mental condition that prevents you from giving your full attention to the trial or from serving as a juror for the length of this trial, which is expected to last five days?

Respectfully submitted this 30th day of September 2021.

/s/ L. Karen B. Rogers, Esq.
L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net; krogers@lclaw.net
*Attorneys for Defendant Mesa County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MESA COUNTY'S PROPOSED VOIR DIRE QUESTIONS** were served this 30th day of September 2021, via the CM/ECF electronic filing system, to the following:

Paula Greisen
Meredith A. Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
munro@kinggreisen.com
Attorneys for Plaintiff

/s/ Karen B. Rogers, Esq.
L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net;
*Attorneys for Defendant Mesa County*