IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Daniel D. Domenico

Case No.  18-cv-01144-DDD-STV              Date: September 30, 2021

Case Title: Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners

DEFENDANT'S MAY CALL WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Frank Whidden | Oct. 20-21, 2021, 2 hours |
| Rose Pugliese | Oct. 20-21, 2021, 1 hour |
| John Justman | Oct. 20-21, 2021, 1 hour |
| Scott McInnis | Oct. 20-21, 2021, .5 hour |
| Patrick Coleman | Oct. 20-21, 2021, .5 hour |
| Kristin Cole | Oct. 20-21, 2021, .5 hour |
| Lhana Jordan | Oct. 20-21, 2021, 1 hour |
| Troy Flick | Oct. 20-21, 2021, 1 hour |
| Kelly Leuallen | Oct. 20-21, 2021, 1 hour |
| Terrie Smith f/n/a Hotary | Oct. 20-21, 2021, .5 hour |
| Steve Hovland, CPA | Oct. 20-21, 2021, 1 hour |