IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Judge Daniel D. Domenico**

Case No.  18-cv-01144-DDD-STV          Date:  September 30, 2021

Case Title:  Debra Bouricius v. Mesa County, by and through the Mesa County Board of Commissioners

PLAINTIFF'S WITNESS LIST

| WITNESSES | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| 1. Deborah Bouricius (will call) | October 18-20, 2021<br>2.5 Hours on Direct |
| 2. Rick Corsi (will call) | October 18-20, 2021<br>1.5 Hours on Direct |
| 3. Janine Corsi (will call) | October 18-20, 2021<br>1.0 Hour on Direct |
| 4. Lori Marak (will call) | October 18-20, 2021<br>1.0 Hour on Direct |
| 5. John Justman (will call) | October 18-20, 2021<br>1.5 Hours on Direct |
| 6. Frank Whidden (will call) | October 18-20, 2021<br>2.5 Hours on Direct |
| 7. Dr. William Kaempfer (will call) | October 18-20, 2021<br>.75 Hour on Direct |

Respectfully submitted this 30th day of September 2021.

KING & GREISEN, LLP

*s/ Paula Greisen*
Paula Greisen
Meredith A. Munro
1670 York St.
Denver, Colorado 80206
(303) 298-9878 telephone
(303) 298find9879 facsimile
greisen@kinggreisen.com
munro@kinggreisen.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2021, I electronically filed the foregoing **PLAINTIFF'S WITNESS LIST** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

                                               *s/ Laurie A. Mool*
                                               Laurie A. Mool, Paralegal