IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**PLAINTIFF'S PROPOSED JURY QUESTIONNAIRE**

---

Plaintiff Debra Bouricius, by and through her counsel Paula Greisen and Meredith A. Munro of KING & GREISEN, LLP, hereby submits her Proposed Jury Questionnaire, attached hereto as Ex. 1.

Respectfully submitted this 30th day of September 2021.

        KING & GREISEN, LLP

        *s/ Paula Greisen*
        Paula Greisen
        Meredith A. Munro
        1670 York St.
        Denver, Colorado 80206
        (303) 298-9878 telephone
        (303) 298find9879 facsimile
        greisen@kinggreisen.com
        munro@kinggreisen.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2021, I electronically filed the foregoing **PLAINTIFF'S PROPOSED JURY QUESTIONNAIRE** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

                                                *s/ Laurie A. Mool*
                                                Laurie A. Mool, Paralegal