# EXHIBIT 1

**Background Information**

1. Name: _____
2. Juror Number: _____
3. Gender ☐ Male ☐ Female
4. Where were you born? _____
5. Age: _____
6. Where did you grow up? City: _____ State: _____ Other: _____
7. Current address: _____
8. Please list all of the other people who live in your household and provide the following information:

| Name | Age | Education | Occupation (if grown) | Employer |
|------|-----|-----------|----------------------|----------|
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |

9. Please provide the same information for any children who do not live with you:

| Name | Age | Education | Occupation (if grown) | Employer |
|------|-----|-----------|----------------------|----------|
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |

10. If you have grandchildren, please provide the same information for them:

| Name | Age | Education | Occupation (if grown) | Employer |
|------|-----|-----------|----------------------|----------|
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |
|      |     |           |                      |          |

11. What are/were your parents' occupations? _____

12. What is the highest grade you completed in school?
    ☐ Less than completion of high school
    ☐ Completed high school
    ☐ Technical or trade school
    ☐ Some college
    ☐ Junior college degree (Associate)
    ☐ College degree (Bachelor)
    ☐ Some graduate study
    ☐ Masters or doctorate
13. What is your current employment status?
    ☐ Employed full time
    ☐ Employed part time
    ☐ Self-employed
    ☐ Unemployed
    ☐ At home
    ☐ Full-time student
    ☐ Retired
    ☐ Other: _____
14. Current employer (or last employer if not currently employed):
    City and state: _____
    Type of business: _____
    Job or occupation: _____
    How long have you worked for this employer? _____
15. Previous employers/occupations: _____
16. Have you *ever* managed or supervised others as part of your job? ☐ Yes ☐ No
    If yes, please explain:
    _____
    _____
    _____
17. Have you, or has anyone close to you, ever been a business owner, a corporate officer, or a member of the board of directors of any business or corporation? ☐ Yes    ☐ No
    If yes, please explain:
    _____
    _____
    _____
18. Have you ever served in the military? ☐ Yes    ☐ No
    Branch of service: _____
    Dates of service: _____
    Type of discharge: _____
19. Your Spouse or Partner
    Name: _____

**Your Spouse or Partner**

20. Name: _____ Age: _____

21. What is the highest grade your spouse/partner (former spouse) completed in school?
    ☐ Less than completion of high school
    ☐ Completed high school
    ☐ Technical or trade school
    ☐ Some college
    ☐ Junior college degree (Associate)
    ☐ College degree (Bachelor)
    ☐ Some graduate study
    ☐ Masters or doctorate

22. What is your spouse's/partner's (former spouse's) current employment status?
    ☐ Employed full-time
    ☐ Employed part-time
    ☐ Self-employed
    ☐ Unemployed
    ☐ At home
    ☐ Full-time student
    ☐ Retired
    ☐ Other: _____

23. Spouse's/partner's (former spouse's) current employer (or last employer if not currently employed):
    City and state: _____
    Type of business: _____
    Job or occupation: _____
    How long has he/she worked for this employer? _____
    Previous employers/occupations: _____

## Organizations/Hobbies

24. Do you belong to any civic, professional, fraternal, social, political or religious organizations? ☐ Yes   ☐ No
    If yes, to which organizations do you belong?
    _____
    _____
    _____
    _____

25. Do you hold an office in any of the organizations? ☐ Yes   ☐ No
    If yes, which organization and what office?
    _____
    _____
    _____
    _____

26. List all community or volunteer activities in which you participate:
    _____
    _____
    _____
    _____

27. List all organizations to which you donate money:
    _____
    _____
    _____
    _____

28. What hobbies or recreational activities do you like to pursue in your spare time?
    _____
    _____
    _____
    _____

29. Do you or your spouse/significant other have bumper stickers on your car?
    ☐ Yes   ☐ No
    If yes, what do they say?
    _____
    _____
    _____
    _____

## Sources of Information

30. What newspapers, magazines, radio stations or online news services do you regularly read or use?
    _____
    _____
    _____
    _____

31. How often do you view, read or listen to the news?
    ☐ Every day
    ☐ A few times a week
    ☐ Occasionally
    ☐ Never

