CASE CAPTION: *Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners*

CASE NO.: 18-CV-01144-DDD-STV

EXHIBIT LIST OF: Defendant, Mesa County

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 19 | | Sr. Business Systems Analyst job description<br>DEF 584-586 [Depo Exh 19] | | | | | |
| 21 | | Improvement Action Plan, dated January 14, 2011<br>DEF 735-736 [Depo Exh 21] | | | | | |
| 46 | | LinkedIn account<br>Bouricius 001122-001124<br>[Depo Exh 46] | | | | | |
| 50 | | Separation letter, dated October 7, 2016<br>DEF 234 [Depo Exh 50] | | | | | |
| 52 | | Chart of employee names and positions<br>DEF 61-63 [Depo Exh 52] | | | | | |
| 54 | | Support Specialist Job Description<br>DEF 1675-1676 [Depo Exh 54] | | | | | |
| 59 | | Letter from Krista Ubersox re: 2015 compensation<br>DEF 1734 | | | | | |
| 60 | | Letter dated December 12, 2011<br>DEF 261 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 61 | | Notice to file regarding no increases in compensation<br>DEF 268 | | | | | |
| 62 | | Boulder County Office of the District Attorney, compensation records<br>Bouricius 000458-000463, 000546-000554 | | | | | |
| 63 | | Mesa County earnings register for Debra Bouricius<br>DEF 1945-2021 | | | | | |
| 64 | | 2018 Form W-2<br>Bouricius 000544-000545 | | | | | |
| 65 | | 2018 Schedule E (2018)<br>Bouricius 000563 | | | | | |
| 66 | | 2017 Form W-2959<br>Bouricius 000456-000457, 000466 | | | | | |
| 67 | | Schedule E (2017)<br>Bouricius 000562 | | | | | |
| 68 | | 2016 Form W-2<br>Bouricius 000464 | | | | | |
| 69 | | Schedule E (2016)<br>Bouricius 000889 | | | | | |
| 70 | | 2015 Form W-2<br>Bouricius 000465 | | | | | |
| 71 | | Schedule F (2016)<br>Bouricius 001606 | | | | | |
| 72 | | Invoice dated February 4, 2019<br>Bouricius 000543 | | | | | |
| 73 | | Boulder County job application<br>Bouricius 000451-000453 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 74 | | Boulder County 2019 benefits summary<br>Bouricius 000500-000503 | | | | | |
| 75 | | Boulder County PERA benefits<br>Bouricius 000504-000540, 000959-000963, 000979-000980 | | | | | |
| 76 | | Boulder County benefits<br>Bouricius 000750-000782 | | | | | |
| 77 | | Unemployment Notice of Decision<br>DEF 1628 | | | | | |
| 78 | | Email chain with Janine Corsi, dated June 20, 2017<br>Bouricius 000609 | | | | | |
| 79 | | Email chain with Janine Corsi, dated April 28, 2017, and May 1, 2017<br>Bouricius 000596 | | | | | |
| 80 | | Network Administrator job description<br>DEF 1661-1662 | | | | | |
| 81 | | Technical Support Specialist job description<br>DEF 1666-1667 | | | | | |
| 82 | | Business System Analyst job description<br>DEF 1668-1669 | | | | | |
| 83 | | Information and Communications Manager job description<br>DEF 1670-1672 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 84 | | Senior Support Specialist job description DEF 1673-1674 | | | | | |
| 85 | | Technical Support Specialist job description DEF 1677-1678 | | | | | |
| 86 | | Web Administrator job description DEF 1679-1680 | | | | | |
| 87 | | Customer Service Manager DEF 1681-1682 | | | | | |
| 88 | | GIS Administrator – SR job description DEF 1683-1684 | | | | | |
| 89 | | GIS Administrator job description DEF 1685-1686 | | | | | |
| 90 | | Business System Analyst II job description DEF 1687-1689 | | | | | |
| 91 | | GIS Administrator II job description DEF 1690-1691 | | | | | |
| 92 | | Senior Network Administrator job description DEF 1692-1694 | | | | | |
| 93 | | Senior Support Coordinator job description DEF 1695-1696 | | | | | |
| 94 | | Chart of Sr. Business Systems Analysts' ages DEF 588 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 95 |  | 2017 Adopted Budget email and attachments<br>DEF 2041-2050 |  |  |  |  |  |
| 96 |  | Resolution No. MCM, Resolution to Adopt Budget, with attachments<br>DEF 2119-2125 |  |  |  |  |  |
| 97 |  | General Fund 2017 Proposed Budget<br>Corsi 000292-000295 |  |  |  |  |  |
| 98 |  | General Fund 2017 Budget Projections<br>Corsi 000331-000333 |  |  |  |  |  |
| 99 |  | Email from Bill Tarlton, dated October 13, 2016<br>Corsi 001769 |  |  |  |  |  |
| 100 |  | Email chain, dated September 29, 2016<br>Corsi 001734-001735 |  |  |  |  |  |
| 101 |  | Email chain, dated August 16-17, 2016<br>Corsi 000334-000338 |  |  |  |  |  |
| 102 |  | Mesa County Human Resources Policies and Procedures Manual, Revised and Adopted October 10, 2016<br>DEF 589-674 |  |  |  |  |  |
| 103 |  | Email from Janine Corsi, dated August 8, 2017 (redacted)<br>Bouricius 000422 |  |  |  |  |  |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 104 | | Budget Revisions 10-06-16 Spreadsheet DEF 3910-3915 | | | | | |