# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No.  18-cv-01144-DDD-STV                Date:  October 1, 2021

Case Title:  Debra Bouricius v. Mesa County, by and through the Mesa County Board of Commissioners

## PLAINTIFF'S WITNESS LIST
## CROSS-EXAMINATION OF DEFENDANT'S MAY CALL WITNESSES

| WITNESSES | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| 1.  Frank Whidden | October 20-21, 2021<br>2.0 Hours on Cross |
| 2.  Rose Pugliese | October 20-21, 2021<br>.5 Hour on Cross |
| 3.  John Justman | October 20-21, 2021<br>1.5 Hours on Cross |
| 4.  Scott McInnis | October 20-21, 2021<br>.5 Hour on Cross |
| 5.  Patrick Coleman | October 20-21, 2021<br>1.0 Hours on Cross |
| 6.  Kristin Cole | October 20-21, 2021<br>.75 Hours on Cross |
| 7.  Lhana Jordan | October 20-21, 2021<br>.75 Hour on Cross |
| 8.  Troy Flick | October 20-21, 2021<br>1.0 Hour on Cross |
| 9.  Kelly Leuallen | October 20-21, 2021<br>.75 Hour on Cross |
| 10. Terrie Smith f/n/a Hotary | October 20-21, 2021<br>.75 Hour on Cross |
| 11. Steve Hovland | October 20-21, 2021<br>.75 Hour on Cross |

Plaintiff maintains her objection to the calling of the new witnesses by the defense as specified in her Motion in Limine [Doc. 177]

Respectfully submitted this 1st day of October 2021.

KING & GREISEN, LLP

*s/ Paula Greisen*
Paula Greisen
Meredith A. Munro
1670 York St.
Denver, Colorado 80206
(303) 298-9878 telephone
(303) 298find9879 facsimile
greisen@kinggreisen.com
munro@kinggreisen.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2021, I electronically filed the foregoing **PLAINTIFF'S WITNESS LIST - CROSS-EXAMINATION OF DEFENDANT'S MAY CALL WITNESSES** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal
