IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Daniel D. Domenico

Case No. 18-cv-01144-DDD-STV          Date: October 1, 2021

Case Title: Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners

DEFENDANT'S CROSS EXAMINATION TIMES ESTIMATES

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Deborah Bouricius | 1 hour |
| Rick Corsi | .5 hour |
| Janine Corsi | .5 hour |
| Lori Marak | .5 hour |
| John Justman | .5 hour |
| Frank Whidden | 1 hour |
| Dr. Willard Kaempfer | .5 hour |