**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE**

    Scott Medlock, of KING & GREISEN, LLP, hereby enters his appearance on behalf of Plaintiff, Debra Bouricius.

    Dated this 4th day of October 2021.

                                                        Respectfully submitted,

                                                        *s/ Scott Medlock*
                                                        Scott Medlock
                                                        KING & GREISEN, LLP
                                                        1670 York Street
                                                        Denver, Colorado 80206
                                                        (303) 298-9878 telephone
                                                         medlock@kinggreisen.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2021, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal