**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR PLAINTIFF'S COUNSEL
TO ATTEND FINAL PRE-TRIAL CONFERENCE VIA TELEPHONE**

---

    Plaintiff Debra Bouricius, by and through her counsel Paula Greisen, Meredith A. Munro, and Scott Medlock, of KING & GREISEN, LLP, respectfully requests this Honorable Court to allow one of its counsel, Mr. Scott Medlock, to attend the Final Pre-Trial Conference, currently set for October 7, 2021 at 1:30 p.m. in Courtroom A702, telephonically.  As grounds therefore, Plaintiff states as follows:

    Certificate of Compliance with D.Colo.L.R. 7.1. On October 1, 2021, Plaintiff's counsel conferred with Defendant's counsel regarding the relief requested in this Motion. Defendant does not oppose the relief requested in this Motion.

    1.    Undersigned counsel was recently employed by KING & GREISEN, LLP and entered his appearance in this matter, and is currently still residing in Austin, Texas.  Counsel will not be in Denver until after the Final Pre-Trial Conference on October 7, 2021.

2. Counsel for Plaintiff, Paula Greisen and Meredith A. Munro will be appearing in person on behalf of Plaintiff.

3. Thus, the Plaintiff respectfully requests the Court to permit Mr. Medlock to participate in the Scheduling Conference by telephone.

4. No party will be prejudiced by Mr. Medlock's appearance and participate in the Pre-Trial Conference by telephone.

WHEREFORE, Plaintiff respectfully request that undersigned counsel, Mr. Medlock, be permitted to attend the Pre-Trial Conference by telephone.

Respectfully submitted this 4th day of October 2021.

KING & GREISEN, LLP

*s/ Scott Medlock*
Scott Medlock
Paula Greisen
Meredith A. Munro
1670 York St.
Denver, Colorado 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
medlock@kinggreisen.com
greisen@kinggreisen.com
munro@kinggreisen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2021, I electronically filed the foregoing **PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR PLAINTIFF'S COUNSEL TO ATTEND FINAL PRE-TRIAL CONFERENCE VIA TELEPHONE** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal

3