IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-WYD-STV
_____

DEBRA BOURICIUS,

    Plaintiff,

vs.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.
_____

DEPOSITION OF JOHN JUSTMAN
_____


Friday, May 3, 2019

9:02 a.m.


PURSUANT TO NOTICE and the Federal Rules of Civil Procedure, the above-entitled deposition was taken on behalf of Plaintiff at 205 North 4th Street, Suite 300, Grand Junction, Colorado, before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within Colorado.

**EXHIBIT A**

```
 1   do a market analysis --
 2            A.   No.
 3            Q.   -- of those counties?
 4            A.   Probably not.
 5            Q.   And who was present during that executive
 6   session?
 7            A.   I don't -- I think all three of us were
 8   there.
 9            Q.   Anyone else?
10            A.   Probably Mr. Garcher and -- and I don't --
11   not -- I'm not -- I don't know if Mr. Coleman would have
12   been there or not.  I don't recall.
13            Q.   Did Mr. Garcher provide you with the
14   information?
15            A.   He could have brought some of it in, yes.
16            Q.   You just don't recall?
17            A.   No.
18            Q.   In -- since you've been a county
19   commissioner, what are the rules or policies at the
20   county for paying for training or continuing education of
21   Mesa County employees?
22            A.   That's not my level of -- I would say,
23   probably our administrator would take care of that.
24            Q.   What's the policy about what the county
25   will pay?
```

EXHIBIT A

```
 1          A.   I don't know offhand.
 2          Q.   Are any of those expenses training
 3   expenses or continuing education expenses for Mesa County
 4   employees covered or paid for by the county?
 5          A.   I would assume so, yes.
 6          Q.   What type of training or tuition coverage
 7   would be paid for by the county?
 8          A.   I -- I don't -- I don't know.  That's
 9   not -- I don't write the policy, and I don't know what
10   kind of training they get.  The department head would
11   have to approve it.
12          Q.   Are you ever asked to approve those
13   requests?
14          A.   No.
15          Q.   Would it be fair to say that Mesa County
16   would only pay for training and tuition coverage for
17   employees if the training or education was directly
18   related to the employees' job?
19               MR. SANTO:  Object to form.
20          A.   Yes.
21          Q.   (By Ms. Greisen)  Have you ever approved
22   any training or tuition charges for Frank Whidden?
23          A.   For what?
24          Q.   For Mr. Whidden.
25          A.   Yeah, but what kind of training?
```

**EXHIBIT A**