| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | FOR COURT USE ONLY |
|---|---|
| **DEBRA BOURICIUS** <br> Plaintiff/Petitioner <br> vs. <br> **MESA COUNTY** <br> Defendant/Respondent | Case #    **1:18-CV-01144-DDD-STV** <br> Hearing Date: |

## DECLARATION OF SERVICE

Received by **Leah Ann Feugate**, on the **12th day of September, 2021 at 3:54 PM** to be served on **Patrick Coleman** at **895 Celestite Drive, Fruita, Mesa County, CO 81521**.

I, **Leah Ann Feugate**, being duly sworn, depose and say that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and that on the **18th day of September, 2021 at 4:54 PM**, I **SERVED** the within named defendant at **895 Celestite Drive, Fruita, Mesa County, CO 81521**, at the usual place of abode, in the manner indicated below:

**PERSONAL SERVICE**, by personally delivering **1** copy(ies) of the below-listed documents to the named Defendant.

**Documents Served: SUBPOENA**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Patrick Coleman, I delivered the documents to Patrick Coleman with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 240-300 lbs.**

Service Fee Total: **$75.00**

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on    09/19/2021
                (date)

at    Grand Junction, CO
       (city or other location, and state OR county)

Leah Ann Feugate
       (printed name)

*Leah A Feugate*
       (signature)

| REF: **REF-8759826** | PAGE 1 OF 1 <br> ORIGINAL PROOF OF SERVICE | Tracking #: **0076407263** |