IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissioners,

    Defendant.

---

### WAIVER OF SERVICE – KELLY LEUALLEN

---

The undersigned agrees to waive service of process and agrees to provide trial testimony for the trial set to begin on October 18, 2021, at 9:00 a.m. MST at the Alfred A. Arraj United States Courthouse – 901 19th Street, Denver, CO 80294. The undersigned understands that the actual date and time of testimony will be determined once the trial commences, and will coordinate ~~her~~ his KL appearance with counsel.

DATED this __17TH__ day of __SEPTEMBER__, 2021.

                                                    */s/ Kelly Leuallen*
                                                  Kelly Leuallen

1