| IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | FOR COURT USE ONLY |
|---|---|
| **DEBRA BOURICIUS** <br> Plaintiff/Petitioner <br> vs. <br> **MESA COUNTY** <br> Defendant/Respondent | Case #    **1:18-CV-01144-DDD-STV** <br> Hearing Date:    **10/18/2021** |

## DECLARATION OF SERVICE

Received by **Leah Garcia**, on the **12th day of September, 2021 at 8:20 PM** to be served on **Rose Pugliese** at **9580 Lizard Rock Trail, Colorado Springs, El Paso County, CO 80924**.

I, **Leah Garcia**, being duly sworn, depose and say that I am and was on the dates herein mentioned, over the age of 18 years, not a party to nor interested in the above entitled action, and that on the **25th day of September, 2021 at 10:23 AM**, I **SERVED** the within named defendant at **9580 Lizard Rock Trail, Colorado Springs, El Paso County, CO 80924**, at the usual place of abode, in the manner indicated below:

**PERSONAL SERVICE**, by personally delivering **1** copy(ies) of the below-listed documents to the named Defendant.

**Documents Served: SUBPOENA**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Rose Pugliese, I delivered the documents to Rose Pugliese with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

Service Fee Total: **$75.00**

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on   09/26/2021
              (date)

at   El Paso County, CO
    (city or other location, and state OR county)

Leah Garcia
    (printed name)

*Leah M Garcia*
    (signature)

REF: **REF-8759706**     PAGE 1 OF 1     ORIGINAL PROOF OF SERVICE     Tracking #: **0076736294**

