IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissioners,

    Defendant.

---

### WAIVER OF SERVICE – TERRIE SMITH

---

The undersigned agrees to waive service of process and agrees to provide trial testimony for the trial set to begin on October 18, 2021, at 9:00 a.m. MST at the Alfred A. Arraj United States Courthouse – 901 19th Street, Denver, CO 80294. The undersigned understands that the actual date and time of testimony will be determined once the trial commences, and will coordinate his appearance with counsel.

DATED this \_\_\_10th\_\_\_ day of \_\_\_September\_\_\_, 2021.

                                              _/s/ Terrie Smith_
                                              Terrie Smith