# RETURN OF SERVICE

STATE OF COLORADO )
) §
COUNTY OF Mesa )

I declare under oath that I served a copy of the

Subpoena

In this case on Boricioes V. Mesa County, in the

County of Mesa, State of Colorado, on the 13 day of September, 2021

At 8:35pm, at the following location:

Koko's, 152 S. Mesa St., Fruita, CO 81521

☒ By delivering it to the person identified to me as Frank Whidden

☐ By delivering it to _____, who refused service.

☐ By leaving them at the Defendant's usual place of abode with _____

☐ By leaving them with _____, designated to receive service for _____

☐ I attempted to serve the Defendant on ___ occasions but have not been able to locate the defendant. Return to Plaintiff is made on _____

☒ I am over the age of 18 years and am not interested in nor a party to this case.

_[signature]_ 9-17-21
Private Process Server          Date

Signed under oath before me on this 17th day of September, 2021

MELINDA JANE ABPLANALP
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194012606
MY COMMISSION EXPIRES APRIL 03, 2023

Notary Public

My Commission Expires: April 3, 2023