IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

_____

**MESA COUNTY'S <u>UNOPPOSED</u> MOTION FOR DEFENDANT'S COUNSEL TO ATTEND FINAL PRE-TRIAL CONFERENCE VIA TELEPHONE**
_____

Mesa County, by and through the Mesa County Board of County Commissioners, ("Mesa County") respectfully request this Honorable Court allow one of its two counsel, Karen B. Rogers, to attend the Final Pre-trial Conference, set for October 7, 2021 at 1:30 p.m. in Courtroom A702, telephonically.  As grounds thereof, Defendant states as follows:

**Conferral.** Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendant conferred with counsel for the Plaintiff regarding the relief sought in this Motion. Plaintiff's counsel does not oppose the relief requested herein.

1.    Defendant is represented by L. Kathleen Chaney, Esq. and Karen B. Rogers, Esq. of Lambdin and Chaney, LLP.

2.    Both Ms. Chaney and Ms. Rogers will be participating in the trial of this matter.

1

3.      Yesterday Ms. Rogers suffered an unexpected medical issue.  She has been discharged home but was advised to stay home and rest for the next five to seven days.  Additionally, she is currently on medication that will prohibit her from driving.

4.      According, Defendant seeks permission from this Court for Ms. Rogers to appear telephonically at the final pre-trial conference.

5.      Ms. Chaney will be attending in-person on behalf of Defendant.

6.      No party will be prejudiced by Ms. Roger's appearance and participation via telephone.

WHEREFORE, Defendant, Mesa County moves the Court for an order permitting Karen B. Rogers, Esq. to attend the final Pre-Trial Conference by telephone.

Respectfully submitted this 6th day of October 2021.

*/s/ Karen B. Rogers, Esq.*
L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net; krogers@lclaw.net
*Attorneys for Defendant Mesa County*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing **MESA COUNTY'S UNOPPOSED MOTION FOR DEFENDANT'S COUNSEL TO ATTEND FINAL PRE-TRIAL CONFERENCE VIA TELEPHONE** was served this 6th day of October 2021, via the CM/ECF electronic filing system, to the following:

Paula Greisen
Meredith A. Munro
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
munro@kinggreisen.com
Attorneys for Plaintiff

*/s/ Karen B. Rogers, Esq.*
L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net;
*Attorneys for Defendant Mesa County*

3