IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| Courtroom Deputy: Patricia Glover | Date: October 7, 2021 |
| --- | --- |
| Court Reporter: Julie Thomas | |

**CASE NO.   18-cv-01144-DDD-STV**

| Parties | Counsel |
| --- | --- |
| DEBRA BOURCINIUS, | Paula Greisen |
| | Meredith Munro |
| | Scott Matlock (by phone) |
| Plaintiff, | |
| v. | |
| MESA COUNTY, | Kathleen Chaney |
| | Karen Rogers (by phone) |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:   Trial Preparation Conference**

**Court in session:   1:32 p.m.**

Appearances of counsel.   Plaintiff is present.

The Court addresses the jury trial logistics and protocols including voire dire, jury selection, number for jury panel, witness testimony, exhibits, stipulations to exhibits, COVID guidelines, jury instructions.

Each side will be given 12 hours to use for witness testimony; 30 minutes for opening and closing arguments, which will be outside the 12 hours.   The time will be tracked on a chess clock by the Courtroom Deputy.

**ORDER:**   The parties' oral motion for sequestration is granted.   Notices will be posted on the courtroom doors.

The final joint exhibit and witness lists will be filed with the Court and 3

        copies of the lists will be provided to the Courtroom Deputy on the first day of trial.

The Court addresses the pending motions and will issue a written ruling.

**Court in recess:**     1:23 p.m.
**Total in court time:**     00:51
**Hearing concluded**