IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

_____

### MESA COUNTY'S NOTICE OF ERRATA OF SCRIVENER'S ERROR IN PROPOSED PRETRIAL ORDER
_____

    Mesa County, by and through the Mesa County Board of County Commissioners, ("Mesa County"), hereby files the foregoing Notice of Errata of Scrivener's Error in Proposed Pretrial Order and states as follows:

    On September 30, 2021, the parties jointly filed a Proposed Pretrial Order [Doc. 184]. Under the Claims and Defenses section Mesa County mistakenly wrote that Plaintiff was 58 years old when she was laid off. [Doc. 184 p. 3]. Plaintiff's date of birth is April 22, 1959. Plaintiff was laid off in October 2016. Accordingly, at the time she was laid off Plaintiff was 57 years old.

    Mesa County, therefore, files the foregoing Notice of Errata to correct the age of Plaintiff at the time of her lay off as referenced in the Final Pretrial Order. Specifically, Mesa County states that at the time of her lay off, Plaintiff was 57 years old.

1

Respectfully submitted this 8th day of October 2021.

/s/ L. Kathleen Chaney, Esq.
L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net; krogers@lclaw.net
*Attorneys for Defendant Mesa County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MESA COUNTY'S NOTICE OF ERRATA OF SCRIVENER'S ERROR IN PROPOSED PRETRIAL ORDER** was served this 8th day of October 2021, via the CM/ECF electronic filing system, to the following:

Paula Greisen
Meredith A. Munro
Scott Medlock
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
munro@kinggreisen.com
medlock@kinggreisen.com
*Attorneys for Plaintiff*

/s/ L. Kathleen Chaney, Esq.
L. Kathleen Chaney, #29358
LAMBDIN & CHANEY, LLP
*Attorneys for Defendant Mesa County*

2