IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

     Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissions,

     Defendant.

---

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

---

Defendant Mesa County, by and through its attorneys, Lambdin & Chaney, LLP,

hereby submits is Objections to Plaintiff's Exhibit List:

| Plaintiff's Exhibit | Description of Exhibit | Objection |
|---|---|---|
| Exhibit No. 10 | Plaintiff's Expert Disclosure dated 1/30/19 including expert report from Dr. William Kaempfer dated 1/25/19 | Irrelevant. Foundation. Hearsay.  Cumulative. |
| Exhibit No. 14 | Settlement Agreement and Release between Mesa County and Janine Coris dated 1/29/18 | Irrelevant. Foundation. Hearsay.  F.R.E. 408(a)(1); F.R.E. 401; F.R.E. 403.  Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of this document. |

| Exhibit No. 15 | Settlement Agreement and Release between Mesa Count and Rick Corsi dated 1/29/18 | Irrelevant. Foundation. Hearsay.  F.R.E. 408(a)(1); F.R.E. 401; F.R.E. 403.  Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of this document. |
| --- | --- | --- |
| Exhibit No. 17 | Bouricius 2014 Performance Evaluation, dated 12/5/14 | Irrelevant.  Foundation. Hearsay.  Cumulative. |
| Exhibit No. 18 | Bouricius 2015 Performance Evaluation, dated 12/24/15 | Irrelevant.  Foundation. Hearsay.  Cumulative. |
| Exhibit No. 34 | Evaluations for Rick Corsi, dated 12/26/15 and 12/26/14 | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403. |
| Exhibit No. 36 | Charge of Discrimination by Rick Corsi, dated 12/27/16 | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |
| Exhibit No. 37 | Charge of Discrimination by Debra Bouricius, dated 1/24/17 | Irrelevant.  Foundation. Hearsay.  Cumulative. |
| Exhibit No. 38 | Letter of Determination from the Colorado Civil Rights Division for Debra Bouricius, dated 12/14/17 | Hearsay.  F.R.E. 403. *Tuffa v. Flight Servs. And Sys., Inc.*, 644 Fed.Appx. 853 (10th Cir. 2016). Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of this document. |

| Exhibit No. 39 | Charge of Discrimination for Janine Corsi, dated 1/23/17 | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |
| --- | --- | --- |
| Exhibit No. 40 | Letter of Determination from the Colorado Civil Rights Division for Janine Corsi, dated 12/14/17 | Irrelevant. Hearsay. F.R.E. 403. *Tuffa v. Flight Servs. And Sys., Inc.*, 644 Fed.Appx. 853 (10th Cir. 2016). Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of this document. |
| Exhibit No. 43 | Agreement and Release between Cynthia Altenbern and Mesa County, dated 7/24/14 | Irrelevant. Foundation. Hearsay.  F.R.E. 408(a)(1); F.R.E. 401; F.R.E. 403.  Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of this document. |
| Exhibit No. 49 | Mesa County IT Dept Employees as of October 2016 | Irrelevant. Foundation. Hearsay.  Cumulative. F.R.E. 401; F.R.E. 403. Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of Statistical Data.  This is an improper attempt to include evidence and data regarding non-comparators. |

| Exhibit No. 52 | Email from Nina Atencio (Mesa County) to Courtney Longtin (CCRD) with attachments, dated 12/6/17 | The Email portions of this exhibit is hearsay. We do not object to admission of the charts attached to the Email. |
|---|---|---|
| Exhibit No.114 | Spreadsheet of IT Department Employees | Irrelevant. Foundation. Hearsay.  Cumulative. F.R.E. 401; F.R.E. 403. Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of Statistical Data.  This is an improper attempt to include evidence and data regarding non-comparators. |
| Exhibit No. 115 | Organizational Chart of IT Department | Irrelevant. Foundation. Hearsay.  Cumulative. |
| Exhibit No. 116 | Mesa County's Position Statement and Response to Request for Information regarding Debra Bouricius, dated 3/29/17 | Irrelevant.  Foundation. Hearsay.  Cumulative. |
| Exhibit No. 117 | 9/20/17 Email from Nina Atencio to Courtney Longtin | Irrelevant.  Foundation. Hearsay.  Cumulative. |
| Exhibit No. 118 | 8/23/17 Email from Nina Atencio to Courtney Longtin with Mesa County IT Department Employees as of October 2016 | Irrelevant.  Foundation. Hearsay.  Cumulative. |
| Exhibit No. 119 | Termination Letter from Frank Whidden to Rick Corsi, dated 10/7/16 | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |

