IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED
EXHIBITS PURSUANT TO FED. R. CIV. P. 26(a)(3)

Plaintiff Debra Bouricius, by and through her counsel Paula Greisen, Meredith A. Munro, and Scott Medlock, of KING & GREISEN, LLP, respectfully submits her Objections to defendant's Proposed Exhibits, pursuant to Fed. R. Civ. P. 26(a)(3)(B) (as modified by the parties in the Proposed Pretrial Order [Doc. 184]).  As grounds therefore, Plaintiff states as follows:

**EX. 73 – Boulder County Job Application**

OBJECTION based on FRE 801(c).

    This document is a job application completed by Plaintiff for her current job at the District Attorney's Office of Boulder County.  On page two of the document is handwriting that appears to be made by her supervisor, describing a conversation the supervisor had with a reference for Plaintiff.  The Plaintiff objects to the exhibit because the handwritten notes shown on the document are inadmissible hearsay under Rule 801(c).

**EX. 94 – Chart of Senior Business Systems Analysts Ages**

OBJECTION based on FRE 106

> The document was produced by Defendant to the Colorado Civil Rights Division in defense to Plaintiff's Charge of Discrimination. It appears to be a redacted listing of five Senior Business Analysts in Defendant's IT Department and contains a calculation of the "average age" of those five employees. Half of the names of the individuals on this document are redact and thus the document is incomplete under FRE 106.  The exhibit also has an "*Avg. Age" notation at the bottom of the page and exhibit does not include what the asterisk was intended to explain.  Thus, Plaintiff objects to this exhibit as it does not comply with FRE 106.

Pursuant to Fed. R. Civ. P. 26(a)(3)(B), Plaintiff does not waive her right to object to Defendant's exhibits at trial based on FRE 401 and 403.

Respectfully submitted this 8tth day of October 2021.

                                                    KING & GREISEN, LLP

                                                    *s/ Paula Greisen*
                                                    Paula Greisen
                                                    Meredith A. Munro
                                                    Scott Medlock
                                                    1670 York St.
                                                    Denver, Colorado 80206
                                                    (303) 298-9878 telephone
                                                    (303) 298-9879 facsimile
                                                    greisen@kinggreisen.com
                                                    munro@kinggreisen.com
                                                    medlock@kinggreisen.com

                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2021, I electronically filed the foregoing **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS PURSUANT TO FED. R. CIV. P. 26(a)(3)** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

                                                 *s/ Laurie A. Mool*
                                                 Laurie A. Mool, Paralegal