IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-CV-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

_____

**MESA COUNTY'S <u>UNOPPOSED</u> MOTION TO AMEND FINAL PRETRIAL ORDER TO PERMIT DEFENDANT TO CALL STEVE HOVLAND, CPA AS AN EXPERT WITNESS AT TRIAL**
_____

Mesa County, by and through the Mesa County Board of County Commissioners, ("Mesa County"), hereby files the foregoing <u>Unopposed</u> Motion to Amend Final Pretrial Order to Permit Defendant to Call Steve Hovland, CPA as an Expert Witness at Trial and states as follows:

**Conferral.** Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendant conferred with counsel for the Plaintiff regarding the relief sought in this Motion. Plaintiff's counsel does not oppose the relief requested herein.

1.    On September 30, 2021, the parties jointly submitted their Proposed Final Pretrial Order. [Doc. 184].

2.    In the Proposed Final Pretrial Order, Mesa County listed numerous witnesses who may be called to testify at trial. [Doc. 184 pp. 8-12]. On page 12 of the

1

Proposed Final Pretrial Order Mesa County specifically listed its may-call expert witness, Steve Hovland, C.P.A. *Id.* p. 12.

3. On October 8, 2021, the Court entered its Order Granting in Part and Denying in Part Motions *In Limine.* [Doc. 198]. In its Order, the Court struck many of Defendant's may call witnesses. The Court, however, did not strike Mr. Hovland.

4. On October 8, 2021, the Court entered its Final Pretrial Order. [Doc. 199]. The Final Pretrial Order reduced the witnesses Mesa County may call in accordance with the rulings in its Order Granting in Part and Denying in Part Motions *In Limine.*

5. The Final Pretrial Order, however, inadvertently removed Mr. Hovland from Mesa County's may call witnesses. [Doc. 199].

6. As Mr. Hovland was properly disclosed as Mesa County's expert witness, and there was never a Motion to Strike him, Mesa County respectfully requests an amendment to the Final Pretrial Order permitting it to call Mr. Hovland, as necessary, at trial.

7. No party will be prejudiced by the granting of this motion as evidenced by the fact that Plaintiff does not oppose the relief requested herein.

WHEREFORE, Defendant, Mesa County moves the Court for an amendment to the Final Pretrial Order permitting it to call Steve Hovland, CPA as its expert witness at trial.

Respectfully submitted this 11th day of October 2021.

*/s/ Karen B. Rogers, Esq.*
L. Kathleen Chaney, #29358

2

Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net; krogers@lclaw.net
*Attorneys for Defendant Mesa County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MESA MESA COUNTY'S <u>UNOPPOSED</u> MOTION TO AMEND FINAL PRETRIAL ORDER TO PERMIT DEFENDANT TO CALL STEVE HOVLAND, CPA AS AN EXPERT WITNESS AT TRIAL** was served this 11th day of October 2021, via the CM/ECF electronic filing system, to the following:

Paula Greisen
Meredith A. Munro
Scott Medlock
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Telephone: (303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
munro@kinggreisen.com
medlock@kinggreisen.com
*Attorneys for Plaintiff*

*/s/ Karen B. Rogers, Esq.*
L. Kathleen Chaney, #29358
Karen B. Rogers, #45991
LAMBDIN & CHANEY, LLP
*Attorneys for Defendant Mesa County*

3