AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 18-CV-01144-DDD-STV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Frank Whidden on *(date)* 09/24/2021.

☑ I served the subpoena by delivering a copy to the named person as follows: by handing it to Frank Whidden at Koko's Tavern, 152 S. Mesa Street, Fruita, Colorado 81521

on *(date)* 09/24/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 330.00 .

My fees are $ _____ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 09/24/2021

*Server's signature*

Catherine Malapanes, Process Server
*Printed name and title*

PO Box 446, Fruita, Colorado 81521
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| Debra Bouricius | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-CV-01144-DDD-STV |
| Mesa Cnty, by and through the Mesa Cnty Board of Comm. | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Frank Whidden, 161 Winter Hawk Drive, Grand Junction 81503

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 | Courtroom No.: A-702 |
|---|---|
| | Date and Time: 10/18/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/15/2021

*CLERK OF COURT*

OR

_____                    */s/ Meredith Munro*
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Debra Bouricius
_____, who issues or requests this subpoena, are:

Paula Greisen and Meredith A. Munro, King & Greisen, LLP, 1670 York Street, Denver, CO 80206, greisen@kinggreisen.com, munro@kinggreisen.com, (303) 298-9878

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).