IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

**WAIVER OF SERVICE OF SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION**

---

I declare under oath that I received this Subpoena to Appear and Testify at a Trial on this 29th day of September 2021. By signing below, I am accepting service of this Subpoena.

9/29/2021
Date

_____
Rick Corsi

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Debra Bouricius<br>*Plaintiff*<br>v.<br>Mesa Cnty, by and through the Mesa Cnty Board of Comm.<br>*Defendant* | Civil Action No. 18-CV-01144-DDD-STV |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Rick Corsi

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 | Courtroom No.: A-702 |
|---|---|
| | Date and Time: 10/18/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/27/2021

CLERK OF COURT

OR

_____          *Meredith Munro* (signature)
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Debra Bouricius, who issues or requests this subpoena, are:

Paula Greisen and Meredith A. Munro, King & Greisen, LLP, 1670 York Street, Denver, CO 80206, greisen@kinggreisen.com, munro@kinggreisen.com, (303) 298-9878

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).