IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

  Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

  Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO FILE REVISED JURY INSTRUCTION

Plaintiff Debra Bouricius, through her legal counsel, files this motion to revise her proposed jury instructions.

### FACTUAL AND PROCEDURAL BACKGROUND

1. This is an Age Discrimination in Employment Act case.

2. Plaintiff timely filed her proposed jury instructions and verdict form on September 23, 2021.

3. On October 8, 2021, Doc. 198, the Court issued its Order granting a motion in limine filed by Defendant regarding Plaintiff's damages. As a result of that Order, Plaintiff is not seeking any compensation for loss of certain damages, including front pay damages, at trial.

4. Accordingly, Plaintiff requests that the Court allow her to amend her proposed jury instruction with respect to damages to be consistent with the Court's Order.

5. Plaintiff's revised proposed jury instruction on damages is attached to this motion as Exhibit 1.

6.  Given that the Court recently ruled on this issue, there is good cause for an amendment of the Pretrial Order to allow Plaintiff to submit a revised damages instruction. Plaintiff has provided the revision to Mesa County's counsel (and, in any case, the revision seeks to conform Plaintiff's proposed instructions to the evidence Mesa County believed Plaintiff should be limited to presenting). As such, the filing of the revised instruction is timely, and no party shall be prejudiced by the revision to the proposed instruction.

Plaintiff respectfully request that this Court grant the motion, and permit Plaintiff to file the revision to her proposed jury instruction on damages.

### Certificate of Conferral

The undersigned conferred with counsel for the County about the County's position on the relief requested in this motion. The County is unopposed to the filing of the revised proposed instruction, but opposed the use of the instruction itself.

Respectfully submitted this 11th day of October 2021.

KING & GREISEN, LLP

*s/ Scott Medlock*
Paula Greisen
Meredith A. Munro
Scott Medlock
1670 York St.
Denver, Colorado 80206
(303) 298-9878 telephone
(303) 298find9879 facsimile
greisen@kinggreisen.com
munro@kinggreisen.com
medlock@kinggreisen.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO FILE REVISED JURY INSTRUCTION** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

> *s/ Laurie A. Mool*
> Laurie A. Mool, Paralegal