# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## **UNOPPOSED** MOTION TO AMEND SUBPOENA TO JOHN JUSTMAN TO SECURE REMOTE VIDEO APPEARANCE AT TRIAL

    Plaintiff Debra Bouricius, through her legal counsel, hereby requests this Court issue an Order amending the subpoena properly served on Mr. John Justman to require his attendance at a location in Grand Junction, Colorado so that he may appear by video conferencing at trial.

## FACTS

    1.    John Justman was a Commissioner for Defendant Mesa County at the time the County terminated the employment of Plaintiff Debra Bouricius as part of a layoff in October 2016.

    2.    After multiple attempts to personally serve Mr. Justman beginning on September 2, 2021, counsel for Ms. Bouricius served Mr. Justman at his home in Grand Junction with a trial subpoena on October 11, 2021. (Plaintiff also provided him with the required witness and mileage fee – $330 – to secure his attendance in person in Denver). *See* Return of Service at Doc. 202-1, attached as Ex. 1. The trial subpoena requires him to appear at the federal courthouse in Denver at 9:00 a.m. on October 18, 2021. *Id*.

3. During the Court's final pre-trial conference, however, the Court approved the remote testimony of Mr. Justman (and other witnesses).

4. Ms. Bouricius's counsel has secured a conference room at the offices of Dufford Waldeck, 744 Horizon Court, Suite 300, Grand Junction, CO 81506, a location in Grand Junction with adequate video conferencing capabilities, for Mr. Justman to provide his trial testimony.

5. Additionally, the timing of the appearance of the witness will be on the date specified in the subpoena unless there is a mutual agreement of counsel for a change of time and date.

6. Plaintiff anticipates requiring Mr. Justman to testify on Tuesday, October 19, 2021 at 9:00 a.m., and has provided its Order of Proof to opposing counsel with that date and time.

## APPLICATION OF LEGAL STANDARDS

7. The Court should amend the properly served subpoena to require Mr. Justman to appear in Grand Junction to give his testimony remotely.

8. Mr. Justman is subject to this Court's jurisdiction, and has been served with a valid subpoena compelling his appearance at the federal courthouse in Denver. Federal Rule of Civil Procedure 45 provides that a subpoena may command a witness to appear to attend a trial:

> (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
>
>   (i) is a party or a party's officer; or
>   (ii) is commanded to attend a trial and would not incur substantial expense.

FED. R. CIV. P. 45(c)(1).

9. At all times relevant to this case, Mr. Justman was a party (or party officer) to this case, as he was the County's Commissioner. Thus, his presence is proper pursuant to Rule 45(c)(1)(B)(i). Mr. Justman's presence is also proper under part (ii), as his presence would not

2

cause him to incur substantial expense. Plaintiff has provided him with a check in the amount of $330 (for witness/mileage fees) and he should incur no further expenses given the parties' agreement and the Court's statements that Mr. Justman can testify remotely near his home in Grand Junction.

10. Thus, as Mr. Justman has already been served with a subpoena that would otherwise compel him to travel to Denver for trial, Plaintiff requests the Court issue an order to amend the subpoena served on Mr. Justman to instead require him to attend trial by appearing at Dufford Waldeck, 744 Horizon Court, Suite 300, Grand Junction, CO 81506, beginning at 9:00 a.m. on October 19, 2021, to give his testimony. A proposed Order is filed concurrently with this Motion.

### Certificate of Conferral

Plaintiff's counsel certify that they have conferred with Defendant's counsel regarding this Motion, and the Defendant does not oppose this Motion.

Respectfully submitted this 12th day of October 2021.

          KING & GREISEN, LLP

          *s/ Paula Greisen*
          Paula Greisen
          Meredith A. Munro
          Scott Medlock
          1670 York St.
          Denver, Colorado 80206
          (303) 298-9878 telephone
          (303) 298find9879 facsimile
          greisen@kinggreisen.com
          munro@kinggreisen.com
          medlock@kinggreisen.com

          *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2021, I electronically filed the foregoing **UNOPPOSED MOTION FOR ORDER TO WITNESS TO APPEAR REMOTELY BY VIDEO OR BE HELD IN CONTEMPT OF COURT** with the Clerk of the Court using the CM/ECF system, and a copy was sent via electronic mail to the following:

L. Kathleen Chaney
Karen B. Rodgers
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
kchaney@lclaw.net
krogers@lclaw.net

*Attorneys for Defendant Mesa County*

                                                *s/ Laurie A. Mool*
                                                Laurie A. Mool, Paralegal