AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 18-CV-01144-DDD-STV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* John Justman, Former Mesa County Commissioner
on *(date)* 10/04/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows: Handing the documents to John Justman at his residence of 1954 K Road, Fruita, CO 81521

on *(date)* 10/11/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 330.00 .

My fees are $ _____ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 10/11/2021

*Server's signature*

Catherine Malapanes, Process Server
*Printed name and title*

PO Box 446
Fruita, CO  81521

*Server's address*

Additional information regarding attempted service, etc.:

Service completed at 11:20am, October 11, 2021.

Exhibit 1

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Debra Bouricius ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 18-CV-01144-DDD-STV |
| Mesa Cnty, by and through the Mesa Cnty Board of Comm. ) | |
| *Defendant* ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: John Justman, Former Mesa County Commissioner

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 | Courtroom No.: A-702 |
|---|---|
| | Date and Time: 10/18/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/26/2021

CLERK OF COURT

OR

_____         /s/ Meredith Munro
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Debra Bouricius
_____, who issues or requests this subpoena, are:

Paula Greisen and Meredith A. Munro, King & Greisen, LLP, 1670 York Street, Denver, CO 80206, greisen@kinggreisen.com, munro@kinggreisen.com, (303) 298-9878

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibit 1