IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

**DEBRA BOURICIUS,**

    Plaintiff,

v.

**MESA COUNTY, by and through the Mesa County Board of County Commissioners,**

    Defendant.

---

### ORDER AMENDING SUBPOENA TO JOHN JUSTMAN

---

The Court, having considered Plaintiff's motion to amend the subpoena to John Justman to ensure the witness appears remotely by videoconference from Grand Junction, and being fully advised, hereby ORDERS:

John Justman, having been properly served, and as his testimony could be compelled at the federal courthouse in Denver, Colorado, shall instead appear at **Dufford Waldeck, 744 Horizon Court, Suite 300, Grand Junction, CO 81506, on October 19, 2021 at 9:00 am**, and remain until excused by the Court. Mr. Justman shall cooperate in all ways with any persons necessary to provide his testimony by video conferencing.

Date: _____.

                                          _____
                                          Daniel D. Domenico
                                          U.S. District Judge