# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

---

## ORDER GRANTING MOTION TO COMPEL TESTIMONY FROM ROSE PUGLIESE AND SCOTT MCINNIS

---

The Court, having considered Plaintiff's motion to compel testimony from Rose Pugliese and Scott McInnis, all applicable law, and all evidence presented, hereby ORDERS:

Rose Pugliese and Scott McInnis shall appear for deposition and answer questions propounded by Plaintiff's counsel. They may not assert a "personnel" privilege to refuse to testify regarding any matter.

Date: _____.

                                                                                    _____
                                                                                     Scott T. Varholak
                                                                                     U.S. Magistrate District Judge