IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Daniel D. Domenico

Case No.  18-cv-01144-DDD-STV             Date: October 14, 2021

Case Title: Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners

DEFENDANT'S ORDER OF PROOF [1]

WITNESS

Frank Whidden*

Scott McInnis

Steve Hovland, CPA

Rose Pugliese

\* In accordance with this Court's Pre-Trial Rulings, Mr. Whidden will be fully examined during Plaintiff's case in chief.

---

[1] In accordance with the Court's Order regarding Plaintiff's Motion in Limine to Strike Certain Witnesses [Doc. 198], Defendant is not listing its previously disclosed witnesses in the Order of Proof.  Defendant, however, believes the witnesses should be permitted to testify and reserves the right to provide a Proffer regarding the testimony of each stricken witness during or before trial commences.