IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissioners,

    Defendant.

---

### WAIVER OF SERVICE – ROSE PUGLIESE

---

The undersigned agrees to waive service of process and agrees to provide trial testimony for the trial set to begin on November 1, 2021, at 9:00 a.m. MST at the Alfred A. Arraj United States Courthouse – 901 19th Street, Denver, CO 80294, Courtroom A-1002. The undersigned understands that the actual date and time of testimony will be determined once the trial commences, and will coordinate her appearance with counsel.

DATED this __20__ day of __October__, 2021.

*/s/ Rose Pugliese*
Rose Pugliese

1