# EXHIBIT 1

**Laurie Mool**

| | |
|---|---|
| **From:** | Karen Rogers <krogers@lclaw.net> |
| **Sent:** | Tuesday, October 26, 2021 2:01 PM |
| **To:** | Laurie Mool; Paula Greisen; Robert Belich |
| **Cc:** | Kathy Chaney; Julia Kowalczyk; Meredith Munro; Scott Medlock |
| **Subject:** | RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order |

Laurie,

I'm going to modify the joint exhibit list to add some additional exhibits on our side. Given the number system we were instructed to use I will add them to the bottom of the list. I will try to have this back to you by tomorrow.

Karen B. Rogers, Esq.
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
T (303) 799-8889
F (303) 799-3700



CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of Lambdin & Chaney LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**From:** Laurie Mool <mool@kinggreisen.com>
**Sent:** Tuesday, October 26, 2021 1:29 PM
**To:** Karen Rogers <krogers@lclaw.net>; Paula Greisen <greisen@kinggreisen.com>; Robert Belich <rbelich@lclaw.net>
**Cc:** Kathy Chaney <kchaney@lclaw.net>; Julia Kowalczyk <jkowalczyk@lclaw.net>; Meredith Munro <munro@kinggreisen.com>; Scott Medlock <medlock@kinggreisen.com>
**Subject:** RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order

Hi Karen:

I just wanted to follow up on this request.

Thank you,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879

1

mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Laurie Mool
**Sent:** Tuesday, October 19, 2021 1:15 PM
**To:** Karen Rogers <krogers@lclaw.net>; Paula Greisen <greisen@kinggreisen.com>; Robert Belich <rbelich@lclaw.net>
**Cc:** Kathy Chaney <kchaney@lclaw.net>; Julia Kowalczyk <jkowalczyk@lclaw.net>; Meredith Munro <munro@kinggreisen.com>; Scott Medlock <medlock@kinggreisen.com>
**Subject:** RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order

Hi Karen:

Here is the Joint Exhibit List.

I assume we can coordinate the trial notebooks for Court and put our Exhibits 10, 14, 15, 17, 18, 34, 36-40, 43, 48, 49, and 52 at the beginning of your notebook so that everything is numerical?

Thanks,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Karen Rogers <krogers@lclaw.net>
**Sent:** Friday, October 15, 2021 7:00 AM
**To:** Laurie Mool <mool@kinggreisen.com>; Paula Greisen <greisen@kinggreisen.com>; Robert Belich <rbelich@lclaw.net>
**Cc:** Kathy Chaney <kchaney@lclaw.net>; Julia Kowalczyk <jkowalczyk@lclaw.net>; Meredith Munro <munro@kinggreisen.com>; Scott Medlock <medlock@kinggreisen.com>
**Subject:** RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order

All,

Did you ever combine the exhibits lists as required by the Court?  If not, can we agree on date when this will be done so that I can do a final review before anything is given to the judge?

Karen B. Rogers, Esq.
Lambdin & Chaney, LLP

# Laurie Mool

| | |
|---|---|
| **From:** | Karen Rogers <krogers@lclaw.net> |
| **Sent:** | Wednesday, October 27, 2021 11:34 AM |
| **To:** | Laurie Mool; Paula Greisen; Robert Belich |
| **Cc:** | Kathy Chaney; Julia Kowalczyk; Meredith Munro; Scott Medlock |
| **Subject:** | RE: Bouricius v. Mesa - Link to our newly marked exhibits |

All,

Attached is a link to our newly added marked exhibits  (Ex 177 – Ex 225):

https://attachmore.com/565953268

Karen B. Rogers, Esq.
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO  80237
T (303) 799-8889
F (303) 799-3700



```
CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of Lambdin & Chaney LLP, and are intended solely
for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or
work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If
you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from
making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender
immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media
and destroy any printouts of the e-mail or attachments.
```

**From:** Laurie Mool <mool@kinggreisen.com>
**Sent:** Tuesday, October 26, 2021 1:29 PM
**To:** Karen Rogers <krogers@lclaw.net>; Paula Greisen <greisen@kinggreisen.com>; Robert Belich <rbelich@lclaw.net>
**Cc:** Kathy Chaney <kchaney@lclaw.net>; Julia Kowalczyk <jkowalczyk@lclaw.net>; Meredith Munro <munro@kinggreisen.com>; Scott Medlock <medlock@kinggreisen.com>
**Subject:** RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order

Hi Karen:

I just wanted to follow up on this request.

Thank you,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206

1