# Julia Kowalczyk

| | |
|---|---|
| **From:** | Karen Rogers |
| **Sent:** | Tuesday, October 26, 2021 2:02 PM |
| **To:** | Laurie Mool; Paula Greisen; Robert Belich |
| **Cc:** | Kathy Chaney; Julia Kowalczyk; Meredith Munro; Scott Medlock |
| **Subject:** | RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order |

Laurie,

I'm going to modify the joint exhibit list to add some additional exhibits on our side. Given the number system we were instructed to use I will add them to the bottom of the list. I will try to have this back to you by tomorrow.

Karen B. Rogers, Esq.
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO 80237
T (303) 799-8889
F (303) 799-3700



CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of Lambdin & Chaney LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

**From:** Laurie Mool <mool@kinggreisen.com>
**Sent:** Tuesday, October 26, 2021 1:29 PM
**To:** Karen Rogers <krogers@lclaw.net>; Paula Greisen <greisen@kinggreisen.com>; Robert Belich <rbelich@lclaw.net>
**Cc:** Kathy Chaney <kchaney@lclaw.net>; Julia Kowalczyk <jkowalczyk@lclaw.net>; Meredith Munro <munro@kinggreisen.com>; Scott Medlock <medlock@kinggreisen.com>
**Subject:** RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order

Hi Karen:

I just wanted to follow up on this request.

Thank you,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879

**EXHIBIT 1**