Julia Kowalczyk

| | |
|---|---|
| From: | Karen Rogers |
| Sent: | Wednesday, October 27, 2021 10:20 AM |
| To: | Laurie Mool; Paula Greisen; Robert Belich |
| Cc: | Kathy Chaney; Julia Kowalczyk; Meredith Munro; Scott Medlock |
| Subject: | RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order |
| Attachments: | Joint Exhibit List 10.26.21 for filing with court.doc; Oct 2016 Org Chart.pdf; Post-Reorg Chart.pdf |

All,

We have added some exhibits. Also, I added a 2nd exhibit 52 – as we object to the first page of Plaintiff's exhibit. Most of the exhibits are referenced by bates label, so you know which documents were added. There are two demonstratives, that I am attaching for your reference.

You may file the attached joint exhibit list with our permission.

Karen B. Rogers, Esq.
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO 80237
T (303) 799-8889
F (303) 799-3700



LAMBDIN & CHANEY, LLP
ATTORNEYS AT LAW

CONFIDENTIALITY NOTICE:
This e-mail and any attachments contain information from the law firm of Lambdin & Chaney LLP, and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

From: Karen Rogers
Sent: Tuesday, October 26, 2021 2:02 PM
To: 'Laurie Mool' <mool@kinggreisen.com>; Paula Greisen <greisen@kinggreisen.com>; Robert Belich <rbelich@lclaw.net>
Cc: Kathy Chaney <kchaney@lclaw.net>; Julia Kowalczyk <jkowalczyk@lclaw.net>; Meredith Munro <munro@kinggreisen.com>; Scott Medlock <medlock@kinggreisen.com>
Subject: RE: Bouricius v. Mesa - Motion to Correct Final Pretrial Order

Laurie,

I'm going to modify the joint exhibit list to add some additional exhibits on our side. Given the number system we were instructed to use I will add them to the bottom of the list. I will try to have this back to you by tomorrow.

