## PLAINTIFF'S EXHIBIT LIST IN CASE NO. 18-cv-01144-DDD-STV

### Debra Bouricius v. Mesa County

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 10. | | Plaintiff's Expert Disclosure dated 1/30/19, including expert report from Dr. William Kaempfer dated 1/25/19 | | | | | |
| 14. | | Settlement Agreement and Release between Mesa County and Janine Corsi, dated 1/29/18 | | | | | |
| 15. | | Settlement Agreement and Release between Mesa County and Rick Corsi, dated 1/29/18 | | | | | |
| 17. | | Bouricius 2014 Performance Evaluation, dated 12/5/14 | | | | | |
| 18. | | Bouricius 2015 Performance Evaluation, dated 12/24/15 | | | | | |
| 19. | | Job Description for Sr. Business Systems Analyst | | | | | |
| 34. | | Evaluations for Rick Corsi, dated 12/26/15 and 12/26/14 | | | | | |
| 36. | | Charge of Discrimination by Rick Corsi, dated 12/27/16 | | | | | |
| 37. | | Charge of Discrimination by Debra Bouricius, dated 1/24/17 | | | | | |
| 38. | | Letter of Determination from the Colorado Civil Rights Division for Debra Bouricius, dated 12/14/17 | | | | | |
| 39. | | Charge of Discrimination for Janine Corsi, dated 1/23/17 | | | | | |
| 40. | | Letter of Determination from the Colorado Civil Rights Division for Janine Corsi, dated 12/14/17 | | | | | |
| 43. | | Agreement and Release between Cynthia Altenbern and Mesa County, dated 7/24/14 | | | | | |
| 46. | | LinkedIn Page for Frank Whidden | | | | | |

Page 1 of 5

**EXHIBIT 4**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 48. | | Mesa County Human Resources Policies and Procedures Manual, Revised and Adopted 10/10/16 | | | | | |
| 49. | | Mesa County IT Dept Employees as of October 2016 | | | | | |
| 50. | | Termination Letter from Frank Whidden to Debra Bouricius, dated 10/7/16 | | | | | |
| 52. | | Email from Nina Atencio (Mesa County) to Courtney Longtin (CCRD) with attachments, dated 12/6/17 | | | | | |
| 114. | | Spreadsheet of IT Department Employees | | | | | |
| 115. | | Organizational Chart of IT Department | | | | | |
| 116. | | Mesa County's Position Statement and Response to Request for Information regarding Debra Bouricius, dated 3/29/17 | | | | | |
| 117. | | 9/20/17 Email from Nina Atencio to Courtney Longtin | | | | | |
| 118. | | 8/23/17 Email from Nina Atencio to Courtney Longtin with Mesa County IT Department Employees as of October 2016 | | | | | |
| 119. | | Termination Letter from Frank Whidden to Rick Corsi, dated 10/7/16 | | | | | |
| 120. | | Letter from Frank Whidden to Rick Corsi, dated 10/26/16 | | | | | |
| 121. | | Termination Letter from Frank Whidden to Janine, dated 10/7/16 | | | | | |
| 122. | | Letter from Frank Whidden to Janine Corsi, dated 10/12/16 | | | | | |
| 123. | | Mesa County's Position Statement regarding Rick Corsi, dated 3/24/17 | | | | | |
| 124. | | Mesa County's Position Statement regarding Janine Corsi, dated 3/24/17 | | | | | |
| 125. | | Letter of Determination from the CCRD for Rick Corsi, dated 12/14/17 | | | | | |
| 126. | | Emails regarding Rick Corsi's CORA Request | | | | | |

