Julia Kowalczyk

| | |
|---|---|
| **From:** | Laurie Mool <mool@kinggreisen.com> |
| **Sent:** | Monday, October 25, 2021 5:52 PM |
| **To:** | Kathy Chaney; Karen Rogers |
| **Cc:** | Paula Greisen; Meredith Munro; Scott Medlock; Robert Belich; Julia Kowalczyk |
| **Subject:** | Bouricius v. Mesa County - Demonstrative Exhibits |
| **Attachments:** | Demonstrative 1.pdf; Demonstrative 2.pdf; Demonstrative 3.pdf; Demonstrative 4.pdf |

Counsel:

Attached are the demonstrative exhibits we intend to use in trial.

Thank you,

*Laurie Mool*
Paralegal
KING & GREISEN, LLP
1670 York Street
Denver, Co 80206
Telephone: (303) 298-9878
Facsimile: (303) 298-9879
mool@kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

**EXHIBIT 5**

## 8.03 LAYOFF

If it becomes necessary to lay off employees due to lack of funds, reorganization, reduction in quantity of programs, or for any other reason, directors will first conduct or have conducted an analysis of personnel needs. From the analysis, each director will recommend quantity and types of proposed reductions. The County Administrator will review and comment on the proposals, recommending any changes felt necessary to the Board of County Commissioners, who will make the final decision (Health Department addendum and Human Services Department addendum).

In determining the individual employees to be laid off, the following will apply:

Among regular employees, the director will have the option to lay off employees as deemed necessary and appropriate. The following items must be considered, in light of the needs of the department. These factors shall be taken into account in the order indicated:

A. Performance of the employee;

B. Special abilities the employee may possess

In the event that the selection cannot be made on the above basis, the determining factor will be time employed by the County in a given position and the demand for that position within the proposed division reorganization.

A layoff is not considered to be a dismissal and not grounds for initiation of the problem solving process (See Section 7.11).

Regular employees being laid off will receive notice of layoff at least thirty (30) days prior to the effective date of the layoff, unless the layoff is temporary in nature and not expected to exceed ten (10) working days.

If reinstated in County service following a layoff within one (1) year, regular employees will retain any unused sick leave hours. If an employee was previously eligible for insurance   benefits, waiting periods will not apply. Unless reinstatement is within thirty (30) days of the layoff, the employee's anniversary date will be adjusted one (1) month for each month laid off. (See Sections 4.03.J.2 and 4.07)

**EXHIBIT 5**

**MESA COUNTY IT DEPARTMENT AS OF OCTOBER 6, 2016**
**CORRECT AGES**

| Employee | Age | Terminated | Position | Seniority |
|---|---|---|---|---|
| Janine Corsi | 59 | Yes | Network Administrator | 23 years |
| Rick Corsi | 59 | Yes | IT Manager | 21 years |
| Eric Farslow | 59 | No | Sr. Support Specialist | 5 years |
| Deb Bouricius | 57 | Yes | Sr. Business Systems Analyst | 26 years |
| Crislynn Howerton | 57 | Yes | Technical Support Specialist | 3 years |
| Kelly Leuallen | 57 | No | Sr. Business Systems Analyst | 23 years |
| Paul Mitts | 57 | No | Technical Support Specialist II | 6 years |
| Lori Marak | 52 | No | Sr. Business Systems Analyst | 16 years |
| Leilani Boyles | 51 | No | Web Administrator | 22 years |
| Terrie Hotary Smith | 51 | No | Sr. Business Systems Analyst | 3 years |
| Chris Kadel | 50 | No | GIS Administrator | 17 years |
| Carey Stieb | 49 | Yes | Network Administrator | 19 years |
| David Barnett | 47 | Yes | Sr. Business Systems Analyst | 13 years |
| Joe Keene | 47 | No | Web Administrator | 12 years |
| Troy Flick | 46 | No | IT Manager | 16 years |
| Lhana Jordan | 41 | No | Customer Service Manager | 14 years |
| Ron Sage | 41 | No | Network Administrator | 8 years |
| Bill Tarlton | 41 | No | Sr. Network Administrator | 5 years |
| Ryan Davison | 39 | No | GIS Administrator | 3 years |
| David Underwood | 37 | No | Support Specialist | 15 years |
| Derek Conlon | 37 | No | Support Specialist | 3 years |
| Elizabeth McDowell | 33 | No | Business Systems Analyst | 4 years |
| Josh Dallman | 30 | No | Network Specialist | 1 year |
| Andrew Wetzel | 29 | No | Network Specialist | 2 years |

