AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 18-CV-01144-DDD-STV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Frank Whidden on *(date)* 10/19/2021.

☑ I served the subpoena by delivering a copy to the named person as follows: by handing it to Frank Whidden at his residence of 161 Winter Hawk Drive, Grand Junction, CO 81503

on *(date)* 10/22/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 330.00.

My fees are $ _____ for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 10/22/2021

*Server's signature*

Catherine Malapanes, Process Server
*Printed name and title*

PO Box 446, Fruita, Colorado 81521
*Server's address*

Additional information regarding attempted service, etc.:

Served at 2:26pm

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Debra Bouricius<br>*Plaintiff*<br>v.<br>Mesa Cnty, by and through the Mesa Cnty Board of Comm.<br>*Defendant* | )<br>)<br>) Civil Action No. 18-CV-01144-DDD-STV<br>)<br>) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Frank Whidden, 161 Winter Hawk Drive, Grand Junction 81503

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 | Courtroom No.: A-1002 |
|---|---|
| | Date and Time: 11/01/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/19/2021

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Debra Bouricius
_____, who issues or requests this subpoena, are:

Paula Greisen, Meredith A. Munro, and Scott Medlock, King & Greisen, LLP, 1670 York Street, Denver, CO 80206, greisen@kinggreisen.com, munro@kinggreisen.com, medlock@kinggreisen.com (303) 298-9878

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).