IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

## WAIVER OF SERVICE OF SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

I declare under oath that I received this Subpoena to Appear and Testify at a Trial on this 19th day of October 2021. By signing below, I am accepting service of this Subpoena. I agree to provide trial testimony for the trial set to begin on November 1, 2021, at 9:00 a.m. MST at the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The undersigned understands that the actual date and time of testimony will be determined once the trial commences, and will coordinate her appearance with counsel.

October 25, 2021
Date

Lori Marak