# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy:   Emily Buchanan | Date:   October 29, 2021 |
| Court Reporter:   Julie Thomas | |

**CASE NO.   18-cv-01144-DDD-STV**

Parties | Counsel
---|---

DEBRA BOURICIUS,

     Paula Greisen
     Meredith Munro
     Scott Medlock

     Plaintiff,

v.

MESA COUNTY,

     Kathleen Chaney
     Karen Rogers

     Defendant.

---

## COURTROOM MINUTES

**HEARING:   Telephonic Trial Preparation Conference**

**Court in session:   11:33 a.m.**

Appearances of counsel.

Discussion regarding Plaintiff's Motion to Strike Defendant's Exhibits 177-225 for Violating the Court's Order Setting Trial and Trial Preparation Order and Fed. R. Civ. P. 26(a)(3)(B).

**ORDERED:**   Plaintiff's Motion to Strike Defendant's Exhibits 177-225 for Violating the Court's Order Setting Trial and Trial Preparation Order and Fed. R. Civ. P. 26(a)(3)(B) [220] is denied.   With respect to Exhibit 180, the Court will only allow the portions of the exhibit that counsel go through with a witness to be admitted.   Any time counsel use new portions of Exhibit 180, they shall review those pages with the Courtroom Deputy at the end of each day.

Court addresses the objections that Defendant submitted to most of Plaintiff's exhibits.

Court will issue an Amended Final Pretrial Order.

Each side shall have 15 minutes for voir dire.

Ms. Chaney raises a concern regarding Plaintiff's demonstrative exhibit.   Ms. Greisen states that she does not intend to use a demonstrative during Plaintiff's opening statement.

**ORDERED:**   The only type of exhibit the Court will allow during opening statements is the elements of the claim.

**ORDERED:**   Ms. Chaney's requests to show photographs of the three commissioners during her opening statement and to show the organizational chart of the IT department during her opening statement are denied.

**ORDERED:**   Counsel shall have a conversation with their clients about this case and speak one more time to each other regarding settlement.

Counsel shall arrive no later than 8:30 a.m. on November 1, 2021.

**Court in recess:     12:04 p.m.**
**Total in court time:         00:31**
**Hearing concluded.**