IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| Courtroom Deputy: Emily Buchanan<br>Court Reporter: Julie Thomas | Date: November 1, 2021 |
|---|---|

**CASE NO.   18-cv-01144-DDD-STV**

| Parties | Counsel |
|---|---|
| DEBRA BOURICIUS, | Paula Greisen<br>Meredith Munro<br>Scott Medlock |
| Plaintiff, | |
| v. | |
| MESA COUNTY, | Kathleen Chaney<br>Karen Rogers |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:   Jury Trial Day One**

**Court in session:   8:47 a.m.**

Appearances of counsel.

Jury panel not present.

The Court addresses preliminary evidentiary and other matters with counsel.

The Court's rulings, if any, are as set forth on the record.

**ORDERED:**   Witnesses shall be sequestered.

**9:04 a.m.        Court in recess**
**9:39 a.m.        Court in session**

Jury panel seated.

Counsel introduce themselves and those seated at counsel tables.

9:48 a.m.  Jurors sworn for *voir dire*.

9:55 a.m.  *Voir dire* by the Court.

**10:32 a.m.  Court in recess**
**10:42 a.m.  Court in session**

Jury panel present.

10:42 a.m.  *Voir dire* by Ms. Greisen.

11:00 a.m.  *Voir dire* by Ms. Chaney.

11:15 a.m.  Further *voir dire* by the Court.

11:21 a.m.  Bench conference regarding Defendant's oral motion to challenge juror 100437394 for cause.

Argument by counsel.

**ORDERED:** Defendant's oral motion to challenge juror 100437394 for cause is denied.

11:27 a.m.  Bench conference regarding Plaintiff's oral Edmondson challenge as to juror 100428203.

Argument by counsel.

**ORDERED:** Plaintiff's oral Edmondson challenge as to juror 100428203 is denied.

Plaintiff's Peremptory Challenges:

1) 100438943
2) 100445579
3) 100470023

Defendant's Peremptory Challenges:

1) 100437394
2) 100428203
3) 100467707

11:39 a.m.  Seven jurors sworn to try the case:

1) 100431680

2)  100469875
3)  100445339
4)  100445604
5)  100455835
6)  100466105
7)  100444413

Court instructs the jury.

**11:41 a.m.     Court in recess**
**1:05 p.m.      Court in session**

1:08 p.m.     Jury present.

Preliminary instructions read to the jury.

1:25 p.m.     Opening statement by Ms. Greisen.

1:54 p.m.     Opening statement by Ms. Chaney.

2:13 p.m.     Jury excused.

Plaintiff's first witness will be Mr. Whidden.   Plaintiff may let Mr. Justman know he will not be needed until tomorrow.

Counsel shall confer regarding stipulated exhibits.

**2:16 p.m.     Court in recess**
**2:49 p.m.     Court in session**

Jury not present.

Discussion regarding stipulated exhibits.

2:53 p.m.     Jury present.

EXHIBITS:   Stipulated:   19, 48, 50, 73

**Witness sworn for the plaintiff:   Frank Whidden:**
2:55 p.m.     Direct Examination by Ms. Greisen.

**EXHIBITS:   Received by Stipulation: 48, 114, 127, 137, 143, 145**

**EXHIBITS:   Received: 115, 17, 100**

3:50 p.m.     Transcript of Frank Whidden opened and used for impeachment.

| | |
|---|---|
| **3:53 p.m.** | **Court in recess** |
| **4:05 p.m.** | **Court in session** |

4:06 p.m.     Jury present.

4:06 p.m.     Continued direct examination of Mr. Whidden by Ms. Greisen.

**EXHIBITS:**     Received: 49, 119, 121

**EXHIBIT:**     Received by Stipulation: 50

4:57 p.m.     Jury excused until 9:00 a.m. tomorrow.

Ms. Chaney's request to speak with Mr. Whidden is denied.

**Court in recess:**          5:01 p.m.
**Total in court time:**     5:20
**Trial continues.**