IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

Civil Action No. 18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY,

    Defendant.

|  | JUROR NUMBER | JUROR NAME | PLAINTIFF CHALLENGE | DEFENDANT CHALLENGE |  |
|---|---|---|---|---|---|
| 1. | 100438943 | Juror Names Redacted | P1 |  | 1. |
| 2. | 100469875 |  |  |  | 2. |
| 3. | 100445579 |  | P2 |  | 3. |
| 4. | 100445339 |  |  |  | 4. |
| 5. | 100445604 |  |  |  | 5. |
| 6. | 100455835 |  |  |  | 6. |
| 7. | 100466105 |  |  |  | 7. |
| 8. | 100444413 |  | P... |  | 8. |
| 9. | 100467707 |  |  | △3 | 9. |
| 10. | 100428203 |  |  | △2 | 10. |
| 11. | 100437394 |  |  | △1 | 11. |
| 12. | 100431680 |  |  |  | 12. |
| 13. | 100470023 |  | P3 |  | 13. |