IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| Courtroom Deputy: | Patricia Glover | Date: | November 2, 2021 |
|---|---|---|---|
| Court Reporter: | Julie Thomas | | |

**CASE NO.   18-cv-01144-DDD-STV**

| Parties | Counsel |
|---|---|
| DEBRA BOURICIUS, | Paula Greisen |
| | Meredith Munro |
| | Scott Medlock |
| Plaintiff, | |
| v. | |
| MESA COUNTY, | Kathleen Chaney |
| | Karen Rogers |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:   Jury Trial Day Two**

**Court in session:   9:17 a.m.**

Appearances of counsel.

9:26 a.m.   Jury panel not present.

The Court addresses preliminary evidentiary and other matters with counsel.

Defense orally moves for a mistrial.

The Court takes the motion under advisement.

9:26 a.m.   Jury present

Continued direct examination of witness Frank Whidden by Ms. Greisen.

| | | |
|---|---|---|
| **EXHIBITS:** | Received by Stipulation: | 179, 216, 213, 223, 219, 185, 191, 52 (all but cover page) |
| | Received: | 128 |

| | |
|---|---|
| **10:34 a.m.** | **Court in recess** |
| **10:50 a.m.** | **Court in session** |

10:51 a.m.    Jury present.

Cross examination of witness by Ms. Chaney.

| | | |
|---|---|---|
| **EXHIBITS:** | Received: | 82, 89, 98, 101(pg 5), 95 (pgs 3-10); 225, |
| | Refused: | 232 |

| | |
|---|---|
| **11:58 a.m.** | **Court in recess** |
| **1:05 p.m.** | **Court in session** |

1:06 p.m.    Jury present.

Continued cross examination of witness Mr. Whitten.

| | | |
|---|---|---|
| **EXHIBITS:** | Received: | 232, 92, 80, 86, 81, 54, 212, 214, 215, 178, 177, 18, 144, 146, 138, 147, 104, |
| | Refused: | 153, |

Redirect examination of witness by Ms. Griesen.

| | | |
|---|---|---|
| **EXHIBITS:** | Received: | 226, |
| | Refused: | |

| | |
|---|---|
| **2:30 p.m.** | **Court in recess** |
| **3:05 p.m.** | **Court in session** |

3:06 p.m.    Jury present.

Continued redirect examination of witness by Ms. Griesen.

| | | |
|---|---|---|
| **EXHIBITS:** | Received: | 228, 227, 222, 190 |

| | |
|---|---|
| **3:44 p.m.** | **Court in recess** |
| **4:06 p.m.** | **Court in session** |

4:07 p.m.    Jury present.

**Witness by video sworn for the plaintiff: John Justman :**
**4:07 p.m.**     Direct Examination by Ms. Greisen.

Cross examination of witness by Ms. Rogers.

Redirect examination of witness by Ms. Griesen.

5:19 p.m.     Jury excused until 9:00 a.m. tomorrow.

**Court in recess:     5:21 p.m.**
**Total in court time:    05:44**
**Trial continues.**