IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy: Patricia Glover<br>Court Reporter: Julie Thomas | Date: November 3, 2021 |

**CASE NO.**   18-cv-01144-DDD-STV

| Parties | Counsel |
|---|---|
| DEBRA BOURICIUS, | Paula Greisen<br>Meredith Munro<br>Scott Medlock |
| Plaintiff, | |
| v. | |
| MESA COUNTY, | Kathleen Chaney<br>Karen Rogers |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:**   Jury Trial Day Three

**Court in session: 8:37 a.m.**

Appearances of counsel.

Jury panel not present.

The Court addresses preliminary evidentiary and defendant's oral motion for a mistrial.

Argument.

**ORDER:**   Defendant's oral motion for a mistrial is DENIED.

**8:48 a.m.**   **Court in recess**
**9:10 a.m.**   **Court in session**

9:11 a.m.   Jury present

**Witness sworn for the plaintiff: Debra Bouricius :**
**9:13 a.m.**     Direct Examination by Ms. Greisen.

**EXHIBITS:   Received:    260, 261 (demonstrative only)**

**11:00 a.m.    Court in recess**
**11:17 a.m.    Court in session**

11:18 a.m.     Jury present.

Cross examination of witness by Ms. Chaney.

**EXHIBITS:   Received:    180 (pgs. 46, 47, 228-229), 21**

**11:58 a.m.    Court in recess**
**1:20 p.m.     Court in session**

1:22 p.m.     Jury present.

Redirect examination of witness by Ms. Griesen.

**Witness sworn for the plaintiff: Lori Marak :**
**1:54 p.m.**     Direct Examination by Ms. Munro.

Cross examination of witness by Ms. Chaney.

Redirect examination of witness by Ms. Munro.

**2:47 p.m.     Court in recess**
**3:11 p.m.     Court in session**

3:24 p.m.     Jury present.

**Witness by video sworn for the plaintiff: Janine Corsi :**
**3:25 p.m.**     Direct Examination by Ms. Munro.

Cross examination of witness by Ms. Rogers.

Redirect examination of witness by Ms. Munro.

4:17 p.m.     Jury excused until 9:00 a.m. tomorrow.

**Court in recess:      4:17 p.m.**
**Total in court time:   05:15**
**Trial continues.**