# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: November 4, 2021 |
| Court Reporter: Julie Thomas | |

**CASE NO.   18-cv-01144-DDD-STV**

| Parties | Counsel |
|---|---|
| DEBRA BOURICIUS, | Paula Greisen |
| | Meredith Munro |
| | Scott Medlock |
| Plaintiff, | |
| v. | |
| MESA COUNTY, | Kathleen Chaney |
| | Karen Rogers |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:   Jury Trial Day Four**

**Court in session:   9:05 a.m.**

Appearances of counsel.

Jury panel not present.

The Court addresses preliminary evidentiary and other matters with counsel.

9:06 a.m.   Jury present

**Witness by video sworn for the plaintiff: Rick Corsi :**
9:08 a.m.   Direct Examination by Ms. Munro.

**EXHIBITS:   Received:   34, 120, 126**

**11:00 a.m.   Court in recess**
**11:21 a.m.   Court in session**

11:22 a.m.     Jury present

Continued direct examination of witness by Ms. Munro.

Cross examination of witness by Ms. Rogers.

12:08 p.m.     Jury excused.

**12:12 p.m.     Court in recess**
**1:15 p.m.      Court in session**

1:16 p.m.      Jury present.

Continued cross examination of witness Rick Corsi by Ms. Chaney.

**EXHIBITS:   Received:    240**

Redirect examination of witness by Ms. Munro.

1:54 p.m.      Jury excused

**1:55 p.m.      Court in recess**
**2:18 p.m.      Court in session**

Jury not present.

The Court addresses evidentiary issues with counsel.

Argument.

**EXHIBITS:   Received:    260**

Defendant makes its offer of proof and proffer of the witnesses stricken.

**2:40 p.m.      Court in recess**
**2:50 p.m.      Court in session**

2:51 p.m.      Jury present.

The plaintiff rests.

The Court addresses defendant's oral Rule 50 motion (at the bench) and defers argument and ruling for a later time.

The defendant rests.

2:55 p.m.   Jury excused until 9:00 tomorrow morning.

**ORDER:**   The Court authorizes jury lunches beginning tomorrow, November 5, 2021, and until such time as the jury reaches a verdict.

**2:55 p.m.   Court in recess**
**3:53 p.m.   Court in session**

Charging conference.

The Court addresses defendant's motions for a directed verdict.

Argument.

The Court takes the matters under advisement.

**6:01 p.m.   Court in recess**

**Total in court time:   06:11**
**Trial continues.**