IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

     Plaintiff,

v.

MESA COUNTY,

     Defendant.

## VERDICT FORM

We, the jury, unanimously find the following answers to the questions submitted by the Court:

### LIABILITY – AGE DISCRIMINATION

**Question 1:** Did Ms. Bouricius prove, by a preponderance of the evidence, the elements of her claim against Mesa County as described in Instruction No. 15?

          \_\_\_\_ **YES**        \_\_\_\_ **NO**

*If you answered Question 1 "YES," then proceed to answer Questions 2-3 under the headings "Damages" and "Willfulness" on the next page.*

*If you answered Question 1 "NO," then skip Questions 2-3 and proceed to sign and date the verdict form on the last page.*

*Answer Questions 2-3 only if you answered "YES" to Question 1.*

## DAMAGES

**Question 2:** Based on Instruction No. 20, what amount of damages do you find by a preponderance of the evidence will reasonably and fairly compensate Ms. Bouricius for lost wages and benefits, if any, she would have earned in her employment with Mesa County from October 7, 2016 to January 3, 2017 if she had not been terminated?

$\$$_____

## WILLFULNESS

**Question 3:** Did Ms. Bouricius prove, by a preponderance of the evidence, that Mesa County's conduct was a willful violation of the Age Discrimination in Employment Act as described in Instruction No. 21?

\_\_\_\_ **YES**        \_\_\_\_ **NO**

*Please proceed to sign and date the verdict form on the next page.*

## SIGNATURE

_____
Foreperson


Dated this \_\_\_\_ day of November, 2021.