# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy: Patricia Glover<br>Court Reporter: Julie Thomas | Date: November 5, 2021 |

**CASE NO.   18-cv-01144-DDD-STV**

| Parties | Counsel |
|---|---|
| DEBRA BOURICIUS, | Paula Greisen<br>Meredith Munro<br>Scott Medlock |
| Plaintiff, | |
| v. | |
| MESA COUNTY, | Kathleen Chaney<br>Karen Rogers |
| Defendant. | |

## COURTROOM MINUTES

**HEARING:   Jury Trial Day Five**

**Court in session:   8:50 a.m.**

Appearances of counsel.

Jury panel not present.

Review of final jury instructions with counsel

The Court's rulings are as set forth on the record.

The parties waive

**9:00 a.m.      Court in recess**
**9:41 a.m.      Court in session**

9:42 a.m.       Jury present

The Court instructs the jury,

Closing argument

Oath to the Marshal.

11:14 a.m.     Jury excused to begin deliberations.

**11:18 a.m.    Court in recess**
**1:00 p.m.     Court in session**

1:01 p.m.     Jury present.

The jury informs the Court it has reached a verdict,

The Court reads the verdict

Counsel waive polling of the jury.

1:04   Jury excused to the deliberation room.

**1:05 p.m.     Court in recess**

**Total in court time:   01:52**
**Trial concluded**