IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge Daniel D. Domenico

Case No. 18-cv-01144-DDD-STV     Date: November 1, 2021

Case Title: Debra Bouricius v. Mesa County, by and through the Mesa County Board of Commissioners

PLAINTIFF'S WITNESS LIST

| WITNESSES | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY | |
|---|---|---|
| Frank Whidden (will call) | November 1, 2021 2.5 Hours on Direct | 11/1/21 11/2/21 |
| John Justman (will call) | November 1-2, 2021 1.5 Hours on Direct | 11/2/21 |
| Debra Bouricius (will call) | November 2, 2021 2.5 Hours on Direct | 11/2/21 |
| Lori Marak (will call) | November 2, 2021 1.0 Hour on Direct | 11/2/21 |
| Janine Corsi (will call) | November 3, 2021 1.0 Hour on Direct | 11/3/21 |
| Rick Corsi (will call) | November 3, 2021 1.5 Hours on Direct | 11/3/21 |

Respectfully submitted this 1st day of November 2021.

KING & GREISEN, LLP

*s/ Paula Greisen*
Paula Greisen
Meredith A. Munro
1670 York St.
Denver, Colorado 80206
(303) 298-9878 telephone
(303) 298find9879 facsimile
greisen@kinggreisen.com
munro@kinggreisen.com
*Attorneys for Plaintiff*