# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No.  18-cv-01144-DDD-STV            Date: October 21, 2021

Case Title: Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners

## DEFENDANT'S AMENDED ORDER OF PROOF 1

WITNESS

Frank Whidden*       11/2

Debra Bouricius*     11/3

~~Rose Pugliese~~

~~Steve Hovland, CPA~~

~~Scott McInnis~~

* In accordance with this Court's Pre-Trial Rulings, Mr. Whidden and Ms. Bouricius will be fully examined during Plaintiff's case in chief.

---

1 In accordance with the Court's Order regarding Plaintiff's Motion in Limine to Strike Certain Witnesses [Doc. 198], Defendant is not listing its previously disclosed witnesses in the Order of Proof. Defendant, however, believes the witnesses should be permitted to testify and reserves the right to provide a Proffer regarding the testimony of each stricken witness during or before trial commences.