CASE CAPTION: *Debra Bouricius v. Mesa County, by and through the Mesa County Board of County Commissioners*

CASE NO. 18-cv-01144-DDD-STV

JOINT EXHIBIT LIST

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 10. | | Plaintiff's Expert Disclosure dated 1/30/19, including expert report from Dr. William Kaempfer dated 1/25/19 | | | | | |
| 14. | | Settlement Agreement and Release between Mesa County and Janine Corsi, dated 1/29/18<br>Bouricius 000385-0000391 | | | | | |
| 15. | | Settlement Agreement and Release between Mesa County and Rick Corsi, dated 1/29/18<br>Bouricius 000392-000398 | | | | | |
| 17. | | Bouricius 2014 Performance Evaluation, dated 12/5/14<br>DEF 716-717 | X | X | X | | 11/1/21 |
| 18. | | Bouricius 2015 Performance Evaluation, dated 12/24/15<br>DEF 714 | | X | X | | 11/2/21 |
| 19. | | Job Description for Sr. Business Systems Analyst<br>DEF 584-586 | X | X | X | | 11/2/21 |
| 21. | | Improvement Action Plan, dated January 14, 2011<br>DEF 735-736 [Depo Exh 21] | | X | X | | 11/3/21 |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 34. | | Evaluations for Rick Corsi, dated 12/26/15 and 12/26/14<br>DEF 4292, 3737 | | X | Y | | 11/4 |
| 36. | | Charge of Discrimination by Rick Corsi, dated 12/27/16<br>DEF 3571-3587 | | | | | |
| 37. | | Charge of Discrimination by Debra Bouricius, dated 1/24/17<br>Bouricius 000009 | | | | | |
| 38. | | Letter of Determination from the Colorado Civil Rights Division for Debra Bouricius, dated 12/14/17<br>DEF 000001-000008 | | | | | |
| 39. | | Charge of Discrimination for Janine Corsi, dated 1/23/17<br>DEF 3233-3241 | | | | | |
| 40. | | Letter of Determination from the Colorado Civil Rights Division for Janine Corsi, dated 12/14/17<br>DEF 3552-3562 | | | | | |
| 43. | | Agreement and Release between Ms. A. and Mesa County, dated 7/24/14<br>DEF 5258-5262 | | | | | |
| 46. | | LinkedIn Page for Frank Whidden<br>Bouricius 001122-001124 | | | | | |
| 48. | | Mesa County Human Resources Policies and Procedures Manual, Revised and Adopted 10/10/16<br>DEF 1303-1388 | X | X | X | | 11/1/21 |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 49. | | Mesa County IT Dept Employees as of October 2016<br>DEF 67-68 | | X | X | | 11/1/21 |
| 50. | | Separation Letter from Frank Whidden to Debra Bouricius, dated 10/7/16<br>DEF 234- | X | X | X | | 11/1/21 |
| 52. | | Chart of Employees names and positions<br>DEF 61-63 [Depo. Exh 52] | | X | X | | 11/2 ✓ |
| 52. | | Email from Nina Atencio (Mesa County) to Courtney Longtin ~~(CCRD) with~~ attachments, dated 12/6/17<br>DEF 60-63 | X | X | | | 11/2 w/o the cover page |
| 54. | | Support Specialist Job Description<br>DEF 1675-1676 [Depo Exh 54] | | X | X | | 11/2/21 |
| 59. | | Letter from Krista Ubersox re: 2015 compensation<br>DEF 1734 | | | | | |
| 60. | | Letter dated December 12, 2011<br>DEF 261 | | | | | |
| 61. | | Notice to file regarding no increases in compensation<br>DEF 268 | | | | | |
| 62. | | Boulder County Office of the District Attorney, compensation records Bouricius 000458-000463, 000546-000554 | | | | | |
| 63. | | Mesa County earnings register for Debra Bouricius<br>DEF 1945-2021 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 64. | | 2018 Form W-2<br>Bouricius 000544-000545 | | | | | |
