IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through the other Mesa County Board of County Commissioners,

    Defendant.

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the orders filed during the pendency of this case and the jury verdict delivered on November 5, 2021, the following Final Judgment is entered.

It is ORDERED that judgment is entered in favor of Defendant Mesa County and against Plaintiff Debra Bouricius on Plaintiff's claim for willful age discrimination in violation of the Age Discrimination in Employment Act. Plaintiff shall take nothing from her claim, which is DISMISSED WITH PREJUDICE. Any pending motions are DENIED as moot.

It is further ORDERED that costs are awarded to Defendant and against Plaintiff upon the filing of a bill of costs within fourteen days of entry of judgment, in accordance with the procedures set forth in Federal Rule of Civil Procedure 54(d)(1) and Local Civil Rule 54.1.

This is a Final Judgment and is appealable.

DATED: November 8, 2021

FOR THE COURT:
Jeffrey P. Colwell, Clerk

*/s/ Patricia Glover*
By: Patricia Glover, Deputy Clerk

APPROVED BY THE COURT:

Hon. Daniel D. Domenico