**Fees of Clerk**

**Fees for Service of Summons**

**Fees of the court reporter for all or any part of the transcript necessarily obtained**
5/2/2020
5/2/2020
11/3/2021
3/15/2019
5/22/2019
5/8/2019
5/20/2019
6/14/2019
7/10/2019
7/24/2019
10/7/2021
**Total**

**Fees and disbursements for printing**
3/31/2020
4/30/2020
2/26/2021
9/30/2021
10/29/2021
4/16/2020
10/15/2021
10/29/2021
7/24/2018

**Fees for witnesses**
10/19/2021
10/22/2021
10/22/2021
10/28/2021
11/5/2021
11/5/2021

**Total**

**Fees for exemplification and copies necessarily obtained for use in case**
See above fees and disbursements for printing

**Docket Fees under 28 U.S.C. 1923**
03/06/2020
03/06/2020
03/06/2020
03/06/2020

03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020

03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020

03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020

03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020

03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020
03/06/2020

03/06/2020
03/06/2020
03/18/2020
03/21/2020
03/21/2020
03/21/2020
03/23/2020
03/23/2020
03/23/2020
04/02/2020
04/02/2020
04/02/2020
04/02/2020
04/02/2020
04/02/2020
04/02/2020
04/02/2020
04/02/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/14/2020
04/15/2020
04/15/2020
04/23/2020
04/23/2020
05/07/2020
05/07/2020
05/07/2020
05/07/2020
05/15/2020

05/15/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/19/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020
05/20/2020

05/20/2020
06/02/2020
06/02/2020
06/02/2020
06/02/2020
06/02/2020
06/02/2020
06/02/2020
07/22/2020
07/22/2020
07/24/2020
07/24/2020
08/17/2020
08/19/2020
10/02/2020
10/02/2020
10/02/2020
10/02/2020
02/09/2021
02/09/2021
02/11/2021
02/11/2021
02/11/2021
02/11/2021
07/09/21
07/09/21
08/20/21
08/20/21
08/20/21
08/20/21
08/20/21
09/03/21
09/03/21
09/03/21
09/03/21
09/03/21
09/03/21
09/07/21
09/07/21
09/07/21
09/07/21
09/08/21
09/14/21
09/14/21
09/14/21
09/14/21
09/16/21

09/16/21
09/16/21
09/16/21
09/16/21
09/16/21
09/17/21
09/17/21
09/18/21
09/18/21
09/20/21
09/20/21
09/20/21
09/20/21
09/21/21
09/21/21
09/21/21
09/21/21
09/21/21
09/21/21
09/21/21
09/21/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21
09/24/21

09/24/21
09/24/21
09/30/21
10/01/2021
10/01/2021
10/01/2021
10/04/2021
10/04/2021
10/04/2021
10/04/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/05/2021
10/07/2021
10/07/2021
10/07/2021
10/07/2021
10/08/2021
10/08/2021
10/08/2021
10/08/2021
10/08/2021
10/08/2021
10/08/2021
10/08/2021
10/08/2021
10/08/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021

10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/09/2021
10/11/2021
10/11/2021
10/12/2021
10/12/2021
10/13/2021
10/13/2021
10/13/2021
10/13/2021
10/13/2021
10/14/2021

10/14/2021
10/14/2021
10/22/2021
10/22/2021
10/22/2021
10/22/2021
10/22/2021
10/22/2021
10/22/2021
10/22/2021
10/25/2021
10/25/2021
10/25/2021
10/25/2021
10/25/2021
10/25/2021
10/26/2021
10/26/2021
10/26/2021
10/26/2021
10/26/2021
10/27/2021
10/27/2021
10/27/2021
10/27/2021
10/27/2021
10/27/2021
10/27/2021
10/27/2021
10/27/2021
10/27/2021
10/27/2021
10/28/2021
10/29/2021
11/02/2021
11/02/2021
11/02/2021
11/02/2021
11/02/2021
11/02/2021
11/02/2021
11/02/2021
11/02/2021
11/02/2021
11/03/2021
11/03/2021
11/03/2021

11/03/2021
11/03/2021
11/04/2021
11/04/2021
11/04/2021
11/04/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
11/05/2021
**Total**
**Costs incident to taking of depositions**

