# FEES FOR DISTRIBURSEMENTS FOR PRINTING

775534

07/31/2018

**BECHTEL SANTO & SEVERN**
**ATTORNEYS AT LAW**
**205 N. 4TH STREET, SUITE 300**
**GRAND JUNCTION, CO 81501**
Phone: 970-683-5888
ID #47-2438110


RECEIVED
AUG 02 2018
MESA COUNTY ATTORNEY

## STATEMENT

MESA COUNTY
ATTN: PATRICK COLEMAN
PO BOX 20000, DEPT 5004
GRAND JUNCTION CO 81502

Client #: 2388
File #: 2388.014
As of Date: 07/24/2018
Invoice #: 14317

RE: DEBRA BOURICIUS

| DATE | TKPR | SERVICE | | AMOUNT |
|---|---|---|---|---|
| 06/26/2018 | EET | Correspondence to EEOC re: FOIA request; draft affirmative defenses for Answer | .80 | 152.00 |
| 06/26/2018 | AWS | Receipt/Review of message re: FOIA denial; research FOIA procedures; draft letter to EEOC re: the same; telephone call to EEOC representative re: the same | 1.10 | 253.00 |
| 06/27/2018 | AWS | Draft memo re: counterclaims; draft correspondence to Nina re: CCRD file; compare CCRD file to Mesa County documents; telephone conference with the EEOC and email correspondence with Nina re: the same | 5.30 | 1,219.00 |
| 06/28/2018 | EET | Draft affirmative defenses in Answer; research governmental immunity | 2.60 | 494.00 |
| 06/28/2018 | AWS | Review, legal research, and draft re: affirmative defenses | 2.20 | 506.00 |
| 06/29/2018 | EET | Receipt/Review of FOIA determination | .10 | 19.00 |
| 06/29/2018 | AWS | Telephone conference with EEOC re: FOIA request | .30 | 69.00 |
| 07/06/2018 | MCS | Receipt/Review of Answer to Complaint | .50 | 135.00 |
| 07/06/2018 | AWS | Correspondence with Nina re: Answer | .20 | 46.00 |
| 07/08/2018 | MCS | Receipt/Review of memorandum from Alicia regarding possible counterclaims against Bouricius | .50 | 135.00 |
| 07/09/2018 | AWS | Receipt/Review of revisions to the Answer; revise Answer and correspondence with Nina re: the same | .40 | 92.00 |
| 07/09/2018 | MCS | Receipt/Review of Answer to Complaint; prepare suggested changes | .50 | 135.00 |

