# FEES FOR WITNESSES



## Hampton Inn & Suites Denver-Downtown

1845 Sherman Street
Denver CO 80203 US
**Maps & Directions >>**

13038648000

**31 SUN OCT**
Check In: 3:00 PM

**2 Nights**

**2 TUE NOV**
Check Out: 11:00 AM

Due to the current travel environment, hotel amenities and services may be limited. Visit the **Hampton Inn & Suites Denver-Downtown** hotel website for property policies and updates. Please check with regional health and government authorities about the evolving health and safety requirements that may be in place at the location of your stay. **Learn more→**

## Your Room Information

**Guest Name:** Frank Whidden
**Guests:** 2 Adults
**Rooms:** 1
**Room Plan:** 1 KING BED NONSMOKING

**Your Rate Information**     Honors Nonrefundable

**Rate per night**

| | |
|---|---|
| Oct-31-2021 - Nov-01-2021 | 145.04 USD |
| Nov-01-2021 - Nov-02-2021 | 124.46 USD |
| **Total for Stay per Room Rate** | **269.50 USD** |
| **Taxes** | 42.45 USD |
| **Total price for Stay** | **311.95 USD** |

 **Modify Your Reservation >**

## What To Expect When You Arrive



### Clean & Ready for You

We are creating an even cleaner stay for you from your guest room to public areas to food and beverage. **Learn more→**



### Hot Breakfast—On Us!

Imagine a free, hot breakfast every morning of your stay. It's here—join us. **Learn more→**



### Upon Request Housekeeping

Whether that means calling the front desk to get your room cleaned or keeping your room to yourself, control over your stay is up to you. **Read other changes→**



## Hampton Inn & Suites Denver-Downtown

1845 Sherman Street
Denver CO 80203 US
**Maps & Directions >>**

13038648000

**2 TUE NOV**
Check In: 3:00 PM

**1 Night**

**3 WED NOV**
Check Out: 11:00 AM

Due to the current travel environment, hotel amenities and services may be limited. Visit the **Hampton Inn & Suites Denver-Downtown** hotel website for property policies and updates. Please check with regional health and government authorities about the evolving health and safety requirements that may be in place at the location of your stay. **Learn more→**

## Your Room Information

**Guest Name:** Lori Marak
**Guests:** 2 Adults
**Rooms:** 1
**Room Plan:** 1 KING BED NONSMOKING

**Your Rate Information**     Honors Nonrefundable

**Rate per night**

|  |  |
|---|---|
| Nov-02-2021 - Nov-03-2021 | 124.46 USD |
| **Total for Stay per Room Rate** | **124.46 USD** |
| Taxes | 19.60 USD |
| **Total price for Stay** | **144.06 USD** |

 Modify Your Reservation >

## What To Expect When You Arrive



### Clean & Ready for You

We are creating an even cleaner stay for you from your guest room to public areas to food and beverage. **Learn more→**



### Hot Breakfast—On Us!

Imagine a free, hot breakfast every morning of your stay. It's here—join us. **Learn more→**



### Upon Request Housekeeping

Whether that means calling the front desk to get your room cleaned or keeping your room to yourself, control over your stay is up to you. **Read other changes→**

3

**Receipt 1 (Stinker / Sinclair):**

```
THANK YOU FOR
SHOPPING AT
STINKER 3221
2903 NORTH AVE
GRAND JUNCTION, CO

**** DUPLICATE RECEIPT ****

Store: 0322    Dispenser #: 08
Date: 11-03-21   Time 16:58
         Receipt# 151130
SINCLAIR
Card: XXXXXXXXXXXX0013
Unleaded Regular
Price/Gallon $3.299
Gallons:        6.680
Fuel Amount  USD 22.04
Sale Amount  USD 22.04
Approval:       438898

**** DUPLICATE RECEIPT ****
```

**Receipt 2 (Subway):**

```
Subway#59124-0 Phone 303-953-5384
         1795 Champa St
         Denver, CO, 80203
Served by: 6467 11/2/2021 12:16:43 pm
     Term ID-Trans# 1/A-458258

Qty Size Item                    Price

 1         Cold Cut Combo Salad   7.28
 1         Large Fountain 40oz    2.69

Sub Total                         9.97
General Sales Tax (8%)            0.80
Total (Eat In)                   10.77
Credit Card                      10.77
Change                            0.00
Take our 1-minute survey
& get a FREE cookie!
www.tellsubway.com
    Approval No: 00125P
    Reference No: 6fuv001635876993033
    Card Issuer: MasterCard
    Account No: ************0654
    Acquired: ICC
    Amount: $10.77
    Application: Mastercard
    AID: A0000000041010
    MID: 527021002070672
    TID: 75472781
    Date/Time: 11/02/2021 12:16:33
    APPROVED

         CUSTOMER COPY

Order ID: 6456358770018090

Let tuce know how we did today at
global.subway.com and we'll send
you a sweet offer.
```

