# FEES FOR COURT AND TRANSCRIPTS



# 2RIVERS
## MULTIMEDIA

**2 Rivers Multi-Media, LLC**
**1434 Grand Avenue**
**Glenwood Springs, CO 81601**

**970.384.2519**

# Invoice

| Bill To |
|---|
| Lambdin & Chaney, LLP |
| c/o K. Chaney |
| 4949 S Syracuse St STE 600 |
| Denver, CO 80237 |

| Date | Invoice No. | Terms |
|---|---|---|
| 04/03/20 | 2593 | Net 30 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Sync to Transcript | Sync video to transcript:  Video Deposition of FRANK WHIDDEN on 7.11.19 (6hr 34min) | 6.57 | 30.00 | 197.10 |
| Dropbox Upload | Dropbox upload of files -6hr 34min (we charge per two hours) | 3.5 | 30.00 | 105.00 |

| | | |
|---|---|---|
| Subtotal | | $302.10 |
| Sales Tax (0.0%) | | $0.00 |
| Total | | $302.10 |

| P.O. Number |
|---|
| |



803925

03/29/2019

# BECHTEL SANTO & SEVERN
## ATTORNEYS AT LAW
205 N. 4TH STREET, SUITE 300
GRAND JUNCTION, CO 81501
Phone: 970-683-5888
ID #47-2438110



## STATEMENT

MESA COUNTY
ATTN: PATRICK COLEMAN
PO BOX 20000, DEPT 5004
GRAND JUNCTION CO 81502

Client #: 2388
File #: 2388.014
As of Date: 03/25/2019
Invoice #:   15207

RE:  DEBRA BOURICIUS

| DATE | TKPR | SERVICE | | AMOUNT |
|------|------|---------|------|--------|
| 02/25/2019 | AWS | Telephone conference with Steve Hovland regarding Steve's review of Bouricius's expert witness report; correspondence with Nina regarding discovery matters raised by counsel; correspondence with counsel for Bouricius regarding expert witness exhibits | 1.80 | 414.00 |
| 02/26/2019 | AWS | Research discovery request matters and draft responses; correspondence with Nina regarding communication with insurance; draft Motion to Modify the Scheduling Order; correspondence with Janice Hancock regarding Bouricius's deposition | 2.30 | 529.00 |
| 02/27/2019 | AWS | Correspondence with Nina regarding Discovery Responses | .20 | 46.00 |
| 03/01/2019 | MCS | Receipt/Review of emails regarding Discovery Motion; prepare response emails; receipt/review of Court's Order and communicate with Alicia regarding Order | .50 | 135.00 |
| 03/07/2019 | MCS | Telephone conference(s) with Alicia regarding discovery and deposition scheduling issues | .30 | 81.00 |
| 03/07/2019 | AWS | Review additional information from Bouricius's expert witness and correspondence with Steve H. re: the same; correspondence with Nina regarding expert witness information and discovery matters; review Bouricius's deposition documents and correspondence with Nina re: the same; review revised deposition notice and correspondence with Nina re: the same; telephone conference | 2.20 | 506.00 |

File #: 2388.014

MESA COUNTY

Page#:     2
Invoice #:  15207

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| | | with counsel regarding deposition dates and correspondence with Nina re: the same | | |
| 03/08/2019 | AWS | Draft Discovery Responses based on deposition testimony | .30 | 69.00 |
| 03/10/2019 | MCS | Receipt/Review of Discovery Responses and prepare suggested changes | .40 | 108.00 |
| 03/11/2019 | AWS | Revise Discovery Responses, review documents, and correspondence with Nina re: the same; call with counsel regarding deposition dates and topics | 2.90 | 667.00 |
| 03/12/2019 | AWS | Revise Discovery Responses and prepare documents; draft Amended Answer; correspondence with Nina regarding discovery, Answer, and documentation from Bouricius; telephone conference and correspondence with Steve H. regarding documents and services | 3.40 | 782.00 |
| 03/12/2019 | MCS | Receipt/Review of emails and Discovery Responses; prepare response email | .50 | 135.00 |
| 03/13/2019 | AWS | Review Bouricius's Deposition Transcript; research access to non-party documents | 2.40 | 552.00 |
| 03/14/2019 | AWS | Research and conference with Michael in preparation for discussion with the court regarding deposition topic; attend conference with court clerk | 1.10 | 253.00 |
| 03/14/2019 | MCS | Telephone conference(s) with Alicia regarding court meeting and discovery issues | .50 | 135.00 |
| 03/19/2019 | AWS | Research discovery relevancy matters prior to conferral call with counsel; conferral with counsel; research legal issues and draft statement in preparation for Discovery Hearing; draft discovery conferral letter | 4.90 | 1,127.00 |
| 03/22/2019 | AWS | Revise statement to the court and conferral letter; draft Discovery Requests; receipt and review of Deposition Notice | .40 | 92.00 |
| 03/25/2019 | AWS | Correspondence with Nina regarding discovery matters and documents; correspondence with counsel regarding witness depositions | 1.80 | 414.00 |

