# OTHER COSTS

RECEIPT

License Plate Number

# 332ZTZ

Expiration Date/Time

# 07:30 PM
# NOV 01, 2021

Purchase Date/Time: 07:30am Nov 01, 2021

Total Due: $10.00  Rate: Weekday Morning Rate
Total Paid: $10.00  Pmt Type: CC (Swipe)
Ticket #: 4000011D
S/N #: 500013090587
Setting: 20th and Champa
Mach Name: 20th Champa

#****-1665, Visa

Auth #: 030610

RECEIPT

License Plate Number

# 332ZTZ

Expiration Date/Time

# 07:35 PM
# NOV 02, 2021

Purchase Date/Time: 07:35am Nov 02, 2021

Total Due: $10.00 Rate: Weekday Morning Rate
Total Paid: $10.00 Pmt Type: CC (Swipe)
Ticket #: 10014301
S/N #: 500013090587
Setting: 20th and Champa
Mach Name: 20th Champa

#****-1665, Visa

Auth #: 084D00

PARKING RECEIPT

# RECEIPT

License Plate Number

# 332ZTZ

Expiration Date/Time

# 07:42 PM
# NOV 03, 2021

Purchase Date/Time: 07:42am Nov 03, 2021

Total Due: $10.00    Rate: Weekday Morning Rate
Total Paid: $10.00    Pmt Type: CC (Swipe)
Ticket #: 10021470
S/N #: 500013090587
Setting: 20th and Champa
Mach Name: 20th Champa

#****-1665, Visa

Auth #: 002960



# BRADDY
### INVESTIGATIVE GROUP

P.O. Box 24228 • Denver, CO 80224
Telephone: (303) 860-1380 • Fax: (303) 860-7566
**Web site:** braddyinvgrp.com
**E-mail:** info@braddyinvgrp.com

EIN/Tax ID: 84-1513258

*INVOICE*
Number:   20-0295-R
Date:       4/23/2020
File:        Bouricious v Mesa County

TO: Robert Belich
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, CO 80237

*AMOUNT REMITTED*

- - - - - - - *Payment is due upon receipt. Please detach and return this stub with your remittance.* - - - - - - - - - - - - - - - -

File:      Bouricious v Mesa County | Whidden, Jr., Frank J.

| | | | | |
|---|---|---|---|---|
| Investigation Fee | 2 | @ $90.00 | $ | 180.00 |
| Report Preparation | 0.5 | @ $35.00 | $ | 17.50 |
| Mileage | | @  $0.58 | $ | - |
| Miscellaneous Expenses | | | $ | 120.75 |

Explanation of Miscellaneous Expenses: Databases, court searches

| **TOTAL AMOUNT DUE** |
|---|
| **$   318.25** |

# BRADDY
### INVESTIGATIVE GROUP

P.O. Box 24228 • Denver, CO 80224
Telephone: (303) 860-1380 • Fax: (303) 860-7566
**Web site:** braddyinvgrp.com
**E-mail:** info@braddyinvgrp.com

EIN/Tax ID: 84-1513258

4/24/2020

```
            C&F Foods #1
             859 Pitkin
         Grand Junction, CO
               81501

                  .



DATE 10/15/21  8:36
TRAN# 9072607
PUMP# 07
SERVICE LEVEL: SELF
PRODUCT: PREM
GALLONS:        19.235
PRICE/G:        $3.899
FUEL SALE       $75.00
   CREDIT       $75.00


USD$75.00
************7143
Entry: Chip Read
AppName: CHASE VISA
AuthNet: VISA
MODE: Issuer
AID: A0000000031010
Auth #: 02671G
Resp Code: 000
Stan: 0493954291
Invoice #:  479674
Shift #: 1
Store # ************
****




          THANK YOU
      HAVE A NICE DAY
```

*807925*

File #: 2388.014

Page#:    3
Invoice #:   15207

MESA COUNTY

**TIMEKEEPER SUMMARY:**

| | | | | |
|---|---|---|---|---|
| AWS | - ALICIA W SEVERN, PARTNER | 23.70 HRS @ $ 230.00/HR = | 5,451.00 | |
| MCS | - MICHAEL C SANTO, PARTNER | 2.20 HRS @ $ 270.00/HR = | 594.00 | |
| | | **Totals**   25.90 | $6,045.00 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25/2019 | DALBY, WENDLAND & CO, P.C. - Cost advanced for retaining rebuttal expert witness CK# - 12461 | 1,000.00 |
| 03/15/2019 | AB COURT REPORTING & VIDEO - Cost advanced for deposition of Debra Bouricius 2/22/19 CK# - 12474 | 1,768.31 |

|  | TOTAL COSTS ADVANCED: | $2,768.31 |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 03/22/2019 | CK# 288560 - THANK YOU | 12,504.00 |

|  |  |  |
|---|---|---|
| | TOTAL PAYMENTS RECEIVED: | $12,504.00 |
| | PREVIOUS BALANCE: | 12,504.00 |
| | CURRENT CHARGES: | 8,813.31 |
| | LESS PAYMENTS: | 12,504.00 |
| | TOTAL AMOUNT DUE: | $8,813.31 |

THIS STATEMENT REFLECTS PAYMENTS RECEIVED THROUGH
MARCH 29, 2019.  PLEASE MAKE CHECKS PAYABLE TO
BECHTEL SANTO & SEVERN AND INCLUDE YELLOW COPY
WITH PAYMENT.  THANK YOU!  JOIN US FOR OUR SPRING EMPLOYMENT
LAW CONFERENCE WITH WCHRA ON APRIL 17, 2019!

