**Exhibit A to Amended Bill of Costs of Mesa County**

Civil Action No.: 1:18-cv-01144-DDD-STV

Itemized Costs Requested Pursuant to 28 U.S.C. § 1920

| | Fees for exemplification and copies of papers necessarily obtained for us in this case | |
|---|---|---|
| 1. | Bechtel Santos & Severn- Printing Copies of Cost Advance Photos (see statement dated 8-2-2018 attached as **Exhibit 1**, pages 2-4)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *3 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Crandall v. City and County of Denver, Colo., 594 F.Supp.2d 1245, 1256 (Dist. Colo. 2009); Anderson v. Van Pelt, 2013 WL 856508 at *6-7 (D. Colo. 2013) | $107.75 |
| 2. | Copy Kat Services- Printing Copies (see invoice dated 4-16-2020 attached as **Exhibit 1**, page 5)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *3 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Crandall v. City and County of Denver, Colo., 594 F.Supp.2d 1245, 1256 (Dist. Colo. 2009); Anderson v. Van Pelt, 2013 WL 856508 at *6-7 (D. Colo. 2013) | $1,817.58 |
| 3. | Copy Kat Services- Printing Copies (see invoice dated 10-29-2021 attached as **Exhibit 1**, page 6)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *3 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Crandall v. City and County of Denver, Colo., 594 F.Supp.2d 1245, 1256 (Dist. Colo. 2009); Anderson v. Van Pelt, 2013 WL 856508 at *6-7 (D. Colo. 2013) | $6,157.15 |
| 4. | Lambdin & Chaney, LLP in-house copies (dates of 3/31/2020,4/30/2020, 2/26/2021, 9/30/2021, 10/29,2021) | $1,213.67 |

| | | |
|---|---|---|
| | *See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *3 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Crandall v. City and County of Denver, Colo., 594 F.Supp.2d 1245, 1256 (Dist. Colo. 2009); Anderson v. Van Pelt, 2013 WL 856508 at *6-7 (D. Colo. 2013) | |
| | **Subtotal:** | **$10,411.85** |
| | Fees for witnesses | |
| 5. | Trial Accommodation Fee; Hilton- Frank Whidden; 2 nights (see receipt attached as **Exhibit 2**; pages 2-3)<br><br>*See* 28 U.S. Code § 1920 | $311.95 |
| 6. | Trial Accommodation Fee; Hilton- Lori Marak; 1 night (see receipt attached as **Exhibit 2**; pages 4-5)<br><br>*See* 28 U.S. Code § 1920 | $144.06 |
| 7. | Trial Accommodation Fee; Frank Whidden meals & gas; 5 meals (see receipts attached as **Exhibit 2**; pages 6-8)<br><br>*See* 28 U.S. Code § 1920 | $85.44 |
| 8. | Trial Accommodation Fee; Frank Whidden Flight United Airlines (see receipts attached as **Exhibit 2**; pages 9-13)<br><br>*See* 28 U.S. Code § 1920 | $950.80 |
| 9. | Trial Accommodation Fee; Frank Whidden Flight United Airlines (see receipts attached as **Exhibit 2**; pages 14-15)<br><br>*See* 28 U.S. Code § 1920 | $905.80 |
| 10. | Trial Accommodation Fee; Flight Frontier Airlines (see receipts attached as **Exhibit 2**; pages 16-19)<br><br>*See* 28 U.S. Code § 1920 | $169.98 |
| | **Subtotal:** | **$2,636.07** |
| | **Fees for exemplification and copies of papers** | |
| 11. | Docket Fees dated 3/06/2020-11/5/2021<br><br>See 28 U.S. Code § 1923 | $589.10 |
| | **Subtotal:** | **$589.10** |

|   | Fees for court reporter | |
|---|---|---|
| 12. | 2 Rivers Multimedia- Deposition Transcript of Frank Whidden taken on 7/11/ (see invoice as attached as **Exhibit 3,** page 2)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $302.10 |
| 13. | AB Court Reporting & Video Cost Advance for Deposition of Debra Bouricius taken on 2/22/19 (see invoice dated 3/29/2019 as attached as **Exhibit 3** page 3-5)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $1,768.31 |
| 14. | Hansen & Company, Inc. Cost of Advanced Certified Copies of Transcripts of Janine Corsi and Rick Corsi (see invoice dated 3/29/2019 as attached as **Exhibit 3** pages 6-10)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $950.04 |
| 15. | US District Court Cost for CD for 4/1 Hearing (see invoice dated 3/29/2019 as attached as **Exhibit 3** pages 6-10)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $31.00 |

| 16. | Western Colorado Court Reporting Cost advanced transcript of Lori Marak (see invoice dated 3/29/2019 as attached as **Exhibit 3** pages 6-10)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $209.25 |
| 17. | K. Michelle Dittmer, Inc. Cost advanced for transcript of John Justman's Deposition  (see invoice dated 7/5/2019 as attached as **Exhibit 3** pages 11-13)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $509.30 |
| 18. | K. Michelle Dittmer, Inc. Cost transcript of Pugliese Deposition Vol I. and II. (see invoice number 10130 as attached as **Exhibit 3** page 14)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $984.80 |
| 19. | Hansen & Company Certified Copies of Depositions of Janine Corsi and Rick Corsi (see invoice dated 4/22/2019 as attached as **Exhibit 3** page 15)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $998.70 |

