# FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

775534

07/31/2018

BECHTEL SANTO & SEVERN
ATTORNEYS AT LAW
205 N. 4TH STREET, SUITE 300
GRAND JUNCTION, CO 81501
Phone: 970-683-5888
ID #47-2438110



RECEIVED
AUG 02 2018
MESA COUNTY ATTORNEY

STATEMENT

File #: 2388.014

MESA COUNTY

Page#: 2
Invoice #: 14317

File #: 2388.014                                                                                       Page#:    3
                                                                                                       Invoice #: 14317

[REDACTED]

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/26/2018 | COLORADO CIVIL RIGHTS DIVISION - Cost advanced for 451 photo copies of Boricius case file (first 20 pages are free, so 431 x .25 = $107.75) CK# - 12085 | 107.75 |
| | TOTAL COSTS ADVANCED: | $107.75 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

[REDACTED]

# Invoice

Copy Kat Services

6795 East Tennessee Ave, Suite 1-643
Denver, CO 80224

| Date | Invoice # |
|---|---|
| 4/16/2020 | 1022 |

| Bill To |
|---|
| Lambdin & Chaney, LLP<br>4949 S. Syracuse St, Ste 600<br>Denver, CO 80237 |

| P.O. No. | Terms | Project |
|---|---|---|
| Bouricious v. Mesa... | Net 30 | |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 14,989 | B&W printing (3-hole punch and bind) | 0.12 | 1,798.68 |
| 42 | Color printing (3-hole punch and bind) | 0.45 | 18.90 |

Make all checks payable to Copy Kat Services, LLC

Thank you for your business!

| Total | $1,817.58 |
|---|---:|



Copy Kat Services

6795 East Tennessee Ave,
Suite 1-643
Denver, CO 80224

# Invoice

| Date | Invoice # |
|---|---|
| 10/29/2021 | 1155 |

| EIN |
|---|
| 83-4050412 |

| Bill To |
|---|
| Lambdin & Chaney, LLP<br>4949 S. Syracuse St, Ste 600<br>Denver, CO 80237 |

| Project Name | Project | Terms |
|---|---|---|
| Bouricious v Mesa | | Net 30 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| B&W printing (3-hole punch and bind) | 3,717 | 0.12 | 446.04T |
| Color printing (3-hole punch and bind) | 11,696 | 0.40 | 4,678.40T |
| Electronic work for native file conversion and organization | 7.75 | 75.00 | 581.25 |
| Sales Tax | | 8.81% | 451.46 |

Make all checks payable to Copy Kat Services, LLC

Thank you for your business!

**Total**  $6,157.15