# FEES FOR WITNESSES



# Hampton Inn & Suites Denver-Downtown

📍 1845 Sherman Street
Denver CO 80203 US
**Maps & Directions >>**

📞 13038648000

## 31 SUN OCT

Check In:   3:00 PM



## 2 Nights

## 2 TUE NOV

Check Out: 11:00 AM

ⓘ Due to the current travel environment, hotel amenities and services may be limited. Visit the **Hampton Inn & Suites Denver-Downtown** hotel website for property policies and updates. Please check with regional health and government authorities about the evolving health and safety requirements that may be in place at the location of your stay. **Learn more→**

# Your Room Information

**Guest Name:**     Frank Whidden
**Guests:**     2 Adults
**Rooms:**     1
**Room Plan:**     1 KING BED NONSMOKING

**Your Rate Information**     Honors Nonrefundable

**Rate per night**

2

| | |
|---|---|
| Oct-31-2021 - Nov-01-2021 | 145.04 USD |
| Nov-01-2021 - Nov-02-2021 | 124.46 USD |
| **Total for Stay per Room Rate** | **269.50 USD** |
| **Taxes** | 42.45 USD |
| **Total price for Stay** | **311.95 USD** |

 **Modify Your Reservation >**

## What To Expect When You Arrive



## Clean & Ready for You

We are creating an even cleaner stay for you from your guest room to public areas to food and beverage. **Learn more→**



## Hot Breakfast—On Us!

Imagine a free, hot breakfast every morning of your stay. It's here—join us. **Learn more→**



## Upon Request Housekeeping

Whether that means calling the front desk to get your room cleaned or keeping your room to yourself, control over your stay is up to you. **Read other changes→**

3



## Hampton Inn & Suites Denver-Downtown

 1845 Sherman Street
Denver CO 80203 US
**Maps & Directions >>**

 13038648000

**2** TUE
NOV

Check In:   3:00 PM

🌙
**1 Night**

**3** WED
NOV

Check Out:  11:00 AM

Due to the current travel environment, hotel amenities and services may be limited. Visit the **Hampton Inn & Suites Denver-Downtown** hotel website for property policies and updates. Please check with regional health and government authorities about the evolving health and safety requirements that may be in place at the location of your stay. **Learn more→**

## Your Room Information

**Guest Name:**          Lori Marak
**Guests:**              2 Adults
**Rooms:**               1
**Room Plan:**           1 KING BED NONSMOKING


**Your Rate Information**        Honors Nonrefundable

---

**Rate per night**

2

| | |
|---|---|
| Nov-02-2021 - Nov-03-2021 | 124.46 USD |
| **Total for Stay per Room Rate** | **124.46 USD** |
| **Taxes** | 19.60 USD |

**Total price for Stay**                         **144.06 USD**

 <u>**Modify Your Reservation >**</u>

# What To Expect When You Arrive



## Clean & Ready for You

We are creating an even cleaner stay for you from your guest room to public areas to food and beverage. **Learn more→**



## Hot Breakfast—On Us!

Imagine a free, hot breakfast every morning of your stay. It's here—join us. **Learn more→**



## Upon Request Housekeeping

Whether that means calling the front desk to get your room cleaned or keeping your room to yourself, control over your stay is up to you. **Read other changes→**

3

THANK YOU FOR
SHOPPING AT
STINKER 322!
2903 NORTH AVE
GRAND JUNCTION, CO
--------------------
**** DUPLICATE RECEIPT *****
--------------------
tore: 0322   Dispenser #: 08
ate: 11-03-21  Time 16:58
         Receipt# 151130
SINCLAIR
Card: XXXXXXXXXXXXXX0013
Unleaded Regular
Price/Gallon $3.299
Gallons:     6.680
Fuel Amount  USD 22.04
Sale Amount  USD 22.04
Approval:        438898
--------------------
***** DUPLICATE RECEIPT *****
--------------------

Subway#59124-0 Phone 303-953-5384
1795 Champa St
Denver, CO, 80203
Served by: 6467 11/2/2021 12:16:43 pm
Term ID-Trans# 1/A-458258

| Qty | Size | Item | Price |
| --- | --- | --- | --- |
| 1 | | Cold Cut Combo Salad | 7.28 |
| 1 | | Large Fountain 40oz | 2.69 |

Sub Total                         9.97
General Sales Tax (8%)            0.80
Total (Eat In)                   10.77
Credit Card                      10.77
Change                            0.00
Take our 1-minute survey
& get a FREE cookie!
www.tellsubway.com
Approval No: 00125P
Reference No: 6fuv001635876993033
Card Issuer: MasterCard
Account No: ************0654
Acquired: ICC
Amount: $10.77
Application: Mastercard
AID: A0000000041010
MID: 527021002070672
TID: 75472781
Date/Time: 11/02/2021 12:16:33
APPROVED

CUSTOMER COPY

t Order ID: 6456358770018090

uce know how we did today at
al.subway.com and we'll send
a sweet offer.

