# FEES FOR COURT REPORTER AND TRANSCRIPTS



# 2RIVERS
## MULTIMEDIA

2 Rivers Multi-Media, LLC
1434 Grand Avenue
Glenwood Springs, CO 81601

970.384.2519

# Invoice

| Bill To |
|---|
| Lambdin & Chaney, LLP<br>c/o K. Chaney<br>4949 S Syracuse St STE 600<br>Denver, CO 80237 |

| Date | Invoice No. | Terms |
|---|---|---|
| 04/03/20 | 2593 | Net 30 |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Sync to Transcript | Sync video to transcript: Video Deposition of FRANK WHIDDEN on 7.11.19 (6hr 34min) | 6.57 | 30.00 | 197.10 |
| Dropbox Upload | Dropbox upload of files -6hr 34min (we charge per two hours) | 3.5 | 30.00 | 105.00 |

| | |
|---|---|
| Subtotal | $302.10 |
| Sales Tax (0.0%) | $0.00 |
| Total | $302.10 |

P.O. Number



803925

03/29/2019

BECHTEL SANTO & SEVERN
ATTORNEYS AT LAW
205 N. 4TH STREET, SUITE 300
GRAND JUNCTION, CO  81501
Phone: 970-683-5888
ID #47-2438110



RECEIVED
APR 03 2019
MESA COUNTY ATTORNEY

S T A T E M E N T

File #: 2388.014

803925

File #: 2388.014

Page#:    3
Invoice #:    15207

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/25/2019 | DALBY, WENDLAND & CO, P.C. - Cost advanced for retaining rebuttal expert witness CK# - 12461 | 1,000.00 |
| 03/15/2019 | AB COURT REPORTING & VIDEO - Cost advanced for deposition of Debra Bouricius 2/22/19 CK# - 12474 | 1,769.31 |



815143

05/30/2019

**BECHTEL SANTO & SEVERN**
**ATTORNEYS AT LAW**
**205 N. 4TH STREET, SUITE 300**
**GRAND JUNCTION, CO 81501**
Phone: 970-683-5888
ID #47-2438110

S T A T E M E N T



File #: 2388.014

Page#:   2
Invoice #:   15449

File #: 2388.014

File #: 2380.014

Page#:    4
Invoice #:    15449

File #: 2388.014

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/30/2019 | HANSEN & COMPANY, INC. - Cost advanced for certified copies of transcripts of depositions of Janine Corsi and Rick Corsi CK# - 12546 | 950.04 |
| 05/08/2019 | FIRST BANKCARD - RSE - US District Court - Cost advanced for CD of 4/1 hearing for Bouricius - MC CK# - 12553 | 31.00 |
| 05/20/2019 | WESTERN COLORADO COURT REPORTING - Cost advanced for deposition of Lori Marak CK# - 12568 | 209.25 |





07/05/2019

**BECHTEL SANTO & SEVERN**
ATTORNEYS AT LAW
205 N. 4TH STREET, SUITE 300
GRAND JUNCTION, CO  81501
Phone: 970-683-5888
ID #47-2438110


JUL 07 2019

S T A T E M E N T

File #: 2388.014

MESA COUNTY

File #: 2388.014

Page#:   5
Invoice #:   15562

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/14/2019 | K. MICHELLE DITTMER, INC. - Cost advanced for transcript of John Justman's deposition CK# - 12602 | 509.30 |

Invoice Number: 10130

**To:**

**L. Kathleen Chaney, Esq.**
4949 South Syracuse Street
Suite 600
Denver, Colorado, 80237

**Make Checks Payable To:**

**K. Michelle Dittmer, Inc.**
8053 Fenton Ct
Arvada, CO, 80003

**Case Details:**

**Case Number:** 18-cv-01144-DDD-STV
**Case Title:** Boricius v. Mesa County
**Case Description:** Depositions of Pugliese Vols. I & II and McInnis

**Charges:**

| Date | Trial | Activity Type | Other Fees | Sub-Total |
|------|-------|---------------|------------|-----------|
| 10/12/2021 | Pugliese Vol. I | Copy | $0.00 | $182.40 |
| 10/12/2021 | Pugliese Vol. I | Rough Draft | $0.00 | $114.00 |
| 10/20/2021 | Pugliese Vol. II *EXPEDITED* | Copy | $0.00 | $119.00 |
| 10/13/2021 | McInnis | Copy | $0.00 | $350.40 |
| 10/13/2021 | McInnis | Rough Draft | $0.00 | $219.00 |

**Total:** $984.80

**Amount Due:** $984.80

# INVOICE

1 of 1



**Denver:** (303) 691-0202
**Colorado Springs:** (719) 471-2966
litigationservices.com

Discovery | Depositions | Trial

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1495855 | 10/7/2021 | 809574 |

| Job Date | Case No. |
|---|---|
| 4/22/2019 | 18CV001144 |

| Case Name |
|---|
| Debra Bouricius v. Mesa County, et al. |

| Payment Terms |
|---|
| Net 30 |

Robert A. Belich
Lambdin & Chaney, L.L.P.
4949 South Syracuse Street, Suite 600
Denver, CO 80237

