AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 18-CV-01144-DDD-STV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Frank Whidden on *(date)* 10/19/2021 .

☑ I served the subpoena by delivering a copy to the named person as follows: by handing it to Frank Whidden at his residence of 161 Winter Hawk Drive, Grand Junction, CO 81503

on *(date)* 10/22/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 330.00 .

My fees are $ _____ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 10/22/2021

*Server's signature*

Catherine Malapanes, Process Server
*Printed name and title*

PO Box 446, Fruita, Colorado 81521
*Server's address*

Additional information regarding attempted service, etc.:

Served at 2:26pm

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Debra Bouricius <br> *Plaintiff* <br> v. <br> Mesa Cnty, by and through the Mesa Cnty Board of Comm. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 18-CV-01144-DDD-STV <br> ) <br> ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Frank Whidden, 161 Winter Hawk Drive, Grand Junction 81503

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 | Courtroom No.: A-1002 |
|---|---|---|
| | | Date and Time: 11/01/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/19/2021

*CLERK OF COURT*

OR

_____            _Meredith Munro_ (signature)
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Debra Bouricius
_____, who issues or requests this subpoena, are:

Paula Greisen, Meredith A. Munro, and Scott Medlock, King & Greisen, LLP, 1670 York Street, Denver, CO 80206, greisen@kinggreisen.com, munro@kinggreisen.com, medlock@kinggreisen.com (303) 298-9878

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 1147 |
| **Date Posted** | 10/27/21 |
| **Check Amount** | $330.00 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender