IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01144-DDD-STV

_____

DEBRA BOURICIUS,

    Plaintiff,

vs.

MESA COUNTY, by and through the Mesa County Board of County Commissioners,

    Defendant.

_____

VIDEOCONFERENCE DEPOSITION OF

ROSE FEMIA PUGLIESE - VOLUME II

CONFIDENTIAL

APPEARING REMOTELY

October 20, 2021

_____

PURSUANT TO NOTICE and the Federal Rules of Civil Procedure, the videoconference deposition of ROSE FEMIA PUGLIESE, whose identity has been verified by the court reporter, was taken on behalf of the Plaintiff on October 20, 2021, at 11:01 a.m., before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via videoconference)

```
 1    APPEARANCES:

 2    ON BEHALF OF THE PLAINTIFF:
            PAULA GREISEN, ESQ.
 3          MEREDITH A. MUNRO, ESQ.
            King & Greisen, LLP
 4          1670 York Street
            Denver, Colorado 80206
 5          Phone: 303-298-9878
            Email: greisen@kinggreisen.com
 6          Email: munro@kinggreisen.com
            (appeared via videoconference)
 7
      ON BEHALF OF THE DEFENDANT:
 8          L. KATHLEEN CHANEY, ESQ.
            Lambdin & Chaney, LLP
 9          4949 S. Syracuse Street, Suite 600
            Denver, Colorado 80237
10          Phone: 303-799-8889
            Email: kchaney@lclaw.net
11          (appeared via videoconference)

12

13    Also Present:  Ms. Debra Bouricius
                     Laurie Mool
14             (appeared via videoconference)

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   was made?
 2          A.   Of course.  I'm always concerned when
 3   allegations are made by county employees.
 4          Q.   And did -- you said Mr. McInnis was
 5   handling it; is that right?
 6          A.   Commissioner McInnis was the lead.
 7          Q.   And did you ever ask Mr. McInnis the
 8   status of the investigation?
 9          A.   I did not.
10          Q.   Did you care about the status of the
11   investigation?
12          A.   I cared that it was being handled by the
13   county attorney and Commissioner McInnis as the lead.
14          Q.   And what did you find out about that
15   investigation?
16          A.   I don't recall finding out anything about
17   the investigation.
18          Q.   Have you read Mr. McInnis's deposition?
19          A.   I have not.
20          Q.   Have you been told about it?
21               MS. CHANEY:  Objection.  Attorney-client
22   privilege.
23               Don't answer it.
24               MS. GREISEN:  Ms. Pugliese is no longer a
25   county commissioner, so currently, you're not -- Mesa
```

CONFIDENTIAL

```
 1   County's attorney is not her attorney.
 2              MS. CHANEY:  Yes, I am representing
 3   Ms. Pugliese, and she is a county commissioner for the
 4   purposes of this lawsuit and is a defendant about the
 5   litigation.
 6              MS. GREISEN:  Well, we can go back to the
 7   Court to talk about that.
 8        Q.   (By Ms. Greisen)  Have you had
 9   conversations with the county -- Ms. Chaney about
10   Mr. McInnis's deposition?  Let's just --
11              MS. CHANEY:  Objection.  Attorney-client
12   privilege.  I'm representing Ms. Pugliese for the
13   purposes of this deposition.
14        Q.   (By Ms. Greisen)  Are you refusing to
15   answer that, Ms. Pugliese?
16        A.    I am refusing to answer under
17   attorney-client privilege.
18        Q.   And it's your -- you're no longer a county
19   attorney -- a county commissioner, correct?
20        A.    I am not.
21        Q.   And you yourself, personally, have not
22   retained Ms. Chaney or her law office; is that correct?
23        A.    I am being re- -- I -- Ms. Chaney is my
24   attorney for the purposes of this deposition.
25        Q.   Have you personally retained Ms. Chaney as
```

```
 1                  REPORTER'S CERTIFICATE

 2

 3          I, K. MICHELLE DITTMER, Registered Professional

 4   Reporter and Notary Public, State of Colorado, do hereby

 5   certify that previous to the commencement of the

 6   examination, the deponent was duly sworn by me to testify

 7   to the truth in relation to the matters in controversy

 8   between the parties hereto; that the said deposition was

 9   taken in machine shorthand by me at the time and place

10   aforesaid and was thereafter reduced to typewritten form;

11   that the foregoing is a true transcript of the questions

12   asked, testimony given, and proceedings had.  I further

13   certify that I am not employed by, related to, nor

14   counsel for any of the parties herein, nor otherwise

15   interested in the outcome of this litigation.

16              IN WITNESS WHEREOF, I have affixed my signature

17   this 25th day of October, 2021.

18

19          My commission expires April 15, 2024.

20
                     _____
21                             K. MICHELLE DITTMER
                           Registered Professional Reporter
22                      My commission expires April 13, 2020.

23

24

25
```