**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-CV-01144-DDD-STV

DEBRA BOURICIUS,

        Plaintiff,

v.

MESA COUNTY,

        Defendant.

---

**MOTION FOR WITHDRAWAL OF APPEARANCE**

---

Defendant, **Mesa County** through its undersigned counsel, **Karen Rogers, Esq.**, respectfully files this Motion for Withdrawal of Appearance of attorney Karen B. Rogers as follows:

1.    Defendant submits this Motion for Withdrawal of Appearance seeking to remove Karen B. Rogers as attorney of record in this case.

2.    Mesa County is represented by Lambdin & Chaney, LLP in this matter.

3.    L. Kathleen Chaney has submitted her entry of appearance in this matter and is lead counsel for Mesa County in this matter.

4.    Karen B. Rogers entered her appearance in this matter when she was affiliated with Lambdin & Chaney, LLP.

5.    Pursuant to D.C.Colo.LAttyR 5(b), an attorney who has entered an appearance in this Court may seek to withdraw as counsel for a party upon motion showing good cause.

2

6. As good cause for this Motion, attorney Karen B. Rogers states that she is no longer affiliated with Lambdin & Chaney, LLP.

7. Mesa County will not be prejudiced from Karen B. Rogers' withdrawal of appearance because attorney L. Kathleen Chaney remains as lead counsel in this matter for Mesa County.

8. Considering the foregoing, Karen B. Rogers respectfully requests this Court to grant leave for her to withdraw as counsel for Mesa County and for the Clerk of Court reflect the same on the record.

Respectfully submitted by,

*/s/   Karen B. Rogers*
Karen B. Rogers
SGR, LLC
3900 E Mexico Avenue, Suite 700
Denver, CO 80210
Phone: (303) 320-0509
Fax: (303) 320-0210
Email: krogers@sgrllc.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of December, 2021, a true and correct copy of the above and foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/   Sharon Jensen
Legal Secretary

01989259.DOCX