IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissioners,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Amber F. Ju, Esq. of the law firm Lambdin & Chaney, LLP, hereby enters her appearance on behalf of Defendant Mesa County. Amber F. Ju, Esq. herein certifies that she is a member in good standing of the bar of this court.

DATED this 20th day of December, 2021.

    *s/ Amber F. Ju*
    L. Kathleen Chaney, #29358
    Amber F. Ju, #34933
    LAMBDIN & CHANEY, LLP
    4949 South Syracuse Street, Suite 600
    Denver, CO 80237
    (303) 799-8889
    (303) 799-3700 (facsimile)
    Email:  kchaney@lclaw.net; aju@lclaw.net
    *Attorneys for Defendant Mesa County*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2021, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen, Esq.: greisen@kinggreisen.com
Jennifer Bezoza, Esq.: bezoza@kinggreisen.com
*Attorneys for the Plaintiff*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

s/ Amber F. Ju
L. Kathleen Chaney, #29358
Amber F. Ju, #34933
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net; aju@lclaw.net
*Attorneys for Defendant Mesa County*

2