**Exhibit A to Second Amended Bill of Costs of Mesa County**

Civil Action No.: 1:18-cv-01144-DDD-STV

Itemized Costs Requested Pursuant to 28 U.S.C. § 1920

|  | Fees for exemplification and copies of papers necessarily obtained for us in this case |  |
|---|---|---|
| 1. | Lambdin & Chaney, LLP in-house copies for trial exhibits (date of 10/29/2021), 2806 pages @ .15 each= $420.90<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *3 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Crandall v. City and County of Denver, Colo., 594 F.Supp.2d 1245, 1256 (Dist. Colo. 2009); Anderson v. Van Pelt, 2013 WL 856508 at *6-7 (D. Colo. 2013) | $420.90 |
| 2. | Litigation Solution Services- Printing Plaintiff trial Exhibits (see attached **Exhibit 1**)<br><br>*See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *3 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Crandall v. City and County of Denver, Colo., 594 F.Supp.2d 1245, 1256 (Dist. Colo. 2009); Anderson v. Van Pelt, 2013 WL 856508 at *6-7 (D. Colo. 2013) | $659.44 |
|  | **Subtotal:** | **$1080.34** |
|  | Fees for witnesses |  |
| 5. | Trial Accommodation Fee; Hilton- Frank Whidden; 2 nights (see receipt attached as **Exhibit 2**)<br><br>*See* 28 U.S. Code § 1920 | $311.95 |
| 6. | Trial Accommodation Fee; Hilton- Lori Marak; 1 night (see receipt attached as **Exhibit 2**)<br><br>*See* 28 U.S. Code § 1920 | $144.06 |
| 7. | Trial Accommodation Fee; Frank Whidden meals & gas; 5 meals (see receipts attached as **Exhibit 2**)<br><br>*See* 28 U.S. Code § 1920 | $85.44 |

|  | **Subtotal:** | **$541.45** |
|---|---|---|
|  | **Fees for court reporter** |  |
| 13. | AB Court Reporting & Video Cost Advance for Deposition of Debra Bouricius taken on 2/22/19 (see invoice dated 3/29/2019 as attached as **Exhibit 3**)  *See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $1,768.31 |
| 16. | Western Colorado Court Reporting Cost advanced transcript of Lori Marak (see invoice dated 3/29/2019 as attached as **Exhibit 3**)  *See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $209.25 |
| 17. | K. Michelle Dittmer, Inc. Cost advanced for transcript of John Justman's Deposition (see invoice dated 7/5/2019 as attached as **Exhibit 3**)  *See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $509.30 |
| 18. | K. Michelle Dittmer, Inc. Cost transcript of Pugliese Deposition Vol I. and II. (see invoice number 10130 as attached as **Exhibit 3**)  *See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $651.80 (less rough drafts) |

| 19. | Hansen & Company Certified Copies of Depositions of Janine Corsi and Rick Corsi (see invoice dated 4/22/2019 as attached as **Exhibit 3**) *See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $898.70 (less digital litigation package) |
|---|---|---|
| 22. | Western Colorado Court Reporting Cost Advanced for Frank Whidden's deposition transcript and exhibits (see invoice 15642 as attached as **Exhibit 3**) *See* 28 U.S. Code § 1920; TCR Sports Broad. Holding, LLP v. Cable Audit Assocs., Inc., 2016 WL 1274032, at *2 (D. Colo. Mar. 31, 2016), aff'd, 674 F. App'x 805 (10th Cir. 2017); Anderson v. Van Pelt, 2013 WL 856508 at *7-8 (D. Colo March 7, 2013) | $925.00 |
| | **Subtotal:** | **$4962.36** |
| | **Other costs** | |
| 63. | Frank Whidden Lyft Receipts 10/31/2021 (see invoice attached as **Exhibit 4,** reduced to public transport cost) | $10.50 |
| | **Subtotal:** | **$10.50** |
| | **Grand total:** | **$6,594.65** |

3