# FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

# LSI
## LITIGATION SOLUTIONS INCORPORATED
**TRUSTED. RESPONSIVE. EXPERIENCED.**

# INVOICE

DTC

| Date | Invoice # |
|---|---|
| 10/15/2021 | LSI-011170 |

www.lsilegal.com

303.820.2000

**WE'VE MOVED! NOTE NEW ADDRESS BELOW!**

Please remit payment to:
Litigation Solutions, Inc.
7936 E. Arapahoe Court, Suite #2600
Centennial, CO 80112

To pay with credit card please call 303.820.2000
We accept VISA, MasterCard & American Express

| Bill To |
|---|
| Robert Belich<br>Lambdin & Chaney, LLP<br>4949 S. Syracuse St., Suite 600<br>Denver, CO 80237 |

**Job #: 2110008**

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| Bouricius v. Mesa County | Net 30 | MLopez | Robert Belich |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Professional Services:Project Management (Per HR) | 1 | $175.000 | $175.00 |
| Downloading PLTFS data from AttachMore link sent by Robert on 10/08/2021.<br>Renaming PDFS to exhibit # only for branding purposes.<br>Exhibit Range = 010-176 (not all inclusive)<br>Doc Count = 81<br>Page Count = 1709<br>(10/11/2021 4:25:49 PM - 10/11/2021 4:39:17 PM)<br><br>PLTFS: Exhibit branding (EX#-PG#), export Trial Director load file, import into Trial Director and export bar coded PDFs for printing.<br>Trial Director Volume = PLTFS_001<br>Exhibit Range = 010-176 (not all inclusive)<br>Doc Count = 81<br>Page Count = 1709<br>(10/11/2021 4:43:22 PM - 10/11/2021 5:22:04 PM) | | | |
| Paper Discovery Services:Supplies Index Tabs | 237 | $0.300 | $71.10T |
| Marked Exhibits: 52 x 3 sets = 156 tabs<br><br>PLTFS Exhibits: 81 x 1 set = 81 tabs | | | |
| Paper Discovery Services:Blowback 8.5x11 B&W | 2437 | $0.120 | $292.44T |
| Marked Exhibits: 267 x 3 sets = 801 pages<br><br>PLTFS Exhibits: 1636 x 1 set = 1636 pages | | | |
| Paper Discovery Services:Blowback 8.5x11 Color | 367 | $1.000 | $367.00T |
| Marked Exhibits: 98 x 3 sets = 294 pages<br><br>PLTFS Exhibits: 73 x 1 set = 73 pages | | | |
| Paper Discovery Services:View Binders (3-Ring) - 2" | 4 | $15.000 | $60.00T |
| Marked Exhibits: 1 x 3 sets = 3 binders<br><br>PLTFS Exhibits: 1 x 1 set = 1 binder | | | |
| Paper Discovery Services:View Binders (3-Ring) - 4" | 2 | $32.000 | $64.00T |
| PLTFS Exhibits: 2 x 1 set = 2 binders | | | |
| eDiscovery Services:Data Upload ShareFile Link | 1 | $10.000 | $10.00T |
| Data Upload ShareFile Link of PLTFS bar coded pdfs and Trial Director load file. | | | |

Trial Director load file and barcoded hardcopy of Plaintiffs exhibits, requested by Robert on 10/08/2021. Print marked exhibits x3 requested by Robert on 10/09/2021.

**LSI retains client data for a period of 30 days.**
**All client data will be purged after 30 days unless a written retention request is received.**

| | |
|---|---|
| Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment. | **Subtotal:** $1,039.54 |
| | **Tax(0.0881):** $76.16 |
| **Customer Signature:**         **Date:** *10/15/2021* <br> **Session ID:** | **Total:** $1,115.70 |

Tax ID Number:
84-1612777