# FEES FOR WITNESSES



## Hampton Inn & Suites Denver-Downtown

1845 Sherman Street
Denver CO 80203 US
**Maps & Directions >>**

13038648000

**31 SUN OCT**
Check In: 3:00 PM

**2 Nights**

**2 TUE NOV**
Check Out: 11:00 AM

Due to the current travel environment, hotel amenities and services may be limited. Visit the **Hampton Inn & Suites Denver-Downtown** hotel website for property policies and updates. Please check with regional health and government authorities about the evolving health and safety requirements that may be in place at the location of your stay. **Learn more→**

## Your Room Information

**Guest Name:** Frank Whidden
**Guests:** 2 Adults
**Rooms:** 1
**Room Plan:** 1 KING BED NONSMOKING

**Your Rate Information**     Honors Nonrefundable

**Rate per night**

2

| | |
|---|---|
| Oct-31-2021 - Nov-01-2021 | 145.04 USD |
| Nov-01-2021 - Nov-02-2021 | 124.46 USD |
| **Total for Stay per Room Rate** | **269.50 USD** |
| **Taxes** | 42.45 USD |
| **Total price for Stay** | **311.95 USD** |

 **Modify Your Reservation >**

## What To Expect When You Arrive



### Clean & Ready for You

We are creating an even cleaner stay for you from your guest room to public areas to food and beverage. **Learn more→**



### Hot Breakfast—On Us!

Imagine a free, hot breakfast every morning of your stay. It's here—join us. **Learn more→**



### Upon Request Housekeeping

Whether that means calling the front desk to get your room cleaned or keeping your room to yourself, control over your stay is up to you. **Read other changes→**

3



## Hampton Inn & Suites Denver-Downtown

1845 Sherman Street
Denver CO 80203 US
**Maps & Directions >>**

13038648000

**2  TUE NOV**
Check In: 3:00 PM

**1 Night**

**3  WED NOV**
Check Out: 11:00 AM

Due to the current travel environment, hotel amenities and services may be limited. Visit the **Hampton Inn & Suites Denver-Downtown** hotel website for property policies and updates. Please check with regional health and government authorities about the evolving health and safety requirements that may be in place at the location of your stay. **Learn more→**

## Your Room Information

**Guest Name:** Lori Marak
**Guests:** 2 Adults
**Rooms:** 1
**Room Plan:** 1 KING BED NONSMOKING

**Your Rate Information**         Honors Nonrefundable

**Rate per night**

2

| | |
|---|---|
| Nov-02-2021 - Nov-03-2021 | 124.46 USD |
| **Total for Stay per Room Rate** | **124.46 USD** |
| Taxes | 19.60 USD |
| **Total price for Stay** | **144.06 USD** |

 **Modify Your Reservation >**

## What To Expect When You Arrive



### Clean & Ready for You

We are creating an even cleaner stay for you from your guest room to public areas to food and beverage. **Learn more→**



### Hot Breakfast—On Us!

Imagine a free, hot breakfast every morning of your stay. It's here—join us. **Learn more→**



### Upon Request Housekeeping

Whether that means calling the front desk to get your room cleaned or keeping your room to yourself, control over your stay is up to you. **Read other changes→**

```
THANK YOU FOR
 SHOPPING AT
  STINKER 3221
 2903 NORTH AVE
GRAND JUNCTION, CO

**** DUPLICATE RECEIPT ****

Store: 0322    Dispenser #: 08
Date: 11-03-21  Time 16:58
       Receipt# 151130
SINCLAIR
Card: XXXXXXXXXXXXX0013
Unleaded Regular
Price/Gallon  $3.299
Gallons:       6.680
Fuel Amount  USD 22.04
Sale Amount  USD 22.04
Approval:      438898

**** DUPLICATE RECEIPT ****
```

```
Subway#59124-0  Phone 303-953-5384
          1795 Champa St
          Denver, CO, 80203
Served by: 6467  11/2/2021 12:16:43 pm
     Term ID-Trans# 1/A-458258

Qty Size  Item                    Price
--- ----  ----                    -----
 1        Cold Cut Combo Salad     7.28
 1        Large Fountain 40oz      2.69

Sub Total                          9.97
General Sales Tax (8%)             0.80
Total (Eat In)                    10.77
Credit Card                       10.77
Change                             0.00
Take our 1-minute survey
& get a FREE cookie!
www.tellsubway.com
      Approval No: 00125P
      Reference No: 6fuv001635876993033
      Card Issuer: MasterCard
      Account No: ************0654
      Acquired: ICC
      Amount: $10.77
      Application: Mastercard
      AID: A0000000041010
      MID: 527021002070672
      TID: 75472781
      Date/Time: 11/02/2021 12:16:33
      APPROVED

            CUSTOMER COPY

Order ID: 6456358770018090

Let uce know how we did today at
global.subway.com and we'll send
you a sweet offer.
```

