# FEES FOR COURT REPORTER AND TRANSCRIPTS

803925

03/29/2019

**BECHTEL SANTO & SEVERN**
ATTORNEYS AT LAW
205 N. 4TH STREET, SUITE 300
GRAND JUNCTION, CO 81501
Phone: 970-683-5888
ID #47-2438110



RECEIVED
APR 03 2019
MESA COUNTY ATTORNEY

S T A T E M E N T



File #: 2388.014

Page#: 2
Invoice #: 15207

File #: 2388.014

Page#: 2
Invoice #: 15207

803925

File #: 2388.014                                                           Page#:    3
                                                                           Invoice #: 15207



03/15/2019          AB COURT REPORTING & VIDEO - Cost                      1,768.31
                    advanced for deposition of Debra
                    Bouricius 2/22/19 CK# - 12474

File #: 2388.014                                                           Page#:    3
                                                                           Invoice #: 15207

```
File #: 2388.014                                               Page#:      5
                                                               Invoice #:  15449
```

```
                    12553
05/20/2019          WESTERN COLORADO COURT REPORTING -                209.25
                    Cost advanced for deposition of Lori
                    Marak CK# - 12568
```



07/05/2019

**BECHTEL SANTO & SEVERN**
ATTORNEYS AT LAW
205 N. 4TH STREET, SUITE 300
GRAND JUNCTION, CO  81501
Phone: 970-683-5888
ID #47-2438110



JUL 07 2019

## STATEMENT



File #: 2388.014

MESA COUNTY

Page#: 4
Invoice #: 15562

File #: 2388.014                                                                                           Page#:    5
                                                                                                          Invoice #:   15562



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14/2019 | K. MICHELLE DITTMER, INC. - Cost advanced for transcript of John Justman's deposition CK# - 12602 | 509.30 |

Invoice Number: 10130

**To:**
L. Kathleen Chaney, Esq.
4949 South Syracuse Street
Suite 600
Denver, Colorado, 80237

**Make Checks Payable To:**
K. Michelle Dittmer, Inc.
8053 Fenton Ct
Arvada, CO, 80003

## Case Details:

**Case Number:** 18-cv-01144-DDD-STV
**Case Title:** Boricius v. Mesa County
**Case Description:** Depositions of Pugliese Vols. I & II and McInnis

## Charges:

| Date | Trial | Activity Type | Other Fees | Sub-Total |
| --- | --- | --- | --- | --- |
| 10/12/2021 | Pugliese Vol. I | Copy | $0.00 | $182.40 |
| 10/12/2021 | Pugliese Vol. I | Rough Draft | $0.00 | $114.00 |
| 10/20/2021 | Pugliese Vol. II *EXPEDITED* | Copy | $0.00 | $119.00 |
| 10/13/2021 | McInnis | Copy | $0.00 | $350.40 |
| 10/13/2021 | McInnis | Rough Draft | $0.00 | $219.00 |

**Total:** $984.80

**Amount Due:** $984.80

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1495855 | 10/7/2021 | 809574 |
| **Job Date** | **Case No.** | |
| 4/22/2019 | 18CV001144 | |

| Case Name |
|---|
| Debra Bouricius v. Mesa County, et al. |

| Payment Terms |
|---|
| Net 30 |

**Hansen & Company Litigation SERVICES**
Discovery | Depositions | Trial

Denver: (303) 691-0202
Colorado Springs: (719) 471-2966
litigationservices.com

Robert A. Belich
Lambdin & Chaney, L.L.P.
4949 South Syracuse Street, Suite 600
Denver, CO 80237

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Janine Corsi | 118.00 | Pages | @ | 2.600 | 306.80 |
| Exhibits - B&W | 9.00 | Pages | @ | 0.350 | 3.15 |
| Digital Litigation Package | 1.00 | | @ | 50.000 | 50.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Rick Corsi | 222.00 | Pages | @ | 2.600 | 577.20 |
| Exhibits - B&W | 33.00 | Pages | @ | 0.350 | 11.55 |
| Digital Litigation Package | 1.00 | | @ | 50.000 | 50.00 |

**TOTAL DUE   >>>**          $998.70

AFTER 11/6/2021  PAY          $1,098.57

Location of Job   : King and Greisen
                    1670 York Street
                    Denver, CO 80206

Please note, disputes or refunds will not be honored or issued after 30 days

**Tax ID:** 27-5114755

*Please detach bottom portion and return with payment.*

Robert A. Belich
Lambdin & Chaney, L.L.P.
4949 South Syracuse Street, Suite 600
Denver, CO 80237

Invoice No.   : 1495855
Invoice Date  : 10/7/2021
**Total Due**   : **$998.70**
AFTER 11/6/2021  PAY  $1,098.57

Remit To: **Litigation Services and Technologies of Nevada, LLC
P.O. Box 98813
Las Vegas, NV 89193-8813**

Job No.      : 809574
BU ID        : CO-CR
Case No.     : 18CV001144
Case Name    : Debra Bouricius v. Mesa County, et al.

| | | | |
|---|---|---|---|
| Interest at a rate of 1.5% per month will be charged to past due invoices. Customer agrees to pay all legal fees incurred in the collection of past invoices. The party named on this invoice is held responsible for payment. | | **Subtotal:** | $1,039.54 |
| | | **Tax(0.0881):** | $76.16 |
| **Customer Signature:** **Session ID:** | **Date:** *10/15/2021* | **Total:** | $1,115.70 |

Tax ID Number:
84-1612777

File #: 2388.014　　　　　　　　　　　　　　　　　　　　　　　　　　　Page#:　　4
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice #:　15642
MESA COUNTY

07/24/2019　　　　　WESTERN COLORADO COURT REPORTING -　　　　　　　925.20
　　　　　　　　　　Cost Advanced for Frank Whidden's
　　　　　　　　　　deposition transcript and exhibits
　　　　　　　　　　CK# - 12656