# OTHER COSTS

11/7/21, 9:39 PM                                    Gmail - Your ride with Sharif on October 31

 Gmail                                               Frank Whidden <whiddenf@gmail.com>

## Your ride with Sharif on October 31
1 message

**Lyft Receipts** <no-reply@lyftmail.com>                                  Sun, Oct 31, 2021 at 7:19 PM
To: whiddenf@gmail.com



OCTOBER 31, 2021 AT 5:38 PM

# Thanks for riding with Sharif!



100% of tips go to drivers. Add a tip

| | |
|---|---:|
| Lyft fare (25.07mi, 34m 39s) | $81.75 |
| Tip | $5.00 |

MasterCard *0654                                                          **$86.75**

**We haven't charged you for this ride yet.**
The charge for this ride will be combined with any other rides you take on October 31, 2021. You'll receive a receipt combining all of your day's charges, whenever you take more than one ride in a single day.

11/7/21, 9:43 PM                                                                                  Gmail - Your ride with Kevin on October 28

 Gmail                                                                        Frank Whidden <whiddenf@gmail.com>

**Your ride with Kevin on October 28**
1 message

**Lyft Receipts** <no-reply@lyftmail.com>                                                         Thu, Oct 28, 2021 at 11:20 AM
To: whiddenf@gmail.com



OCTOBER 28, 2021 AT 9:19 AM

# Thanks for riding with Kevin!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (26.66mi, 57m 42s) | $36.99 |
| Tip | $5.55 |
| Lyft Credits | -$6.00 |
| MasterCard *0654 | **$36.54** |

11/7/21, 9:42 PM  Gmail - Your ride with Lamine Fanta on October 28

 Gmail  Frank Whidden <whiddenf@gmail.com>

## Your ride with Lamine Fanta on October 28
1 message

**Lyft Receipts** <no-reply@lyftmail.com>  Thu, Oct 28, 2021 at 4:36 PM
To: whiddenf@gmail.com



OCTOBER 28, 2021 AT 3:05 PM

# Thanks for riding with Lamine Fanta!



100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (25.84mi, 30m 12s) | $38.71 |
| Tip | $5.81 |

| | |
|---|---|
| MasterCard *0654 | **$44.52** |