IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01144-DDD-STV

DEBRA BOURICIUS,

    Plaintiff,

v.

MESA COUNTY, by and through Mesa County Board of County Commissions,

    Defendant.

## STATEMENT OF CONFERRAL FOR BILL OF COSTS PURSUANT TO D.C.COLO.LCivR 54.1

Defendant Mesa County ("Defendant"), by and through its attorneys, Lambdin & Chaney, LLP, hereby files the following statement of conferral pursuant to **D.C.COLO.LCivR 54.1.**

1. Undersigned Counsel has conferred multiple times via both telephone and e-mail with Scott Medlock, Counsel for Plaintiff Debra Bouricius, regarding the Bill of Costs, including the amounts claimed by Defendant and the authority and backing for same.

2. An overall agreement regarding costs has been reached. This agreement is reflected in the Second Amended Bill of Costs and Exhibit A thereto contemporaneously filed with the Court. As reflected in the Second Amended Bill of Costs, the total amount claimed by Defendant is $6,594.65. Mr. Medlock has confirmed that Plaintiff agrees to the $6,594.65 claimed.

DATED this 7th day of January, 2022.

s/ Amber F. Ju
L. Kathleen Chaney, #29358
Amber F. Ju, #34933
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net; aju@lclaw.net
*Attorneys for Defendant Mesa County*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2022, a true and correct copy of the foregoing **STATEMENT OF CONFERRAL FOR BILL OF COSTS PURSUANT TO D.C.COLO.LCivR 54.1** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen, Esq.: greisen@kinggreisen.com
Jennifer Bezoza, Esq.: bezoza@kinggreisen.com
Scott Medlock, Esq.: medlock@kinggreisen.com
*Attorneys for the Plaintiff*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

s/ Amber F. Ju
L. Kathleen Chaney, Esq.
Amber F. Ju, Esq.
LAMBDIN & CHANEY, LLP