32. What newspapers do you read frequently?
    _____
    _____
    _____
    _____

33. What books, magazines and websites do you read for pleasure?
    _____
    _____
    _____
    _____

34. What books, magazines and websites do you read for information?
    _____
    _____
    _____

35. What, if any, television programs do you watch regularly?
    _____
    _____
    _____

36. What, if any, courtroom or law-related shows do you watch?
    _____
    _____
    _____

37. What radio programs/stations do you listen to frequently?
    _____
    _____
    _____

38. What websites do you visit regularly?
    _____
    _____
    _____

39. How often do you visit social networking sites, such as Facebook, MySpace, Twitter, etc.?
    ☐ Every day   ☐ A few times a week   ☐ Occasionally   ☐ Never

40. Do you have a blog or website? ☐ Yes   ☐ No
    If yes, please explain:_____
    _____
    _____

41. Do you view or follow blogs of others regularly? ☐ Yes   ☐ No
    If yes, please indicate the blog(s) and topic(s):_____
    _____
    _____

42. Do you or anyone close to you, have current or prior experience and/or training in any of the following:

    | | | | |
    |---|---|---|---|
    | Personnel/human resources | ☐ Yes, me | ☐ Yes, someone close | ☐ No |
    | Law | ☐ Yes, me | ☐ Yes, someone close | ☐ No |

    Legal field/law-related field     ☐ Yes, me     ☐ Yes, someone close     ☐ No
    Job laws     ☐ Yes, me     ☐ Yes, someone close     ☐ No

43. Have you ever managed or supervised people as part of your job?     ☐ Yes     ☐ No

44. Do you agree or disagree with this statement: Discrimination/harassment claims are just excuses to cover up other problems people are having on the job. ☐ Agree     ☐ Disagree
    Why do you feel that way?
    _____
    _____
    _____
    _____

45. Do you agree or disagree with this statement: Discrimination [harassment] is a thing of the past. ☐ Agree     ☐ Disagree
    Why do you feel that way?
    _____
    _____
    _____
    _____

46. Have you ever served on a jury? ☐ Yes     ☐ No
    If yes:
    In what court? (federal and/or state court): _____
    How many were criminal trials? _____
    How many were civil trials? _____
    Did you serve as foreperson on any of these trials?
    Without indicating what the verdicts were, did all of the juries you served on reach a verdict?
    ☐ Yes     ☐ No
    How would you describe your past jury experience(s): ☐ Positive     ☐ Neutral     ☐ Negative
    Why do you say that?
    _____
    _____
    _____
    _____

47. It is estimated that this trial will take one week. Do you have any difficulty being a juror in a case of this duration? ☐ Yes     ☐ No
    If yes, please explain:
    _____
    _____
    _____
    _____

48. Are you taking any medications or do you have any physical or personal condition that would make it difficult for you to concentrate or attend all sessions during the trial?

☐ Yes   ☐ No
If yes, please explain:
_____
_____
_____
_____

49. Do you have any problem (vision, hearing, financial, emotional, language or medical) that you believe may significantly affect your jury service?
☐ Yes   ☐ No
If yes, please explain:
_____
_____
_____
_____

50. Do you have any moral, religious, or philosophical beliefs that would make it uncomfortable or difficult for you to judge another person? ☐ Yes   ☐ No
If yes, please explain:
_____
_____
_____
_____

51. Do you know any of the people in the list attached to this questionnaire? ☐ Yes   ☐ No
If yes, please circle the names of the people you personally know.

Paula Greisen

Meredith A. Munro

Scott Medlock

Laurie A. Mool

L. Kathleen Chaney

Karen B. Rogers

Robert Belich

Julia Kowalczyk

Alicia Severn

Michael Santos


| | |
|---|---|
| Debra Bouricius | Troy Flick |
| Rick Corsi | Kelly Leuallen |
| Janine Corsi | Terry (Hotary) Smith |
| Frank Whidden | Steve Hovland |
| Lori Marak | |
| John Justman | |
| William Kaempfer | |
| Rose Pugliese | |
| Scott McInnis | |
| Patrick Coleman | |
| Kristin Cole | |
| Lhana Jordan | |