| Exhibit No. 120 | Letter from Frank Whidden to Rick Corsi, dated 10/26/16 | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |
|---|---|---|
| Exhibit No. 121 | Termination Letter from Frank Whidden to Janine, dated 10/7/16 | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |
| Exhibit No. 122 | Letter from Frank Whidden to Janine Corsi, dated 10/12/16 | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |
| Exhibit No. 123 | Mesa County's Position Statement regarding Rick Corsi, dated 3/24/17 | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |
| Exhibit No. 124 | Mesa County's Position Statement regarding Janine Corsi, dated 3/24/17 | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |

| Exhibit No. 125 | Letter of Determination from the CCRD for Rick Corsi, dated 12/14/17 | Irrelevant. Hearsay. F.R.E. 403. *Tuffa v. Flight Servs. And Sys., Inc.*, 644 Fed.Appx. 853 (10th Cir. 2016). Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of this document. |
|---|---|---|
| Exhibit No. 126 | Emails regarding Rick Corsi's CORA Request | Irrelevant. Foundation. Hearsay.  F.R.E. 401; F.R.E. 403.  *Goussen v. Mendez Fuel Holdings, LLC*, No. 18-20012-Civ-COOKE/GOODMAN, 2018 WL 5831084, *2-3 (S.D.Fla., Nov. 7, 2018) |
| Exhibit No. 127 | 2014 Evaluation for David Barnett | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 128 | 2015 Evaluation for David Barnett | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 129 | 2014 Evaluation for Leilani Boyles | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 130 | 2015 Evaluation for Leilani Boyles | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 131 | 2015 Evaluation for Derek Conlon | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 132 | 2014 Evaluation for Josh Dallman | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 133 | 2015 Evaluation for Josh Dallman | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |

| Exhibit No. 134 | 2015 Evaluation for Ryan Davidson | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| --- | --- | --- |
| Exhibit No. 135 | 2014 Evaluation for Troy Flick | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 136 | 2015 Evaluation for Troy Flick | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 137 | 2014 Evaluation for Terrie Hotary | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 138 | 2015 Evaluation for Terrie Hotary | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 139 | 2015 Evaluation for Lhana Jordan | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 140 | 2015 Evaluation for Lhana Jordan | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 141 | 2014 Evaluation for Joe Keene | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 142 | 2015 Evaluation for Joe Keene | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 143 | 2014 Evaluation for Kelly Leuallen | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 144 | 2015 Evaluation for Kelly Leuallen, | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 145 | 2014 Evaluation for Lori Marak | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 146 | 2015 Evaluation for Lori Marak | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 147 | 2015 Evaluation for Elizabeth McDowell | Irrelevant. Foundation. Hearsay. F.R.E. 401 and F.R.E. 403 |

| Exhibit No. 148 | 2015 Evaluation for Paul Mitts | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
|---|---|---|
| Exhibit No. 149 | 2015 Evaluation for Andrew Wetzel | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 150 | Screenshot of website for Frank Whidden, Marriage & Family Therapist \| Psychology Today | Irrelevant.  Foundation. Hearsay. Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of evidence related to Mr. Whidden's counseling business. |
| Exhibit No. 151 | Invoice History Listing, Mesa County Government for Continuing Education/Training for Frank Whidden, dated 11/7/2016 | Irrelevant.  Foundation. Hearsay. |
| Exhibit No. 152 | Training Approval for Frank Whidden, dated 11/17/15, and Northcentral University Invoices | Irrelevant.  Foundation. Hearsay. |
| Exhibit No. 153 | Charge of Discrimination (E20130897) filed by Cynthia Altenbern, dated 06/04/2013 | Irrelevant. Foundation. Hearsay.  F.R.E. 408(a)(1); F.R.E. 401; F.R.E. 403.  Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of this document. |
| Exhibit No. 154 | Minutes and Agendas for the Board of Mesa County Colorado Commissioners for the year 2016 | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 155 | Minutes and Agendas for the Board of Mesa County Colorado Commissioners for 5/13/19, 5/20/19, 6/10/19, and 7/29/19 | Irrelevant. Foundation. Hearsay.  F.R.E. 401 and F.R.E. 403 |
| Exhibit No. 156 | Deposition Transcript of Janine Corsi | Hearsay |
| Exhibit No. 157 | Deposition Transcript of Rick Corsi | Hearsay |