1

**EXHIBIT 2**



**EXHIBIT 2**

CASE CAPTION:  *Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners*

CASE NO. 18-cv-01144-DDD-STV

JOINT EXHIBIT LIST

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 10. | | Plaintiff's Expert Disclosure dated 1/30/19, including expert report from Dr. William Kaempfer dated 1/25/19 | | | | | |
| 14. | | Settlement Agreement and Release between Mesa County and Janine Corsi, dated 1/29/18 | | | | | |
| 15. | | Settlement Agreement and Release between Mesa County and Rick Corsi, dated 1/29/18 | | | | | |
| 17. | | Bouricius 2014 Performance Evaluation, dated 12/5/14 | | | | | |
| 18. | | Bouricius 2015 Performance Evaluation, dated 12/24/15 | | | | | |
| 19. | | Job Description for Sr. Business Systems Analyst | | | | | |
| 21. | | Improvement Action Plan, dated January 14, 2011  DEF 735-736 [Depo Exh 21] | | | | | |
| 34. | | Evaluations for Rick Corsi, dated 12/26/15 and 12/26/14 | | | | | |
| 36. | | Charge of Discrimination by Rick Corsi, dated 12/27/16 | | | | | |
| 37. | | Charge of Discrimination by Debra Bouricius, dated 1/24/17 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 38. | | Letter of Determination from the Colorado Civil Rights Division for Debra Bouricius, dated 12/14/17 | | | | | |
| 39. | | Charge of Discrimination for Janine Corsi, dated 1/23/17 | | | | | |
| 40. | | Letter of Determination from the Colorado Civil Rights Division for Janine Corsi, dated 12/14/17 | | | | | |
| 43. | | Agreement and Release between Ms. A. and Mesa County, dated 7/24/14 | | | | | |
| 46. | | LinkedIn Page for Frank Whidden | | | | | |
| 48. | | Mesa County Human Resources Policies and Procedures Manual, Revised and Adopted 10/10/16 | | | | | |
| 49. | | Mesa County IT Dept Employees as of October 2016 | | | | | |
| 50. | | Separation Letter from Frank Whidden to Debra Bouricius, dated 10/7/16 | | | | | |
| 52. | | Chart of Employees names and positions<br>DEF 61-63 [Depo. Exh 52] | | | | | |
| 52. | | Email from Nina Atencio (Mesa County) to Courtney Longtin (CCRD) with attachments, dated 12/6/17 | | | | | |
| 54. | | Support Specialist Job Description<br>DEF 1675-1676 [Depo Exh 54] | | | | | |
| 59. | | Letter from Krista Ubersox re: 2015 compensation<br>DEF 1734 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 60. | | Letter dated December 12, 2011<br>DEF 261 | | | | | |
| 61. | | Notice to file regarding no increases in compensation<br>DEF 268 | | | | | |
| 62. | | Boulder County Office of the District Attorney, compensation records<br>Bouricius 000458-000463, 000546-000554 | | | | | |
| 63. | | Mesa County earnings register for Debra Bouricius<br>DEF 1945-2021 | | | | | |
| 64. | | 2018 Form W-2<br>Bouricius 000544-000545 | | | | | |
| 65. | | 2018 Schedule E (2018)<br>Bouricius 000563 | | | | | |
| 66. | | 2017 Form W-2<br>Bouricius 000456-000457, 000466 | | | | | |
| 67. | | Schedule E (2017)<br>Bouricius 000562 | | | | | |
| 68. | | 2016 Form W-2<br>Bouricius 000464 | | | | | |
| 69. | | Schedule E (2016)<br>Bouricius 000889 | | | | | |
| 70. | | 2015 Form W-2<br>Bouricius 000465 | | | | | |
| 71. | | Schedule F (2016)<br>Bouricius 001606 | | | | | |
| 72. | | Invoice dated February 4, 2019<br>Bouricius 000543 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 73. | | Boulder County job application Bouricius 000451-000453 | | | | | |
| 74. | | Boulder County 2019 benefits summary Bouricius 000500-000503 | | | | | |
| 75. | | Boulder County PERA benefits Bouricius 000504-000540, 000959-000963, 000979-000980 | | | | | |
| 76. | | Boulder County benefits Bouricius 000750-000782 | | | | | |
| 77. | | Unemployment Notice of Decision DEF 1628 | | | | | |
| 78. | | Email chain with Janine Corsi, dated June 20, 2017 Bouricius 000609 | | | | | |
| 79. | | Email chain with Janine Corsi, dated April 28, 2017, and May 1, 2017 Bouricius 000596 | | | | | |
| 80. | | Network Administrator job description DEF 1661-1662 | | | | | |
| 81. | | Technical Support Specialist job description DEF 1666-1667 | | | | | |
| 82. | | Business System Analyst job description DEF 1668-1669 | | | | | |
| 83. | | Information and Communications Manager job description DEF 1670-1672 | | | | | |
| 84. | | Senior Support Specialist job description DEF 1673-1674 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 85. | | Technical Support Specialist job description DEF 1677-1678 | | | | | |
| 86. | | Web Administrator job description DEF 1679-1680 | | | | | |
| 87. | | Customer Service Manager DEF 1681-1682 | | | | | |
| 88. | | GIS Administrator – SR job description DEF 1683-1684 | | | | | |
| 89. | | GIS Administrator job description DEF 1685-1686 | | | | | |
| 90. | | Business System Analyst II job description DEF 1687-1689 | | | | | |
| 91. | | GIS Administrator II job description DEF 1690-1691 | | | | | |
| 92. | | Senior Network Administrator job description DEF 1692-1694 | | | | | |
| 93. | | Senior Support Coordinator job description DEF 1695-1696 | | | | | |
| 94. | | Chart of Sr. Business Systems Analysts' ages DEF 588 | | | | | |
| 95. | | 2017 Adopted Budget email and attachments DEF 2041-2050 | | | | | |