Page 2 of 5

**EXHIBIT 4**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 127. | | 2014 Evaluation for David Barnett | | | | | |
| 128. | | 2015 Evaluation for David Barnett | | | | | |
| 129. | | 2014 Evaluation for Leilani Boyles | | | | | |
| 130. | | 2015 Evaluation for Leilani Boyles | | | | | |
| 131. | | 2015 Evaluation for Derek Conlon | | | | | |
| 132. | | 2014 Evaluation for Josh Dallman | | | | | |
| 133. | | 2015 Evaluation for Josh Dallman | | | | | |
| 134. | | 2015 Evaluation for Ryan Davidson | | | | | |
| 135. | | 2014 Evaluation for Troy Flick | | | | | |
| 136. | | 2015 Evaluation for Troy Flick | | | | | |
| 137. | | 2014 Evaluation for Terrie Hotary | | | | | |
| 138. | | 2015 Evaluation for Terrie Hotary | | | | | |
| 139. | | 2015 Evaluation for Lhana Jordan | | | | | |
| 140. | | 2015 Evaluation for Lhana Jordan | | | | | |
| 141. | | 2014 Evaluation for Joe Keene | | | | | |
| 142. | | 2015 Evaluation for Joe Keene | | | | | |
| 143. | | 2014 Evaluation for Kelly Leuallen | | | | | |
| 144. | | 2015 Evaluation for Kelly Leuallen, | | | | | |
| 145. | | 2014 Evaluation for Lori Marak | | | | | |
| 146. | | 2015 Evaluation for Lori Marak | | | | | |
| 147. | | 2015 Evaluation for Elizabeth McDowell | | | | | |
| 148. | | 2015 Evaluation for Paul Mitts | | | | | |
| 149. | | 2015 Evaluation for Andrew Wetzel | | | | | |
| 150. | | Screenshot of website for Frank Whidden, Marriage & Family Therapist | Psychology Today | | | | | |
| 151. | | Invoice History Listing, Mesa County Government for Continuing Education/Training for Frank Whidden, dated 11/7/2016 | | | | | |
| 152. | | Training Approval for Frank Whidden, dated 11/17/15, and Northcentral University Invoices | | | | | |

Page 3 of 5

**EXHIBIT 4**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 153. | | Charge of Discrimination (E20130897) filed by Cynthia Altenbern, dated 06/04/2013 | | | | | |
| 154. | | Minutes and Agendas for the Board of Mesa County Colorado Commissioners for the year 2016 | | | | | |
| 155. | | Minutes and Agendas for the Board of Mesa County Colorado Commissioners for 5/13/19, 5/20/19, 6/10/19, and 7/29/19 | | | | | |
| 156. | | Deposition Transcript of Janine Corsi | | | | | |
| 157. | | Deposition Transcript of Rick Corsi | | | | | |
| 158. | | Deposition Transcript of John Justman | | | | | |
| 159. | | Deposition Transcript of Lori Marak | | | | | |
| 160. | | Deposition Transcript of Frank Whidden | | | | | |
| 161. | | Videotape of Deposition a of Frank Whidden | | | | | |
| 162. | | Defendant's Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 8/29/18, and Privilege Log | | | | | |
| 163. | | Defendant's Response to Plaintiff's Request for Production of Documents No. 3 dated 9/5/18, and Privilege Log | | | | | |
| 164. | | Defendant's First Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 9/5/18 | | | | | |
| 165. | | Defendant's Second Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 10/19/18, and Privilege Log | | | | | |
| 166. | | Defendant's Responses to Plaintiff's 30(b)(6) Deposition Topics 7, 12-14, 21-23, 26, 30 dated 2/4/19 | | | | | |
| 167. | | Mesa County's Responses to Plaintiff's Second Set of Requests for Production dated 3/12/19, and Privilege Log | | | | | |

**EXHIBIT 4**

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 168. | | Mesa County's Third Supplemental Responses to Bouricius's First Set of Discovery dated 3/12/19 | | | | | |
| 169. | | Defendant's First Supplemental Response to Plaintiff's Request for Production of Documents No. 3 dated 4/12/19 | | | | | |
| 170. | | Defendant's First Supplemental Responses to Plaintiff's Second Request for the Production of Document dated 4/30/19 | | | | | |
| 171. | | Defendant's Second Supplemental Responses to Plaintiff's Second Request for the Production of Documents dated 6/4/19, and Privilege Log | | | | | |
| 172. | | Defendant's Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for Production of Documents dated 7/8/19 | | | | | |
| 173. | | Defendant's Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 7/11/19, and Privilege Log | | | | | |
| 174. | | Defendant's First Supplemental Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for the Production of Documents dated 7/12/19, and Privilege Log | | | | | |
| 175. | | Defendant's Second Supplemental Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for the Production of Documents dated 7/16/19, Privilege Log and Amended Privilege Log | | | | | |
| 176. | | Compilation pursuant to FRE 1006 | | | | | |
| | | All documents necessary for refreshment, impeachment, or rebuttal. | | | | | |
| | | All exhibits contained in Defendant's exhibit list. | | | | | |
| | | Enlargements of any of the exhibits above. | | | | | |
| | | Demonstrative exhibits | | | | | |

Page 5 of 5

**EXHIBIT 4**