Source: Ex 49, Ex 114

**EXHIBIT 5**

### DEBBIE BOURICIUS JOB DUTIES (1990-2016)

| **First Decade (1990-1999)** | **Second Decade (2000-2009)** | **Third Decade (2010-2016)** |
|---|---|---|
| Project Manager:<br><br>- Payroll/HR new software application and administration of new network for Payroll and Personnel Software - Spectrum<br>- Criminal Justice Services new Community Corrections/Work Release software application – E-Track<br>- Telecommunications (1996-2007)<br><br>Web Administrations (1997-2006)<br><br>Support Software for Assessor, Finance, Payroll, Treasurer, Fixed Assets, and Building Permits – DataBase System (DBS)<br><br>Network Administrator for County Attorney's network system<br><br>Creation of Help Desk for customer support and training | Project Manager:<br><br>- Finance System – Eden<br>- Risk Management – RiskMaster<br>- Building, Planning and Code Enforcement – Trakit<br>- Facilities and Park Maintenance Management System – MicroMain<br>- (Co-Lead) Software replacement in Assessor/Treasurer Department -Tyler Eagle<br>- Telecommunications (1996-2007)<br><br>Web Administration (1997-2006)<br><br>Primary Support for systems used by Finance, Budget, HR, Assessor, Treasurer, Clerk & Recorder, Building, Planning, Road & Bridge, Landfill, Fairgrounds, Fleet Management and Facilities Management<br><br>Administrator for Interactive Voice Response system (Building, Elections, Assessor, and Criminal Justice Services)<br><br>Assisted Implementation of SQL Database and Software Applications | Project Manager:<br><br>- New World for Sheriff's Office (2010-2011)<br>- Clerk & Recorder Records Management System -Landtrak<br>- Agenda Management for Administration/Board of County Commissioners -Sire<br>- (Co-Lead) Traffic, County-wide Docusign and IT Service and Change Management, Human Resources NeoGov Recruit and onboarding software application implementation<br><br>Primary Support for systems used by Finance, Budget, HR, Assessor, Treasurer, Clerk & Recorder, Building, Traffic, Planning, Engineering, Code Enforcement, Road & Bridge, Landfill, Fairgrounds, Fleet Management, Grand Valley Transit, Facilities Management and Administration/Board of County Commissioners<br><br>On Call Duties for Law Enforcement Applications |

**EXHIBIT 5**

| Employee | Age | Terminated | Position |
|---|---|---|---|
| Janine Corsi | 60 | Yes | Network Administrator |
| Rick Corsi | 59 | Yes | IT Manager |
| Eric Farslow | 60 | No | Sr. Support Specialist |
| Deb Bouricius | 58 | Yes | Sr. Business Systems Analyst |
| Crislynn Howerton | 58 | Yes | Technical Support Specialist |
| Kelly Leuallen | 58 | No | Sr. Business Systems Analyst |
| Paul Mitts | 57 | No | Technical Support Specialist II |
| Lori Marak | 53 | No | Sr. Business Systems Analyst |
| Leilani Boyles | 51 | No | Web Administrator |
| Terrie Hotary Smith | 52 | No | Sr. Business Systems Analyst |
| Chris Kadel | 51 | No | GIS Administrator |
| Carey Stieb | 50 | Yes | Network Administrator |
| David Barnett | 48 | Yes | Sr. Business Systems Analyst |
| Joe Keene | 48 | No | Web Administrator |
| Troy Flick | 47 | No | IT Manager |
| Lhana Jordan | 42 | No | Customer Service Manager |
| Ron Sage | 42 | No | Network Administrator |
| Bill Tarlton | 41 | No | Sr. Network Administrator |
| Ryan Davison | 40 | No | GIS Administrator |
| David Underwood | 37 | No | Support Specialist |
| Derek Conlon | 37 | No | Support Specialist |
| Elizabeth McDowell | 34 | No | Business Systems Analyst |
| Josh Dallman | 31 | No | Network Specialist |
| Andrew Wetzel | 30 | No | Network Specialist |

Source: reorganization of exhibit 49 (DEF 67-68).

EXHIBIT 5