| 65. | | 2018 Schedule E (2018)<br>Bouricius 000563 | | | | | |
| 66. | | 2017 Form W-2<br>Bouricius 000456-000457, 000466 | | | | | |
| 67. | | Schedule E (2017)<br>Bouricius 000562 | | | | | |
| 68. | | 2016 Form W-2<br>Bouricius 000464 | | | | | |
| 69. | | Schedule E (2016)<br>Bouricius 000889 | | | | | |
| 70. | | 2015 Form W-2<br>Bouricius 000465 | | | | | |
| 71. | | Schedule F (2016)<br>Bouricius 001606 | | | | | |
| 72. | | Invoice dated February 4, 2019<br>Bouricius 000543 | | | | | |
| 73. | | Boulder County job application<br>Bouricius 000451-000453 | X | X | Y | | 11/1/21 |
| 74. | | Boulder County 2019 benefits summary<br>Bouricius 000500-000503 | | | | | |
| 75. | | Boulder County PERA benefits<br>Bouricius 000504-000540, 000959-000963, 000979-000980 | | | | | |
| 76. | | Boulder County benefits<br>Bouricius 000750-000782 | | | | | |
| 77. | | Unemployment Notice of Decision<br>DEF 1628 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 78. | | Email chain with Janine Corsi, dated June 20, 2017<br>Bouricius 000609 | | | | | |
| 79. | | Email chain with Janine Corsi, dated April 28, 2017, and May 1, 2017<br>Bouricius 000596 | | | | | |
| 80. | | Network Administrator job description<br>DEF 1661-1662 | | X | X | | 11/2/21 |
| 81. | | Technical Support Specialist job description<br>DEF 1666-1667 | | X | X | | 11/2/21 |
| 82. | | Business System Analyst job description<br>DEF 1668-1669 | | X | X | | 11/2 |
| 83. | | Information and Communications Manager job description<br>DEF 1670-1672 | | | | | |
| 84. | | Senior Support Specialist job description<br>DEF 1673-1674 | | | | | |
| 85. | | Technical Support Specialist job description<br>DEF 1677-1678 | | | | | |
| 86. | | Web Administrator job description<br>DEF 1679-1680 | | X | X | | 11/2/21 |
| 87. | | Customer Service Manager<br>DEF 1681-1682 | | | | | |
| 88. | | GIS Administrator – SR job description<br>DEF 1683-1684 | | | | | |
| 89. | | GIS Administrator job description<br>DEF 1685-1686 | | X | X | | 11/2 |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 90. | | Business System Analyst II job description DEF 1687-1689 | | | | | |
| 91. | | GIS Administrator II job description DEF 1690-1691 | | | | | |
| 92. | | Senior Network Administrator job description DEF 1692-1694 | | X | X | | 11/2/21 |
| 93. | | Senior Support Coordinator job description DEF 1695-1696 | | | | | |
| 94. | | Chart of Sr. Business Systems Analysts' ages DEF 588 | | | | | |
| 95. | | 2017 Adopted Budget email and attachments DEF 2041-2050 | | X | X | | ACS 3-10 (BATES 2043-50) |
| 96. | | Resolution No. MCM, Resolution to Adopt Budget, with attachments DEF 2119-2125 | | | | | |
| 97. | | General Fund 2017 Proposed Budget Corsi 000292-000295 | | | | | |
| 98. | | General Fund 2017 Budget Projections Corsi 000331-000333 | | X | X | | 11/2/21 |
| 99. | | Email from Bill Tarlton, dated October 13, 2016 Corsi 001769 | | | | | |
| 100. | | Email chain, dated September 29, 2016 Corsi 001734-001735 | | X | X | | 11/1/21 |
| 101. | | Email chain, dated August 16-17, 2016 Corsi 000334-000338 | | X | X | | Pt. 5 11/2/21 |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 102. | | Mesa County Human Resources Policies and Procedures Manual, Revised and Adopted October 10, 2016<br>DEF 589-674 | | | | | |