**Costs as shown on Mandate of Court of Appeals**

**Other Costs**
10/20/2021
9/9/2021
3/24/2020
4/23/2020
4/23/2020
5/2/2020
6/2/2020
9/3/2020
2/11/2021
9/8/2021
10/7/2021
10/12/2021
10/12/2021
10/13/2021
10/13/2021
10/14/2021
10/14/2021
10/15/2021
10/16/2021
10/16/2021
10/19/2021
10/19/2021

10/26/2021
10/28/2021
11/1/2021
11/1/2021
11/1/2021
11/2/2021
11/2/2021
11/3/2021
11/3/2021
11/3/2021
11/4/2021
11/4/2021
11/4/2021
11/5/2021
11/5/2021
11/5/2021
11/10/2021
3/25/2019
10/31/2021
4/4/2019
**Total**

|  |  |
|---|---|
|  | $0.00 |
|  |  |
|  | $0 |
|  |  |
| Zoom-video conference | $16.23 |
| 2 Rivers Multimedia | $302.10 |
| K. Michelle Dittmer, Inc | $984.80 |
| AB Court Reporting & Video | $1,767.31 |
| Hansen & Company, Inc | $950.04 |
| US Dist. Ct CD of 4/1/ hearing | $31 |
| Western Colo Court Reporting | $209.52 |
| K. Michelle Dittmer, Inc. | $509.30 |
| US Dist Ct CD of 5/30 hearing | $31.00 |
| Western Colo Court Reporting | $925.00 |
| Hansen & Company, Inc | $998.70 |
|  | **$6,725.00** |
|  |  |
| Copying 4588 pages @ .08 | $367.04 |
| Copying 4761 pages @ .08 | $380.88 |
| Copying 254 @ .15 | $38.10 |
| Copying 45 pages @ .15 | $6.75 |
| Copying 2806 @.15 | $420.90 |
| Copy Kat Services | $1,817.58 |
| Litigation Solutions, Inc. | $1,115.70 |
| Copy Kat Services | $6,157.15 |
| CCRD - cost advance photo copies | $107.75 |
|  | **$10,411.85** |
|  |  |
| United Airlines | $905.80 |
| Hilton, Frank Whidden | $311.95 |
| Hilton, Lori Marak | $144.06 |
| United Airlines | $950.80 |
| Frank Whidden, Parking & Fuel | $68.04 |
| Frank Whidden Meals | $85.44 |
| Frontier Airlines | $169.98 |
|  | **$2,636.07** |
|  |  |
| DOCKET REPORT | $1.40 |
| HISTORY/DOCUMENTS | $0.30 |
| HISTORY/DOCUMENTS | $0.10 |
| HISTORY/DOCUMENTS | $0.10 |

| | |
|---|---|
| DOCKET REPORT | $1.40 |
| IMAGE1-0 | $0.90 |
| IMAGE10-0 | $0.20 |
| IMAGE100-0 | $0.20 |
| IMAGE101-0 | $0.50 |
| IMAGE101-1 | $0.20 |
| IMAGE101-2 | $0.20 |
| IMAGE101-3 | $0.20 |
| IMAGE101-4 | $0.10 |
| IMAGE103-0 | $0.60 |
| IMAGE103-1 | $0.20 |
| IMAGE103-2 | $0.20 |
| IMAGE103-3 | $0.20 |
| IMAGE103-4 | $0.10 |
| IMAGE103-5 | $0.20 |
| IMAGE106-0 | $0.50 |
| IMAGE106-1 | $0.40 |
| IMAGE106-2 | $0.20 |
| IMAGE107-0 | $0.20 |
| IMAGE107-1 | $0.40 |
| IMAGE109-0 | $2.00 |
| IMAGE109-1 | $0.50 |
| IMAGE109-10 | $2.10 |
| IMAGE109-11 | $0.70 |
| IMAGE109-12 | $0.20 |
| IMAGE109-2 | $0.80 |
| IMAGE109-3 | $0.50 |
| IMAGE109-4 | $0.50 |
| IMAGE109-5 | $1.20 |
| IMAGE109-6 | $0.30 |
| IMAGE109-7 | $0.50 |
| IMAGE109-8 | $0.50 |
| IMAGE109-9 | $0.10 |
| IMAGE1-1 | $0.10 |
| IMAGE111-0 | $0.80 |
| IMAGE111-1 | $0.50 |
| IMAGE111-2 | $0.10 |
| IMAGE112-0 | $0.20 |
| IMAGE113-0 | $0.20 |
| IMAGE114-0 | $0.50 |
| IMAGE114-1 | $0.50 |
| IMAGE117-0 | $0.70 |
| IMAGE117-1 | $0.60 |
| IMAGE117-2 | $1.90 |
| IMAGE118-0 | $0.80 |
| IMAGE119-0 | $0.20 |
| IMAGE12-0 | $0.10 |