CO2012-005

V-040839    570-10925 .62510

15021- 1501- 15001- 15018

NW/ DG

File #: 2388.014          Page#: 2
MESA COUNTY          Invoice #: 14317

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/10/2018 | EET | Review and edit Answer | .50 | 95.00 |
| 07/10/2018 | AWS | Revise Answer; correspondence with Nina re: Answer and case update | .30 | 69.00 |
| 07/13/2018 | AWS | Correspondence with counsel re: magistrate judge | .10 | 23.00 |
| 07/16/2018 | AWS | Draft court form; correspondence with counsel re: the same; receipt/review of proposed scheduling order and telephone conference with counsel re: the same; receipt/review of CORA request and correspondence with Nina re: the same; receipt/review of discovery requests; revise proposed scheduling order | 2.50 | 575.00 |
| 07/16/2018 | MCS | Receipt/Review of Plaintiff's proposed Scheduling Order; conference with Alicia regarding proposed Order; conference with Plaintiff's attorney regarding Order; receipt/review of discovery requests from Plaintiff's attorney; conference with Alicia regarding requests | .90 | 243.00 |
| 07/17/2018 | MCS | Receipt/Review of revised Scheduling Order; telephone conference with Nina and Alicia regarding revised Scheduling Order and other discovery issues | .80 | 216.00 |
| 07/17/2018 | AWS | Review discovery requests; telephone conference with Nina; correspondence with counsel re: CORA matter; correspondence with Nina re: CORA and case matters; revise proposed scheduling order and correspondence with Nina re: the same | 1.20 | 276.00 |
| 07/19/2018 | AWS | Review documents; draft Initial Disclosures; correspondence with Nina re: scheduling order | 3.20 | 736.00 |
| 07/23/2018 | MCS | Review Defendant's Initial Disclosures and documents not produced table; review Scheduling Order; prepare emails to Nina regarding Initial Disclosures | .40 | 108.00 |
| 07/23/2018 | AWS | Research and correspondence with Nina re: discovery requests; correspondence with counsel re: Scheduling Order | .30 | 69.00 |
| 07/24/2018 | AWS | Revise Scheduling Order and correspondence with counsel re: the same; telephone conference with Nina re: discovery matters; telephone conference with counsel re: proposed Scheduling Order | 1.40 | 322.00 |

```
File #: 2388.014                                                    Page#:      3
                                                                    Invoice #:  14317
MESA COUNTY

07/24/2018  MCS         Telephone conference with Nina and              .50        135.00
                        Alicia re: discovery matters and
                        proposed Scheduling Order
                                                    TOTAL SERVICES RENDERED:    $6,122.00

       TIMEKEEPER SUMMARY:

   AWS    - ALICIA W SEVERN, PARTNER          18.50 HRS @ $ 230.00/HR =   4,255.00
   EET    - EMILY E TICHENOR, ASSOCIATE        4.00 HRS @ $ 190.00/HR =     760.00
   MCS    - MICHAEL C SANTO, PARTNER           4.10 HRS @ $ 270.00/HR =   1,107.00
                                       Totals   26.60                    $6,122.00
   DATE                  DESCRIPTION                                              AMOUNT
   06/26/2018            COLORADO CIVIL RIGHTS DIVISION - Cost                    107.75
                         advanced for 451 photo copies of
                         Boricius case file (first 20 pages
                         are free, so 431 x .25 = $107.75) CK#
                         - 12085
                                                    TOTAL COSTS ADVANCED:        $107.75
   DATE                  DESCRIPTION                                              AMOUNT
   07/23/2018            CK# 280972 - THANK YOU                                 3,637.00
                                                    TOTAL PAYMENTS RECEIVED:   $3,637.00

                                                    PREVIOUS BALANCE:           3,637.00
                                                    CURRENT CHARGES:            6,229.75
                                                    LESS PAYMENTS:              3,637.00

                                                    TOTAL AMOUNT DUE:          $6,229.75
```

JOIN US FOR OUR EMPLOYMENT-LAW UPDATE SEMINAR HOSTED BY
DAHRM IN DURANGO, CO, ON AUGUST 8, 2018!  GO TO
DAHRM.ORG TO REGISTER.  THIS STATEMENT REFLECTS PAYMENTS
RECEIVED THROUGH JULY 31, 2018.  PLEASE INCLUDE YELLOW
REMITTANCE COPY AND MAKE CHECKS TO BECHTEL SANTO & SEVERN.

# Invoice

Copy Kat Services

6795 East Tennessee Ave, Suite 1-643
Denver, CO 80224

| Date | Invoice # |
|---|---|
| 4/16/2020 | 1022 |

| Bill To |
|---|
| Lambdin & Chaney, LLP<br>4949 S. Syracuse St, Ste 600<br>Denver, CO 80237 |

| P.O. No. | Terms | Project |
|---|---|---|
| Bouricious v. Mesa... | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 14,989 | B&W printing (3-hole punch and bind) | 0.12 | 1,798.68 |
| 42 | Color printing (3-hole punch and bind) | 0.45 | 18.90 |

Make all checks payable to Copy Kat Services, LLC

Thank you for your business!

**Total** $1,817.58



**Copy Kat Services**

6795 East Tennessee Ave,
Suite 1-643
Denver, CO 80224

# Invoice

| Date | Invoice # |
|---|---|
| 10/29/2021 | 1155 |

| EIN |
|---|
| 83-4050412 |

| Bill To |
|---|
| Lambdin & Chaney, LLP<br>4949 S. Syracuse St, Ste 600<br>Denver, CO 80237 |

| Project Name | Project | Terms |
|---|---|---|
| Bouricious v Mesa | | Net 30 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| B&W printing (3-hole punch and bind) | 3,717 | 0.12 | 446.04T |
| Color printing (3-hole punch and bind) | 11,696 | 0.40 | 4,678.40T |
| Electronic work for native file conversion and organization | 7.75 | 75.00 | 581.25 |
| Sales Tax | | 8.81% | 451.46 |

Make all checks payable to Copy Kat Services, LLC

Thank you for your business!

**Total** $6,157.15