**Receipt 3 (Grand Junction Regional Airport Parking):**

```
         Receipt

318906110317222021


Grand Junction Regional Airport
Republic Parking System
2828 Walker Field Dr
Grand Junction, CO 81506
970-245-5154

FeeComputer Number: 6
Entry Time: 10/31/2021 1:56 PM
Exit Time:  11/3/2021 5:22 PM
Duration:  3d  3h 26m
Op: James
Non-resetable tr #: 298124
Tran: 3189
Ticket Number: 26297

Transient Parking      $  36.00
                       ----------
Total:                 $  36.00
MasterCard             $  36.00
                          0654
```

```
      Brown Palace Hotel
         321 17th St
         Denver, CO  80202

Server: Ibrahima        DOB: 11/01/2021
06:55 PM                     11/01/2021
209/1                         11/110015

                SALE

11/01/2021              18:55:49
MID: 1                   TID: 1
116339

             CREDIT CARD

              PURCHASE

Chip Card:              Mastercard
       APPROVED BY ISSUER
CARD #:         XXXXXXXXXXXX0654
TC:             A07399A5AB80DA36
INVOICE:                481100015
Approval Code:             07417P
Entry Method:           Chip Read
Mode:                      Issuer

AID:             A0000000041010
ATC:                       0032
TSI:  6800         ARC: 07417P
  SubTotal         USD $  29.32

    Tip            USD $  5.00

    Total          USD $  34.32

Signature:_____
            FRANK WHIDDEN
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

            CUSTOMER COPY


             Thank You!!!

              Merchant
```

```
                Receipt

1799061028220220021

Grand Junction Regional Airport
Republic Parking System
2828 Walker Field Dr
Grand Junction, CO 81506
970-245-5154

FeeComputer Number: 6
Entry Time: 10/28/2021  6:50 AM
Exit Time:  10/28/2021 10:02 PM
Duration: 15h 12m
Op: Josh
Non-resetable tr #: 296732
Tran: 1799
Ticket Number: 25926

Transient Parking       $   10.00
                        -----------
Total:                  $   10.00
MasterCard              $   10.00
Last 4 Digits:             0654
```



```
          Cantina Grill
    Concourse B Mezzanine Level
          PO Box 49310
         Denver, CO 80249
         (303) 342-8469

Server: Mark            10/28/2021
Table 52/1                 5:59 PM
Guests: 1                    30086
Reprint #: 2

Fountain Soda                 2.95
Chips & Salsa                 3.00

Subtotal                      5.95
Tax                           0.48

Total                         6.43

CASH                        100.00
```



Thank you, Frank Whidden
Please review order details below

Order number: #7

| Delivery information | 2021-10-31 09.06 PM |
|---|---|

**Hampton Inn & Suites Downtown Denver**

1845 Sherman St,
Denver, CO 80203

Denver, 80203

**Room number:** 118

**Payment:** CARD

## ITEMS ORDERED

| **1x** Impossible Burger | $20.00 |
|---|---|
| **1x** Pure Leaf Iced Tea | $4.00 |

## EXTRAS

| **1x** Small Salad | $0.00 |
|---|---|

| Subtotal | $24.00 |
|---|---|

| Tax | $1.92 |
|---|---|
| Tip | $5.00 |
| **TOTAL** | **$30.92** |



AT YOUR ROOM SERVICE
www.butlermenu.com

2

**From:** United Airlines, Inc. <Receipts@united.com>
**Sent:** Thursday, October 28, 2021 2:28 PM
**To:** Kathy Chaney <kchaney@lclaw.net>
**Subject:** eTicket Itinerary and Receipt for Confirmation DBRNCY



Thu, Oct 28, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

1

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# DBRNCY

| Flight 1 of 2 UA4753 | Class: United Economy (M) |
|---|---|
| Sun, Oct 31, 2021 | Sun, Oct 31, 2021 |
| **03:30 PM** | **04:40 PM** |
| Grand Junction, CO, US (GJT) | Denver, CO, US (DEN) |

Flight Operated by Skywest Airlines dba United Express.

| Flight 2 of 2 UA5488 | Class: United Economy (M) |
|---|---|
| Tue, Nov 02, 2021 | Tue, Nov 02, 2021 |
| **01:45 PM** | **02:51 PM** |
| Denver, CO, US (DEN) | Grand Junction, CO, US (GJT) |

Flight Operated by Skywest Airlines dba United Express.