TOTAL SERVICES RENDERED:          $6,045.00

8039̄25

File #: 2388.014

MESA COUNTY

Page#:   3
Invoice #:   15207

TIMEKEEPER SUMMARY:

| | | | | |
|---|---|---|---|---|
| AWS | - ALICIA W SEVERN, PARTNER | 23.70 HRS @ $ 230.00/HR = | 5,451.00 | |
| MCS | - MICHAEL C SANTO, PARTNER | 2.20 HRS @ $ 270.00/HR = | 594.00 | |
| | | **Totals**   25.90 | $6,045.00 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25/2019 | DALBY, WENDLAND & CO, P.C. - Cost advanced for retaining rebuttal expert witness CK# - 12461 | 1,000.00 |
| 03/15/2019 | AB COURT REPORTING & VIDEO - Cost advanced for deposition of Debra Bouricius 2/22/19 CK# - 12474 | 1,768.31 |

| | **TOTAL COSTS ADVANCED:** | $2,768.31 |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 03/22/2019 | CK# 288560 - THANK YOU | 12,504.00 |

| | | |
|---|---|---|
| | **TOTAL PAYMENTS RECEIVED:** | $12,504.00 |
| | **PREVIOUS BALANCE:** | 12,504.00 |
| | **CURRENT CHARGES:** | 8,813.31 |
| | **LESS PAYMENTS:** | 12,504.00 |
| | **TOTAL AMOUNT DUE:** | $8,813.31 |

THIS STATEMENT REFLECTS PAYMENTS RECEIVED THROUGH
MARCH 29, 2019.  PLEASE MAKE CHECKS PAYABLE TO
BECHTEL SANTO & SEVERN AND INCLUDE YELLOW COPY
WITH PAYMENT.  THANK YOU!  JOIN US FOR OUR SPRING EMPLOYMENT
LAW CONFERENCE WITH WCHRA ON APRIL 17, 2019!

E02017-005

U-060839

510 - 10925-62570

CK to pay?
Yes

15021 - 1501 - 15001 - 1508

815143

05/30/2019

# BECHTEL SANTO & SEVERN
## ATTORNEYS AT LAW
### 205 N. 4TH STREET, SUITE 300
### GRAND JUNCTION, CO 81501
### Phone: 970-683-5888
### ID #47-2438110

## S T A T E M E N T

MESA COUNTY
ATTN: PATRICK COLEMAN
PO BOX 20000, DEPT 5004
GRAND JUNCTION CO 81502

Client #: 2388
File #: 2388.014
As of Date: 05/22/2019
Invoice #:  15449

RE:  DEBRA BOURICIUS

| DATE | TKPR | SERVICE | | AMOUNT |
|------|------|---------|------|--------|
| 04/25/2019 | EET | Research re: appealing magistrate's discovery ruling | .30 | 57.00 |
| 04/25/2019 | MCS | Attend Court Conference regarding discovery issues; telephone conference with Nina regarding Conference and other discovery issues; telephone conference with Alicia regarding deposition issues | 1.20 | 324.00 |
| 04/25/2019 | AWS | Correspondence with Nina and counsel regarding deposition dates and scheduling; attend discovery hearing by phone; receipt/review of Court Order and conference with Michael re: the same; conference with Nina regarding discovery matters | 2.10 | 483.00 |
| 04/26/2019 | EET | Research re: discovery rulings | .80 | 152.00 |
| 04/26/2019 | AWS | Correspondence with Nina and counsel regarding deposition dates | .40 | 92.00 |
| 04/27/2019 | MCS | Receipt/Review of communication from Greisen regarding discovery issues; prepare email to Alicia regarding email | .10 | 27.00 |
| 04/29/2019 | EET | Research re: discovery rulings | 1.70 | 323.00 |
| 04/29/2019 | MCS | Telephone conference(s) with Alicia regarding production of wage report; telephone conference with Alicia and Nina regarding wage report | .50 | 135.00 |
| 04/29/2019 | AWS | Correspondence with Nina regarding deposition dates; correspondence with counsel regarding production of documents; telephone conference with Nina regarding deposition matters; review and research discovery motions matter | .70 | 161.00 |

File #: 2388.014                                                    Page#:    2

MESA COUNTY                                                         Invoice #:  15449