EO2017-005

U-060839

CK to pay?
Yes

510 - 10925-62570

15021 - 1501 - 15001 - 15018

File #: 2388.014

MESA COUNTY

Page#: 6
Invoice #: 15336

| | | | | |
|---|---|---|---|---|
| 04/24/2019 MCS | Courtesy discount per MCS | | .00 | -1,000.00 |
| 04/24/2019 AWS | Courtesy discount per AWS | | .00 | -1,000.00 |
| 04/24/2019 EET | Courtesy discount per EET | | .00 | -500.00 |
| | | TOTAL SERVICES RENDERED: | | $18,416.00 |

TIMEKEEPER SUMMARY:

| | | | | |
|---|---|---|---|---|
| AWS | - ALICIA W SEVERN, PARTNER | .00 HRS @ $ 0.00/HR = | -1,000.00 | |
| AWS | - ALICIA W SEVERN, PARTNER | 1.80 HRS @ $ 115.00/HR = | 207.00 | |
| AWS | - ALICIA W SEVERN, PARTNER | 55.30 HRS @ $ 230.00/HR = | 12,719.00 | |
| EET | - EMILY E TICHENOR, ASSOCIATE | .00 HRS @ $ 0.00/HR = | -500.00 | |
| EET | - EMILY E TICHENOR, ASSOCIATE | 8.80 HRS @ $ 190.00/HR = | 1,672.00 | |
| MCS | - MICHAEL C SANTO, PARTNER | .00 HRS @ $ 0.00/HR = | -1,000.00 | |
| MCS | - MICHAEL C SANTO, PARTNER | 23.40 HRS @ $ 270.00/HR = | 6,318.00 | |
| | | Totals  89.30 | $18,416.00 | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/19/2019 | DALBY, WENDLAND & CO, P.C. - Cost advanced for services related to rebuttal of William Kaempfer expert report CK# - 12532 | 4,641.00 |
| | TOTAL COSTS ADVANCED: | $4,641.00 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/24/2019 | CK# 289806 - THANK YOU | 8,813.31 |
| | TOTAL PAYMENTS RECEIVED: | $8,813.31 |

| | | |
|---|---|---|
| | PREVIOUS BALANCE: | 8,813.31 |
| | CURRENT CHARGES: | 23,057.00 |
| | LESS PAYMENTS: | 8,813.31 |
| | TOTAL AMOUNT DUE: | $23,057.00 |

*CK to Scriet to Kisk 2 Yes thxtp*

THIS STATEMENT REFLECTS PAYMENTS RECEIVED THROUGH
APRIL 30, 2019.   PLEASE MAKE CHECKS PAYABLE TO
BECHTEL SANTO & SEVERN AND INCLUDE YELLOW COPY
WITH PAYMENT.   THANK YOU!

*U-06083 9*

*E0 2017-005*

*516-10925- 62510*

*1 5021 - 1501- 15001- 15018*

# DENVER PLACE GARAGE

999 18th Street
DATE: 11/04/21
TIME: 06:16 PM

Receipt No.     27/1549/81
         * Original *
   Ticket:  **155164**
   Entry : 11/04/21 07:46 AM
   LPR   :
TAX included          **26.00**

Credit             26.00
Trans ID : 64209
Card No. : xxxxxxxxxxxx1665
Card Type: VISA

One Parking Denver Place, Inc.
      (303) 243-3835
      www.OneParking.com

# DENVER PLACE GARAGE

999 18th Street
DATE: 11/05/21
TIME: 01:23 PM

Receipt No.     6/1550/83
* Original *
Ticket:  **155214**
Entry : 11/05/21 07:39 AM
LPR   :
TAX included            **26.00**

Credit               26.00
Trans ID : 64221
Card No. : xxxxxxxxxxxx1665
Card Type: VISA

One Parking Denver Place, Inc.
(303) 243-3835
www.OneParking.com

& & &   404   & & &
Elways Bar
The Ritz-Carlton Denver
Denver, CO 80202

```
Check No    : 4314
Table No    : 75
Server      : 21686 Stacie
Name on Card: CHANEY/LELIA
Acct Num    : XXXXXXXXXXXX7143
Expiry Date : **/**
Card Type   : VISA
Trans Type  : Authorize
Trans Date  : 11/5/2021
Trans Time  : 12:13 PM
Entry Mode  : Chip
Auth Code   : 09612G
Resp Code   : 00
Mode        : Issuer
App Label   : CHASE VISA
AID         : A0000000031010
ARC         : 00
TVR         : 0080008000
TSI         : F800
IAD         : 06010A0360A002
```

00     Approved - Thank You     000

Subtotal   : USD$          58.32

Gratuity   : _____

Total  : _____73.32_____

X_____
Signature
I Agree to pay total amount as
per the Card Issuer Agreement.
Customer Copy

(303) 312-3800

Bin 707 Foodbar
225 N 5TH ST, STE 105
Grand Junction, CO 81501
970-243-4543

Server: AM B
Check #54                          Table B6
Ordered:              10/12/21 8:13 PM

Input Type           C (EMV Chip Read)
VISA CREDIT                xxxxxxxx7143
Time                          8:39 PM

Transaction Type                  Sale
Authorization                 Approved
Approval Code                   07570G
Payment ID                 fxLRKWtLsMHj
Application ID        A0000000031010
Application Label         VISA CREDIT
Terminal ID
Card Reader          MAGTEK_EDYNAMO

        Subtotal              $49.61
        Tax                    $3.50
        Amount                $53.11

    + Tip:        _____

    = Total:      _____66.4_____

X_____
            LELIA CHANEY

            Customer Copy

            Follow us:
           @bin707foodbar
            @tacopartygj
            @dinnerpartygj

We collect a 20% Service Charge and a 1%
  ZPF charge in addition to all guest
checks. We believe all Bin 707 Foodbar
employees contribute to every guest's
experience. All service charge and tips
 are distributed throughout our entire
  staff.  Zero FoodPrint is a nonprofit
working with Restore Colorado to support
    regenerative farming and reduce
         greenhouse emissions.
 Bin 707 Foodbar is locally Sourced
     Seasonal Colorado Cuisine -
         We Aim To Please!

Bin 707 Foodbar
225 N 5TH ST, STE 105
Grand Junction, CO 81501
970-243-4543

Server: Shauna G
Check #11                          Table H1
Ordered:                   10/13/21 5:28 PM

Input Type              C (EMV Chip Read)
VISA CREDIT                    xxxxxxxx7143
Time                              6:13 PM

Transaction Type                      Sale
Authorization                     Approved
Approval Code                       09858G
Payment ID                   NHsCNdnJz9WH
Application ID          A0000000031010
Application Label              VISA CREDIT
Terminal ID          .
Card Reader               MAGTEK_EDYNAMO

        Subtotal              $78.65
        Tax                    $5.54
        Amount                $84.19

        + Tip:          _____

      = Total:          _110.19_____

X_____
             LELIA CHANEY


             Customer Copy


             Follow us:
            @bin707foodbar
             @tacopartygj
            @dinnerpartygj

We collect a 20% Service Charge and a 1%
ZPF charge in addition to all guest
checks. We believe all Bin 707 Foodbar
employees contribute to every guest's
experience. All service charge and tips
are distributed throughout our entire
staff.  Zero FoodPrint is a nonprofit
working with Restore Colorado to support
regenerative farming and reduce
greenhouse emissions.
Bin 707 Foodbar is locally Sourced
Seasonal Colorado Cuisine -
We Aim To Please!