| 21. | US District Court Cost for CD for 5/30 Hearing (see invoice 15642 as attached as **Exhibit 3** page 16)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $31.00 |
|---|---|---|
| 22. | Western Colorado Court Reporting Cost Advanced for Frank Whidden's deposition transcript and exhibits (see invoice 15642 as attached as **Exhibit 3** page 17)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $925.00 |
| 23. | Zoom Charge | $16.23 |
|  | **Subtotal:** | **$6725.00** |
|  | **Other costs** |  |
| 24. | Insight Investigative Services- attempt to locate witness Frank Whidden (see invoice attached as **Exhibit 4**) | $1,320.15 |
| 25. | Watchpoint- service of Subpoenas on Patrick Colman and Rose Pugliese (see invoice attached as **Exhibit 4**) | $110.00 |
| 26. | Jury Verdict Reporter- (see invoice attached as **Exhibit 4**) | $95.00 |
| 27. | Law Tool Box – calendaring of litigation deadlines (see invoice attached as **Exhibit 4**) | $138.00 |
| 28. | Brady Investigative Group (see invoice attached as **Exhibit 4**) | $318.25 |

| 29 | VCN Court Fees- Background on Bouricius (see invoice attached as **Exhibit 4**) | $28.00 |
|---|---|---|
| 30. | Pacer Court Records Search (see invoice attached as **Exhibit 4**) | $7.00 |
| 31. | Pacer Court Records Search (see invoice attached as **Exhibit 4**) | $42.50 |
| 32. | Jury Verdict Reporter (see invoice attached as **Exhibit 4**) | $95.00 |
| 33. | Hovland Forensic & Financial (see invoice attached as **Exhibit 4**) | $1000.00 |
| 34. | OP Denver Parking- Pretrial Conference 10/7/2021 (see invoice attached as **Exhibit 4**) | $26.00 |
| 35. | Foodbar Grand Junction (see invoice attached as **Exhibit 4**) | $66.11 |
| 36. | SpringHill Suites- Cancellation Fee (see invoice attached as **Exhibit 4**) | $170.63 |
| 37. | Foodbar Grand Junction (see invoice attached as **Exhibit 4**) | $110.19 |
| 38. | Pablo's Pizza Grand Junction (see invoice attached as **Exhibit 4**) | $23.18 |
| 39. | Foodbar Grand Junction (see invoice attached as **Exhibit 4**) | $300.87 |
| 40. | Las Marias (see invoice attached as **Exhibit 4**) | $29.00 |

| 41. | C&F Fuel<br>(see invoice attached as **Exhibit 4**) | $75.00 |
|---|---|---|
| 42. | SpringHill Suites- Karen Rogers<br>(see invoice attached as **Exhibit 4**) | $396.85 |
| 43. | SpringHill Suites-Kathy Chaney<br>(see invoice attached as **Exhibit 4**) | $558.11 |
| 44. | Taylor & Francis- Book<br>(see invoice attached as **Exhibit 4**) | $54.34 |
| 45. | Smartdraw- software<br>(see invoice attached as **Exhibit 4**) | $119.40 |
| 46. | Panera Bread- Trial Prep Lunch Frank Whidden<br>(see invoice attached as **Exhibit 4**) | $66.82 |
| 47. | Colorado Interactive- Efiling Search<br>(see invoice attached as **Exhibit 4**) | $31.44 |
| 48. | Trial Parking 11/1/2021<br>(see invoice attached as **Exhibit 4**) | $10.00 |
| 49. | Starbucks with client 11/1/2021<br>(see invoice attached as **Exhibit 4**) | $19.44 |
| 50. | Trial Parking 11/2/2021<br>(see invoice attached as **Exhibit 4**) | $26.00 |
| 51. | Trial Parking 11/2/2021<br>(see invoice attached as **Exhibit 4**) | $10.00 |

| | | |
|---|---|---|
| 52. | Trial Parking 11/3/2021<br>(see invoice attached as **Exhibit 4**) | $26.00 |
| 53. | Trial Parking 11/3/2021<br>(see invoice attached as **Exhibit 4**) | $10.00 |
| 54. | Starbucks with client 11/3/2021<br>(see invoice attached as **Exhibit 4**) | $29.48 |
| 55. | Trial Parking 11/4/2021<br>(see invoice attached as **Exhibit 4**) | $26.00 |
| 56. | Trial Parking 11/4/2021<br>(see invoice attached as **Exhibit 4**) | $26.00 |
| 57. | Starbucks with client 11/4/2021<br>(see invoice attached as **Exhibit 4**) | $10.96 |
| 58. | Trial Parking 11/5/2021<br>(see invoice attached as **Exhibit 4**) | $26.00 |
| 59. | Elways- Lunch during trial 11/5/2021<br>(see invoice attached as **Exhibit 4**) | $73.32 |
| 60. | Trial Parking 11/5/2021<br>(see invoice attached as **Exhibit 4**) | $26.00 |
| 61. | Hovland Forensic & Financial<br>(see invoice attached as **Exhibit 4**) | $549.99 |
| 62. | Dalby, Wendland & CO<br>(see invoice attached as **Exhibit 4**) | $1000.00 |

| | | |
|---|---|---|
| 63. | Frank Whidden Lyft Receipts 10/31/2021 (see invoice attached as **Exhibit 4**) | $167.81 |
| 64. | Dalby, Wendland & CO (see invoice attached as **Exhibit 4**) | $4,641.00 |
| | **Subtotal:** | **$11,859.54** |
| | **Grand total:** | **$32,221.56** |