## Receipt

318906110317222021

Grand Junction Regional Airport
Republic Parking System
2828 Walker Field Dr
Grand Junction, CO 81506
970-245-5154

FeeComputer Number: 6
Entry Time: 10/31/2021 1:56 PM
Exit Time:  11/3/2021 5:22 PM
Duration: 3d  3h 26m
Op: James
Non-resetable tr #: 298124
Tran: 3189
Ticket Number: 26297

Transient Parking      $    36.00
-------------------------------
                       $    36.00
Total:                 $    36.00
MasterCard
         0654

Brown Palace Hotel
321 17th St
Denver, CO  80202

Server: Ibrahima          DOB: 11/01/2021
06:55 PM                       11/01/2021
209/1                         11/110015

SALE

11/01/2021                    18:55:49
MID: 1                         TID: 1
116339

CREDIT CARD

PURCHASE

Chip Card:                   Mastercard
        APPROVED BY ISSUER
CARD #:              XXXXXXXXXXXX0654
TC:                 A07399A5AB80DA36
INVOICE:                   481100015
Approval Code:                07417P
Entry Method:             Chip Read
Mode:                          Issuer

AID:                  A0000000041010
ATC:                            0032
TSI:   6800             ARC: 07417P
  SubTotal            USD $   29.32

    Tip              USD $   5.00

  Total              USD $ 34.32

Signature:_____
        FRANK WHIDDEN
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

        CUSTOMER COPY


        Thank You!!!


        Merchant

---

# Receipt

179906102822022021

Grand Junction Regional Airport
Republic Parking System
2828 Walker Field Dr
Grand Junction, CO 81506
970-245-5154

FeeComputer Number: 6
Entry Time: 10/28/2021 6:50 AM
Exit Time:  10/28/2021 10:02 PM
Duration: 15h 12m
Op: Josh
Non-resetable tr #: 296732
Tran: 1799
Ticket Number:  25926

Transient Parking        $    10.00
--------------------------------
                         $    10.00
Total:                   $    10.00
MasterCard
Last 4 Digits:             0654



Cantina Grill
Concourse B Mezzanine Level
PO Box 49310
Denver, CO 80249
(303) 342-8469

Server: Mark              10/28/2021
Table 52/1                 5:59 PM
Guests: 1                    30086
Reprint #: 2

Fountain Soda                 2.95
Chips & Salsa                 3.00

Subtotal                      5.95
Tax                           0.48

Total                         6.43

CASH                        100.00



Thank you, Frank Whidden
Please review order details below

Order number: **#7**

| Delivery information | 2021-10-31 |
|---|---|
| | 09.06 PM |

**Hampton Inn & Suites**
**Downtown Denver**
1845 Sherman St,
Denver, CO 80203
Denver, 80203
**Room number:** 118
**Payment:** CARD

## ITEMS ORDERED

| | |
|---|---|
| **1x** Impossible Burger | $20.00 |
| **1x** Pure Leaf Iced Tea | $4.00 |

## EXTRAS

| | |
|---|---|
| **1x** Small Salad | $0.00 |

| | |
|---|---|
| Subtotal | $24.00 |

| | |
|---|---|
| Tax | $1.92 |
| Tip | $5.00 |
| **TOTAL** | **$30.92** |



**From:** United Airlines, Inc. <Receipts@united.com>
**Sent:** Thursday, October 28, 2021 2:28 PM
**To:** Kathy Chaney <kchaney@lclaw.net>
**Subject:** eTicket Itinerary and Receipt for Confirmation DBRNCY


Thu, Oct 28, 2021

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

1

**Note:** There are travel restrictions in place due to the coronavirus. Check our <u>Important notices page</u> for the latest updates

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# DBRNCY

| Flight 1 of 2 UA4753 | Class: United Economy (M) |
|---|---|

| | |
|---|---|
| Sun, Oct 31, 2021 | Sun, Oct 31, 2021 |
| **03:30 PM** | **04:40 PM** |
| Grand Junction, CO, US (GJT) | Denver, CO, US (DEN) |

Flight Operated by Skywest Airlines dba United Express.

| Flight 2 of 2 UA5488 | Class: United Economy (M) |
|---|---|

| | |
|---|---|
| Tue, Nov 02, 2021 | Tue, Nov 02, 2021 |
| **01:45 PM** | **02:51 PM** |
| Denver, CO, US (DEN) | Grand Junction, CO, US (GJT) |

Flight Operated by Skywest Airlines dba United Express.