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Janine Corsi | 118.00 | Pages | @ 2.600 | 306.80 |
| Exhibits - B&W | 9.00 | Pages | @ 0.350 | 3.15 |
| Digital Litigation Package | 1.00 | | @ 50.000 | 50.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Rick Corsi | 222.00 | Pages | @ 2.600 | 577.20 |
| Exhibits - B&W | 33.00 | Pages | @ 0.350 | 11.55 |
| Digital Litigation Package | 1.00 | | @ 50.000 | 50.00 |

**TOTAL DUE   >>>**                                    **$998.70**

AFTER 11/6/2021  PAY                              $1,098.57

Location of Job    : King and Greisen
1670 York Street
Denver, CO 80206

Please note, disputes or refunds will not be honored or issued after 30 days

**Tax ID:** 27-5114755

*Please detach bottom portion and return with payment.*

Robert A. Belich
Lambdin & Chaney, L.L.P.
4949 South Syracuse Street, Suite 600
Denver, CO 80237

Invoice No.    : 1495855
Invoice Date   : 10/7/2021
**Total Due**    : **$998.70**
AFTER 11/6/2021  PAY  $1,098.57

Remit To:  **Litigation Services and Technologies of
Nevada, LLC
P.O. Box 98813
Las Vegas, NV 89193-8813**

Job No.     : 809574
BU ID       : CO-CR
Case No.    : 18CV001144
Case Name   : Debra Bouricius v. Mesa County, et al.

| | Subtotal: | $1,039.54 |
|---|---|---|
| Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment. | Tax(0.0881): | $76.16 |
| *Customer Signature:* *Session ID:*       *Date:  10/15/2021* | Total: | $1,115.70 |

Tax ID Number:
84-1612777

File #: 2388.014

Page#:    3
Invoice #:   15642

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01/2019 | HOVLAND FORENSIC & FINANCIAL - Cost advanced for retainer CK# - 12621 | 1,000.00 |
| 07/10/2019 | FIRST BANKCARD - RSE - US DISTRICT COURT FOR THE DISTRICT OF COLORADO - Cost advanced for Audio CD for Bouricius / Mesa County 5/30 hearing CK# - 12629 | 31.00 |

File #: 2380.014

MESA COUNTY

Page#:    4
Invoice #:   15642



| | | |
|---|---|---|
| 07/24/2019 | WESTERN COLORADO COURT REPORTING - Cost Advanced for Frank Whidden's deposition transcript and exhibits CK# - 12656 | 925.20 |
| 07/24/2019 | HOVLAND FORENSIC & FINANCIAL - Cost advanced for update rebuttal report CK# - 12653 | 1,355.00 |

zoom                                                                    INVOICE

Zoom Video Communications Inc.                        Invoice Date:      05/20/2020
55 Almaden Blvd, 6ᵗʰ Floor                            Invoice #:         INV21496586
San Jose, CA 95113                                    Payment Terms:     Due Upon Receipt
billing@zoom.us                                       Due Date:          05/20/2020
                                                      Account Number     56052002
                                                      Currency:          USD
                                                      Account Information: Lambdin & Chaney
Purchase Order #:                                                        4949 S Syracuse St, ste 600
                                                                         Denver, Colorado 80237
                                                                         United States

TaxExemptCertificateID:                                                  sju@lclaw.net

Zoom W-9

| CHARGE DETAILS | | | | |
|---|---|---|---|---|
| Charge Description | Service Period | Subtotal | Tax | TOTAL |
| Charge Name:  Standard Pro Monthly<br>Quantity:   1<br>Unit Price: $14.99 | 05/20/2020-06/19/2020 | $14.99 | $1.24 | $16.23 |

| INVOICE TOTALS | |
|---|---|
| Subtotal: | $14.99 |
| Total (Including Tax): | $16.23 |
| Invoice Balance: | $0.00 |

| TAX DETAILS | | | | |
|---|---|---|---|---|
| Charge Name | Tax Name | Jurisdiction | Charge Amount | Tax Amount |
| Standard Pro Monthly | Transit Tax NF | County | $14.99 | $0.15 |
| Standard Pro Monthly | District Tax NF | County | $14.99 | $0.01 |
| Standard Pro Monthly | Sales Tax NF | State | $14.99 | $0.43 |
| Standard Pro Monthly | Sales Tax | City | $14.99 | $0.65 |
| | | | Total Tax | $1.24 |

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Invoice Total | | | | $16.23 |
| Transaction Date | Transaction Number | Transaction Type | Description | Applied Amount |