**Receipt 3: Grand Junction Regional Airport Parking**

```
              Receipt

3189061103172022021

Grand Junction Regional Airport
Republic Parking System
2828 Walker Field Dr
Grand Junction, CO 81506
970-245-5154

FeeComputer Number: 6
Entry Time: 10/31/2021 1:56 PM
Exit Time:  11/3/2021 5:22 PM
Duration: 3d  3h 26m
Op: James
Non-resetable tr #: 298124
Tran: 3189
Ticket Number: 26297

Transient Parking      $  36.00
                       --------
Total:                 $  36.00
MasterCard             $  36.00
                         0654
```

```
          Brown Palace Hotel
             321 17th St
           Denver, CO  80202

Server: Ibrahima          DOB: 11/01/2021
06:55 PM                       11/01/2021
209/1                          11/110015

                   SALE

11/01/2021                       18:55:49
MID: 1                            TID: 1
116339

                CREDIT CARD

                  PURCHASE

Chip Card:                      Mastercard
         APPROVED BY ISSUER
CARD #:                 XXXXXXXXXXXX0654
TC:                     A07399A5AB80DA36
INVOICE:                        481100015
Approval Code:                     07417P
Entry Method:                   Chip Read
Mode:                              Issuer

AID:                     A0000000041010
ATC:                               0032
TSI:   6800              ARC: 07417P
    SubTotal             USD $    29.32

        Tip              USD $    5.00

       Total             USD $   34.32

Signature:_____
               FRANK WHIDDEN
I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records

               CUSTOMER COPY




              Thank You!!!


                Merchant
```

```
                    Receipt

1799061028220220211


Grand Junction Regional Airport
Republic Parking System
2828 Walker Field Dr
Grand Junction, CO 81506
970-245-5154


FeeComputer Number: 6
Entry Time: 10/28/2021 6:50 AM
Exit Time:  10/28/2021 10:02 PM
Duration: 15h 12m
Op: Josh
Non-resetable tr #: 296732
Tran: 1799
Ticket Number: 25926

Transient Parking         $   10.00
--------------------------------------
Total:                    $   10.00
MasterCard                $   10.00
Last 4 Digits:              0654
```



```
              Cantina Grill
       Concourse B Mezzanine Level
              PO Box 49310
            Denver, CO 80249
             (303) 342-8469

Server: Mark                   10/28/2021
Table 52/1                        5:59 PM
Guests: 1                           30086
Reprint #: 2

Fountain Soda                        2.95
Chips & Salsa                        3.00

Subtotal                             5.95
Tax                                  0.48

Total                                6.43

CASH                               100.00
```



Thank you, Frank Whidden
Please review order details below

Order number: #7

| Delivery information | 2021-10-31 09.06 PM |
|---|---|

**Hampton Inn & Suites Downtown Denver**
1845 Sherman St,
Denver, CO 80203
Denver, 80203
**Room number:** 118
**Payment:** CARD

## ITEMS ORDERED

| **1x** Impossible Burger | $20.00 |
|---|---|
| **1x** Pure Leaf Iced Tea | $4.00 |

## EXTRAS

| **1x** Small Salad | $0.00 |
|---|---|

| Subtotal | $24.00 |
|---|---|
| Tax | $1.92 |
| Tip | $5.00 |
| **TOTAL** | **$30.92** |



AT YOUR ROOM SERVICE
www.butlermenu.com

2