| Exhibit No. 158 | Deposition Transcript of John Justman | Hearsay |
|---|---|---|
| Exhibit No. 159 | Deposition Transcript of Lori Marak | Hearsay |
| Exhibit No. 160 | Deposition Transcript of Frank Whidden | Hearsay |
| Exhibit No. 161 | Videotape of Deposition a of Frank Whidden | Hearsay |
| Exhibit No. 162 | Defendant's Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 8/29/18, and Privilege Log | Irrelevant. Hearsay. |
| Exhibit No. 163 | Defendant's Response to Plaintiff's Request for Production of Documents No. 3 dated 9/5/18, and Privilege Log | Irrelevant. Hearsay. |
| Exhibit No. 164 | Defendant's First Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 9/5/18 | Irrelevant. Hearsay. |
| Exhibit No. 165 | Defendant's Second Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 10/19/18, and Privilege Log | Irrelevant. Hearsay. |
| Exhibit No. 166 | Defendant's Responses to Plaintiff's 30(b)(6) Deposition Topics 7, 12-14, 21-23, 26, 30 dated 2/4/19 | Irrelevant. Hearsay. |
| Exhibit No. 167 | Mesa County's Responses to Plaintiff's Second Set of Requests for Production dated 3/12/19, and Privilege Log | Irrelevant. Hearsay. |
| Exhibit No. 168 | Mesa County's Third Supplemental Responses to Bouricius's First Set of Discovery dated 3/12/19 | Irrelevant. Hearsay. |
| Exhibit No. 169 | Defendant's First Supplemental Response to Plaintiff's Request for Production of Documents No. 3 dated 4/12/19 | Irrelevant. Hearsay. |

| Exhibit No. 170 | Defendant's First Supplemental Responses to Plaintiff's Second Request for the Production of Document dated 4/30/19 | Irrelevant. Hearsay. |
|---|---|---|
| Exhibit No. 171 | Defendant's Second Supplemental Responses to Plaintiff's Second Request for the Production of Documents dated 6/4/19, and Privilege Log | Irrelevant. Hearsay. |
| Exhibit No. 172 | Defendant's Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for Production of Documents dated 7/8/19 | Irrelevant. Hearsay. |
| Exhibit No. 173 | Defendant's Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 7/11/19, and Privilege Log | Irrelevant. Hearsay. |
| Exhibit No. 174 | Defendant's First Supplemental Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for the Production of Documents dated 7/12/19, and Privilege Log | Irrelevant. Hearsay. |
| Exhibit No.175 | Defendant's Second Supplemental Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for the Production of Documents dated 7/16/19, Privilege Log and Amended Privilege Log | Irrelevant. Hearsay. |

| Exhibit No. 176 | Compilation pursuant to FRE 1006 | Irrelevant. Foundation. Hearsay.  Cumulative. F.R.E. 401; F.R.E. 403. Defendant further incorporates by reference the arguments and law set forth in its Motion in *Limine* regarding exclusion of Statistical Data.  This is an improper attempt to include evidence and data regarding non-comparators. |

Defendant reserves the right to object to any documents Plaintiff intends to use for refreshment, impeachment or rebuttal.  Defendant further reserves the right to object to demonstrative exhibits.

Respectfully submitted this 8th day of October, 2021.

*/s/ L. Kathleen Chaney, Esq.*
L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net; krogers@lclaw.net
*Attorneys for Defendant Mesa County*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST** was served this 8th day of October 2021, via the CM/ECF electronic filing system, to the following:

Paula Greisen
Meredith A. Munro
Scott Medlock
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
munro@kinggreisen.com
medlock@kinggreisen.com
*Attorneys for Plaintiff*

/s/ L. Kathleen Chaney, Esq.
L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net; krogers@lclaw.net
*Attorneys for Defendant Mesa County*