| 96. | | Resolution No. MCM, Resolution to Adopt Budget, with attachments DEF 2119-2125 | | | | | |
| 97. | | General Fund 2017 Proposed Budget Corsi 000292-000295 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 98. | | General Fund 2017 Budget Projections Corsi 000331-000333 | | | | | |
| 99. | | Email from Bill Tarlton, dated October 13, 2016 Corsi 001769 | | | | | |
| 100. | | Email chain, dated September 29, 2016 Corsi 001734-001735 | | | | | |
| 101. | | Email chain, dated August 16-17, 2016 Corsi 000334-000338 | | | | | |
| 102. | | Mesa County Human Resources Policies and Procedures Manual, Revised and Adopted October 10, 2016 DEF 589-674 | | | | | |
| 103. | | Email from Janine Corsi, dated August 8, 2017 (redacted) Bouricius 000422 | | | | | |
| 104. | | Budget Revisions 10-06-16 Spreadsheet DEF 3910-3915 | | | | | |
| 114. | | Spreadsheet of IT Department Employees | | | | | |
| 115. | | Organizational Chart of IT Department | | | | | |
| 116. | | Mesa County's Position Statement and Response to Request for Information regarding Debra Bouricius, dated 3/29/17 | | | | | |
| 117. | | 9/20/17 Email from Nina Atencio to Courtney Longtin | | | | | |
| 118. | | 8/23/17 Email from Nina Atencio to Courtney Longtin with Mesa County IT Department Employees as of October 2016 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 119. | | Termination Letter from Frank Whidden to Rick Corsi, dated 10/7/16 | | | | | |
| 120. | | Letter from Frank Whidden to Rick Corsi, dated 10/26/16 | | | | | |
| 121. | | Termination Letter from Frank Whidden to Janine, dated 10/7/16 | | | | | |
| 122. | | Letter from Frank Whidden to Janine Corsi, dated 10/12/16 | | | | | |
| 123. | | Mesa County's Position Statement regarding Rick Corsi, dated 3/24/17 | | | | | |
| 124. | | Mesa County's Position Statement regarding Janine Corsi, dated 3/24/17 | | | | | |
| 125. | | Letter of Determination from the CCRD for Rick Corsi, dated 12/14/17 | | | | | |
| 126. | | Emails regarding Rick Corsi's CORA Request | | | | | |
| 127. | | 2014 Evaluation for David Barnett | | | | | |
| 128. | | 2015 Evaluation for David Barnett | | | | | |
| 129. | | 2014 Evaluation for Leilani Boyles | | | | | |
| 130. | | 2015 Evaluation for Leilani Boyles | | | | | |
| 131. | | 2014 Evaluation for Derek Conlon | | | | | |
| 132. | | 2015 Evaluation for Josh Dallman | | | | | |
| 133. | | 2014 Evaluation for Ryan Davidson | | | | | |
| 134. | | 2015 Evaluation for Ryan Davidson | | | | | |
| 135. | | 2014 Evaluation for Troy Flick | | | | | |
| 136. | | 2015 Evaluation for Troy Flick | | | | | |
| 137. | | 2014 Evaluation for Terrie Hotary | | | | | |
| 138. | | 2015 Evaluation for Terrie Hotary | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 139. | | 2014 Evaluation for Lhana Jordan | | | | | |
| 140. | | 2015 Evaluation for Lhana Jordan | | | | | |
| 141. | | 2014 Evaluation for Joe Keene | | | | | |
| 142. | | 2015 Evaluation for Joe Keene | | | | | |
| 143. | | 2014 Evaluation for Kelly Leuallen | | | | | |
| 144. | | 2015 Evaluation for Kelly Leuallen, | | | | | |
| 145. | | 2014 Evaluation for Lori Marak | | | | | |
| 146. | | 2015 Evaluation for Lori Marak | | | | | |
| 147. | | 2015 Evaluation for Elizabeth McDowell | | | | | |
| 148. | | 2015 Evaluation for Paul Mitts | | | | | |
| 149. | | 2015 Evaluation for Andrew Wetzel | | | | | |
| 150. | | Screenshot of website for Frank Whidden, Marriage & Family Therapist \| Psychology Today | | | | | |
| 151. | | Invoice History Listing, Mesa County Government for Continuing Education/Training for Frank Whidden, dated 11/7/2016 | | | | | |
| 152. | | Training Approval for Frank Whidden, dated 11/17/15, and Northcentral University Invoices | | | | | |
| 153. | | Charge of Discrimination (E20130897) filed by Ms. A., dated 06/04/2013 | | | | | |
| 154. | | Minutes and Agendas for the Board of Mesa County Colorado Commissioners for the year 2016 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 155. | | Minutes and Agendas for the Board of Mesa County Colorado Commissioners for 5/13/19, 5/20/19, 6/10/19, and 7/29/19 | | | | | |
| 156. | | Deposition Transcript of Janine Corsi | | | | | |
| 157. | | Deposition Transcript of Rick Corsi | | | | | |
| 158. | | Deposition Transcript of John Justman | | | | | |
| 159. | | Deposition Transcript of Lori Marak | | | | | |
| 160. | | Deposition Transcript of Frank Whidden | | | | | |
| 161. | | Videotape of Deposition of Frank Whidden | | | | | |
| 162. | | Defendant's Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 8/29/18, and Privilege Log | | | | | |
| 163. | | Defendant's Response to Plaintiff's Request for Production of Documents No. 3 dated 9/5/18, and Privilege Log | | | | | |
| 164. | | Defendant's First Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 9/5/18 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 165. | | Defendant's Second Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 10/19/18, and Privilege Log | | | | | |
| 166. | | Defendant's Responses to Plaintiff's 30(b)(6) Deposition Topics 7, 12-14, 21-23, 26, 30 dated 2/4/19 | | | | | |
| 167. | | Mesa County's Responses to Plaintiff's Second Set of Requests for Production dated 3/12/19, and Privilege Log | | | | | |