| 103. | | Email from Janine Corsi, dated August 8, 2017 (redacted)<br>Bouricius 000422 | | | | | |
| 104. | | Budget Revisions 10-06-16 Spreadsheet<br>DEF 3910-3915 | | X | X | | 11/2/21 |
| 114. | | Spreadsheet of IT Department Employees<br>DEF 2144 | X | X | X | | 11/1/21 |
| 115. | | Organizational Chart of IT Department<br>Corsi 000981 | | X | X | | 11/1/21 |
| 116. | | Mesa County's Position Statement and Response to Request for Information regarding Debra Bouricius, dated 3/29/17<br>DEF 1284-1289 | | | | | |
| 117. | | 9/20/17 Email from Nina Atencio to Courtney Longtin<br>DEF 85 | | | | | |
| 118. | | 8/23/17 Email from Nina Atencio to Courtney Longtin with Mesa County IT Department Employees as of October 2016<br>DEF 88-89 | | | | | |
| 119. | | Termination Letter from Frank Whidden to Rick Corsi, dated 10/7/16<br>DEF 3701 | | X | X | | 11/1/21 |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 120. | | Letter from Frank Whidden to Rick Corsi, dated 10/26/16<br>DEF 3699 | | X | X | | 11/8/21 |
| 121. | | Termination Letter from Frank Whidden to Janine, dated 10/7/16<br>DEF 4027 | | X | X | | 11/1/21 |
| 122. | | Letter from Frank Whidden to Janine Corsi, dated 10/12/16<br>DEF 3385 | | | | | |
| 123. | | Mesa County's Position Statement regarding Rick Corsi, dated 3/24/17<br>DEF 3591-3598 | | | | | |
| 124. | | Mesa County's Position Statement regarding Janine Corsi, dated 3/24/17<br>DEF 3243-3249 | | | | | |
| 125. | | Letter of Determination from the CCRD for Rick Corsi, dated 12/14/17<br>DEF 3890-3904 | | | | | |
| 126. | | Emails regarding Rick Corsi's CORA Request<br>Corsi 002842-002844, 002852, 002873 | | X | X | | 11/4/21 |
| 127. | | 2014 Evaluation for David Barnett<br>DEF 4139-4140 | X | X | X | | 11/1/21 |
| 128. | | 2015 Evaluation for David Barnett<br>DEF 4138 | | X | X | | 11/2 |
| 129. | | 2014 Evaluation for Leilani Boyles<br>DEF 4377-4378 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 130. | | 2015 Evaluation for Leilani Boyles<br>DEF 4376 | | | | | |
| 131. | | 2014 Evaluation for Derek Conlon<br>DEF 4485-4486 | | | | | |
| 132. | | 2015 Evaluation for Josh Dallman<br>DEF 4488 | | | | | |
| 133. | | 2014 Evaluation for Ryan Davison<br>DEF 4491-4492 | | | | | |
| 134. | | 2015 Evaluation for Ryan Davison<br>DEF 4490 | | | | | |
| 135. | | 2014 Evaluation for Troy Flick<br>DEF 4507 | | | | | |
| 136. | | 2015 Evaluation for Troy Flick<br>DEF 4506 | | | | | |
| 137. | | 2014 Evaluation for Terrie Hotary<br>DEF 4916-4917 | X | X | X | | 11/1/21 |
| 138. | | 2015 Evaluation for Terrie Hotary<br>DEF 4915 | | X | X | | 11/2/21 |
| 139. | | 2014 Evaluation for Lhana Jordan<br>DEF 4557 | | | | | |
| 140. | | 2015 Evaluation for Lhana Jordan<br>DEF 4556 | | | | | |
| 141. | | 2014 Evaluation for Joe Keene<br>DEF 4657-4658 | | | | | |
| 142. | | 2015 Evaluation for Joe Keene<br>DEF 4656 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 143. | | 2014 Evaluation for Kelly Leuallen<br>DEF 4721-4722 | X | X | X | | 11/1/21 |
| 144. | | 2015 Evaluation for Kelly Leuallen<br>DEF 4720 | | X | X | | 11/2/21 |
| 145. | | 2014 Evaluation for Lori Marak<br>DEF 5041-5042 | X | X | X | | 11/1/21 |