| | |
|---|---|
| IMAGE120-0 | $1.00 |
| IMAGE123-0 | $0.30 |
| IMAGE123-1 | $0.10 |
| IMAGE126-0 | $0.20 |
| IMAGE126-1 | $0.80 |
| IMAGE126-2 | $3.00 |
| IMAGE126-3 | $3.00 |
| IMAGE126-4 | $3.00 |
| IMAGE126-5 | $0.60 |
| IMAGE127-0 | $1.30 |
| IMAGE127-1 | $0.40 |
| IMAGE127-2 | $1.10 |
| IMAGE127-3 | $0.30 |
| IMAGE127-4 | $0.30 |
| IMAGE127-5 | $0.30 |
| IMAGE129-0 | $0.20 |
| IMAGE130-0 | $0.40 |
| IMAGE132-0 | $0.10 |
| IMAGE133-0 | $0.20 |
| IMAGE133-1 | $1.80 |
| IMAGE133-2 | $1.20 |
| IMAGE134-0 | $1.50 |
| IMAGE137-0 | $0.40 |
| IMAGE137-1 | $0.20 |
| IMAGE137-2 | $0.60 |
| IMAGE138-0 | $0.40 |
| IMAGE16-0 | $0.30 |
| IMAGE16-1 | $0.10 |
| IMAGE19-0 | $1.50 |
| IMAGE2-0 | $0.20 |
| IMAGE20-0 | $0.40 |
| IMAGE20-1 | $1.60 |
| IMAGE20-2 | $1.60 |
| IMAGE23-0 | $0.20 |
| IMAGE24-0 | $1.50 |
| IMAGE25-0 | $0.30 |
| IMAGE25-1 | $0.60 |
| IMAGE28-0 | $0.60 |
| IMAGE29-0 | $0.50 |
| IMAGE29-1 | $0.20 |
| IMAGE31-0 | $0.20 |
| IMAGE32-0 | $0.20 |
| IMAGE35-0 | $0.20 |
| IMAGE36-0 | $0.40 |
| IMAGE36-1 | $0.10 |
| IMAGE39-0 | $1.50 |
| IMAGE4-0 | $0.40 |

| | |
|---|---|
| IMAGE41-0 | $0.30 |
| IMAGE41-1 | $0.10 |
| IMAGE44-0 | $0.80 |
| IMAGE44-1 | $0.30 |
| IMAGE44-2 | $0.60 |
| IMAGE44-3 | $0.20 |
| IMAGE44-4 | $0.80 |
| IMAGE44-5 | $0.20 |
| IMAGE46-0 | $0.20 |
| IMAGE47-0 | $1.00 |
| IMAGE47-1 | $0.60 |
| IMAGE47-2 | $0.50 |
| IMAGE47-3 | $0.20 |
| IMAGE47-4 | $0.20 |
| IMAGE47-5 | $1.10 |
| IMAGE47-6 | $0.20 |
| IMAGE48-0 | $0.20 |
| IMAGE5-0 | $0.20 |
| IMAGE51-0 | $1.30 |
| IMAGE51-1 | $0.20 |
| IMAGE51-2 | $0.70 |
| IMAGE51-3 | $0.20 |
| IMAGE51-4 | $0.90 |
| IMAGE51-5 | $0.60 |
| IMAGE51-6 | $1.20 |
| IMAGE52-0 | $1.40 |
| IMAGE53-0 | $0.20 |
| IMAGE54-0 | $0.70 |
| IMAGE54-1 | $0.50 |
| IMAGE54-10 | $0.10 |
| IMAGE54-2 | $0.20 |
| IMAGE54-3 | $0.20 |
| IMAGE54-4 | $0.10 |
| IMAGE54-5 | $0.30 |
| IMAGE54-6 | $0.10 |
| IMAGE54-7 | $0.30 |
| IMAGE54-8 | $0.60 |
| IMAGE54-9 | $0.60 |
| IMAGE57-0 | $1.80 |
| IMAGE57-1 | $0.80 |
| IMAGE57-10 | $1.00 |
| IMAGE57-11 | $3.00 |
| IMAGE57-12 | $0.20 |
| IMAGE57-13 | $0.10 |
| IMAGE57-14 | $0.10 |
| IMAGE57-15 | $0.20 |
| IMAGE57-16 | $0.10 |