## Traveler Details

WHIDDENJR/FRANKJAMES

eTicket number: **0162375824531**

Preferred Zone Assignment (0169951079148)
Preferred Zone Assignment (0169951079147)

Seats: **GJT-DEN 05C**
**DEN-GJT 02B**
**DEN-GJT**
**GJT-DEN**

## Purchase Summary

Method of payment:   **Visa ending in 7143**
Date of purchase:    **Thu, Oct 28, 2021**

Airfare:    **818.60 USD**

2

| | |
|---|---:|
| U.S. Transportation Tax: | 61.40 USD |
| U.S. Flight Segment Tax: | 8.60 USD |
| September 11th Security Fee: | 11.20 USD |
| U.S. Passenger Facility Charge: | 9.00 USD |
| Total Per Passenger: | 908.80 USD |

**Total:** 908.80 USD

### Additional Purchase Summary

| | |
|---|---:|
| Method of payment: | Visa ending in 7143 |
| Date of purchase: | Thu, Oct 28, 2021 |
| Preferred Zone Assignment (Reference Number: 0169951079148): | 19.00 USD |

**Total:** 19.00 USD

### Additional Purchase Summary

| | |
|---|---:|
| Method of payment: | Visa ending in 7143 |
| Date of purchase: | Thu, Oct 28, 2021 |
| Preferred Zone Assignment (Reference Number: 0169951079147): | 23.00 USD |

**Total:** 23.00 USD

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.18469 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases.

Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Oct 31, 2021<br>Grand Junction, CO, US (GJT)<br>to Denver, CO, US (DEN) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

3

| Tue, Nov 02, 2021<br>Denver, CO, US (DEN)<br>to Grand Junction, CO, US (GJT) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
|---|---|---|---|---|

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

4

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

**Refunds Within 24 Hours**

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

**Disinsection Notice**

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

**IMPORTANT CONSUMER NOTICES**

**Changes/Cancellations -** Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations -** For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms -** Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated

5

herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms -** If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times -** For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights -** Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding

locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

Copyright © 2021 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

# DBRNCY

| Flight 1 of 2 UA4753 | Class: United Economy (M) |

Sun, Oct 31, 2021
**03:30 PM**
Grand Junction, CO, US (GJT)

Sun, Oct 31, 2021
**04:40 PM**
Denver, CO, US (DEN)

Flight Operated by Skywest Airlines dba United Express.

| Flight 2 of 2 UA5488 | Class: United Economy (M) |

Tue, Nov 02, 2021
**01:45 PM**
Denver, CO, US (DEN)

Tue, Nov 02, 2021
**02:51 PM**
Grand Junction, CO, US (GJT)

Flight Operated by Skywest Airlines dba United Express.

## Traveler Details

WHIDDENJR/FRANKJAMES

eTicket number: **0162375824531**          Seats: **GJT-DEN 05C**
                                                  **DEN-GJT 02B**
Preferred Zone Assignment (0169951079148)         **DEN-GJT**
Preferred Zone Assignment (0169951079147)         **GJT-DEN**

## Purchase Summary

Method of payment:                          **Visa ending in 7143**
Date of purchase:                           **Thu, Oct 28, 2021**

Airfare:                                    **818.60 USD**
U.S. Transportation Tax:                    **61.40 USD**
U.S. Flight Segment Tax:                    **8.60 USD**
September 11th Security Fee:                **11.20 USD**
U.S. Passenger Facility Charge:             **9.00 USD**

2

| | |
|---|---:|
| Total Per Passenger: | 908.80 USD |

| | |
|---|---:|
| **Total:** | **908.80 USD** |

Additional Purchase Summary

| | |
|---|---:|
| Method of payment: | **Visa ending in 7143** |
| Date of purchase: | **Thu, Oct 28, 2021** |

| | |
|---|---:|
| Preferred Zone Assignment (Reference Number: 0169951079148): | 19.00 USD |

| | |
|---|---:|
| **Total:** | **19.00 USD** |

Additional Purchase Summary

| | |
|---|---:|
| Method of payment: | **Visa ending in 7143** |
| Date of purchase: | **Thu, Oct 28, 2021** |

| | |
|---|---:|
| Preferred Zone Assignment (Reference Number: 0169951079147): | 23.00 USD |

| | |
|---|---:|
| **Total:** | **23.00 USD** |

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.18469 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|