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 04/30/2019 | MCS | Telephone conference(s) with Alicia regarding discovery issues | .40 | 108.00 |
| 04/30/2019 | AWS | Review Corsis' deposition transcripts; draft confidentiality letters re: deposition transcripts; telephone conference with Michael regarding appeal matter; draft discovery response; telephone conference with Nina regarding discovery matters; draft Motion for an Extension of Time; correspondence with counsel regarding Mesa County's Supplemental Disclosures and Bouricius's documents; receipt/review of additional documents and discovery from counsel; draft Motion to Compel | 7.00 | 1,610.00 |
| 05/01/2019 | MCS | Conference with Alicia and Nina regarding discovery and depositions; telephone conferences with Alicia regarding discovery and deposition issues; receipt/review of Motion for Extension | 1.20 | 324.00 |
| 05/01/2019 | AWS | Correspondence from counsel regarding discovery matters; draft discovery responses; correspondence with Nina regarding discovery matters; revise Motion for an Extension of Time re: discovery; review discovery documents re: privilege issues; revise discovery requests and correspondence with counsel re: the same | 7.00 | 1,610.00 |
| 05/02/2019 | AWS | Review the Corsis' depositions regarding issues for Frank's deposition; correspondence with Nina regarding deposition and discovery matters; deposition preparation meeting with Commissioner Justman, Nina, and Michael | 1.80 | 414.00 |
| 05/02/2019 | MCS | Conference with Commissioner Justman, Nina, and Alicia regarding upcoming deposition | .50 | 135.00 |
| 05/03/2019 | MCS | Attend deposition of Commissioner Justman; telephone conference with Alicia regarding deposition | 5.60 | 1,512.00 |
| 05/03/2019 | AWS | Review documents re: budget matters; correspondence with Nina and Michael re: the documents used during deposition; receipt/review of deposition corrections and correspondence with Nina re: the same; draft Motion to Compel | 1.90 | 437.00 |

File #: 2388.014

MESA COUNTY

| | | Page#: | 3 |
| | | Invoice #: | 15449 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/2019 | AWS | Research and draft Motion to Compel | 3.30 | 759.00 |
| 05/08/2019 | AWS | Attend deposition preparation with Lori M., Nina, and Michael; revise Motion to Compel and correspondence with Nina re: the same; prepare documents related to the Motion to Compel for purposes of complying with court rules; draft Proposed Order for the Motion to Compel; correspondence with counsel regarding documents from a third-party witness and the Motion to Compel | 2.80 | 644.00 |
| 05/08/2019 | MCS | Conference with Mesa County regarding upcoming deposition | .90 | 243.00 |
| 05/08/2019 | MCS | Receipt/Review of Motion to Compel; prepare suggested modifications | .40 | 108.00 |
| 05/09/2019 | AWS | Revise Motion to Compel and prepare exhibits to file; correspondence with counsel regarding Motion and discovery matters | 2.00 | 460.00 |
| 05/10/2019 | AWS | Review information from Nina regarding discovery document collection matters; review discovery from Bouricius | .50 | 115.00 |
| 05/10/2019 | MCS | Conference with Mesa County to prepare for deposition; attend deposition of Ms. Marrack; telephone conference with Alica regarding deposition | 2.90 | 783.00 |
| 05/13/2019 | AWS | Review discovery responses and documents and correspondence with Nina re: the same | 2.50 | 575.00 |
| 05/14/2019 | AWS | Telephone conference and correspondence with Julie regarding outstanding discovery documents; review Janine Corsi's deposition and revise notice of confidential sections; draft letter to court reporter; compare documents from the Plaintiff to identify duplicates | 3.20 | 736.00 |
| 05/15/2019 | AWS | Correspondence with Nina regarding deposition of Frank; conference with Michael regarding discovery matters; receipt/review of discovery responses from Bouricius, including documents; compare Bouricius's documents to previously-produced information; receipt/review of Bouricius's Response to Mesa County's Motion to Modify the Scheduling Order | 1.60 | 368.00 |

File #: 2388.014                                      Page#:    4
                                                     Invoice #:   15449
MESA COUNTY