Bin 707 Foodbar
225 N 5TH ST, STE 105
Grand Junction, CO 81501
970-243-4543

Server: Lauren D
Check #25                        Table 23
Ordered:            .      10/14/21 6:12 PM

Input Type             C (EMV Chip Read)
VISA CREDIT                 xxxxxxxx7143
Time                            7:18 PM

Transaction Type                   Sale
Authorization                  Approved
Approval Code                    04532G
Payment ID                 txsmcskYYNyk
Application ID          A0000000031010
Application Label            VISA CREDIT
Terminal ID
Card Reader              MAGTEK_EDYNAMO

        Subtotal              $257.73
        Tax                    $18.14
        Amount                $275.87

        + Tip:        _____

        = Total:       _300.87_

X_____
              LELIA CHANEY

Customer Copy

Follow us:
@bin707foodbar
@tacopartygj
@dinnerpartygj

We collect a 20% Service Charge and a 1%
ZPF charge in addition to all guest
checks. We believe all Bin 707 Foodbar
employees contribute to every guest's
experience. All service charge and tips
are distributed throughout our entire
staff.  Zero FoodPrint is a nonprofit
working with Restore Colorado to support
regenerative farming and reduce
greenhouse emissions.
Bin 707 Foodbar is locally Sourced
Seasonal Colorado Cuisine -
We Aim To Please!

**Hovland Forensic & Financial**
2536 Rimrock Ave, Suite 400-139
Grand Junction, CO  81505 US
(970) 210-4503
steve@hovlandforensic.com
www.hovlandforensic.com



# INVOICE

**BILL TO**

Karen Rogers, Esq.
Lambdin & Chaney, LLP
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237

**INVOICE #** 1341
**DATE** 11/10/2021
**DUE DATE** 12/10/2021
**TERMS** Net 30

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Charges** | | |
| . | Retainer Applied | -1,000.00 |
| **Billable Time** | | |
| **Investigation and Litigation Support** | Bouricius v. Mesa County, 7 hrs 33 mins @ $200.00/hr | 1,509.99 |
| **Forensic Travel** | Travel, 24 mins @ $100.00/hr | 40.00 |

Meeting with Karen Rogers and Kathy Chaney, travel to and from Mesa County, Review of original report, review and recalculation of benefits, letter to Lambdin & Chaney, LLP, phone call with Karen, prep time for testimony.

**BALANCE DUE**    **$549.99**

Hilton hotel reserved 11/1 on corp cc

**Hovland Forensic & Financial**
2536 Rimrock Ave, Suite 400-139
Grand Junction, CO  81505 US
(970) 210-4503
steve@hovlandforensic.com
www.hovlandforensic.com



# INVOICE

**BILL TO**

Lambdin & Chaney, LLP
4949 S. Syracuse St. Suite 600
Denver, CO  80237 US

**INVOICE #** 1323
**DATE** 09/08/2021
**DUE DATE** 09/08/2021
**TERMS** Due on receipt

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Charges** | | |
| . | Retainer - Bouricius v. Mesa County | 1,000.00 |
| Retainer | PAYMENT | 1,000.00 |
| | BALANCE DUE | **$0.00** |

PAID



email  mail@insightisllc.com
web  insightisllc.com

Lambdin & Chaney, LLP
Karen Rogers
4949 S. Syracuse Street, Suite, 600
Denver, Colorado 80237

| | |
|---|---|
| **Invoice #** | 2046 |
| **Date:** | 10/20/2021 |
| **Case:** | Frank Whidden |
| **Terms:** | Due on receipt |

| Date | Services/Expenses | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| 9/13/2021 | RUSH Travel | 4 | 75.00 | 300.00 |
| 9/13/2021 | Locate Efforts/Surv./Service | 1.5 | 80.00 | 120.00 |
| 9/14/2021 | RUSH Travel | 4 | 75.00 | 300.00 |
| 9/17/2021 | Administrative Processing | 0.25 | 80.00 | 20.00 |
| | | | | |
| 9/13/2021 | Mileage | 289 | 0.60 | 173.40 |
| 9/13/2021 | Per Diem | 1 | 60.00 | 60.00 |
| 9/13/2021 | Lodging | 1 | 184.75 | 184.75 |
| 9/14/2021 | Mileage | 270 | 0.60 | 162.00 |

Thank you for your business.

**Total**   $1,320.15

All invoiced amounts shall be paid in accordance with the terms described on the invoice.  Any outstanding balance not paid within the terms and conditions in the invoice shall bear interest at the rate of 1.5% per mont, with a late fee of 5% of the amount due.  In the event Client fails to pay Insight Investigative Services in a timely fashion and Insight Investigative Services initiates collection action, Client agrees to pay Insight Investigative Service's collection expenses, including attorney's fees.  The laws of the State of Colorado shall apply to and have control of the interpretation and validity of this agreement.  Any dispute over the terms of this agreement or arising out of this invoice shall be litigated in the Federal and State general courts in and for Boulder County, Colorado.  PLEASE MAKE CHECKS PAYABLE TO INSIGHT INVESTIGATIVE SERVICES, LLC. Payable 30 days from date of invoice.
Tax ID#: 87-0704178

address  P.O. Box 900, Lafayette, CO 80026    phone  303.665.7695    fax  303.665.7696



**Steve K. Gilbert**
**Jury Verdict Reporter of Colorado, LLC**
7396 S. Garfield Ct
Centennial, CO  80122
303-779-4073
EMAIL:  steve.gilbert@jvrc.com
www.jvrc.com

March 24, 2020

INVOICE #20-191

**INVOICE**

TO:   Robert A. Belich, Esq.
        Lambdin & Chaney, LLP
        4949 South Syracus Street, Suite 600
        Denver, CO 80237

FOR: Research:  Attorney of Record Paula D. Greisen          $  95.00
                    Attorney of Record Michael C. Santo          $  00.00
                    Rush Order Fee $50.00 (Not Applicable)        $  00.00
        Billing Reference:  Bouricius v. Mesa County_        Total Amount Due    **$  95.00**

Payment due upon receipt of invoice. *If you would like to pay by credit card, please call Sally Gilbert at 303-779-4073.* Thank you.