## Traveler Details

WHIDDENJR/FRANKJAMES

eTicket number: **0162375824531**

Preferred Zone Assignment (0169951079148)
Preferred Zone Assignment (0169951079147)

Seats: **GJT-DEN 05C**
**DEN-GJT 02B**
**DEN-GJT**
**GJT-DEN**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in 7143** |
| Date of purchase: | **Thu, Oct 28, 2021** |

| | |
|---|---|
| Airfare: | **818.60 USD** |

| | |
|---|---:|
| U.S. Transportation Tax: | **61.40 USD** |
| U.S. Flight Segment Tax: | **8.60 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |

| | |
|---|---:|
| Total Per Passenger: | **908.80 USD** |

| | |
|---|---:|
| **Total:** | **908.80 USD** |

## Additional Purchase Summary

| | |
|---|---:|
| Method of payment: | **Visa ending in 7143** |
| Date of purchase: | **Thu, Oct 28, 2021** |

| | |
|---|---:|
| Preferred Zone Assignment (Reference Number: 0169951079148): | **19.00 USD** |

| | |
|---|---:|
| **Total:** | **19.00 USD** |

## Additional Purchase Summary

| | |
|---|---:|
| Method of payment: | **Visa ending in 7143** |
| Date of purchase: | **Thu, Oct 28, 2021** |

| | |
|---|---:|
| Preferred Zone Assignment (Reference Number: 0169951079147): | **23.00 USD** |

| | |
|---|---:|
| **Total:** | **23.00 USD** |

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.18469 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases.

Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Sun, Oct 31, 2021<br>Grand Junction, CO, US (GJT)<br>to Denver, CO, US (DEN) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

3

| Tue, Nov 02, 2021<br>Denver, CO, US (DEN)<br>to Grand Junction, CO, US (GJT) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
|---|---|---|---|---|

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- Current policies and updates concerning Coronavirus (Covid 19) can be found at https://www.united.com/ual/en/us/fly/travel/notices.html .

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

4

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the original ticketed travel date. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary or a credit for future travel on United if the new itinerary has a lower fare than the original ticketed itinerary. Unless a waiver applies, Basic Economy tickets may not be changed or cancelled and a change fee will apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated

# FR80DP

---

**Flight 1 of 2 UA5852** | **Class: United First (C)**

Thu, Oct 28, 2021

# 07:45 AM

Grand Junction, CO, US (GJT)

Thu, Oct 28, 2021

# 08:52 AM

Denver, CO, US (DEN)

Flight Operated by Skywest Airlines dba United Express.

---

**Flight 2 of 2 UA4722** | **Class: United Economy (Q)**

Thu, Oct 28, 2021

# 08:55 PM

Denver, CO, US (DEN)

Thu, Oct 28, 2021

# 10:02 PM

Grand Junction, CO, US (GJT)

Flight Operated by Skywest Airlines dba United Express.

---

## Traveler Details

WHIDDENJR/FRANKJAMES

eTicket number: **0162374184135**

Preferred Zone Assignment (0169949358664)

Seats: **GJT-DEN 04C**
**DEN-GJT 11B**
**DEN-GJT**

---

## Purchase Summary

Method of payment: | **Visa ending in 1665**
Date of purchase: | **Wed, Oct 20, 2021**

| | |
|---|---|
| Airfare: | **794.41 USD** |
| U.S. Transportation Tax: | **59.59 USD** |
| U.S. Flight Segment Tax: | **8.60 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **9.00 USD** |

Total Per Passenger: | **882.80 USD**

---

# Total: | **882.80 USD**

Additional Purchase Summary

Method of payment:                                                                    **Visa ending in 1665**
Date of purchase:                                                                     **Tue, Oct 19, 2021**


Preferred Zone Assignment (Reference Number: 0169949358664):                          **23.00 USD**

## Total:                                                                             **23.00 USD**


## Carbon Footprint

Your estimated carbon footprint for this trip is **0.28215 tonnes of CO2**.

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Oct 28, 2021<br>Grand Junction, CO, US (GJT)<br>to Denver, CO, US (DEN) | 0 USD | 0 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Thu, Oct 28, 2021<br>Denver, CO, US (DEN)<br>to Grand Junction, CO, US (GJT) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

## Important Information about MileagePlus Earning

• Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program

• Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual

• You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown

• Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

• Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if 1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

• **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When

*Lambdin & Chaney, LLP*
4949 S. Syracuse Street, Suite 600
Denver, CO 80237



Invoice #:              31313                                  Page       2

Invoice #:          31313                              Page        3

Invoice #:              31313                                              Page        4



Out-of-town travel - Frontier Airlines to/from                                    169.98
Grand Junction, CO