| 168. | | Mesa County's Third Supplemental Responses to Bouricius's First Set of Discovery dated 3/12/19 | | | | | |
| 169. | | Defendant's First Supplemental Response to Plaintiff's Request for Production of Documents No. 3 dated 4/12/19 | | | | | |
| 170. | | Defendant's First Supplemental Responses to Plaintiff's Second Request for the Production of Document dated 4/30/19 | | | | | |
| 171. | | Defendant's Second Supplemental Responses to Plaintiff's Second Request for the Production of Documents dated 6/4/19, and Privilege Log | | | | | |
| 172. | | Defendant's Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for Production of Documents dated 7/8/19, and Privilege Log | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 173. | | Defendant's Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 7/11/19, and Privilege Log | | | | | |
| 174. | | Defendant's First Supplemental Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for the Production of Documents dated 7/12/19, and Privilege Log | | | | | |
| 175. | | Defendant's Second Supplemental Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for the Production of Documents dated 7/16/19, Privilege Log and Amended Privilege Log | | | | | |
| 176. | | Plaintiff's Compilation pursuant to FRE 1006 | | | | | |
| 177. | | Bouricius 2011 Performance Evaluation, dated 04/12/11<br>Bouricius 197-198 | | | | | |
| 178. | | Bouricius 2012 Performance Evaluation, dated 02/6/12<br>Bouricius 189-190 | | | | | |
| 179. | | Bouricius 2013 Performance Evaluation, dated 11/15/13<br>Bouricius 186-188 | | | | | |
| 180. | | Bouricius Personnel File<br>DEF 1382-1639 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 181. | | Barnett 2010 Performance Evaluation, dated 11/22/11<br>DEF 4157-4158 | | | | | |
| 182. | | Barnett 2011 Performance Evaluation, dated 12/6/12<br>DEF 4144-4146 | | | | | |
| 183. | | Barnett Employee Improvement Plan, dated 7/18/12<br>DEF 4151-4152 | | | | | |
| 184. | | Barnett Written Reprimand<br>DEF 4149-4150 | | | | | |
| 185. | | Barnett 2012 Performance Evaluation, dated 11/14/13<br>DEF 4141-4143 | | | | | |
| 186. | | J. Corsi 2010 Performance Evaluation, dated 8/24/11<br>DEF 4220-4221 | | | | | |
| 187. | | J. Corsi 2012 Performance Evaluation, dated 08/29/12<br>DEF 4218-4219 | | | | | |
| 188. | | J. Corsi 2013 Performance Evaluation, dated 09/16/13<br>DEF 4214-4217 | | | | | |
| 189. | | Howerton 2013 Performance Evaluation, dated 12/15/13<br>DEF 4358-4361 | | | | | |
| 190. | | McDowell 2012 Performance Evaluation, dated 9/21/12<br>DEF 4370-4371 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 191. | | McDowell 2012 Performance Evaluation, dated 10/15/13<br>DEF 4367-4369 | | | | | |
| 192. | | McDowell 2016 Performance Evaluation, dated 12/30/16<br>DEF 4363 | | | | | |
| 193. | | Boyles 2011 Performance Evaluation, dated 9/24/12<br>DEF 4382-4383 | | | | | |
| 194. | | Boyles 2013 Performance Evaluation, dated 10/15/13<br>DEF 4379-4381 | | | | | |
| 195. | | Boyles 2014 Performance Evaluation, dated 12/1/14<br>DEF 4377-4378 | | | | | |
| 196. | | Conlon 2014 Performance Evaluation, Dated 12/30/14<br>DEF 4485-4486 | | | | | |
| 197. | | Davison 2013 Performance Evaluation, Dated 10/15/13<br>DEF 4493-4496 | | | | | |
| 198. | | Davison 2014 Performance Evaluation Dated 12/2/14<br>DEF 4491-4492 | | | | | |
| 199. | | Farslow 2012 Performance Evaluation, Dated 12/7/12<br>DEF 4503-4504 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 200. | | Farslow 2013 Performance Evaluation, Dated 10/15/13<br>DEF 4499-4502 | | | | | |
| 201. | | Kadel 2010 Performance Evaluation Dated 10/25/11<br>DEF 4610-4611 | | | | | |
| 202. | | Kadel 2011 Performance Evaluation, Dated 9/24/12<br>DEF 4605-4606 | | | | | |
| 203. | | Kadel 2012 Performance Evaluation, Dated 10/15/13<br>DEF 4602-4604 | | | | | |
| 204. | | Kadel 2013 Performance Evaluation, Dated 12/2/14<br>DEF 4600-4601 | | | | | |
| 205. | | Keene 2010 Performance Evaluation, Dated 11/23/11<br>DEF 4667-4668 | | | | | |
| 206. | | Keene 2011 Performance Evaluation, Dated 10/2/12<br>DEF 4663-4664 | | | | | |
| 207. | | Keene 2012 Performance Evaluation, Dated 10/15/13<br>DEF 4659-4662 | | | | | |
| 208. | | Keene 2013 Performance Evaluation Dated 12/1/14<br>DEF 4657-4658 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 209. | | Mitts 2010 Performance Evaluation, Dated 8/23/11<br>DEF 4716-4717 | | | | | |
| 210. | | Mitts 2012 Performance Evaluation, Dated 12/7/12<br>DEF 4714-4715 | | | | | |
| 211. | | Mitts 2013 Performance Evaluation, Dated 10/21/13<br>DEF 4710-4713 | | | | | |
| 212. | | Leuallen 2010 Performance Evaluation, Dated 5/11/11<br>DEF 4734-4735 | | | | | |
| 213. | | Leuallen 2011 Performance Evaluation, Dated 9/3/12<br>DEF 4730-4733 | | | | | |
| 214. | | Leuallen 2011 Performance Evaluation, Dated 9/12/12<br>DEF 4727-4729 | | | | | |
| 215. | | Leuallen 2012 Performance Evaluation, Dated October 2013<br>DEF 4723-4726 | | | | | |
| 216. | | Leuallen 2013 Performance Evaluation, Dated 12/1/14<br>DEF 4721-4722 | | | | | |
| 217. | | Sage 2011 Performance Evaluation, dated 12/7/12<br>DEF 4895-4896 | | | | | |