| 146. | | 2015 Evaluation for Lori Marak<br>DEF 5040 | | X | X | | 11/2/21 |
| 147. | | 2015 Evaluation for Elizabeth McDowell<br>DEF 4364 | | X | X | | 11/2/21 |
| 148. | | 2015 Evaluation for Paul Mitts<br>DEF 4709 | | | | | |
| 149. | | 2015 Evaluation for Andrew Wetzel<br>DEF 4931 | | | | | |
| 150. | | Screenshot of website for Frank Whidden, Marriage & Family Therapist \| Psychology Today<br>Bouricius 001125-001129 | | | | | |
| 151. | | Invoice History Listing, Mesa County Government for Continuing Education/Training for Frank Whidden, dated 11/7/2016<br>Corsi 000367-000368 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 152. | | Training Approval for Frank Whidden, dated 11/17/15, and Northcentral University Invoices,<br>DEF 5712, Corsi 000381, DEF 5711, DEF 5718, DEF 5724, DEF 5708, DEF 5713 | | | | | |
| 153. | | Charge of Discrimination (E20130897) filed by Ms. A., dated 06/04/2013<br>DEF 2223-2263 | | | | | |
| 154. | | Minutes and Agendas for the Board of Mesa County Colorado Commissioners for the year 2016<br>Bouricius 001188-001331 | | | | | |
| 155. | | Minutes and Agendas for the Board of Mesa County Colorado Commissioners for 5/13/19, 5/20/19, 6/10/19, and 7/29/19<br>Bouricius 001634-001648 | | | | | |
| 156. | | Deposition Transcript of Janine Corsi | | | | | |
| 157. | | Deposition Transcript of Rick Corsi | | | | | |
| 158. | | Deposition Transcript of John Justman | | | | | |
| 159. | | Deposition Transcript of Lori Marak | | | | | |
| 160. | | Deposition Transcript of Frank Whidden | | | | | |
| 161. | | Videotape of Deposition of Frank Whidden | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 162. | | Defendant's Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 8/29/18, and Privilege Log | | | | | |
| 163. | | Defendant's Response to Plaintiff's Request for Production of Documents No. 3 dated 9/5/18, and Privilege Log | | | | | |
| 164. | | Defendant's First Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 9/5/18 | | | | | |
| 165. | | Defendant's Second Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 10/19/18, and Privilege Log | | | | | |
| 166. | | Defendant's Responses to Plaintiff's 30(b)(6) Deposition Topics 7, 12-14, 21-23, 26, 30 dated 2/4/19 | | | | | |
| 167. | | Mesa County's Responses to Plaintiff's Second Set of Requests for Production dated 3/12/19, and Privilege Log | | | | | |
| 168. | | Mesa County's Third Supplemental Responses to Bouricius's First Set of Discovery dated 3/12/19 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 169. | | Defendant's First Supplemental Response to Plaintiff's Request for Production of Documents No. 3 dated 4/12/19 | | | | | |
| 170. | | Defendant's First Supplemental Responses to Plaintiff's Second Request for the Production of Document dated 4/30/19 | | | | | |
| 171. | | Defendant's Second Supplemental Responses to Plaintiff's Second Request for the Production of Documents dated 6/4/19, and Privilege Log | | | | | |
| 172. | | Defendant's Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for Production of Documents dated 7/8/19, and Privilege Log | | | | | |
| 173. | | Defendant's Fourth Supplemental Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents 1-2, 4-7, and Requests for Admission dated 7/11/19, and Privilege Log | | X | | X | 11/1/21 |