| | |
|---|---|
| IMAGE57-17 | $0.60 |
| IMAGE57-18 | $0.20 |
| IMAGE57-19 | $0.20 |
| IMAGE57-2 | $1.40 |
| IMAGE57-3 | $0.60 |
| IMAGE57-4 | $0.80 |
| IMAGE57-5 | $1.40 |
| IMAGE57-6 | $0.50 |
| IMAGE57-7 | $1.50 |
| IMAGE57-8 | $0.60 |
| IMAGE57-9 | $0.90 |
| IMAGE6-0 | $0.10 |
| IMAGE60-0 | $0.60 |
| IMAGE62-0 | $1.80 |
| IMAGE62-1 | $0.80 |
| IMAGE62-10 | $0.90 |
| IMAGE62-11 | $0.60 |
| IMAGE62-2 | $2.00 |
| IMAGE62-3 | $2.60 |
| IMAGE62-4 | $0.10 |
| IMAGE62-5 | $0.50 |
| IMAGE62-6 | $3.00 |
| IMAGE62-7 | $0.50 |
| IMAGE62-8 | $0.50 |
| IMAGE62-9 | $0.40 |
| IMAGE63-0 | $0.20 |
| IMAGE65-0 | $0.20 |
| IMAGE66-0 | $0.20 |
| IMAGE67-0 | $0.20 |
| IMAGE69-0 | $0.40 |
| IMAGE7-0 | $0.20 |
| IMAGE72-0 | $0.20 |
| IMAGE73-0 | $2.20 |
| IMAGE73-1 | $3.00 |
| IMAGE73-2 | $0.60 |
| IMAGE73-3 | $3.00 |
| IMAGE73-4 | $1.50 |
| IMAGE73-5 | $0.30 |
| IMAGE73-6 | $0.10 |
| IMAGE73-7 | $0.60 |
| IMAGE73-8 | $0.50 |
| IMAGE73-9 | $0.30 |
| IMAGE75-0 | $1.50 |
| IMAGE75-1 | $0.60 |
| IMAGE75-2 | $2.30 |
| IMAGE75-3 | $0.20 |
| IMAGE75-4 | $0.50 |

| | |
|---|---|
| IMAGE75-5 | $3.00 |
| IMAGE75-6 | $0.40 |
| IMAGE75-7 | $0.40 |
| IMAGE75-8 | $0.50 |
| IMAGE76-0 | $0.10 |
| IMAGE77-0 | $0.20 |
| IMAGE79-0 | $0.40 |
| IMAGE79-1 | $0.10 |
| IMAGE8-0 | $0.20 |
| IMAGE82-0 | $0.40 |
| IMAGE85-0 | $0.30 |
| IMAGE88-0 | $1.70 |
| IMAGE88-1 | $0.20 |
| IMAGE88-2 | $3.00 |
| IMAGE88-3 | $0.30 |
| IMAGE88-4 | $0.40 |
| IMAGE88-5 | $0.20 |
| IMAGE88-6 | $0.50 |
| IMAGE88-7 | $0.60 |
| IMAGE88-8 | $1.20 |
| IMAGE9-0 | $1.50 |
| IMAGE90-0 | $0.30 |
| IMAGE92-0 | $2.90 |
| IMAGE92-1 | $3.00 |
| IMAGE92-10 | $0.50 |
| IMAGE92-11 | $0.20 |
| IMAGE92-12 | $1.50 |
| IMAGE92-13 | $2.90 |
| IMAGE92-14 | $0.60 |
| IMAGE92-2 | $3.00 |
| IMAGE92-3 | $2.40 |
| IMAGE92-4 | $2.50 |
| IMAGE92-5 | $2.40 |
| IMAGE92-6 | $3.00 |
| IMAGE92-7 | $1.60 |
| IMAGE92-8 | $3.00 |
| IMAGE92-9 | $1.10 |
| IMAGE94-0 | $0.30 |
| IMAGE95-0 | $0.20 |
| IMAGE96-0 | $0.40 |
| IMAGE96-1 | $0.10 |
| IMAGE98-0 | $1.00 |
| IMAGE98-1 | $2.70 |
| IMAGE98-2 | $1.00 |
| IMAGE98-3 | $0.40 |
| IMAGE98-4 | $0.70 |
| IMAGE98-5 | $0.30 |