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 05/16/2019 | MCS | Telephone conference(s) with Nina and Alicia regarding litigation issues | .50 | 135.00 |
| 05/16/2019 | AWS | Research and draft Reply to Motion to Modify the Scheduling Order; telephone conference with Nina regarding employee matter; receipt/review of additional discovery from Bouricius; correspondence with Julie B. regarding discovery | 6.90 | 1,587.00 |
| 05/17/2019 | AWS | Research and revise Reply to Motion to Modify the Scheduling Order; review Bouricius's documents; correspondence with Nina regarding Bouricius's supplemental discovery; receipt of Marak deposition transcript and correspondence with Nina re: the same; telephone conference with Nina re: employee matter | 2.70 | 621.00 |
| 05/19/2019 | MCS | Preparation of revisions to Mesa County Reply to Motion to Modify Scheduling Order | .80 | 216.00 |
| 05/20/2019 | AWS | Revise Reply to Motion to Modify the Scheduling Order; correspondence with Nina regarding the Reply and deposition correspondence; receipt/review of notice of judicial change and research newly-appointed judge; prepare deposition confidentiality letters to send to counsel and correspondence with counsel re: the same; review Lori M.'s deposition transcript | 2.20 | 506.00 |
| 05/20/2019 | MCS | Telephone conference(s) with Alicia regarding response to Motion and suggested modifications | .30 | 81.00 |
| 05/22/2019 | AWS | Telephone conference with Nina regarding investigation matter and Motion matter; prepare exhibits to Motion to comply with court rules | .70 | 161.00 |
| 05/22/2019 | MCS | Telephone conference(s) with Alicia regarding her discussion with Nina about investigation issues | .20 | 54.00 |

**TOTAL SERVICES RENDERED:**                         $16,056.00

**TIMEKEEPER SUMMARY:**

File #: 2388.014                                           Page#:    5
                                                           Invoice #:   15449
MESA COUNTY

| | | | | |
|---|---|---|---|---|
| AWS | - ALICIA W SEVERN, PARTNER | 49.30 HRS @ $ 230.00/HR = | | 11,339.00 |
| EET | - EMILY E TICHENOR, ASSOCIATE | 2.80 HRS @ $ 190.00/HR = | | 532.00 |
| MCS | - MICHAEL C SANTO, PARTNER | 15.50 HRS @ $ 270.00/HR = | | 4,185.00 |
| | | **Totals** | 67.60 | $16,056.00 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30/2019 | HANSEN & COMPANY, INC. - Cost advanced for certified copies of transcripts of depositions of Janine Corsi and Rick Corsi CK# - 12546 | 950.04 |
| 05/08/2019 | FIRST BANKCARD - RSE - US District Court - Cost advanced for CD of 4/1 hearing for Bouricius - MC CK# - 12553 | 31.00 |
| 05/20/2019 | WESTERN COLORADO COURT REPORTING - Cost advanced for deposition of Lori Marak CK# - 12568 | 209.25 |

                                   TOTAL COSTS ADVANCED:    $1,190.29

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20/2019 | CK #290693 - THANK YOU | 23,057.00 |

                                 TOTAL PAYMENTS RECEIVED:   $23,057.00

                                        PREVIOUS BALANCE:    23,057.00
                                        CURRENT CHARGES:     17,246.29
                                        LESS PAYMENTS:       23,057.00

                                        TOTAL AMOUNT DUE:    $17,246.29

THIS STATEMENT REFLECTS PAYMENTS RECEIVED THROUGH
MAY 29, 2019.  PLEASE MAKE CHECKS PAYABLE TO
BECHTEL SANTO & SEVERN AND INCLUDE YELLOW COPY
WITH PAYMENT.  THANK YOU!

V- 060839        EO 2017-005

510- 10925- 62510

15021- 1501- 1500/- 15018

07/05/2019

### BECHTEL SANTO & SEVERN
### ATTORNEYS AT LAW
205 N. 4TH STREET, SUITE 300
GRAND JUNCTION, CO 81501
Phone: 970-683-5888
ID #47-2438110



JUL 07 2019

## STATEMENT

MESA COUNTY
ATTN: PATRICK COLEMAN
PO BOX 20000, DEPT 5004
GRAND JUNCTION CO 81502

Client #: 2388
File #: 2388.014
As of Date: 06/28/2019
Invoice #:   15562

RE:  DEBRA BOURICIUS

| DATE | TKPR | SERVICE | | AMOUNT |
|------|------|---------|---|--------|
| 05/28/2019 | AWS | Review correspondence re: deposition transcript; correspondence with Nina regarding objections to Bouricius's deposition amendments; prepare correspondence with court reporter | .50 | 115.00 |
| 05/29/2019 | AWS | Correspondence with Nina regarding discovery matters; receipt/review of documents from Nina; draft discovery responses re: the same | 1.00 | 230.00 |
| 05/30/2019 | AWS | Review documents per confidentiality matters; revise disclosure and privilege log documents; correspondence with Nina re: the same; review Lori M.'s deposition re: confidentiality matters; review motion in preparation for court hearing; draft discovery requests; receipt/review of documents that Rick Corsi produced; review confidentiality designations pursuant to objection | 6.90 | 1,587.00 |
| 05/30/2019 | AWS | Travel to and from courthouse for hearing | .80 | 92.00 |
| 05/30/2019 | AWS | Attend hearing regarding motion to amend the scheduling order | .20 | 46.00 |
| 05/31/2019 | MCS | Telephone conference(s) with Nina and Alicia regarding litigation issues; receipt/review of emails regarding litigation issues | .50 | 135.00 |
| 05/31/2019 | MCS | Receipt/Review of Alicia's draft response to insurance company's request for information and prepare suggested changes | .40 | 108.00 |