*Please remit payment with Invoice number to Jury Verdict Reporter of Colorado,*
**7396 S. Garfield Ct. Centennial, CO 80122.**

**Late Payment Policy**

Payments not received within **30 days** of the invoice date are subject to a late fee of 10% of the outstanding balance and a finance charge of 1.5% per month for each month thereafter.



Steve K. Gilbert
**Jury Verdict Reporter of Colorado, LLC**
7396 S. Garfield Ct
Centennial, CO  80122
303-779-4073
EMAIL:  steve.gilbert@jvrc.com
www.jvrc.com

February 11, 2021

INVOICE #21-129

**INVOICE**

TO:   Robert A. Belich, Esq.
      Lambdin and Chaney, LLP
      4949 South Syracus St., Suite 600
      Denver, CO 80237

FOR: Research:  Attorney of Record Meredith A. Munro          $   95.00
                                                               $   00.00
              Rush Order Fee $50.00 (Does not apply)           $   00.00
     Billing Reference:  **Bouricius v. Mesa County**    Total Amount Due   **$   95.00**

Payment due upon receipt of invoice.  *If you would like to pay by credit card, please call Sally Gilbert at 303-779-4073*.  Thank you.

2/12/21

*Please remit payment with Invoice number to Jury Verdict Reporter of Colorado,*
**7396 S. Garfield Ct. Centennial, CO 80122.**

**Late Payment Policy**

Payments not received within **30 days** of the invoice date are subject to a late fee of 10% of the outstanding balance and a finance charge of 1.5% per month for each month thereafter.

Las Marias
118 S. 7th
Grand Junction, CO 81501
(970)-241-2398

Date: 10/14/21   Time: 12:59 pm
Order #: 167
DINING
CHANEY/LELIA
Server: Lulu 03
Guest: 2   Table #: 3b
Payment #: 467459
Payment Date Time: 10/14/21 12:59 pm
Transaction ID: CH167
Cashier: Lulu 03
Merchant ID: 010010000117
XXXXXXXXXXXX7143 Visa

CHIP
Invoice: 77455   Auth Code: 09470G
Reference: 128719905010

Sub-total:                    $20.50
Tax:                           $1.75
Total:                        $22.25

Visa $22.25

Tip     : _____

Total   : _29.00_

Application Label: CHASE VISA
AID: A0000000031010TVR: 0080008000
IAD: 06010A0360A002TSI: F800ARC: 00CVM: SI
GN

Customer Copy
Please, pay your server at the table.
1Thank you and come again.

**LawToolBox Usage Statement**

**Summary Invoice No. 17894**
**Generated: 4/16/20**
**Client Name: Lambdin & Chaney, LLP**
**Type: Case Units & Dockets**
**Time Period: 3/16/20 to 4/15/20**

**Case Units**

| Invoice No. | Case | Attorney | Setup Date | Status | State - Venue | Price | Units |
|---|---|---|---|---|---|---|---|
| ███ | █████ | ███ | ████ | | ████ | ██ | █ |
| ███ | █████ | ███ | ████ | | ████ | ██ | █ |
| ███ | █████ | ███ | ████ | | ████ | ██ | █ |
| 745400 - 1 | Bouricius v. Mesa County (LKC/MAW) (client no. 1084) (matter no. 1084-002) | Kathy Chaney | 3/23/20 | Active | Co - CO USDC Civil | $138.00 | 2.00 |



**From:** Frank Whidden <fwhidden@yahoo.com>
**Sent:** Sunday, November 7, 2021 9:49 PM
**To:** Robert Belich <rbelich@lclaw.net>; Kathy Chaney <kchaney@lclaw.net>; Karen Rogers <krogers@lclaw.net>
**Subject:** Lyft receipts

Folks,

I also just found my Lyft receipts from Thursday and Sunday.  Sunday was a whopper.

Total: $167.81

Sincerely,
Frank

Frank Whidden
152 S. Mesa Street
Fruita, CO 81521
Koko's LLC
970.697.4049
www.kokoswtf.com

11/7/21, 9:39 PM

Gmail - Your ride with Sharif on October 31

 Gmail

**Frank Whidden <whiddenf@gmail.com>**

**Your ride with Sharif on October 31**
1 message

**Lyft Receipts** <no-reply@lyftmail.com>
To: whiddenf@gmail.com

Sun, Oct 31, 2021 at 7:19 PM



OCTOBER 31, 2021 AT 5:38 PM

# Thanks for riding with Sharif!



100% of tips go to drivers. Add a tip

Lyft fare (25.07mi, 34m 39s)          $81.75
Tip                                   $5.00

MasterCard *0654                    **$86.75**

**We haven't charged you for this ride yet.**
The charge for this ride will be combined with any other rides you take on October 31, 2021. You'll receive a receipt combining all of your day's charges, whenever you take more than one ride in a single day.

11/7/21, 9:43 PM

Gmail - Your ride with Kevin on October 28

 Gmail

Frank Whidden <whiddenf@gmail.com>

**Your ride with Kevin on October 28**
1 message

**Lyft Receipts** <no-reply@lyftmail.com>
To: whiddenf@gmail.com

Thu, Oct 28, 2021 at 11:20 AM



OCTOBER 28, 2021 AT 9:19 AM

# Thanks for riding with Kevin!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (26.66mi, 57m 42s) | $36.99 |
| Tip | $5.55 |
| lyft Lyft Credits | -$6.00 |

MasterCard *0654

**$36.54**

11/7/21, 9:42 PM                          Gmail - Your ride with Lamine Fanta on October 28

 Gmail                                    Frank Whidden <whiddenf@gmail.com>

## Your ride with Lamine Fanta on October 28
1 message

**Lyft Receipts** <no-reply@lyftmail.com>                    Thu, Oct 28, 2021 at 4:36 PM
To: whiddenf@gmail.com



**OCTOBER 28, 2021 AT 3:05 PM**

# Thanks for riding with Lamine Fanta!



100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (25.84mi, 30m 12s) | $38.71 |
| Tip | $5.81 |