**EXHIBIT 2**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 218. | | Sage 2013 Performance Evaluation, Dated 10/15/13<br>DEF 4890-4894 | | | | | |
| 219. | | Hotary 2013 Performance Evaluation, Dated 10/15/13<br>DEF 4918-4920 | | | | | |
| 220. | | Tarlton 2011 Performance Evaluation, Dated 12/07/12<br>DEF 4927-4928 | | | | | |
| 221. | | Tarlton 2013 Performance Evaluation, Dated 10/15/13<br>DEF 4922-4926 | | | | | |
| 222. | | Marak 2011 Performance Evaluation, Dated 9/12/12<br>DEF 5046-5047 | | | | | |
| 223. | | Marak 2013 Performance Evaluation, Dated 10/15/13<br>DEF 5043-5045 | | | | | |
| 224. | | Oct. 2016 Organizational Chart | | | | | |
| 225. | | Post Oct. 2016 Reorganization Organizational Chart | | | | | |
| | | All documents necessary for refreshment, impeachment, or rebuttal. | | | | | |
| | | Enlargements of any of the exhibits above. | | | | | |
| | | Demonstrative exhibits | | | | | |

**EXHIBIT 2**



IT DIRECTOR
Frank Whidden
IT InfrastructureManager
Troy Flick
Sr. Network Administrator
Bill Tarlton
Network Administrator
Janine Corsi
Carey Stieb
Ron Sage
IT Applications Manager
Rick Corsi
Sr. Business Systems Analyst
Age
Kelly Leuallen
57
Debra Bouricius
57
Lori Marak
52
Terrie Hotary Smith
51
David Barnett
47
WEB Administrator
Leilani Boyles
Joe Keene
GIS Administrator
Chris Kadel
Ryan Davidson
BSA/GIS
Elizabeth McDowell
IT Customer Service Manager
Lhana Jordan
Technical Support
Paul Mitts
Crislynn Howerton
Support Specialists
Eric Farslow
David Underwood
Derek Conlon
Network Specialists
Josh Dallman
Andrew Wetzel

**EXHIBIT 2**