| 174. | | Defendant's First Supplemental Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for the Production of Documents dated 7/12/19, and Privilege Log | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 175. | | Defendant's Second Supplemental Responses to Plaintiff's Second Set of Interrogatories and Third Set of Requests for the Production of Documents dated 7/16/19, Privilege Log and Amended Privilege Log | | | | | |
| 176. | | Plaintiff's Compilation pursuant to FRE 1006 | | | | | |
| 177. | | Bouricius 2011 Performance Evaluation, dated 04/12/11<br>Bouricius 197-198 | | | X | [illegible] | 11/2/21 |
| 178. | | Bouricius 2012 Performance Evaluation, dated 02/6/12<br>Bouricius 189-190 | | X | X | | 11/2/21 |
| 179. | | Bouricius 2013 Performance Evaluation, dated 11/15/13<br>Bouricius 186-188 | X | | X | | 11/2/21 |
| 180. | | Bouricius Personnel File<br>DEF 1392-1639 | | X | X | | 11/3/21 pgs 228-229 46, 47 |
| 181. | | Barnett 2010 Performance Evaluation, dated 11/22/11<br>DEF 4157-4158 | | | | | |
| 182. | | Barnett 2011 Performance Evaluation, dated 12/6/12<br>DEF 4144-4146 | | | | | |
| 183. | | Barnett Employee Improvement Plan, dated 7/18/12<br>DEF 4151-4152 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 184. | | Barnett Written Reprimand<br>DEF 4149-4150 | | | | | |
| 185. | | Barnett 2012 Performance Evaluation, dated 11/14/13<br>DEF 4141-4143 | X | | X | | 11/2 |
| 186. | | J. Corsi 2010 Performance Evaluation, dated 8/24/11<br>DEF 4220-4221 | | | | | |
| 187. | | J. Corsi 2012 Performance Evaluation, dated 08/29/12<br>DEF 4218-4219 | | | | | |
| 188. | | J. Corsi 2013 Performance Evaluation, dated 09/16/13<br>DEF 4214-4217 | | | | | |
| 189. | | Howerton 2013 Performance Evaluation, dated 12/15/13<br>DEF 4358-4361 | | | | | |
| 190. | | McDowell 2012 Performance Evaluation, dated 9/21/12<br>DEF 4370-4371 | | X | X | | 11/2/21 |
| 191. | | McDowell 2012 Performance Evaluation, dated 10/15/13<br>DEF 4367-4369 | X | | X | | 11/2 |
| 192. | | McDowell 2016 Performance Evaluation, dated 12/30/16<br>DEF 4363 | | | | | |
| 193. | | Boyles 2011 Performance Evaluation, dated 9/24/12<br>DEF 4382-4383 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 194. | | Boyles 2013 Performance Evaluation, dated 10/15/13<br>DEF 4379-4381 | | | | | |
| 195. | | Boyles 2014 Performance Evaluation, dated 12/1/14<br>DEF 4377-4378 | | | | | |
| 196. | | Conlon 2014 Performance Evaluation,<br>Dated 12/30/14<br>DEF 4485-4486 | | | | | |
| 197. | | Davison 2013 Performance Evaluation, Dated 10/15/13<br>DEF 4493-4496 | | | | | |
| 198. | | Davison 2014 Performance Evaluation<br>Dated 12/2/14<br>DEF 4491-4492 | | | | | |
| 199. | | Farslow 2012 Performance Evaluation, Dated 12/7/12<br>DEF 4503-4504 | | | | | |
| 200. | | Farslow 2013 Performance Evaluation, Dated 10/15/13<br>DEF 4499-4502 | | | | | |
| 201. | | Kadel 2010 Performance Evaluation<br>Dated 10/25/11<br>DEF 4610-4611 | | | | | |
| 202. | | Kadel 2011 Performance Evaluation, Dated 9/24/12<br>DEF 4605-4606 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 203. | | Kadel 2012 Performance Evaluation, Dated 10/15/13<br>DEF 4602-4604 | | | | | |
| 204. | | Kadel 2013 Performance Evaluation, Dated 12/2/14<br>DEF 4600-4601 | | | | | |