| | |
|---|---|
| DOCKET REPORT | $0.80 |
| IMAGE106-1 | $0.70 |
| IMAGE139-0 | $0.20 |
| DOCKET REPORT | $1.40 |
| DOCKET REPORT | $1.40 |
| IMAGE1-0 | $0.90 |
| DOCKET REPORT | $1.40 |
| DOCKET REPORT | $1.40 |
| IMAGE138-0 | $0.40 |
| DOCKET REPORT | $1.40 |
| IMAGE39-0 | $1.50 |
| IMAGE24-0 | $1.50 |
| DOCKET REPORT | $0.40 |
| IMAGE19-0 | $0.60 |
| DOCKET REPORT | $0.90 |
| DOCKET REPORT | $0.90 |
| IMAGE77-0 | $1.70 |
| IMAGE79-0 | $0.20 |
| DEADLINE/HEARINGS | $0.10 |
| IMAGE138-0 | $0.40 |
| DOCKET REPORT | $1.40 |
| IMAGE24-0 | $1.50 |
| DOCKET REPORT | $1.40 |
| DOCKET REPORT | $2.40 |
| IMAGE257-0 | $0.60 |
| IMAGE232-0 | $2.00 |
| IMAGE146-0 | $3.00 |
| IMAGE115-0 | $0.60 |
| IMAGE108-0 | $2.90 |
| IMAGE109-0 | $0.50 |
| IMAGE103-0 | $0.60 |
| SEARCH | $0.80 |
| DOCKET REPORT | $0.50 |
| DOCKET REPORT | $1.30 |
| IMAGE141-0 | $3.00 |
| IMAGE145-0 | $0.20 |
| IMAGE161-0 | $0.20 |
| IMAGE150-0 | $1.70 |
| DOCKET REPORT | $2.40 |
| IMAGE154-0 | $0.40 |
| DOCKET REPORT | $1.40 |
| IMAGE24-0 | $1.50 |
| HISTORY/DOCUMENTS | $0.40 |
| IMAGE24-0 | $1.50 |
| IMAGE72-0 | $0.20 |
| IMAGE146-0 | $0.20 |
| IMAGE152-0 | $0.30 |

| | |
|---|---|
| DOCKET REPORT | $1.50 |
| DOCKET REPORT | $1.50 |
| IMAGE120-0 | $1.00 |
| DOCKET REPORT | $1.50 |
| IMAGE154-0 | $1.60 |
| IMAGE154-1 | $0.10 |
| IMAGE154-2 | $0.10 |
| IMAGE154-3 | $2.70 |
| IMAGE154-4 | $0.90 |
| IMAGE154-5 | $1.90 |
| IMAGE154-6 | $0.50 |
| IMAGE154-7 | $0.30 |
| IMAGE154-8 | $0.30 |
| IMAGE154-9 | $1.90 |
| IMAGE154-10 | $2.60 |
| IMAGE154-11 | $0.30 |
| IMAGE154-12 | $2.70 |
| IMAGE154-13 | $1.80 |
| IMAGE154-14 | $2.50 |
| IMAGE154-15 | $1.40 |
| IMAGE154-16 | $0.20 |
| DOCKET REPORT | $1.50 |
| DOCKET REPORT | $1.50 |
| IMAGE94-0 | $0.30 |
| DOCKET REPORT | $1.50 |
| DOCKET REPORT | $1.50 |
| DOCKET REPORT | $1.50 |
| DOCKET REPORT | $1.50 |
| DOCKET REPORT | $1.60 |
| IMAGE154-6 | $0.50 |
| IMAGE154-0 | $1.60 |
| IMAGE154-1 | $0.10 |
| IMAGE154-2 | $0.10 |
| IMAGE154-3 | $2.70 |
| IMAGE154-4 | $0.90 |
| IMAGE154-5 | $1.90 |
| IMAGE154-7 | $0.30 |
| IMAGE154-8 | $0.30 |
| IMAGE154-9 | $1.90 |
| IMAGE154-10 | $2.60 |
| IMAGE154-11 | $0.30 |
| IMAGE154-12 | $2.70 |
| IMAGE154-13 | $1.80 |
| IMAGE154-14 | $2.50 |
| IMAGE154-15 | $1.40 |
| IMAGE154-16 | $0.20 |
| IMAGE155-0 | $0.40 |