File #: 2388.014

MESA COUNTY

Page#:    4
Invoice #:    15562

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| 06/21/2019 | AWS | Revise statement to the Court regarding discovery dispute; revise Motion to extend deadline; correspondence with Nina regarding case update and discovery matters; telephone call with Steve Hovland regarding additional benefits information received from Bouricius; correspondence with Steve H. about and securely uploading documents for Steve H. to review | .80 | 184.00 |
| 06/21/2019 | MCS | Receipt/Review of draft of pleading from Alicia; prepare suggested modification | .20 | 54.00 |
| 06/24/2019 | AWS | Revise Mesa County's statement to the Court regarding discovery matters; correspondence with counsel regarding Joint Statement to the Court | 1.60 | 368.00 |
| 06/24/2019 | MCS | Receipt/Review of filing from Alicia and prepare suggested modifications | .20 | 54.00 |
| 06/25/2019 | AWS | Revise expert disclosure form; review position statements in preparation for discovery hearing; attend discovery hearing by phone; telephone conference with Michael regarding hearing; telephone conference with Nina regarding hearing and correspondence regarding court order; draft discovery responses, collect and prepare documents; telephone conference with Steve Hovland regarding contact information and documents | 5.50 | 1,265.00 |
| 06/26/2019 | AWS | Correspondence with Nina regarding deposition matter; draft discovery responses; prepare confidential designation letter and correspondence with counsel re: the same | .70 | 161.00 |
| 06/27/2019 | AWS | Review engagement letter from Steve Hovland and correspondence with Nina re: the same; revise discovery responses; correspondence with Nina regarding deposition review; correspondence with Nina regarding CORA request | .50 | 115.00 |
| 06/28/2019 | AWS | Telephone call with Nina regarding expert witness; correspondence with Steve H. re: engagement letter; correspondence with counsel regarding benefits information | .50 | 115.00 |

File #: 2388.014                                           Page#:    5
                                                  Invoice #:   15562
MESA COUNTY

                              **TOTAL SERVICES RENDERED:**        $11,404.00

**TIMEKEEPER SUMMARY:**

| | | | |
|---|---|---|---:|
| AWS | - ALICIA W SEVERN, PARTNER | .80 HRS @ $ 115.00/HR = | 92.00 |
| AWS | - ALICIA W SEVERN, PARTNER | 46.60 HRS @ $ 230.00/HR = | 10,718.00 |
| MCS | - MICHAEL C SANTO, PARTNER | 2.20 HRS @ $ 270.00/HR = | 594.00 |
| | | **Totals** 49.60 | $11,404.00 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/14/2019 | K. MICHELLE DITTMER, INC. - Cost advanced for transcript of John Justman's deposition CK# - 12602 | 509.30 |

                              **TOTAL COSTS ADVANCED:**       $509.30

                              **PREVIOUS BALANCE:**        17,246.29
                              **CURRENT CHARGES:**         11,913.30
                              **LESS PAYMENTS:**                0.00

                              **TOTAL AMOUNT DUE:**      $29,159.59

*OK to pay 2*
*Yes*

THIS STATEMENT REFLECTS PAYMENTS RECEIVED THROUGH
JULY 2, 2019.  PLEASE MAKE CHECKS PAYABLE TO
BECHTEL SANTO & SEVERN AND INCLUDE YELLOW COPY
WITH PAYMENT.  THANK YOU!

*V-060839          E02017-005*

*510- 10925- 62570*

*1 50021- 1501- 15001- 15018*

Invoice Number: 10130

To:

**L. Kathleen Chaney, Esq.**
4949 South Syracuse Street
Suite 600
Denver, Colorado, 80237

Make Checks Payable To:

**K. Michelle Dittmer, Inc.**
8053 Fenton Ct
Arvada, CO, 80003

Case Details:

**Case Number:** 18-cv-01144-DDD-STV
**Case Title:** Boricius v. Mesa County
**Case Description:** Depositions of Pugliese Vols. I & II and McInnis

Charges:

| Date | Trial | Activity Type | Other Fees | Sub-Total |
|------|-------|---------------|-----------|-----------|
| 10/12/2021 | Pugliese Vol. I | Copy | $0.00 | $182.40 |
| 10/12/2021 | Pugliese Vol. I | Rough Draft | $0.00 | $114.00 |
| 10/20/2021 | Pugliese Vol. II *EXPEDITED* | Copy | $0.00 | $119.00 |
| 10/13/2021 | McInnis | Copy | $0.00 | $350.40 |
| 10/13/2021 | McInnis | Rough Draft | $0.00 | $219.00 |