MasterCard *0654                                    **$44.52**

# DENVER PLACE GARAGE

999 18th Street
DATE: 10/07/21
TIME: 03:11 PM

Receipt No.     7/1521/83
\* Original \*
Ticket:    **153832**
Entry : 10/07/21 10:06 AM
LPR   :

TAX included          **26.00**

Credit               26.00
Trans ID : 63563
Card No. : xxxxxxxxxxxx7143
Card Type: VISA

One Parking Denver Place, Inc.
(303) 243-3835
www.OneParking.com

# 112



**Pablo's Pizza**
**319 Main Street**
**and Junction, CO 81501**
**www.pablospizza.com**

## Delivery

Karen Rogers
303-548-2914
235 Main Street
Rm 211
Grand Junction, CO 8150

Server: Landon A
Check #112
Ordered:      10/13/21  3:50 PM

| | |
|---|---|
| I Antipasto Salad | $0.00 |
| Ro | |
| Med  Salad | $9.75 |
| Chees Pizza Sticks | $0.00 |
| Small Cheesy Pizza Sticks | |
| | $6.75 |
| Red Sauce | |
| P  o Sauce | |
| Like Delivery Fee Discount | |
| | $5.00 |
| Bottle Water | $2.30 |
| Subt | $13.80 |
| Deliv   e | $5.00 |
| Sale | $1.62 |
| Tip | $2.76 |
| Total | $23.18 |

| | |
|---|---|
| Credit Card | Keyed |
| Visa | xxxx1665 |
| Time | 6:51 PM |

| | |
|---|---|
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | 020016 |
| Payment ID | HcPu9EYxcu0 |

Suggested Additional Tip:
+ 2%: (Tip $0.28  Total $20.70)
+ 3%: (Tip $0.41  Total $20.83)
+ 5%: (Tip $0.69  Total $21.11)
+ 7%: (Tip $0.97  Total $21.39)
Tip percentages are  the check
price before discounts and taxes
Thank you!! We appreciate
your support.
Have a wonderful day!

| | | | | | |
|---|---|---|---|---|---|
| 03/21/2020 | 12:18:26 | 14 | CODC | BOURICIUS | $1.40 |
| 03/21/2020 | 12:34:19 | 14 | CODC | BOURICIUS | $1.40 |
| 03/21/2020 | 12:34:29 | 9 | CODC | BOURICIUS | $0.90 |
| 03/23/2020 | 10:33:45 | 14 | CODC | BOURICIUS | $1.40 |
| 03/23/2020 | 10:34:02 | 4 | CODC | BOURICIUS | $0.40 |
| 03/06/2020 | 17:18:26 | 8 | KSDC | BOURICIUS V. MESA COUNTY | $0.80 |
| 03/06/2020 | 17:18:53 | 7 | KSDC | BOURICIUS V. MESA COUNTY | $0.70 |
| | | | | | **$7.00** |

| 2925526 | CODC | 05/07/2020 | BOURICIUS | 23 | 0 | $2.30 |
|---------|------|------------|-----------|-----|---|--------|
| 2925526 | CODC | 04/02/2020 | BOURICIUS | 91 | 0 | $9.10 |
| 2925526 | CODC | 04/14/2020 | BOURICIUS | 251 | 0 | $25.10 |
| 2925526 | CODC | 04/15/2020 | BOURICIUS | 28 | 0 | $2.80 |
| 2925526 | CODC | 04/23/2020 | BOURICIUS | 29 | 0 | $2.90 |
| | | | | | | **$42.20** |

**Order: #641993150**        **Total $66.82**

## RAPID PICK-UP DETAILS

ORDER READY (ESTIMATED)

OCT 28, 2021        11:23 AM

CAFE LOCATION

Denver - Ulster Terrace

303-741-3770

RAPID PICK-UP INSTRUCTIONS

Please find your order on the Rapid Pick-up shelf in the cafe.

## ORDER DETAILS: #641993150

6 items · $66.82 · Rapid Pick-Up

**Creamy Tomato Soup**        $7.19
French Baguette

**Qty: 1**        **$7.19**

**Classic Grilled Cheese Sandwich**                          $7.99
Chips

**Qty: 1**                                                   **$7.99**

**You Pick Two**                                             $12.58
Turkey Chili

Half Asian Sesame Salad with Chicken

Chips

**Qty: 1**                                                   **$12.58**

**Caesar Salad with Chicken**                                $10.79
French Baguette

**Qty: 1**                                                   **$10.79**

**Ten Vegetable Soup**                                       $7.19
Chips

**Qty: 1**                                                      **$7.19**

**Bacon Turkey Bravo Sandwich**                          $10.89
Chips

**Qty: 1**                                                     **$10.89**

Subtotal                                                       $56.63
Tax                                                             $4.53
Tip                                                             $5.66
**Order Total**                                               **$66.82**

**VISA**    ending in 2965                                     $66.82

# DENVER PLACE GARAGE
## 999 18th Street
DATE: 11/02/21
TIME: 05:43 PM

Receipt No.    27/1547/83
\* Original \*
Ticket:    **154997**
Entry : 11/02/21 07:03 AM
LPR   :
TAX included              **26.00**

Credit                    26.00
Trans ID : 64131
Card No. : xxxxxxxxxxxx7143
Card Type: VISA

One Parking Denver Place, Inc.
(303) 243-3835
www.OneParking.com

DENVER PLACE GARAGE

999 18th Street

DATE: 11/03/21

TIME: 04:48 PM

Receipt No.    24/1548/83

\* Original \*

Ticket:    **155095**

Entry : 11/03/21 07:39 AM

LPR   :

TAX included    **26.00**

Credit    26.00

Trans ID : 64169

Card No. : xxxxxxxxxxxx7143

Card Type: VISA

One Parking Denver Place, Inc.

(303) 243-3835

www.OneParking.com

DENVER PLACE GARAGE
999 18th Street
DATE: 11/04/21
TIME: 06:16 PM

Receipt No.    .28/1549/83
* Original *
Ticket:  **155163**
Entry : 11/04/21 07:38 AM
LPR   :

TAX included              **26.00**

Credit                26.00
Trans ID : 64210
Card No. : xxxxxxxxxxxx7143
Card Type: VISA

One Parking Denver Place, Inc.
(303) 243-3835
www.OneParking.com

# DENVER PLACE GARAGE

## 999 18th Street

DATE: 11/05/21
TIME: 01:25 PM

Receipt No.        7/1550/83
           * Original *
      Ticket:    **155211**
      Entry : 11/05/21 07:22 AM
      LPR   :   .