| 205. | | Keene 2010 Performance Evaluation, Dated 11/23/11<br>DEF 4667-4668 | | | | | |
| 206. | | Keene 2011 Performance Evaluation, Dated 10/2/12<br>DEF 4663-4664 | | | | | |
| 207. | | Keene 2012 Performance Evaluation, Dated 10/15/13<br>DEF 4659-4662 | | | | | |
| 208. | | Keene 2013 Performance Evaluation Dated 12/1/14<br>DEF 4657-4658 | | | | | |
| 209. | | Mitts 2010 Performance Evaluation, Dated 8/23/11<br>DEF 4716-4717 | | | | | |
| 210. | | Mitts 2012 Performance Evaluation, Dated 12/7/12<br>DEF 4714-4715 | | | | | |
| 211. | | Mitts 2013 Performance Evaluation, Dated 10/21/13<br>DEF 4710-4713 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 212. | | Leuallen 2010 Performance Evaluation, Dated 5/11/11 DEF 4734-4735 | | X | X | | 11/2/21 |
| 213. | | Leuallen 2011 Performance Evaluation, Dated 9/3/12 DEF 4730-4733 | X | | X | | 11/2 |
| 214. | | Leuallen 2011 Performance Evaluation, Dated 9/12/12 DEF 4727-4729 | | X | X | | 11/2/21 |
| 215. | | Leuallen 2012 Performance Evaluation, Dated October 2013 DEF 4723-4726 | | X | X | | 11/2/21 |
| 216. | | Leuallen 2013 Performance Evaluation, Dated 12/1/14 DEF 4721-4722 | X | | X | | 11/2 |
| 217. | | Sage 2011 Performance Evaluation, dated 12/7/12 DEF 4895-4896 | | | | | |
| 218. | | Sage 2013 Performance Evaluation, Dated 10/15/13 DEF 4890-4894 | | | | | |
| 219. | | Hotary 2013 Performance Evaluation, Dated 10/15/13 DEF 4918-4920 | X | | X | | 11/2 |
| 220. | | Tarlton 2011 Performance Evaluation, Dated 12/07/12 DEF 4927-4928 | | | | | |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 221. | | Tarlton 2013 Performance Evaluation, Dated 10/15/13<br>DEF 4922-4926 | | | | | |
| 222. | | Marak 2011 Performance Evaluation, Dated 9/12/12<br>DEF 5046-5047 | | X | X | | 11/2/21 |
| 223. | | Marak 2013 Performance Evaluation, Dated 10/15/13<br>DEF 5043-5045 | X | | X | | 11/2/21 |
| 224. | | Oct. 2016 Organizational Chart | | | | | |
| 225. | | Post Oct. 2016 Reorganization Organizational Chart | | X | X | | 11/2/21 |
| 226. | | Flick 2010 Performance Evaluation, dated 1/20/11<br>DEF 4516-4517 | | X | X | | 11/2/21 |
| 227. | | Improvement Action Plan for Troy Flick dated 12/17/10<br>DEF 4520-4521 | | X | X | | 11/2/21 |
| 228. | | Improvement Action Plan for Joe Keene dated 1/14/11<br>DEF 4677-4678 | | X | X | | 11/2/21 |
| 229. | | Deposition Transcript of Rose Pugliese (Part 1) | | | | | |
| 230. | | Deposition Transcript of Rose Pugliese (Part 2) | | | | | |
| 231. | | Deposition Transcript of Scott McInnis | | | | | |
| 232. | | ORG CHART | | X | X | | 11/2/21 |

| Exh. No. | Witness | Brief Description | Stip. | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 250. | | 2016 Organizational Chart with employee ages | | | | | |
| 260. | | Chart of Mesa County IT Department as of October 6, 2016 (Correct Ages) | | X | X | | ~~Demon only~~ 11/3 |
| 261. | | Senior Business Systems Analysts 2014 Performance Evaluations | | X | X | | Demon only 11/3 No Jury |
| 240 | | JOB ANALYSIS QUESTIONNAIRE | | X | X | | |
| | | All documents necessary for refreshment, impeachment, or rebuttal. | | | | | |
| | | Enlargements of any of the exhibits above. | | | | | |
| | | Demonstrative exhibits | | | | | |