| | |
|---|---|
| IMAGE155-1 | $0.10 |
| DOCKET REPORT | $0.20 |
| HISTORY/DOCUMENTS | $0.40 |
| DOCKET REPORT | $1.60 |
| IMAGE100-0 | $0.20 |
| IMAGE112-0 | $0.20 |
| IMAGE94-0 | $0.30 |
| DOCKET REPORT | $1.50 |
| IMAGE157-0 | $0.50 |
| IMAGE157-1 | $0.20 |
| IMAGE157-0 | $0.50 |
| IMAGE157-1 | $0.20 |
| IMAGE161-0 | $0.30 |
| DOCKET REPORT | $1.60 |
| DOCKET REPORT | $1.60 |
| IMAGE166-0 | $0.10 |
| IMAGE166-1 | $0.60 |
| IMAGE166-2 | $2.70 |
| DOCKET REPORT | $1.60 |
| DEADLINE/HEARINGS | $0.10 |
| DOCKET REPORT | $1.60 |
| IMAGE92-0 | $2.90 |
| DOCKET REPORT | $1.60 |
| IMAGE109-0 | $2.00 |
| DOCKET REPORT | $1.70 |
| IMAGE138-0 | $0.40 |
| DOCKET REPORT | $1.70 |
| DEADLINE/HEARINGS | $0.10 |
| STATUS | $0.10 |
| CASE SUMMARY | $0.10 |
| FILER LIST | $0.10 |
| DOCKET REPORT | $1.70 |
| DEADLINE/HEARINGS | $0.10 |
| STATUS | $0.10 |
| CASE SUMMARY | $0.10 |
| HISTORY/DOCUMENTS | $0.40 |
| DOCKET REPORT | $1.70 |
| DOCKET REPORT | $1.70 |
| IMAGE138-0 | $0.40 |
| IMAGE168-0 | $0.20 |
| IMAGE170-0 | $0.20 |
| DOCKET REPORT | $1.70 |
| DOCKET REPORT | $1.70 |
| DOCKET REPORT | $1.70 |
| DOCKET REPORT | $1.70 |
| IMAGE138-0 | $0.40 |
| DOCKET REPORT | $1.70 |

| | |
|---|---|
| DEADLINE/HEARINGS | $0.10 |
| DOCKET REPORT | $1.70 |
| DOCKET REPORT | $1.70 |
| IMAGE168-0 | $0.20 |
| IMAGE174-0 | $0.20 |
| DOCKET REPORT | $1.70 |
| IMAGE138-0 | $0.40 |
| DOCKET REPORT | $1.70 |
| IMAGE174-0 | $0.20 |
| DOCKET REPORT | $1.70 |
| DOCKET REPORT | $1.70 |
| DOCKET REPORT | $1.70 |
| IMAGE167-0 | $0.20 |
| DOCKET REPORT | $1.70 |
| IMAGE130-1 | $0.10 |
| IMAGE141-1 | $0.10 |
| IMAGE149-1 | $0.10 |
| IMAGE150-1 | $0.10 |
| IMAGE154-1 | $0.10 |
| IMAGE174-0 | $0.20 |
| IMAGE60-0 | $0.60 |
| DOCKET REPORT | $1.70 |
| IMAGE176-0 | $0.30 |
| IMAGE176-1 | $2.20 |
| IMAGE176-2 | $1.90 |
| IMAGE176-3 | $1.70 |
| IMAGE176-4 | $0.30 |
| IMAGE176-5 | $0.20 |
| IMAGE177-0 | $1.40 |
| IMAGE177-1 | $0.60 |
| IMAGE177-10 | $3.00 |
| IMAGE177-11 | $3.00 |
| IMAGE177-12 | $0.20 |
| IMAGE177-13 | $2.30 |
| IMAGE177-14 | $1.70 |
| IMAGE177-15 | $0.90 |
| IMAGE177-16 | $2.60 |
| IMAGE177-17 | $1.70 |
| IMAGE177-18 | $1.50 |
| IMAGE177-19 | $0.60 |
| IMAGE177-2 | $2.30 |
| IMAGE177-20 | $0.40 |
| IMAGE177-3 | $0.40 |
| IMAGE177-4 | $0.70 |
| IMAGE177-5 | $3.00 |
| IMAGE177-6 | $1.50 |
| IMAGE177-7 | $0.60 |