**Total:** $984.80

**Amount Due:** $984.80

# I N V O I C E

1 of 1



Denver: (303) 691-0202
Colorado Springs: (719) 471-2966
litigationservices.com

Discovery | Depositions | Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1495855 | 10/7/2021 | 809574 |

| Job Date | Case No. |
|---|---|
| 4/22/2019 | 18CV001144 |

| Case Name |
|---|
| Debra Bouricius v. Mesa County, et al. |

| Payment Terms |
|---|
| Net 30 |

Robert A. Belich
Lambdin & Chaney, L.L.P.
4949 South Syracuse Street, Suite 600
Denver, CO 80237

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Janine Corsi | 118.00 | Pages @ | 2.600 | 306.80 |
| Exhibits - B&W | 9.00 | Pages @ | 0.350 | 3.15 |
| Digital Litigation Package | 1.00 | @ | 50.000 | 50.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Rick Corsi | 222.00 | Pages @ | 2.600 | 577.20 |
| Exhibits - B&W | 33.00 | Pages @ | 0.350 | 11.55 |
| Digital Litigation Package | 1.00 | @ | 50.000 | 50.00 |

**TOTAL DUE  >>>**                          **$998.70**

AFTER 11/6/2021  PAY                          $1,098.57

Location of Job    : King and Greisen
1670 York Street
Denver, CO 80206

Please note, disputes or refunds will not be honored or issued after 30 days

**Tax ID:** 27-5114755

*Please detach bottom portion and return with payment.*

Robert A. Belich
Lambdin & Chaney, L.L.P.
4949 South Syracuse Street, Suite 600
Denver, CO 80237

Invoice No.    : 1495855
Invoice Date  : 10/7/2021
**Total Due**    : **$998.70**
AFTER 11/6/2021  PAY  $1,098.57

Remit To: **Litigation Services and Technologies of
Nevada, LLC
P.O. Box 98813
Las Vegas, NV 89193-8813**

Job No.      : 809574
BU ID        : CO-CR
Case No.     : 18CV001144
Case Name    : Debra Bouricius v. Mesa County, et al.

# INVOICE

**LITIGATION SOLUTIONS INCORPORATED**
TRUSTED. RESPONSIVE. EXPERIENCED.

*DTC*

| Date | Invoice # |
|------|-----------|
| 10/15/2021 | LSI-011170 |

**www.lsilegal.com**

**303.820.2000**

**WE'VE MOVED! NOTE NEW ADDRESS BELOW!**

**Please remit payment to:**
**Litigation Solutions, Inc.**
**7936 E. Arapahoe Court, Suite #2600**
**Centennial, CO 80112**

**To pay with credit card please call 303.820.2000**
**We accept VISA, MasterCard & American Express**

### Bill To

Robert Belich
Lambdin & Chaney, LLP
4949 S. Syracuse St., Suite 600
Denver, CO 80237

**Job #: 2110008**

| Client Ref. # | Terms | Rep | Ordered By |
|---------------|-------|-----|------------|
| Bouricius v. Mesa County | Net 30 | MLopez | Robert Belich |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Professional Services:Project Management (Per HR) | 1 | $175.000 | $175.00 |
| Downloading PLTFS data from AttachMore link sent by Robert on 10/08/2021. Renaming PDFS to exhibit # only for branding purposes. Exhibit Range = 010-176 (not all inclusive) Doc Count = 81 Page Count = 1709 (10/11/2021 4:25:49 PM - 10/11/2021 4:39:17 PM)  PLTFS: Exhibit branding (EX#-PG#), export Trial Director load file, import into Trial Director and export bar coded PDFs for printing. Trial Director Volume = PLTFS_001 Exhibit Range = 010-176 (not all inclusive) Doc Count = 81 Page Count = 1709 (10/11/2021 4:43:22 PM - 10/11/2021 5:22:04 PM) | | | |
| Paper Discovery Services:Supplies Index Tabs | 237 | $0.300 | $71.10T |
| Marked Exhibits: 52 x 3 sets = 156 tabs  PLTFS Exhibits: 81 x 1 set = 81 tabs | | | |
| Paper Discovery Services:Blowback 8.5x11 B&W | 2437 | $0.120 | $292.44T |
| Marked Exhibits: 267 x 3 sets = 801 pages  PLTFS Exhibits: 1636 x 1 set = 1636 pages | | | |
| Paper Discovery Services:Blowback 8.5x11 Color | 367 | $1.000 | $367.00T |
| Marked Exhibits: 98 x 3 sets = 294 pages  PLTFS Exhibits: 73 x 1 set = 73 pages | | | |
| Paper Discovery Services:View Binders (3-Ring) - 2" | 4 | $15.000 | $60.00T |
| Marked Exhibits: 1 x 3 sets = 3 binders  PLTFS Exhibits: 1 x 1 set = 1 binder | | | |
| Paper Discovery Services:View Binders (3-Ring) - 4" | 2 | $32.000 | $64.00T |
| PLTFS Exhibits: 2 x 1 set = 2 binders | | | |
| eDiscovery Services:Data Upload ShareFile Link | 1 | $10.000 | $10.00T |
| Data Upload ShareFile Link of PLTFS bar coded pdfs and Trial Director load file. | | | |