TAX included              **26.00**

Credit              26.00
Trans ID : 64222
Card No. : xxxxxxxxxxxx7143
Card Type: VISA

One Parking Denver Place, Inc.
      (303) 243-3835
      www.OneParking.com

10/26/21, 2:02 PM                                                         SmartDraw - Order Detail

                                              Login   



## Invoice

Customer ID: 774376
Order/Invoice Number: 1331646
Order Date: October 26, 2021

SmartDraw Software, LLC
1780 Hughes Landing Blvd. Suite 1100
The Woodlands, TX 77380

Phone (858) 225-3300
Fax (858) 225-3385

Federal Tax ID# 27-4015104
VATID# EU826014916
ARN# 300009031167

### Billed To:

Kathy Chaney
Lambdin & Chaney, LLP
4949 S. Syracuse St., Ste 600
Denver
Denver COLORADO 80237
United States

### User Info:

Kathy Chaney
Lambdin & Chaney, LLP
4949 S. Syracuse St., Ste 600
Denver
Denver COLORADO 80237
United States

## Payment Information:

Credit Card (VISA) ending in 7143

| Product | Qty | Expiration | Unit Price | Total Price |
|---|---|---|---|---|
| SmartDraw | 1 | October 26, 2022 | $119.40 | $119.40 |

| | | |
|---|---|---|
| Beginning July 1, 2017, the State of Colorado requires we notify you that you are obligated to self-remit use tax to the Colorado Department of Revenue. | SubTotal | $119.40 |
| Your subscription will renew automatically each year using the contact and billing information provided at the time of purchase until you cancel. Renewal rates are subject to change, but we will always notify you beforehand. | Sales Tax | $0.00 |
| | Total | $119.40 |

To ensure you are not charged for unintended renewals, you may opt out of auto-renewal at any time prior to the renewal date by:
- Calling customer support at 858-225-3300
- Submitting a ticket with customer support.
- Logging into "My Account" at www.smartdraw.com/myaccount and selecting "Purchases and Downloads", expanding the "Renewal Payments" section and clicking the "Disable" button.

## SPRINGHILL SUITES
BY MARRIOTT

**SPRINGHILL SUITES BY MARRIOTT®**
236 Main Street, Grand Junction, CO 81501 P 970.424.5777
**springhillsuites.com**

| | |
|---|---|
| Karen Rogers | Room: 211 |
| 4949 S Syracuse St Suite | Room Type: QQST |
| Denver CO 80237 | Number of Guests: 1 |
| Lambdin & Chaney Llp | Rate: $161.00    Clerk: SNS |

Arrive: 13Oct21    Time: 06:15PM    Depart: 15Oct21    Time: 08:57AM    Folio Number: 44844

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|--------:|--------:|
| 13Oct21 | Data Service | 4.95 | |
| 13Oct21 | Room Charge | 161.00 | |
| 13Oct21 | Sales Tax 5.27% | 8.48 | |
| 13Oct21 | Lodging Tax 6% | 9.66 | |
| 13Oct21 | City Sales Tax 3.25% | 5.23 | |
| 13Oct21 | Daily Parking | 11.00 | |
| 13Oct21 | Parking Tax | 0.58 | |
| 14Oct21 | Room Charge | 161.00 | |
| 14Oct21 | Sales Tax 5.27% | 8.48 | |
| 14Oct21 | Lodging Tax 6% | 9.66 | |
| 14Oct21 | City Sales Tax 3.25% | 5.23 | |
| 14Oct21 | Daily Parking | 11.00 | |
| 14Oct21 | Parking Tax | 0.58 | |
| 15Oct21 | Visa | | 396.85 |

*Card #: VIXXXXXXXXXXXX7143/XXXX*
*Amount:  396.85  Auth: 08687G*

**BALANCE:    0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com.

## SPRINGHILL SUITES
### BY MARRIOTT

**SPRINGHILL SUITES BY MARRIOTT®**
236 Main Street, Grand Junction, CO 81501 P 970.424.5777
**springhillsuites.com**

| | |
|---|---|
| Lelia Kathleen Chaney | Room: 526 |
| 4949 S Syracuse St Suite 600 | Room Type: KSTE |
| Denver CO 80237 | Number of Guests: 1 |
| Lambdin & Chaney  Llp | Rate: $154.00    Clerk: SNS |

Arrive: 12Oct21        Time: 07:52PM        Depart: 15Oct21        Time: 11:33AM        Folio Number: 68754

| DATE | DESCRIPTION | CHARGES | CREDITS |
|------|-------------|---------|---------|
| 12Oct21 | Room Charge | 149.00 | |
| 12Oct21 | Sales Tax 5.27% | 7.85 | |
| 12Oct21 | Lodging Tax 6% | 8.94 | |
| 12Oct21 | City Sales Tax 3.25% | 4.84 | |
| 12Oct21 | Daily Parking | 11.00 | |
| 12Oct21 | Parking Tax | 0.58 | |
| 13Oct21 | Room Charge | 154.00 | |
| 13Oct21 | Sales Tax 5.27% | 8.12 | |
| 13Oct21 | Lodging Tax 6% | 9.24 | |
| 13Oct21 | City Sales Tax 3.25% | 5.01 | |
| 13Oct21 | Daily Parking | 11.00 | |
| 13Oct21 | Parking Tax | 0.58 | |
| 14Oct21 | Room Charge | 154.00 | |
| 14Oct21 | Sales Tax 5.27% | 8.12 | |
| 14Oct21 | Lodging Tax 6% | 9.24 | |
| 14Oct21 | City Sales Tax 3.25% | 5.01 | |
| 14Oct21 | Daily Parking | 11.00 | |
| 14Oct21 | Parking Tax | 0.58 | |
| 15Oct21 | Visa | | 558.11 |

*Card #: VIXXXXXXXXXXXX7143/XXXX*
*Amount:   558.11  Auth: 07358G*

**BALANCE:**        **0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com.

**SPRINGHILL SUITES**
BY MARRIOTT

SPRINGHILL SUITES BY MARRIOTT®
236 Main Street, Grand Junction, CO 81501 P 970.424.5777
**springhillsuites.com**

# Rate Details & Cancellation Policy

- **You may cancel your reservation for no charge before 11:59 PM local hotel time on Sunday, October 10, 2021 (2 day[s] before arrival).**

- Please note that we will assess a fee of 170.63 USD if you must cancel after this deadline.