| | |
|---|---|
| IMAGE177-8 | $0.80 |
| IMAGE177-9 | $0.50 |
| DOCKET REPORT | $1.70 |
| DOCKET REPORT | $1.80 |
| IMAGE185-0 | $1.10 |
| IMAGE184-0 | $1.60 |
| DOCKET REPORT | $1.80 |
| IMAGE24-0 | $1.50 |
| DOCKET REPORT | $1.80 |
| IMAGE154-0 | $1.60 |
| DOCKET REPORT | $1.80 |
| DOCKET REPORT | $1.80 |
| IMAGE191-0 | $1.10 |
| IMAGE191-1 | $0.30 |
| DOCKET REPORT | $1.80 |
| IMAGE192-2 | $0.10 |
| IMAGE192-0 | $0.10 |
| IMAGE192-1 | $0.10 |
| IMAGE192-3 | $0.10 |
| IMAGE192-4 | $0.10 |
| IMAGE192-5 | $0.10 |
| IMAGE192-6 | $0.10 |
| IMAGE192-7 | $0.10 |
| IMAGE192-8 | $0.10 |
| IMAGE192-9 | $0.10 |
| IMAGE154-0 | $1.60 |
| IMAGE181-0 | $0.10 |
| IMAGE180-0 | $1.30 |
| DOCKET REPORT | $1.80 |
| DOCKET REPORT | $1.80 |
| DOCKET REPORT | $1.80 |
| IMAGE179-3 | $3.00 |
| DOCKET REPORT | $1.90 |
| IMAGE195-0 | $0.20 |
| DOCKET REPORT | $1.90 |
| IMAGE196-0 | $0.20 |
| DOCKET REPORT | $1.90 |
| IMAGE197-0 | $1.20 |
| DOCKET REPORT | $1.90 |
| IMAGE198-0 | $2.00 |
| DOCKET REPORT | $1.90 |
| IMAGE199-0 | $0.80 |
| DOCKET REPORT | $1.90 |
| IMAGE184-0 | $1.60 |
| DOCKET REPORT | $1.90 |
| IMAGE1-0 | $0.90 |
| IMAGE73-0 | $2.20 |

| | |
|---|---|
| IMAGE73-1 | $3.00 |
| IMAGE73-6 | $0.10 |
| IMAGE73-8 | $0.50 |
| IMAGE73-9 | $0.30 |
| IMAGE92-0 | $2.90 |
| IMAGE92-1 | $3.00 |
| IMAGE92-2 | $3.00 |
| IMAGE92-3 | $2.40 |
| IMAGE92-4 | $2.50 |
| IMAGE92-5 | $2.40 |
| IMAGE92-6 | $3.00 |
| IMAGE92-7 | $1.60 |
| IMAGE92-8 | $3.00 |
| IMAGE92-9 | $1.10 |
| IMAGE92-10 | $0.50 |
| IMAGE92-11 | $0.20 |
| IMAGE92-12 | $1.50 |
| IMAGE92-13 | $2.90 |
| IMAGE92-14 | $0.60 |
| IMAGE73-2 | $0.60 |
| IMAGE73-3 | $3.00 |
| IMAGE73-4 | $1.50 |
| IMAGE73-5 | $0.30 |
| IMAGE73-7 | $0.60 |
| IMAGE109-0 | $2.00 |
| IMAGE109-1 | $0.50 |
| IMAGE109-2 | $0.80 |
| IMAGE109-4 | $0.50 |
| IMAGE109-3 | $0.50 |
| IMAGE109-5 | $1.20 |
| IMAGE109-6 | $0.30 |
| IMAGE109-7 | $0.50 |
| IMAGE109-8 | $0.50 |
| IMAGE109-9 | $0.10 |
| IMAGE109-10 | $2.10 |
| IMAGE109-12 | $0.20 |
| IMAGE109-11 | $0.70 |
| IMAGE202-1 | $0.20 |
| DOCKET REPORT | $1.90 |
| DOCKET REPORT | $1.90 |
| IMAGE207-0 | $0.80 |
| DOCKET REPORT | $1.90 |
| IMAGE209-0 | $0.60 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| IMAGE212-0 | $0.80 |
| DOCKET REPORT | $2.00 |