Trial Director load file and barcoded hardcopy of Plaintiffs exhibits, requested by Robert on 10/08/2021. Print marked exhibits x3 requested by Robert on 10/09/2021.

**LSI retains client data for a period of 30 days.**
**All client data will be purged after 30 days unless a written retention request is received.**

| | Subtotal: | $1,039.54 |
|---|---|---|
| Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment. | Tax(0.0881): | $76.16 |
| **Customer Signature:** | Date:  10/15/2021 | **Total:** | $1,115.70 |
| **Session ID:** | | | |

Tax ID Number:
84-1612777

File #: 2388.014                                        Page#:    5
                                                       Invoice #:   15449
MESA COUNTY

| | | | | |
|---|---|---|---|---|
| AWS | - ALICIA W SEVERN, PARTNER | 49.30 HRS @ $ 230.00/HR = | 11,339.00 | |
| EET | - EMILY E TICHENOR, ASSOCIATE | 2.80 HRS @ $ 190.00/HR = | 532.00 | |
| MCS | - MICHAEL C SANTO, PARTNER | 15.50 HRS @ $ 270.00/HR = | 4,185.00 | |
| | | **Totals** 67.60 | $16,056.00 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30/2019 | HANSEN & COMPANY, INC. - Cost advanced for certified copies of transcripts of depositions of Janine Corsi and Rick Corsi CK# - 12546 | 950.04 |
| 05/08/2019 | FIRST BANKCARD - RSE - US District Court - Cost advanced for CD of 4/1 hearing for Bouricius - MC CK# - 12553 | 31.00 |
| 05/20/2019 | WESTERN COLORADO COURT REPORTING - Cost advanced for deposition of Lori Marak CK# - 12568 | 209.25 |

|  | TOTAL COSTS ADVANCED: | $1,190.29 |
|---|---|---|

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20/2019 | CK #290693 - THANK YOU | 23,057.00 |

|  | TOTAL PAYMENTS RECEIVED: | $23,057.00 |
|---|---|---|
| | PREVIOUS BALANCE: | 23,057.00 |
| | CURRENT CHARGES: | 17,246.29 |
| | LESS PAYMENTS: | 23,057.00 |
| | TOTAL AMOUNT DUE: | $17,246.29 |

THIS STATEMENT REFLECTS PAYMENTS RECEIVED THROUGH
MAY 29, 2019.  PLEASE MAKE CHECKS PAYABLE TO
BECHTEL SANTO & SEVERN AND INCLUDE YELLOW COPY
WITH PAYMENT.  THANK YOU!

V- 060839        EO 2017-005

510- 10925- 62510

15021- 1501- 1500/- 15018

File #: 2388.014

Page #:  3
Invoice #:   15642

MESA COUNTY

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/12/2019 | AWS | Travel to/from counsel's office to deliver discovery documents | .90 | 103.50 |
| 07/15/2019 | AWS | Correspondence with Nina regarding confidential parts of Justman's deposition; review confidential designations of the Corsis' and Justman's depositions and correspondence with Nina re: the same; review correspondence from counsel regarding documents; revise document numbering and pleading page designations re: the same | 1.80 | 414.00 |
| 07/16/2019 | AWS | Prepare discovery pleadings and documents; correspondence with counsel regarding confidential parts of Justman's deposition and updated discovery pleadings and documents | .70 | 161.00 |
| 07/20/2019 | MCS | Prepare email to Nina and Alicia regarding Bouricius' application for employment | .30 | 81.00 |
| 07/22/2019 | AWS | Correspondence with Nina regarding Frank's deposition; review Frank's deposition | 2.20 | 506.00 |
| 07/23/2019 | AWS | Correspondence with Nina regarding deposition exhibits; review Frank's deposition transcript | 1.90 | 437.00 |
| 07/24/2019 | AWS | Draft confidential designation letter regarding Frank Whidden's deposition and draft correspondence to Nina re: the same; draft motion for summary judgment with information from Frank's deposition | 2.80 | 644.00 |
| 07/24/2019 | AWS | Courtesy discount per AWS | .00 | -350.00 |