- Travel agents: please note that this rate is commissionable.

- Please note that a change in the length or dates of your reservation may result in a rate change.

---

**Rate Guarantee Limitation(s)**

- Changes in taxes or fees implemented after booking will affect the total room price.

**Additional Information**

- Upon check-in an authorization request will be placed on your credit or debit card (where accepted) in an amount equal to the cost of the room, tax and incidental charges for the length of your stay (up to seven nights). If your stay exceeds seven nights, an additional authorization may be requested for the entire amount of your stay (room, tax and incidentals). Upon check-out, your payment card will be charged for the actual amount incurred during your stay.

---

# Contact Us

## Phone Numbers
Call 1-888-287-9400 in the US and Canada

7

STARBUCKS Store #6697
999 18th Street
Denver, CO (303) 297-1798

CHK 663603
11/01/2021 11:54 AM
XXX2097   Drawer: 1  Reg: 2

Order

| | |
|---|---|
| Vt Pike Place | 2.95 |
| Vt Pike Place | 2.95 |
| Vt Americano | 3.65 |
| 2 Splenda | |
| Sausg Egg & Cheddr | 3.95 |
| Kind Blbry Van Cas | 2.25 |
| Kind Salted Crml | 2.25 |

| | |
|---|---|
| Subtotal | $18.00 |
| Tax 8.0% | $1.44 |
| Total | $19.44 |
| **Change  Due** | **$0.00** |

Payments

Visa                          19.44
XXXXXXXXXXXXX1665
Card Entry: QUICK CHIP
Trans Type: PURCHASE
Reference: 00000050
App Label: CHASE VISA
Auth: 02476G
AID: A0000000031010
TVR: 0000008000
TSI: E800

----------- Check Closed ---------------
11/01/2021 11:54 AM

Merchandise, Packaged Coffee and
Packaged Tea on this receipt may be
returned or exchanged within 60 days
of the transaction date printed
above. All returns or exchanges must
be accompanied with this original
receipt. Refund method depends on
form of payment. For questions call
1-800-STARBUC (1-800-782-7282)

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply

STARBUCKS Store #6697
999 18th Street
Denver, CO  (303) 297-1798

CHK 708783
11/03/2021 12:14 PM
XXX0237   Drawer: 1  Reg: 1

Order

| | |
|---|---|
| Ham Swiss Panini | 6.75 |
| Chckn Caprese Pani | 6.75 |
| Dark Chocolate Gra | 2.25 |
| T1 Cappuccino | 3.45 |
| Nonfat | |
| T1 Carml Macchiato | 4.45 |
| Vt Americano | 3.65 |
| 2% Milk 1/2" | |
| 2 Splenda | |

| | |
|---|---|
| Subtotal | $27.30 |
| Tax 8.0% | $2.18 |
| Total | $29.48 |
| **Change  Due** | **$0.00** |

Payments

| | |
|---|---|
| Visa | 29.48 |

XXXXXXXXXXXX1665
Card Entry: QUICK CHIP
Trans Type: PURCHASE
Reference: 00000058
App Label: CHASE VISA
Auth: 03219G
AID: A0000000031010
TVR: 0000008000
TSI: E800

------------ Check Closed ------------
11/03/2021 12:14 PM

Merchandise, Packaged Coffee and
Packaged Tea on this receipt may be
returned or exchanged within 60 days
of the transaction date printed
above. All returns or exchanges must
be accompanied with this original
receipt. Refund method depends on
form of payment. For questions call
1-800-STARBUC (1-800-782-7282)

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply

STARBUCKS Store #6697
999 18th Street
Denver, CO  (303) 297-1798

---

CHK 714633
11/04/2021 07:53 AM
XXX0745   Drawer: 2  Reg: 1

---

Order

| | |
|---|---|
| Vt Americano | 3.65 |
|   2% Milk 1/2" | |
|   2 Splenda | |
| Sausg Egg & Cheddr | 4.25 |
| Dark Chocolate Gra | 2.25 |

---

| | |
|---|---|
| Subtotal | $10.15 |
| Tax 8.0% | $0.81 |
| Total | $10.96 |

# Change Due            $0.00

---

Payments

| | |
|---|---|
| Visa | 10.96 |

XXXXXXXXXXXX1665
Card Entry: QUICK CHIP
Trans Type: PURCHASE
Reference: 00000019
App Label: CHASE VISA
Auth: 09072G
AID: A0000000031010
TVR: 0000008000
TSI: E800

--------- Check Closed ---------
11/04/2021 07:53 AM

Merchandise, Packaged Coffee and
Packaged Tea on this receipt may be
returned or exchanged within 60 days
of the transaction date printed
above. All returns or exchanges must
be accompanied with this original
receipt. Refund method depends on
form of payment. For questions call
1-800-STARBUC (1-800-782-7282)

Join our loyalty program
Starbucks Rewards®
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply



**From:** no-reply@taylorandfrancis.com <no-reply@taylorandfrancis.com>
**Sent:** Tuesday, October 19, 2021 9:19 AM
**To:** Kathy Chaney <kchaney@lclaw.net>
**Subject:** Routledge.com - Thank you for your order!





Thank you for your purchase!

Dear Kathy,

Thank you for your purchase from Routledge! Your order number is **940178**. Please keep this confirmation notice until your order is complete.

We will do our best to ship your order within the days shown. Please note that our shipping days do not include weekends and that we may take a few extra days at peak times.

If you have ordered more than one item it may be delivered in multiple packages.

If your order is being shipped via economy airmail, we are unable to track your order once it has left us.

We charge your account when your order is processed by our distributor, therefore there may be a couple of days between you placing the order and us taking payment.

EU countries - Due to issues with Brexit and covid-19, orders to EU countries may take a little longer than usual. Also please note that some deliveries may be subject to VAT and brokerage charges that are payable on delivery.