| | |
|---|---|
| DOCKET REPORT | $2.00 |
| IMAGE215-0 | $0.10 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| IMAGE218-0 | $0.10 |
| IMAGE218-1 | $0.10 |
| IMAGE218-2 | $0.10 |
| IMAGE218-3 | $0.10 |
| IMAGE217-0 | $0.10 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| IMAGE217-0 | $0.10 |
| IMAGE218-2 | $0.10 |
| IMAGE218-0 | $0.10 |
| IMAGE218-1 | $0.10 |
| IMAGE218-3 | $0.10 |
| IMAGE217-0 | $0.10 |
| IMAGE218-0 | $0.10 |
| IMAGE218-3 | $0.10 |
| IMAGE218-1 | $0.10 |
| IMAGE218-2 | $0.10 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| DOCKET REPORT | $2.00 |
| Docket Report | $2.10 |
| Image224-0 | $0.20 |
| Image224-1 | $0.20 |
| Image224-2 | $0.10 |
| Image224-3 | $0.10 |
| Image224-4 | $0.10 |
| Docket Report | $2.10 |
| Image230-0 | $0.10 |
| Image228-0 | $0.40 |
| Image225-0 | $0.20 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| Image232-0 | $0.30 |

| | |
|---|---|
| Docket Report | $2.10 |
| Image227-0 | $0.90 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| Image233-0 | $0.30 |
| Image234-0 | $0.20 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| Image235-0 | $0.30 |
| Docket Report | $2.10 |
| Image235-2 | $0.30 |
| Image235-1 | $2.80 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| Docket Report | $2.10 |
| | **$589.10** |
| | |
| | $0.00 |
| | |
| | $0.00 |
| | |
| Insight Investigative Service | $1,320.15 |
| Watchpoint | $110.00 |
| Jury Verdict Reporter | $95.00 |
| Law Tool Box | $138.00 |
| Brady Investigative Group | $318.25 |
| VCN Court Fees | $28.00 |
| Pacer Court Records Search | $7.00 |
| Pacer Court Records Search | $42.20 |
| Jury Verdict Reporter | $95.00 |
| Hovland Forensic & Financial | $1,000.00 |
| OP Denver Parking-Pretrial Conference | $26.00 |
| Foodbar Grand Junction | $66.11 |
| Springhill Suites | $170.63 |
| Foodbar Grand Junction | $110.19 |
| Pablo's Pizza Grand Junction | $23.18 |
| Foodbar Grand Junction | $300.87 |
| Las Marias | $29.00 |
| C&F Fuel | $75.00 |
| Springhill Suites | $396.85 |
| Springhill Suites | $558.11 |
| United Airlines | $905.80 |
| Taylor & Francis | $54.34 |

| | |
|---|---|
| Smartdraw | $119.40 |
| Panera, Trial Prep Lunch Frank Whidden | $66.82 |
| Colorado Interactive-E-Filing | $31.44 |
| 20th Champa Parking | $10.00 |
| Starbucks w/client | $19.44 |
| OP Parking Denver during trial | $26.00 |
| 20th Champa Parking | $10.00 |
| OP Parking Denver during trial | $26.00 |
| 20th Champa Parking | $10.00 |
| Starbucks w/client | $29.48 |
| OP Parking Denver during trial | $26.00 |
| Denver Place Parking | $26.00 |
| Starbucks w/client | $10.96 |
| OP Parking Denver during trial | $26.00 |
| Elway's-Lunch during trial | $73.32 |
| Denver Place Parking | $26.00 |
| Hovland Forensic & Financial | $549.99 |
| Dalby, Wendland & CO | $1,000.00 |
| F. Whidden Lyft Recipts | $167.81 |
| Dalby, Wendland & CO | $4,641.00 |
| | **$12,765.34** |
| | |
| | **$33,127.36** |