**TOTAL SERVICES RENDERED:**  $10,125.00

**TIMEKEEPER SUMMARY:**

| | | | | | |
|---|---|---|---|---|---|
| AWS | - ALICIA W SEVERN, PARTNER | .00 HRS @ $ | 0.00/HR = | -350.00 | |
| AWS | - ALICIA W SEVERN, PARTNER | 2.40 HRS @ $ | 115.00/HR = | 276.00 | |
| AWS | - ALICIA W SEVERN, PARTNER | 34.60 HRS @ $ | 230.00/HR = | 7,958.00 | |
| MCS | - MICHAEL C SANTO, PARTNER | 8.30 HRS @ $ | 270.00/HR = | 2,241.00 | |
| | | **Totals** | 45.30 | $10,125.00 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01/2019 | HOVLAND FORENSIC & FINANCIAL - Cost advanced for retainer CK# - 12621 | 1,000.00 |
| 07/10/2019 | FIRST BANKCARD - RSE - US DISTRICT COURT FOR THE DISTRICT OF COLORADO - Cost advanced for Audio CD for Bouricius / Mesa County 5/30 hearing CK# - 12629 | 31.00 |

```
File #: 2388.014                                              Page#:    4
                                                             Invoice #:  15642
MESA COUNTY

07/24/2019          ALICIA W. SEVERN - Cost Advanced to                    N/C
                    reimburse Alicia Severn for documents
                    paid for by personal check from
                    Boulder County CK# - 12655
07/24/2019          WESTERN COLORADO COURT REPORTING -                   925.20
                    Cost Advanced for Frank Whidden's
                    deposition transcript and exhibits
                    CK# - 12656
07/24/2019          HOVLAND FORENSIC & FINANCIAL - Cost                1,355.00
                    advanced for update rebuttal report
                    CK# - 12653
                                    TOTAL COSTS ADVANCED:            $3,311.20
    DATE            DESCRIPTION                                        AMOUNT
07/30/2019          CK# 293029 - THANK YOU                           11,913.30
                                 TOTAL PAYMENTS RECEIVED:           $11,913.30

                                     PREVIOUS BALANCE:               29,159.59
                                     CURRENT CHARGES:                13,436.20
                                     LESS PAYMENTS:                  11,913.30

                                    TOTAL AMOUNT DUE:               $30,682.49
```

THIS STATEMENT REFLECTS PAYMENTS RECEIVED THROUGH
JULY 31, 2019.  PLEASE MAKE CHECKS PAYABLE TO
BECHTEL SANTO & SEVERN AND INCLUDE YELLOW COPY
WITH PAYMENT.  THANK YOU!

OK to pay?

Yes

V - 060839

510- 10925-62510

15021- 1501 -15001- 15012



INVOICE

Zoom Video Communications Inc.
55 Almaden Blvd, 6th Floor
San Jose, CA 95113
billing@zoom.us

| | |
|---|---|
| Invoice Date: | 05/20/2020 |
| Invoice #: | INV21496586 |
| Payment Terms: | Due Upon Receipt |
| Due Date: | 05/20/2020 |
| Account Number | 56052002 |
| Currency: | USD |
| Account Information: | Lambdin & Chaney |
| | 4949 S Syracuse St, ste 600 |
| | Denver, Colorado 80237 |
| | United States |

Purchase Order #:

TaxExemptCertificateID:                                      sju@lclaw.net

Zoom W-9

## CHARGE DETAILS

| Charge Description | Service Period | Subtotal | Tax | TOTAL |
|---|---|---|---|---|
| **Charge Name:  Standard Pro Monthly**<br>Quantity:   1<br>Unit Price: $14.99 | *05/20/2020-06/19/2020* | *$14.99* | *$1.24* | *$16.23* |

## INVOICE TOTALS

| | |
|---|---|
| **Subtotal:** | $14.99 |
| **Total (Including Tax):** | $16.23 |
| **Invoice Balance:** | $0.00 |

## TAX DETAILS

| Charge Name | Tax Name | Jurisdiction | Charge Amount | Tax Amount |
|---|---|---|---|---|
| Standard Pro Monthly | Transit Tax NF | County | $14.99 | $0.15 |
| Standard Pro Monthly | District Tax NF | County | $14.99 | $0.01 |
| Standard Pro Monthly | Sales Tax NF | State | $14.99 | $0.43 |
| Standard Pro Monthly | Sales Tax | City | $14.99 | $0.65 |
| | | | **Total Tax** | **$1.24** |

## TRANSACTIONS

| | | | | |
|---|---|---|---|---|
| **Invoice Total** | | | | $16.23 |
| **Transaction Date** | **Transaction Number** | **Transaction Type** | **Description** | **Applied Amount** |