We are working to improve the situation and thank you for your patience.

*Special Offer for Loyal Customers: Save 20% (plus free shipping!) on your next Routledge.com order by using promo code: **LOYAL***

Please note that this charge will show as Informa on your statement.

# ORDER #940178

**PAYMENT METHOD:**

Visa **** **** **** 7143

**SHIPPING METHOD:**

Express Shipping - Economy

**BILLING ADDRESS:**

Kathy Chaney
Lambdin & Chaney, LLP
4949 S. Syracuse St., Ste 600
Denver
Denver, Colorado
80237
UNITED STATES
3037998889

**SHIPPING ADDRESS:**

Kathy Chaney
Lambdin & Chaney, LLP
4949 S. Syracuse St., Ste 600
Denver
Denver, Colorado
80237
UNITED STATES
3037998889

| DESCRIPTION: | Qty | Price | Amount |
|---|---|---|---|
| A Clinician's Guide to Systemic Sex Therapy, 3rd Edition December 22, 2020 | 9780367228064 | Paperback | 1 | $39.95 | $39.95 |
| | Subtotal: | | $39.95 |
| | Tax: | | *$3.52 |

2

| | |
|---|---|
| Shipping: | $9.99 |
| Shipping Tax: | $0.88 |
| **Total:** | **$54.34** |
| | $=USD |

*Sales tax is automatically calculated and added to your order based on your shipping destination. To have the sales tax removed, please send your order number(s) and your State Sales Tax Exemption Certificate (made out to **Taylor & Francis Group, LLC., 6000 Broken Sound Pkwy NW #300, Boca Raton, FL 33487** and signed and dated with your order date) to salestax@informa.com

## Customer Services & Orders

| For print orders | For eBook orders |
|---|---|
| **In North, Central & South America:**<br>**Tel:** 1-800-634-7064(toll-free)<br>**E-mail:** orders@crcpress.com<br><br>**In Australia & New Zealand:**<br>**Tel:** +61 2 8778 9999<br>**E-mail:** orders@tldistribution.com.au<br><br>**In the United Kingdom / Rest of World**<br>**Tel:** +44 (0) 1235 400524<br>**E-mail:** tandf@bookpoint.co.uk | **E-mail:** ebooksupport@tandfonline.com<br><br>**US**    **Tel:** 1-800-354-1420 (toll-free)<br>       **Tel:** 215-625-8900 (ext. 4) |

## Stay Connected





# FR80DP

| **Flight 1 of 2 UA5852** | **Class: United First (C)** |
| --- | --- |

Thu, Oct 28, 2021

## 07:45 AM

Grand Junction, CO, US (GJT)

Thu, Oct 28, 2021

## 08:52 AM

Denver, CO, US (DEN)

Flight Operated by Skywest Airlines dba United Express.

| **Flight 2 of 2 UA4722** | **Class: United Economy (Q)** |
| --- | --- |

Thu, Oct 28, 2021

## 08:55 PM

Denver, CO, US (DEN)

Thu, Oct 28, 2021

## 10:02 PM

Grand Junction, CO, US (GJT)

Flight Operated by Skywest Airlines dba United Express.

## Traveler Details

WHIDDENJR/FRANKJAMES

eTicket number: **0162374184135**

Preferred Zone Assignment (0169949358664)

Seats: **GJT-DEN 04C**
**DEN-GJT 11B**
**DEN-GJT**

## Purchase Summary

Method of payment:
Date of purchase:

**Visa ending in 1665**
**Wed, Oct 20, 2021**

| | |
| --- | --- |
| Airfare: | **794.41 USD** |
| U.S. Transportation Tax: | **59.59 USD** |
| U.S. Flight Segment Tax: | **8.60 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |

Total Per Passenger:

**882.80 USD**

## Total:

**882.80 USD**

2

## Additional Purchase Summary

Method of payment:
Date of purchase:

**Visa ending in 1665**
**Tue, Oct 19, 2021**

Preferred Zone Assignment (Reference Number: 0169949358664):

**23.00 USD**

## Total:

**23.00 USD**

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.28215 tonnes of $CO_2$.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Oct 28, 2021 Grand Junction, CO, US (GJT) to Denver, CO, US (DEN) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Oct 28, 2021 Denver, CO, US (DEN) to Grand Junction, CO, US (GJT) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION:** When

3

5/5/2020                                          Manage Your Profile

# Edit Your Profile

| User Info | Billing Profile | Buy Credits | Search History | Billing History | |
|---|---|---|---|---|---|

**Start Date** 04/01/2020

**End Date** 04/30/2020

**Search**

| Date/Time | Description | Client ID | Matches | Search ID | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 04-10-2020 10:58:54 MST | Combo search | Bouricius | 0 | 23064501 | Credit Card | $7.00 |
| 04-10-2020 10:57:48 MST | Combo search | Bouricius | 0 | 23064469 | Credit Card | $7.00 |
| 04-10-2020 10:56:36 MST | Combo search | Bouricius | 0 | 23064437 | Credit Card | $7.00 |
| 04-10-2020 10:54:16 MST | Combo search | Bouricius | 1 | 23064383 | Credit Card | $7.00 |

Copyright ©2020 LexisNexis Risk Solutions. All rights reserved.   Terms & Conditions   Privacy Policy   Site Map   (153) J86



## Watchpoint

**Invoice**

Tax ID: 83-1308224
1301 6th Ave W
Bradenton FL 34205
+1.9417493322 - Phone
Dcornelius@watchpointsiu.com
https://watchpointsiu.com/

| Bill To | Lambdin & Chaney, LLP |
|---|---|
| | Attn: Robert Belich |
| | 4949 South Syracuse Street |
| | Suite 600 |
| | Denver, CO 80237 |

| | |
|---|---|
| Invoice # | CT-134948 |
| Amount Due | $110.00 |
| Invoice Status | Open |
| Referral Date | 09/09/2021 |
| Location | Colorado |
| Case # | PSV-2021-09-18523-01 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 09/28/2021 | PSV - Process Service<br>Patrick Coleman | 1 | $55 | $55.00 |
| 09/28/2021 | PSV - Process Service<br>Rose Pugliese | 1 | $55 | $55.00 |

| | | |
|---|---|---|
| | Subtotal | $110.00 |
| | Tax | $0.00 |
| | **Total** | **$110.00** |